Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-1023 (Brown)
Email: BrownN@sec.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| -- against -- | 18 Civ. 8175 ( ) |
| | ECF CASE |
| BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG CAPITAL LLC, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., and STETSON CAPITAL INVESTMENTS INC., | |
| Defendants. | |

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Please take notice that the following attorney has entered her appearance as counsel in this case for Plaintiff Securities and Exchange Commission. She is admitted to practice in this Court.

Nancy A. Brown
U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, New York  10281-1022
Ph: 212.336.1023
Email:  BrownN@sec.gov

Dated: September 7, 2018
       New York, New York

By: /s/ Nancy A. Brown

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY  10281-1022
212.336.1023

Attorney for Plaintiff