Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-1070 (Bromberg)
Email: Brombergk@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
            Plaintiff,               :
                                     :           18 Civ. 8175 (  )
    -- against --                    :
                                     :           ECF CASE
BARRY C. HONIG, JOHN STETSON,        :
MICHAEL BRAUSER, JOHN R. O'ROURKE III, :
MARK GROUSSMAN, PHILLIP FROST,       :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, :
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC.,        :
HS CONTRARIAN INVESTMENTS, LLC,      :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC.,             :
SOUTHERN BIOTECH, INC., and          :
STETSON CAPITAL INVESTMENTS INC.,    :
                                     :
            Defendants.              :
                                     :
----------------------------------------------------------------- x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for Plaintiff Securities and Exchange Commission. She is admitted to practice in this Court.

Katherine S. Bromberg
U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, New York  10281-1022
Ph: 212.336.1070
Email:  Brombergk@sec.gov

Dated: September 7, 2018
      New York, New York

By: _____
Katherine S. Bromberg

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY  10281-1022
212.336.1070

Attorney for Plaintiff