Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-5365 (Daniels)
Email: DanielsJ@sec.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | **18 Civ. 8175 (   )** |
| -- against -- : | |
| : | **ECF CASE** |
| **BARRY C. HONIG, JOHN STETSON,** : | |
| **MICHAEL BRAUSER, JOHN R. O'ROURKE III,** : | |
| **MARK GROUSSMAN, PHILLIP FROST,** : | |
| **ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,** : | |
| **JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG** : | |
| **CAPITAL LLC, FROST GAMMA INVESTMENTS** : | |
| **TRUST, GRQ CONSULTANTS, INC.,** : | |
| **HS CONTRARIAN INVESTMENTS, LLC,** : | |
| **GRANDER HOLDINGS, INC., MELECHDAVID,** : | |
| **INC., OPKO HEALTH, INC.,** : | |
| **SOUTHERN BIOTECH, INC., and** : | |
| **STETSON CAPITAL INVESTMENTS INC.,** : | |
| : | |
| **Defendants.** : | |

------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered his appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted to practice in this Court.

        Jon A. Daniels
        U.S. Securities and Exchange Commission
        200 Vesey Street, Suite 400
        New York, New York 10281-1022
        Ph: 212.336.5365
        Email:  danielsj@sec.gov

Dated: September 7, 2018
       New York, New York        By:      /s/ Jon A. Daniels
                                                  Jon A. Daniels

                                                Securities and Exchange Commission
                                                New York Regional Office
                                                200 Vesey Street, Suite 400
                                                New York, NY  10281-1022
                                                212.336.5365

                                                Attorney for Plaintiff