JS 44C/SDNY
REV. 06/01/17

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Securities and Exchange Commission

DEFENDANTS
Barry C. Honig, John Stetson, Michael Brauser, John R. O'Rourke III, Mark Groussman, Phillip Frost, Robert Ladd, Elliot Maza, Brian Keller, John H. Ford, SEE ADDENDUM

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Sanjay Wadhwa, Securities and Exchange Commission, New York Regional Office, 200 Vesey Street, Suite 400, New York, New York 10281 (212) 336-1023

ATTORNEYS (IF KNOWN)
SEE ADDENDUM

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Violations of federal securities laws (15 U.S.C. §§ 77e; 77q; 77o; 78i; 78j(b); 78m; 78o; 78t; SEE ADDENDUM)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ]     Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]     Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

|  | TORTS |  |  |  | ACTIONS UNDER STATUTES |  |
|---|---|---|---|---|---|---|

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY |  |  | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER |  | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY |  | PROPERTY RIGHTS | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE |  |  | [ ] 820 COPYRIGHTS | [ ] 430 BANKS & BANKING |
|  | [ ] 345 MARINE PRODUCT LIABILITY | PERSONAL PROPERTY |  | [ ] 830 PATENT | [ ] 450 COMMERCE |
| [ ] 151 MEDICARE ACT |  | [ ] 370 OTHER FRAUD |  | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | [ ] 460 DEPORTATION |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING |  | [ ] 840 TRADEMARK | [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
|  | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY |  |  |  | [ ] 480 CONSUMER CREDIT |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | LABOR | SOCIAL SECURITY | [ ] 490 CABLE/SATELLITE TV |
|  | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 861 HIA (1395ff) |  |
| [ ] 160 STOCKHOLDERS SUITS |  |  | [ ] 720 LABOR/MGMT RELATIONS | [ ] 862 BLACK LUNG (923) | [x] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 190 OTHER CONTRACT |  | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | [ ] 863 DIWC/DIWW (405(g)) |  |
| [ ] 195 CONTRACT PRODUCT LIABILITY |  | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 864 SSID TITLE XVI | [ ] 890 OTHER STATUTORY ACTIONS |
|  | ACTIONS UNDER STATUTES | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 |  | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | CIVIL RIGHTS | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR LITIGATION | FEDERAL TAX SUITS |  |
|  |  | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) |  | [ ] 893 ENVIRONMENTAL MATTERS |
|  | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 540 MANDAMUS & OTHER |  | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 895 FREEDOM OF INFORMATION ACT |
| REAL PROPERTY | [ ] 441 VOTING |  |  | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 896 ARBITRATION |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT |  |  |  | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OF APPEAL OF AGENCY DECISIO |
|  | [ ] 443 HOUSING/ ACCOMMODATIONS | PRISONER CIVIL RIGHTS | IMMIGRATION |  |  |
| [ ] 220 FORECLOSURE | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION |  | [ ] 950 CONSTITUTIONALITY O STATE STATUTES |
| [ ] 230 RENT LEASE & EJECTMENT |  | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS |  |  |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT |  |  |  |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 448 EDUCATION |  |  |  |  |
| [ ] 290 ALL OTHER REAL PROPERTY |  |  |  |  |  |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER _____

JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32)

*(PLACE AN  x  IN ONE BOX ONLY)*

## ORIGIN

[X] 1 Original Proceeding   [ ] 2 Removed from State Court   [ ] 3 Remanded from Appellate Court   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from (Specify District)   [ ] 6 Multidistrict Litigation (Transferred)   [ ] 7 Appeal to District Judge from Magistrate Judge

[ ] a. all parties represented

[ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*

## BASIS OF JURISDICTION

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[X] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

See Attached

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN

DATE 9/10/18   *Sanjay Wadhwa*   SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. Nov.   Yr. 2005   )
Attorney Bar Code # SW-2457

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Securities and Exchange Commission v. Barry C. **Honig**, et al.
Civil Cover Sheet Addendum

Full List of Defendants

Barry C. Honig, John Stetson, Michael Brauser, John R. O'Rourke III, Mark Groussman, Phillip
Frost, Robert Ladd, Elliot Maza, Brian Keller, John H. Ford, Alpha Capital Anstalt, ATG Capital
LLC, Frost Gamma Investments Trust, GRQ Consultants, Inc., HS Contrarian Investments, LLC,
Grander Holdings, Inc., Melechdavid, Inc., OPKO Health, Inc., Southern Biotech, Inc., and
Stetson Capital Investments Inc.

Full List of Civil Statutes Under Which the Complaint Is Filed

Violations of federal securities laws (15 U.S.C. §§ 77e; 77q; 77o; 78i; 78j(b); 78m; 78o; 78t;
17 C.F.R. §§ 240.10b-5; 240.12b-20; 240.13a-1; 240.13d-1; 240.15d-1)

Defendants' Attorneys (if known)

Elliot Maza
Nelson Boxer, Esq.
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
(212) 370-0330

John H. Ford
Josh Cohen, Esq.
Clarence Dyer, Esq.
899 Ellis Street
San Francisco, CA 94109
(415) 749-1800


Defendants' Addresses and Counties

Barry C. Honig
215 SE Spanish Trl
Boca Raton, FL 33432
(Palm Beach County)

John Stetson
68 Fiesta Way
Ft. Lauderdale, FL 33301
(Broward County)

1

Michael Brauser
3164 NE 31 Ave
Lighthouse Point, FL 33064
(Broward County)

John R. O'Rourke, III
808 Solar Isle Dr.
Ft. Lauderdale, FL 33301
(Broward County)

Mark Groussman
5154 La Gorce Dr.
Miami Beach, FL 33140
(Miami-Dade County)

Phillip Frost
21 Star Island Dr.
Miami Beach, FL 33139
(Miami-Dade County)

Robert Ladd
6067 Delshire Ct
Raleigh, NC 27614
(Wake County)

Elliot Maza
150 Columbus Ave
New York, NY 10023
(New York County)

Brian Keller
5058 Nortonville Way
Antioch, CA 94531
(Contra Costa County)

John H. Ford
90 Horseshoe Hill Rd.
Bolinas, CA 94924
(Marin County)

Alpha Capital Anstalt
Pradafaut 7 Furstentums 1490
Vaduz Liechtenstein C4 99999

<u>ATG Capital LLC</u>
808 Solar Isle Dr.
Ft. Lauderdale, FL 33301
(Broward County)

<u>Frost Gamma Investments Trust</u>
4400 Biscayne Blvd.
Miami, FL 33137
(Miami-Dade County)

<u>GRQ Consultants, Inc.</u>
555 S. Federal Highway, Ste. 450
Boca Raton, FL 33432
(Palm Beach County)

<u>HS Contrarian Investments, LLC</u>
2300 E. Las Olas Blvd., 4th Fl
Fort Lauderdale, FL  33301
(Broward County)

<u>Grander Holdings, Inc.</u>
2650 N. Military Trail, Suite 300
Boca Raton, FL 33431
(Palm Beach County)

<u>Melechdavid, Inc.</u>
445 W. 40th Street, # 403369
Miami Beach, FL  33140
(Miami-Dade County)

<u>OPKO Health, Inc.</u>
4400 Biscayne Blvd.
Miami, FL 33137
(Miami-Dade County)

<u>Southern Biotech, Inc.</u>
555 S. Federal Highway, Ste. 450
Boca Raton, FL 33432
(Palm Beach County)

<u>Stetson Capital Investments, Inc.</u>
2300 E. Las Olas Blvd – 4th Fl
Fort Lauderdale, FL  33302
(Broward County)