UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                Plaintiff,   :
:
    vs.   :
: Case No.: 18-CV-08175
BARRY C. HONIG, JOHN STETSON, MICHAEL   :
BRAUSER, JOHN R. O'ROURKE III, MARK   :
GROUSSMAN, PHILLIP FROST, ROBERT   :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN   :
H. FORD, ALPHA CAPITAL ANSTALT, ATG   :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC., HS   :
CONTRARIAN INVESTMENTS, LLC,   :
GRANDER HOLDINGS, INC., MELECHDAVID,   :
INC., OPKO HEALTH, INC., SOUTHERN   :
BIOTECH, INC., AND STETSON CAPITAL   :
INVESTMENTS INC.,   :
:
                Defendants.   :
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Michael S. Sommer of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. hereby appears as counsel for Defendants Barry C. Honig and GRQ Consultants, Inc. in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: September 17, 2018

By: s/ Michael S. Sommer
Michael S. Sommer
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7728
Facsimile: (212) 999-5899
Email: msommer@wsgr.com

*Attorney for Defendants Barry C. Honig and GRQ Consultants, Inc.*