UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
     Plaintiff,    :
:
  vs.        :
: Case No.: 18-CV-08175
BARRY C. HONIG, JOHN STETSON, MICHAEL :
BRAUSER, JOHN R. O'ROURKE III, MARK  :
GROUSSMAN, PHILLIP FROST, ROBERT  :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN :
H. FORD, ALPHA CAPITAL ANSTALT, ATG  :
CAPITAL LLC, FROST GAMMA INVESTMENTS:
TRUST, GRQ CONSULTANTS, INC., HS   :
CONTRARIAN INVESTMENTS, LLC,   :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC., SOUTHERN  :
BIOTECH, INC., AND STETSON CAPITAL  :
INVESTMENTS INC.,    :
:
     Defendants.  :
.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that Eli B. Richlin of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. hereby appears as counsel for Defendants Barry C. Honig and GRQ Consultants, Inc. in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: September 17, 2018

By: s/ Eli B. Richlin
Eli B. Richlin
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7781
Facsimile: (212) 999-5899
Email: erichlin@wsgr.com

*Attorney for Defendants Barry C. Honig and GRQ Consultants, Inc.*