UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                    :
          Plaintiff,              :
                                    :
vs.                                 :
                                    :   Case No.: 18-CV-08175
BARRY C. HONIG, JOHN STETSON, MICHAEL :
BRAUSER, JOHN R. O'ROURKE III, MARK  :
GROUSSMAN, PHILLIP FROST, ROBERT     :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN :
H. FORD, ALPHA CAPITAL ANSTALT, ATG  :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC., HS     :
CONTRARIAN INVESTMENTS, LLC,         :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC., SOUTHERN    :
BIOTECH, INC., AND STETSON CAPITAL   :
INVESTMENTS INC.,                    :
                                    :
          Defendants.             :
                                    :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Adam R. Toporovsky of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. hereby appears as counsel for Defendants Barry C. Honig and GRQ Consultants, Inc. in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

2

Dated:  September 17, 2018

                By:  s/ Adam R. Toporovsky
                     Adam R. Toporovsky
                     1301 Avenue of the Americas, 40th Floor
                     New York, New York 10019
                     Telephone:  (212) 497-7722
                     Facsimile:  (212) 999-5899
                     Email:  atoporovsky@wsgr.com

*Attorney for Defendants Barry C. Honig and GRQ Consultants, Inc.*