UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
             Plaintiff,               :
                                      :
        vs.                           :
                                      :  Case No.: 18-CV-08175
BARRY C. HONIG, JOHN STETSON, MICHAEL :
BRAUSER, JOHN R. O'ROURKE III, MARK   :
GROUSSMAN, PHILLIP FROST, ROBERT      :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN :
H. FORD, ALPHA CAPITAL ANSTALT, ATG   :
CAPITAL LLC, FROST GAMMA INVESTMENTS  :
TRUST, GRQ CONSULTANTS, INC., HS      :
CONTRARIAN INVESTMENTS, LLC,          :
GRANDER HOLDINGS, INC., MELECHDAVID,  :
INC., OPKO HEALTH, INC., SOUTHERN     :
BIOTECH, INC., AND STETSON CAPITAL    :
INVESTMENTS INC.,                     :
                                      :
             Defendants.              :
                                      :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Osnato of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants Barry C. Honig and GRQ Consultants, Inc. in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: September 17, 2018

      By: /s/ Michael J. Osnato
           Michael J. Osnato (michael.osnato@stblaw.com)
           SIMPSON THACHER & BARTLETT LLP
           425 Lexington Avenue
           New York, New York  10017-3954
           Telephone: (212) 455-2000
           Facsimile: (212) 455-2502

*Attorney for Defendants Barry C. Honig and GRQ Consultants, Inc.*