UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                  Plaintiff,                                  :
:
                    vs.                                        :
: Case No.: 18-CV-08175
BARRY C. HONIG, JOHN STETSON, MICHAEL  :
BRAUSER, JOHN R. O'ROURKE III, MARK      :
GROUSSMAN, PHILLIP FROST, ROBERT         :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN  :
H. FORD, ALPHA CAPITAL ANSTALT, ATG     :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC., HS           :
CONTRARIAN INVESTMENTS, LLC,                :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC., SOUTHERN          :
BIOTECH, INC., AND STETSON CAPITAL       :
INVESTMENTS INC.,                                    :
:
                  Defendants.                               :
 .
------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Anar Rathod Patel of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants Barry C. Honig and GRQ Consultants, Inc. in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: September 17, 2018

By: /s/ Anar Rathod Patel
Anar Rathod Patel (apatel@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorney for Defendants Barry C. Honig and GRQ Consultants, Inc.*