UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

            v.

BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. 'ROURKE III, MARK ROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG CAPITAL LLC, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., and STETSON CAPITAL INVESTMENTS INC.,

            Defendants.

Case No. 1:18-cv-08175

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Randall R. Lee, declare under the penalty of perjury that the following is true and correct:

1. I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member in good standing of the Supreme Court of the State of California. A Certificate of Good Standing from the Supreme Court of the State of California is appended hereto. I submit this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me in any state or federal court.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case.

Dated:  September 20, 2018                     Respectfully submitted,

                                                                    */s/ Randall R. Lee*
                                                                    Randall R. Lee