# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

              v.

BARRY C. HONIG, JOHN STETSON, MICHAEL
BRAUSER, JOHN R. 'ROURKE III, MARK
ROUSSMAN, PHILLIP FROST, ROBERT LADD,
ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD,
ALPHA CAPITAL ANSTALT, ATG CAPITAL LLC,
FROST GAMMA INVESTMENTS TRUST, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,
MELECHDAVID, INC., OPKO HEALTH, INC.,
SOUTHERN BIOTECH, INC., and STETSON CAPITAL
INVESTMENTS INC.,

              Defendants.

Case No. 1:18-cv-08175

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

The motion of Randall R. Lee for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Supreme Court of the State of California, and that his contact information is as follows:

Randall R. Lee
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5301
Fax: (213) 443-5400
Email: Randall.Lee@wilmerhale.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Robert Ladd in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2018

_____
United States District Judge