UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,         :
:
Plaintiff,                              :
:
v.                                      :
:
BARRY C. HONIG, JOHN STETSON, MICHAEL       :
BRAUSER, JOHN R. 'ROURKE III, MARK          :
ROUSSMAN, PHILLIP FROST, ROBERT LADD,       :   Case No. 1:18-cv-08175
ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD,    :
ALPHA CAPITAL ANSTALT, ATG CAPITAL LLC,     :
FROST GAMMA INVESTMENTS TRUST, GRQ          :
CONSULTANTS, INC., HS CONTRARIAN            :
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,   :
MELECHDAVID, INC., OPKO HEALTH, INC.,       :
SOUTHERN BIOTECH, INC., and STETSON CAPITAL :
INVESTMENTS INC.,                           :
:
Defendants.                             :
:
------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chris Johnstone, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Robert Ladd in the above-captioned action.

I am in good standing with the bar of the Supreme Court of the State of California and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration attesting to the foregoing.

Dated: September 20, 2018

Respectfully submitted,

/s/ *Chris Johnstone*
Chris Johnstone
WILMER CUTLER PICKERING
   HALE AND DORR LLP

950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6147
Fax: (650) 858-6100
Email: Chris.Johnstone@wilmerhale.com

*Attorney for Robert Ladd*