UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK ROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG CAPITAL LLC, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., and STETSON CAPITAL INVESTMENTS INC.,

    Defendants.

Case No. 1:18-cv-08175

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Chris Johnstone for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Supreme Court of the State of California, and that his contact information is as follows:

 Chris Johnstone
 WILMER CUTLER PICKERING
  HALE AND DORR LLP
 950 Page Mill Road
 Palo Alto, CA 94304
 Tel: (650) 858-6147
 Fax: (650) 858-6100
 Email: Chris.Johnstone@wilmerhale.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Robert Ladd in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2018

_____
United States District Judge