UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION, :
: 
                Plaintiff, :
:   18 Civ. 8175 (ER)
     -- against -- :
:   ECF CASE
BARRY C. HONIG, JOHN STETSON, :
MICHAEL BRAUSER, JOHN R. O'ROURKE III, :
MARK GROUSSMAN, PHILLIP FROST, :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, :
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC., :
HS CONTRARIAN INVESTMENTS, LLC, :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC., :
SOUTHERN BIOTECH, INC., and :
STETSON CAPITAL INVESTMENTS INC., :
:
                Defendants. :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Philip Pilmar of Petrillo Klein & Boxer LLP hereby appears on behalf of Elliot Maza in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address, telephone number, and email address indicated below.

1

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
September 24, 2018

                                       PETRILLO KLEIN & BOXER LLP

By: _/s/ Philip Pilmar_
Philip Pilmar
655 Third Avenue, 22nd Floor
New York, NY 10017
Tel.: 212-370-0390
ppilmar@pkbllp.com