UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>             Plaintiff,<br><br>   v.<br><br>Barry C. Honig, John Stetson, Michael Brauser, John R. O'Rourke III, Mark Groussman, Phillip Frost, Robert Ladd, Elliot Maza, Brian Keller, John H. Ford, Alpha Capital Anstalt, ATG Capital LLC, Frost Gamma Investments Trust, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., Melechdavid, Inc., OPKO Health, Inc., Southern Biotech, Inc., and Stetson Capital Investments, Inc.,<br><br>             Defendants. | No. 18 Civ. 08175 (ER) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Kaplan Hecker & Fink LLP, hereby appears as counsel for Defendants Mark Groussman and Melechdavid, Inc. in the above-captioned action.

Dated: September 25, 2018
       New York, NY

                                                            By:    /s/ Derek Wikstrom
                                                                        Derek Wikstrom
                                                                        Kaplan Hecker & Fink LLP
                                                                        350 Fifth Avenue
                                                                        Suite 7110
                                                                        New York, NY 10118
                                                                        Tel: (212) 763-0883
                                                                        Email: dwikstrom@kaplanhecker.com

                                                          *Counsel for Defendants Mark Groussman*
                                                          *and Melechdavid, Inc.*