UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission, <br><br> Plaintiff, <br><br> v. <br><br> Barry C. Honig, John Stetson, Michael Brauser, John R. O'Rourke III, Mark Groussman, Phillip Frost, Robert Ladd, Elliot Maza, Brian Keller, John H. Ford, Alpha Capital Anstalt, ATG Capital LLC, Frost Gamma Investments Trust, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., Melechdavid, Inc., OPKO Health, Inc., Southern Biotech, Inc., and Stetson Capital Investments, Inc., <br><br> Defendants. | No. 18 Civ. 08175 (ER) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Kaplan Hecker & Fink LLP, hereby appears as counsel for Defendants Mark Groussman and Melechdavid, Inc. in the above-captioned action.

Dated:  September 26, 2018
          New York, NY

By:    /s/ Jenna M. Dabbs
         Jenna M. Dabbs
         Kaplan Hecker & Fink LLP
         350 Fifth Avenue
         Suite 7110
         New York, NY 10118
         Tel: (212) 763-0883
         Email: jdabbs@kaplanhecker.com

*Counsel for Defendants Mark Groussman and Melechdavid, Inc.*