UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff, :
:
vs. :
: No. 18 Civ. 8175 (ER)
BARRY C. HONIG, JOHN STETSON, MICHAEL :
BRAUSER, JOHN R. O'ROURKE III, MARK :
GROUSSMAN, PHILLIP FROST, ROBERT :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN :
H. FORD, ALPHA CAPITAL ANSTALT, ATG :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC., HS :
CONTRARIAN INVESTMENTS, LLC, :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC., SOUTHERN :
BIOTECH, INC., AND STETSON CAPITAL :
INVESTMENTS INC., :
:
                Defendants. :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that George S. Canellos of the law firm Milbank, Tweed, Hadley & McCloy LLP, who is admitted to practice in this Court, hereby appears as counsel for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments, Inc. in the above-captioned action.

Dated: September 26, 2018

                                      By: /s/ George S. Canellos
                                           George S. Canellos
                                           Milbank, Tweed, Hadley & McCloy LLP
                                           28 Liberty Street
                                           New York, New York 10005
                                           Telephone: (212) 530-5792
                                           GCanellos@milbank.com