UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
            Plaintiff,  :
:
vs.  :
:  No. 18 Civ. 8175 (ER)
BARRY C. HONIG, JOHN STETSON, MICHAEL  :
BRAUSER, JOHN R. O'ROURKE III, MARK  :
GROUSSMAN, PHILLIP FROST, ROBERT  :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN  :
H. FORD, ALPHA CAPITAL ANSTALT, ATG  :
CAPITAL LLC, FROST GAMMA INVESTMENTS  :
TRUST, GRQ CONSULTANTS, INC., HS  :
CONTRARIAN INVESTMENTS, LLC,  :
GRANDER HOLDINGS, INC., MELECHDAVID,  :
INC., OPKO HEALTH, INC., SOUTHERN  :
BIOTECH, INC., AND STETSON CAPITAL  :
INVESTMENTS INC.,  :
:
           Defendants.  :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Adam Fee of the law firm Milbank, Tweed, Hadley & McCloy LLP, who is admitted to practice in this Court, hereby appears as counsel for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments, Inc. in the above-captioned action.

Dated: September 26, 2018

                                    By: /s/ Adam Fee
                                        Adam Fee
                                        Milbank, Tweed, Hadley & McCloy LLP
                                        28 Liberty Street
                                        New York, New York 10005
                                        Telephone: (212) 530-5101
                                        AFee@milbank.com