# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CIV-8175 (ER)

Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Honig, Barry C; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Brian Keller, 5058 Nortonville Way, Antioch, CA 94531.**

I, Gonzalo 'Andy' Lazalde, do hereby affirm that on the **25th day of September, 2018 at 7:21 pm, I:**

Served Summons & Complaint with Individual Practices of Judge Edgardo Ramos personally to Brian Keller at 5058 Nortonville Way, Antioch, CA 94531.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  10/1/18
Gonzalo 'Andy' Lazalde      Date
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2018007044
Ref: NYRO-62149

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

