UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                  Plaintiff,         :
                                     :      18 Civ. 8175 (ER)
        -- against --                :
                                     :      ECF CASE
BARRY C. HONIG, JOHN STETSON,        :
MICHAEL BRAUSER, JOHN R. O'ROURKE III, :
MARK GROUSSMAN, PHILLIP FROST,       :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, :
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG :
CAPITAL LLC, FROST GAMMA INVESTMENTS :
TRUST, GRQ CONSULTANTS, INC.,        :
HS CONTRARIAN INVESTMENTS, LLC,      :
GRANDER HOLDINGS, INC., MELECHDAVID, :
INC., OPKO HEALTH, INC.,             :
SOUTHERN BIOTECH, INC., and          :
STETSON CAPITAL INVESTMENTS INC.,    :
                                     :
                  Defendants.        :
---------------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission, through its attorneys, and Defendant, Brian Keller, pro se, that:

1. Defendant Keller's time to move, answer or otherwise respond to the Complaint shall be extended to November 26, 2018.

Dated: October 12, 2018

BRIAN KELLER

*/s/ B.C. Keller*

5058 Nortonville Way
Antioch, CA  94531
925.783.1386

Defendant, Pro Se

Dated: October 12, 2018

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Nancy A. Brown*
      Nancy A. Brown

200 Vesey Street
Suite 400
New York, NY  10281
212.336.1023

Attorneys for Plaintiff Securities and Exchange Commission

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE