USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/16/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

SECURITIES AND EXCHANGE COMMISSION,  :
:
                  **Plaintiff,**  :
:
       -- against --  :
:
BARRY C. HONIG, JOHN STETSON,  :
MICHAEL BRAUSER, JOHN R. O'ROURKE III,  :
MARK GROUSSMAN, PHILLIP FROST,  :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG  :
CAPITAL LLC, FROST GAMMA INVESTMENTS  :
TRUST, GRQ CONSULTANTS, INC.,  :
HS CONTRARIAN INVESTMENTS, LLC,  :
GRANDER HOLDINGS, INC., MELECHDAVID,  :
INC., OPKO HEALTH, INC.,  :
SOUTHERN BIOTECH, INC., and  :
STETSON CAPITAL INVESTMENTS INC.,  :
:
                  **Defendants.**  :

------------------------------------------------------------------ x

**18 Civ. 8175 (ER)**

**ECF CASE**

**STIPULATION AND [PROPOSED] ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission, through its attorneys, and Defendant, Brian Keller, <u>pro se</u>, that:

1.   Defendant Keller's time to move, answer or otherwise respond to the Complaint shall be extended to November 26, 2018.

Dated: October 12, 2018

BRIAN KELLER

*/s/ B. C. Keller*

5058 Nortonville Way
Antioch, CA  94531
925.783.1386

Defendant, Pro Se

Dated: October 12, 2018

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Nancy A. Brown*
Nancy A. Brown
200 Vesey Street
Suite 400
New York, NY  10281
212.336.1023

Attorneys for Plaintiff Securities and Exchange Commission

SO ORDERED:

*/s/ Edgardo Ramos*

Edgardo Ramos, U.S.D.J.

Dated: October 16, 2018

2