UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                 Plaintiff,             :
                                         :    18 Civ. 8175 (ER)
       -- against --                    :
                                         :    ECF CASE
BARRY C. HONIG, JOHN STETSON,            :
MICHAEL BRAUSER, JOHN R. O'ROURKE III,   :
MARK GROUSSMAN, PHILLIP FROST,           :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG :
CAPITAL LLC, FROST GAMMA INVESTMENTS     :
TRUST, GRQ CONSULTANTS, INC.,            :
HS CONTRARIAN INVESTMENTS, LLC,          :
GRANDER HOLDINGS, INC., MELECHDAVID,     :
INC., OPKO HEALTH, INC.,                 :
SOUTHERN BIOTECH, INC., and              :
STETSON CAPITAL INVESTMENTS INC.,        :
                                         :
                 Defendants.            :
------------------------------------------------------------------ x

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission, and Defendant, Alpha Capital Anstalt, through their respective attorneys, that:

1.    Defendant Alpha Capital Anstalt ("Alpha") acknowledges receipt and proper service of the Summons and Complaint in this action.

1

2. Defendant Alpha shall move, answer or otherwise respond to the Complaint on or before January 7, 2019.

Dated: New York, NY
       October 16, 2018

| ALPHA CAPITAL ANSTALT | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By: _____<br>Andrew J. Levander<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>212.698.3500 | By: _____<br>Nancy A. Brown<br>200 Vesey Street<br>Suite 400<br>New York, NY 10281<br>212.336.1023 |
| Attorneys for Defendant Alpha Capital Anstalt | Attorneys for Plaintiff Securities and Exchange Commission |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE