USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/17/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-- against --

BARRY C. HONIG, JOHN STETSON,
MICHAEL BRAUSER, JOHN R. O'ROURKE III,
MARK GROUSSMAN, PHILLIP FROST,
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG
CAPITAL LLC, FROST GAMMA INVESTMENTS
TRUST, GRQ CONSULTANTS, INC.,
HS CONTRARIAN INVESTMENTS, LLC,
GRANDER HOLDINGS, INC., MELECHDAVID,
INC., OPKO HEALTH, INC.,
SOUTHERN BIOTECH, INC., and
STETSON CAPITAL INVESTMENTS INC.,

          Defendants.

------------------------------------------------------------------ x

18 Civ. 8175 (ER)

ECF CASE

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission, and Defendant, Alpha Capital Anstalt, through their respective attorneys, that:

1. Defendant Alpha Capital Anstalt ("Alpha") acknowledges receipt and proper service of the Summons and Complaint in this action.

2. Defendant Alpha shall move, answer or otherwise respond to the Complaint on or before January 7, 2019.

Dated: New York, NY
October 16, 2018

| ALPHA CAPITAL ANSTALT | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By: *[signature]* <br> Andrew J. Levander <br> Dechert LLP <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> 212.698.3500 | By: *[signature]* <br> Nancy A. Brown <br> 200 Vesey Street <br> Suite 400 <br> New York, NY 10281 <br> 212.336.1023 |
| Attorneys for Defendant Alpha Capital Anstalt | Attorneys for Plaintiff Securities and Exchange Commission |

SO ORDERED:

*[signature]*
_____
Edgardo Ramos, U.S.D.J.

Dated: October 17, 2018
New York, New York