AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-08175 |
| Honig, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John R. O'Rourke III    .

Date: 10/23/2018

/s/ Gregory Morvillo
*Attorney's signature*

Gregory Morvillo
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019

*Address*

gmorvillo@orrick.com
*E-mail address*

(212) 506-3552
*Telephone number*

(212) 506-5151
*FAX number*