# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Philip Pilmar
Direct Dial: (212) 370-0390
Cell:        (917) 607-1899
ppilmar@pkbllp.com

November 1, 2018

**By ECF**

The Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    SEC v. Honig, et al.
                **No. 18 Civ. 8175 (ER)**

Dear Judge Ramos:

      I am an associate at Petrillo Klein & Boxer LLP and Petrillo Klein & Boxer LLP represents defendant Elliot Maza in the above-referenced action. I filed a Notice of Appearance on September 24, 2018. As of November 2, 2018, I will no longer be an attorney at Petrillo Klein & Boxer LLP. Accordingly, I respectfully request to withdraw my Notice of Appearance in this action and that my name be removed from the docket of this case. Nelson A. Boxer and Petrillo Klein & Boxer LLP remain as counsel to Mr. Maza in this action.

                                                                Respectfully submitted,

                                                                Philip Pilmar