```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :
                       Plaintiff,             :
                                              :
          vs.                                 :
                                              :
BARRY C. HONIG, JOHN STETSON, MICHAEL          :
BRAUSER, JOHN R. O'ROURKE III, MARK            :
GROUSSMAN, PHILLIP FROST, ROBERT               :
LADD, ELLIOT MAZA, BRIAN KELLER, JOHN          :
H. FORD, ALPHA CAPITAL ANSTALT, ATG            :
CAPITAL LLC, FROST GAMMA INVESTMENTS           :
TRUST, GRQ CONSULTANTS, INC., HS               :
CONTRARIAN INVESTMENTS, LLC,                   :
GRANDER HOLDINGS, INC., MELECHDAVID,           :
INC., OPKO HEALTH, INC., SOUTHERN              :
BIOTECH, INC., AND STETSON CAPITAL             :
INVESTMENTS INC.,                              :
                                              :
                       Defendants.             :
-----------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 11/8/2018

18 Civ. 8175 (ER)

ECF CASE

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Securities and Exchange Commission and Defendants John Stetson, HS Contrarian Investments, LLC, Stetson Capital Investments Inc., Michael Brauser, Grander Holdings, Inc., Mark Groussman, Melechdavid, Inc., John R. O'Rourke III, ATG Capital LLC, Phillip Frost, Frost Gamma Investments Trust, Barry C. Honig, GRQ Consultants, Inc., Robert Ladd, Elliot Maza, and Brian Keller, (collectively, "Defendants"), through their attorneys, or pro se, that:

Defendants' time to move, answer, or otherwise respond to the Complaint

shall be extended to December 17, 2018.

Dated: October 29, 2018

JOHN STETSON, HS CONTRARIAN INVESTMENTS, LLC, AND STETSON CAPITAL INVESTMENTS INC.

By: _____

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, New York 10005-1413
212-530-5000

*Attorneys for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc.*

SECURITIES AND EXCHANGE COMMISSION

By: _____

200 Vesey Street, Suite 400
New York, New York 10281-1022
212-336-1023

*Attorneys for Plaintiff Securities and Exchange Commission*

BARRY C. HONIG and GRQ CONSULTANTS, INC.

By: _____

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
212-455-2206

*Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc.*

MICHAEL BRAUSER and GRANDER HOLDINGS, INC.

By: _____

Sallah Astarita Cox LLC
3010 N. Military Trail, Suite 210
Boca Raton, FL 33431
561-989-9080

*Attorneys for Defendants Michael Brauser and Grander Holdings, Inc.*

| | |
|---|---|
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST |
| By: _____ | By: _____ |
| Orrick, Herrington & Stucliffe LLP<br>51 W. 52nd Streeet<br>New York, NY 10019<br>212-506-3552 | Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520 |
| *Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC* | *Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust* |
| MARK GROUSSMAN and MELECHDAVID, INC. | ROBERT LADD |
| By: /s/ *(signed)* | By: _____ |
| Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883 | Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301 |
| *Attorneys for Defendants Mark Groussman and Melechdavid, Inc.* | *Attorneys for Defendant Robert Ladd* |
| BRIAN KELLER | ELLIOT MAZA |
| By: _____ | By: _____ |
| 5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| *Defendant, Pro Se* | *Attorneys for Defendant Elliot Maza* |

3

shall be extended to December 17, 2018.

Dated: October 29, 2018

| | |
|---|---|
| **JOHN STETSON, HS CONTRARIAN INVESTMENTS, LLC, AND STETSON CAPITAL INVESTMENTS INC.** | **SECURITIES AND EXCHANGE COMMISSION** |
| By: _____ | By: /s/ *signature* |
| Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, New York 10005-1413<br>212-530-5000 | 200 Vesey Street, Suite 400<br>New York, New York 10281-1022<br>212-336-1023 |
| *Attorneys for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc.* | *Attorneys for Plaintiff Securities and Exchange Commission* |
| **BARRY C. HONIG and GRQ CONSULTANTS, INC.** | **MICHAEL BRAUSER and GRANDER HOLDINGS, INC.** |
| By: /s/ Michael Osnato  A.R.P. | By: _____ |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-455-2206 | Sallah Astarita Cox LLC<br>3010 N. Military Trail, Suite 210<br>Boca Raton, FL 33431<br>561-989-9080 |
| *Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc.* | *Attorneys for Defendants Michael Brauser and Grander Holdings, Inc.* |

shall be extended to December 17, 2018.

Dated: October 29, 2018

| | |
|---|---|
| JOHN STETSON, HS CONTRARIAN INVESTMENTS, LLC, AND STETSON CAPITAL INVESTMENTS INC.<br><br>By: /s/ Adam<br><br>Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, New York 10005-1413<br>212-530-5000<br><br>*Attorneys for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc.* | SECURITIES AND EXCHANGE COMMISSION<br><br>By: /s/<br><br>200 Vesey Street, Suite 400<br>New York, New York 10281-1022<br>212-336-1023<br><br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| BARRY C. HONIG and GRQ CONSULTANTS, INC.<br><br>By: _____<br><br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-455-2206<br><br>*Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc.* | MICHAEL BRAUSER and GRANDER HOLDINGS, INC.<br><br>By: _____<br><br>Sallah Astarita Cox LLC<br>3010 N. Military Trail, Suite 210<br>Boca Raton, FL 33431<br>561-989-9080<br><br>*Attorneys for Defendants Michael Brauser and Grander Holdings, Inc.* |

| | |
|---|---|
| JOHN R. O'ROURKE III and ATG CAPITAL LLC<br><br>By: _[signature]_<br><br>Orrick, Herrington & Stucliffe LLP<br>51 W. 52nd Streeet<br>New York, NY 10019<br>212-506-3552<br><br>*Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC* | PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST<br><br>By: _____<br><br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520<br><br>*Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust* |
| MARK GROUSSMAN and MELECHDAVID, INC.<br><br>By: _____<br><br>Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883<br><br>*Attorneys for Defendants Mark Groussman and Melechdavid, Inc.* | ROBERT LADD<br><br>By: _____<br><br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301<br><br>*Attorneys for Defendant Robert Ladd* |
| BRIAN KELLER<br><br>By: _____<br><br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386<br><br>*Defendant, Pro Se* | ELLIOT MAZA<br><br>By: _____<br><br>Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330<br><br>*Attorneys for Defendant Elliot Maza* |

| | |
|---|---|
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST |
| By: _____ | By: _____ |
| Orrick, Herrington & Stucliffe LLP<br>51 W. 52nd Streeet<br>New York, NY 10019<br>212-506-3552 | Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520 |
| *Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC* | *Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust* |
| MARK GROUSSMAN and MELECHDAVID, INC. | ROBERT LADD |
| By: _____ | By: _____ |
| Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883 | Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301 |
| *Attorneys for Defendants Mark Groussman and Melechdavid, Inc.* | *Attorneys for Defendant Robert Ladd* |
| BRIAN KELLER | ELLIOT MAZA |
| By: _____ | By: *[signature]* |
| 5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| *Defendant, Pro Se* | *Attorneys for Defendant Elliot Maza* |

3

JOHN R. O'ROURKE III and ATG CAPITAL LLC

By: _____

Orrick, Herrington & Stucliffe LLP
51 W. 52nd Streeet
New York, NY 10019
212-506-3552

*Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC*

PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST

By: _____

Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9520

*Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust*


MARK GROUSSMAN and MELECHDAVID, INC.

By: _____

Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
212-763-0883

*Attorneys for Defendants Mark Groussman and Melechdavid, Inc.*

ROBERT LADD

By: [signature]

Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5301

*Attorneys for Defendant Robert Ladd*


BRIAN KELLER

By: _____

5058 Nortonville Way
Antioch, CA 94531
925-783-1386

*Defendant, Pro Se*

ELLIOT MAZA

By: _____

Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
212-370-0330

*Attorneys for Defendant Elliot Maza*

3

JOHN R. O'ROURKE III and ATG CAPITAL LLC

By: _____

Orrick, Herrington & Stucliffe LLP
51 W. 52nd Streeet
New York, NY 10019
212-506-3552

*Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC*

PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST

By: _____

Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9520

*Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust*

MARK GROUSSMAN and MELECHDAVID, INC.

By: _____

Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
212-763-0883

*Attorneys for Defendants Mark Groussman and Melechdavid, Inc.*

ROBERT LADD

By: _____

Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5301

*Attorneys for Defendant Robert Ladd*

BRIAN KELLER

By: */s/ B. Keller*

5058 Nortonville Way
Antioch, CA 94531
925-783-1386

*Defendant, Pro Se*

ELLIOT MAZA

By: _____

Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
212-370-0330

*Attorneys for Defendant Elliot Maza*

3

| | |
|---|---|
| JOHN R. O'ROURKE III and ATG CAPITAL LLC<br><br>By: _____<br><br>Orrick, Herrington & Stucliffe LLP<br>51 W. 52nd Streeet<br>New York, NY 10019<br>212-506-3552<br><br>*Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC* | PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST<br><br>By: */s/ Robert J. Anello*<br>Robert J. Anello<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520<br><br>*Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust* |
| MARK GROUSSMAN and MELECHDAVID, INC.<br><br>By: _____<br><br>Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883<br><br>*Attorneys for Defendants Mark Groussman and Melechdavid, Inc.* | ROBERT LADD<br><br>By: _____<br><br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301<br><br>*Attorneys for Defendant Robert Ladd* |
| BRIAN KELLER<br><br>By: _____<br><br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386<br><br>*Defendant, Pro Se* | ELLIOT MAZA<br><br>By: _____<br><br>Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330<br><br>*Attorneys for Defendant Elliot Maza* |

3

**SO ORDERED:**

_____
Edgardo Ramos, U.S.D.J
Dated: __11/8/2018__
New York, New York

**Dated:**