UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -- against --

BARRY C. HONIG, JOHN STETSON,
MICHAEL BRAUSER, JOHN R. O'ROURKE III,
MARK GROUSSMAN, PHILLIP FROST,
ROBERT LADD, ELLIOT MAZA, BRIAN
KELLER, JOHN H. FORD, ALPHA CAPITAL
ANSTALT, ATG : CAPITAL LLC, FROST
GAMMA INVESTMENTS TRUST, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS,
INC., MELECHDAVID, INC., OPKO HEALTH,
INC., SOUTHERN BIOTECH, INC., and
STETSON CAPITAL INVESTMENTS INC.,

                Defendants.
―――――――――――――――――――x

18-CV-08175-ER

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(e) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melissa L. Mackiewicz, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Michael Brauser and Grander Holdings, Inc. in the above-captioned action.

I am in good standing of the bars of the states of Florida and Maryland and the District of Columbia and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit attesting to the foregoing.

Dated: November 21, 2018

        Respectfully submitted,

        RICHARD AND RICHARD, P.A.
        Tower III, Suite 1748
        825 Brickell Bay Drive
        Miami, FL  33131
        T: (305) 374-6276
        F: (305) 374-0384

        By: /s/ *Melissa L. Mackiewicz*
            MELISSA L. MACKIEWICZ
            melissa@richardandrichard.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing motion has been electronically filed this 21st day of November, 2018 with the Court via CM/ECF, which will serve an electronic copy on all counsel of record.

        /s/ *Melissa L. Mackiewicz*
        MELISSA L. MACKIEWICZ

W:\WDOX\CLIENTS\512\4467\00122263.DOCX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────x
SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    -- against --

BARRY C. HONIG, JOHN STETSON,
MICHAEL BRAUSER, JOHN R. O'ROURKE III,
MARK GROUSSMAN, PHILLIP FROST,
ROBERT LADD, ELLIOT MAZA, BRIAN
KELLER, JOHN H. FORD, ALPHA CAPITAL
ANSTALT, ATG : CAPITAL LLC, FROST
GAMMA INVESTMENTS TRUST, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS,
INC., MELECHDAVID, INC., OPKO HEALTH,
INC., SOUTHERN BIOTECH, INC., and
STETSON CAPITAL INVESTMENTS INC.,

            Defendants.
─────────────────────────────x

18-CV-08175-ER

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Melissa L. Mackiewicz for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the State of Florida, and that his contact information is as follows:

    Melissa L. Mackiewicz
    RICHARD AND RICHARD, P.A.
    825 Brickell Bay Drive
    Tower III, Suite 1748
    Miami, FL 33131
    T: 305-374-6276
    F: 305-374-0384
    E: melissa@richardandrichard.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Michael Brauser and Granger Holdings, Inc., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                              The Honorable Edgardo Ramos
                                                              United States District Judge

W:\WDOX\CLIENTS\512\4467\00122268.DOCX