UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

**18-CV-08175-ER**

-- against --

BARRY C. HONIG, JOHN  STETSON,
MICHAEL BRAUSER, JOHN R. O'ROURKE III,
MARK GROUSSMAN, PHILLIP FROST,
ROBERT  LADD, ELLIOT MAZA, BRIAN
KELLER, JOHN  H. FORD, ALPHA CAPITAL
ANSTALT, ATG  : CAPITAL  LLC, FROST
GAMMA INVESTMENTS TRUST, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS,
INC., MELECHDAVID, INC., OPKO HEALTH,
INC., SOUTHERN BIOTECH, INC., and
STETSON CAPITAL INVESTMENTS INC.,

Defendants.

————————————————————————x

## <u>ORDER FOR ADMISSION *PRO HAC VICE*</u>

The motion of Melissa L. Mackiewicz for admission to practice *Pro Hac Vice* in the

above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the State of

Florida, and that his contact information is as follows:

Melissa L. Mackiewicz
RICHARD AND RICHARD, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131
T: 305-374-6276
F: 305-374-0384
E: melissa@richardandrichard.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Michael Brauser and Granger Holdings, Inc., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
The Honorable Edgardo Ramos
United States District Judge

W:\WDOX\CLIENTS\512\4467\00122268.DOCX