UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

   -- against --

BARRY C. HONIG, JOHN STETSON,
MICHAEL BRAUSER, JOHN R. O'ROURKE III,
MARK GROUSSMAN, PHILLIP FROST,
ROBERT LADD, ELLIOT MAZA, BRIAN
KELLER, JOHN H. FORD, ALPHA CAPITAL
ANSTALT, ATG : CAPITAL LLC, FROST
GAMMA INVESTMENTS TRUST, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS,
INC., MELECHDAVID, INC., OPKO HEALTH,
INC., SOUTHERN BIOTECH, INC., and
STETSON CAPITAL INVESTMENTS INC.,

                Defendants.
————————————————————x

18-CV-08175-ER

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(e) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dennis A. Richard, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Michael Brauser and Grander Holdings, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit attesting to the foregoing.

Dated: November 29, 2018

Respectfully submitted,

RICHARD AND RICHARD, P.A.
Tower III, Suite 1748
825 Brickell Bay Drive
Miami, FL  33131
Telephone:	(305)	374-6688
Facsimile:	(305)	374-0384

By: /s/ *Dennis Richard*
    DENNIS RICHARD
    dennis@richardandrichard.com
    Florida Bar No.  148730

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion has been electronically filed this 29th day of November, 2018 with the Court via CM/ECF, which will serve an electronic copy on all counsel of record.

/s/ *Dennis Richard*
DENNIS RICHARD

W:\WDOX\CLIENTS\512\4467\00120739.DOCX