**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | **18 Civ. 8175 (ER)** |
| -- against -- : | |
| : | **ECF CASE** |
| BARRY C. HONIG, JOHN STETSON, : | |
| MICHAEL BRAUSER, JOHN R. O'ROURKE III, : | |
| MARK GROUSSMAN, PHILLIP FROST, : | |
| ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, : | **NOTICE OF** |
| JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG : | **APPEARANCE** |
| CAPITAL LLC, FROST GAMMA INVESTMENTS : | |
| TRUST, GRQ CONSULTANTS, INC., : | |
| HS CONTRARIAN INVESTMENTS, LLC, : | |
| GRANDER HOLDINGS, INC., MELECHDAVID, : | |
| INC., OPKO HEALTH, INC., : | |
| SOUTHERN BIOTECH, INC., and : | |
| STETSON CAPITAL INVESTMENTS INC., : | |
| : | |
| Defendants. : | |

---------------------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Andrew J. Levander, hereby enter my

appearance as counsel of record on behalf of Alpha Capital Anstalt in the above-captioned

action, and request that copies of all papers in this action be served upon me at the address set

forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       December 6, 2018

DECHERT LLP

By: _/s/_ Andrew J. Levander_____
             Andrew J. Levander

Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Andrew.Levander@dechert.com
Tel.: (212) 698-3683
Fax: (212) 698-3599

*Attorneys for Alpha Capital Anstalt*