UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,   :
                                       :
     Plaintiff,                 :
                                       :  18 Civ. 8175 (ER)
  -- against --                  :
                                       :  ECF CASE
BARRY C. HONIG, JOHN STETSON,          :
MICHAEL BRAUSER, JOHN R. O'ROURKE III, :
MARK GROUSSMAN, PHILLIP FROST,         :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,:  **NOTICE OF**
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG :  **APPEARANCE**
CAPITAL LLC, FROST GAMMA INVESTMENTS   :
TRUST, GRQ CONSULTANTS, INC.,          :
HS CONTRARIAN INVESTMENTS, LLC,        :
GRANDER HOLDINGS, INC., MELECHDAVID,   :
INC., OPKO HEALTH, INC.,               :
SOUTHERN BIOTECH, INC., and            :
STETSON CAPITAL INVESTMENTS INC.,      :
                                       :
     Defendants.              :
------------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that I, Rebecca K. Waldman, hereby enter my appearance as counsel of record on behalf of Alpha Capital Anstalt in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

2

Dated: New York, New York
December 6, 2018

                          DECHERT LLP

                          By: /s/ Rebecca K. Waldman
                                Rebecca K. Waldman

                          Three Bryant Park
                          1095 Avenue of the Americas
                          New York, New York 10036-6797
                          Rebecca.Waldman@dechert.com
                          Tel.: (212) 698-3861
                          Fax: (212) 698-3599

                          *Attorneys for Alpha Capital Anstalt*