UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                    Plaintiff,         :
                                       :     18 Civ. 8175 (ER)
         -- against --                 :
                                       :     ECF CASE
BARRY C. HONIG, JOHN STETSON,          :
MICHAEL BRAUSER, JOHN R. O'ROURKE III, :
MARK GROUSSMAN, PHILLIP FROST,         :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,:
JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG :
CAPITAL LLC, FROST GAMMA INVESTMENTS   :
TRUST, GRQ CONSULTANTS, INC.,          :
HS CONTRARIAN INVESTMENTS, LLC,        :
GRANDER HOLDINGS, INC., MELECHDAVID,   :
INC., OPKO HEALTH, INC.,               :
SOUTHERN BIOTECH, INC., and            :
STETSON CAPITAL INVESTMENTS INC.,      :
                                       :
                    Defendants.        :
                                       :
------------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Securities and Exchange Commission (the "Commission") has advised counsel for Defendants Barry C. Honig, John Stetson, Michael Brauser, John R. O'Rourke III, Mark Groussman, Phillip Frost, Robert Ladd, Elliot Maza, Alpha Capital Anstalt, ATG Capital LLC, Frost Gamma Investments Trust, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., Melechdavid, Inc., OPKO Health, Inc., and Stetson Capital Investments Inc., and Brian Keller, appearing pro se (collectively, "Defendants"), that it wishes to amend its Complaint in this action; and

WHEREAS, Defendants consent to the filing of an Amended Complaint; and

WHEREAS, certain Defendants have indicated that they may wish to file Motions to dismiss the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission ("Commission"), and Defendants, either individually or through their respective attorneys, that:

1. Defendants consent to the Commission's filing of an Amended Complaint.

2. The Commission shall file its Amended Complaint on or before January 4, 2019.

3. The Commission and any Defendant who wishes to file a Motion to dismiss the Amended Complaint shall be governed by the following briefing schedule:

(a) Any Defendant moving to dismiss the Amended Complaint shall serve and file its Motion and supporting papers by February 28, 2019;

(b) The Commission shall serve and file its Opposition papers by March 28, 2019; and

(c) Moving Defendants shall serve and file their respective Reply papers by April 22, 2019.

Dated: New York, NY
December 5, 2018

| | |
|---|---|
| JOHN STETSON, HS CONTRARIAN INVESTMENTS, LLC, and STETSON CAPITAL INVESTMENTS INC. | SECURITIES AND EXCHANGE COMMISSION |
| By: *[signature]* | By: *[signature]* Nancy A. Brown |
| Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, New York 10005-1413<br>212-530-5000 | 200 Vesey Street<br>Suite 400<br>New York, NY 10281<br>212-336-1023 |
| Attorneys for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc. | Attorneys for Plaintiff Securities and Exchange Commission |

2

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |

By: *Michael Osnato* ARP

By: _____

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
212-455-2200

Sallah Astarita Cox, LLC
3010 N. Military Trl #210
Boca Raton, Florida 33431
561-989-9020

Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc.

Attorneys for Defendants Michael Brauser and Grander Holdings, Inc.

| | |
|---|---|
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |

By: _____

By: _____

Orrick, Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019-6142
212-506-3552

Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
212-370-0330

Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC

Attorneys for Defendant Elliot Maza

| | |
|---|---|
| PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST | MARK GROUSSMAN and MELECHDAVID, INC. |

By: _____

By: _____

Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9520

Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
212-763-0883

Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust

Attorneys for Defendants Mark Groussman and Melechdavid, Inc.

3

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC.<br><br>By: _____<br><br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200<br><br>Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC.<br><br>By: _*[signature]*_____<br><br>Sallah Astarita Cox, LLC<br>3010 N. Military Trl #210<br>Boca Raton, Florida 33431<br>561-989-9020<br><br>Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC<br><br>By: _____<br><br>Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552<br><br>Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | ELLIOT MAZA<br><br><br>By: _____<br><br>Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330<br><br>Attorneys for Defendant Elliot Maza |
| PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST<br><br>By: _____<br><br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520<br><br>Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust | MARK GROUSSMAN and MELECHDAVID, INC.<br><br>By: _____<br><br>Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883<br><br>Attorneys for Defendants Mark Groussman and Melechdavid, Inc. |

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |
| By: _____ | By: _____ |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200 | Sallah Astarita Cox, LLC<br>3010 N. Military Trl #210<br>Boca Raton, Florida 33431<br>561-989-9020 |
| Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |
| By: *[signature]* | By: _____ |
| Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | Attorneys for Defendant Elliot Maza |
| PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST | MARK GROUSSMAN and MELECHDAVID, INC. |
| By: _____ | By: _____ |
| Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520 | Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883 |
| Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust | Attorneys for Defendants Mark Groussman and Melechdavid, Inc. |

3

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |

By: _____

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
212-455-2200

Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc.

By: _____

Sallah Astarita Cox, LLC
3010 N. Military Trl #210
Boca Raton, Florida 33431
561-989-9020

Attorneys for Defendants Michael Brauser and Grander Holdings, Inc.

JOHN R. O'ROURKE III and ATG CAPITAL LLC

ELLIOT MAZA

By: _____

Orrick, Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019-6142
212-506-3552

Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC

By: */s/ Nelson A. Boxer*

Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
212-370-0330

Attorneys for Defendant Elliot Maza

PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST

MARK GROUSSMAN and MELECHDAVID, INC.

By: _____

Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9520

Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust

By: _____

Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
212-763-0883

Attorneys for Defendants Mark Groussman and Melechdavid, Inc.

3

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |
| By: _____ | By: _____ |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200 | Sallah Astarita Cox, LLC<br>3010 N. Military Trl #210<br>Boca Raton, Florida 33431<br>561-989-9020 |
| Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |
| By: _____ | By: _____ |
| Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | Attorneys for Defendant Elliot Maza |
| PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST | MARK GROUSSMAN and MELECHDAVID, INC. |
| By: */s/ Robert J. Anello* | By: _____ |
| Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520 | Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883 |
| Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust | Attorneys for Defendants Mark Groussman and Melechdavid, Inc. |

3

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |
| By: _____ | By: _____ |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200 | Sallah Astarita Cox, LLC<br>3010 N. Military Trl #210<br>Boca Raton, Florida 33431<br>561-989-9020 |
| Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |
| By: _____ | By: _____ |
| Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | Attorneys for Defendant Elliot Maza |
| PHILLIP FROST and FROST GAMMA INVESTMENTS TRUST | MARK GROUSSMAN and MELECHDAVID, INC. |
| By: _____ | By: [signature] |
| Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9520 | Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>Suite 7110<br>New York, NY 10118<br>212-763-0883 |
| Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust | Attorneys for Defendants Mark Groussman and Melechdavid, Inc. |

3

| | |
|---|---|
| ROBERT LADD | BRIAN KELLER |
| By: *[signature]* | By: _____ |
| Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |
| ALPHA CAPITAL ANSTALT | OPKO HEALTH, INC. |
| By: _____ | By: _____ |
| Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>212-698-3599 | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>202-974-1680 |
| Attorneys for Defendant Alpha Capital Anstalt | Attorneys for Defendant OPKO Health, Inc. |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

4

| ROBERT LADD | BRIAN KELLER |
|---|---|
| By: _____ | By: *[signature: Bri C Keller]* _____ |
| Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA  94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |
| ALPHA CAPITAL ANSTALT | OPKO HEALTH, INC. |
| By: _____ | By: _____ |
| Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY  10036<br>212-698-3599 | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202-974-1680 |
| Attorneys for Defendant Alpha Capital Anstalt | Attorneys for Defendant OPKO Health, Inc. |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

4

| | |
|---|---|
| ROBERT LADD | BRIAN KELLER |
| By: _____ | By: _____ |
| Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |
| ALPHA CAPITAL ANSTALT | OPKO HEALTH, INC. |
| By: /s/ R. Waldman | By: _____ |
| Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>212-698-3599 | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>202-974-1680 |
| Attorneys for Defendant Alpha Capital Anstalt | Attorneys for Defendant OPKO Health, Inc. |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

4

| ROBERT LADD | BRIAN KELLER |
|---|---|
| By: _____ | By: _____ |
| Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5301 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |
| ALPHA CAPITAL ANSTALT | OPKO HEALTH, INC. |
| By: _____ | By: /s/ Matthew C. Solomon / AJJ |
| Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>212-698-3599 | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>202-974-1680 |
| Attorneys for Defendant Alpha Capital Anstalt | Attorneys for Defendant OPKO Health, Inc. |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE