

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

December 6, 2018

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

  Re: SEC v. Honig, et al.;
    <u>No. 18 Civ. 8175 (ER)</u>

Dear Judge Ramos:

  We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

  Enclosed is a courtesy copy of a stipulation and proposed order submitted on behalf of all parties, and filed today on ECF, relating to the Commission's desire to file an amended complaint in this action.

  The parties have stipulated to the filing of an amended complaint, a deadline for that filing, and a briefing schedule for any motions to dismiss. The parties have agreed that, with the Court's permission, it would be appropriate to bypass the requirement of a pre-motion letter and conference, and instead to proceed directly to their proposed briefing schedule for motions to dismiss. If, however, the Court is not inclined to waive the requirement of a pre-motion letter and conference, the parties propose the following schedule: (1) pre-motion letters to be submitted by February 4, 2019, and (ii) a letter from the Commission setting forth its position on the pre-motion letters to be submitted by February 18.

            Respectfully submitted,

            Nancy A. Brown

<u>Enclosure</u>

cc: All Defendants via email