UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

   -- against --

BARRY C. HONIG, JOHN STETSON,
MICHAEL BRAUSER, JOHN R. O'ROURKE III,
MARK GROUSSMAN, PHILLIP FROST,
ROBERT LADD, ELLIOT MAZA, BRIAN
KELLER, JOHN H. FORD, ALPHA CAPITAL
ANSTALT, ATG : CAPITAL LLC, FROST
GAMMA INVESTMENTS TRUST, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS,
INC., MELECHDAVID, INC., OPKO HEALTH,
INC., SOUTHERN BIOTECH, INC., and
STETSON CAPITAL INVESTMENTS INC.,

              Defendants.

---------------------------------x

18-CV-08175-ER

### DECLARATION OF MELISSA L. MACKIEWICZ
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Melissa L. Mackiewicz, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Richard and Richard, P.A.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am eligible to practice and a member in good standing of the Bars of the States of Florida and Maryland and the District of Columbia.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants Michael Brauser and Granger Holdings, Inc.

Dated: ~~November 21, 2018~~
December 28, 2018 *MM*

/s/ *Melissa L. Mackiewicz*
Melissa L. Mackiewicz
RICHARD AND RICHARD, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131
melissa@richardandrichard.com
T: (305) 374-6276
F: (305) 374-0384

W:\WDOX\CLIENTS\512\4467\00122266.DOCX