# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Acting Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 2002,

### Melissa Lea Mackiewicz

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Acting Clerk, and affixed the Seal of the Court of Appeals of Maryland, this third day of December, 2018.

*Suzanne Johnson*

Acting Clerk of the Court of Appeals of Maryland