UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTATL, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., AND STETSON CAPTIAL INVESTMENTS, INC.,<br><br>                    Defendants. | 18 Civ. 8175 (ER)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael D. Handelsman, Esq., a member of this Court in good standing, hereby appears on behalf of Defendant, Michael Brauser and Grander Holdings, Inc., in the above-captioned case. The undersigned hereby requests that all papers in the above-captioned case be served upon the undersigned at the e-mail address stated below.

Dated: January 18, 2019

                                          */s/: Michael D. Handelsman*

                                          Michael D. Handelsman
                                          SALLAH ASTARITA & COX, LLC
                                          60 Pompton Avenue
                                          Verona, New Jersey 07044
                                          mdh@sallahlaw.com
                                          Tel: (973) 559-5566
                                          *Attorney for Defendants Michael Brauser & Grander Holdings, Inc.*