UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTATL, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., AND STETSON CAPTIAL INVESTMENTS, INC.,<br><br>                    Defendants. | 18 Civ. 8175 (ER)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Astarita, Esq., a member of this Court in good standing, hereby appears on behalf of Defendant, Michael Brauser and Grander Holdings, Inc., in the above-captioned case. The undersigned hereby requests that all papers in the above-captioned case be served upon the undersigned at the e-mail address stated below.

Dated: January 18, 2019

*/s/: Mark J. Astarita*

Mark J. Astarita
SALLAH ASTARITA & COX, LLC
60 Pompton Avenue
Verona, New Jersey 07044
mja@sallahlaw.com
Tel: (973) 559-5566
*Attorney for Defendants Michael Brauser & Grander Holdings, Inc.*