UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>vs.<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTATL, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., AND STETSON CAPTIAL INVESTMENTS, INC.,<br><br>                     Defendants. | 18 Civ. 8175 (ER)<br><br>ECF CASE |

## MOTION TO ADMIT PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Sallah, Astarita & Cox, LLC and a member in good standing of the Bar of the State of Florida, as attorney *pro hac vice* to argue or try this case in as co-counsel for Defendant, Michael Brauser, and Grander Holdings, Inc., with Attorney Mark Astarita, also of Sallah, Astarita & Cox, who is a member in good standing in this district. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: January 17, 2019                    Respectfully submitted,

/s/:  *Joshua A. Katz*

Joshua A. Katz
Florida Bar # 0848301
SALLAH ASTARITA & COX, LLC
3010 N. Military Trail Suite 210
Boca Raton, FL 33431
Email: jds@sallahlaw.com
Tel: (561) 989-9080
*Attorney for Defendant Michael Brauser*
*& Grander Holdings, Inc.,*