UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTATL, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., AND STETSON CAPTIAL INVESTMENTS, INC.,<br><br>　　　　　　Defendants. | 18 Civ. 8175 (ER)<br><br>ECF CASE |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

State of Florida　　　　）
　　　　　　　　　　　 ) ss:
Palm Beach County　　 ）

　　　JAMES D. SALLAH, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Sallah Astarita & Cox, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida and the Bar of the State of Colorado.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony, nor have I been censured, suspended, disbarred or denied admission by any court.

6. Wherefore your affiant respectfully submits that he be permitted to appear as trial counsel and advocate *pro hac vice* in this one case for defendants Michael Brauser and Grander Holdings, Inc.

James D. Sallah
Florida Bar # 92584
SALLAH ASTARITA & COX, LLC
3010 N. Military Trail Suite 210
Boca Raton, FL 33431
Email: jds@sallahlaw.com
Tel: (561) 989-9080
*Attorney for Defendants* Michael Brauser
& Grander Holdings, Inc.,

BEFORE ME, the undersigned authority, on the 17 day of January, 2019, personally appeared, James D. Sallah, who is personally known to me, and being duly sworn, on oath, deposes and says that the foregoing is true, correct, and complete to the best of his knowledge, and that he has read the foregoing and knows the contents of all documents and information provided

SWORN TO AND SUBSCRIBED before me this 17 day of January, 2019

Notary Public State of Florida
Deana A Beni
My Commission GG 257176
Expires 09/10/2022

NOTARY PUBLIC STATE OF FLORIDA

My Commission Expires:

09-10-22