

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**_JAMES DAMIAN SALLAH_**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __19th__ day of __June__ A. D. __1997__ and that at the date hereof the said **_JAMES DAMIAN SALLAH_** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __2nd__ day of __January__ A. D. __2019__

*Cheryl Stevens*
Clerk

By _[signature]_
Deputy Clerk

