# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JAMES DAMIAN SALLAH**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 8, 1996**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this January 8, 2019.*

_____
*Clerk of the Supreme Court of Florida.*