UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTATL, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., AND STETSON CAPTIAL INVESTMENTS, INC.,<br><br>Defendants. | 18 Civ. 8175 (ER)<br><br>ECF CASE |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC**

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, James D. Sallah, is permitted to argue or try this particular case in whole or in part as co-counsel with Attorney Mark J. Astarita of Sallah Astarita & Cox, LLC for defendants Michael Brauser and Grander Holdings, Inc.

This Order becomes effective upon the Court's receipt of the required fee and confirms appearance as counsel in this case. A notation of counsel's admission *pro hac vice* in the above listed case will be made in the roll of attorneys.

Dated: _____                           _____
                                                                         Judge Edgardo Ramos
                                                                         UNITED STATES DISTRICT JUDGE