UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>vs.<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ALPHA CAPITAL ANSTATL, FROST GAMMA INVESTMENTS TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDAVID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., AND STETSON CAPTIAL INVESTMENTS, INC.,<br><br>                    Defendants. | 18 Civ. 8175 (ER)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James D. Sallah, Esq., a member of this Court in good standing, hereby appears on behalf of Defendant Michael Brauser,  and Grander Holdings, Inc., in the above-captioned case.  The undersigned hereby requests that all papers in the above-captioned case be served upon the undersigned at the e-mail address stated below.

Dated: January 31, 2019

/s/:  *James D. Sallah*

James D. Sallah
Florida Bar # 92584
SALLAH ASTARITA & COX, LLC
3010 N. Military Trail Suite 210
Boca Raton, FL 33431
Email: jds@sallahlaw.com
Tel: (561) 989-9080
*Counsel Defendants Michael Brauser*
*& Grander Holdings, Inc.,*