# MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

**28 LIBERTY STREET**
**NEW YORK, N.Y. 10005-1413**

Adam Fee
Partner
DIRECT DIAL NUMBER
+1 (212) 530-5101
E-MAIL: afee@milbank.com

February 8, 2019

**VIA ECF**

The Hon. Edgardo Ramos
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *SEC v. Honig, et al.*, 18 Civ. 8175 (ER)

Dear Judge Ramos:

      We represent defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc., in the above-referenced matter. We respectfully request, on the consent of all parties, that the Court adjourn the SEC's February 8, 2019 deadline for filing an amended complaint in this matter for a period of approximately four weeks. The reason for this request is that Mr. Stetson wishes to further engage with the SEC in discussions concerning the facts of this case, and the SEC and all remaining defendants have agreed that these discussions should take place in advance of the filing of an amended complaint in this matter. While we would have preferred to submit this request earlier in the week, we required additional time to obtain the consent of all parties to the proposed adjournment.

      We have enclosed with this letter a stipulation and proposed order, which includes an amended briefing schedule for the filing of motions to dismiss the amended complaint. Please contact the undersigned with any questions.

Respectfully submitted,

*/s/*_____
Adam Fee
George S. Canellos

cc:    All counsel of record (via ECF)