UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,      :
                                          :
               Plaintiff,                :
                                          :     18 Civ. 8175 (ER)
      – against –                         :
                                          :     ECF CASE
BARRY C. HONIG, MICHAEL BRAUSER,         :
JOHN STETSON, JOHN R. O'ROURKE III,      :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, ATG CAPITAL LLC, GRQ       :
CONSULTANTS, INC., HS CONTRARIAN         :
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,:
and STETSON CAPITAL INVESTMENTS INC.,    :
                                          :
               Defendants.              :
---------------------------------------------------------------------- x

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, pursuant to the Court's Order, entered December 21, 2018 (DE 69), Plaintiff Securities and Exchange Commission (the "Commission") is to serve and file its Amended Complaint by February 8, 2019;

WHEREAS, Defendants Barry C. Honig, Michael Brauser, John Stetson, John R. O'Rourke III, Robert Ladd, Elliot Maza, ATG Capital LLC, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., and Stetson Capital Investments Inc., through their respective attorneys, and Defendant Brian Keller, appearing pro se (collectively, "Defendants"), consent to an adjournment of that date; and

WHEREAS, certain Defendants have indicated that they may wish to file Motions to dismiss the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission ("Commission"), and Defendants, either individually or through their respective attorneys, that:

1. Defendants consent to the adjournment of the date by which the Commission will file an Amended Complaint.

2. The Commission shall file its Amended Complaint on or before March 8, 2019.

3. The Commission and any Defendant who wishes to file a Motion to dismiss the Amended Complaint shall be governed by the following briefing schedule:

    (a) Any Defendant moving to dismiss the Amended Complaint shall serve and file its Motion and supporting papers by April 5, 2019;

    (b) The Commission shall serve and file its Opposition papers by May 10, 2019; and

    (c) Moving Defendants shall serve and file their respective Reply papers by June 7, 2019.

Dated: New York, NY
       February 7, 2019

JOHN STETSON, HS CONTRARIAN
INVESTMENTS, LLC, and STETSON
CAPITAL INVESTMENTS INC.

By: _____

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, New York 10005-1413
212-530-5000

Attorneys for Defendants John Stetson, HS
Contrarian Investments, LLC, and Stetson
Capital Investments Inc.

SECURITIES AND EXCHANGE
COMMISSION

By: _____
    Nancy A. Brown

200 Vesey Street
Suite 400
New York, NY 10281
212-336-1023

Attorneys for Plaintiff Securities and Exchange
Commission

2

BARRY C. HONIG and GRQ CONSULTANTS, INC.

By: /s/ M. Osnato /AF

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
212-455-2200

Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc.

MICHAEL BRAUSER and GRANDER HOLDINGS, INC.

By: /s/ D. Richard /AF

Richard & Richard, P.A.
825 Brickell Bay Drive, Suite 1748
Miami, FL 33131
305-374-6688

Attorneys for Defendants Michael Brauser and Grander Holdings, Inc.

JOHN R. O'ROURKE III and ATG CAPITAL LLC

By: /s/ G. Morvillo /AF

Orrick, Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019-6142
212-506-3552

Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC

ELLIOT MAZA

By: /s/ N. Boxer /AF

Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
212-370-0330

Attorneys for Defendant Elliot Maza

ROBERT LADD

By: /s/ R. Lee /AF

Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
310-883-6485

Attorneys for Defendant Robert Ladd

BRIAN KELLER

By: _____

Brian C. Keller
5058 Nortonville Way
Antioch, CA 94531
925-783-1386

Pro Se

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |
| By: _____ | By: _____ |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200 | Sallah Astarita Cox, LLC<br>3010 N. Military Trl #210<br>Boca Raton, Florida 33431<br>561-989-9020 |
| Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |
| By: _____ | By: _____ |
| Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | Attorneys for Defendant Elliot Maza |
| ROBERT LADD | BRIAN KELLER |
| By: _____ | By: /s/ BC Keller |
| Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>310-883-6485 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE