UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION         Plaintiff,         Case No. 1:18-cv-08175

-against-

BARRY C. HONIG, et al.         Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Randall R. Lee
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  152672 (CA)

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  WILMER HALE
             FIRM ADDRESS:  350 S. Grand Ave, Ste 2100, Los Angeles, CA  90071
             FIRM TELEPHONE NUMBER:  213-443-5300
             FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME:  COOLEY LLP
             FIRM ADDRESS:  1333 2nd Street, Ste 400, Santa Monica, CA 90401
             FIRM TELEPHONE NUMBER:  310-883-6400
             FIRM FAX NUMBER:  310-883-6500

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 8, 2019                    /s/ Randall R. Lee
                                           ATTORNEY'S SIGNATURE