UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,  :
:
Plaintiff,   :
:
:  18 Civ. 8175 (ER)
– against –   :
:  ECF CASE
:
BARRY C. HONIG, MICHAEL BRAUSER,   :
JOHN STETSON, JOHN R. O'ROURKE III,   :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, ATG CAPITAL LLC, GRQ   :
CONSULTANTS, INC., HS CONTRARIAN   :
INVESTMENTS, LLC, GRANDER HOLDINGS, INC., :
and STETSON CAPITAL INVESTMENTS INC.,   :
:
Defendants.   :
------------------------------------------------------------------- x

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, pursuant to the Court's Order, entered December 21, 2018 (DE 69), Plaintiff Securities and Exchange Commission (the "Commission") is to serve and file its Amended Complaint by February 8, 2019;

WHEREAS, Defendants Barry C. Honig, Michael Brauser, John Stetson, John R. O'Rourke III, Robert Ladd, Elliot Maza, ATG Capital LLC, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., and Stetson Capital Investments Inc., through their respective attorneys, and Defendant Brian Keller, appearing pro se (collectively, "Defendants"), consent to an adjournment of that date; and

WHEREAS, certain Defendants have indicated that they may wish to file Motions to dismiss the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission ("Commission"), and Defendants, either individually or through their respective attorneys, that:

1. Defendants consent to the adjournment of the date by which the Commission will file an Amended Complaint.

2. The Commission shall file its Amended Complaint on or before March 8, 2019.

3. The Commission and any Defendant who wishes to file a Motion to dismiss the Amended Complaint shall be governed by the following briefing schedule:

    (a) Any Defendant moving to dismiss the Amended Complaint shall serve and file its Motion and supporting papers by April 5, 2019;

    (b) The Commission shall serve and file its Opposition papers by May 10, 2019; and

    (c) Moving Defendants shall serve and file their respective Reply papers by June 7, 2019.

Dated: New York, NY
       February 7, 2019

| | |
|---|---|
| JOHN STETSON, HS CONTRARIAN INVESTMENTS, LLC, and STETSON CAPITAL INVESTMENTS INC. | SECURITIES AND EXCHANGE COMMISSION |
| By: /s/ | By: /s/ Nancy A. Brown |
| Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, New York 10005-1413<br>212-530-5000 | 200 Vesey Street<br>Suite 400<br>New York, NY 10281<br>212-336-1023 |
| Attorneys for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc. | Attorneys for Plaintiff Securities and Exchange Commission |

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |
| By: /s/ M. Osnato /AF | By: /s/ D. Richard /AF |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200 | Richard & Richard, P.A.<br>825 Brickell Bay Drive, Suite 1748<br>Miami, FL 33131<br>305-374-6688 |
| Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |
| By: /s/ G. Morvillo /AF | By: /s/ N. Boxer /AF |
| Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | Attorneys for Defendant Elliot Maza |
| ROBERT LADD | BRIAN KELLER |
| By: /s/ R. Lee /AF | By: _____ |
| Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>310-883-6485 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |

| | |
|---|---|
| BARRY C. HONIG and GRQ CONSULTANTS, INC. | MICHAEL BRAUSER and GRANDER HOLDINGS, INC. |
| By: _____ | By: _____ |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2200 | Sallah Astarita Cox, LLC<br>3010 N. Military Trl #210<br>Boca Raton, Florida 33431<br>561-989-9020 |
| Attorneys for Defendants Barry C. Honig and GRQ Consultants, Inc. | Attorneys for Defendants Michael Brauser and Grander Holdings, Inc. |
| JOHN R. O'ROURKE III and ATG CAPITAL LLC | ELLIOT MAZA |
| By: _____ | By: _____ |
| Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>212-506-3552 | Petrillo Klein & Boxer LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>212-370-0330 |
| Attorneys for Defendants John R. O'Rourke III and ATG Capital LLC | Attorneys for Defendant Elliot Maza |
| ROBERT LADD | BRIAN KELLER |
| By: _____ | By: /s/ BCKeller |
| Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>310-883-6485 | Brian C. Keller<br>5058 Nortonville Way<br>Antioch, CA 94531<br>925-783-1386 |
| Attorneys for Defendant Robert Ladd | Pro Se |

3

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: \_\_2/8/2019_____
New York, New York