# MILBANK, TWEED, HADLEY & McCLOY LLP

**28 LIBERTY STREET**
**NEW YORK, N.Y. 10005-1413**

Adam Fee
Partner
DIRECT DIAL NUMBER
+1 (212) 530-5101
E-MAIL: afee@milbank.com

February 11, 2019

**VIA ECF**

The Hon. Edgardo Ramos
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>SEC v. Honig, et al.</u>, 18 Civ. 8175 (ER)

Dear Judge Ramos:

We represent defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments Inc., in the above-referenced matter. On February 8, 2019, the Court granted the parties' request to extend the SEC's deadline for filing an amended complaint, and to set a new briefing schedule for defendants' motions to dismiss. With respect to the latter, in the proposed order entered by the Court, we erroneously included an abbreviated briefing schedule that was shorter than the schedule agreed to by the parties. Accordingly, we respectfully request, with the consent of all parties, that the Court amend the briefing schedule as follows by so-ordering this letter:

(a) Any Defendant moving to dismiss the Amended Complaint shall serve and file its Motion and supporting papers by May 8, 2019;

(b) The Commission shall serve and file its Opposition papers by June 21, 2019; and

(c) Moving Defendants shall serve and file their respective Reply papers by July 22, 2019.

Please contact the undersigned with any questions.

Respectfully submitted,

*/s/*
Adam Fee
George S. Canellos

cc:   All counsel of record (via ECF)