UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>BARRY C. HONIG, MICHAEL BRAUSER, JOHN STETSON, JOHN R. O'ROURKE III, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ATG CAPITAL LLC, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., and STETSON CAPITAL INVESTMENTS INC.,<br><br>Defendants. | Civil Action No. 18 Civ. 8175 (ER)<br><br>ECF CASE |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective February 19, 2019, the law firm Milbank, Tweed, Hadley & McCloy LLP has changed its name and the address of its New York office to the following:

**Milbank LLP**
**55 Hudson Yards**
**New York, New York 10001**

PLEASE TAKE FURTHER NOTICE that all of the email addresses, telephone numbers, and facsimile numbers affiliated with the New York office of Milbank LLP will remain the same.

Dated: February 22, 2019

New York, New York

        Milbank LLP

        By: */s/ George S. Canellos*

        George S. Canellos
        GCanellos@milbank.com
        Adam Fee
        AFee@milbank.com
        55 Hudson Yards
        New York, New York 10001
        Tel: (212) 530-5000

        *Attorneys for Defendants John Stetson, HS Contrarian Investments, LLC, and Stetson Capital Investments, Inc.*