UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Securities and Exchange Commission,

                Plaintiff,

Case No.  1:18-cv-08175 (ER)

-against-

Barry C. Honig, et al.,

                Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Adam Fee**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AF8447     My State Bar Number is 4591822

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                  FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
                  FIRM TELEPHONE NUMBER: (212) 530 - 5000
                  FIRM FAX NUMBER: (212) 530 - 5219

NEW FIRM:     FIRM NAME: Milbank LLP
                  FIRM ADDRESS: 55 Hudson Yards, New York, NY 10001
                  FIRM TELEPHONE NUMBER: (212) 530 - 5000
                  FIRM FAX NUMBER: (212) 530 - 5219

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 22, 2019                   /s/ Adam Fee
                                              ATTORNEY'S SIGNATURE