**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,                        18 Civ. 08175 (ER)

     - against -

BARRY C. HONIG, et al.

           Defendants.
-------------------------------------------------------------X

## <u>NOTICE OF APPEARANCE</u>

          PLEASE TAKE NOTICE that Nicole Lloret of Orrick, Herrington & Sutcliffe

with offices located at 51 W 52nd Street, New York, New York 10019, hereby appears on behalf

of John R. O'Rourke III in the above-captioned case.  The undersigned hereby requests that all

papers in the above-captioned case be served upon the undersigned at the email address stated

below.

          I certify that I am admitted to practice before this Court.

Dated:      New York, New York
            March 8, 2019

                        Orrick, Herrington & Sutcliffe LLP

                        By: <u>/s/ Nicole Lloret</u>
                            Nicole Lloret

                        51 W 52nd Street, 13th Fl.
                        New York, New York 10019
                        tel.    (212) 506-3706
                        nlloret@orrick.com

                        *Attorney for Defendant John R. O'Rourke III*