# MEMO ENDORSED



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

KATHERINE S. BROMBERG
TELEPHONE: (212) 336-0170
EMAIL: BROMBERGK@SEC.GOV

March 11, 2019

**Via UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    SEC v. Honig, et al.;
            No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

      We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action. The Commission filed Plaintiff's Amended Complaint ("AC") on March 8, 2019 (DE 105), pursuant to the Stipulation and Order entered February 8, 2019. (DE 97.) The Commission writes upon request of Chambers to note that defendant John H. Ford ("Ford") was appropriately named in the AC because he has not been terminated from the above-captioned action. Ford entered into a bifurcated settlement in which he consented to non-monetary relief but remains in the action for the Court to resolve issues of monetary relief. (DE 28).

      Today the Commission received a notification stating that the AC was deficient "[d]ue to the PDF case caption containing a party that has been terminated (John H. Ford), party must be added as a new party." The ECF office advised counsel for the Commission that this notice occurred because the DE 28 docket text entry stated "(John H. Ford terminated.)" Yet Ford was not "terminated." DE 28 is a judgment ordering permanent injunctions against Ford from violating certain statutes, a penny stock bar, and that any monetary relief to be ordered against Ford will be decided later by the Court upon motion of the Commission for disgorgement and/or civil penalties. Thus, this judgment was not a final judgment as to Ford, and he remains as a defendant in this action.

Hon. Edgardo Ramos                                                                                                         March 11, 2019
                                                                                                                                                  Page 2

      Accordingly, the Commission respectfully suggests that Ford remains a party in the AC case caption as filed on March 8, 2019.  Please let us know if we may be of further assistance to the Court.

                                                                          Respectfully submitted,

                                                                          *[signature]*

                                                                          Katherine S. Bromberg

Enclosure

cc:     All Defendants via email

---

The Clerk of Court is respectfully directed to undo termination of Defendant John H. Ford from the docket.  Defendant Ford was terminated following the consent judgment "So Ordered" on September 21, 2018.  Pursuant to section five of that judgment, *see* Doc. 28 at 4, the Commission reserved the right to move both for disgorgement of ill-gotten gains and for civil penalties against Defendant Ford.  Consequently, Defendant Ford's termination from the docket was error.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 3/11/2019
New York, New York