

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

March 26, 2019

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    SEC v. Honig, et al.;
               No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

    We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

    Enclosed for the Court's consideration is a courtesy copy of the partial Judgment on consent against Defendant Elliot Maza, by which Maza has consented to the imposition of injunctive relief, leaving the Commission's claims for monetary relief for later resolution by further consent or Commission motion. If the partial Judgment is satisfactory to the Court, we respectfully request that the Court docket the Judgment together with its Consent.

                                       Respectfully submitted,

                                       Nancy A. Brown

Enclosure

cc:    All Defendants via email