# EXHIBIT 3

| | |
|---|---|
| **From:** | Brown, Nancy A <BrownN@SEC.GOV> |
| **Sent:** | Wednesday, April 24, 2019 1:52 PM |
| **To:** | mberkovits@cooley.com |
| **Cc:** | Bromberg, Katherine; Daniels, Jon |
| **Subject:** | RE: SEC v. Honig -- Ladd RFPs |

I agree that your request is deemed served on April 23, 2019, that you have not agreed to modify it in light of our conversation yesterday and that you will have our response on May 23, 2019.
Thank you.

---

**From:** Berkovits, Michael <mberkovits@cooley.com>
**Sent:** Wednesday, April 24, 2019 2:07 PM
**To:** Brown, Nancy A <BrownN@SEC.GOV>
**Cc:** Lee, Randall R. <randall.lee@cooley.com>; Osnato, Michael J. <Michael.Osnato@stblaw.com>; DENNIS RICHARD (dennis@richardandrichard.com) <dennis@richardandrichard.com>; MELISSA MACKIEWICZ <Melissa@richardandrichard.com>; James Sallah <jds@sallahlaw.com>; Joshua Katz <jak@sallahlaw.com>; msommer@wsgr.com; Chandrasekhar, Charu <ChandrasekharC@SEC.GOV>; Paley, Michael D. <PaleyM@SEC.GOV>; Bromberg, Katherine <BrombergK@SEC.GOV>; Daniels, Jon <danielsj@SEC.GOV>; Johnstone, Chris <Chris.Johnstone@wilmerhale.com>; Patel, Anar Rathod <apatel@stblaw.com>; Morvillo, Greg <gmorvillo@orrick.com>; gcanellos@milbank.com; Lloret, Nicole <nlloret@orrick.com>
**Subject:** SEC v. Honig -- Ladd RFPs

Nancy,

I write to memorialize our discussions regarding Defendant Robert Ladd's request for production of documents, which we served on April 17, 2019.  Although you had previously disputed that our document requests had been properly served because you took the position that the Rule 26(f) conference had not concluded, you agreed during our April 23 call that the Rule 26(f) conference had officially concluded and that Mr. Ladd's requests for production are now deemed served.  Accordingly, the deadline for the SEC to respond to Mr. Ladd's requests for production is May 23.

Regards,
Michael


**Michael J. Berkovits**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Direct: +1 212 479 6234 • Fax: +1 212 479 6275
Email: MBerkovits@cooley.com • www.cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.