

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BrownN@sec.gov

May 15, 2019

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    SEC v. Honig, et al.;
            No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

      We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action. As requested by the Court today, we enclose a revised Case Management Plan reflecting the Court's and parties' discussion at the Rule 16(b) Conference.

                                      Respectfully submitted,

                                      Nancy A. Brown

Enclosures

cc:    All Defendants via email