USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___6/5/2019___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    – against –

BARRY C. HONIG, MICHAEL BRAUSER,
JOHN STETSON, JOHN R. O'ROURKE III,
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,
JOHN H. FORD, ATG CAPITAL LLC, GRQ
CONSULTANTS, INC., HS CONTRARIAN
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,
and STETSON CAPITAL INVESTMENTS INC.,

                Defendants.

------------------------------------------------------------------------x

18 Civ. 8175 (ER)

ECF CASE

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Defendant Michael Brauser and Plaintiff Securities and Exchange Commission ("Commission"), that any and all discovery obtained by Defendant Brauser pursuant to his Rule 34 Document Request to the Commission (the "Discovery Material") shall be retained by him in confidence and shall not be disclosed to or shared with (i) any other Defendant in this matter who (a) declines to produce documents in response to the Commission's Rule 34 Document Request to him by reason of his assertion of an act of production privilege or any other assertion of his Fifth Amendment privileges, or by reason of his obtaining an extension from the Commission on his time to respond; or (b) has not executed the Confidentiality Stipulation and Order entered by the Court; and (ii) any entity

controlled by any such Defendant. Nothing herein shall preclude Brauser from disclosing such Discovery Material as part of a public filing made by Brauser in this matter.

Dated: New York, New York
      May 24, 2019

MICHAEL BRAUSER and GRANDER
HOLDINGS, INC.

By:   /s/ *Dennis Richard*
      Dennis Richard
      Richard and Richard, PA
      Tower III – 17th Floor 825 Brickell Bay
      Drive
      Miami, FL  33131
      305-374-6688

Attorneys for Defendant Michael Brauser

SECURITIES AND EXCHANGE
COMMISSION

By: _____
      Nancy A. Brown
      200 Vesey Street
      Suite 400
      New York, NY  10281
      212-336-1023

Attorneys for Plaintiff Securities and Exchange Commission

So Ordered:

_____
Edgardo Ramos, U.S.D.J
Dated:   6/5/2019
New York, New York