UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

   -- against --                         Case No. 18-civ-08175-ER

BARRY C. HONIG, et al.,

        Defendants.
———————————————————x

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon this Notice of Motion, the Memorandum of Law in Support of Motion to Dismiss of Defendants Michael Brauser and Grander Holdings, Inc. and any oral argument heard in connection herewith, these Defendants, by and through their undersigned counsel, will move this Court, before the Honorable Edgardo Ramos, United States District Court Judge, in the United States Courthouse located at 40 Foley Square, New York, New York, on a date and time to be designated by the Court, for an Order pursuant to Rules 8, 9(b) and 12 (b)(6), Federal Rules of Civil Procedure, dismissing the Complaint in its entirety as against these Defendants, and awarding the Defendants any such other or further relief as the Court deems just, equitable, and proper.

Pursuant to the briefing schedule confirmed by the Court, Plaintiff's Opposition papers are due August 2, 2019, and the Defendants' Reply papers are due September 3, 2019. *Scheduling Order*, ¶ 3, filed 5/20/19 (ECF No. 126).

Dated: June 19, 2019

Respectfully submitted,

*Attorneys for Defendants Brauser and Grander Holdings, Inc.*

| SALLAH ASTARITA COX LLC | RICHARD AND RICHARD, P.A. |
|---|---|
| 3010 N. Military Trail | Tower III, Suite 1748 |
| Suite 210 | 825 Brickell Bay Drive |
| Boca Raton, FL  33431 | Miami, FL  33131 |
| T:  (561) 989-9080 | T: (305) 374-6688 |
| F:  (561) 989-9020 | F: (305) 374-0384 |
| | |
| By: /s/ *James D. Sallah* | By: /s/ *Dennis A. Richard* |
| JAMES D. SALLAH | DENNIS A. RICHARD |
| jds@sallahlaw.com | dennis@richardandrichard.com |
| JOSHUA A. KATZ | MELISSA L. MACKIEWICZ |
| jak@sallahlaw.com | melissa@richardandrichard.com |
| | |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing motion has been electronically filed this 19th day of June, 2019 with the Court via CM/ECF, which will serve an electronic copy on all counsel of record.

/s/ *Dennis Richard*
DENNIS RICHARD

W:\WDOX\CLIENTS\512\4467\00128267.DOCX