# EXHIBIT C

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

---

**FORM 8-K**

---

**CURRENT REPORT**

**PURSUANT TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

**Date of report (Date of earliest event reported) April 5, 2011 (March 31, 2011)**

---

**MGT Capital Investments, Inc**.
**(Exact Name of Registrant as Specified in Its Charter)**

---

| **Delaware** | **0-26886** | **13-4148725** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**Kensington Centre, 66 Hammersmith Road,**
**London, United Kingdom, W14 8UD**
(Address of principal executive offices, including zip code)

**011-44-20-7605-1151**
(Registrant's Telephone Number, Including Area Code)

(Former Name or Former Address, if Changed Since Last Report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions ( *see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

*This Report on Form 8-K contains forward-looking statements that involve risks and uncertainties, as well as assumptions that, if they never materialize or prove incorrect, could cause the results of MGT Capital Investments, Inc. and its consolidated subsidiaries (the "Company") to differ materially from those expressed or implied by such forward-looking statements. All statements other than statements of historical fact are statements that could be deemed forward-looking statements, including any projections of revenue, gross profit, expenses, earnings or losses from operations, synergies or other financial items; any statements of the plans, strategies and objectives of management for future operations, including the rate of market development and acceptance of medical imaging technology; the execution of restructuring plans; any statement concerning developments, performance or industry rankings relating to products or services; any statements regarding future economic conditions or performance; any statements of expectation or belief; and any statements of assumptions underlying any of the foregoing. The risks, uncertainties and assumptions referred to above include the performance of contracts by suppliers, customers and partners; employee management issues; the difficulty of aligning expense levels with revenue changes; and other risks that are described from time to time in the Company's Securities and Exchange Commission reports filed after this report. The Company assumes no obligation and does not intend to update these forward-looking statements, unless required by law or regulation.*

**Item 8.01. Other Events.**

On March 31, 2011, MGT Capital Investments, Inc.'s majority-owned subsidiary Medicsight PLC issued a press release which is attached as Exhibit 99.1.

**Item 9.01. Financial Statements and Exhibits.**

*(a) Financial Statements of Businesses Acquired*

Not applicable.

*(b) Pro forma Financial Information*

Not applicable.

*(c) Shell Company Transactions*

Not applicable.

*(d) Exhibits*

Not applicable.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release dated March 31, 2011 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: April 5, 2011

**MGT CAPITAL INVESTMENTS, INC.**

By: /s/ Robert Ladd
Name: Robert Ladd
Title: Interim Chief Executive Officer

**Exhibit 99.1**




**Press release** **31 March 2011**

**Medicsight PLC**

("Medicsight" or "the Company")

**Preliminary Results for the 12 months ended 31 December 2010**

Medicsight PLC (AIM: MDST), an industry leader in the development of Computer-Aided Detection (CAD) and image analysis software to assist in the early detection of disease, is pleased to announce its Preliminary Results for the 12 months ended 31 December 2010.

**Financial and Operational 2010 Highlights**

- Revenues increased to £350,000 (2009: £115,000) including increased CAD revenue
- Balance sheet with cash reserves of £5.3m at 31 December 2010 (2009: £10.7m)
- A review of business operations and subsequent cost reduction plan implemented in 2009 has resulted in operating costs reducing by 37% during 2010
- Received State Food and Drug Administration approval in China for the latest version of ColonCAD™ (version 4.0)
- Launched the Medic$CO_2$LON automated $CO_2$ insufflator in Europe (where it is CE approved), signed a global distribution agreement and commenced sales
- Progressed regulatory approvals in Japan and the USA
- Continued to develop distribution models and partner relationships for ColonCAD™ in EU, China, Canada, Australia and Brazil

**Highlights post year end**

- Responded to a number of informal questions and a request for additional statistical analysis on the submission data from the US Food and Drug Administration
- Gained European (CE) approval and launched ColonCAD 4.1 on 25 March 2011
- Received a Medic$CO_2$LON order which is due for delivery in Q2

*Medic$CO_2$LON*

In addition to the computer aided detection software applications, Medicsight has developed Medic$CO_2$LON, an automated $CO_2$ insufflation device.

Insufflation is required in preparation for and during a CT Colonography (CTC) procedure in order to provide optimal distension and allow a clinician to assess the colon confidently. Insufflation can be provided with either room air or carbon dioxide gas ($CO_2$). Research has shown that $CO_2$ causes less discomfort to patients when compared to room air. The Medicsight Medic$CO_2$LON insufflator is the next generation in automated $CO_2$ insufflators developed in consultation with leading CT colonography centres worldwide and is designed to administer $CO_2$ to the colon and regulate colonic distension, and supports optimal colonic distension whilst minimising patient discomfort.

*Longer term projects*

Some longer term colon related opportunities that we continue to research include:

- Prone and supine registration technology – clinicians review the movement of findings between the two patient positions to distinguish lesions from stool. Registration brings the colon surfaces from the two positions into correspondence - reducing clinical review time.

- Optical endoscopy – Medicsight has a research subsidiary, MedicEndo Limited working with leading London academic and clinical centres, to research the use of CAD and other image analysis technologies in the field of optical endoscopy, with a view to these technologies combining information in real time (i.e. as a clinician examines a patient) from two sources of patient data.

- Other R&D projects being assessed or in an early stage include CAD improvements to increase sensitivity and specificity, prep-less and reduced-prep CAD and flat lesion detection.

*Intellectual Property*

Medicsight continues to develop its intellectual property portfolio to protect the core technology in its CAD and other products. During 2010, patents were granted in the UK and US covering various aspects of Medicsight CAD algorithms (for both Colon and Lung) as well as image processing methods related to the identification of the boundary of lesions. Medicsight currently has 12 patents granted and 29 pending.