# EXHIBIT K



**Penny Stock Newsletters Section**

- Home
- Research
- Directory
- Message Boards
- Penny Stock Newsletters
- Canadian Stocks

- Newsletters Hub
- Newsletters
- Promoters
- Promoted Stocks
- Paying Parties

Home > Newsletters



HYPE REPORT

Top 20 Most Heavily Promoted Penny Stocks For January 2018

Pink Sheets

OTC BB

ADVERTISEMENT
AdChoices

Corporate Email

Commercial Companies



# Newsletter

DETAILS

## NYSE: MGT Beastmode engaged - John McAfee driving the Bus May 09, 2016 17:45

Promoter: **StockBeast.com** Paying Party: **No Third Party**

| Stocks covered: | Compensation: | Avg $ Volume for Period: |
|---|---|---|
| **MGT** | $125000 | 13244462 |

Max Profit: 57.43 %  Gain at close: 35.69 %

## Watch The Video To Learn How To Trade Penny Stocks

How to Buy Penny Stocks



### TRY HOTSTOCKED PRECISION NOW

Rating: ★★★★½
Platform: Win/Mac
Price: FREE
Size: 656KB
Downloads: 800,000+

**TRY IT FOR FREE**

Download Now



Important Disclaimer

This page is a redisplay of an e-mail received that was most likely a paid promotional event. Hotstocked does not in any way agree or endorse the opinions expressed in the content of this e-mail nor have we verified the accuracy of any of the statements made. Hotstocked republishes this to serve as a reference for shareholders in the company.



## Stock BEAST Report -  MGT Capital Investments, Inc.

Monday, May 9th, 2016

**Hello Fellow Stock Beast,**

**Guess who's back????**

When I was young, I used to watch Jeopardy and I would try to guess at the answers.  I was pretty good at it.  Well if I am ever watching and see  this answer come up -"This man is the most universally known name in Cybersecurity, sold his startup company to Intel for $7.6BB, is frequently on CNBC, Fox News, Bloomberg, Wall St Journal, and recently became the CEO of a $9MM company and renamed it after himself," I will hit the buzzer, wager all of my money and say "Alex, Who is John McAfee"?

Folks, it's rare that we get an opportunity like this to get involved in a potential behemoth with amazing implications in our day to day life, as well as our portfolio.  Imagine investing in Computing, Or Internet at its infancy.  Imagine the returns.  Well those returns have been generated by traders, investors, and funds who invested in John McAfee in the beginning, and here is your opportunity to follow his lead.

*Are you worried about cybersecurity?  Well you should be.*

Are you concerned about an organization using your own computer or cell phone - to spy on you?  Well you should be.

Are you the least bit afraid that your private pictures will somehow end up on the web because that app you just downloaded granted access to your gallery?  Well you should be.

Notice the trend. I will keep this simple. Every app, software, and computer program has the capacity to send your information out. How do you think Facebook makes money? Google? Have you ever read the thousand page(s) of Terms and Conditions? I haven't yet. Maybe I should!

Now we don't have to worry. Internet Privacy is a huge dilemma. And now that dilemma is also a HUGE opportunity for us to capitalize. The IT security space is big enough to allow for new entrants. When it comes to Device Security, investors can now take look at what internet security and information privacy pioneer John McAfee's Future Tense Secure Systems has developed with its D-Vasive.

How do you think the company is going to react as these new products are released and the company grows? MGT is currently sitting at around $0.50 and will have pro forma fully diluted 50 MM Outstanding shares. This is simple math. John McAfee sold his last company for $7.6BB. This is big big big!

*Stop Being Spied On!*

Everyday more and more invasive apps are being released. These invasive apps want to silently turn on your microphone to record your voice as well as turn on your camera to video record your activities.

D-Vasive operates in a unique way, allowing you complete control in managing your internal hardware. So that way, when a potential malicious application tries to open your Camera, Mic, Bluetooth or WiFi and spy on you, D-Vasive lets you know, and lets you completely lock them down.

For those savvy investors who like to dig further, the entire 8K is here for your perusal: http://yahoo.brand.edgar-online.com/displayfilinginfo.aspx?filingid☐369637&tabindex=2&type=html

I wouldn't be surprised if we see a full media blitz with interviews and media dedicated to this story. Could this be just the beginning of a MGT rally?

Sincerely,
**Stock Beast**

## DISCLAIMER

PLEASE NOTE WELL: This report/release/advertisement is a commercial advertisement and is for general information purposes only. We are engaged in the business of marketing and advertising companies for monetary compensation.

StockBeast.com and its employees are not a Registered Investment Advisor, Broker Dealer or a member of any association for other research providers in any jurisdiction whatsoever and we are not qualified to give financial advice. The disclaimer is to be read and fully understood before using our site, or joining our email list. Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment. All content in our releases is for informational purposes only and should not be construed as an offer or solicitation of an offer to buy or sell securities. Neither the information presented nor any statement or expression of opinion, or any other matter herein, directly or indirectly constitutes a solicitation of the purchase or sale of any securities. StockBeast.com sponsored advertisements do not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation by StockBeast.com Network or an offer or solicitation to buy or sell any security. Viewers should always consult with a licensed securities professional before making any type of investment decision. StockBeast.com does not provide trading, investment or tax advice, and readers shall not rely on statements by StockBeast.com employees which purport to provide such advice. Investing in micro-cap securities is highly speculative and carries an extremely high degree of risk.

StockBeast.com is often times compensated to feature certain companies. StockBeast.com has been compensated for this report/news updates/social media/corporate communications on MGT the sum total of $125,000 from the Issuer (MGT Capital Investments, Inc.) for a two month MGT contract (May 6, 2016 - July 5th, 2016). This compensation constitutes a conflict of interest as to our ability to remain objective in our communication regarding the profiled company.

Release of Liability: Through use of this website or email viewing or using you agree to hold StockBeast.com, its operators owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur. The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data. StockBeast.com encourages readers and investors to supplement the information in these reports with independent research and other professional advice. All information on featured companies is provided by the companies profiled, or is available from public sources and StockBeast.com makes no representations, warranties or guarantees as to the accuracy or completeness of the disclosure by the profiled companies. None of the materials or advertisements herein constitute offers or solicitations to purchase or sell securities of the companies profiled herein and any decision to invest in any such company or other financial decisions should not be made based upon the information provide herein. Instead StockBeast.com strongly urges you conduct a complete and independent investigation of the respective companies and consideration of all pertinent risks. Readers are advised to review SEC periodic reports: Forms 10-Q, 10K, Form 8-K, insider reports, Forms 3, 4, 5 Schedule 13D. StockBeast.com is compliant with the Can Spam Act of 2003. StockBeast.com does not offer such advice or analysis, and StockBeast.com further urges you to consult your own independent tax, business, financial and investment advisors. Investing in micro-cap and growth securities is highly speculative and carries and extremely high degree of risk. It is possible that an investor's investment may be lost or impaired due to the speculative nature of the companies profiled.

All direct and third party compensation received will be disclosed within each individual email in accordance with section 17(b) of the 1 9 3 3 Securities Act. Any compensation constitutes a conflict of interest as to our ability to remain objective in our communication regarding the profiled companies. StockBeast.com has not investigated the background of the third party, the hiring company. Anyone viewing our website and advertisement should assume that the hiring party and affiliates of the hiring party own shares of the profiled company of which they plan to liquidate, further understanding that the liquidation of those shares will most likely impact the share price of the profiled company negatively. StockBeast.com affiliates may at any time have a position in the securities mentioned herein and may increase or decrease such positions without notice which will negatively affect the share price of the security.

None of the materials or advertisements herein constitute offers or solicitations to purchase or sell securities of the companies profiled herein and any decision to invest in any such company or other financial decisions should not be made based upon the information provide herein. Instead StockBeast.com strongly urges you conduct a complete and independent investigation of the respective companies and consideration of all pertinent risks. Readers are advised to review SEC periodic reports: Forms 10-Q, 10K, Form 8-K, insider reports, Forms 3, 4, 5 Schedule 13D. StockBeast.com is compliant with the Can Spam Act of 2003. StockBeast.com does not offer such advice or analysis, and StockBeast.com further urges you to consult your own independent tax, business, financial and investment advisors. Investing in micro-cap and growth securities is highly speculative and carries and extremely high degree of risk. It is possible that an investor's investment may be lost or impaired due to the speculative nature of the companies profiled.

Some of the content in this release contains forward-looking information within the meaning of Section 27 A of the Securities Act of 1 993 and Section 21 E of the Securities Exchange Act of 1 934 including statements regarding

expected continual growth of the profiled company and the value of its securities. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act of 1 995 it is hereby noted that statements contained herein that look forward in time which include everything other than historical information, involve risk and uncertainties that may affect a company's actual results of operation. A company's actual performance could greatly differ from those described in any forward looking statements or announcements mentioned in this release. Factors that should be considered that could cause actual results to differ include: the size and growth of the market for the company's products; the company's ability to fund its capital requirements in the near term and in the long term; pricing pressures; unforeseen and/or unexpected circumstances in happenings; etc. and the risk factors and other factors set forth in the company's filings with the Securities and Exchange Commission. However, a company's past performance does not guarantee future results. The Private Securities Litigation Reform Act of 1995 provides investors a 'safe harbor' in regard to forward-looking statements. Any statements that express or involve discussions with respect to predictions, expectations, beliefs, plans, projections, objectives, goals, assumptions or future events or performance are not statements of historical fact may be "forward looking statements". Forward looking statements are based on expectations, estimates, and projections at the time the statements are made that involve a number of risks an uncertainties which could cause actual results or events to differ materially from those presently anticipated. Forward looking statements in this action may be identified through use of words such as "projects", "foresee", "expects", "will", "anticipates", "estimates", "believes", "understands", or that by statements indicating certain actions "may", "could", or "might" occur. Understand there is no guarantee past performance will be indicative of future results.

In preparing this publication, StockBeast.com has relied upon information supplied by its customers, public information, and press releases which it believes to be reliable; however, such reliability cannot be guaranteed. Investors should not rely on the information contained in this website. Further specific financial information, filings and disclosures as well as general investor information about the profiled company, advice to investors and other investor resources are available at the Securities and Exchange Commission ("SEC") and the Financial Industry Regulatory Authority ("FINRA"). Investors should use the information contained in this website or email as a starting point for doing additional independent research on the featured companies. The advertisements in this website are believed to be reliable, however, StockBeast.com and its owners, affiliates, subsidiaries, officers, directors, representatives and agents disclaim any liability as to the completeness or accuracy of the information contained in any advertisement and for any omissions of materials facts from such advertisement. Factual statements, or the similar, made by the profiled companies are made as of the date stated and are subject to change without notice and StockBeast.com Network has no obligation to update any of the information provided. StockBeast.com Network, its owners, officers, directors, contractors and employees are not responsible for errors and omissions. From time to time certain content in our releases or website is written and published by our employees or third parties. In addition to information about our profiled companies, from time to time, our releases and website will contain the symbols of companies and/or news feeds about companies that are not being profiled by us but are merely illustrative of certain activity in the micro-cap market that we are highlighting. Viewers are advised that all analysis reports and news feeds are issued solely for informational purposes. Any opinions expressed are subject to change without notice. It is also possible that one or more of the companies discussed or profiled in our release or on our website may not have approved certain or any statements within the website or email. StockBeast.com encourages viewers to supplement the information obtained from this release and our website with independent research and other professional advice. StockBeast.com is not responsible for any claims made by the companies advertised herein, nor is StockBeast.com responsible for any other promotional firm, its program or its structure.

By accessing, viewing, or using the website or communications originating from this release, you agree that StockBeast.com, its owners, officers, directors, contractors and employees, are not responsible for any content, associated links, resources, or services associated with a third party website. You further agree that StockBeast.com, its owners, officers, directors, contractors and employees shall not be liable for any loss or damage of any sort associated with your use of third party content. Links and access to these sites are provided for your convenience only. StockBeast.com uses third parties to disseminate information to subscribers. Although we take precautions to prevent others from obtaining our subscriber list, there is a risk that our subscriber list, through no wrong doing on our part, could end up in the hands of an unauthorized party and that subscribers will receive communications from unauthorized third parties. You agree to hold StockBeast.com, its operators, owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur arising out of the use of our website or the information in our press releases, profiles and opinions. You agree that use of our website or email is at your sole risk. StockBeast.com disclaims all warranties of any kind, express or implied.

Third Party Web Sites and Information
StockBeast.com and newsletter may provide hyperlinks to third party websites or access to third party content. StockBeast.com does not control, endorse, or guarantee content found in such sites. You agree that StockBeast.com is not responsible for any content, associated links, resources, or services associated with a third party site. You further agree that StockBeast.com, Inc. shall not be liable for any loss or damage of any sort associated with your use of third party content. Links and access to these sites are provided for your convenience only.

2016 StockBeast.com, All Rights Reserved



218 E. Park Ave
Suite 643
Long Beach NY 11561
USA

Unsubscribe | Change Subscriber Options

## Watch the video to learn about the probability of Mgt Capital Investments, Inc (MGT) Chart Signal as of Jan 17 2018



**TRY HOTSTOCKED PRECISION NOW**



| | |
|---|---|
| Rating: | ★★★★½ |
| Platform: | Win/Mac |
| Price: | FREE |
| Size: | 656KB |
| Downloads: | 800,000+ |

© 2007 - 2011 HotStocked.com - All rights reserved.

Home | Message boards | Newsletters | Latest Comments | About us | Affiliate

AIM London Stock Exchange | Canadian stocks | Chinese stocks