# EXHIBIT P

**MGT Capital Investments, Inc. Stock Prices (May 2, 2016 to September 7, 2018)**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/2/2016 | 0.33 | 0.35 | 0.3201 | 0.3265 | 0.3265 | 61553 |
| 5/3/2016 | 0.34 | 0.3797 | 0.325 | 0.35 | 0.35 | 166747 |
| 5/4/2016 | 0.4 | 0.4 | 0.35 | 0.38 | 0.38 | 124407 |
| 5/5/2016 | 0.3701 | 0.409 | 0.3563 | 0.3869 | 0.3869 | 180264 |
| 5/6/2016 | 0.39 | 0.39 | 0.287 | 0.3647 | 0.3647 | 71005 |
| 5/9/2016 | 0.64 | 0.68 | 0.423 | 0.49 | 0.49 | 10117331 |
| 5/10/2016 | 0.538 | 0.847 | 0.49 | 0.73 | 0.73 | 18143099 |
| 5/11/2016 | 0.7602 | 1.27 | 0.7301 | 1.27 | 1.27 | 29379267 |
| 5/12/2016 | 1.44 | 1.87 | 1.31 | 1.52 | 1.52 | 63956743 |
| 5/13/2016 | 1.42 | 1.82 | 1.17 | 1.72 | 1.72 | 34394542 |
| 5/16/2016 | 1.99 | 3.28 | 1.88 | 2.96 | 2.96 | 79690385 |
| 5/17/2016 | 3.41 | 4.98 | 3.25 | 4.15 | 4.15 | 109384614 |
| 5/18/2016 | 5.23 | 5.58 | 2.27 | 2.62 | 2.62 | 96889104 |
| 5/19/2016 | 2.73 | 3.21 | 2.42 | 2.92 | 2.92 | 29891295 |
| 5/20/2016 | 3 | 3.19 | 2.67 | 2.9 | 2.9 | 15420768 |
| 5/23/2016 | 3.31 | 3.32 | 2.8738 | 3.11 | 3.11 | 19279617 |
| 5/24/2016 | 3.19 | 3.2 | 2.73 | 2.85 | 2.85 | 9813722 |
| 5/25/2016 | 2.58 | 2.65 | 2.23 | 2.24 | 2.24 | 11521155 |
| 5/26/2016 | 2.77 | 2.77 | 2.31 | 2.31 | 2.31 | 14830720 |
| 5/27/2016 | 2.29 | 2.55 | 2.23 | 2.35 | 2.35 | 5379322 |
| 5/31/2016 | 2.36 | 2.75 | 2.36 | 2.72 | 2.72 | 7924985 |
| 6/1/2016 | 2.62 | 2.84 | 2.57 | 2.68 | 2.68 | 9148831 |
| 6/2/2016 | 2.68 | 2.74 | 2.45 | 2.6 | 2.6 | 4180898 |
| 6/3/2016 | 2.52 | 2.58 | 2.42 | 2.45 | 2.45 | 2441761 |
| 6/6/2016 | 2.5 | 2.53 | 2.33 | 2.38 | 2.38 | 3118277 |
| 6/7/2016 | 2.63 | 2.64 | 2.3733 | 2.39 | 2.39 | 6853793 |
| 6/8/2016 | 2.43 | 2.46 | 2.32 | 2.37 | 2.37 | 2334553 |
| 6/9/2016 | 2.42 | 2.45 | 2.3501 | 2.36 | 2.36 | 1511387 |
| 6/10/2016 | 2.36 | 2.54 | 2.28 | 2.38 | 2.38 | 3374660 |
| 6/13/2016 | 2.41 | 2.5 | 2.35 | 2.37 | 2.37 | 2754632 |
| 6/14/2016 | 2.41 | 2.56 | 2.38 | 2.5 | 2.5 | 3631919 |
| 6/15/2016 | 2.61 | 3.25 | 2.57 | 3.19 | 3.19 | 20970515 |
| 6/16/2016 | 3.15 | 3.77 | 3.04 | 3.44 | 3.44 | 24740709 |
| 6/17/2016 | 3.73 | 3.73 | 3.22 | 3.45 | 3.45 | 8348609 |
| 6/20/2016 | 3.55 | 3.55 | 3.02 | 3.35 | 3.35 | 6584329 |
| 6/21/2016 | 3.3 | 3.34 | 3.11 | 3.11 | 3.11 | 3267758 |
| 6/22/2016 | 3.09 | 3.154 | 2.85 | 3.01 | 3.01 | 3710174 |
| 6/23/2016 | 3.05 | 3.26 | 3.02 | 3.2 | 3.2 | 7446812 |
| 6/24/2016 | 3 | 3.23 | 2.9 | 3.23 | 3.23 | 3318203 |
| 6/27/2016 | 3.46 | 3.46 | 3.1125 | 3.21 | 3.21 | 3559481 |
| 6/28/2016 | 3.32 | 3.3875 | 3.24 | 3.28 | 3.28 | 3963603 |
| 6/29/2016 | 3.32 | 4.05 | 3.26 | 4.04 | 4.04 | 16791449 |
| 6/30/2016 | 4.37 | 4.59 | 3.63 | 3.82 | 3.82 | 18707236 |
| 7/1/2016 | 3.68 | 4.07 | 3.52 | 3.97 | 3.97 | 6925179 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/5/2016 | 3.97 | 4.24 | 3.81 | 4.13 | 4.13 | 4914501 |
| 7/6/2016 | 4.02 | 4.54 | 4.02 | 4.35 | 4.35 | 8122171 |
| 7/7/2016 | 4.33 | 4.58 | 4.3 | 4.37 | 4.37 | 6187541 |
| 7/8/2016 | 4.31 | 4.5 | 4.01 | 4.29 | 4.29 | 7933366 |
| 7/11/2016 | 4.12 | 4.37 | 3.38 | 3.63 | 3.63 | 8033586 |
| 7/12/2016 | 3.82 | 3.979 | 3.61 | 3.66 | 3.66 | 3972495 |
| 7/13/2016 | 3.73 | 3.7699 | 3.5 | 3.52 | 3.52 | 2886044 |
| 7/14/2016 | 3.5 | 3.5 | 3.05 | 3.3 | 3.3 | 4746960 |
| 7/15/2016 | 3.74 | 3.94 | 3.47 | 3.66 | 3.66 | 7573845 |
| 7/18/2016 | 3.76 | 3.78 | 3.551 | 3.59 | 3.59 | 2015627 |
| 7/19/2016 | 3.53 | 3.63 | 3.45 | 3.5 | 3.5 | 2420198 |
| 7/20/2016 | 3.48 | 3.68 | 3.32 | 3.45 | 3.45 | 3861143 |
| 7/21/2016 | 3.39 | 3.45 | 3.3 | 3.31 | 3.31 | 1775898 |
| 7/22/2016 | 3.28 | 3.33 | 3.16 | 3.23 | 3.23 | 2054731 |
| 7/25/2016 | 3.16 | 3.22 | 2.9 | 2.92 | 2.92 | 2785020 |
| 7/26/2016 | 2.97 | 2.98 | 2.61 | 2.81 | 2.81 | 3295681 |
| 7/27/2016 | 2.7 | 3.17 | 2.65 | 2.86 | 2.86 | 3499092 |
| 7/28/2016 | 2.94 | 2.9799 | 2.87 | 2.87 | 2.87 | 988666 |
| 7/29/2016 | 2.88 | 3.13 | 2.87 | 3.01 | 3.01 | 2461804 |
| 8/1/2016 | 3.19 | 3.36 | 3.05 | 3.28 | 3.28 | 3187058 |
| 8/2/2016 | 3.4 | 3.57 | 3.35 | 3.52 | 3.52 | 3294006 |
| 8/3/2016 | 3.7 | 3.7 | 3.07 | 3.43 | 3.43 | 4223734 |
| 8/4/2016 | 3.41 | 3.65 | 3.281 | 3.58 | 3.58 | 3208095 |
| 8/5/2016 | 3.71 | 3.74 | 3.45 | 3.54 | 3.54 | 3281744 |
| 8/8/2016 | 3.45 | 3.47 | 3.22 | 3.37 | 3.37 | 1714656 |
| 8/9/2016 | 3.45 | 3.45 | 3.15 | 3.2 | 3.2 | 2006764 |
| 8/10/2016 | 3.05 | 3.16 | 2.92 | 3.12 | 3.12 | 2040387 |
| 8/11/2016 | 3.09 | 3.2 | 3.05 | 3.09 | 3.09 | 722659 |
| 8/12/2016 | 3.2 | 3.23 | 3.1 | 3.18 | 3.18 | 1258899 |
| 8/15/2016 | 3.39 | 3.52 | 3.28 | 3.48 | 3.48 | 2700357 |
| 8/16/2016 | 3.41 | 3.48 | 3.28 | 3.35 | 3.35 | 1714440 |
| 8/17/2016 | 3.31 | 3.35 | 3.06 | 3.23 | 3.23 | 1668193 |
| 8/18/2016 | 3.14 | 3.37 | 3.14 | 3.2 | 3.2 | 1379994 |
| 8/19/2016 | 3.18 | 3.24 | 3.15 | 3.18 | 3.18 | 587974 |
| 8/22/2016 | 3.15 | 3.25 | 3.15 | 3.18 | 3.18 | 513705 |
| 8/23/2016 | 3.18 | 3.24 | 3.16 | 3.19 | 3.19 | 362176 |
| 8/24/2016 | 3.19 | 3.37 | 3.16 | 3.22 | 3.22 | 1500978 |
| 8/25/2016 | 3.32 | 3.32 | 3.18 | 3.24 | 3.24 | 541773 |
| 8/26/2016 | 3.21 | 3.33 | 3.11 | 3.19 | 3.19 | 939068 |
| 8/29/2016 | 3.24 | 3.32 | 3.19 | 3.21 | 3.21 | 555720 |
| 8/30/2016 | 3.23 | 3.25 | 3.15 | 3.23 | 3.23 | 519186 |
| 8/31/2016 | 3.23 | 3.23 | 3.17 | 3.19 | 3.19 | 379607 |
| 9/1/2016 | 3.21 | 3.35 | 3.18 | 3.21 | 3.21 | 1350138 |
| 9/2/2016 | 3.38 | 3.57 | 3.26 | 3.33 | 3.33 | 3935908 |
| 9/6/2016 | 3.36 | 3.48 | 3.34 | 3.39 | 3.39 | 937014 |
| 9/7/2016 | 3.5 | 4 | 3.42 | 3.99 | 3.99 | 7964702 |
| 9/8/2016 | 3.81 | 4.0399 | 3.64 | 3.78 | 3.78 | 8657311 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/9/2016 | 3.78 | 3.94 | 3.32 | 3.4 | 3.4 | 4788800 |
| 9/12/2016 | 3.38 | 3.4 | 3.22 | 3.291 | 3.291 | 2115964 |
| 9/13/2016 | 3.5 | 3.61 | 3.37 | 3.47 | 3.47 | 4169203 |
| 9/14/2016 | 3.5 | 3.52 | 3.24 | 3.35 | 3.35 | 2179146 |
| 9/15/2016 | 3.39 | 3.47 | 3.33 | 3.44 | 3.44 | 1454358 |
| 9/16/2016 | 3.25 | 3.32 | 3.22 | 3.26 | 3.26 | 1455426 |
| 9/19/2016 | 3.07 | 3.07 | 2.4 | 2.52 | 2.52 | 7765043 |
| 9/20/2016 | 2.15 | 2.25 | 1.77 | 1.89 | 1.89 | 8787586 |
| 9/21/2016 | 1.85 | 2.58 | 1.82 | 2.3 | 2.3 | 8784935 |
| 9/22/2016 | 2.3 | 2.43 | 2.14 | 2.19 | 2.19 | 3363106 |
| 9/23/2016 | 2.15 | 2.15 | 1.98 | 2.05 | 2.05 | 2126856 |
| 9/26/2016 | 2.06 | 2.28 | 1.97 | 2.01 | 2.01 | 1502539 |
| 9/27/2016 | 2.1 | 2.12 | 2.02 | 2.1 | 2.1 | 1024989 |
| 9/28/2016 | 2.15 | 2.16 | 2.05 | 2.05 | 2.05 | 713464 |
| 9/29/2016 | 2.07 | 2.1 | 2.01 | 2.08 | 2.08 | 846650 |
| 9/30/2016 | 2.07 | 2.11 | 2.01 | 2.015 | 2.015 | 695794 |
| 10/3/2016 | 2.07 | 2.08 | 2.01 | 2.03 | 2.03 | 626286 |
| 10/4/2016 | 2.05 | 2.05 | 1.91 | 1.94 | 1.94 | 1050223 |
| 10/5/2016 | 1.96 | 1.97 | 1.9201 | 1.94 | 1.94 | 492861 |
| 10/6/2016 | 1.91 | 1.94 | 1.64 | 1.76 | 1.76 | 2882942 |
| 10/7/2016 | 1.74 | 1.74 | 1.45 | 1.5 | 1.5 | 2302182 |
| 10/10/2016 | 1.44 | 1.94 | 1.415 | 1.79 | 1.79 | 3521736 |
| 10/11/2016 | 1.77 | 2.57 | 1.64 | 2.5 | 2.5 | 8760265 |
| 10/12/2016 | 2.5 | 2.5 | 2.09 | 2.23 | 2.23 | 7132123 |
| 10/13/2016 | 2.11 | 2.24 | 2 | 2.105 | 2.105 | 1763316 |
| 10/14/2016 | 2.47 | 2.84 | 2.36 | 2.4 | 2.4 | 17295354 |
| 10/17/2016 | 2.41 | 2.43 | 2.27 | 2.31 | 2.31 | 1929198 |
| 10/18/2016 | 2.35 | 2.4364 | 2.25 | 2.33 | 2.33 | 1731843 |
| 10/19/2016 | 2.34 | 2.44 | 2.15 | 2.36 | 2.36 | 2448533 |
| 10/20/2016 | null | null | null | null | null | null |
| 10/21/2016 | 1.13 | 1.35 | 1.05 | 1.29 | 1.29 | 2159058 |
| 10/24/2016 | 1.36 | 1.57 | 1.3 | 1.41 | 1.41 | 1135981 |
| 10/25/2016 | 1.4 | 1.51 | 1.31 | 1.334 | 1.334 | 604796 |
| 10/26/2016 | 1.35 | 1.45 | 1.25 | 1.37 | 1.37 | 455316 |
| 10/27/2016 | 1.41 | 1.48 | 1.3 | 1.306 | 1.306 | 336515 |
| 10/28/2016 | 1.31 | 1.39 | 1.29 | 1.34 | 1.34 | 229542 |
| 10/31/2016 | 1.36 | 1.39 | 1.3 | 1.3 | 1.3 | 209657 |
| 11/1/2016 | 1.3 | 1.345 | 1.28 | 1.29 | 1.29 | 292450 |
| 11/2/2016 | 1.28 | 1.3 | 1.22 | 1.22 | 1.22 | 312356 |
| 11/3/2016 | 1.2 | 1.23 | 1.08 | 1.12 | 1.12 | 834981 |
| 11/4/2016 | 1.12 | 1.35 | 1.11 | 1.24 | 1.24 | 517657 |
| 11/7/2016 | 1.26 | 1.33 | 1.24 | 1.27 | 1.27 | 296332 |
| 11/8/2016 | 1.24 | 1.31 | 1.22 | 1.29 | 1.29 | 108663 |
| 11/9/2016 | 1.285 | 1.3 | 1.23 | 1.25 | 1.25 | 218601 |
| 11/10/2016 | 1.25 | 1.29 | 1.16 | 1.22 | 1.22 | 431174 |
| 11/11/2016 | 1.2 | 1.22 | 1.16 | 1.2 | 1.2 | 237602 |
| 11/14/2016 | 1.2 | 1.22 | 1.12 | 1.15 | 1.15 | 360234 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/15/2016 | 1.15 | 1.22 | 1.11 | 1.19 | 1.19 | 258761 |
| 11/16/2016 | 1.15 | 1.25 | 1.14 | 1.17 | 1.17 | 246605 |
| 11/17/2016 | 1.18 | 1.18 | 1.13 | 1.16 | 1.16 | 192282 |
| 11/18/2016 | 1.16 | 1.39 | 1.14 | 1.33 | 1.33 | 657991 |
| 11/21/2016 | 1.43 | 1.43 | 1.21 | 1.31 | 1.31 | 333548 |
| 11/22/2016 | 1.31 | 1.33 | 1.27 | 1.3 | 1.3 | 196003 |
| 11/23/2016 | 1.32 | 1.32 | 1.18 | 1.3 | 1.3 | 299241 |
| 11/25/2016 | 1.28 | 1.38 | 1.24 | 1.38 | 1.38 | 149694 |
| 11/28/2016 | 1.38 | 1.4 | 1.27 | 1.35 | 1.35 | 259741 |
| 11/29/2016 | 1.32 | 1.35 | 1.3 | 1.35 | 1.35 | 202786 |
| 11/30/2016 | 1.38 | 1.38 | 1.26 | 1.29 | 1.29 | 244413 |
| 12/1/2016 | 1.34 | 1.34 | 1.14 | 1.2 | 1.2 | 451159 |
| 12/2/2016 | 1.16 | 1.23 | 1.16 | 1.19 | 1.19 | 170769 |
| 12/5/2016 | 1.19 | 1.21 | 1.145 | 1.19 | 1.19 | 162030 |
| 12/6/2016 | 1.15 | 1.16 | 1.1 | 1.11 | 1.11 | 310345 |
| 12/7/2016 | 1.11 | 1.11 | 0.88 | 1.05 | 1.05 | 1070862 |
| 12/8/2016 | 1.03 | 1.07 | 0.962 | 1.02 | 1.02 | 387319 |
| 12/9/2016 | 1 | 1.06 | 0.98 | 1.04 | 1.04 | 158103 |
| 12/12/2016 | 1.03 | 1.06 | 1.01 | 1.03 | 1.03 | 138117 |
| 12/13/2016 | 1.04 | 1.05 | 0.96 | 0.985 | 0.985 | 232793 |
| 12/14/2016 | 0.971 | 0.99 | 0.8801 | 0.9 | 0.9 | 442605 |
| 12/15/2016 | 0.89835 | 0.937 | 0.753 | 0.825 | 0.825 | 450160 |
| 12/16/2016 | 0.825 | 0.849 | 0.78 | 0.81 | 0.81 | 250616 |
| 12/19/2016 | 0.801 | 0.81 | 0.77 | 0.8 | 0.8 | 100993 |
| 12/20/2016 | 0.78 | 0.8 | 0.76 | 0.8 | 0.8 | 192329 |
| 12/21/2016 | 0.755 | 0.8 | 0.7501 | 0.77 | 0.77 | 158312 |
| 12/22/2016 | 0.76 | 0.809 | 0.75 | 0.7625 | 0.7625 | 142423 |
| 12/23/2016 | 0.77 | 0.785 | 0.74 | 0.77 | 0.77 | 295037 |
| 12/27/2016 | 0.74 | 0.77 | 0.7112 | 0.745 | 0.745 | 207820 |
| 12/28/2016 | 0.751 | 0.78 | 0.73 | 0.76 | 0.76 | 240770 |
| 12/29/2016 | 0.7501 | 0.78 | 0.74 | 0.74 | 0.74 | 290862 |
| 12/30/2016 | 0.75 | 0.76 | 0.7115 | 0.73 | 0.73 | 348525 |
| 1/3/2017 | 0.7115 | 0.93 | 0.7115 | 0.93 | 0.93 | 470927 |
| 1/4/2017 | 0.91 | 1.37 | 0.9 | 1.22 | 1.22 | 1248361 |
| 1/5/2017 | 1.245 | 1.27 | 1.12 | 1.17 | 1.17 | 264910 |
| 1/6/2017 | 1.16 | 1.25 | 1.14 | 1.16 | 1.16 | 159355 |
| 1/9/2017 | 1.17 | 1.22 | 1.13 | 1.18 | 1.18 | 108891 |
| 1/10/2017 | 1.16 | 1.2 | 1.01 | 1.05 | 1.05 | 174848 |
| 1/11/2017 | 1.02 | 1.05 | 0.9211 | 1.02 | 1.02 | 242394 |
| 1/12/2017 | 0.9425 | 1.12 | 0.94 | 1.05 | 1.05 | 134621 |
| 1/13/2017 | 1.07 | 1.07 | 1 | 1.06 | 1.06 | 153262 |
| 1/17/2017 | 0.99 | 1.06 | 0.96 | 1.01 | 1.01 | 119402 |
| 1/18/2017 | 0.9655 | 1.06 | 0.9655 | 1.04 | 1.04 | 77903 |
| 1/19/2017 | 1 | 1.05 | 0.9977 | 1.01 | 1.01 | 99979 |
| 1/20/2017 | 1.05 | 1.05 | 0.961 | 1 | 1 | 148026 |
| 1/23/2017 | 0.951 | 1.01 | 0.941 | 0.9831 | 0.9831 | 87038 |
| 1/24/2017 | 0.99 | 0.99 | 0.93 | 0.934 | 0.934 | 173664 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 1/25/2017 | 0.942 | 0.9849 | 0.924 | 0.93 | 0.93 | 95005 |
| 1/26/2017 | 0.923 | 0.97 | 0.92 | 0.9255 | 0.9255 | 57605 |
| 1/27/2017 | 0.95 | 0.95 | 0.912 | 0.93 | 0.93 | 124353 |
| 1/30/2017 | 0.93 | 0.9479 | 0.901 | 0.906 | 0.906 | 106490 |
| 1/31/2017 | 0.91 | 0.93 | 0.8725 | 0.9299 | 0.9299 | 215177 |
| 2/1/2017 | 0.9 | 0.94 | 0.85 | 0.9 | 0.9 | 188455 |
| 2/2/2017 | 0.8995 | 0.918 | 0.78 | 0.808 | 0.808 | 357298 |
| 2/3/2017 | 0.835 | 0.8399 | 0.8 | 0.81 | 0.81 | 128432 |
| 2/6/2017 | 0.81 | 0.8399 | 0.786 | 0.805 | 0.805 | 206682 |
| 2/7/2017 | 0.805 | 0.805 | 0.761 | 0.8 | 0.8 | 181452 |
| 2/8/2017 | 0.78 | 0.7999 | 0.7 | 0.705 | 0.705 | 436434 |
| 2/9/2017 | 0.705 | 0.7499 | 0.65 | 0.66 | 0.66 | 859413 |
| 2/10/2017 | 0.6575 | 0.72 | 0.645 | 0.67885 | 0.67885 | 756160 |
| 2/13/2017 | 0.67 | 0.72 | 0.644 | 0.68 | 0.68 | 330631 |
| 2/14/2017 | 0.69 | 0.72 | 0.66 | 0.7 | 0.7 | 92867 |
| 2/15/2017 | 0.685 | 0.7 | 0.67 | 0.6967 | 0.6967 | 122743 |
| 2/16/2017 | 0.68845 | 0.71 | 0.6725 | 0.68 | 0.68 | 164122 |
| 2/17/2017 | 0.69 | 0.7 | 0.6715 | 0.6877 | 0.6877 | 183240 |
| 2/21/2017 | 0.69 | 0.705 | 0.67 | 0.69 | 0.69 | 272091 |
| 2/22/2017 | 0.68 | 0.71 | 0.671 | 0.7 | 0.7 | 243130 |
| 2/23/2017 | 0.6753 | 0.87 | 0.6753 | 0.87 | 0.87 | 1437096 |
| 2/24/2017 | 0.86 | 0.87 | 0.735 | 0.77 | 0.77 | 402526 |
| 2/27/2017 | 0.75 | 0.81 | 0.711 | 0.75 | 0.75 | 311302 |
| 2/28/2017 | 0.74 | 0.88 | 0.7 | 0.86 | 0.86 | 698773 |
| 3/1/2017 | 0.85 | 1.04 | 0.85 | 1.03 | 1.03 | 1558135 |
| 3/2/2017 | 1.065 | 1.15 | 0.98 | 1.05 | 1.05 | 1274288 |
| 3/3/2017 | 1.09 | 1.29 | 1.01 | 1.25 | 1.25 | 1704707 |
| 3/6/2017 | 1.315 | 1.32 | 1.05 | 1.07 | 1.07 | 725007 |
| 3/7/2017 | 1.1 | 1.12 | 0.9 | 0.9301 | 0.9301 | 693818 |
| 3/8/2017 | 0.926 | 1.04 | 0.89 | 0.96 | 0.96 | 313662 |
| 3/9/2017 | 0.96 | 0.98 | 0.81 | 0.85 | 0.85 | 555274 |
| 3/10/2017 | 0.865 | 0.935 | 0.82 | 0.855 | 0.855 | 476377 |
| 3/13/2017 | 0.84 | 0.8875 | 0.75 | 0.78 | 0.78 | 994499 |
| 3/14/2017 | 0.78 | 0.925 | 0.73 | 0.89 | 0.89 | 1170614 |
| 3/15/2017 | 0.875 | 0.89 | 0.802 | 0.86 | 0.86 | 444158 |
| 3/16/2017 | 0.88 | 0.9111 | 0.84 | 0.84575 | 0.84575 | 331496 |
| 3/17/2017 | 0.83 | 0.89 | 0.81 | 0.86 | 0.86 | 287241 |
| 3/20/2017 | 0.85 | 0.898 | 0.84 | 0.85 | 0.85 | 240276 |
| 3/21/2017 | 0.86 | 0.89 | 0.82 | 0.83 | 0.83 | 260980 |
| 3/22/2017 | 0.82 | 0.85 | 0.81 | 0.85 | 0.85 | 160648 |
| 3/23/2017 | 0.8405 | 0.93 | 0.8201 | 0.88 | 0.88 | 126040 |
| 3/24/2017 | 0.85 | 0.89 | 0.85 | 0.87 | 0.87 | 82245 |
| 3/27/2017 | 0.87 | 0.9 | 0.85 | 0.855 | 0.855 | 113135 |
| 3/28/2017 | 0.87 | 0.87 | 0.83 | 0.84 | 0.84 | 105397 |
| 3/29/2017 | 0.85 | 0.897 | 0.84 | 0.84 | 0.84 | 72571 |
| 3/30/2017 | 0.845 | 0.87 | 0.8331 | 0.85 | 0.85 | 83898 |
| 3/31/2017 | 0.86 | 0.87 | 0.83 | 0.87 | 0.87 | 72175 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 4/3/2017 | 0.859 | 0.868 | 0.83 | 0.84 | 0.84 | 52298 |
| 4/4/2017 | 0.84 | 0.85 | 0.74 | 0.75 | 0.75 | 349341 |
| 4/5/2017 | 0.7625 | 0.81 | 0.75 | 0.78 | 0.78 | 107709 |
| 4/6/2017 | 0.7501 | 0.7949 | 0.69 | 0.72 | 0.72 | 440936 |
| 4/7/2017 | 0.725 | 0.73 | 0.6977 | 0.7041 | 0.7041 | 165929 |
| 4/10/2017 | 0.7081 | 0.77 | 0.69 | 0.77 | 0.77 | 98440 |
| 4/11/2017 | 0.75 | 0.8 | 0.75 | 0.76 | 0.76 | 132023 |
| 4/12/2017 | 0.76 | 0.795 | 0.7 | 0.7156 | 0.7156 | 170766 |
| 4/13/2017 | 0.735 | 0.785 | 0.72 | 0.755 | 0.755 | 115866 |
| 4/17/2017 | 0.77 | 0.79 | 0.74 | 0.779 | 0.779 | 101995 |
| 4/18/2017 | 0.75 | 0.785 | 0.72 | 0.74 | 0.74 | 95098 |
| 4/19/2017 | 0.74 | 0.76 | 0.72 | 0.759 | 0.759 | 67016 |
| 4/20/2017 | 0.74 | 0.74 | 0.7 | 0.72 | 0.72 | 178173 |
| 4/21/2017 | 0.715 | 0.72 | 0.7 | 0.71 | 0.71 | 135826 |
| 4/24/2017 | 0.71 | 0.75 | 0.7 | 0.73 | 0.73 | 160913 |
| 4/25/2017 | 0.748 | 0.748 | 0.69 | 0.72 | 0.72 | 420987 |
| 4/26/2017 | 0.74 | 0.7599 | 0.72 | 0.7437 | 0.7437 | 363026 |
| 4/27/2017 | 0.7375 | 0.76 | 0.72 | 0.749 | 0.749 | 430406 |
| 4/28/2017 | 0.749 | 0.76 | 0.715 | 0.73 | 0.73 | 208777 |
| 5/1/2017 | 0.74 | 0.752 | 0.72 | 0.74 | 0.74 | 234173 |
| 5/2/2017 | 0.74 | 0.7424 | 0.71 | 0.7399 | 0.7399 | 112200 |
| 5/3/2017 | 0.725 | 0.738 | 0.7 | 0.738 | 0.738 | 151768 |
| 5/4/2017 | 0.714 | 0.738 | 0.67 | 0.69 | 0.69 | 275071 |
| 5/5/2017 | 0.69 | 0.7423 | 0.67 | 0.699 | 0.699 | 301310 |
| 5/8/2017 | 0.71 | 0.71 | 0.53 | 0.56 | 0.56 | 948323 |
| 5/9/2017 | 0.57 | 0.629 | 0.55 | 0.6 | 0.6 | 222989 |
| 5/10/2017 | 0.615 | 0.64 | 0.6 | 0.62 | 0.62 | 89421 |
| 5/11/2017 | 0.62 | 0.62 | 0.59 | 0.6 | 0.6 | 85550 |
| 5/12/2017 | 0.595 | 0.64 | 0.58 | 0.62 | 0.62 | 214202 |
| 5/15/2017 | 0.625 | 0.635 | 0.6 | 0.61 | 0.61 | 186025 |
| 5/16/2017 | 0.5977 | 0.615 | 0.59 | 0.601 | 0.601 | 115449 |
| 5/17/2017 | 0.6 | 0.6001 | 0.5201 | 0.55 | 0.55 | 203473 |
| 5/18/2017 | 0.53 | 0.59 | 0.46 | 0.59 | 0.59 | 406850 |
| 5/19/2017 | 0.599 | 0.6156 | 0.59 | 0.615 | 0.615 | 115337 |
| 5/22/2017 | 0.6325 | 0.9 | 0.6175 | 0.77 | 0.77 | 2046356 |
| 5/23/2017 | 0.725 | 0.82 | 0.72 | 0.73 | 0.73 | 472115 |
| 5/24/2017 | 0.74 | 0.75 | 0.6211 | 0.7 | 0.7 | 410823 |
| 5/25/2017 | 0.79 | 1.14 | 0.78 | 1.04 | 1.04 | 4886646 |
| 5/26/2017 | 1.045 | 1.06 | 0.82 | 0.91 | 0.91 | 1753189 |
| 5/30/2017 | 0.90615 | 0.91 | 0.82 | 0.8477 | 0.8477 | 488555 |
| 5/31/2017 | 0.85 | 0.92 | 0.85 | 0.87 | 0.87 | 387695 |
| 6/1/2017 | 0.91 | 0.96 | 0.87 | 0.91 | 0.91 | 745040 |
| 6/2/2017 | 0.91 | 0.93 | 0.8202 | 0.885 | 0.885 | 351618 |
| 6/5/2017 | 0.9 | 0.9 | 0.811 | 0.83 | 0.83 | 362377 |
| 6/6/2017 | 0.8355 | 0.945 | 0.831 | 0.885 | 0.885 | 750386 |
| 6/7/2017 | 0.895 | 1.17 | 0.8901 | 1.13 | 1.13 | 1949803 |
| 6/8/2017 | 1.125 | 1.18 | 1.01 | 1.039 | 1.039 | 1015579 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 6/9/2017 | 1.06 | 1.13 | 0.93 | 1.03 | 1.03 | 843971 |
| 6/12/2017 | 1.035 | 1.08 | 0.94 | 1.05 | 1.05 | 437833 |
| 6/13/2017 | 1.05 | 1.07 | 0.96 | 0.98 | 0.98 | 318203 |
| 6/14/2017 | 0.985 | 1.05 | 0.98 | 0.98 | 0.98 | 428708 |
| 6/15/2017 | 0.945 | 0.99 | 0.88 | 0.96 | 0.96 | 521013 |
| 6/16/2017 | 0.95 | 1.05 | 0.95 | 0.97 | 0.97 | 286433 |
| 6/19/2017 | 0.9925 | 1.01 | 0.97 | 0.97 | 0.97 | 264644 |
| 6/20/2017 | 0.9675 | 1.01 | 0.96 | 0.97 | 0.97 | 186667 |
| 6/21/2017 | 0.98 | 1.01 | 0.97 | 0.975 | 0.975 | 169056 |
| 6/22/2017 | 0.971 | 1.03 | 0.971 | 1.01 | 1.01 | 303136 |
| 6/23/2017 | 1.075 | 1.1 | 0.99 | 1.09 | 1.09 | 687210 |
| 6/26/2017 | 1.06 | 1.1 | 1.02 | 1.09 | 1.09 | 425745 |
| 6/27/2017 | 1.08 | 1.09 | 1.045 | 1.08 | 1.08 | 314664 |
| 6/28/2017 | 1.08 | 1.38 | 1.07 | 1.38 | 1.38 | 2009477 |
| 6/29/2017 | 1.395 | 1.45 | 1.21 | 1.37 | 1.37 | 1314232 |
| 6/30/2017 | 1.405 | 1.43 | 1.28 | 1.37 | 1.37 | 250154 |
| 7/3/2017 | 1.33 | 1.42 | 1.33 | 1.4 | 1.4 | 113141 |
| 7/5/2017 | 1.405 | 1.41 | 1.31 | 1.32 | 1.32 | 599218 |
| 7/6/2017 | 1.34 | 1.39 | 1.315 | 1.33 | 1.33 | 366054 |
| 7/7/2017 | 1.33 | 1.35 | 1.13 | 1.19 | 1.19 | 645985 |
| 7/10/2017 | 1.16 | 1.16 | 0.92 | 1.03 | 1.03 | 1063088 |
| 7/11/2017 | 1.035 | 1.18 | 0.99 | 1.108 | 1.108 | 237149 |
| 7/12/2017 | 1.13 | 1.2 | 1.11 | 1.18 | 1.18 | 383982 |
| 7/13/2017 | 1.1777 | 1.18 | 1.08 | 1.11 | 1.11 | 274510 |
| 7/14/2017 | 1.12 | 1.14 | 1.04 | 1.0754 | 1.0754 | 136789 |
| 7/17/2017 | 1.045 | 1.1 | 1 | 1.05 | 1.05 | 262368 |
| 7/18/2017 | 1.04 | 1.14 | 1.03 | 1.1 | 1.1 | 274866 |
| 7/19/2017 | 1.1 | 1.15 | 1.08 | 1.12 | 1.12 | 204120 |
| 7/20/2017 | 1.115 | 1.245 | 1.115 | 1.245 | 1.245 | 453793 |
| 7/21/2017 | 1.265 | 1.35 | 1.24 | 1.32 | 1.32 | 722918 |
| 7/24/2017 | 1.305 | 1.32 | 1.23 | 1.28 | 1.28 | 321297 |
| 7/25/2017 | 1.24 | 1.27 | 1.12 | 1.16 | 1.16 | 482336 |
| 7/26/2017 | 1.11 | 1.18 | 1.09 | 1.14 | 1.14 | 272167 |
| 7/27/2017 | 1.16 | 1.19 | 1.13 | 1.155 | 1.155 | 164247 |
| 7/28/2017 | 1.165 | 1.19 | 1.1177 | 1.13 | 1.13 | 151450 |
| 7/31/2017 | 1.135 | 1.18 | 1.05 | 1.13 | 1.13 | 243065 |
| 8/1/2017 | 1.1346 | 1.22 | 1.08 | 1.19 | 1.19 | 496573 |
| 8/2/2017 | 1.19 | 1.19 | 1.1 | 1.15 | 1.15 | 194783 |
| 8/3/2017 | 1.18 | 1.2 | 1.11 | 1.15 | 1.15 | 216794 |
| 8/4/2017 | 1.16 | 1.18 | 1.12 | 1.14 | 1.14 | 176551 |
| 8/7/2017 | 1.22 | 1.28 | 1.16 | 1.26 | 1.26 | 1039922 |
| 8/8/2017 | 1.2577 | 1.37 | 1.2 | 1.35 | 1.35 | 1021592 |
| 8/9/2017 | 1.37 | 1.37 | 1.25 | 1.29 | 1.29 | 550711 |
| 8/10/2017 | 1.28 | 1.32 | 1.22 | 1.24 | 1.24 | 542456 |
| 8/11/2017 | 1.23 | 1.47 | 1.23 | 1.44 | 1.44 | 1566298 |
| 8/14/2017 | 1.655 | 1.94 | 1.6 | 1.915 | 1.915 | 2784401 |
| 8/15/2017 | 1.8 | 1.87 | 1.45 | 1.65 | 1.65 | 2054135 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 8/16/2017 | 1.7 | 2.05 | 1.66 | 1.93 | 1.93 | 1679543 |
| 8/17/2017 | 2.04 | 2.4 | 1.98 | 2.39 | 2.39 | 3452285 |
| 8/18/2017 | 2.46 | 2.46 | 2.21 | 2.35 | 2.35 | 1831411 |
| 8/21/2017 | 2.387 | 2.45 | 2.21 | 2.33 | 2.33 | 769793 |
| 8/22/2017 | 2.28 | 2.3 | 2.05 | 2.2 | 2.2 | 861507 |
| 8/23/2017 | 2.249 | 2.54 | 2.21 | 2.5 | 2.5 | 2289943 |
| 8/24/2017 | 2.61 | 2.9 | 2.4 | 2.53 | 2.53 | 3260828 |
| 8/25/2017 | 2.595 | 2.75 | 2.51 | 2.69 | 2.69 | 1581086 |
| 8/28/2017 | 2.729 | 2.91 | 2.66 | 2.9 | 2.9 | 1247200 |
| 8/29/2017 | 2.905 | 3.53 | 2.9 | 3.44 | 3.44 | 3908196 |
| 8/30/2017 | 3.49 | 4.09 | 3.45 | 3.95 | 3.95 | 4835725 |
| 8/31/2017 | 4.065 | 4.26 | 2.75 | 3.14 | 3.14 | 7619925 |
| 9/1/2017 | 3.2 | 3.43 | 2.81 | 3.19 | 3.19 | 3311740 |
| 9/5/2017 | 2.95 | 3.12 | 2.73 | 2.9 | 2.9 | 2313601 |
| 9/6/2017 | 2.935 | 3.19 | 2.92 | 3.06 | 3.06 | 1351113 |
| 9/7/2017 | 3.12 | 3.28 | 3.0677 | 3.09 | 3.09 | 941986 |
| 9/8/2017 | 3.12 | 3.14 | 2.58 | 2.66 | 2.66 | 2765571 |
| 9/11/2017 | 2.575 | 2.63 | 2.05 | 2.14 | 2.14 | 3290628 |
| 9/12/2017 | 2.19 | 2.38 | 2.12 | 2.249 | 2.249 | 2131499 |
| 9/13/2017 | 2.125 | 2.13 | 1.87 | 1.98 | 1.98 | 2787658 |
| 9/14/2017 | 1.82 | 1.9 | 1.75 | 1.83 | 1.83 | 2877022 |
| 9/15/2017 | 1.81 | 2.24 | 1.81 | 2.24 | 2.24 | 3374098 |
| 9/18/2017 | 2.425 | 2.73 | 2.42 | 2.7 | 2.7 | 3702890 |
| 9/19/2017 | 2.595 | 2.7 | 2.5 | 2.57 | 2.57 | 1655093 |
| 9/20/2017 | 2.565 | 2.7 | 2.51 | 2.64 | 2.64 | 905334 |
| 9/21/2017 | 2.635 | 2.64 | 2.32 | 2.41 | 2.41 | 1563172 |
| 9/22/2017 | 2.41 | 2.49 | 2.31 | 2.48 | 2.48 | 519713 |
| 9/25/2017 | 2.585 | 2.62 | 2.5 | 2.54 | 2.54 | 945140 |
| 9/26/2017 | 2.535 | 2.59 | 2.35 | 2.47 | 2.47 | 631610 |
| 9/27/2017 | 2.595 | 2.86 | 2.515 | 2.84 | 2.84 | 1847633 |
| 9/28/2017 | 2.855 | 2.87 | 2.71 | 2.82 | 2.82 | 834454 |
| 9/29/2017 | 2.82 | 2.85 | 2.71 | 2.8 | 2.8 | 638808 |
| 10/2/2017 | 2.91 | 3.05 | 2.76 | 2.84 | 2.84 | 1436416 |
| 10/3/2017 | 2.725 | 2.79 | 2.66 | 2.69 | 2.69 | 727764 |
| 10/4/2017 | 2.675 | 2.68 | 2.34 | 2.36 | 2.36 | 1408727 |
| 10/5/2017 | 2.39 | 2.52 | 2.38 | 2.49 | 2.49 | 647370 |
| 10/6/2017 | 2.51 | 2.54 | 2.42 | 2.45 | 2.45 | 419170 |
| 10/9/2017 | 2.555 | 2.65 | 2.51 | 2.57 | 2.57 | 577790 |
| 10/10/2017 | 2.57 | 2.6 | 2.46 | 2.53 | 2.53 | 499967 |
| 10/11/2017 | 2.39 | 2.49 | 2.34 | 2.36 | 2.36 | 795559 |
| 10/12/2017 | 2.485 | 2.73 | 2.46 | 2.72 | 2.72 | 1853277 |
| 10/13/2017 | 2.785 | 2.79 | 2.52 | 2.525 | 2.525 | 1660838 |
| 10/16/2017 | 2.525 | 2.53 | 2.23 | 2.43 | 2.43 | 1467905 |
| 10/17/2017 | 2.245 | 2.4 | 2.24 | 2.34 | 2.34 | 455288 |
| 10/18/2017 | 2.285 | 2.3 | 2.13 | 2.195 | 2.195 | 689641 |
| 10/19/2017 | 2.195 | 2.39 | 2.16 | 2.25 | 2.25 | 734450 |
| 10/20/2017 | 2.265 | 2.42 | 2.2 | 2.29 | 2.29 | 938827 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/23/2017 | 2.285 | 2.3 | 2.05 | 2.08 | 2.08 | 1276827 |
| 10/24/2017 | 2.055 | 2.06 | 1.91 | 1.9423 | 1.9423 | 1288378 |
| 10/25/2017 | 1.91 | 1.94 | 1.63 | 1.6877 | 1.6877 | 2002301 |
| 10/26/2017 | 1.71 | 2 | 1.7 | 1.99 | 1.99 | 1261957 |
| 10/27/2017 | 2.01 | 2.19 | 2 | 2.12 | 2.12 | 1010990 |
| 10/30/2017 | 2.215 | 2.25 | 2.09 | 2.13 | 2.13 | 541756 |
| 10/31/2017 | 2.15 | 2.16 | 2.02 | 2.03 | 2.03 | 884402 |
| 11/1/2017 | 2.09 | 2.21 | 1.855 | 1.92 | 1.92 | 1330733 |
| 11/2/2017 | 1.96 | 2.05 | 1.77 | 1.879 | 1.879 | 969433 |
| 11/3/2017 | 1.91 | 1.95 | 1.76 | 1.82 | 1.82 | 811593 |
| 11/6/2017 | 1.83 | 1.9 | 1.7 | 1.745 | 1.745 | 833005 |
| 11/7/2017 | 1.73 | 1.75 | 1.6 | 1.7 | 1.7 | 985745 |
| 11/8/2017 | 1.705 | 2.05 | 1.705 | 2.05 | 2.05 | 1338005 |
| 11/9/2017 | 2.045 | 2.09 | 1.81 | 2.01 | 2.01 | 794216 |
| 11/10/2017 | 1.97 | 1.98 | 1.76 | 1.82 | 1.82 | 976389 |
| 11/13/2017 | 1.79 | 1.82 | 1.65 | 1.71 | 1.71 | 547984 |
| 11/14/2017 | 1.71 | 1.77 | 1.69 | 1.7 | 1.7 | 263851 |
| 11/15/2017 | 1.72 | 1.85 | 1.71 | 1.74 | 1.74 | 496163 |
| 11/16/2017 | 1.74 | 1.82 | 1.69 | 1.72 | 1.72 | 514834 |
| 11/17/2017 | 1.72 | 1.77 | 1.61 | 1.67 | 1.67 | 356806 |
| 11/20/2017 | 1.735 | 1.84 | 1.64 | 1.66 | 1.66 | 1006730 |
| 11/21/2017 | 1.655 | 1.75 | 1.63 | 1.69 | 1.69 | 854665 |
| 11/22/2017 | 1.685 | 1.72 | 1.54 | 1.65 | 1.65 | 1101694 |
| 11/24/2017 | 1.7 | 2.25 | 1.66 | 2.235 | 2.235 | 2866172 |
| 11/27/2017 | 2.67 | 3.19 | 2.39 | 2.4499 | 2.4499 | 6642354 |
| 11/28/2017 | 2.58 | 2.64 | 2.2 | 2.39 | 2.39 | 2030161 |
| 11/29/2017 | 2.72 | 2.73 | 2.16 | 2.23 | 2.23 | 2311091 |
| 11/30/2017 | 2.095 | 2.17 | 2.01 | 2.1 | 2.1 | 1056957 |
| 12/1/2017 | 2.275 | 2.32 | 2.09 | 2.25 | 2.25 | 1034485 |
| 12/4/2017 | 2.4 | 2.4 | 2.25 | 2.29 | 2.29 | 828911 |
| 12/5/2017 | 2.3 | 2.35 | 2.11 | 2.2 | 2.2 | 891952 |
| 12/6/2017 | 2.26 | 2.6 | 2.25 | 2.46 | 2.46 | 2730321 |
| 12/7/2017 | 2.64 | 2.83 | 2.61 | 2.73 | 2.73 | 3340775 |
| 12/8/2017 | 2.69 | 2.8 | 2.36 | 2.74 | 2.74 | 2059356 |
| 12/11/2017 | 2.835 | 3.41 | 2.8 | 3.27 | 3.27 | 5169232 |
| 12/12/2017 | 3.53 | 4.17 | 3.5 | 3.85 | 3.85 | 8606259 |
| 12/13/2017 | 4.2 | 4.49 | 3.81 | 3.96 | 3.96 | 8284801 |
| 12/14/2017 | 4.07 | 4.07 | 3.58 | 3.81 | 3.81 | 3155465 |
| 12/15/2017 | 4.125 | 4.26 | 3.9 | 4.2 | 4.2 | 4885623 |
| 12/18/2017 | 4.49 | 6.2 | 4.42 | 5.71 | 5.71 | 11743420 |
| 12/19/2017 | 5.85 | 8 | 5.11 | 7.1 | 7.1 | 13581522 |
| 12/20/2017 | 7.459 | 8.14 | 5.92 | 6.36 | 6.36 | 10576062 |
| 12/21/2017 | 6.3 | 6.3 | 4.51 | 5.06 | 5.06 | 10594737 |
| 12/22/2017 | 4.12 | 4.91 | 3.62 | 4.88 | 4.88 | 9509835 |
| 12/26/2017 | 5.14 | 5.67 | 4.91 | 5.345 | 5.345 | 4833007 |
| 12/27/2017 | 5.59 | 5.7 | 4.78 | 4.89 | 4.89 | 2724201 |
| 12/28/2017 | 4.55 | 4.86 | 4.461 | 4.53 | 4.53 | 1615180 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/29/2017 | 4.63 | 5.1 | 4.5 | 4.76 | 4.76 | 1706594 |
| 1/2/2018 | 4.89 | 5.39 | 4.48 | 4.85 | 4.85 | 2820365 |
| 1/3/2018 | 5.05 | 5.18 | 4.6 | 4.75 | 4.75 | 1276627 |
| 1/4/2018 | 4.7 | 4.75 | 4.25 | 4.42 | 4.42 | 1713519 |
| 1/5/2018 | 4.66 | 4.81 | 4.52 | 4.75 | 4.75 | 1451661 |
| 1/8/2018 | 4.6 | 4.74 | 4.27 | 4.5 | 4.5 | 1357586 |
| 1/9/2018 | 4.425 | 4.64 | 4.31 | 4.34 | 4.34 | 834911 |
| 1/10/2018 | 4.295 | 4.325 | 3.9 | 3.9777 | 3.9777 | 1842790 |
| 1/11/2018 | 3.815 | 4.1546 | 3.65 | 3.8623 | 3.8623 | 1607828 |
| 1/12/2018 | 3.9 | 4.24 | 3.8 | 4.175 | 4.175 | 816878 |
| 1/16/2018 | 3.68 | 3.98 | 3.62 | 3.64 | 3.64 | 2037908 |
| 1/17/2018 | 3.44 | 4 | 3.15 | 3.961 | 3.961 | 3125379 |
| 1/18/2018 | 4.05 | 4.19 | 3.99 | 4.0823 | 4.0823 | 1298393 |
| 1/19/2018 | 4.075 | 4.1 | 3.75 | 3.93 | 3.93 | 1465340 |
| 1/22/2018 | 3.8 | 3.89 | 3.57 | 3.59 | 3.59 | 933409 |
| 1/23/2018 | 3.6 | 3.8 | 3.5 | 3.73 | 3.73 | 763504 |
| 1/24/2018 | 3.83 | 3.85 | 3.6 | 3.61 | 3.61 | 599147 |
| 1/25/2018 | 3.685 | 3.8 | 3.64 | 3.68 | 3.68 | 542037 |
| 1/26/2018 | 3.41 | 3.53 | 3.01 | 3.25 | 3.25 | 2802602 |
| 1/29/2018 | 3.17 | 3.25 | 3.03 | 3.07 | 3.07 | 1446300 |
| 1/30/2018 | 3.03 | 3.03 | 2.6 | 2.71 | 2.71 | 2283259 |
| 1/31/2018 | 2.7 | 2.78 | 2.39 | 2.56 | 2.56 | 2074690 |
| 2/1/2018 | 2.46 | 2.48 | 2.11 | 2.24 | 2.24 | 2037496 |
| 2/2/2018 | 2.16 | 2.69 | 2.025 | 2.61 | 2.61 | 2302114 |
| 2/5/2018 | 2.42 | 2.47 | 2.05 | 2.32 | 2.32 | 1787509 |
| 2/6/2018 | 2.25 | 2.81 | 2.22 | 2.78 | 2.78 | 1563425 |
| 2/7/2018 | 2.975 | 3.1 | 2.91 | 3 | 3 | 1604865 |
| 2/8/2018 | 3.09 | 3.21 | 2.9 | 2.9 | 2.9 | 1068336 |
| 2/9/2018 | 2.92 | 2.97 | 2.42 | 2.65 | 2.65 | 1644988 |
| 2/12/2018 | 2.65 | 2.72 | 2.45 | 2.51 | 2.51 | 913799 |
| 2/13/2018 | 2.51 | 2.51 | 2.29 | 2.38 | 2.38 | 701130 |
| 2/14/2018 | 2.5 | 2.63 | 2.42 | 2.59 | 2.59 | 1468367 |
| 2/15/2018 | 2.675 | 2.75 | 2.52 | 2.54 | 2.54 | 1049719 |
| 2/16/2018 | 2.55 | 2.55 | 2.32 | 2.38 | 2.38 | 907915 |
| 2/20/2018 | 2.56 | 2.56 | 2.33 | 2.37 | 2.37 | 1093209 |
| 2/21/2018 | 2.325 | 2.37 | 2.25 | 2.28 | 2.28 | 624469 |
| 2/22/2018 | 2.28 | 2.34 | 2.19 | 2.24 | 2.24 | 497557 |
| 2/23/2018 | 2.23 | 2.33 | 2.18 | 2.24 | 2.24 | 417600 |
| 2/26/2018 | 2.28 | 2.33 | 2.24 | 2.26 | 2.26 | 521190 |
| 2/27/2018 | 2.26 | 2.26 | 1.93 | 1.96 | 1.96 | 1538809 |
| 2/28/2018 | 2.05 | 2.1 | 1.98 | 2 | 2 | 1092447 |
| 3/1/2018 | 1.995 | 2 | 1.9 | 1.97 | 1.97 | 642746 |
| 3/2/2018 | 1.96 | 1.96 | 1.85 | 1.93 | 1.93 | 711633 |
| 3/5/2018 | 1.91 | 2.18 | 1.9 | 2.15 | 2.15 | 939692 |
| 3/6/2018 | 2.16 | 2.17 | 2.03 | 2.05 | 2.05 | 487310 |
| 3/7/2018 | 2.03 | 2.03 | 1.88 | 1.95 | 1.95 | 499177 |
| 3/8/2018 | 1.945 | 2.05 | 1.91 | 1.95 | 1.95 | 587319 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/9/2018 | 1.88 | 1.92 | 1.7 | 1.77 | 1.77 | 1299662 |
| 3/12/2018 | 1.775 | 1.95 | 1.76 | 1.89 | 1.89 | 610702 |
| 3/13/2018 | 1.89 | 1.92 | 1.83 | 1.86 | 1.86 | 298012 |
| 3/14/2018 | 1.78 | 1.85 | 1.73 | 1.76 | 1.76 | 535757 |
| 3/15/2018 | 1.74 | 1.77 | 1.72 | 1.76 | 1.76 | 217926 |
| 3/16/2018 | 1.76 | 1.815 | 1.73 | 1.79 | 1.79 | 229561 |
| 3/19/2018 | 1.79 | 1.8 | 1.6 | 1.66 | 1.66 | 696679 |
| 3/20/2018 | 1.685 | 1.79 | 1.66 | 1.78 | 1.78 | 470472 |
| 3/21/2018 | 1.815 | 1.99 | 1.75 | 1.84 | 1.84 | 790920 |
| 3/22/2018 | 1.92 | 1.92 | 1.66 | 1.72 | 1.72 | 520353 |
| 3/23/2018 | 1.7 | 1.76 | 1.66 | 1.74 | 1.74 | 228781 |
| 3/26/2018 | 1.73 | 1.75 | 1.52 | 1.58 | 1.58 | 675392 |
| 3/27/2018 | 1.57 | 1.63 | 1.54 | 1.54 | 1.54 | 474900 |
| 3/28/2018 | 1.61 | 1.61 | 1.45 | 1.46 | 1.46 | 392000 |
| 3/29/2018 | 1.46 | 1.47 | 1.21 | 1.285 | 1.285 | 1203900 |
| 4/2/2018 | 1.28 | 1.35 | 1.26 | 1.28 | 1.28 | 536600 |
| 4/3/2018 | 1.31 | 1.44 | 1.26 | 1.4 | 1.4 | 830700 |
| 4/4/2018 | 1.38 | 1.39 | 1.298 | 1.32 | 1.32 | 474100 |
| 4/5/2018 | 1.31 | 1.39 | 1.31 | 1.31 | 1.31 | 242000 |
| 4/6/2018 | 1.28 | 1.34 | 1.22 | 1.24 | 1.24 | 460800 |
| 4/9/2018 | 1.3 | 1.34 | 1.24 | 1.24 | 1.24 | 197800 |
| 4/10/2018 | 1.11 | 1.22 | 1.07 | 1.08 | 1.08 | 883800 |
| 4/11/2018 | 1.095 | 1.12 | 1.01 | 1.05 | 1.05 | 731500 |
| 4/12/2018 | 1.12 | 1.34 | 1.12 | 1.33 | 1.33 | 1956300 |
| 4/13/2018 | 1.38 | 1.46 | 1.26 | 1.35 | 1.35 | 1038500 |
| 4/16/2018 | 1.35 | 1.42 | 1.26 | 1.35 | 1.35 | 601600 |
| 4/17/2018 | 1.355 | 1.4 | 1.31 | 1.35 | 1.35 | 508900 |
| 4/18/2018 | 1.335 | 1.4 | 1.33 | 1.375 | 1.375 | 466500 |
| 4/19/2018 | 1.4 | 1.59 | 1.4 | 1.59 | 1.59 | 1360700 |
| 4/20/2018 | 1.62 | 1.69 | 1.6 | 1.66 | 1.66 | 1035500 |
| 4/23/2018 | 1.71 | 1.82 | 1.68 | 1.74 | 1.74 | 858700 |
| 4/24/2018 | 1.82 | 2.18 | 1.81 | 2.16 | 2.16 | 1929500 |
| 4/25/2018 | 1.92 | 2.02 | 1.72 | 1.92 | 1.92 | 1777000 |
| 4/26/2018 | 1.83 | 1.94 | 1.79 | 1.84 | 1.84 | 871100 |
| 4/27/2018 | 1.89 | 1.97 | 1.85 | 1.87 | 1.87 | 914600 |
| 4/30/2018 | 1.88 | 1.93 | 1.725 | 1.79 | 1.79 | 726000 |
| 5/1/2018 | 1.71 | 1.74 | 1.6 | 1.64 | 1.64 | 430100 |
| 5/2/2018 | 1.61 | 1.68 | 1.57 | 1.64 | 1.64 | 289700 |
| 5/3/2018 | 1.635 | 1.83 | 1.635 | 1.76 | 1.76 | 1034400 |
| 5/4/2018 | 1.775 | 1.79 | 1.66 | 1.7 | 1.7 | 455300 |
| 5/7/2018 | 1.685 | 1.7 | 1.55 | 1.63 | 1.63 | 489600 |
| 5/8/2018 | 1.605 | 1.61 | 1.38 | 1.53 | 1.53 | 1209300 |
| 5/9/2018 | 1.48 | 1.5 | 1.41 | 1.43 | 1.43 | 784800 |
| 5/10/2018 | 1.385 | 1.39 | 1.18 | 1.23 | 1.23 | 2783900 |
| 5/11/2018 | 1.11 | 1.3 | 1.11 | 1.3 | 1.3 | 846900 |
| 5/14/2018 | 1.32 | 1.39 | 1.3 | 1.35 | 1.35 | 685200 |
| 5/15/2018 | 1.36 | 1.41 | 1.31 | 1.33 | 1.33 | 379400 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/16/2018 | 1.3 | 1.31 | 1.27 | 1.3 | 1.3 | 431600 |
| 5/17/2018 | 1.3 | 1.35 | 1.24 | 1.29 | 1.29 | 481300 |
| 5/18/2018 | 1.29 | 1.29 | 1.16 | 1.26 | 1.26 | 905100 |
| 5/21/2018 | 1.23 | 1.3 | 1.23 | 1.28 | 1.28 | 244000 |
| 5/22/2018 | 1.22 | 1.31 | 1.22 | 1.24 | 1.24 | 399400 |
| 5/23/2018 | 1.21 | 1.23 | 1.13 | 1.2 | 1.2 | 555900 |
| 5/24/2018 | 1.18 | 1.26 | 1.17 | 1.25 | 1.25 | 289800 |
| 5/25/2018 | 1.24 | 1.24 | 1.17 | 1.2 | 1.2 | 184700 |
| 5/29/2018 | 1.2 | 1.24 | 1.15 | 1.17 | 1.17 | 360100 |
| 5/30/2018 | 1.18 | 1.23 | 1.14 | 1.18 | 1.18 | 305200 |
| 5/31/2018 | 1.16 | 1.2 | 1.05 | 1.1 | 1.1 | 889500 |
| 6/1/2018 | 1.1 | 1.155 | 1.08 | 1.12 | 1.12 | 362900 |
| 6/4/2018 | 1.12 | 1.15 | 1.07 | 1.1 | 1.1 | 369400 |
| 6/5/2018 | 1.06 | 1.16 | 1.06 | 1.15 | 1.15 | 418400 |
| 6/6/2018 | 1.15 | 1.22 | 1.14 | 1.15 | 1.15 | 247800 |
| 6/7/2018 | 1.16 | 1.181 | 1.13 | 1.16 | 1.16 | 308900 |
| 6/8/2018 | 1.165 | 1.26 | 1.155 | 1.2 | 1.2 | 559600 |
| 6/11/2018 | 1.15 | 1.19 | 1.1 | 1.13 | 1.13 | 594000 |
| 6/12/2018 | 1.14 | 1.16 | 1.11 | 1.135 | 1.135 | 333200 |
| 6/13/2018 | 1.12 | 1.15 | 0.98 | 1.03 | 1.03 | 1805800 |
| 6/14/2018 | 1.03 | 1.13 | 1.02 | 1.11 | 1.11 | 931300 |
| 6/15/2018 | 1.13 | 1.13 | 1 | 1.03 | 1.03 | 903600 |
| 6/18/2018 | 1.03 | 1.03 | 0.95 | 1 | 1 | 1140900 |
| 6/19/2018 | 1 | 1.05 | 0.99 | 1.01 | 1.01 | 585500 |
| 6/20/2018 | 1 | 1.02 | 0.82 | 0.85 | 0.85 | 1968500 |
| 6/21/2018 | 0.86 | 0.86 | 0.68 | 0.8 | 0.8 | 2683800 |
| 6/22/2018 | 0.755 | 0.8 | 0.69 | 0.76 | 0.76 | 1046400 |
| 6/25/2018 | 0.745 | 0.82 | 0.73 | 0.79 | 0.79 | 524000 |
| 6/26/2018 | 0.798 | 0.81 | 0.77 | 0.785 | 0.785 | 333400 |
| 6/27/2018 | 0.76 | 0.8 | 0.72 | 0.735 | 0.735 | 376200 |
| 6/28/2018 | 0.731 | 0.788 | 0.731 | 0.78 | 0.78 | 245100 |
| 6/29/2018 | 0.76 | 0.78 | 0.71 | 0.75 | 0.75 | 249100 |
| 7/2/2018 | 0.746 | 0.85 | 0.73 | 0.815 | 0.815 | 485500 |
| 7/3/2018 | 0.817 | 0.83 | 0.79 | 0.8 | 0.8 | 123300 |
| 7/5/2018 | 0.8 | 0.83 | 0.77 | 0.78 | 0.78 | 125000 |
| 7/6/2018 | 0.77 | 0.85 | 0.76 | 0.82 | 0.82 | 315300 |
| 7/9/2018 | 0.79 | 0.84 | 0.78 | 0.78 | 0.78 | 394700 |
| 7/10/2018 | 0.766 | 0.79 | 0.732 | 0.733 | 0.733 | 328800 |
| 7/11/2018 | 0.73 | 0.748 | 0.7 | 0.72 | 0.72 | 410700 |
| 7/12/2018 | 0.706 | 0.72 | 0.695 | 0.713 | 0.713 | 373800 |
| 7/13/2018 | 0.704 | 0.748 | 0.697 | 0.73 | 0.73 | 289700 |
| 7/16/2018 | 0.74 | 0.8 | 0.74 | 0.75 | 0.75 | 366000 |
| 7/17/2018 | 0.741 | 1 | 0.741 | 0.939 | 0.939 | 2276600 |
| 7/18/2018 | 0.953 | 0.975 | 0.855 | 0.915 | 0.915 | 1188700 |
| 7/19/2018 | 0.921 | 0.96 | 0.881 | 0.895 | 0.895 | 410700 |
| 7/20/2018 | 0.9 | 0.91 | 0.83 | 0.861 | 0.861 | 546600 |
| 7/23/2018 | 0.92 | 0.93 | 0.89 | 0.91 | 0.91 | 515500 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 7/24/2018 | 0.97 | 1.08 | 0.942 | 1 | 1 | 2075800 |
| 7/25/2018 | 1 | 1.01 | 0.9 | 0.93 | 0.93 | 1159700 |
| 7/26/2018 | 0.89 | 0.93 | 0.84 | 0.88 | 0.88 | 617800 |
| 7/27/2018 | 0.865 | 0.95 | 0.77 | 0.88 | 0.88 | 728200 |
| 7/30/2018 | 0.882 | 0.882 | 0.78 | 0.81 | 0.81 | 322900 |
| 7/31/2018 | 0.81 | 0.81 | 0.751 | 0.79 | 0.79 | 498700 |
| 8/1/2018 | 0.79 | 0.8 | 0.752 | 0.753 | 0.753 | 232700 |
| 8/2/2018 | 0.753 | 0.8 | 0.75 | 0.755 | 0.755 | 388500 |
| 8/3/2018 | 0.759 | 0.804 | 0.759 | 0.771 | 0.771 | 617000 |
| 8/6/2018 | 0.769 | 0.769 | 0.73 | 0.746 | 0.746 | 452300 |
| 8/7/2018 | 0.74 | 0.78 | 0.74 | 0.78 | 0.78 | 291900 |
| 8/8/2018 | 0.741 | 0.778 | 0.731 | 0.77 | 0.77 | 740800 |
| 8/9/2018 | 0.745 | 0.775 | 0.742 | 0.765 | 0.765 | 361500 |
| 8/10/2018 | 0.755 | 0.78 | 0.741 | 0.76 | 0.76 | 244300 |
| 8/13/2018 | 0.75 | 0.76 | 0.735 | 0.74 | 0.74 | 299900 |
| 8/14/2018 | 0.72 | 0.74 | 0.7 | 0.7 | 0.7 | 925400 |
| 8/15/2018 | 0.7 | 0.72 | 0.56 | 0.64 | 0.64 | 1810500 |
| 8/16/2018 | 0.63 | 0.7 | 0.63 | 0.665 | 0.665 | 422400 |
| 8/17/2018 | 0.662 | 0.695 | 0.64 | 0.652 | 0.652 | 287400 |
| 8/20/2018 | 0.661 | 0.71 | 0.64 | 0.64 | 0.64 | 302900 |
| 8/21/2018 | 0.625 | 0.65 | 0.575 | 0.602 | 0.602 | 766000 |
| 8/22/2018 | 0.61 | 0.65 | 0.58 | 0.62 | 0.62 | 544000 |
| 8/23/2018 | 0.62 | 0.64 | 0.59 | 0.59 | 0.59 | 203900 |
| 8/24/2018 | 0.6 | 0.636 | 0.571 | 0.6 | 0.6 | 329100 |
| 8/27/2018 | 0.6 | 0.6 | 0.571 | 0.58 | 0.58 | 382000 |
| 8/28/2018 | 0.588 | 0.68 | 0.561 | 0.68 | 0.68 | 683800 |
| 8/29/2018 | 0.67 | 0.7 | 0.63 | 0.661 | 0.661 | 311100 |
| 8/30/2018 | 0.61 | 0.66 | 0.581 | 0.602 | 0.602 | 382200 |
| 8/31/2018 | 0.6 | 0.648 | 0.6 | 0.63 | 0.63 | 216200 |
| 9/4/2018 | 0.7 | 0.7 | 0.62 | 0.685 | 0.685 | 602900 |
| 9/5/2018 | 0.615 | 0.67 | 0.596 | 0.61 | 0.61 | 497900 |
| 9/6/2018 | 0.52 | 0.62 | 0.52 | 0.59 | 0.59 | 479500 |
| 9/7/2018 | 0.6 | 0.6 | 0.4 | 0.44 | 0.44 | 808100 |