# EXHIBIT R

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>LADD ROBERT | 2. Issuer Name **and** Ticker or Trading Symbol<br>MGT CAPITAL INVESTMENTS INC [MGT] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director   ___ 10% Owner<br>_X_ Officer (give title below)   ___ Other (specify below)<br>Interim CEO |
|---|---|---|
| (Last)   (First)   (Middle)<br>335 MADISON AVENUE, SUITE 1100, | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/29/2011 | |
| (Street)<br>NEW YORK, NY 10017 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line)<br>___ Form filed by One Reporting Person<br>_X_ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| COMMON STOCK | 12/29/2011 | | P | | 20,698 | A | $0.07 | 8,004,710 | I (1) | See Footnote (1) |
| COMMON STOCK | 12/30/2011 | | P | | 33,388 | A | $0.07 | 8,038,098 | I (1) | See Footnote (1) |
| COMMON STOCK | 12/30/2011 | | J | | 17,689,648 | A | $0.025 | 25,727,746 | I (1) (2) | See Footnote (1) |
| COMMON STOCK | 12/30/2011 | | S | | 5,000,000 | D | $0.025 | 20,727,746 | I (3) | See Footnote (1) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

| | | | |
|---|---|---|---|
| LADD ROBERT<br>335 MADISON AVENUE, SUITE 1100<br>NEW YORK, NY 10017 | X | | Interim CEO |
| LADDCAP VALUE PARTNERS III LLC<br>335 MADISON AVENUE<br>SUITE 1100<br>NEW YORK, NY 10017 | | | Managing Member |

## Signatures

| | |
|---|---|
| /s/ Robert Ladd | 01/05/2012 |
| **Signature of Reporting Person | Date |

| | |
|---|---|
| Laddcap Value Partners III LLC, By: /s/ Robert Ladd, Managing Member | 01/05/2012 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)** These securities are owned by Laddcap Value Partners III LLC ("Laddcap Value"). 7,984,012 shares of common stock were transferred to Laddcap Value by Laddcap Value Partners LP in February 2011. Robert Ladd serves as Managing Member of Laddcap Value. Mr. Ladd, by virtue of his status as Managing Member of Laddcap Value may be deemed to beneficially own the securities held by Laddcap Value. Mr. Ladd hereby disclaims beneficial ownership of the reported securities except to the extent of his pecuniary interest therein, and this report shall not be deemed an admission that he is the beneficial owner of the securities for purposes of Section 16 of the Securities Exchange Act of 1934, as amended, or for any other purpose.

**(2)** These securities were issued to Laddcap Value pursuant to the Issuer's rights offering on December 30, 2011.

**(3)** These securities were sold to Robert Traversa on December 30, 2011 for consideration of $125,000

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.