# EXHIBIT V

# McAfee Associates

The Wall Street Journal

June 16, 1995 Friday

Copyright 1995 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



Copyright © 1995, Dow Jones & Co., Inc.)

**Section:** WHO'S NEWS; Pg. CITATION

**Length:** 63 words

## Body

MCAFEE ASSOCIATES (Santa Clara, Calif.) -- This vendor of computer-network security and management products named Leslie G. Denend to its board. Mr.

Denend, 51 years old, is president and chief executive officer of Network General Corp., which sells network-management products. He succeeds company founder John McAfee, who resigned from McAfee Associates to pursue other interests.

## Notes

PUBLISHER: Dow Jones & Company

**Load-Date:** December 5, 2004

End of Document