# EXHIBIT Z

### BREAKING NEWS

# John McAfee and Intel Settle Trademark Dispute

⭐⭐⭐⭐⭐ (No Ratings Yet)

**64** VIEWS

SHARE  TWEET  SHARE  EMAIL



By *Teresa Lo*
Posted on July 6, 2017



*Summary: Intel and John McAfee have settled their trademark dispute.*

William Shakespeare once wrote, "A rose by any other nam*e* would smell as sweet," meaning you can call something anything and it would still have the same attributes. But in the world of corporate branding–a name and reputation can mean millions or in some cases *billions* of dollars–and companies will do anything to protect those valuable entities.



That's why Intel sued John McAfee, the creator of the legendary anti-virus software that bears his surname. McAfee had sold Intel his company in 2010 for $7.7 billion; and since then, he operated another company called MGT Capital Investments.

Having MGT Capital was all fine and good for McAfee until he decided that he wanted to change its name to "John McAfee Global Technologies." That's when Intel filed a lawsuit against the entrepreneur, stating that he was violating Intel's trademark of McAfee Associates.

Additionally, Intel, which is famous for creating computer chips, also accused McAfee of unfair competition and asked for damages.



According to *BBC*, the two parties have settled their dispute, and McAfee has agreed to never use the phrases "McAfee Privacy Phone" or "John McAfee Global Technologies." He may also never use his surname for any cyber security or security products and services.

McAfee, however, will be allowed to use his name for personal reasons such as advertising, promotions, and presentations.



Manhattan U.S. District Judge Paul Oetken dismissed the case after the parties reached a settlement. Neither group would admit to any wrongdoing.

Since the 2010 sale, Intel sold 51% off its cybersecurity division to TPG Capital, and Intel kept the remaining stake now called McAfee LLC, which *Business Insider* said is worth $4.2 billion. John McAfee, on the other hand, unsuccessfully ran for the Libertarian Party's presidential nomination last year and lost to Gary Johnson.

McAfee has yet to release a statement about the settlement, but Intel told *Reuters* that they were "pleased" with the amicable agreement.

Intel was founded in 1968 by Gordon Moore and Robert Noyce. The Santa Clara, California-based company is well-known for its microprocessors, central processing units, and bluetooth chipsets; and the technology company not only sells hardware but mobile phones and cyber security software. As of 2016, its total equity is estimated to be over $60 billion.

MGT Capital Investments was formed in 1977, and McAfee joined the company in May 2016 as proposed Chief Executive Officer and Executive Chairman of the Board. McAfee said in an interview that the goal of MGT was to improve cyber security in a post-anti-virus world, and the company developed a privacy phone with hard kill switches that are available to be pre-ordered on the company website.