AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Barry C. Honig, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  18-cv-8175 (ER) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date: 07/08/2019

*Attorney's signature*

Jack Kaufman
*Printed name and bar number*

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, N.Y. 10281

*Address*

KaufmanJa@sec.gov
*E-mail address*

(212) 336-0106
*Telephone number*

(212) 336-1350
*FAX number*