

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

July 26, 2019

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    SEC v. Honig, et al.;
                <u>No. 18 Civ. 8175 (ER)</u>

Dear Judge Ramos:

      We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

      Pursuant to the briefing schedule set in this matter, the Commission's oppositions to the Motions to Dismiss of Defendants Ladd and Brauser and Grander Holdings, Inc. ("Grander"), are due next Friday, August 2, 2019.

      In drafting the opposition to Defendants Brauser's and Grander's Motion, we expect that we will need relief from the Court's Individual Practice 2(B)(i), limiting opposition briefs to 25 pages, to include an additional ten pages. As the Court may be aware, Brauser and Grander are alleged to have been involved in all three of the schemes we have charged in our Amended Complaint, they have each been charged with violations of Securities Act Sections 5 and 17(a), and Exchange Act Sections 10(b) and 13(d), with Brauser having also been charged with a violation of Exchange Act Section 9(a)(1). Brauser and Grander have moved to dismiss all of these claims under both Fed. R. Civ. P. 12(b)(6) and 9(b).

      We have consulted with counsel for Defendants Brauser and Grander and they consent to this request, provided that we consent to their filing of a reply brief in further support of their motion that exceeds the ten page limit by an additional ten pages. We so consent.

                                                Respectfully submitted,

                                                Nancy A. Brown

cc:    All Defendants via ECF