

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

August 8, 2019

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    SEC v. Honig, et al.;
             No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

    We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

    We write to advise the Court and the parties that the Commission's New York Regional Office continues to investigate matters that involve conduct of certain Defendants that is distinct from and post-dates that charged in the Commission's Amended Complaint. If the Commission staff representing the Commission in this matter becomes aware of documents collected in that investigation that are relevant to matters alleged in the Amended Complaint, we will produce them to Defendants.

                              Respectfully submitted,

                              Nancy A. Brown

cc:    All Defendants via ECF