# EXHIBIT B

| | |
|---|---|
| **From:** | Berkovits, Michael |
| **To:** | Brown, Nancy A |
| **Cc:** | Chandrasekhar, Charu; Paley, Michael D.; Bromberg, Katherine; Daniels, Jon; Lee, Randall R.; Johnstone, Chris |
| **Subject:** | RE: UPS Delivery Notification, Tracking Number 1Z88R5V42491771610 |
| **Date:** | Thursday, July 11, 2019 3:00:07 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nancy,

If you review the productions, you will see that the same documents were produced. The first production volume included a set of emails in Gmail format, where several emails were displayed in a single thread, with metadata visible on the face of the emails. Those same emails have now been produced in native format.

With respect to your contention that our document requests do not clarify whether we searched for responsive documents after the filing of the Complaint, our responses and objections to your document requests state, as is typical and appropriate, that "Mr. Ladd will . . . not produce documents created after September 7, 2018 [i.e., the filing of the Complaint]." Our response is clear that we are not producing such documents given the burden of collecting and reviewing documents that are highly likely to be privileged, and thus we will not be searching for or logging any such documents.

With respect to your document productions, we request that you please make future productions directly to our upload center at the following address:

Christina Hancock
WilmerHale
60 State Street
Boston, MA 02109

Thanks,
Michael

**Michael J. Berkovits**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Direct: +1 212 479 6234 • Fax: +1 212 479 6275
Email: MBerkovits@cooley.com • www.cooley.com

---

**From:** Brown, Nancy A <BrownN@SEC.GOV>
**Sent:** Wednesday, July 10, 2019 1:53 PM
**To:** Berkovits, Michael <mberkovits@cooley.com>; Lee, Randall R. <randall.lee@cooley.com>
**Cc:** Chandrasekhar, Charu <ChandrasekharC@SEC.GOV>; Paley, Michael D. <PaleyM@SEC.GOV>;

Bromberg, Katherine <BrombergK@SEC.GOV>; Daniels, Jon <danielsj@SEC.GOV>
**Subject:** FW: UPS Delivery Notification, Tracking Number 1Z88R5V42491771610

Randall and Michael,
Please see below.
Could you also please explain your production on July 8, 2019? My processing unit doesn't understand it since it contains 15 documents, but the 05/23/19 production, which we understood you were replacing, contained only 12.
Also, we've asked you some questions about your document response and have gotten no reply. Please see attached email.

**From:** UPS Quantum View <pkginfo@ups.com>
**Sent:** Wednesday, July 10, 2019 1:27 PM
**To:** Brown, Nancy A <BrownN@SEC.GOV>
**Subject:** UPS Delivery Notification, Tracking Number 1Z88R5V42491771610

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



## Your package has been delivered.

**Delivery Date:**    Wednesday, 07/10/2019
**Delivery Time:**    10:20 AM

At the request of SEC NEW YORK REGION this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1Z88R5V42491771610 |
| **Ship To:** | Randall R. Lee, Esq.<br>Cooley LLP<br>1333 2ND ST<br>FLOOR 4 ROOM 400<br>SANTA MONICA, CA 90401<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Shipment Type:** | Letter |

| | |
|---|---|
| **Delivery Location:** | OFFICE |
| | MARIAH |
| **Signature Required:** | A signature is required for package delivery |
| **Reference Number 1:** | 66211 |

[Download the UPS mobile app](#)

© 2019 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message. For more information on UPS's privacy practices, refer to the UPS Privacy Notice. For questions or comments, visit the Help and Support Center.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Help and Support Center**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.