WILMERHALE

August 21, 2019

**Chris Johnstone**

+1 650 858 6147 (t)
+1 650 858 6100 (f)
chris.johnstone@wilmerhale.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *SEC v. Honig, et al.*, No. 1:18-cv-08175 (ER)

Dear Judge Ramos:

We represent Defendant Robert Ladd in the above-referenced matter. Pursuant to Paragraph 2.D of the Court's Individual Practices, we respectfully request oral argument on Mr. Ladd's motion to dismiss, which was filed on June 19, 2019. (ECF No. 145.) Defendant Michael Brauser also filed a motion to dismiss (ECF No. 144), and both motions will be fully briefed on September 3, 2019.

As the Court is aware, a pre-motion hearing on the SEC's motion to compel is currently scheduled for September 11 at 10:00 a.m. If it would be acceptable to the Court, counsel for Mr. Ladd and Mr. Brauser are available to present oral argument on their respective motions to dismiss that same day.

Respectfully submitted,

/s/ *Chris Johnstone*
Chris Johnstone

cc:     Counsel of Record (via ECF)