WILMERHALE

August 23, 2019

**Chris Johnstone**

+1 650 858 6147 (t)
+1 650 858 6100 (f)
chris.johnstone@wilmerhale.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *SEC v. Honig, et al.*, No. 1:18-cv-08175 (ER)

Dear Judge Ramos:

We represent Defendant Robert Ladd in the above-referenced matter. On August 21, 2019, we filed a letter with the Court requesting oral argument on Mr. Ladd's motion to dismiss and suggested that it coincide with the pre-motion hearing currently scheduled for September 11, 2019. (ECF No. 161.) Later that day, the SEC filed a letter with the Court stating that it had a scheduling conflict and could not present oral arguments on the motions to dismiss on that date. (ECF No. 162.)

After conferring further, we have determined that counsel for the SEC, Mr. Brauser and Mr. Ladd are all available on October 15, 2019 to present oral arguments on the motions to dismiss should the Court agree that oral argument would be helpful.

Respectfully submitted,

/s/ *Chris Johnstone*
Chris Johnstone

cc:    Counsel of Record (via ECF)