# RICHARD AND RICHARD

**ATTORNEYS AT LAW**
**825 BRICKELL BAY DRIVE**
**SEVENTEENTH FLOOR**
**MIAMI, FLORIDA**
**33131**

DENNIS RICHARD  
E-mail: dennis@richardandrichard.com

PHONE (305) 374-6688

August 24, 2019

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:    *SEC v. Honig, et al.*, No. 1:18-cv-08175-ER

Dear Judge Ramos:

    We represent Defendants Michael Brauser and Grander Holdings, Inc. ("Brauser"). Defendant, Robert Ladd, has requested oral argument on his motion to dismiss, on October 15, 2019, when all parties to all pending motions to dismiss are available, Ladd, Brauser and the SEC. (ECF No. 163).

    We request oral argument on Brauser's motion to dismiss on the same date, assuming the Court is available on that day and inclined to hear oral argument.

Respectfully submitted,

*/s/ Dennis A. Richard*
DENNIS A. RICHARD

cc: Counsel of Record (via ECF)