# RICHARD AND RICHARD

**ATTORNEYS AT LAW**
**825 BRICKELL BAY DRIVE**
**SEVENTEENTH FLOOR**
**MIAMI, FLORIDA**
**33131**

DENNIS RICHARD                                                                                        **PHONE (305) 374-6688**
E-mail: dennis@richardandrichard.com

August 27, 2019

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

        RE:    *SEC v. Honig, et al.*, No. 1:18-cv-08175-ER – AGREED MOTION TO EXCEED PAGE LIMIT

Dear Judge Ramos:

      We submit this letter motion as attorneys for Defendants, Michael Brauser and Grander Holdings, Inc. ("Brauser").  By this letter motion we request, pursuant to the Court's Individual Practices §2B(i), prior permission for the reply memorandum in support of Brauser's motion to dismiss Plaintiff's First Amended Complaint, due September 3, 2019, to exceed the page limitation by up to an additional 10 pages not to exceed 20 pages.  The SEC, which previously obtained such permission for its opposition memorandum from the Court, with Brauser's consent, has consented to the permission sought here. *SEC's Letter Motion to Exceed Page Limitation for its Opposition.*  ECF No. 153, last paragraph.

Respectfully submitted,

*/s/ Dennis A. Richard*
DENNIS A. RICHARD


cc: Counsel of Record (via ECF)