USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 8/28/2019

# RICHARD AND RICHARD

ATTORNEYS AT LAW
825 BRICKELL BAY DRIVE
SEVENTEENTH FLOOR
MIAMI, FLORIDA
33131

DENNIS RICHARD
E-mail: dennis@richardandrichard.com

PHONE (305) 374-6688

**MEMO ENDORSED**

August 27, 2019

> The application is  X   granted
> ____ denied
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: 8/28/2019
> New York, New York

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

RE: *SEC v. Honig, et al.*, No. 1:18-cv-08175-ER – AGREED MOTION TO EXCEED PAGE LIMIT

Dear Judge Ramos:

We submit this letter motion as attorneys for Defendants, Michael Brauser and Grander Holdings, Inc. ("Brauser").  By this letter motion we request, pursuant to the Court's Individual Practices §2B(i), prior permission for the reply memorandum in support of Brauser's motion to dismiss Plaintiff's First Amended Complaint, due September 3, 2019, to exceed the page limitation by up to an additional 10 pages not to exceed 20 pages.  The SEC, which previously obtained such permission for its opposition memorandum from the Court, with Brauser's consent, has consented to the permission sought here. *SEC's Letter Motion to Exceed Page Limitation for its Opposition.*  ECF No. 153, last paragraph.

Respectfully submitted,

*/s/ Dennis A. Richard*
DENNIS A. RICHARD


cc: Counsel of Record (via ECF)