# RICHARD AND RICHARD

**ATTORNEYS AT LAW**
**825 BRICKELL BAY DRIVE**
**SEVENTEENTH FLOOR**
**MIAMI, FLORIDA**
**33131**

DENNIS RICHARD
E-mail: dennis@richardandrichard.com

PHONE (305) 374-6688

August 30, 2019

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:    *SEC v. Honig, et al.*, No. 1:18-cv-08175

Dear Judge Ramos:

    We represent Defendants Michael Brauser and Grander Holdings, Inc. ("Brauser"). With a Category 4 hurricane bearing down on us, we write to request a one-week extension until September 10, 2019, to file our reply to the opposition to Brauser's motion to dismiss. The SEC has consented to this request.

Respectfully submitted,

*/s/ Dennis A. Richard*
DENNIS A. RICHARD


cc: Counsel of Record (via ECF)