| | |
|---|---|
| **From:** | MELISSA MACKIEWICZ |
| **Sent:** | Friday, August 30, 2019 3:15 PM |
| **To:** | Brown, Nancy A |
| **Cc:** | Kaufman, Jack; DENNIS RICHARD; James D. Sallah Esq. (jds@sallahlaw.com) |
| **Subject:** | Re: Hurricane Dorian - SEC v Honig, et al. |

Thank you Nancy.

---

**From:** Brown, Nancy A <BrownN@SEC.GOV>

**Sent:** Friday, August 30, 2019 3:12 PM

**To:** MELISSA MACKIEWICZ

**Cc:** Kaufman, Jack

**Subject:** Re: Hurricane Dorian - SEC v Honig, et al.

We consent to a week. If you need more pls let us know.

Sent from my iPhone

On Aug 30, 2019, at 2:51 PM, MELISSA MACKIEWICZ <Melissa@richardandrichard.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Counsel - With a Category 4 hurricane bearing down on us, most of us are battening down and leaving the state.  Most offices will be closed through Tuesday, if not longer.   Accordingly, we write to request the SEC's consent to a one week extension, at a minimum, in connection with the filing of Brauser's and Grander Holding's Reply to Opposition to Motion to Dismiss.  We intend to file an extension request with the Court this afternoon.  Please let us know whether we may state that the SEC consents.  Thank you.  Melissa
>
> Melissa L. Mackiewicz, Esq.
> Richard and Richard, P.A.
> 825 Brickell Bay Drive
> Tower III, Suite 1748
> Miami, FL 33131
> Office: 305.403.6276

1

Mobile: 443.827.8398

Facsimile: 305.374.0384

Email:melissa@richardandrichard.com