# RICHARD AND RICHARD

**ATTORNEYS AT LAW**
**825 BRICKELL BAY DRIVE**
**SEVENTEENTH FLOOR**
**MIAMI, FLORIDA**
**33131**

DENNIS RICHARD  
E-mail: dennis@richardandrichard.com

PHONE (305) 374-6688

September 6, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE: *SEC v. Honig, et al.*, No. 1:18-cv-08175

Dear Judge Ramos:

We represent Defendants Michael Brauser and Grander Holdings, Inc. ("Brauser"). We write to request that we be permitted to attend the Pre-Motion Conference scheduled at 10:00 a.m. on September 11, 2019 by telephone. Brauser's co-counsel, James Sallah, will be attending in person.

Counsel for Plaintiff SEC and counsel for Defendant Ladd, the other parties involved in this Pre-Motion Conference, have no objection to our request.

Thank you for Your Honor's consideration of this request.

                                                     Respectfully submitted,

                                                     */s/ Dennis A. Richard*
                                                     DENNIS A. RICHARD

cc: Counsel of Record (via ECF)