

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

September 11, 2019

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    SEC v. Honig, et al.;
       No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action. We write, as the Court directed, to provide the Court with citations to recent matters in which we have alerted the Court to on-going non-public investigations involving either matters or conduct potentially related to the filed action and involving current defendants, or matters or conduct potentially related to the filed action and involving other persons or entities.

SEC v. Taub, 16 Civ. 9130 (JMV)(JBC)(D.N.J.) (DE 25)
SEC v. Fixelle, 18 Civ. 15026 (CCC) (D.N.J.) (DE 7)
SEC v. Blakstad, 19 Civ. 6387 (DLC) (S.D.N.Y.) (DE 14)
SEC v. Morgan, 19 Civ. 661 (W.D.N.Y.) (DE 40)
SEC v. Premium Point Investments LP, 18 Civ. 4145 (AJN) (S.D.N.Y.) (DE 17)
SEC v. Merrill, 18 Civ. 02844 (RDB) (D. Md.) (DE 40, at ¶ 11 (stating SEC's position on Motion by US Attorney's Office for a Stay).)

These citations are representative and were pulled together from an informal polling of trial counsel in the Enforcement Division. As we also explained to the Court, as reflected in the letter we filed in the SEC v. Archer, 16 Civ. 3505 (WHP) (S.D.N.Y.) matter (DE 51), sometimes the issue is brought to the Court's attention by a defendant who learns of subpoenas issued in the non-public investigation, on a claim like those raised by Defendants here that the Commission is improperly using its administrative powers to collect evidence outside the strictures of the Federal Rules of Civil Procedure. In the Archer matter, the non-public investigation concerned unrelated conduct in which the defendant was potentially involved.

Respectfully submitted,

Nancy A. Brown

Hon. Edgardo Ramos                                                                September 11, 2019
                                                                                  Page 2

cc:     All Defendants via ECF