**From:** "Brown, Nancy A" <BrownN@SEC.GOV>
**Date:** September 11, 2019 at 8:36:46 AM EDT
**To:** James Sallah <jds@sallahlaw.com>
**Cc:** "Kaufman, Jack" <KaufmanJa@SEC.GOV>, "Bromberg, Katherine" <BrombergK@SEC.GOV>, "Daniels, Jon" <danielsj@SEC.GOV>
**Subject: RE: Letter to Brown**

James,
Thank you for your letter.  In response, we can only refer you to what we've said before regarding the non-public investigation, that is:  it concerns conduct that is distinct from and post-dates the conduct alleged in the amended complaint.

**From:** James Sallah <jds@sallahlaw.com>
**Sent:** Monday, September 9, 2019 4:56 PM
**To:** Brown, Nancy A <BrownN@SEC.GOV>
**Cc:** DENNIS RICHARD <dennis@richardandrichard.com>; MELISSA MACKIEWICZ <Melissa@richardandrichard.com>; Joshua Katz <jak@sallahlaw.com>; randall.lee@cooley.com
**Subject: FW: Letter to Brown**

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nancy:

Please see the attached.

Best Regards,

JAMES D. SALLAH, ESQ.

SALLAH ASTARITA & COX, LLC
3010 NORTH MILITARY TRAIL, SUITE 210 | BOCA RATON, FLORIDA 33431
PHONE: (561) 989-9080 | FAX: (561) 989-9020
JDS@SALLAHLAW.COM | WWW.SALLAHLAW.COM

1

**EXHIBIT B**

**NEW YORK OFFICE:** 100 PARK AVENUE, 16TH FLOOR, NEW YORK, NY 10017 | PH. (212) 509-6544
**NEW JERSEY OFFICE:** 60 POMPTON AVENUE | VERONA, NJ 07044 | PH. (973) 559-5566

CONFIDENTIALITY: The information contained in this electronic mail transmission is intended by Sallah Astarita & Cox, LLC for receipt by the named individual or entity to which it is directed. This electronic mail transmission may contain information that is legally privileged, confidential and/or exempt from disclosure under applicable law. It is not intended for transmission to or receipt by anyone other than the named addressee (or person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that my address record can be corrected. Thank you.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

 Please consider the environment before printing this.

**From:** Joshua Katz
**Sent:** Monday, September 9, 2019 4:50 PM
**To:** James Sallah <jds@sallahlaw.com>; Viviana Rodrigues <vv@sallahlaw.com>
**Subject:** Letter to Brown


JOSHUA A. KATZ, ESQ.
*OF COUNSEL*



3010 N. MILITARY TRAIL, SUITE 210 | BOCA RATON, FLORIDA 33431
**PHONE:** (561) 989-9080 |**FAX:** (561) 989-9020
JAK@SALLAHLAW.COM | WWW.SALLAHLAW.COM