# EXHIBIT A

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 1 | Drafts | Memorandum to Commissioners recommending authorization of action against John H. Ford, prepared in anticipation of litigation and to assist in rendering legal advice and including discussion of investigative steps, ongoing investigations into other individuals, and Commission policies | 9/6/17 – 10/13/17 | SEC-ENF: Calamari, Wadhwa, Paley, Brown, Bromberg, Nealon | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of Compliance Inspections and Examinations, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 2 | Memorandum | Memorandum to Commissioners recommending authorization of action against John H. Ford, prepared in anticipation of litigation and including discussion of investigative steps, ongoing investigations into other individuals, and Commission policies | 10/13/17 | SEC-ENF: Calamari, Wadhwa, Paley, Brown, Bromberg, Nealon | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of Compliance Inspections and Examinations, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 3 | Drafts | Memorandum to Commissioners recommending authorization of action against Barry Honig, Michael Brauser, John Stetson, John R. O'Rourke, III, Phillip Frost, Mark Groussman, Elliot Maza, Esq., CPA, Robert Ladd, Brian Keller, Alpha Capital Anstalt, ATG Capital LLC, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., Melechdavid, Inc., OPKO Health, Inc., Frost Gamma Investments Trust, Inc., Southern Biotech, Inc., and/or Stetson Capital Investments Inc., prepared in anticipation of litigation and to assist in rendering legal advice, and including discussion of investigative steps, ongoing investigations into other individuals, and Commission policies | 7/18/16-9/4/18 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel, Division of Enforcement's Office of the Chief Accountant | WP/AC/DP |
| 4 | Memorandum | Memorandum to Commissioners recommending authorization of action against Barry Honig, Michael Brauser, John Stetson, John R. O'Rourke, III, Phillip Frost, Mark Groussman, Elliot Maza, Esq., CPA, Robert Ladd, Brian Keller, Alpha Capital Anstalt, ATG Capital LLC, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Grander Holdings, Inc., Melechdavid, Inc., OPKO Health, Inc., Frost Gamma Investments Trust, Inc., Southern Biotech, Inc., and/or Stetson Capital Investments Inc., prepared in anticipation of litigation and including discussion of investigative steps, ongoing investigations into other individuals, and Commission policies | 8/23/18 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel, Division of Enforcement's Office of the Chief Accountant | WP/AC/DP |
| 5 | Drafts | Memorandum and associated documents to Commissioners recommending authorization of settlement with Alpha Capital Anstalt, Mark Groussman and Melechdavid, Inc., prepared in anticipation of litigation and to assist in rendering legal advice, and including discussion of investigative steps and Commission policies | 1/17/19-1/24/19 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 6 | Memorandum | Memorandum and associated documents to Commissioners recommending authorization of settlement with Alpha Capital Anstalt, Mark Groussman and Melechdavid, Inc., prepared in anticipation of litigation and including discussion of investigative steps and Commission policies | 1/24/19 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 7 | Drafts | Memorandum to Commissioners recommending authorization of settlement with Phillip Frost, Frost Gamma Investments Trust, OPKO Health, Inc., and Southern Biotech, Inc., prepared in anticipation of litigation and to assist in rendering legal advice, including discussion of investigative steps and Commission policies | 11/5/18 - 12/20/18 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 8 | Memorandum | Memorandum to Commissioners recommending authorization of settlement with Phillip Frost, Frost Gamma Investments Trust, OPKO Health, Inc., and Southern Biotech, Inc., prepared in anticipation of litigation and including discussion of investigative steps and Commission policies | 12/20/18 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 9 | Drafts | Memorandum to Commissioners recommending authorization of settlement with Barry Honig and GRQ Consultants, Inc., prepared in anticipation of litigation and to assist in rendering legal advice, and including discussion of investigative steps and Commission policies | 5/9/19-5/30/19 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 10 | Memorandum | Memorandum to Commissioners recommending authorization of settlement with Barry Honig and GRQ Consultants, Inc., prepared in anticipation of litigation and including discussion of investigative steps and Commission policies | 5/30/19 | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | The Commission, representatives in the Office of the General Counsel, Division of Corporation Finance, Division of Trading and Markets, Office of the Chief Accountant, Office of Compliance Inspections and Examinations, Office of the Whistleblower, Division of Enforcement's Office of Chief Counsel | WP/AC/DP |
| 11 | Attorney Notes | Analysis relating to memoranda recommending authorization of actions against defendants and settlements with defendants, prepared in anticipation of litigation and to assist in rendering legal advice, and including discussion of investigative steps, ongoing investigations into other individuals, or Commission policies | Various | SEC-ENF: Paley; Chandrasekhar; Bromberg; Brown; Daniels | | WP/AC |
| 12 | Emails and attorney notes | Correspondence and notes regarding proposed actions, draft memoranda, and draft offers of settlement and proposed consent orders, prepared in anticipation of litigation and to assist in rendering legal advice, and including discussion of investigative steps, ongoing investigations into other individuals, or Commission policies | Various | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Bromberg; Brown; Daniels | Various | WP/AC |
| 13 | Drafts | Memorandum seeking formal order of investigation pursuant to delegated authority, prepared in anticipation of litigation, and to assist in rendering legal advice and reflecting consideration of Commission policies | 2/18/15 - 3/27/15 | SEC-ENF: Paley; Bromberg | Wadhwa | WP/AC/DP |
| 14 | Memorandum | Memorandum seeking formal order of investigation pursuant to delegated authority, prepared in anticipation of litigation, and to assist in rendering legal advice and reflecting consideration of Commission policies | 3/27/15 | SEC-ENF: Paley; Bromberg | Wadhwa | WP/AC/DP |
| 15 | Drafts | Memorandum seeking formal order of investigation pursuant to delegated authority, prepared in anticipation of litigation and to assist in rendering legal advice and reflecting consideration of Commission policies | 6/2/16-6/15/16 | SEC-ENF: Paley; Bromberg | Wadhwa | WP/AC/DP |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 16 | Memorandum | Memorandum seeking formal order of investigation pursuant to delegated authority, prepared in anticipation of litigation and to assist in rendering legal advice and reflecting consideration of Commission policies | 6/15/16 | SEC-ENF: Paley; Bromberg | Wadhwa | WP/AC/DP |
| 17 | Drafts | Memorandum seeking formal order of investigation pursuant to delegated authority, prepared in anticipation of litigation and to assist in rendering legal advice and reflecting consideration of Commission policies | 1/24/18 - 1/26/18 | SEC-ENF: Paley; Bromberg | Wadhwa | WP/AC/DP |
| 18 | Memorandum | Memorandum seeking formal order of investigation pursuant to delegated authority, prepared in anticipation of litigation and to assist in rendering legal advice and reflecting consideration of Commission policies | 1/26/18 | SEC-ENF: Paley; Bromberg | Wadhwa | WP/AC/DP |
| 19 | Drafts | Formal order of investigation and supplemental formal order of investigation, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg; Daniels | | WP |
| 20 | Draft | Tolling agreement, prepared in anticipation of litigation | 1/29/18 | SEC-ENF: Bromberg | | WP |
| 21 | Drafts | Contact lists of witnesses, counsel and producing parties, prepared in anticipation of litigation | 2016-2019 | SEC-ENF: Bromberg | | WP |
| 22 | Reports | Regulatory reports by third parties | Various (2015-2019) | Various | | 31 U.S.C. § 5318(g)(2); 31 C.F.R. § 1023.320(e)(2) |
| 23 | Documents | Materials referencing certain regulatory reports by third parties | Various (2015-2019) | Various | | WP/ 31 U.S.C. § 5318(g)(2); 31 C.F.R. § 1023.320(e)(2) |
| 24 | Emails and documents | Internal SEC correspondence and draft summaries referencing regulatory reports by third parties, prepared in anticipation of litigation | Various (2015-2019) | Various staff within NYRO, including SEC-ENF attorneys Paley, Chandrasekhar, Brown, Bromberg and Daniels | Various staff within NYRO, including SEC-ENF attorneys Paley, Chandrasekhar, Brown, Bromberg and Daniels | WP; 31 U.S.C. § 5318(g)(2); 31 C.F.R. § 1023.320(e)(2) |
| 25 | Spreadsheets | Analysis of trading by defendants and related individuals and entities in various securities, including three issuers referenced in the Complaint, prepared in anticipation of litigation at direction of Enforcement attorneys | Various (2015-2018) | Various staff within NYRO, including staff examiners and accountants, Joseph Darragh; Timothy Nealon; Ricky Tong | | WP |
| 26 | Spreadsheets | Analysis of proceeds of transactions by defendants and related individuals and entities, prepared in anticipation of litigation at direction of Enforcement attorneys | Various (2016-2018) | Various staff within NYRO, including Darragh; Nealon; Tong | | WP |
| 27 | Spreadsheet | Phone numbers master key of selected phone numbers prepared in anticipation of litigation at direction of Enforcement attorneys | 5/31/17 | Nealon | | WP |
| 28 | Document | Counsel information, prepared in anticipation of litigation | 8/2018 - 6/3/19 | SEC-ENF: Bromberg; Brown | | WP |
| 29 | Drafts | Correspondence with various third parties in investigation and litigation re subpoenas, document requests, access grants, formal order requests, declarations, meetings, etc., prepared in anticipation of litigation | Various | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels | Various | WP |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 30 | Drafts | Requests for assistance from foreign regulators, prepared in anticipation of litigation | Various (2015-2016) | Staff of SEC-Office of International Affairs ("OIA"), including Marianne Olson; Matthew Greiner | Various foreign regulators | WP |
| 31 | Memoranda | OIA Memoranda to SEC-ENF transferring materials provided by foreign authorities prepared in anticipation of litigation . | Various (2015-2016) | SEC-ENF: Bromberg SEC-OIA, including Marianne Olson; Matthew Greiner; Stephen Herm | SEC-ENF: Bromberg | WP; 15 U.S.C. § 78x(f)(2) |
| 32 | Letters and emails | Correspondence with Ontario Securities Commission ("OSC") re SEC request for assistance and OSC request for access to SEC files, including request from OSC that SEC exert privilege over the request and any related communications between OSC and SEC, prepared in anticipation of litigation and reflecting investigative steps. | Various dates | SEC-ENF: Bromberg OSC: Field; J. Humphreys; Karen Kiang; Ashok Menen | SEC-ENF: Bromberg OSC: Field; J. Humphreys; Karen Kiang; Ashok Menen | WP/LE/CI; 15 U.S.C. § 78x(f)(1) and/or (2) |
| 33 | Letters and emails | Correspondence with OSC relating to matters referenced in OSC access request, over which OSC requested that SEC exert privilege and prepared in anticipation of litigation and reflecting investigative steps | Various dates in 2015 | SEC-OIA: Olson SEC-ENF: Bromberg OSC: Field; J. Humphreys; Karen Kiang; Ashok Menen | SEC-OIA: Olson SEC-ENF: Bromberg OSC: Field; J. Humphreys; Karen Kiang; Ashok Menen | WP/LE/CI; 15 U.S.C. § 78x(f)(1) and/or (2) |
| 34 | Letter | Request for Assistance to OSC relating to matters referenced in OSC access request, over which OSC requested that SEC exert privilege, prepared in anticipation of litigation and reflecting investigative steps | 8/7/15 | SEC-OIA: Marianne Olson | OSC: Allister Field | WP/LE/CI; 15 U.S.C. § 78x(f)(1) and/or (2) |
| 35 | Letters and emails | Correspondence with Autorité des marchés financiers ("AMF"), prepared in anticipation of litigation and reflecting investigative steps | Various dates in 2015 | SEC-OIA: Stephen Herm SEC-ENF: Bromberg AMF: Pablo Klein; Jean-St-Jacques | SEC-OIA: Herm SEC-ENF: Bromberg AMF: Pablo Klein; Jean-St-Jacques | WP/LE/CI; 15 U.S.C. § 78x(f)(1) and/or (2) |
| 36 | Letter | Request for Assistance to AMF, prepared in anticipation of litigation and including discussion of investigative steps and investigations into other individuals | 8/20/15 | SEC-OIA: Stephen Herm | AMF: Pablo Klein; Jean-St-Jacques | WP/LE/CI; 15 U.S.C. § 78x(f)(1) |
| 37 | Draft | Request for Assistance to British Columbia Securities Commission ("BCSC"), prepared in anticipation of litigation and reflecting investigative steps and investigations into other individuals | 9/22/16 | SEC-OIA: Olson | BCSC: Douglas Muir | WP |
| 38 | Draft | Request for Assistance to Financial Market Authority Liechtenstein ("FMAL"), prepared in anticipation of litigation and reflecting investigative steps | 8/20/15 | SEC-OIA: Greiner | FMAL: Manager, Case Assessment Enforcement Branch | WP |
| 39 | Draft | Request for Assistance to Nova Scotia Securities Commission ("NSSC"), prepared in anticipation of litigation and reflecting investigative steps | 8/13/15 | SEC-OIA: Olson | NSSC: Manager, Case Assessment Enforcement Branch | WP |
| 40 | Drafts | Summaries of proposed action for purpose of press release and litigation releases prepared in anticipation of litigation | 8/31/18 - 9/7/18 | Various SEC staff from SEC-ENF (NYRO; HO) | Various SEC staff from SEC-ENF (NYRO; HO) | WP |
| 41 | Documents | Telephone logs, prepared in anticipation of litigation | 9/24/15 - 12/15/16; 6/10/16 - 2/24/17 | SEC-ENF: Bromberg | | WP |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT COPIED ON DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|---|
| 42 | Emails and memoranda | Correspondence among staff re: status of investigation; investigative and legal strategy; data and document analysis; and document production, prepared in anticipation of litigation | Various | Various SEC staff from SEC-ENF (NYRO; HO); Office of International Affairs; Office of the Whistleblower; various administrative staff | Various SEC staff from SEC-ENF (NYRO; HO); Office of International Affairs; Office of the Whistleblower; various administrative staff | | WP |
| 43 | Emails and memoranda | Correspondence among staff related to proposed recommendation of actions against defendants, including correspondence with senior officers in the SEC's Division of Enforcement providing information about the case and seeking approval for various steps in the investigation, prepared in anticipation of litigation and to assist in rendering legal advice and including discussion of Commission policies | Various | Various SEC staff from SEC-ENF (NYRO; HO); representatives in the Office of the General Counsel; SEC-OCIE; Division of Trading and Markets; Division of Corporate Finance; SEC-OIA; SEC-ENF Office of Chief Counsel | Various SEC staff from SEC-ENF (NYRO; HO); representatives in the Office of the General Counsel; SEC-OCIE; Division of Trading and Markets; Division of Corporate Finance; SEC-OIA; SEC-ENF Office of Chief Counsel | | WP/AC/DP |
| 44 | Emails and Attorney Notes | Correspondence, and notes reflecting correspondence, regarding proposed actions, draft memoranda, and recommended actions, including emails to senior officers in the SEC's Division of Enforcement providing information about the case and seeking approval for various steps in the investigation, prepared in anticipation of litigation and to assist in rendering legal advice and including discussion of Commission policies | Various | SEC-ENF: Paley; Chandrasekhar; Brown; Bromberg; Daniels Various SEC staff from SEC-ENF (NYRO; HO); representatives in the Office of the General Counsel; SEC-OCIE; Division of Trading and Markets; Division of Corporate Finance; SEC-OIA; SEC-ENF Office of Chief Counsel | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels Various officials and staff of the SEC, including: The Commission; representatives in the Office of the General Counsel; SEC-OCIE; Division of Trading and Markets; Division of Corporate Finance; SEC-OIA; SEC-ENF Office of Chief Counsel | | WP/AC/DP |
| 45 | Emails, notes and memoranda | Internal SEC correspondence re: processing of electronic media, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg; Brown, staff of NYRO Litigation Support Services ("LSS") | SEC-ENF: Bromberg; Brown; LSS | | WP |
| 46 | Emails | Internal SEC emails between and among SEC attorneys, investigators, accountants, contractors, interns, and other SEC staff concerning matters related to the investigations, including data analysis, document production review and analysis, strategy, legal research and theories, prepared in anticipation of litigation | Various | All SEC staff involved in the investigation, including the following NYRO attorneys: Calamari; Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | All SEC staff involved in the investigations, including the following NYRO attorneys: Calamari; Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels, Darragh, Tong, Nealon | | WP |
| 47 | Emails | Emails reflecting attorney legal or factual research and/or analysis, prepared in anticipation of litigation | Various | Lexis-Nexis and Westlaw accounts of SEC-ENF: Brown and Bromberg | SEC-ENF: Chandrasekhar; Brown; Bromberg | | WP |
| 48 | Letters and emails | Correspondence with FINRA regarding the defendants and/or related individuals and entities, prepared in anticipation of litigation and reflecting investigative steps | Various | SEC-ENF: Bromberg; Paley Various FINRA officials | SEC-ENF: Bromberg; Paley Various FINRA officials | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT | ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|---|
| 49 | Spreadsheets | FINRA analyses of trading relating to the defendants and/or related individuals and entities, prepared in anticipation of litigation and reflecting investigative steps | Various | FINRA: Office of Fraud Detection and Market Intelligence Staff | | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 50 | Drafts | Grants of access to SEC files to FBI, prepared in anticipation of litigation | Various | SEC-ENF: Calamari, Bromberg; Paley | Officials at the FBI; Jeff Chisholm | | WP |
| 51 | Letters and emails | Correspondence from SEC to staff of the U.S. Attorney's Office for the Northern District of California ("USA-NDCA") re providing SEC access to files, prepared in anticipation of litigation and reflecting investigative steps | Various | SEC-ENF: Bromberg; Paley | USA-NDCA: Ben Kingsley | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 52 | Drafts | Grants of access to SEC files to NASDAQ, the Ontario Securities Commission, and the Alabama Securities Commission, prepared in anticipation of litigation | Various | SEC-ENF: Wadhwa; Paley | Various officials at NASDAQ, the Ontario Securities Commission, and the Alabama Securities Commission | | WP |
| 53 | Letters and emails | Correspondence from SEC to staff of NASDAQ, the Ontario Securities Commission, and Alabama Securities Commission re: access to SEC files, prepared in anticipation of litigation and reflecting investigative steps | Various | SEC-ENF: Bromberg; Paley | Various officials at NASDAQ, the Ontario Securities Commission, and the Alabama Securities Commission | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 54 | Drafts | Access Request Letter, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg | FINRA: Paul Lane | | WP |
| 55 | Letters and emails | Correspondence from SEC to staff of FINRA re: access to FINRA files, prepared in anticipation of litigation and reflecting investigative steps | Various | SEC-ENF: Bromberg | FINRA: Paul Lane | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 56 | Letters and emails | Correspondence with USA-NDCA and FBI re documents, investigation and litigation, prepared in anticipation of litigation and reflecting investigative steps and investigations into other individuals | Various | SEC-ENF: Bromberg; Paley USA-NDCA: Kingsley FBI: Jeff Chisholm | SEC-ENF: Bromberg; Paley, Brown, Chandrasekhar, Daniels USA-NDCA: Kingsley FBI: Chisholm | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 57 | Documents | Information and analyses compiled by the FBI re: defendants and related individuals and entities, prepared in anticipation of litigation and reflecting investigative steps and investigations into other individuals | Various | FBI: Chisholm | SEC-ENF: Bromberg | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 58 | Drafts | Correspondence to producing parties, witnesses, and counsel, prepared in anticipation of litigation | Various | SEC-ENF: Paley; Chandrasekhar; Brown; Bromberg; Daniels | Various | | WP |
| 59 | Drafts and Memoranda | Analysis of potential charges against various individuals, prepared in anticipation of litigation | 2017-2019 | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | Various | | WP |
| 60 | Drafts | Complaint and Amended Complaint in SEC v. Honig et. al., prepared in anticipation of litigation | 8/18 - 3/19 | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | | WP |
| 61 | Drafts | Consents and final judgments, prepared in anticipation of litigation | Various | SEC-ENF: Brown | | | WP |
| 62 | Emails | SEC staff correspondence re consents and final judgments, prepared in anticipation of litigation | Various | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | | WP |
| 63 | Draft | Settlement chart, prepared in anticipation of litigation | 10/23/18 | SEC-ENF: Brown | | | WP |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 64 | Attorney Notes | Notes of telephone contact with producing parties, counsel, and witnesses; notes of internal SEC meetings, prepared in anticipation of litigation | Various | SEC-ENF: Wadhwa; Paley; Chandrasekhar; Brown; Bromberg; Daniels | | WP |
| 65 | Attorney Notes | Outlines for internal SEC meetings and calls and external meetings and calls with counsel, prepared in anticipation of litigation | Various | SEC-ENF: Paley; Chandrasekhar; Brown; Bromberg; Daniels | | WP |
| 66 | Drafts | Outlines for witness testimony, interviews and proffer meetings, prepared in anticipation of litigation | Various | SEC-ENF: Paley; Chandrasekhar; Brown; Bromberg; Daniels | | WP |
| 67 | Attorney Notes | Non-verbatim attorney notes and summaries of investigative interviews and proffer meetings, and non-verbatim notes on proffer notes prepared by FBI, reflecting mental impressions of attorneys and prepared in anticipation of litigation: Maza April 5, 2017 Proffer 302; David Hansen July 5, 2018 Proffer 302; Ladd April 30, 2018 Proffer 302; Maza May 4, 2017 Proffer 302; Ford January 26, 2018 Proffer 302; Ford June 14, 2018 Proffer 302; Ford March 30, 2018 Proffer 302; Jaclin October 4, 2018 Proffer 302; Epstein October 18, 2018 Proffer 302; Epstein December 12, 2018 Proffer 302; David Hansen June 22, 2018 Proffer 302; Zazoff November 1, 2018 Proffer 302; Aaron Wise November 2, 2018 Proffer 302; John Stetson February 14, 2019 Proffer 302; Barry Honig April 23, 2019 Proffer 302; March 2, 2016 Interview of Nian Wu | Various | SEC-ENF: Bromberg; Brown; Daniels; Beskin (NYRO Intern) | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 68 | CaseMap | Computer application containing attorney compilation of relevant facts and legal analysis, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg | | WP |
| 69 | Attorney Notes | Analysis of materials made available to SEC staff by USA-NDCA and FBI, and prepared in anticipation of litigation | 2015-2018 | SEC-ENF: Paley; Bromberg; Brown; Daniels | | WP |
| 70 | Attorney Notes | Compilations and analysis of various legal and factual issues, prepared in anticipation of litigation | Various | SEC-ENF: Paley; Chandrasekhar; Brown; Bromberg; Daniels; SEC interns | | WP |
| 71 | Memoranda | Various legal analyses prepared in anticipation of litigation | Various | SEC-ENF: Bromberg; Brown; SEC interns | | WP |
| 72 | Attorney Notes | Documents outlining strategies and timelines for collection and analysis of relevant facts and law, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg; Paley; Brown | | WP |
| 73 | Reports | Thomson-Reuters CLEAR and FINRA CRD reports on various individuals and entities, selected and collected in anticipation of litigation | Various | SEC-ENF: Bromberg | | WP |
| 74 | Memoranda | Investigative plans, prepared in anticipation of litigation | 2015-2018 | SEC-ENF: Bromberg; Paley; Brown | | WP |
| 75 | Drafts | Document requests, including subpoenas and Section 17(a) requests, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg | | WP |
| 76 | Drafts | Proffer agreements, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg | | WP |
| 77 | Spreadsheet | Log of tips, complaints and referrals regarding the defendants and the three entities listed in the Complaint, prepared and compiled in anticipation of litigation at direction of Enforcement attorneys | Various | SEC-ENF paralegals | | WP/Conf'l Informnt/ 15 U.S.C. § 78u-6(h)(2) |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 78 | Drafts | Testimony subpoenas, prepared in anticipation of litigation | Various | SEC-ENF: Bromberg | | WP |
| 79 | Memoranda and Documents | Internal SEC analyses and recommendation re: L.H. Financial Services prepared in anticipation of litigation, reflecting consideration of Commission policies, and sent to senior officers in the SEC's Division of Enforcement seeking approval for various steps in the investigation | Various | Various staff of SEC-OCIE | Various staff of SEC-OCIE; SEC-ENF: Calamari; Wadhwa; Paley; Amelia Cottrell (former SEC-ENF Associate Regional Director) | WP |
| 80 | Emails | Internal SEC correspondence re: possible securities laws violations prepared in anticipation of litigation and reflecting consideration of Commission policies, including emails to senior officers in the SEC's Division of Enforcement providing information about the case and seeking approval for various steps in the investigation | Various | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels; Staff of SEC Division of Corporation Finance | SEC-ENF: Wadhwa, Paley, Chandrasekhar, Brown, Bromberg, Daniels; Staff of SEC Division of Corporation Finance | WP |
| 81 | Emails and memoranda | Internal SEC correspondence regarding tips, complaints or referrals regarding the defendants and/or related individuals and entities | Various | SEC-ENF: Brown, Bromberg, Daniels SEC-Office of Market Intelligence and Office of the Whistle Blower staff | SEC-ENF: Brown, Bromberg, Daniels ; SEC-Office of Market Intelligence and Office of the Whistle Blower staff | WP/ Conf'l Informant/ 15 U.S.C. § 78u-6(h)(2) |
| 82 | Emails | SEC staff correspondence with Self-Regulatory Organizations ("SRO"), or any Federal agency concerning MGT, the application or interpretation of various provisions of the federal securities laws, drafts of public statements or presentations by SEC staff and Commissioners; the issuance of guidance or decsion not to issue guidance concerning the interpretation of various federal securities laws; and the ownership and/or trading by Robert Ladd in MGT securities. | Various | SEC-Division of Corporation Finance; SEC-Division of Trading and Markets; Various SROs, Various Federal Agencies | SEC-Division of Corporation Finance; SEC-Division of Trading and Markets; Various SROs; Various Federal Agencies | WP/DP/CI/LE/ 15 U.S.C. § 78x(f)(1) and (3) |
| 83 | Emails | SEC staff communications regarding the application or interpretation of various provisions of the federal securities laws, SEC staff communications concerning the issuance of guidance, or the decision not to issue guidance concerning the interpretation of various provisions of the federal securities laws; drafts of public statements or presentations by SEC staff and Commissioners; SEC staff communications concerning communications with third-parties in connection with the staff's investigation of this matter; SEC staff communications concerning filings by MGT with the SEC | Various | SEC-ENF; SEC-Division of Corporation Finance; SEC Division of Trading and Markets | SEC-ENF; SEC-Division of Corporation Finance; SEC-Division of Trading and Markets | WP/DP |
| 84 | Spreadsheets | Chronologies regarding actions by defendants and related individuals and entities, prepared in anticipation of litigation | 2016-2018 | SEC-ENF: Bromberg | | WP |

SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)
Privilege Log of Plaintiff Securities and Exchange Commission
September 6, 2019

| DOCUMENT NUMBER | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER OF DOCUMENT | DATE OF DOCUMENT (INCLUDES "DATE CREATED," "DATE MODIFIED," "DATE SENT," OR SCANNED) | AUTHOR(S) OF DOCUMENT | ADDRESSEE(S) OF DOCUMENT ADDRESSEE(S) COPIED ON DOCUMENT | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|
| 85 | Emails and documents | Documents, internal SEC correspondence, and correspondence with a U.S. Attorney's Office concerning the application or interpretation of Sections 13(d)(1), 13(d)(3), 13(g)(1), and/or 13(g)(3) of the Exchange Act and/or Rules thereunder (17 C.F.R. § 240.13d-1(a) and/or § 240.13d-5) or concerning issuing guidance or concerning the decision not to issue guidance regarding the interpretation of Sections 13(d)(1), 13(d)(3), 13(g)(1), and/or 13(g)(3) of the Exchange Act and/or Rules thereunder (17 C.F.R. § 240.13d-1(a) and/or § 240.13d-5), including those prepared in anticipation of litigation, and discussing ongoing investigations or Commission policies. | Various | Various attorneys of the SEC Division of Corporation Finance -- Office of Mergers and Acquisitions; USAO -- Eastern District of NY | Various attorneys of the SEC Division of Corporation Finance -- Office of Mergers and Acquisitions; USAO -- Eastern District of NY | WP/DP/CI/ 15 U.S.C. § 78x(f)(1) |
| **DOCUMENTS PREVIOUSLY PRODUCED WITH REDACTIONS** | | | | | | |
| 86 | Emails and memoranda | Internal SEC correspondence regarding tips, complaints or referrals regarding the defendants and/or related individuals and entities; produced at the Bates numbers listed on the attached list. | Various | SEC-ENF: Various staff of Office of Market Intelligence and Office of the Whistleblower | SEC-ENF: Various staff of Office of Market Intelligence and Office of the Whistleblower | WP/Conf'l Informant/ 15 U.S.C. § 78u-6(h)(2) |
| 87 | Documents | Personal identifying information of individuals submitting tips, complaints or referrals to the SEC regarding the defendants or the three entities at issue., produced at the Bates numbers provided on the attached list. | Various | Staff of OMI; staff of OWB | | Conf'l Informant/15 U.S.C. § 78u-6(h)(2) |
| 88 | Document | Personal identifying information of individual submitting a complaint to FINRA, produced at Bates numbers provided on attached list | 3/19/15 | | | Conf'l Informant/LE/CI/ 15 U.S.C. § 78x(f)(1) |
| 89 | Documents | FINRA internal correspondence regarding status of FINRA investigation, prepared in anticipation of litigation, produced at Bates numbers provided on attached list. | 7/13/15 | | | WP/LE/CI/ 15 U.S.C. § 78x(f)(1) |

**Key**

| | | |
|---|---|---|
| | Calamari, Andrew | Former NYRO Regional Director |
| | Wadhwa, Sanjay | NYRO Sr. Associate Director |
| | Paley, Michael | Microcap Fraud Task Force; NYRO Assistant Regional Director |
| | Chandrasekhar, Charu | Retail Strategy Task Force, NYRO Assistant Regional Director |
| | Brown, Nancy | Sr. Trial Counsel |
| | Bromberg, Kate | Sr. Counsel |
| | Daniels, Jon | Counsel |
| | WP | Work Product Doctrine |
| | AC | Attorney Client Privilege |
| | LE | Law Enforcement Privilege |
| | DP | Deliberative Process Privilege |
| | CI | Common Interest Privilege |
| | Conf'l Informant | Confidential Informant Privilege |