# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.      No. CIV 12-0257 JB/LFG

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendants' Motion to Compel the Production of Documents by Plaintiff Securities and Exchange Commission, filed August 6, 2013 (Doc. 199)("Motion to Compel"). The Court held a hearing on December 13, 2013. For the reasons stated on the record, the Court will grant the Motion to Compel.

**IT IS ORDERED** that the Defendants' Motion to Compel the Production of Documents by Plaintiff Securities and Exchange Commission, filed August 6, 2013 (Doc. 199), is granted.[1]

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzalez
  United States Attorney
Michael H. Hoses
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

---

[1] This Order disposes of the motion. The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

- 2 -

Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
Ian S. Karpel
United States Securities and Exchange Commission
Denver, Colorado

    *Attorneys for Plaintiff Securities and Exchange Commission*

Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

--and--

Chris Johnstone
Alanna G. Buchanan
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Palo Alto, California

--and--

John Valentine
Lauren R. Yates
Michael A. Lamson
April N. Williams
Skye Lynn Perryman
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Washington, D.C.

--and--

Randall Lee
Peiyin Patty Li
Jessica Kurzban
Daniel R. Crump
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Los Angeles, California

    *Attorneys for Defendants Larry A. Goldstone and Clarence G. Simmons, III*

Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

--and--

Thomas Arena
Milbank, Tweed, Hadley & McCloy, LLP
New York, New York

--and--

Jerry L. Marks
Paul M. Torres
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
Milbank, Tweed, Hadley & McCloy, LLP
Los Angeles, California

  *Attorneys for Defendant Jane E. Starrett*

W. Spencer Reid
Keleher & McLeod
Albuquerque, New Mexico

--and--

George A. Salter
Peter J. Dennin
New York, New York

  *Attorneys for Intervenor KPMG*

- 3 -