

**EXHIBIT D**

| SECFIRST | SECLAST | Producing Party |
|---|---|---|
| SEC-LIT-EMAILS-000000001 | SEC-LIT-EMAILS-000000001 | SEC |
| SEC-LIT-EMAILS-000000002 | SEC-LIT-EMAILS-000000002 | SEC |
| SEC-LIT-EMAILS-000000003 | SEC-LIT-EMAILS-000000003 | SEC |
| SEC-LIT-EMAILS-000000004 | SEC-LIT-EMAILS-000000004 | SEC |
| SEC-LIT-EMAILS-000000005 | SEC-LIT-EMAILS-000000005 | SEC |
| SEC-LIT-EMAILS-000000006 | SEC-LIT-EMAILS-000000008 | SEC |
| SEC-LIT-EMAILS-000000009 | SEC-LIT-EMAILS-000000009 | SEC |
| SEC-LIT-EMAILS-000000010 | SEC-LIT-EMAILS-000000014 | SEC |
| SEC-LIT-EMAILS-000000015 | SEC-LIT-EMAILS-000000015 | SEC |
| SEC-LIT-EMAILS-000000016 | SEC-LIT-EMAILS-000000018 | SEC |
| SEC-LIT-EMAILS-000000019 | SEC-LIT-EMAILS-000000019 | SEC |
| SEC-LIT-EMAILS-000000020 | SEC-LIT-EMAILS-000000022 | SEC |
| SEC-LIT-EMAILS-000000023 | SEC-LIT-EMAILS-000000023 | SEC |
| SEC-LIT-EMAILS-000000024 | SEC-LIT-EMAILS-000000026 | SEC |
| SEC-LIT-EMAILS-000000027 | SEC-LIT-EMAILS-000000028 | SEC |
| SEC-LIT-EMAILS-000000029 | SEC-LIT-EMAILS-000000042 | SEC |
| SEC-LIT-EMAILS-000000043 | SEC-LIT-EMAILS-000000043 | SEC |
| SEC-LIT-EMAILS-000000044 | SEC-LIT-EMAILS-000000053 | SEC |
| SEC-LIT-EMAILS-000000054 | SEC-LIT-EMAILS-000000055 | SEC |
| SEC-LIT-EMAILS-000000056 | SEC-LIT-EMAILS-000000056 | SEC |
| SEC-LIT-EMAILS-000000057 | SEC-LIT-EMAILS-000000058 | SEC |
| SEC-LIT-EMAILS-000000059 | SEC-LIT-EMAILS-000000060 | SEC |
| SEC-LIT-EMAILS-000000061 | SEC-LIT-EMAILS-000000061 | SEC |
| SEC-LIT-EMAILS-000000062 | SEC-LIT-EMAILS-000000064 | SEC |
| SEC-LIT-EMAILS-000000065 | SEC-LIT-EMAILS-000000065 | SEC |
| SEC-LIT-EMAILS-000000066 | SEC-LIT-EMAILS-000000067 | SEC |
| SEC-LIT-EMAILS-000000068 | SEC-LIT-EMAILS-000000068 | SEC |
| SEC-LIT-EMAILS-000000069 | SEC-LIT-EMAILS-000000070 | SEC |
| SEC-LIT-EMAILS-000000071 | SEC-LIT-EMAILS-000000101 | SEC |
| SEC-LIT-EMAILS-000000102 | SEC-LIT-EMAILS-000000102 | SEC |
| SEC-LIT-EMAILS-000000103 | SEC-LIT-EMAILS-000000149 | SEC |
| SEC-LIT-EMAILS-000000150 | SEC-LIT-EMAILS-000000150 | SEC |
| SEC-LIT-EMAILS-000000151 | SEC-LIT-EMAILS-000000151 | SEC |
| SEC-LIT-EMAILS-000000152 | SEC-LIT-EMAILS-000000152 | SEC |
| SEC-LIT-EMAILS-000000153 | SEC-LIT-EMAILS-000000153 | SEC |
| SEC-LIT-EMAILS-000000154 | SEC-LIT-EMAILS-000000154 | SEC |
| SEC-LIT-EMAILS-000000155 | SEC-LIT-EMAILS-000000155 | SEC |
| SEC-LIT-EMAILS-000000156 | SEC-LIT-EMAILS-000000156 | SEC |
| SEC-LIT-EMAILS-000000157 | SEC-LIT-EMAILS-000000157 | SEC |
| SEC-LIT-EMAILS-000000158 | SEC-LIT-EMAILS-000000158 | SEC |
| SEC-LIT-EMAILS-000000159 | SEC-LIT-EMAILS-000000159 | SEC |
| SEC-LIT-EMAILS-000000160 | SEC-LIT-EMAILS-000000160 | SEC |
| SEC-LIT-EMAILS-000000161 | SEC-LIT-EMAILS-000000162 | SEC |
| SEC-LIT-EMAILS-000000163 | SEC-LIT-EMAILS-000000163 | SEC |
| SEC-LIT-EMAILS-000000164 | SEC-LIT-EMAILS-000000164 | SEC |
| SEC-LIT-EMAILS-000000165 | SEC-LIT-EMAILS-000000165 | SEC |
| SEC-LIT-EMAILS-000000166 | SEC-LIT-EMAILS-000000166 | SEC |
| SEC-LIT-EMAILS-000000167 | SEC-LIT-EMAILS-000000167 | SEC |
| SEC-LIT-EMAILS-000000168 | SEC-LIT-EMAILS-000000169 | SEC |
| SEC-LIT-EMAILS-000000170 | SEC-LIT-EMAILS-000000178 | SEC |
| SEC-LIT-EMAILS-000000179 | SEC-LIT-EMAILS-000000179 | SEC |
| SEC-LIT-EMAILS-000000180 | SEC-LIT-EMAILS-000000180 | SEC |
| SEC-LIT-EMAILS-000000181 | SEC-LIT-EMAILS-000000185 | SEC |
| SEC-LIT-EMAILS-000000186 | SEC-LIT-EMAILS-000000190 | SEC |