**Elizabeth Osoria**

| | |
|---|---|
| **From:** | Brown, Nancy A <BrownN@SEC.GOV> |
| **Sent:** | Sunday, August 18, 2019 6:41 PM |
| **To:** | DENNIS RICHARD |
| **Cc:** | MELISSA MACKIEWICZ; Bromberg, Katherine; Daniels, Jon; Tenreiro, Jorge |
| **Subject:** | 2019.08.16 Revised SEC Production Index.xlsx |
| **Attachments:** | 2019.08.16 Revised SEC Production Index.xlsx |

Dennis,
Attached as you requested is our document production index as of July 31, reformatted to provide you with only the bates ranges of each producing party. We created this index from the information provided in the document production that was and is equally as available to you as it is to us, but we have provided this to you as a further courtesy. In doing so, we do not intend to waive, and have not waived, any of the protections of the work product doctrine or any other applicable privileges or protections.
Thank you.

**EXHIBIT E**

| SECFIRST | SECLAST | Producing Party |
|---|---|---|
| SEC-LIT-EMAILS-000000001 | SEC-LIT-EMAILS-000029788 | SEC |
| SEC-LIT-EPROD-000000001 | SEC-LIT-EPROD-000569644 | LIVINGSTON_WILEY |
| SEC-LIT-EPROD-000569645 | SEC-LIT-EPROD-000570039 | ADVENTURE |
| SEC-LIT-EPROD-000570040 | SEC-LIT-EPROD-000570891 | ASSAMEKA |
| SEC-LIT-EPROD-000570892 | SEC-LIT-EPROD-000664033 | COCRYSTAL |
| SEC-LIT-EPROD-000664034 | SEC-LIT-EPROD-000664085 | CITIBANK |
| SEC-LIT-EPROD-000664086 | SEC-LIT-EPROD-000664208 | DAWSON_JAMES |
| SEC-LIT-EPROD-000664209 | SEC-LIT-EPROD-000702860 | EISNERAMPER |
| SEC-LIT-EPROD-000702861 | SEC-LIT-EPROD-000709143 | FISHER_DANIEL |
| SEC-LIT-EPROD-000709144 | SEC-LIT-EPROD-000709144 | JEFFERIES |
| SEC-LIT-EPROD-000709145 | SEC-LIT-EPROD-000732372 | LADENBURG_THALMANN |
| SEC-LIT-EPROD-000732373 | SEC-LIT-EPROD-000732759 | LADD_ROBERT |
| SEC-LIT-EPROD-000732760 | SEC-LIT-EPROD-000733735 | LANE_VENTURES |
| SEC-LIT-EPROD-000733736 | SEC-LIT-EPROD-000819502 | LHFC |
| SEC-LIT-EPROD-000819503 | SEC-LIT-EPROD-000819509 | QUINTANILLA_TIMOTHY |
| SEC-LIT-EPROD-000819510 | SEC-LIT-EPROD-000824276 | M2_LAW_PROFESSIONAL_CORP |
| SEC-LIT-EPROD-000824277 | SEC-LIT-EPROD-000838250 | MLPFS |
| SEC-LIT-EPROD-000838251 | SEC-LIT-EPROD-000838313 | MOAT_SUZANNE |
| SEC-LIT-EPROD-000838314 | SEC-LIT-EPROD-000839230 | MOMONA |
| SEC-LIT-EPROD-000839231 | SEC-LIT-EPROD-000839242 | NASDAQ |
| SEC-LIT-EPROD-000839243 | SEC-LIT-EPROD-000839244 | MSSB |
| SEC-LIT-EPROD-000839245 | SEC-LIT-EPROD-000839246 | MORGAN_STANLEY |
| SEC-LIT-EPROD-000839247 | SEC-LIT-EPROD-000857201 | BE_ACTIVE |
| SEC-LIT-EPROD-000857202 | SEC-LIT-EPROD-000857914 | OSHER |
| SEC-LIT-EPROD-000857915 | SEC-LIT-EPROD-000860318 | OT_FILINGS |
| SEC-LIT-EPROD-000860319 | SEC-LIT-EPROD-000860341 | MEDCOMP |
| SEC-LIT-EPROD-000860342 | SEC-LIT-EPROD-000860345 | MORGAN_STANLEY |
| SEC-LIT-EPROD-000860346 | SEC-LIT-EPROD-000860375 | ASCENDIANT_CAPITAL_MARKETS |
| SEC-LIT-EPROD-000860376 | SEC-LIT-EPROD-000866151 | AMF |
| SEC-LIT-EPROD-000866152 | SEC-LIT-EPROD-000869477 | |
| SEC-LIT-EPROD-000869478 | SEC-LIT-EPROD-000869481 | AMERICAN_SECURITY_BANK |
| SEC-LIT-EPROD-000869482 | SEC-LIT-EPROD-000871037 | BROADRIDGE |
| SEC-LIT-EPROD-000871038 | SEC-LIT-EPROD-000871043 | CENTURYLINK |
| SEC-LIT-EPROD-000871044 | SEC-LIT-EPROD-000875655 | CITIGROUP |
| SEC-LIT-EPROD-000875656 | SEC-LIT-EPROD-000876332 | CORPORATE_STOCK |
| SEC-LIT-EPROD-000876333 | SEC-LIT-EPROD-000876432 | CABLEVISION |
| SEC-LIT-EPROD-000876343 | SEC-LIT-EPROD-000876385 | DBSI |
| SEC-LIT-EPROD-000876386 | SEC-LIT-EPROD-000876386 | DAWSON_JAMES |
| SEC-LIT-EPROD-000876387 | SEC-LIT-EPROD-000887730 | EISNERAMPER |
| SEC-LIT-EPROD-000887731 | SEC-LIT-EPROD-000887749 | EROOM_SECURITIES |
| SEC-LIT-EPROD-000887750 | SEC-LIT-EPROD-000887772 | ESQUIRE_CONSULTING |
| SEC-LIT-EPROD-000887773 | SEC-LIT-EPROD-000888452 | ETRADE |
| SEC-LIT-EPROD-000888453 | SEC-LIT-EPROD-000923535 | FINRA |
| SEC-LIT-EPROD-000923536 | SEC-LIT-EPROD-000923650 | FISHER_DANIEL |
| SEC-LIT-EPROD-000923651 | SEC-LIT-EPROD-000923821 | FORD_JOHN |
| SEC-LIT-EPROD-000923822 | SEC-LIT-EPROD-000923832 | ISLAND_STOCK_TRANSFER |
| SEC-LIT-EPROD-000923933 | SEC-LIT-EPROD-000924543 | JEFFERIES |
| SEC-LIT-EPROD-000924544 | SEC-LIT-EPROD-000925524 | FRIEH_JANINE |
| SEC-LIT-EPROD-000925525 | SEC-LIT-EPROD-000937547 | JH_DARBIE |
| SEC-LIT-EPROD-000937548 | SEC-LIT-EPROD-000947844 | JPMCB |
| SEC-LIT-EPROD-000947845 | SEC-LIT-EPROD-000948307 | JPMS |
| SEC-LIT-EPROD-000948308 | SEC-LIT-EPROD-000949626 | LADENBURG_THALMANN |
| SEC-LIT-EPROD-000949627 | SEC-LIT-EPROD-000950734 | LEGEND_SECURITIES |
| SEC-LIT-EPROD-000950735 | SEC-LIT-EPROD-002335531 | LEGEND_SECURITIES |