# EXHIBIT B

| SECFIRST | SECLAST | Producing Party |
|---|---|---|
| SEC-LIT-EMAILS-000000001 | SEC-LIT-EMAILS-000029788 | SEC |
| SEC-LIT-EPROD-000000001 | SEC-LIT-EPROD-000569644 | LIVINGSTON_WILEY |
| SEC-LIT-EPROD-000569645 | SEC-LIT-EPROD-000570039 | ADVENTURE |
| SEC-LIT-EPROD-000570040 | SEC-LIT-EPROD-000570891 | ASSAMEKA |
| SEC-LIT-EPROD-000570892 | SEC-LIT-EPROD-000664033 | COCRYSTAL |
| SEC-LIT-EPROD-000664034 | SEC-LIT-EPROD-000664085 | CITIBANK |
| SEC-LIT-EPROD-000664086 | SEC-LIT-EPROD-000664208 | DAWSON_JAMES |
| SEC-LIT-EPROD-000664209 | SEC-LIT-EPROD-000702860 | EISNERAMPER |
| SEC-LIT-EPROD-000702861 | SEC-LIT-EPROD-000709143 | FISHER_DANIEL |
| SEC-LIT-EPROD-000709144 | SEC-LIT-EPROD-000709144 | JEFFERIES |
| SEC-LIT-EPROD-000709145 | SEC-LIT-EPROD-000732372 | LADENBURG_THALMANN |
| SEC-LIT-EPROD-000732373 | SEC-LIT-EPROD-000732759 | LADD_ROBERT |
| SEC-LIT-EPROD-000732760 | SEC-LIT-EPROD-000733735 | LANE_VENTURES |
| SEC-LIT-EPROD-000733736 | SEC-LIT-EPROD-000819502 | LHFC |
| SEC-LIT-EPROD-000819503 | SEC-LIT-EPROD-000819509 | QUINTANILLA_TIMOTHY |
| SEC-LIT-EPROD-000819510 | SEC-LIT-EPROD-000824276 | M2_LAW_PROFESSIONAL_CORP |
| SEC-LIT-EPROD-000824277 | SEC-LIT-EPROD-000838250 | MLPFS |
| SEC-LIT-EPROD-000838251 | SEC-LIT-EPROD-000838313 | MOAT_SUZANNE |
| SEC-LIT-EPROD-000838314 | SEC-LIT-EPROD-000839230 | MOMONA |
| SEC-LIT-EPROD-000839231 | SEC-LIT-EPROD-000839242 | NASDAQ |
| SEC-LIT-EPROD-000839243 | SEC-LIT-EPROD-000839244 | MSSB |
| SEC-LIT-EPROD-000839245 | SEC-LIT-EPROD-000839246 | MORGAN_STANLEY |
| SEC-LIT-EPROD-000839247 | SEC-LIT-EPROD-000857201 | BE_ACTIVE |
| SEC-LIT-EPROD-000857202 | SEC-LIT-EPROD-000857914 | OSHER |
| SEC-LIT-EPROD-000857915 | SEC-LIT-EPROD-000860318 | OT_FILINGS |
| SEC-LIT-EPROD-000860319 | SEC-LIT-EPROD-000860341 | MEDCOMP |
| SEC-LIT-EPROD-000860342 | SEC-LIT-EPROD-000860345 | MORGAN_STANLEY |
| SEC-LIT-EPROD-000860346 | SEC-LIT-EPROD-000860375 | ASCENDIANT_CAPITAL_MARKETS |
| SEC-LIT-EPROD-000860376 | SEC-LIT-EPROD-000866151 | AMF |
| SEC-LIT-EPROD-000866152 | SEC-LIT-EPROD-000869477 | APEX |
| SEC-LIT-EPROD-000869478 | SEC-LIT-EPROD-000869481 | AMERICAN_SECURITY_BANK |
| SEC-LIT-EPROD-000869482 | SEC-LIT-EPROD-000871037 | BROADRIDGE |
| SEC-LIT-EPROD-000871038 | SEC-LIT-EPROD-000871043 | CENTURYLINK |
| SEC-LIT-EPROD-000871044 | SEC-LIT-EPROD-000875655 | CITIGROUP |
| SEC-LIT-EPROD-000875656 | SEC-LIT-EPROD-000876332 | CORPORATE_STOCK |
| SEC-LIT-EPROD-000876333 | SEC-LIT-EPROD-000876432 | CABLEVISION |
| SEC-LIT-EPROD-000876343 | SEC-LIT-EPROD-000876385 | DBSI |
| SEC-LIT-EPROD-000876386 | SEC-LIT-EPROD-000876386 | DAWSON_JAMES |
| SEC-LIT-EPROD-000876387 | SEC-LIT-EPROD-000887730 | EISNERAMPER |
| SEC-LIT-EPROD-000887731 | SEC-LIT-EPROD-000887749 | EROOM_SECURITIES |
| SEC-LIT-EPROD-000887750 | SEC-LIT-EPROD-000887772 | ESQUIRE_CONSULTING |
| SEC-LIT-EPROD-000887773 | SEC-LIT-EPROD-000888452 | ETRADE |
| SEC-LIT-EPROD-000888453 | SEC-LIT-EPROD-000923535 | FINRA |
| SEC-LIT-EPROD-000923536 | SEC-LIT-EPROD-000923650 | FISHER_DANIEL |
| SEC-LIT-EPROD-000923651 | SEC-LIT-EPROD-000923821 | FORD_JOHN |

| | | |
|---|---|---|
| SEC-LIT-EPROD-000923822 | SEC-LIT-EPROD-000923832 | ISLAND_STOCK_TRANSFER |
| SEC-LIT-EPROD-000923933 | SEC-LIT-EPROD-000924543 | JEFFERIES |
| SEC-LIT-EPROD-000924544 | SEC-LIT-EPROD-000925524 | FRIEH_JANINE |
| SEC-LIT-EPROD-000925525 | SEC-LIT-EPROD-000937547 | JH_DARBIE |
| SEC-LIT-EPROD-000937548 | SEC-LIT-EPROD-000947844 | JPMCB |
| SEC-LIT-EPROD-000947845 | SEC-LIT-EPROD-000948307 | JPMS |
| SEC-LIT-EPROD-000948308 | SEC-LIT-EPROD-000949626 | LADENBURG_THALMANN |
| SEC-LIT-EPROD-000949627 | SEC-LIT-EPROD-000950734 | LEGEND_SECURITIES |
| SEC-LIT-EPROD-000950735 | SEC-LIT-EPROD-002335531 | LEGEND_SECURITIES |
| SEC-LIT-EPROD-002335532 | SEC-LIT-EPROD-002335534 | LEGEND_SECURITIES |
| SEC-LIT-EPROD-002335535 | SEC-LIT-EPROD-002337085 | LEK |
| SEC-LIT-EPROD-002337086 | SEC-LIT-EPROD-002342059 | BANK_OF_MARIN |
| SEC-LIT-EPROD-002342060 | SEC-LIT-EPROD-002342367 | MALONEBAILEY |
| SEC-LIT-EPROD-002342368 | SEC-LIT-EPROD-002342412 | MERRIMAC_CORPORATE_SECURITIES |
| SEC-LIT-EPROD-002342413 | SEC-LIT-EPROD-002342415 | MLPFS |
| SEC-LIT-EPROD-002342416 | SEC-LIT-EPROD-002342422 | MLPFS |
| SEC-LIT-EPROD-002342423 | SEC-LIT-EPROD-002343006 | MORGAN_STANLEY |
| SEC-LIT-EPROD-002343007 | SEC-LIT-EPROD-002343674 | POSITIVE_ID |
| SEC-LIT-EPROD-002343675 | SEC-LIT-EPROD-002343681 | QUINTANILLA_TIMOTHY |
| SEC-LIT-EPROD-002343682 | SEC-LIT-EPROD-002343807 | RM_STARK |
| SEC-LIT-EPROD-002343808 | SEC-LIT-EPROD-002349262 | REGISTRAR_AND_TRANSFER_COMPANY |
| SEC-LIT-EPROD-002349263 | SEC-LIT-EPROD-002351126 | STERNE_AGEE |
| SEC-LIT-EPROD-002351127 | SEC-LIT-EPROD-002351672 | SEC_TESTIMONY |
| SEC-LIT-EPROD-002351673 | SEC-LIT-EPROD-002355193 | SZAFERMAN_LAKIND |
| SEC-LIT-EPROD-002355194 | SEC-LIT-EPROD-002355375 | SPRINT |
| SEC-LIT-EPROD-002355376 | SEC-LIT-EPROD-002533052 | SECRET_SERVICE_LIVINGSTON |
| SEC-LIT-EPROD-002533053 | SEC-LIT-EPROD-002533757 | SECURITIES_TRANSFER |
| SEC-LIT-EPROD-002533758 | SEC-LIT-EPROD-002533775 | THE_CLEARING_HOUSE |
| SEC-LIT-EPROD-002533776 | SEC-LIT-EPROD-002533780 | TCM |
| SEC-LIT-EPROD-002533781 | SEC-LIT-EPROD-002533786 | UBS |
| SEC-LIT-EPROD-002533787 | SEC-LIT-EPROD-002534221 | VISION |
| SEC-LIT-EPROD-002534222 | SEC-LIT-EPROD-002534223 | VIEW_TRADE |
| SEC-LIT-EPROD-002534224 | SEC-LIT-EPROD-002534576 | VERITEQ_CORPORATION |
| SEC-LIT-EPROD-002534577 | SEC-LIT-EPROD-002534585 | YMAX |
| SEC-LIT-EPROD-002534586 | SEC-LIT-EPROD-002541204 | SEC_OCIE |
| SEC-LIT-EPROD-002541205 | SEC-LIT-EPROD-002541205 | TCM |
| SEC-LIT-EPROD-002541206 | SEC-LIT-EPROD-002625950 | VERITEQ_CORPORATION |
| SEC-LIT-EPROD-002625951 | SEC-LIT-EPROD-002626737 | EISNERAMPER |
| SEC-LIT-EPROD-002626738 | SEC-LIT-EPROD-002627505 | VERITEQ_CORPORATION |
| SEC-LIT-EPROD-002627506 | SEC-LIT-EPROD-002690272 | HUDSON_BAY |
| SEC-LIT-EPROD-002690273 | SEC-LIT-EPROD-002699354 | IROQUOIS |
| SEC-LIT-EPROD-002699355 | SEC-LIT-EPROD-003146409 | MABVAX |
| SEC-LIT-EPROD-003146410 | SEC-LIT-EPROD-003162822 | MGT |
| SEC-LIT-EPROD-003162823 | SEC-LIT-EPROD-003312631 | MUSCLEPHARM |
| SEC-LIT-EPROD-003312632 | SEC-LIT-EPROD-003312632 | SCONY |

| | | |
|---|---|---|
| SEC-LIT-EPROD-003312633 | SEC-LIT-EPROD-003312633 | OPPENHEIMER |
| SEC-LIT-EPROD-003312634 | SEC-LIT-EPROD-003312657 | OPKO |
| SEC-LIT-EPROD-003312658 | SEC-LIT-EPROD-003314191 | AMERICAN_STOCK_TRANSFER |
| SEC-LIT-EPROD-003314192 | SEC-LIT-EPROD-003348979 | ATT |
| SEC-LIT-EPROD-003348980 | SEC-LIT-EPROD-003356693 | BROADBAND_CAPITAL |
| SEC-LIT-EPROD-003356694 | SEC-LIT-EPROD-003434112 | BMA_SECURITIES |
| SEC-LIT-EPROD-003434113 | SEC-LIT-EPROD-003434168 | COMPUTERSHARE |
| SEC-LIT-EPROD-003434169 | SEC-LIT-EPROD-003440371 | COR_CLEARING |
| SEC-LIT-EPROD-003440372 | SEC-LIT-EPROD-003440399 | COMPUTERSHARE |
| SEC-LIT-EPROD-003440400 | SEC-LIT-EPROD-003496755 | DELANEY |
| SEC-LIT-EPROD-003496756 | SEC-LIT-EPROD-003519835 | EQUITY_STOCK_TRANSFER |
| SEC-LIT-EPROD-003519836 | SEC-LIT-EPROD-003524784 | FUSION_ANALYTICS |
| SEC-LIT-EPROD-003524785 | SEC-LIT-EPROD-003676294 | FBI |

| SECFIRST | SECLAST | Producing Party |
|---|---|---|
| SEC-LIT-EPROD-003676295 | SEC-LIT-EPROD-003686756 | INTERAVTIVE_BROKERS |
| SEC-LIT-EPROD-003686757 | SEC-LIT-EPROD-003686758 | INTL_FCSTONE_FINANCIAL |
| SEC-LIT-EPROD-003686759 | SEC-LIT-EPROD-003791731 | KELLER_BRIAN |
| SEC-LIT-EPROD-003791732 | SEC-LIT-EPROD-003792628 | MABVAX |
| SEC-LIT-EPROD-003792629 | SEC-LIT-EPROD-003819329 | MAZA_ELLIOT |
| SEC-LIT-EPROD-003819330 | SEC-LIT-EPROD-003821759 | MGT |
| SEC-LIT-EPROD-003821760 | SEC-LIT-EPROD-003826130 | NFS |
| SEC-LIT-EPROD-003826131 | SEC-LIT-EPROD-003915455 | NORTHLAND |
| SEC-LIT-EPROD-003915456 | SEC-LIT-EPROD-003919390 | OPPENHEIMER |
| SEC-LIT-EPROD-003919391 | SEC-LIT-EPROD-003973623 | PARITZ_COMPANY |
| SEC-LIT-EPROD-003973624 | SEC-LIT-EPROD-003974626 | PERSHING |
| SEC-LIT-EPROD-003974627 | SEC-LIT-EPROD-003992655 | CHARLES_SCHWAB |
| SEC-LIT-EPROD-003992656 | SEC-LIT-EPROD-003996544 | SEC |
| SEC-LIT-EPROD-003996545 | SEC-LIT-EPROD-003998068 | SEC_TCR |
| SEC-LIT-EPROD-003998069 | SEC-LIT-EPROD-003998201 | SEC_Testimony |
| SEC-LIT-EPROD-003998202 | SEC-LIT-EPROD-003998767 | TD_AMERITRADE |
| SEC-LIT-EPROD-003998768 | SEC-LIT-EPROD-004018928 | TRADESTATION |
| SEC-LIT-EPROD-004018929 | SEC-LIT-EPROD-004020170 | VERIZON |
| SEC-LIT-EPROD-004020171 | SEC-LIT-EPROD-004023554 | VERIZON_WIRELESS |
| SEC-LIT-EPROD-004023555 | SEC-LIT-EPROD-004051915 | WEDBUSH_SECURITIES |
| SEC-LIT-EPROD-004051916 | SEC-LIT-EPROD-004056494 | WELLS_FARGO_BANK |
| SEC-LIT-EPROD-004056495 | SEC-LIT-EPROD-004056578 | WELLS_FARGO_CLEARING_SERVICES |
| SEC-LIT-EPROD-004056579 | SEC-LIT-EPROD-004056821 | WELLS_FARGO_CLEARING_SERVICES |
| SEC-LIT-EPROD-004056822 | SEC-LIT-EPROD-004056984 | WELLS_FARGO_SECURITIES |
| SEC-LIT-EPROD-004056985 | SEC-LIT-EPROD-004057112 | WORLDWIDE_STOCK |
| SEC-LIT-EPROD-004057113 | SEC-LIT-EPROD-004057991 | WU_NIAN |
| SEC-LIT-EPROD-004057992 | SEC-LIT-EPROD-004118985 | REINHOLD_SAMUEL |
| SEC-LIT-EPROD-004118986 | SEC-LIT-EPROD-004119048 | WILSON_DAVIS |
| SEC-LIT-EPROD-004119049 | SEC-LIT-EPROD-004119222 | PALLADIUM_CAPITAL_ADVISORS |
| SEC-LIT-EPROD-004119223 | SEC-LIT-EPROD-004119229 | MABVAX |
| SEC-LIT-EPROD-004119230 | SEC-LIT-EPROD-004119230 | OPPENHEIMER |
| SEC-LIT-EPROD-004119231 | SEC-LIT-EPROD-004119236 | MABVAX |
| SEC-LIT-EPROD-004119237 | SEC-LIT-EPROD-004119238 | BNPP |
| SEC-LIT-EPROD-004119239 | SEC-LIT-EPROD-004119239 | OFFICE_OF_THE_STATE_COMPTROLLER_NY |
| SEC-LIT-EPROD-004119240 | SEC-LIT-EPROD-004119240 | OPKO |
| SEC-LIT-EPROD-004119241 | SEC-LIT-EPROD-004119241 | MUSCLEPHARM |
| SEC-LIT-EPROD-004119242 | SEC-LIT-EPROD-004195782 | PALLADIUM_CAPITAL_ADVISORS |
| SEC-LIT-EPROD-004195783 | SEC-LIT-EPROD-004195783 | KELLER_BRIAN_PRIV_LOG |
| SEC-LIT-EPROD-004195784 | SEC-LIT-EPROD-004195784 | MGT |
| SEC-LIT-EPROD-004195785 | SEC-LIT-EPROD-004195785 | Interactive Brokers |
| SEC-LIT-EPROD-004195786 | SEC-LIT-EPROD-004195786 | INTL FCStone Financial |
| SEC-LIT-EPROD-004195787 | SEC-LIT-EPROD-004195788 | Fusion Analytics |
| SEC-LIT-EPROD-004195789 | SEC-LIT-EPROD-004195791 | COR Clearing |
| SEC-LIT-EPROD-004195792 | SEC-LIT-EPROD-004195793 | Computershare |
| SEC-LIT-EPROD-004195794 | SEC-LIT-EPROD-004195794 | Charles Schwab |

| | | |
|---|---|---|
| SEC-LIT-EPROD-004195795 | SEC-LIT-EPROD-004195795 | NFS |
| SEC-LIT-EPROD-004195796 | SEC-LIT-EPROD-004195796 | Keller_Brian |
| SEC-LIT-EPROD-004195797 | SEC-LIT-EPROD-004195797 | Interactive Brokers |
| SEC-LIT-EPROD-004195798 | SEC-LIT-EPROD-004195798 | Equity Stock |
| SEC-LIT-EPROD-004195799 | SEC-LIT-EPROD-004195803 | Cor Clearing |
| SEC-LIT-EPROD-004195804 | SEC-LIT-EPROD-004195804 | BNPP |
| SEC-LIT-EPROD-004195805 | SEC-LIT-EPROD-004195805 | BMA Securities |
| SEC-LIT-EPROD-004195806 | SEC-LIT-EPROD-004195807 | Reinhold_Samuel |
| SEC-LIT-EPROD-004195808 | SEC-LIT-EPROD-004195808 | Oppenheimer |
| SEC-LIT-EPROD-004195809 | SEC-LIT-EPROD-004195809 | Reinhold_Samuel |
| SEC-LIT-EPROD-004195810 | SEC-LIT-EPROD-004195810 | MusclePharm |
| SEC-LIT-EPROD-004195811 | SEC-LIT-EPROD-004195811 | MabVax |
| SEC-LIT-EPROD-004195812 | SEC-LIT-EPROD-004195812 | Hudson Bay |
| SEC-LIT-EPROD-004195813 | SEC-LIT-EPROD-004195813 | MabVax |
| SEC-LIT-EPROD-004195814 | SEC-LIT-EPROD-004195814 | Wedbush Securities |
| SEC-LIT-EPROD-004195815 | SEC-LIT-EPROD-004195815 | OFFICE_OF_THE_STATE_COMPTROLLER_NY |
| SEC-LIT-EPROD-004195816 | SEC-LIT-EPROD-004195821 | TracFone |
| SEC-LIT-EPROD-004195822 | SEC-LIT-EPROD-004195823 | MLPFS |
| SEC-LIT-EPROD-004195824 | SEC-LIT-EPROD-004195824 | Maza_Elliot |
| SEC-LIT-EPROD-004195825 | SEC-LIT-EPROD-004195825 | MusclePharm |
| SEC-LIT-EPROD-004195826 | SEC-LIT-EPROD-004195826 | MabVax |
| SEC-LIT-EPROD-004195827 | SEC-LIT-EPROD-004195827 | Computershare |
| SEC-LIT-EPROD-004195828 | SEC-LIT-EPROD-004195828 | American Stock Transfer |
| SEC-LIT-EPROD-004195829 | SEC-LIT-EPROD-004195829 | EQUITY_STOCK_TRANSFER_PRIV_LOG |
| SEC-LIT-EPROD-004195830 | SEC-LIT-EPROD-004195830 | MUSCLEPHARM |
| SEC-LIT-EPROD-004195831 | SEC-LIT-EPROD-004195831 | NFS |
| SEC-LIT-EPROD-004195832 | SEC-LIT-EPROD-004271992 | PALLADIUM_CAPITAL_ADVISORS |
| SEC-LIT-EPROD-004271993 | SEC-LIT-EPROD-004271993 | MAZA_ELLIOT_PRIV_LOG |
| SEC-LIT-EPROD-004271994 | SEC-LIT-EPROD-004271999 | Interactive Brokers |
| SEC-LIT-EPROD-004272000 | SEC-LIT-EPROD-004272001 | Keller_Brian |
| SEC-LIT-EPROD-004272002 | SEC-LIT-EPROD-004272003 | Cor Clearing |
| SEC-LIT-EPROD-004272004 | SEC-LIT-EPROD-004272004 | BNPP |
| SEC-LIT-EPROD-004272005 | SEC-LIT-EPROD-004272005 | ATT |
| SEC-LIT-EPROD-004272006 | SEC-LIT-EPROD-004272006 | NFS |
| SEC-LIT-EPROD-004272007 | SEC-LIT-EPROD-004272017 | Delaney |
| SEC-LIT-EPROD-004272018 | SEC-LIT-EPROD-004272018 | ATT |
| SEC-LIT-EPROD-004272019 | SEC-LIT-EPROD-004272019 | Wedbush Securities |
| SEC-LIT-EPROD-004272020 | SEC-LIT-EPROD-004272020 | Wells Fargo Clearing |
| SEC-LIT-EPROD-004272021 | SEC-LIT-EPROD-004272021 | Paritz & Company |
| SEC-LIT-EPROD-004272022 | SEC-LIT-EPROD-004272023 | MLPFS |
| SEC-LIT-EPROD-004272024 | SEC-LIT-EPROD-004272024 | MabVax |
| SEC-LIT-EPROD-004272025 | SEC-LIT-EPROD-004272025 | OPKO |
| SEC-LIT-EPROD-004272026 | SEC-LIT-EPROD-004272026 | MGT |
| SEC-LIT-EPROD-004272027 | SEC-LIT-EPROD-004272027 | Iroquois |
| SEC-LIT-EPROD-004272028 | SEC-LIT-EPROD-004272028 | MusclePharm |

| | | |
|---|---|---|
| SEC-LIT-EPROD-004272029 | SEC-LIT-EPROD-004272035 | TracFone |
| SEC-LIT-EPROD-004272036 | SEC-LIT-EPROD-004272036 | NFS |
| SEC-LIT-EPROD-004272037 | SEC-LIT-EPROD-004272039 | COR Clearing |
| SEC-LIT-EPROD-004272040 | SEC-LIT-EPROD-004272040 | Paritz & Company |
| SEC-LIT-EPROD-004272041 | SEC-LIT-EPROD-004272041 | Reinhold_Samuel |
| SEC-LIT-EPROD-004272042 | SEC-LIT-EPROD-004272042 | Wu_Nian |
| SEC-LIT-EPROD-004272043 | SEC-LIT-EPROD-004272043 | Reinhold_Samuel |
| SEC-LIT-EPROD-004272044 | SEC-LIT-EPROD-004272044 | Northland |
| SEC-LIT-EPROD-004272045 | SEC-LIT-EPROD-004272045 | MusclePharm |
| SEC-LIT-EPROD-004272046 | SEC-LIT-EPROD-004272047 | MLPFS |
| SEC-LIT-EPROD-004272048 | SEC-LIT-EPROD-004272048 | MabVax |
| SEC-LIT-EPROD-004272049 | SEC-LIT-EPROD-004272050 | Computershare |
| SEC-LIT-EPROD-004272051 | SEC-LIT-EPROD-004272051 | Maza_Elliot |
| SEC-LIT-EPROD-004272052 | SEC-LIT-EPROD-004272052 | MGT |
| SEC-LIT-EPROD-004272053 | SEC-LIT-EPROD-004272053 | Tradestation |
| SEC-LIT-EPROD-004272054 | SEC-LIT-EPROD-004272522 | SEC |
| SEC-LIT-EPROD-004272523 | SEC-LIT-EPROD-004273264 | PEDERSON_LEE |
| SEC-LIT-EPROD-004273265 | SEC-LIT-EPROD-004273265 | BNPP |
| SEC-LIT-EPROD-004273266 | SEC-LIT-EPROD-004274872 | MEDCOMP |
| SEC-LIT-EPROD-004274873 | SEC-LIT-EPROD-004274888 | ALPHA |
| SEC-LIT-EPROD-004274889 | SEC-LIT-EPROD-004284484 | BANK_OF_AMERICA |
| SEC-LIT-EPROD-004284485 | SEC-LIT-EPROD-004288001 | FINRA |
| SEC-LIT-EPROD-004288002 | SEC-LIT-EPROD-004288080 | LIGHTSPEED |
| SEC-LIT-EPROD-004288081 | SEC-LIT-EPROD-004288083 | LIVINGSTON |
| SEC-LIT-EPROD-004288084 | SEC-LIT-EPROD-004288091 | OPKO |
| SEC-LIT-EPROD-004288092 | SEC-LIT-EPROD-004290245 | ONTARIO_SECURITIES_COMMISSION |
| SEC-LIT-EPROD-004290246 | SEC-LIT-EPROD-004290327 | SEC |
| SEC-LIT-EPROD-004290328 | SEC-LIT-EPROD-004290856 | VSTOCK_TRANSFER |
| SEC-LIT-EPROD-004290857 | SEC-LIT-EPROD-004291675 | CST |
| SEC-LIT-EPROD-004291676 | SEC-LIT-EPROD-004291678 | Nasdaq |
| SEC-LIT-EPROD-004291679 | SEC-LIT-EPROD-004291683 | Morgan_Stanley |