WILMERHALE

November 14, 2019                                    **Chris Johnstone**

                                                     +1 650 858 6147 (t)
**VIA ECF**                                          +1 650 858 6100 (f)
                                                     chris.johnstone@wilmerhale.com

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

       Re: *SEC v. Honig, et al.*, No. 1:18-cv-08175 (ER)

Dear Judge Ramos:

On November 7, 2019, the Court held a pre-motion conference and ordered the SEC to submit *in camera* its notes of a specific witness's FBI FD-302s to determine whether any portions of those notes should be produced.  Since then, the SEC has agreed to produce those notes to Mr. Ladd. Given the SEC's willingness to produce its notes of that witness's FD-302s, Mr. Ladd will not be filing a letter brief, which otherwise was due to be submitted today.



Respectfully submitted,

/s/ *Chris Johnstone*_____
Chris Johnstone

cc:      Counsel of Record (via ECF)