UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                    **Plaintiff,** :
: 18 Civ. 8175 (ER)
    – against – :
: ECF CASE
BARRY C. HONIG, MICHAEL BRAUSER, :
JOHN STETSON, JOHN R. O'ROURKE III, :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, :
JOHN H. FORD, ATG CAPITAL LLC, GRQ :
CONSULTANTS, INC., HS CONTRARIAN :
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,:
and STETSON CAPITAL INVESTMENTS INC., :
:
                    **Defendants.** :
-----------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the Plaintiff Securities and Exchange Commission ("Commission") has agreed to provide Defendants Ladd and Brauser with a copy of its notes of the notes taken by the Federal Bureau of Investigation at an April 23, 2019 interview of a witness (the "Notes"), provided that Defendants agree to certain conditions;

WHEREAS Defendants Ladd and Brauser have agreed to those conditions;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Defendants Ladd and Brauser (collectively, "Defendants") and the Commission, that

1.     Notwithstanding paragraph 3 of the Stipulation and Confidentiality Order, entered June 5, 2019 (DE 134) (the "Confidentiality Order"), the Commission may designate the Notes as "Confidential" and the Notes shall thereafter be deemed "Confidential Discovery Materials" for all purposes under the Confidentiality Order.

2. Notwithstanding any other paragraph of the Confidentiality Order, should any party to this Stipulation wish to share a copy of the Notes with any other person or party, he or it must first obtain that person's or parties' agreement to abide by the terms of this Stipulation, in addition to the Confidentiality Order, in the form appended hereto as Exhibit A.

3. By disclosing the Notes to Defendants, the Commission has not waived, does not intend to waive, and shall not be deemed to have waived, any of the privileges or protections it has asserted with respect to the Notes or any like material.

Dated: New York, New York
November 14, 2019

ROBERT LADD

By: _____
Randall Lee
Cooley LLP
1333 2nd Street
Suite 400
Santa Monica, CA 90401
310-883-6485

Attorneys for Defendant Robert Ladd

MICHAEL BRAUSER and GRANDER HOLDINGS, INC.

By: _____
Dennis Richard
Richard and Richard, PA
Tower III – 17th Floor 825 Brickell Bay Drive
Miami, FL 33131
305-374-6688

Attorneys for Defendant Michael Brauser

SECURITIES AND EXCHANGE COMMISSION

By: _____
Nancy A. Brown
200 Vesey Street
Suite 400
New York, NY 10281
212-336-1023

Attorneys for Plaintiff Securities and Exchange Commission

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
: 18 Civ. 8175 (ER)
– against – :
: ECF CASE
BARRY C. HONIG, MICHAEL BRAUSER, :
JOHN STETSON, JOHN R. O'ROURKE III, :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, :
JOHN H. FORD, ATG CAPITAL LLC, GRQ :
CONSULTANTS, INC., HS CONTRARIAN :
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,:
and STETSON CAPITAL INVESTMENTS INC., :
:
Defendants. :
------------------------------------------------------------x

## EXHIBIT A

## AGREEMENT TO ABIDE BY STIPULATION AND ORDER

I have read the Stipulation and Order, entered November __, 2019. I understand its terms and agree to be bound by them, and hereby submit to the jurisdiction of the United States District Court for the Southern District of New York for purposes of the enforcement of the Stipulation and Order. I further understand that failure to abide by the terms of the Stipulation and Order may result in legal action and sanctions.

Dated: _____     Agreed: _____