

November 20, 2019

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007
(212) 805-0294

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

Gregory Morvillo

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

Re:   Request to Terminate Savannah Stevenson as Attorney of Record
      *Securities & Exchange Comm'n v. Honig,* et al. 18 Civ. 08175

Dear Hon. Judge Ramos,

We represent Mr. John O'Rourke III in the above-referenced action and write to request that the Court terminate Ms. Savannah Stevenson as an attorney of record for Mr. John O'Rourke in this action.

The reason for our request is that on or about April 5, 2019, Ms. Stevenson ended her employment with Orrick, Herrington & Sutcliffe LLP ("Orrick").  Currently, Ms. Stevenson, along with myself and my colleague Nicole Lloret are noticed as attorneys of record for Mr. O'Rourke in this action.  Terminating Ms. Stevenson from this action will not cause or result in any prejudice to Mr. O'Rourke because I along with Ms. Lloret continue to represent Mr. O'Rourke in this action.  However, due to Ms. Stevenson's departure from Orrick in April 2019, she no longer represents Mr. O'Rourke.  Accordingly, we respectfully request that the Court terminate Ms. Stevenson as attorney of record and remove her from the docket in this action.

Mr. O'Rourke is aware of Ms. Stevenson's departure from Orrick, and we have notified him via email of our request to terminate Ms. Stevenson from the docket.

Thank you for Your Honor's consideration of this matter.  We are, of course, available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

*/s/ Gregory Morvillo*
Gregory Morvillo

cc:   All Counsel of Record (*via ECF*)