UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff

        v.                                                    18 Civ. 8175 (ER)

BARRY C. HONIG, et al.,

              Defendants.

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, DANIEL R. WALFISH, of the law firm

WALFISH & FISSELL PLLC, who is a member in good standing of the bar of this Court,

hereby appears as counsel for Defendants Barry C. Honig and GRQ Consultants, Inc. in the

above-titled action and respectfully requests that all papers in this action be served upon him.

Dated:  December 5, 2019
        New York, New York

                                             /s/ Daniel R. Walfish
                                             Daniel R. Walfish
                                             WALFISH & FISSELL PLLC
                                             405 Lexington Ave 8th floor
                                             New York, NY 10174
                                             Tel.: 212-672-0521
                                             Email: dwalfish@walfishfissell.com

                                             *Attorneys for Defendants Barry C. Honig*
                                             *and GRQ Consultants, Inc.*