

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

January 15, 2020

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    SEC v. Honig, et al.;
              No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

      Plaintiff Securities and Exchange Commission ("Commission") respectfully writes to advise the Court that the parties are conferring about a resolution of the matters raised in the January 10, 2020 letter of Defendant Robert Ladd seeking a pre-motion conference.  (DE 205.) We expect to submit a stipulation and proposed Order to the Court in the next few days.

                                          Respectfully submitted,

                                          Nancy A. Brown

cc:    All Defendants via ECF