

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

January 15, 2020

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC # _____
> DATE FILED:  __1/16/2020__

Re:   SEC v. Honig, et al.;
      No. 18 Civ. 8175 (ER)

# MEMO ENDORSED

Dear Judge Ramos:

Plaintiff Securities and Exchange Commission ("Commission") respectfully writes to advise the Court that the parties are conferring about a resolution of the matters raised in the January 10, 2020 letter of Defendant Robert Ladd seeking a pre-motion conference. (DE 205.) We expect to submit a stipulation and proposed Order to the Court in the next few days.

Respectfully submitted,

Nancy A. Brown

cc:   All Defendants via ECF

---

The Clerk of the Court is respectfully directed to terminate Defendant Ladd's motion, doc. 205.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  __1/16/2020__
New York, New York