

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

January 21, 2020

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    SEC v. Honig, et al.;
               No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully writes to advise the Court that the staff has reached agreements in principle to settle this action with Defendants Michael Brauser, John O'Rourke and John Stetson, and their affiliated entities, Defendants Grander Holdings, Inc., ATG Capital LLC, and Stetson Capital Investments Inc. Because the settlement terms will need to be reviewed and approved by the full Commission, we expect to be able to submit Final Judgments on Consent as to each of these parties within six to eight weeks. With respect to Defendant HS Contrarian Investments, LLC, we expect to be able to submit a partial Judgment on Consent within the same time frame. Should there by any delay, we will alert the Court promptly.

                                    Respectfully submitted,

                                      Nancy A. Brown

cc:    All Defendants via ECF