UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                Plaintiff,  :
:   18 Civ. 8175 (ER)
– against –  :
:   ECF CASE
BARRY C. HONIG, MICHAEL BRAUSER,  :
JOHN STETSON, JOHN R. O'ROURKE III,  :
ROBERT LADD, ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, ATG CAPITAL LLC, GRQ  :
CONSULTANTS, INC., HS CONTRARIAN  :
INVESTMENTS, LLC, GRANDER HOLDINGS, INC.,  :
and STETSON CAPITAL INVESTMENTS INC.,  :
:
                Defendants.  :
------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER AMENDING CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that the following provisions of the Civil Case Discovery Plan and Scheduling Order, entered on May 20, 2019, shall be amended as follows:

1.    Fact discovery cut-off: **May 22, 2020**.

2.    Requests to Admit and contention Interrogatories, if any, shall be served no earlier than 45 days prior to the fact discovery cut-off, or **April 7, 2020**, and Responses to any Requests to Admit and contention Interrogatories, if any, shall be due 30 days thereafter. Responses to Requests to Admit and contention Interrogatories served prior to this Stipulation and Order shall be adjourned until **May 5, 2020**.

3.    Expert reports shall be served no later than **June 12, 2020**.

4.    Rebuttal expert reports shall be served no later than **July 10, 2020**.

5.    Expert depositions shall be completed by **August 7, 2020**.

6. ALL DISCOVERY SHALL BE COMPLETED BY **August 7, 2020**, unless Answers have not yet been filed. If Answers have not been filed by August 7, 2020, the parties will confer and jointly propose, within one week after Answers are filed, a schedule for additional Discovery.

7. If Answers are filed by August 7, 2020, the Court will hold a status conference on **August 20, 2020**, or another time convenient for the Court. During that status conference, the parties will present a proposed schedule for any motions for summary judgment, pre-trial submissions and trial.

Dated: New York, New York
      January 14, 2020

ROBERT LADD

By: _____

Cooley LLP
1333 2nd Street
Santa Monica, CA 90401
310-883-6400

Attorneys for Defendant Robert Ladd

SECURITIES AND EXCHANGE COMMISSION

By: _____
      Nancy A. Brown

200 Vesey Street
Suite 400
New York, NY 10281
212-336-1023

Attorneys for Plaintiff Securities and Exchange Commission

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2