# MEMO ENDORSED



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

March 6, 2020

**Via ECF and UPS Overnight**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   SEC v. Honig, et al.;
             <u>No. 18 Civ. 8175 (ER)</u>

Dear Judge Ramos:

        We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action.

        Enclosed for the Court's consideration are courtesy copies of Final Judgments on consent against (1) Defendants Michael Brauser and his entity, Grander Holdings, Inc.; (2) John O'Rourke and his entity, ATG Capital LLC; and (3) John Stetson, and his entity, Stetson Capital Investments Inc.

        Also enclosed for the Court's consideration is a courtesy copy of a partial Judgment against Defendant HS Contrarian Investments, LLC ("HSCI"), by which Stetson, on behalf of HSCI, has consented to the imposition of injunctive relief against HSCI, leaving the Commission's claims for monetary relief against that entity for later resolution by further consent or Commission motion. The partial Judgment does not fully adjudicate the Commission's claims against HSCI and we respectfully request that the Court not terminate HSCI from the case.

        We have filed each of the proposed Judgments today on ECF. If the Final Judgments and the partial Judgment against HSCI are satisfactory to the Court, we respectfully request that the Court docket each Judgment together with its respective Consent.

                                      Respectfully submitted,

                                      Nancy A. Brown

cc: All Defendants via ECF

The application is GRANTED. The Court shall separately approve each of the proffered judgments on consent. Upon entry of judgment, the Clerk of Court is respectfully directed to terminate defendants Brauser, Grander Holdings, Inc., O'Rourke, ATG Capital LLC, Stetson, and Stetson Capital Investments Inc. The Clerk is directed to maintain HS Contrarian Investments, LLC as a defendant in this case.

Due to the judgments to be entered against Brauser and Grander Holdings, Inc., their motion to dismiss and motion for oral argument are DENIED as moot. The Clerk is respectfully directed to terminate the motions, Doc. 144 and Doc. 164.

_____
Edgardo Ramos, U.S.D.J
Dated: Mar. 6, 2020
New York, New York