UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
              **Plaintiff,**  :
:   18 Civ. 8175 (ER)
     – against –  :
:   ECF CASE
BARRY C. HONIG, ROBERT LADD,  :
ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, GRQ CONSULTANTS, INC.  :
and HS CONTRARIAN INVESTMENTS, LLC,  :
:
             **Defendants.**  :
---------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Securities and Exchange Commission ("Commission"), and Defendant Robert Ladd ("Defendant"), through their respective attorneys, that the following briefing schedule shall apply to Defendant's Motion to Dismiss, filed April 30, 2020 (DE 241):

    1.    The Commission shall file its Opposition to Defendant's Motion to Dismiss by June 15, 2020; and

    2.    Defendant shall file his Reply by July 10, 2020.

Dated: New York, NY
       May 4, 2020

| | |
|---|---|
| ROBERT LADD | SECURITIES AND EXCHANGE COMMISSION |
| By:   <u>s/ Randall Lee</u><br>        Randall Lee<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>310-883-6485<br><br>Attorneys for Defendant Robert Ladd | By:   <u>s/ Nancy A. Brown</u><br>        Nancy A. Brown<br>200 Vesey Street<br>Suite 400<br>New York, NY  10281<br>212-336-1023<br><br>Attorneys for Plaintiff Securities and Exchange Commission |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE