**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-08175-ER |
| v. | ) ) | |
| BARRY C. HONIG, *et al.*, | ) ) ) | **DECLARATION OF RANDALL R. LEE IN SUPPORT OF DEFENDANT ROBERT LADD'S MOTION TO** |
| Defendants. | ) ) | **COMPEL A RULE 30(B)(6) DEPOSITION** |

I, Randall R. Lee, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am admitted *pro hac vice* to this Court for the above-captioned matter. I am a partner with the law firm Cooley LLP, counsel for Defendant Robert Ladd in the above-captioned matter.

2. I respectfully submit this declaration in support of Defendant Robert Ladd's Motion to Compel a Rule 30(b)(6) deposition and the Memorandum of Law in Support. I have personal knowledge of the facts below and, if called as a witness, I could and would testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of Mr. Ladd's Notice of Rule 30(b)(6) Topics Directed to Plaintiff Securities and Exchange Commission, dated January 13, 2020.

4. Attached hereto as Exhibit B is a true and correct copy of email correspondence with counsel for Plaintiff Securities and Exchange Commission, dated January 27, 2020. Dated the 4th day of May 2020.

 /s/ *Randall R. Lee*
Randall R. Lee