Christopher Johnstone *(pro hac vice)*
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com
Telephone: (650) 858-6147
Facsimile: (650) 858-6100

*Attorney for Defendant Robert Ladd*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>BARRY C. HONIG, *et al.*,<br><br>                    Defendants. | Case No. 1:18-cv-08175-ER |

**NOTICE OF MOTION OF WILMER CUTLER PICKERING HALE AND DORR LLP AND CHRISTOPHER JOHNSTONE FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT LADD**

**PLEASE TAKE NOTICE** that upon the annexed motion and declaration of Christopher Johnstone, counsel will move this Court before Honorable Edgardo Ramos, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Local Rule 1.4, for leave to withdraw Wilmer Cutler Pickering Hale and Dorr LLP and Christopher Johnstone as counsel for Defendant Robert Ladd.

Dated:  May 21, 2020                                             Respectfully submitted,

  /s/ *Christopher Johnstone*

Christopher Johnstone *(pro hac vice)*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com
Telephone: (650) 858-6147
Facsimile: (650) 858-6100

*Attorney for Defendant Robert Ladd*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 21, 2020, a copy of the foregoing Notice of Motion for Leave to Withdraw as Counsel for Defendant Robert Ladd was filed electronically with the Clerk of the Court which caused it to be served upon registered users of the Court's ECF system who are participants in these proceedings.  I have also served Mr. Ladd with the foregoing document as required by Local Rule 1.4.

Dated:  May 21, 2020　　　　　　　　　　　　　　　　/s/ *Christopher Johnstone*

　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher Johnstone