Randall R. Lee *(pro hac vice)*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Randall.lee@cooley.com
Telephone: (310) 883-6485
Facsimile: (310) 883-6500

*Attorney for Defendant Robert Ladd*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:18-cv-08175-ER |
| v. ) ) | |
| BARRY C. HONIG, ) *et al.*, ) ) | |
| Defendants. ) ) | |

## NOTICE OF MOTION OF COOLEY LLP AND RANDALL LEE FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT LADD

**PLEASE TAKE NOTICE** that upon the annexed motion and declaration of Randall Lee, counsel will move this Court before the Honorable Edgardo Ramos, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Local Rule 1.4, for leave to withdraw Cooley LLP and Randall Lee as counsel for Defendant Robert Ladd.

Dated:  May 21, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Randall R. Lee*

　　　　　　　　　　　　　　　　　　　　　Randall R. Lee *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　　1333 2nd Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　Santa Monica, CA 90401-4100
　　　　　　　　　　　　　　　　　　　　　Randall.lee@cooley.com
　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 883-6485
　　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 883-6500

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Robert Ladd*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, a copy of the foregoing Notice of Motion for Leave to Withdraw as Counsel for Defendant Robert Ladd was filed electronically with the Clerk of the Court which caused it to be served upon registered users of the Court's ECF system who are participants in these proceedings. I have also served Mr. Ladd with the foregoing document as required by Local Rule 1.4.

Dated:  May 21, 2020                                                      /s/ *Randall R. Lee*

                                                                                          Randall R. Lee

226276489 v1