

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

May 29, 2020

**Via ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    SEC v. Honig, et al.;
              No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

    ced We represent the Plaintiff Securities and Exchange Commission in this action, and respectfully write to advise the Court that we have no objection to the May 21, 2020 motions to withdraw filed by counsel for Defendant Ladd, Wilmer Cutler Pickering Hale and Dorr LLP and Cooley LLP.  (DE 251, 254.)

    We have received a request from Ladd's new counsel, Adam Ford (who filed a Notice of Appearance on May 18, 2020 (DE 250)), to discuss a further amendment to the discovery schedule.  We are prepared to have those discussions and return to the Court with a proposed amendment to the discovery schedule, as needed and agreed, once it is clear which attorneys represent Ladd.

                                            Respectfully submitted,

                                            /s/  Nancy A. Brown

                                            Nancy A. Brown

cc:    Counsel for Defendant (via ECF)