# MEMO ENDORSED

Christopher Johnstone *(pro hac vice)*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com
Telephone: (650) 858-6147
Facsimile: (650) 858-6100

*Attorney for Defendant Robert Ladd*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:18-cv-08175-ER<br>) |
| v. | )<br>) |
| BARRY C. HONIG, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF MOTION OF WILMER CUTLER PICKERING HALE AND DORR LLP AND CHRISTOPHER JOHNSTONE FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT LADD**

**PLEASE TAKE NOTICE** that upon the annexed motion and declaration of Christopher Johnstone, counsel will move this Court before Honorable Edgardo Ramos, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Local Rule 1.4, for leave to withdraw Wilmer Cutler Pickering Hale and Dorr LLP and Christopher Johnstone as counsel for Defendant Robert Ladd.

1

Dated: May 21, 2020

Respectfully submitted,

 /s/ *Christopher Johnstone*

Christopher Johnstone *(pro hac vice)*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com
Telephone: (650) 858-6147
Facsimile: (650) 858-6100

*Attorney for Defendant Robert Ladd*

The application is  X   granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: Jun. 03, 2020
New York, New York

2