# MEMO ENDORSED

Randall R. Lee *(pro hac vice)*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Randall.lee@cooley.com
Telephone: (310) 883-6485
Facsimile: (310) 883-6500

*Attorney for Defendant Robert Ladd*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-08175-ER |
| v. | ) ) ) | |
| BARRY C. HONIG, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION OF COOLEY LLP AND RANDALL LEE FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT LADD**

**PLEASE TAKE NOTICE** that upon the annexed motion and declaration of Randall Lee, counsel will move this Court before the Honorable Edgardo Ramos, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Local Rule 1.4, for leave to withdraw Cooley LLP and Randall Lee as counsel for Defendant Robert Ladd.

226276489 v1

Dated: May 21, 2020

Respectfully submitted,

/s/ *Randall R. Lee*

Randall R. Lee *(pro hac vice)*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Randall.lee@cooley.com
Telephone: (310) 883-6485
Facsimile: (310) 883-6500

*Attorney for Defendant Robert Ladd*

The application is  X   granted
                 ___ denied

Edgardo Ramos, U.S.D.J
Dated: Jun. 03, 2020
New York, New York

226276489 v1