UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against –<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, : JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG : CAPITAL LLC, FROST GAMMA INVESTMENTS : TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDA VID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., and STETSON CAPITAL INVESTMENTS INC.,<br><br>Defendants. | Case No. : 1:18-cv-08175-ER<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**<br><br>**ECF CASE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**WHEREAS**, on May 4, 2020, Ladd filed a Motion to Compel a Rule 30(b)(6) Deposition of the SEC together with a supporting memorandum of law and declaration of Randall R. Lee (Doc. 246-248); and whereas on June 18, 2020 the SEC affirmed it had no objection to Ladd withdrawing the motion;

**UPON THE FOREGOING PREMISES**, Defendant Robert Ladd hereby respectfully requests that the Clerk of the Court hereby withdraw the Motion to Compel a Rule 30(b)(6) Deposition of the SEC, without prejudice.

Dated: New York, New York
June 18, 2020

                                        FORD O'BRIEN LLP

                                        _____
                                        Adam C. Ford, Esq.
                                        FORD O'BRIEN LLP
                                        *Attorney for Defendant Robert Ladd*
                                        575 Fifth Avenue, FL 17
                                        New York, New York 10017
                                        Tel.: (212) 858-0040
                                        aford@fordobrien.com