UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                     Plaintiff, :
:   18 Civ. 8175 (ER)
       – against – :
:   ECF CASE
BARRY C. HONIG, ROBERT LADD, :
ELLIOT MAZA, BRIAN KELLER, :
JOHN H. FORD, GRQ CONSULTANTS, INC. :
and HS CONTRARIAN INVESTMENTS, LLC, :
:
                     Defendants. :
------------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

      WHEREAS, pursuant to the Amended Civil Case Discovery Plan and Scheduling Order, entered June 10, 2020 (DE 263), fact discovery in this matter is scheduled to conclude on November 23, 2020; and

      WHEREAS, the parties have agreed to conduct depositions by remote means where appropriate, as contemplated by Fed. R. Civ. P. 30(b)(4);

      IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that depositions in this matter may be taken by telephone or video-teleconference as set forth in the relevant Notice of Deposition for each deponent.

2

Dated: New York, NY
       July 23, 2020

| ROBERT LADD | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By:    s/ Adam C. Ford<br>          Adam C. Ford<br>Ford O'Brien, LLP<br>575 Fifth Avenue, Fl 17<br>New York, NY  10017<br><br>Attorneys for Defendant Robert Ladd | By:    s/ Nancy A. Brown<br>          Nancy A. Brown<br>200 Vesey Street<br>Suite 400<br>New York, NY  10281<br>212-336-0106<br><br>Attorneys for Plaintiff Securities and Exchange Commission |

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: July 23, 2020
New York, New York

2