**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against –<br><br>BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN R. O'ROURKE III, MARK GROUSSMAN, PHILLIP FROST, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, : JOHN H. FORD, ALPHA CAPITAL ANSTALT, ATG : CAPITAL LLC, FROST GAMMA INVESTMENTS : TRUST, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., MELECHDA VID, INC., OPKO HEALTH, INC., SOUTHERN BIOTECH, INC., and STETSON CAPITAL INVESTMENTS INC.,<br><br>Defendants. | Case No. : 1:18-cv-08175-ER<br><br>**NOTICE OF APPEARANCE**<br><br>**ECF CASE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Kevin J. O'Brien appears as counsel for Defendant ROBERT LADD in this action and demands that all parties serve copy of all notices and other papers in this action upon the counsel at the address, telephone and email address indicated below:

Ford O'Brien LLP
575 Fifth Avenue, 17th Floor
New York, New York 10017
(212) 858-0040
kobrien@fordobrien.com

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 14, 2021

                                        FORD O'BRIEN LLP

                                        _____
                                        Kevin J. O'Brien, Esq.
                                        FORD O'BRIEN LLP
                                        *Attorney for Defendant Robert Ladd*
                                        575 Fifth Avenue, FL 17
                                        New York, New York 10017
                                        Tel.: (212) 858-0040
                                        kobrien@fordobrien.com