

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

February 12, 2021

**Via ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    SEC v. Honig, et al.;
                 No. 18 Civ. 8175 (ER)

Dear Judge Ramos:

      We represent the Plaintiff Securities and Exchange Commission in this action, and respectfully write pursuant to the Court's text order entered January 29, 2021 to notify the Court and Defendant Ladd that the Commission will not further amend its Complaint in this action in response to the Court's January 27, 2021 Opinion and Order allowing it to do so.

                                                Respectfully submitted,

                                                /s/  Nancy A. Brown

                                                Nancy A. Brown

cc:    Counsel for Defendant (via ECF)