

March 10, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007-1312

<u>Re: Securities and Exchange Commission v. Honig -Case #: 1:18-cv-08175-ER</u>

Dear Judge Ramos:

      I represent Defendant Robert Ladd in the above-referenced matter. By memo endorsement filed on February 16, 2021 (DKT. # 277) the Court directed all parties to appear for a telephone case management conference on March 12, 2021 at 11:00 am.

      I write to respectfully request an adjournment of this conference to any date after March 22, 2021 that the Court is available. The reason for this request is that I need to have an out-patient emergency surgery this Friday morning. I have corresponded with counsel for the SEC, Nancy Brown, who indicated that she has no opposition to this telephone conference being adjourned. This is the first request for an adjournment made by this office.

      We thank the Court for its attention to this matter and respectfully request that the adjournment of the telephone conference be granted.

                                                                         Respectfully submitted,

cc: All counsel of record (via ECF)