# EXHIBIT A

SEC v. Honig, et al., No. 18 Civ. 1875 (ER) (S.D.N.Y.)
LOG OF DOCUMENTS WITHHELD OR REDACTED ON THE BASIS OF PRIVILEGE
January 27, 2020

| LOG # | DATE RANGE | DOCUMENT TYPES | AUTHOR(S) | RECIPIENT(S) | CATEGORY SUBJECT MATTER | PRIVILEGE JUSTIFICATION |
|---|---|---|---|---|---|---|
| 1 | 10/05/2016 - 3/6/2019 | Email Memorandum Spreadsheets Letter Drafts Pleading Report Compilation | Abbe Dienstag; Alejandro Ortega; Andrew Friedman; Daniel Ketani; Daniel Schumeister; Darren LaVerne; Dmitry Molotkov; Evie Spanos; Jeffrey Davis; Jeffrey Taub; Jennifer Klein; Karen Steinberg Kennedy; Lucille Hollenstein; Richard Cohen; Robert Ladd; Robert Lowrey; Sean Coffey; Steve Schaeffer | Abbe Dienstag; Alejandro Ortega; Andrew Friedman; Daniel Ketani; Daniel Schumeister; Darren LaVerne; Dmitry Molotkov; Evie Spanos; Isabelle Bunch; Jay Kaplowitz; Jeffrey Davis; Jeffrey Taub; Jennifer Klein; Karen Steinberg Kennedy; Lara Corrente; Lucille Hollenstein; Margot Usdan; MGT Group; Nathan Hyman; Richard Cohen; Robert Holmes; Robert Ladd; Robert Lowrey; Sean Coffey; Steve Schaeffer; Thomas Molner | Communications between MGT and MGT's outside counsel, including attachments, for the purpose of rendering legal advice regarding the SEC investigation and lawsuit *SEC v. Honig*. | Attorney-Client Privilege Attorney Work Product |
| 2 | 2/26/2018 - 1/10/2019 | Email Memorandum Letter Drafts Pleading Report Compilation | Chris Johnstone; Jeffrey Davis; Robert Ladd | Chris Johnstone; Daniel Ketani; Darren LaVerne; Jeffrey Davis; Karen Steinberg Kennedy; Randall Lee; Robert Lowrey; Randall Lee; Sean Coffey; Vickie Palmquist | Communications between Mr. Ladd's outside counsel and MGT's outside counsel, including attachments, for the purpose of rendering legal advice regarding the SEC investigation and lawsuit *SEC v. Honig*. | Attorney-Client Privilege Attorney Work Product Common Interest Privilege |
| 3 | 1/02/2018 - 4/13/2018 | Email Memorandum Letter Drafts Pleading Report Compilation | Robert Ladd | Chris Johnstone; Eric Corngold; Randall Lee | Communications between Mr. Ladd and Mr. Ladd's counsel, including attachments, for the purpose of rendering legal advice regarding the SEC investigation and lawsuit *SEC v. Honig*. | Attorney-Client Privilege Attorney Work Product |
| 4 | 12/13/2018 - 2/1/2019 | Email Memorandum Spreadsheets Letter Drafts Pleading Report Compilation | Isabella Bunch; Robert Ladd; Robert Lowrey | Isabella Bunch; Robert Ladd; Robert Lowrey | Emails and attachments reflecting information gathered for the purpose of obtaining legal advice regarding IRS subpoena to MGT and prepared in anticipation of litigation. | Attorney-Client Privilege Attorney Work Product |
| 5 | 12/27/2018 | Email Memorandum Spreadsheets Letter Drafts Pleading Report Compilation | Robert Lowrey | Jason Saltsberg | Email and attachments requesting legal advice and providing information gathered for the purpose of obtaining legal advice regarding IRS subpoena to MGT and prepared in anticipation of litigation. | Attorney-Client Privilege Attorney Work Product |
| 6 | 8/08/2017 | Email Memorandum Letter Drafts Pleading Report Compilation | Jay Kaplowitz | Alexandra Che; Jeffrey Davis; Karen Steinberg Kennedy; Robert Ladd | Email chain and attachments requesting legal advice and providing information for the purpose of obtaining legal advice regarding request for production from the SEC and NYSE and prepared in anticipation of litigation. | Attorney-Client Privilege Attorney Work Product |

| LOG # | DATE RANGE | DOCUMENT TYPES | AUTHOR(S) | RECIPIENT(S) | CATEGORY SUBJECT MATTER | PRIVILEGE JUSTIFICATION |
|---|---|---|---|---|---|---|
| 7 | 8/16/2012 - 1/29/2019 | Email; Drafts; Agreement; Pleading; Press Release; Report; Letter; Memorandum; Presentation | **Bob Rowan; Darren LaVerne; Edward Gray;** James Fornari; **James Thurston; Jay Kaplowitz; Jeffrey Burke; Jeffrey Davis;** John McAfee; **Morgan Weber;** Robert Ladd; Robert Lowrey; **Robert Volynsky;** Scott Kaliko; **Ted Wood** | **Arthur Marcus;** Bob Rowan; Brooke Hall; **Cheryll Calaguio; Chris Comuntzis;** David Clark; **David Latimer; Edward Gray; Huan Lou;** James Fornari; **James Thurston; Jason Saltsberg; Jay Kaplowitz; Jeffrey Burke;** Jeffrey Davis; Joe Presta; John McAfee; John Van Amburg; **Joseph Nabor;** Lara Corrente; **Lori Marks-Esterman; Michael Crawford; Michael Ference;** Morgan Weber; Reginald Averilla; Rena Tsiros; Robert Aratingi; Robert Holmes; Robert Ladd; Robert Lowrey; Robert Traversa; **Robert Volynsky;** Scott Kaliko; **Sean Coffey;** Sean Lukac; Steve Schaeffer; Steven Brandstetter; **Ted Wood** | Communications, including attachments, gathering and providing information for the purpose of requesting and rendering legal advice regarding the following litigations: *Honig v. Ladd; Honig v. MGT; ATG Capital v. MGT; John McAfee and MGT Capital Investments v. Intel Corporation ; MGT v. Intel; MGT Gaming, Inc. v. WMS Gaming, Caesar's Entertainment, MGM Resorts, Azure Gaming and Penn National Gaming; D4D Limited contract action; Suerte Holdings, LLC v. Nolan Bushnell, MGT Capital Investments, Inc., et. al.* and *In re MGT Capital Investments, Inc. Securities Litigation.* | Attorney-Client Privilege; Attorney Work Product |
| 8 | 8/09/2012 - 1/23/2019 | Email; Drafts; Agreement; Press Release; Report; Letter; Memorandum; Presentation; Spreacsheet | **Abbe Dienstag; Andrew Friedman; Arthur Marcus; Avital Even-Shoshan;** CANON; **Cheryll Calaguio;** Chris Pinilla; Chris Puntillo; **David Briones; David Latimer; David Manno; Don Locke;** Eileen Scully; Dmitry Molotkov; **Don Locke;** Eileen Deonarain; Dmitry Molotkov; Don Locke; Eileen Scully; **Huan Lou; Jason Saltsberg; Jay Kaplowitz; Jennifer Rodriguez;** John Van Buiten; Juan Carlos De La Hoz; Lara Corrente; Omar Pinilla; Operations; Reginald Averilla; Robert Ladd; Robert Lowrey; Robert Traversa; **Robert Volynsky;** Tracy Rapheal; Vintage Filings Production; Vintage Production | **Abbe Dienstag; Andrew Friedman; Arthur Marcus; Avital Even-Shoshan; Cheryll Calaguio;** Chris Pinilla; Chris Puntillo; **Darren LaVerne;** David Briones; **David Latimer; David Manno; David Richan;** Dmitry Molotkov; **Don Locke;** Eileen Scully; Elena Butorina; Evan Berger; Filing; Henry Nisser; Howard Yeaton; **Huan Lou;** Isabelle Bunch; James Peck; **Jason Saltsberg; Jay Kaplowitz; Jeffrey Davis; Jeffrey Taub; Jennifer Rodriguez; Joan Wu;** Joe Direnzo; John Van Buiten; Josh Silverman; Kevin Sun; Lee Golden; M2 Operations; **Madison Wiles-Haffner;** Maureen Marcus; Mike Onghai; **Morgan Lucas;** Nathan Hyman; Omar Pinilla; Operations; Print; Proxy Management Group; Reginald Averilla; **Robert Friedman;** Robert Holmes; Robert Ladd; Robert Lowrey; Robert Traversa; **Robert Volynsky; Sean Coffey;** Vintage Production | Communications, including attachments, gathering and providing information for the purpose of requesting and rendering legal advice regarding company SEC filings. | Attorney-Client Privilege; Attorney Work Product |
| 9 | 9/13/2012 - 9/06/2018 | Email; Spreacsheet; Forms; Agreement; Drafts; Meeting Minutes | **Arthur Marcus;** Dave Donohoe; **David Latimer; Huan Lou; Jay Kaplowitz;** Robert Ladd; Robert Traversa | **Abbe Dienstag; Arthur Marcus;** Bruce Poignant; **Cheryll Calaguio; Darren LaVerne;** Dave Donohoe; Dmitry Molotkov; **Don Locke;** Isabelle Bunch; **Jay Kaplowitz; Kenneth Koch;** Robert Ladd; Robert Lowrey; Robert Traversa; **Sean Coffey;** Thomas Molner | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding compliance with NYSE Regulations. | Attorney-Client Privilege |
| 10 | 10/12/2012 - 9/27/2018 | Email; Spreacsheet; Forms; Agreement; Drafts | **Arthur Marcus; Jason Saltsberg;** Robert Ladd | **Arthur Marcus;** Dmtry Molotkov; **Jason Saltsberg; Jay Kaplowitz; Madison Wiles-Haffner;** Robert Holmes; Robert Ladd; Robert Lowrey; Robert Traversa; Steve Schaeffer | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding compliance with SEC Rules. | Attorney-Client Privilege |
| 11 | 11/03/2012 - 1/28/2019 | Email; Drafts | Dave Donohoe; Robert Ladd; Robert Lowrey | Craig Allison; **Don Locke; Huan Lou; Jay Kaplowitz;** Robert Ladd; Robert Traversa | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding employment agreement. | Attorney-Client Privilege |
| 12 | 10/09/2012 - 10/21/2016 | Email; Letter; Internal Report; Drafts | **Arthur Marcus; Cheryll Calaguio;** Robert Ladd | **Arthur Marcus; Cheryll Calaguio;** Dmitry Molotkov; Henry Nisser; **Jay Kaplowitz;** Mike Onghai; Robert Holmes; Robert Ladd; Robert Traversa | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding transaction term sheets. | Attorney-Client Privilege |
| 13 | 11/11/2012 - 10/22/2016 | Email; Letter; Drafts | Robert Ladd | **Arthur Marcus; Cheryll Calaguio;** Dmitry Molotkov; **Jay Kaplowitz;** Mike Onghai; Robert Holmes; Robert Traversa | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice in anticipation of litigation regarding internal audit issues. | Attorney-Client Privilege; Attorney Work Product |
| 14 | 9/19/2012 - 8/21/2018 | Email; Drafts; Agreement; Meeting Minutes; Press Release; Report; Letter; Memorandum; Spreacsheet | **Arthur Marcus; Avital Even-Shoshan;** Bruce Poignant; **David Latimer; David Manno; Jay Kaplowitz; Joshua Fishof;** Morgan Lucas; Reginald Averilla; Robert Ladd; Robert Traversa | **Arthur Marcus;** Bruce Poignant; Chris Puntillo; Dave Donohoe; **David Latimer; David Manno;** Dmitry Molotkov; Henry Nisser; **Jay Kaplowitz; Joshua Fishof;** Maureen Marcus; Raffelina Cipriano; Reginald Averilla; Robert Ladd; Robert Traversa; **Stuart Van Leenen;** Tara Guarneri-Ferrara | Communications, including attachments, gathering and providing information for the purpose of requesting and rendering legal advice regarding issuance of company stocks or shares. | Attorney-Client Privilege |

| LOG # | DATE RANGE | DOCUMENT TYPES | AUTHOR(S) | RECIPIENT(S) | CATEGORY SUBJECT MATTER | PRIVILEGE JUSTIFICATION |
|---|---|---|---|---|---|---|
| 15 | 8/10/2012 - 7/04/2017 | Email Drafts Memorandum | **Aaron Archer; Arthur Marcus; Cheryll Calaguio; David Latimer; Henry Storrar; Jay Kaplowitz;** Kenneth Koch; Robert Ladd; Robert Traversa | Aaron Archer; Adam Westhead; **Arthur Marcus; Cheryll Calaguio;** Chris Puntillo; **David Latimer;** Dmitry Molotkov; **Edward Lukins;** Henry Nisser; Henry Storrar; Ilan Goldbard; Ivan Blumenthal; Jackie Lande; **Jay Kaplowitz; Jeffrey Schultz;** Joshua Fishof; Kenneth Koch; Mike Onghai; Reginald Averilla; Rena Tsiros; Robert Holmes; Robert Ladd; Robert Traversa; Timothy O'Brien | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding negotiation of draft agreement. | Attorney-Client Privilege |
| 16 | 10/13/2016 - 2/16/2017 | Email Drafts | Cheryll Calaguio; Lara Corrente; **Jay Kaplowitz;** Robert Ladd | **Cheryll Calaguio;** Lara Corrente; **Jay Kaplowitz;** Robert Ladd | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding OTC application. | Attorney-Client Privilege |
| 17 | 9/25/2012 | Email Drafts | **Bob Rowan** | Robert Ladd; Robert Traversa | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding patent application. | Attorney-Client Privilege |
| 18 | 8/31/2012 - 1/04/2013 | Email Letter Drafts | **Arthur Marcus;** David Latimer; Reginald Averilla | **Arthur Marcus; David Latimer;** Reginald Averilla; Robert Ladd; Robert Traversa | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding response to inquiries from the SEC. | Attorney-Client Privilege |
| 19 | 10/04/2016 - 2/08/2017 | Email Drafts Internal Report Memorandum | Lara Corrente; Robert Ladd | David Bukzin; Dmitry Molotkov; **Jay Kaplowitz;** John McAfee; Lara Corrente; Mike Onghai; Nolan Bushnell; Rena Tsiros; Robert Holmes; Robert Ladd; **Sean Coffey** | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding response to request for production from the SEC. | Attorney-Client Privilege Attorney Work Product |
| 20 | 10/08/2012 - 9/27/2018 | Email Drafts | **Jason Saltsberg;** Robert Holmes; Robert Ladd; Robert Lowrey | **Arthur Marcus; Bob Rowan;** Dave Donohoe; Dmitry Molotkov; Henry Nisser; Huan Lou; **Jason Saltsberg; Jay Kaplowitz; Joe Presta;** Mike Onghai; Nolan Bushnell; Robert Holmes; Robert Ladd; Robert Lowrey; Robert Traversa; Steve Schaeffer; Steven Brandstetter | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding review of draft press release. | Attorney-Client Privilege |
| 21 | 10/18/2012 - 10/26/2016 | Email Image Internal Report Drafts | **Arthur Marcus;** Dave Donohoe; Garth Russell; **Jay Kaplowitz;** John McAfee; Robert Ladd | Allison Soss; **Arthur Marcus;** Dave Donohoe; Garth Russell; **Jay Kaplowitz;** John McAfee; Robert Holmes; Robert Ladd; Robert Traversa; Stephen Schaeffer; Tiffany Madison | Communications, including attachments, gathering and providing information for the purpose of requesting and rendering legal advice regarding review of trading activity. | Attorney-Client Privilege Attorney Work Product |
| 22 | 1/27/2017 - 1/29/2019 | Email Letter Internal Report Drafts | Dmitry Molotkov; Edward Hackert; Huan Lou; **Jay Kaplowitz; Karen Steinberg Kennedy;** Robert Holmes; Robert Ladd | **Arthur Marcus; Cheryll Calaguio; Darren LaVerne;** David Bukzin; **David Richan;** Dmitry Molotkov; Edward Hackert; Howard Burns; Huan Lou; **James Thurston; Jay Kaplowitz; Jeffrey Davis;** Lara Corrente; **Michael Ference;** Robert Holmes; Robert Ladd; Robert Lowrey; Scott Kaliko; **Sean Coffey** | Communications, including attachments, providing information for the purpose of requesting and rendering legal advice regarding SEC investigation in this matter. | Attorney-Client Privilege Attorney Work Product |
| 23 | 10/23/2016 - 1/29/2019 | Email Memorandum | **Darren LaVerne; James Thurston; Jeffrey Davis;** Michael Hoernlein; Rebecca Pidlak; Robert Aratingi; Robert Ladd; Ryan Stonerock | Alejandro Ortega; Charles Harder; **Chris Johnstone; Darren LaVerne;** David Fox; **Don Locke;** Eric David; Erica Wolff; **Erik Zimmerman; Evie Spanos;** Jacqueline Vinar; **James Thurston; Jay Kaplowitz; Jeffrey Davis;** John Alberti; John Van Amburg; **Jonathan Krisko; Karen Steinberg Kennedy;** Kimberly Marston; Margo Arnold; Michael Tremonte; **Randall Lee;** Robert Aratingi; Robert Holmes; Robert Ladd; Robert Lowrey; **Sean Coffey** | Communications, including attachments, gathering and providing information for the purpose of requesting and rendering legal advice regarding the lawsuit *SEC v. Honig*. | Attorney-Client Privilege Attorney Work Product Common Interest Privilege |
| 24 | 8/15/2012 - 2/20/2019 | Email Drafts Spreadsheet Letter Memorandum | **Arthur Marcus;** Bob Hakim; **Cheryll Calaguio; Chris Johnstone;** Chris Puntillo; Dmitry Molotkov; **Erik Hagen; James Thurston; Jay Kaplowitz; Jeffrey Davis;** John Van Buiten; Reginald Averilla; Rena Tsiros; Robert Aratingi; Robert Holmes; Robert Ladd; Robert Lowrey; Robert Traversa; **Rona Kars; Sean Coffey; Ted Wood** | **Arthur Marcus; Brooke Hall;** Cates Smith; **Chris Johnstone;** Chris Puntillo; **Darren LaVerne;** Dmitry Molotkov; **Edward Gray; Erik Hagen;** Howard Yeaton; **Huan Lou;** Isabelle Bunch; **James Thurston; Jay Kaplowitz; Jeffrey Davis;** John Alberti; John Van Amburg; John Van Buiten; **Joseph Nabor; Karen Steinberg Kennedy; Lucille Hollenstein;** Maureen Marcus; MGT Finance; **Michael Ference;** Nora Starr; Reginald Averilla; Rena Tsiros; Robert Aratingi; Robert Holmes; Robert Ladd; Robert Lowrey; Robert Traversa; Rocio Dominguez; **Rona Kars; Sean Coffey** | Invoices for legal services reflecting legal advice and/or work performed by counsel for Mr. Ladd and counsel for MGT. | Attorney-Client Privilege Attorney Work Product |

*Attorney names are denoted in **bold***

| **Rob Ladd & MGT Capital Investments, Inc. Legal Counsel Key*** |
|---|

| **MGT Capital Investments, Inc. In-House Counsel** |
|---|
| Van Leenen, Stuart |
| Locke, Don |

| **Baritz & Colman** |
|---|
| Richan, David |

| **Cooley LLP** |
|---|
| Lee, Randall |

| **Fitch, Even, Tabin & Flannery** |
|---|
| Gray, Edward |
| Hall, Brooke |
| Nabor, Joseph |

| **Friedman Kaplan Seiler & Adelman** |
|---|
| Corngold, Eric |

| **Gersten Savage** |
|---|
| Kaplowitz, Jay |
| Kars, Rona |
| Latimer, David |
| Marcus, Arthur |

| **HW Burns Law** |
|---|
| Burns, Howard |

| Kramer Levin Naftalis & Frankel |
|---|
| Coffey, Sean |
| Davis, Jeffrey |
| Dienstag, Abbe |
| Friedman, Andrew |
| Hollenstein, Lucille |
| Kennedy, Karen Steinberg |
| Ketani, Daniel |
| Klein, Jennifer |
| LaVerne, Darren |
| Ortega, Alejandro |
| Schumeister, Daniel |
| Spanos, Evie |
| Taub, Jeffrey |

| Lowey Dannenberg Cohen & Hart |
|---|
| Cohen, Richard |

| Mintz Levin |
|---|
| Blumenthal, Ivan |
| Goldbard, Ilan |
| Koch, Kenneth |
| Schultz, Jeffrey |

| Morrison & Foerster |
|---|
| Archer, Aaron |
| Lukins, Edward |

| | |
|---|---|
| Storrar, Henry | Westhead, Adam |

| **Nixon Vanderhye** | | | | |
|---|---|---|---|---|
| Comuntzis, Chris | Crawford, Michael | Presta, Joe | Rowan, Bob | |

| **Olshan Frome Wolosky** | | | |
|---|---|---|---|
| Friedman, Robert | Marks-Esterman, Lori | Saltsberg, Jason | Wiles-Haffner, Madison |

| **Robinson Bradshaw** | |
|---|---|
| Krisko, Jonathan | Zimmerman, Erik |

| **Sichenzia Ross Friedman Ference** | | | | | | |
|---|---|---|---|---|---|---|
| Burke, Jeffrey | Calaguio, Cheryll | Even-Shoshan, Avital | Ference, Michael | Fishof, Joshua | Hagen, Erik | Kaplowitz, Jay |
| Khan, Nazia | | | | | | |

| | |
|---|---|
| Lande, Jackie | |
| Lou, Huan | |
| Lucas, Morgan | |
| Manno, David | |
| Marcus, Arthur | |
| Rodriguez, Jennifer | |
| Volynsky, Robert | |
| Weber, Morgan | |
| Wu, Joan | |

| **Wilmer Cutler Pickering Hale and Dorr** | |
|---|---|
| Johnstone, Chris | |
| Lee, Randall | |

| **Wilson Elsner** | |
|---|---|
| Thurston, James | |

| **Wood IP** | |
|---|---|
| Wood, Ted | |