UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  - against –<br><br>BARRY HONIG, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, GRQ CONSULTANTS, INC., and HS CONTRARIAN INVESTMENTS, LLC,<br><br>    Defendant. | Case No. : 1: 18-cv-08175-ER<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that ANJULA PRASAD appears as counsel for Defendant ROBERT LADD in this action and demands that all parties serve copy of all notices and other papers in this action upon the counsel at the address indicated below:

 Ford O'Brien LLP
 575 Fifth Avenue, 17th Floor
 New York, New York 10017
 aprasad@fordobrien.com
 info@fordobrien.com

 I certify that I am admitted to practice in this Court.

Dated: New York, New York
   April 28, 2021

            FORD O'BRIEN
            */s/ Anjula Prasad*
            Anjula Prasad, Esq.
            FORD O'BRIEN LLP
            *Attorney for Defendant*
            575 Fifth Avenue, FL 17
            New York, New York 10017
            Tel.: (212) 858-0040
            aprasad@fordobrien.com