# EXHIBIT C

REDACTED

