# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

**MEMO ENDORSED**

July 6, 2021

The application is __X__ granted
                  ____ denied

*[signature]*
Edgardo Ramos, U.S.D.J
Dated: 7/6/2021
New York, New York

Via CM/ECF

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *SEC v. Honig et al.*, No 18-cv-8175 (ER)

Dear Judge Ramos:

I am an associate at Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), which represents Barry Honig and GRQ Consultants, Inc. in the above-referenced action. I filed a Notice of Appearance on September 17, 2018. Dkt. 10. As of July 16, 2021, I will no longer be an attorney at WSGR. Accordingly, I respectfully request to withdraw my Notice of Appearance in this action and request that my name be removed from the docket of this case. WSGR will remain as counsel to Mr. Honig and GRQ Consultants, Inc. in this action.

Respectfully submitted,

*s/ Adam R. Toporovsky*

Adam R. Toporovsky

cc:   All Counsel of Record (via CM/ECF)