UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                            Plaintiff,

        – against –

BARRY C. HONIG, MICHAEL BRAUSER,
JOHN STETSON, JOHN R. O'ROURKE III,
ROBERT LADD, ELLIOT MAZA,
BRIAN KELLER, JOHN H. FORD,
ATG CAPITAL LLC, GRQ CONSULTANTS,
INC., HS CONTRARIAN INVESTMENTS,
LLC, GRANDER HOLDINGS, INC., *and*
STETSON CAPITAL INVESTMENTS INC.,

                            Defendants.

**ORDER**

18 Civ. 8175 (ER)

Ramos, D.J.:

        In an Opinion & Order dated November 30, 2021, the Court granted in part and

denied in part the SEC's motion to strike Ladd's Answer.  Doc. 295.  Specifically, the

Court ordered that:

   (1) the SEC's motion was GRANTED to the extent that it seeks to strike an
       advice-of-counsel defense from Ladd's Answer and any evidence or argument
       related thereto;

   (2) the SEC's motion was GRANTED to the extent that it seeks a formal
       withdrawal of the defense of good faith or, in the alternative, the production of
       privileged communications between Ladd and MGT's counsel related to the
       categories described above; and

   (3) the SEC's motion was DENIED to the extent that it seeks the production of
       privileged communications between Honig and Honig's counsel.

        Thus, the parties are hereby directed to meet and confer and submit to the Court

by January 5, 2022 a joint status report regarding the withdrawal of the defense of good

faith or a proposed discovery schedule for the production of privileged communications

between Ladd and MGT's counsel.

It is SO ORDERED.

Dated:   December 3, 2021
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2