

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

April 21, 2022

**Via ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:     <u>SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)</u>

Dear Judge Ramos:

      The parties respectfully submit this joint status report pursuant to the Court's January 6, 2022 Endorsed Order (DE 298) to apprise the Court of their proposed discovery schedule for depositions on the matters addressed in the Court's November 30, 2021 Opinion and Order (DE 295).

      The Plaintiff, Securities and Exchange Commission, plans to notice the depositions of 6 current and former Sichenzia lawyers who represented Defendant Ladd during the period, and as to the issues, encompassed by Ladd's waiver.  Ladd plans to notice an additional former Sichenzia lawyer who represented Honig in his investments into Ladd's company, MGT Capital Investments.  The parties estimate that those depositions can be completed by July 31, 2022.

                             Respectfully submitted,

                             <u>/s/  Nancy A. Brown</u>
                             Nancy A. Brown

                             Counsel for Plaintiff

                             <u>/s/  Adam Ford</u>
                             Adam Ford

                             Counsel for Defendant Robert Ladd