

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

# MEMO ENDORSED

April 21, 2022

**Via ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)</u>

Dear Judge Ramos:

    The parties respectfully submit this joint status report pursuant to the Court's January 6, 2022 Endorsed Order (DE 298) to apprise the Court of their proposed discovery schedule for depositions on the matters addressed in the Court's November 30, 2021 Opinion and Order (DE 295).

    The Plaintiff, Securities and Exchange Commission, plans to notice the depositions of 6 current and former Sichenzia lawyers who represented Defendant Ladd during the period, and as to the issues, encompassed by Ladd's waiver. Ladd plans to notice an additional former Sichenzia lawyer who represented Honig in his investments into Ladd's company, MGT Capital Investments. The parties estimate that those depositions can be completed by July 31, 2022.

> The parties are directed to submit a joint status report by July 31, 2022. It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 22, 2022
> New York, New York

Respectfully submitted,

/s/ Nancy A. Brown
Nancy A. Brown

Counsel for Plaintiff

/s/ Adam Ford
Adam Ford

Counsel for Defendant Robert Ladd