UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                                                                                    :
                         Plaintiff,   :
                                                                           :   18 Civ. 8175 (ER)
       – against –   :
                                                                             :   ECF CASE
BARRY C. HONIG, ROBERT LADD,   :
ELLIOT MAZA, BRIAN KELLER,   :
JOHN H. FORD, GRQ CONSULTANTS, INC.   :
and HS CONTRARIAN INVESTMENTS, LLC,   :
                                                                               :
                         Defendants.   :
------------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, the Court ordered the parties to submit their respective summary judgment motions pursuant to the schedule contained in its August 15, 2022 Endorsed Order (DE 305);

**WHEREAS**, Commission counsels' previously scheduled two- to three-week trial in *SEC v. Genovese*, 17 Civ. 5821 (L.G.S.) (S.D.N.Y.), was moved by the *Genovese* court (not at either party's request) to commence December 5, 2022 (*SEC v. Genovese,* 17 Civ. 5821 (DE 277), conflicting with the date set in this case for the Commission's cross-motion and response to Defendant Ladd's motion for summary judgment;

**WHEREAS**, the parties have conferred on a new proposed briefing schedule;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties hereto, by their respective attorneys, that:

    1.      Defendant's motion for summary judgment shall be filed by November 21, 2022;

2. Plaintiff's cross motion for summary judgment and response to Defendant's motion shall be filed by January 31, 2023;

3. Defendant's reply brief in further support of his motion for summary judgment, and his response to Planitiff's cross-motion for summary judgment shall be filed by March 3, 2023; and

4. Plantiff's reply brief in further support of its motion for summary judgment shall be filed by March 17, 2023.

Dated:  New York, New York
       September 15, 2022

| ROBERT LADD | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By:   s/ Adam C. Ford<br>      Adam C. Ford<br>Ford O'Brien, LLP<br>575 Fifth Avenue, Fl 17<br>New York, NY  10017<br><br>Attorneys for Defendant Robert Ladd | By:   s/ Nancy A. Brown<br>      Nancy A. Brown<br>200 Vesey Street<br>Suite 400<br>New York, NY  10281<br>212-336-0106<br><br>Attorneys for Plaintiff Securities and Exchange Commission |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE