UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                    Plaintiff,          :
                                        :
            – against –                 :     18 Civ. 8175 (ER)
                                        :
                                        :     ECF CASE
BARRY C. HONIG, ROBERT LADD,            :
ELLIOT MAZA, BRIAN KELLER,              :
JOHN H. FORD, GRQ CONSULTANTS, INC.     :
and HS CONTRARIAN INVESTMENTS, LLC,     :
                                        :
                    Defendants.         :
------------------------------------------------------------------------x

# STIPULATION AND ORDER

**WHEREAS**, the Court ordered the parties to submit their respective summary judgment motions pursuant to the schedule contained in its August 15, 2022 Endorsed Order (DE 305);

**WHEREAS**, Commission counsels' previously scheduled two- to three-week trial in *SEC v. Genovese*, 17 Civ. 5821 (L.G.S.) (S.D.N.Y.), was moved by the *Genovese* court (not at either party's request) to commence December 5, 2022 (*SEC v. Genovese,* 17 Civ. 5821 (DE 277), conflicting with the date set in this case for the Commission's cross-motion and response to Defendant Ladd's motion for summary judgment;

**WHEREAS**, the parties have conferred on a new proposed briefing schedule;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties hereto, by their respective attorneys, that:

1. Defendant's motion for summary judgment shall be filed by November 21, 2022;

2. Plaintiff's cross motion for summary judgment and response to Defendant's motion shall be filed by January 31, 2023;

3. Defendant's reply brief in further support of his motion for summary judgment, and his response to Planitiff's cross-motion for summary judgment shall be filed by March 3, 2023; and

4. Plantiff's reply brief in further support of its motion for summary judgment shall be filed by March 17, 2023.

Dated: New York, New York
September 15, 2022

| ROBERT LADD | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By: s/ Adam C. Ford<br>Adam C. Ford<br>Ford O'Brien, LLP<br>575 Fifth Avenue, Fl 17<br>New York, NY 10017<br><br>Attorneys for Defendant Robert Ladd | By: s/ Nancy A. Brown<br>Nancy A. Brown<br>200 Vesey Street<br>Suite 400<br>New York, NY 10281<br>212-336-0106<br><br>Attorneys for Plaintiff Securities and Exchange Commission |

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Date: September 15, 2022
New York, New York