# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,)
                                   )
               Plaintiff,          )
                                   )
     -against-                     )Case No.
                                   )18 Civ. 8175(ER)
BARRY C. HONIG, MICHAEL BRAUSER,   )
JOHN STETSON, JOHN R. O'ROURKE III,)
ROBERT LADD, ELLIOT MAZA, BRIAN    )
KELLER, JOHN H. FORD, ATG CAPITAL, )
LLC, GRQ CONSULTANTS, INC., HS     )
CONTRARIAN INVESTMENTS, LLC,       )
GRANDER HOLDINGS, INC., and        )
STETSON CAPITAL INVESTMENTS, INC., )
                                   )
               Defendants.         )
-----------------------------------

VIDEO DEPOSITION OF BARRY HONIG

New York, New York

Thursday, February 13, 2020

Reported by:
MARIANNE WITKOWSKI-SMITH
JOB NO. 176676