# EXHIBIT 2

Page 1

1        UNITED STATES DISTRICT COURT
2        SOUTHERN DISTRICT OF NEW YORK
3   _____
4   SECURITIES AND EXCHANGE COMMISSION,
5              Plaintiff,
6   -- against --                      No. 18 Civ. 8175 (ER)
7   BARRY C. HONIG, MICHAEL
8   BRAUSER, JOHN STETSON,
9   JOHN R. O'ROURKE III, ROBERT
10  LADD, ELLIOT MAZA, BRIAN
11  KELLER, JOHN H. FORD, ATG
12  CAPITAL LLC, GRQ CONSULTANTS,
13  INC., HS CONTRARIAN INVESTMENTS,
14  LLC, GRANDER HOLDINGS, INC., and
15  STETSON CAPITAL INVESTMENTS INC.,
16              Defendants.
17  _____
18
19        VIDEO DEPOSITION of DREW CICCARELLI
20              Boston, Massachusetts
21                October 23, 2019
22
23  Reported by:
24  Dana Welch, CSR, RPR, CRR, CRC
25  Job #170153