# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF NEW YORK
 3
 4  SECURITIES AND EXCHANGE COMMISSION, )
                                        )
 5              Plaintiff,               )
                                        )
 6          vs.                          ) No.
                                        ) 18 CV 8175 (ER)
 7  BARRY C. HONIG, MICHAEL BRAUSER,    )
    JOHN STETSON, JOHN R. O'ROURKE III, )
 8  ROBERT LADD, ELLIOT MAZA,           )
    BRIAN KELLER, JOHN H. FORD,         )
 9  ATG CAPITAL LLC, GRQ CONSULTANTS,   )
    INC., HS CONTRARIAN INVESTMENTS LLC,)
10  GRANDER HOLDINGS, INC., and         )
    STETSON CAPITAL INVESTMENTS, INC.,  )
11                                       )
                Defendants.              )
12  _____)
13
                     March 5, 2020
14                   9:44 a.m.
15
16
17          Deposition of MICHAEL ONGHAI, held at the
18  offices of Securities and Exchange Commission, 200 Vesey
19  Street, New York, New York, pursuant to Subpoena, before
20  Theresa Tramondo, AOS, CLR, a Notary Public of the State
21  of New York.
22
23  Reported by:
24  THERESA TRAMONDO, AOS, CLR
25  JOB No. 200305SHR
```

1