# EXHIBIT 4

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE            )
     COMMISSION,                        )
5                                       )
                    Plaintiff,          )
6                                       )
          -against-                     )  18 Civ. 8175(ER)
7                                       )
     BARRY C. HONIG, MICHAEL BRAUSER,   )  ECF CASE
8    JOHN STETSON, JOHN R. O'ROURKE     )
     III, ROBERT LADD, ELLIOT MAZA,     )
9    BRIAN KELLER, JOHN H. FORD, ATG    )
     CAPITAL LLC, GRQ CONSULTANTS,      )
10   INC., HS CONTRARIAN INVESTMENTS,   )
     LLC, GRANDER HOLDINGS, INC., and   )
11   STETSON CAPITAL INVESTMENTS,       )
     INC.,                              )
12                                      )
                    Defendants.         )
13   _____)

14

15

16          DEPOSITION OF HUGH ROBERT HOLMES

17              January 28, 2020

18           Palm Springs, California

19

20

21

22

23

     Reported by:
24   Lori Arias
     CSR No. 9433
25   Job No. 200128ASC

                                                          1