# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4  SECURITIES AND EXCHANGE COMMISSION, )
                                        )
 5              Plaintiff,              ) Case No.
                                        ) 18 Civ. 8175(ER)
 6       vs.                            )
                                        )
 7  BARRY C. HONIG, MICHAEL BRAUSER,    )
    JOHN STETSON, JOHN R. O'ROURKE III, )
 8  ROBERT LADD, ELLIOT MAZA, BRIAN     )
    KELLER, JOHN H. FORD, ATG CAPITAL,  )
 9  LLC, GRQ CONSULTANTS, INC., HS      )
    CONTRARIAN INVESTMENTS, LLC, GRANDER)
10  HOLDINGS, INC., and STETSON CAPITAL )
    INVESTMENTS INC.                    )
11                                      )
                Defendants.              )
12  _____)

13

14

15            DEPOSITION OF JOSHUA SILVERMAN

16              Wednesday, February 12, 2020

17                     10:07 a.m.

18

19                     Taken at:

20         Securities and Exchange Commission

21                  200 Vesey Street

22                New York, New York

23

24  Reported by:
    MONIQUE CABRERA
25  JOB No. 200212PXL

                                                         1
```