# **EXHIBIT 10**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, )
            Plaintiff,           )
v.                                  ) Case No.
BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)
MAZA, BRIAN KELLER, JOHN H. FORD,   )
GRQ CONSULTANTS, INC., AND HS       )
CONTRARIAN INVESTMENTS, LLC,        )
            Defendants.         )
_____)

VOLUME 1

VIDEOTAPED DEPOSITION OF JOAN WU

VIA VIDEOCONFERENCE

Wednesday, June 22, 2022

Diversified Reporting Services, Inc.

(202)467-9200