# **EXHIBIT 17**

## Business

# John McAfee, Anti-Virus Creator, Wanted For Murder Of Gregory Faull



By **IBTimes Staff Reporter  @nadinedeninno**
On 11/12/12 at 4:19 PM EST

John McAfee, the creator of an eponymous line of anti-virus software, is reportedly "on the run from murder charges" after allegedly murdering a man named Gregory Faull, police said.

Belize police are after 67-year-old McAfee, who was named the prime suspect in the shooting murder of American builder Faull, 52, on Saturday. A police report said Faull was found by the housekeeper lying face up "in a pool of blood" dead from a gunshot wound on the upper rear part of his head, Gizmodo reported.



Access trusted company da
research competitors, indu:
and business financials.

The two men were reportedly in an argument that went wrong when Faull was gunned down at his home in San Pedro Town on the island of Ambergris Caye.

Details surrounding the fight have not yet been confirmed but police in Belize, where McAfee has ben living for quite some time. However, Faull had recently filed a formal complaint about McAfee saying he has been using guns and engaging in "roguish behavior." Gizmodo reported their disagreement "apparently involved dogs," Gizmodo wrote. Last week, the website reported McAfee had "become increasingly erratic, and by his own admission he had begun associating with some of the most notorious gangsters in Belize."



Police have not yet determined a concrete motive in the case and believe McAfee is "on the run from murder charges."

McAfee sold his company to Intel in 2010 for nearly $7.7 billion and had been living in Belize where he reportedly engaged in "intensive use of psychosis-inducing hallucinogens."

FEATURED VIDEOS

[ ]



McAfee was arrested in 2009 for a weapons charge which he then called "bogus."

Jeff Wise, the Gizmodo reporter who broke the news, said McAfee has gone on a wrong path in life lately, using bath salts, violence, drugs and prostitution. Wise said McAfee documented some of his drug use using the pen name "stuffmonger" online on message boards.





Join Burberry

Burberry

Wise added this type of behavior "would go a long way toward explaining his growing estrangement from his friends and from the community around him."

PROMOTED CONTENT

mgid

Do You Know What Nasal Polyps Are? (Take A Look)

Search Ads

New York Gov Covers The Cost To Install Solar In These Zip Codes

Solar Saver Program

Foot Fungus? This Common Household Remedy Work Wonders!

Kera Derm

Do You Know What Pulmonary Hypertension Is? (Take A Look)

Search Ads









© Copyright 2022 IBTimes LLC

