# EXHIBIT 18

SUBSCRIBE FOR $1

Search
U.S.
World
Tech & Science
Culture
Autos
Rankings
Health
Life
Opinion
Experts
Education
Podcasts
Vantage

About Us
Announcements
Leadership
CEO Dev Pragad
Archive

# Antivirus Pioneer John McAfee is Running for U.S. President

SUBSCRIBE FOR $1 >



**Listen to this article now**

Powered by **Trinity Audio**

00:00     1.0×     02:24

Antivirus software pioneer John McAfee has announced he will join the 2016 U.S. presidential race.

According to Washington D.C. newspaper *The Hill*, McAfee filed his paperwork with the Federal Election Commission to run for president on Tuesday. He also launched a Twitter page and website for his campaign and said on his personal account that an official announcement will be made at 6 pm EST on Wednesday.

CNNMoney report that McAfee will run under his own party, titled the Cyber Party.

Unsurprisingly for a tech-industry veteran, technology seems to be the principal platform that McAfee will run on. He recently told tech magazine *Wired* that the U.S. government is broken because it has thus far shown itself as incapable of mastering security and surveillance.

SUBSCRIBE FOR $1 >

McAfee said that the recent government data security breaches cannot and should not happen, according to *Wired*.

ADVERTISING


Replay

"It's clear that the leadership of our country is illiterate on the fundamental technology that supports everything in life for us now, that is cyber science, our smartphones, our military hardware, our communications."

Despite being born in Britain, McAfee is eligible to run as president because he was born on a U.S. Army base to an American serviceman.

SUBSCRIBE FOR $1 >

went on to found McAfee Associates, the antivirus software technology company that he sold to Intel in 2010 for $7.68 billion.

**NEWSWEEK SUBSCRIPTION OFFERS >**

He later moved to the rainforests of Belize in order to research viruses of the biological, not technological, kind. In 2012 he made headlines after fleeing police in Belize after being implemented in the murder case of his neighbor. The *Guardian* reported at the time that McAfee fled after police labelled him a "person of interest" whom they sought for questioning.

Although McAfee was not a suspect, Guatemalan police arrested him for illegally entering the country after he fled there and later deported him to the U.S. In a 2013 BBC profile McAfee said that Belizean authorities suspected his research center was being used to make methamphetamine.

The reaction on Twitter to McAfee's announcement has been largely positive, if not somewhat humorous.



SUBSCRIBE FOR $1 >

> If @officialmcafee is running for president, his policy platform should be titled: "America, a User's Manual."
>
> — Quentin Hardy (@qhardy) September 9, 2015



### REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

SPONSORED CONTENT



SUBSCRIBE FOR $1 ›

**A Teaspoon On An Empty Stomach Burns 12 Lbs Of Fat A Week Safely!**
Keto Blast Gummies

**Top 6 Cards If You Have Excellent Credit**
Nerd Wallet

**Here Are 50 Of The Coolest Gifts For 2022**
Smart Lifestyle Trends



**Break Up With Boring Liquid Detergent For Good!**
Laundry Detergent Sheets



**If You Can Qualify For Any Credit Card, These Are The Top 6**
Nerd Wallet

### THE DEBATE



**Don't Let Russia Become a Superpower Again | Opinion**
BY JASON NICHOLS

VS

**The Ukraine Quagmire Will Be an Endless Problem for America | Opinion**
BY MIKE DAVIS



SUBSCRIBE FOR $1 ›

OPINION


**The Tantrum at Twitter Reveals How Privileged the Liberal Laptop Class Is**
BY CHARLES STALLWORTH


**There Is No Axis of Autocracies**
BY DANIEL R. DEPETRIS


**Voters Deplore the World Cup Being Held in Qatar**
BY LIAM BARRETT


**A Strategy for The Right on Reaching Single Ladies**
BY MAY MAILMAN


**After 2022 Setback, GOP Race for 2024 Is Wide Open**
BY JOSH HAMMER


**The GOP Has Lost Young People. It Needs to Reach Them—Fast**
BY NICOLE RUSSELL


**Time for the United Nations to Stop Funding Hate Groups**
BY ILEANA ROS-LEHTINEN AND ELIOT ENGEL


**Red Tide or Blue Wave, Americans Stay Poor**
BY CYRUS THARPE


**The Ukraine Quagmire Will Be an Endless Problem for America | Opinion**
BY MIKE DAVIS


**Working Class Americans Need a Hand Up, Not a Handout**
BY GENE LUDWIG AND FRANK ZARB


**Don't Let Russia Become a Superpower Again | Opinion**
BY JASON NICHOLS

SUBSCRIBE FOR $1 ›

**GET THE BEST OF NEWSWEEK VIA EMAIL**

Email address

SUBSCRIBE FOR $1 >

Trump refuses involvement in criminal investigations: "I did nothing wrong"

Most overdramatic fan reactions to Taylor Swift ticket mess: "My 9/11"

Taylor Swift fans more likely to survive lightning strike than get tickets

Starbucks to shut unionized store days before Christmas: "Cartoon villains"

Democrat Gov. Polis backs ex-GOP Rep. Justin Amash to be next House speaker

Trump faces "serious possibility" of indictment by special counsel: Lawyer

Can Joe Biden's student loan cancellation plan survive the Supreme Court?

Pokemon Scarlet and Violet: Victory Road guide

U.S. has these options to stop a missile coming from North Korea

Russia envoy says Ukraine dragging NATO into war with Poland missile strike

Buffalo Bills fans react to feet of snow in stadium: "Let the boys play"

## CHOOSE YOUR SUBSCRIPTION

### PREMIUM

Newsweek magazine delivered to your door
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
All newsletters + podcasts

FROM $9.99 ›

✕

SUBSCRIBE FOR $1 ›

## DIGITAL+ AD FREE

Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
All newsletters + podcasts

**FROM $1** ›

## NEWSLETTER

### BEST OF NEWSWEEK VIA EMAIL

Join half a million readers enjoying Newsweek's free newsletters

Email address



© 2022 NEWSWEEK DIGITAL LLC

SUBSCRIBE FOR $1 ›

About Us   Announcements   Archive   Careers   Corrections   Contact Us   Editorial Guidelines

Mission Statement   Advertise   Copyright   Terms & Conditions   Privacy Policy   Cookie Policy   Terms of Sale

Leadership   CEO Dev Pragad   Newsletters

×