# EXHIBIT 19




# Why John McAfee believes he should be president

by Laurie Segall   @LaurieSegallCNN
September 14, 2015: 3:20 PM ET

John McAfee: No shaking hands, kissing babies

John McAfee has no plans to shake hands and kiss babies. You won't find him on the campaign trail, and if he becomes president, you won't find him in the White House. The antivirus software magnate is running for president as a candidate of his own "Cyber Party," but has a notoriously checkered past. McAfee sold his company to Intel in 2010. Several years later, he was questioned about his neighbor's murder in Belize. He fled the country and, most recently, was arrested for a DUI and gun possession.

In an interview with CNNMoney, the self-described "eccentric millionaire" opens up about his unique campaign strategy and why he believes he should be the next president of the United States.

**CNNMoney: Do you have a campaign slogan yet?**

**John McAfee:** The campaign slogan is Privacy, Freedom and Technology.

**Can you describe how you would change the state of surveillance if you were president?**

I would simply demand that the NSA stop spying on American citizens without massive oversight. Their job is to protect us from the enemy, but to say, "Well, in order to do that, I have to open up your life and invade your privacy, to assure you that you are not the enemy" -- that's insane.

**Apart from cybersecurity, what makes you qualified to run for president?**

[I ran] a multi-billion dollar company. With all due respect to Hillary Clinton, she has spent her life in the world of politics, which is the world of fantasy. The only other presidential candidate who might see the world as it is, is Donald Trump.

### Paid Content

Spacey
EyeBuyDirect


The Top 2023 Family SUVs Have Arrived. 3 Rows Of Seating...
Search ads


Add This To Your Toothpaste To Help Regrow Gums in a...
Dental Hacks


House Passes Camp Lejeune Bill (Apply for Compensation)
TruLaw

### CNNMoney Sponsors

**SmartAsset**  Paid Partner

These are your 3 financial advisors near you

This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

**NextAdvisor**  Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020



Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card

Actually not. I fear that Donald Trump will end up like every politician because he is attached to a party, which is a machine. His party is based on a hundred years or more of political manipulations, and he cannot function outside of that party. That's a tragic state of affairs. As an independent, I am beholden to no one.

Pres. candidate John McAfee on Trump, Clinton

**How do you plan to campaign?**

Well, I have a unique plan of campaigning based on the thing that I know best, which is cyber-science. We're developing a system that will parse communications from the American public and find commonalities in all of their questions, so that I can have a weekly fireside chat in your living room, on the Internet. You can see my face and I will offer suggestions. You then can beat me over the head saying, "Well, that's ridiculous."

**Can you give us an example of what you would talk about?**

One of them is, why don't we take the TSA and disband it. We just continue to pay [the 50,000 TSA employees'] salaries and we send them home.

**How do we stay safe on planes without the TSA? I know that the American public would ask that question.**

Keep in mind, we are the Cyber Party, so we're thinking about technology. If there is going to be an attack against airplanes, it's not going to come from someone carrying a bomb on a plane. It's going to come from some hacker in Russia who is on a computer going, "You know, it's been long enough. Let's go ahead and hijack one of these planes." It's a piece of cake.

**Traditionally, if you're running for president, you get on the campaign trail, you show up, you shake hands. That's not something you're going to do?**

No, I'm not going to kiss babies and shake hands. However, I will be accessible and you will be able to implement yourself, your beliefs in the platform and in the government. I promise. Every week I'm going to come up with another crazy idea and you're going to either say, "Gosh, I like that, but we need to polish it up so it's believable," or you're going to say, "That sucks and everybody says it sucks," and I go "OK, well, 99% of the American public hates it. Out the window."



Here is the problem. Hillary Clinton and other candidates like her are completely unversed in cyber-sciences and cybersecurity. That's got to stop. The chief executive officer, the president, is in charge of the Armed Forces, and if that man does not understand the art of war that's being used -- and today it's cyber-war -- he should not sit in that chair, neither should anyone in Congress. Yet, trying to find a congressman who is fluent in cyber-science conversation -- it's impossible.

**You've got a very colorful past. You were arrested in Guatemala, you were named as a person of interest in association with a murder in Belize, you were recently arrested for a DUI. Will this be an obstacle in gaining the public's trust?**

I don't think so. We're talking to the American public. We're not a squeaky clean group of people.

**If you were elected president, would you live in Washington?**

I would like not to live in Washington, if possible. It'd be great to live somewhere by a river where I could carry out all of my presidential duties while fishing, because fishing really doesn't take any thought or time or action, you're sitting in a chair. I'm sitting here in Memphis and I'm not even sure where you are. You're not here in Memphis, but you might as well be. We're talking, we're interacting. The Internet lets us be where we want, when we want.

**What do you think the odds are that you will win?**

I will say this. If I don't win, my heart goes out to America.

I am convinced, and my wife and my advisers yesterday convinced me 100% I will win.

[To the rest of the candidates], I'd invite Donald Trump, please go back to being an entrepreneur because you created a lot of jobs and you did great things for America. Hillary Clinton, [maybe create] a school for the deaf, because clearly you're a brilliant woman and your husband for eight years didn't hear a word of advice that you may have given him, so that would be appropriate. The rest of you, go home and look in the mirror, come back tomorrow and get behind me and let's save this country, please, for God's sake.

CNNMoney (New York)
First published September 13, 2015: 11:35 PM ET

---

**PAID CONTENT**



**[Gallery] Paige Spiranac's Instagram Is Something You Should See**
Sponsored: HistoryA2Z

**What Causes Psoriasis of The Scalp? It's Not What Most People...**
Sponsored: Scalp Help

11/18/22, 7:37 PM
Case 1:18-cv-08175-ER   Document 310-19   Filed 11/21/22   Page 5 of 7
Why John McAfee believes he should be president



**Nike Men's Air Max Sc Casual Sneakers from Finish Line**
Sponsored: Macy's

**ROUND METAL GOLD FRAME GREEN**
Sponsored: Ray-Ban

**You've Never Found Glasses This Way Before**
Sponsored: EyeBuyDirect



CNN
**Anya Taylor-Joy had a 'life-changing' experience on 'Furiosa'**



CNN
**Battle over House seat in California is a wake-up call about the…**



CNN
**Charlize Theron faces backlash after saying Afrikaans, her mother tongue, is dying out**



CNN
**Twitter employees head for the exits after Elon Musk's 'extremely hardcore' work ultimatum**



CNN
**Michael Gerson, former Bush speechwriter and Washington Post columnist, dies at 58**

**Black Friday Early Access**
Sponsored: mnml

**RiverTrace at Port Imperial**
Sponsored: Apartments.com

**You've Never Found Glasses This Way Before**
Sponsored: EyeBuyDirect

**The Confluence at Norwalk**
Sponsored: Apartments.com

**JUSTIN CLASSIC BLACK FRAME GREY**
Sponsored: Ray-Ban



Paid Content | More from CNN Money
---|---
[Gallery] 37 Reasons Not to Visit Iceland *ScienceA2Z* | Russian headquarters in occupied city of Melitopol "destroyed," says mayor
You've Never Found Glasses This Way Before *EyeBuyDirect* | China's rocket booster falls from space, crash lands in the Pacific Ocean
ORIGINAL WAYFARER CLASSIC BLACK FRAME GREEN *Ray-Ban* | Alanis Morissette explains bowing out of Rock Hall of Fame ceremony
Ashwood Valley Apartments *Apartments.com* | The Indiana doctor who provided abortion services to a 10-year-old Ohio rape victim is suing the state's attorney general over his investigation

Paid Links

| 4% INTEREST SAVINGS ACCOUNTS | 5 BEST STOCKS TO BUY NOW |
| 10 STOCKS TO BUY RIGHT NOW | 10 BEST STOCKS TO BUY |
| TOP STOCKS TO BUY TODAY | BEST BUFFETT STOCK PICKS |
| STOCKS TO BUY TOMORROW | TOP 10 STOCKS TO BUY |

Comments

Search CNN...                                                      Search >>

## U.S
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

## World
Africa
Americas
Asia
Australia
Europe
Middle East
UK

## Politics
45
Congress
Supreme Court
2018
Key Races
Primary Results

## Business
Markets
Tech
Media
Success
Video

## Opinion
Political Op-Eds
Social Commentary

## Health
Food
Fitness
Wellness
Parenting
Vital Signs

## Entertainment
Stars
Screen
Binge
Culture
Media

## Tech
Innovate
Gadget
Mission: Ahead
Upstarts
Innovative Cities

## Style
Arts
Design
Fashion
Architecture
Luxury
Autos
Video

## Travel
Destinations
Food & Drink
Play
Stay
Videos

## Sports
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics

## Video
Live TV
Digital Studios
CNN Films
HLNTV
Schedule
TV Shows A-Z
CNNVR

## Shop
CNN Underscored
-Explore
-Wellness
-Gadgets
-Lifestyle
CNN Store

## More...
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN

All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices