# EXHIBIT 26

| | |
|---|---|
| **From:** | Arthur Marcus |
| **Sent:** | Thursday, October 18, 2012 11:35 PM EDT |
| **To:** | Robert Ladd; Robert Traversa |
| **CC:** | Harvey Kesner |
| **Subject:** | Fwd: (no subject) |

See investor list in stream below

Sent from my iPhone

Begin forwarded message:

> **From:** Harvey Kesner <hkesner@SRFF.COM>
> **Date:** October 18, 2012, 7:24:57 PM EDT
> **To:** Arthur Marcus <amarcus@srff.com>
> **Subject: Re: (no subject)**
>
> No!
>
> Sent from my iPhone
>
> On Oct 18, 2012, at 7:24 PM, "Arthur Marcus" <amarcus@srff.com> wrote:
>
>> Are they acting as a group
>>
>> Sent from my iPhone
>>
>> On Oct 18, 2012, at 7:22 PM, "Harvey Kesner" <hkesner@SRFF.COM> wrote:
>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** "BRHonig@aol.com" <BRHonig@aol.com>
>>>> **Date:** October 18, 2012, 6:32:09 PM EDT
>>>> **To:** Harvey Kesner <hkesner@SRFF.COM>
>>>> **Cc:** "Pdox74@hotmail.com" <Pdox74@hotmail.com>, "rabbe@icfund.com" <rabbe@icfund.com>, "yroth@hudsonbaycapital.com" <yroth@hudsonbaycapital.com>, "gantonopoulos@hudsonbaycapital.com" <gantonopoulos@hudsonbaycapital.com>, "tom@baycapitalag.com"

<tom@baycapitalag.com>, "stetson.john@gmail.com" <stetson.john@gmail.com>
**Subject: (no subject)**

Harvey

Below is the allocation for MGT, Rich Abbe will give you his friends name for the shelf

| | | |
|---|---|---|
| **Preferred Allocation** | **$4,500,000** | |
| Iriquois | $1,000.000 | Rich Abbe |
| Hudson Bay | 1,000,000 | Yoav Roth |
| HS Contrarian | 1,000,000 | John Stetson |
| Bay Capital | 1,000,000 | |
| Ronald Lowe | 70,000 | |
| Suzanne Adams | 100,000 | |
| Jill Strauss | 20,000 | |
| White Trout Lake LLC | 30,000 | Alex Berger |
| Melech David | 60,000 | Mark Groussman |
| Sandor Capital | 100,000 | John Lemak |
| LH Financial | 100,000 | |
| Nachum Stein | 30,000 | |
| John Orourke | 10,000 | |
| **Shelf** | **$1,300,000** | |
| Miramar Investors inc | 100,000 shares | |
| Jonathan Honig | 230,000 shares | |
| Rich Abbe friend | 100,000 shares | |

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---