# EXHIBIT 29

 

# McAfee won't change its name because of John McAfee

by David Goldman  @DavidGoldmanCNN

December 20, 2012: 3:31 PM ET



This is John McAfee, shown earlier this month at his hotel in Miami -- not to be confused with McAfee, the security company he left almost two decades ago.

There's been a recurring topic of conversation in McAfee's executive meetings over the past month: John McAfee, the company's founder.

John McAfee sold his security business in 1994 and has had nothing to do with the company since. But his name has dominated headlines since Nov. 11, when police in Belize said McAfee was wanted for questioning in a murder investigation.

"We've certainly been discussing it, that's for sure," said Michael DeCesare, co-president of McAfee, which is now a subsidiary of Intel (INTC). "He's gotten a lot of coverage, and we've been following all of it."

The headlines about John McAfee have only grown stranger over the past month. The Belize resident fled his home, giving a series of press interviews from secret hideouts in which he professed his innocence and offered conspiracy theories about the Belize government. He went to Guatemala, where he requested asylum, then became mysteriously ill when he was arrested by police for entering the country illegally. (He now claims he "faked a heart attack"). He was subsequently deported to Miami last week.

It made for a fascinating news story, but as far as the security company that bears his name is concerned, "McAfee" has been in the headlines for all the wrong reasons.

Still, the company says it is not considering a name change.

"No, no, no," said co-president Todd Gebhart. "John's had an interesting lifestyle, but our customers understand the separation that takes place. The McAfee brand is associated with a company that protects their business and employees."

Paid Content

Percussive
EyeBuyDirect

'So realistic!' Kill time on your Computer with this city-building...
Forge Of Empires

Finally, Congress Passes Billions for Camp Lejeune...
TruLaw

Amazon Has Millions of Prime Members — But Few Know About...
Capital One Shopping

CNNMoney Sponsors

SmartAsset                                   Paid Partner

 These are your 3 financial advisors near you

 This site finds and compares 3 financial advisors in your area

 Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

NextAdvisor                                  Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020



"They're very educated about fact he's not involved in the company anymore, and they know our brand isn't tarnished," DeCesare said.

He acknowledged, however, that there is "less awareness on the consumer side" about the fact that John McAfee isn't still at the company's helm.

The co-president didn't think any of this amounted to a PR catastrophe, though.

"Look, we're not happy it's going on," DeCesare said. "We are happy that it seems to be coming to end."

CNNMoney (New York)
First published December 20, 2012: 3:31 PM ET

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card

### PAID CONTENT



**Add This To Your Toothpaste To Help Regrow Gums in a Few Days**
Sponsored: Dental Hacks



**Search Best SUV To Lease For 2022**
Sponsored: Yahoo! Search

**Delancey**
Sponsored: EyeBuyDirect

**Nike Men's Air VaporMax 2021 Fk Running Sneakers from Finish Line**
Sponsored: Macy's



**Top US Men's Surgeon: Do This Once Daily To 'Shrink' Enlarged Prostate**
Sponsored: prostanews.com



CNN
**Anya Taylor-Joy had a 'life-changing' experience on 'Furiosa'**



CNN
**Zac Efron is all flying muscle in first look at wrestling drama 'Iron Claw'**





**CNN**
Artemis I mission shares spectacular view of Earth after a historic launch

**CNN**
Black University of Kentucky student in viral video says she was 'physically, verbally and racially…

**CNN**
Twitter employees head for the exits after Elon Musk's 'extremely hardcore' work ultimatum

---

**RiverTrace at Port Imperial**
Sponsored: Apartments.com

**Fabulous**
Sponsored: EyeBuyDirect




**Delancey**
Sponsored: EyeBuyDirect

**Here Are 23 of the Coolest Gifts For This 2022**
Sponsored: Best Tech Trend

**You Can Do Anything You Want In This Game**
Sponsored: RAID: Shadow Legends

---

**Paid Content**

Kit *EyeBuyDirect*

[Gallery] How The Ideal Female Body Looked Like A Century Ago (and every decade since) *HorizonTimes*

Why People Are So Passionate About Ka'Chava
*Ka'Chava*

What if the US had not entered WW2? Game simulates alternative history *History Strategy Game*

**More from CNN Money**

Jimmy Kimmel says he was going to quit his show if ABC asked him to stop making Trump jokes

'SNL' has Trump plead his case to restore banned Twitter account

New Webb telescope image shows 'lonely' dwarf galaxy in striking detail

CNN Exclusive: US intelligence suggests Russia put off announcing Kherson retreat until after midterm elections



| COMPUTER SECURITY COMPANY | WEBSITE SECURITY CHECK |
| LATEST FREE VIRUS SCAN | BEST ANTIVIRUS FOR DOWNLOADS |
| BEST MOBILE SECURITY APP | FREE VIRUS PROTECTION DOWNLOADS |

Comments



Search CNN...                                                           Search >>

## U.S
- Crime + Justice
- Energy + Environment
- Extreme Weather
- Space + Science

## World
- Africa
- Americas
- Asia
- Australia
- Europe
- Middle East
- UK

## Politics
- 45
- Congress
- Supreme Court
- 2018
- Key Races
- Primary Results

## Business
- Markets
- Tech
- Media
- Success
- Video

## Opinion
- Political Op-Eds
- Social Commentary

## Health
- Food
- Fitness
- Wellness
- Parenting
- Vital Signs

## Entertainment
- Stars
- Screen
- Binge
- Culture
- Media

## Tech
- Innovate
- Gadget
- Mission: Ahead
- Upstarts
- Innovative Cities

## Style
- Arts
- Design
- Fashion
- Architecture
- Luxury
- Autos
- Video

## Travel
- Destinations
- Food & Drink
- Play
- Stay
- Videos

## Sports
- Pro Football
- College Football
- Basketball
- Baseball
- Soccer
- Olympics

## Video
- Live TV
- Digital Studios
- CNN Films
- HLNTV
- Schedule
- TV Shows A-Z
- CNNVR

## Shop
- CNN Underscored
- -Explore
- -Wellness
- -Gadgets
- -Lifestyle
- CNN Store

## More...
- Photos
- Longform
- Investigations
- CNN Profiles
- CNN Leadership
- CNN Newsletters
- Work for CNN



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices