# EXHIBIT 30



Tech30

# Intel renames its McAfee security brand

by Jose Pagliery   @Jose_Pagliery
January 7, 2014: 12:41 PM ET



Intel is abandoning the McAfee brand name for its security business.

Intel is distancing itself from the name of its top security product, McAfee, after years of having its name dragged through the mud thanks to the misadventures of its founder, John McAfee.

Intel (INTC), which bought McAfee in 2010, will rebrand its subsidiary as Intel Security. But Intel will keep the logo we all know well -- that red shield that lives on many of our computers' toolbars.

The announcement was made Monday by Intel CEO Brian Krzanich at the Computer Electronics Show in Las Vegas.

In 2012, the company told CNNMoney that it had no intention of changing the McAfee name because "customers understand the separation that takes place." But the turnaround was expected since last month, when McAfee Chief Marketing Officer Penny Baldwin told Adweek the company would "see massive change" in "packaging and names."

Related story: Zuckerberg rarely says the word 'privacy'

John McAfee started the antivirus firm in 1987 as McAfee Associates and left in 1994 with about $100 million in his pocket. He stayed in the headlines for years for his bored millionaire antics: flying in tiny open-cockpit kite-planes, escaping a wrongful death lawsuit by fleeing to Belize and even starting a bacteria-research lab in the jungles of Central America.

But in 2012, McAfee's neighbor in Belize was found dead, shot in the back of the head with a 9 millimeter bullet. McAfee went on the run -- and even gave secret press interviews and blogged about it. He was jailed in Guatemala, faked a heart attack and was later deported to Miami.



Paid Content

Don't miss our hottest prices of the year! Save up to 60% now...
BBQ Guys

Black Friday started early!
BBQGuys

Shop Now   "We recently switched from kibble to The Farmer's Dog and..."
The Farmer's Dog

The new Volvo EX90 (Take a look at the prices)
Volvo EX90 | Search Ads

CNNMoney Sponsors

SmartAsset                                    Paid Partner

These are your 3 financial advisors near you

This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

NextAdvisor                                   Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020

Transferring Your Balance to a 14-Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card

Hackers are holding data for ransom

Then came a bizarre (and verbally graphic) video on YouTube in which McAfee -- now in Portland, Ore. -- trashes the McAfee antivirus software while surrounded by drugs, guns and scantily clad women.

In her *Adweek* interview, Baldwin said the company had kept a close eye on the millionaire's erratic behavior and its effect on consumer perception of the brand.

But McAfee too has kept an eye on the brand name -- and he's come to hate his association to the software because of how much it's changed. On Tuesday, he told CNNMoney he's tired of receiving complaints about the McAfee security program for being "a complete CPU hog that ignores what the user wants to do."

McAfee said he and Intel can finally both be happy.

"I really am elated beyond description," he said. "Everyone thinks I've written the worst software in the world. But I've had nothing to do with that company for 20 years."

CNNMoney (New York)
First published January 7, 2014: 10:26 AM ET

### PAID CONTENT



**Your favorite grilling brands await with 0% APR financing available &...**
Sponsored: BBQ Guys

**Add This To Your Toothpaste To Help Regrow Gums in a Few Days**
Sponsored: Dental Hacks


**[Photos] Alexandria Ocasio's New Home Says It All**
Sponsored: http://sportpirate.com/


**1 In 2 Mac Users Are Unaware Of This Trick To Clean Their Mac**
Sponsored: MacKeeper


**You Can Do Anything You Want In This Game**
Sponsored: RAID: Shadow Legends


**CNN**
**Former lawyer who threw a Molotov cocktail at an NYPD vehicle during…**


**CNN**
**The New York Post just brutally trolled Donald Trump**


**CNN**
**Kim Kardashian misses Vegas birthday surprise after private jet couldn't land**


**CNN**
**Tom Brady makes history as Tampa Bay Buccaneers win first-ever regular season game in Germany**


**CNN**
**Suspect accused of killing 3 University of Virginia football players is denied bond as new revelations…**


**These Cyber Week deals won't last forever! Shop now & save up to…**
Sponsored: BBQ Guys


**Here Are 29 of the Coolest Gifts for This 2022**
Sponsored: Consumerbags


**5 Signs It Could Be Time to Fire Your Advisor**
Sponsored: SmartAsset


**The Gold-Standard of Health Shakes**
Sponsored: Ka'Chava


**BMW's Gorgeous New Lineup Has Arrived**
Sponsored: Card deals | Search ads

### Paid Content

Average Retirement Savings By Age: Are You Normal? *SmartAsset*

Before you renew Amazon Prime, read this *Capital One Shopping*

Wall Street Legend Warns: "Move Your Money By Late Fall" *Visionary Profit*

Why People Are So Passionate About Ka'Chava *Ka'Chava*

### More from CNN Money

Opinion: Even the DeSantis bubble may burst

Warriors Sued over Promotion of FTX After Cryptocurrency Exchange's Collapse

Jay Leno has undergone surgery for 'significant burns,' physician says

Artemis I mission shares spectacular view of Earth after a historic launch

### Paid Links

| CHANGE MY PASSWORD | BRUCE SPRINGSTEEN CONCERT TICKETS |
| COMPUTER SECURITY COMPANY | STOCK MARKET TODAY |
| 10 BEST SAVINGS ACCOUNTS | 10 HOT STOCKS TO BUY |
| BEST MEDICARE ADVANTAGE PLANS | 10 STOCKS TO BUY RIGHT NOW |

Comments

Search CNN…    Search >>

**U.S**
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

**World**
Africa
Americas
Asia
Australia
Europe
Middle East
UK

**Politics**
45
Congress
Supreme Court
2018
Key Races
Primary Results

**Business**
Markets
Tech
Media
Success
Video

**Opinion**
Political Op-Eds
Social Commentary

**Health**
Food
Fitness
Wellness
Parenting
Vital Signs

**Entertainment**
Stars
Screen
Binge
Culture
Media

**Tech**
Innovate
Gadget
Mission: Ahead
Upstarts
Innovative Cities

**Style**
Arts
Design
Fashion
Architecture
Luxury
Autos
Video

**Travel**
Destinations
Food & Drink
Play
Stay
Videos

**Sports**
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics

**Video**
Live TV
Digital Studios
CNN Films
HLNTV
Schedule
TV Shows A-Z
CNNVR

**Shop**
CNN Underscored
-Explore
-Wellness
-Gadgets
-Lifestyle
CNN Store

**More…**
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices