# EXHIBIT 31

 

Tech30
# John McAfee enjoying new life in Canada

by Jose Pagliery   @Jose_Pagliery
January 8, 2014: 1:40 PM ET



John McAfee fled Central America and is now living in Montreal.

He escaped a police manhunt in Belize. He survived a Guatemalan jail. And now John McAfee is reveling in Montreal's art scene.

After a wild year that made his name synonymous with crazed outlaw, McAfee is back in the news. Intel (INTC), the tech company that bought McAfee's antivirus software company in 2010, decide to rebrand it Intel Security earlier this week.

So we figured an update was in order about John McAfee, the eccentric millionaire who helped create the software that lives on so many of our computers.

On Tuesday, McAfee told CNNMoney he's lost everything. Only a tiny fraction of his one-time $100 million net worth survived the 2008 market crash. But his fortunes really took a hit in 2012, when McAfee fled Belize police who aggressively sought him for questioning on the death of his neighbor.

The government raided his jungle compound and seized everything inside. The buildings on McAfee's property later burned down under suspicious circumstances.

Related story: Intel touts gesture tracking 3D cameras

"Everything I owned was in Belize. I left with nothing in my pocket," he said.

McAfee said most of his remaining riches were in the vast art collection he left behind. He claims that the Belize government auctioned off many of his belongings, but his art pieces never showed up.

McAfee is now living in an apartment in Montreal, Canada, with his wife Janice. He's getting by on consulting work -- shelling out advice to firms on acquisitions, technology and internal

### Paid Content


Nike Big Kids Air VaporMax 2021 Flyknit Running Sneakers...
Macy's


You Can Do Anything You Want In This Game
RAID: Shadow Legends


'So realistic!' Kill time on your Computer with this city-building...
Forge Of Empires

Hands Down! The World's Healthiest Breakfast
Ka'Chava

### CNNMoney Sponsors

SmartAsset                                Paid Partner

These are your 3 financial advisors near you

This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

NextAdvisor                                Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020

Transferring Your Balance to a 14-Month 0% APR is Ingenious



Now 68, McAfee is telling his life story in a feature-length documentary currently being worked on by Montreal-based Impact Future Media. When that's done, McAfee plans to head back to his one-time home of Santa Cruz, Calif.

McAfee's adamant that he's no longer on the run from police and that he is just trying to live in peace. Still, he feels the occasional need to stoke a fire.

He said Intel lost a great marketing opportunity when he was being chased through the jungles of Central America. Instead of shying away from the McAfee name, Intel should have leveraged press about his misadventures and taken a more edgy approach.

"Roll with it. Hire a creative marketing team and see what you can do with this," he said. Executives should have asked, "How can we do creative marketing to change Intel from a staid, stodgy company to a shaker and mover?"

"There's something wrong with the marketing department. They're taking life too seriously," he added.

Intel didn't respond to requests for comment.

CNNMoney (New York)
First published January 8, 2014: 1:40 PM ET

Cards On The Market Today

Get $300 Back With This
Outrageous New Credit Card

PAID CONTENT

Learn data analytics
Sponsored: Coursera

Add This To Your Toothpaste To
Help Regrow Gums in a Few Days
Sponsored: Dental Hacks



Heather
Sponsored: EyeBuyDirect

Here Are 23 Gifts Everyone Has On
Their Wishlist For 2022
Sponsored: Best Tech Trend

Search for Cheap Cell Phone Plans
for 2022
Sponsored: Yahoo! Search

11/18/22, 9:12 PM					John McAfee's super-rich cat lost his fortune. Now he's enjoying art in Canada

Case 1:18-cv-08175-ER   Document 310-31   Filed 11/21/22   Page 4 of 5


CNN
Charlize Theron faces backlash after saying Afrikaans, her mother…


CNN
Anya Taylor-Joy had a 'life-changing' experience on 'Furiosa'


CNN
Madonna's latest TikTok video has people talking


CNN
Divers uncover a surprising discovery near the wreck of the Titanic


CNN
Kim Kardashian misses Vegas birthday surprise after private jet couldn't land

**Kit**
Sponsored: EyeBuyDirect

**Nike Men's Air Vapormax Plus Running Sneakers from Finish Line**
Sponsored: Macy's


**Finally, Congress Passes Billions for Camp Lejeune Families**
Sponsored: TruLaw


**What Makes an RNA Vaccine Different From a Conventional Vaccine?**
Sponsored: Sponsored: Pfizer


**1 In 2 Mac Users Are Unaware Of This Trick To Clean Their Mac**
Sponsored: MacKeeper

| Paid Content | More from CNN Money |
|---|---|
| Read This Before You Renew Amazon Prime Again *Capital One Shopping* | Man kills ex-girlfriend and her family in murder-suicide in Maryland, authorities say |
| What if the US had not entered in 1941? Game simulates alternative history *History Strategy Game* | Jay Leno has undergone surgery for 'significant burns,' physician says |



Why is Human-Grade the New Standard of Pet Food?  China's rocket booster falls from space, crash lands
The Farmer's Dog                                   in the Pacific Ocean

|

### Paid Links

| MOST POPULAR PODCASTS         | NO.1 STOCK TO BUY              |
| FREE POLICE REPORTS TEMPLATES | 10 BEST STOCKS TO BUY          |
| ONLINE POLICE REPORTS         | DIE 10 BESTEN AKTIEN           |
| CRIME SCENE CLEANUP SERVICES  | AKTUELLE BAUZINSEN IM VERGLEICH |

Comments

Search CNN...                                                                   Search >>

| U.S | World | Politics | Business | Opinion | Health | Entertainment |
| Crime + Justice | Africa | 45 | Markets | Political Op-Eds | Food | Stars |
| Energy + Environment | Americas | Congress | Tech | Social Commentary | Fitness | Screen |
| Extreme Weather | Asia | Supreme Court | Media | | Wellness | Binge |
| Space + Science | Australia | 2018 | Success | | Parenting | Culture |
| | Europe | Key Races | Video | | Vital Signs | Media |
| | Middle East | Primary Results | | | | |
| | UK | | | | | |

| Tech | Style | Travel | Sports | Video | Shop | More... |
| Innovate | Arts | Destinations | Pro Football | Live TV | CNN Underscored | Photos |
| Gadget | Design | Food & Drink | College Football | Digital Studios | -Explore | Longform |
| Mission: Ahead | Fashion | Play | Basketball | CNN Films | -Wellness | Investigations |
| Upstarts | Architecture | Stay | Baseball | HLNTV | -Gadgets | CNN Profiles |
| Innovative Cities | Luxury | Videos | Soccer | Schedule | -Lifestyle | CNN Leadership |
| | Autos | | Olympics | TV Shows A-Z | CNN Store | CNN Newsletters |
| | Video | | | CNNVR | | Work for CNN |



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices