# EXHIBIT 32

| CBS News Bay Area: Free 24/7 News | CBS Bay Area App | National News | CBS+ | Bay Area Bridge Builders | Meet The Staff |

CBS BAY AREA

Live TV

LOCAL NEWS

# Security Industry Needs 'Passion And Expertise,' Says San Francisco VP



NOVEMBER 17, 2014 / 2:30 AM / CBS SAN FRANCISCO

There's not a single week where there isn't news of a hack attack on a major company or government agency. With the ongoing threat of countless attempts to infiltrate large computer systems, the job market for security analysts is expected to remain strong. To shed light on the industry's future, Michelle Dennedy, Chief Privacy Officer for McAfee, talks about her job to offer some valuable tips.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Not Now    Turn On

Watch CBS News



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Not Now          Turn On

(Photo Courtesy of Michelle Dennedy)

### What is your background and education?

"I'm the vice president and chief privacy officer at Intel Security. I'm responsible for the



Code to QA to Value." I have a law degree from Fordham University School of Law and a bachelor's degree with university honors from Ohio State University. This spring I will be teaching an introduction to Privacy Engineering course at INI, Carnegie Mellon."

### Can you describe some of the services Intel Security provides?

"McAfee is now part of Intel Security. With its innovative approach to hardware-enhanced security, and unique Global Threat Intelligence, Intel Security is intensely focused on developing proactive global security solutions and services that protect people, systems, networks, and mobile devices. Intel Security combines the experience and expertise of McAfee with the proven performance of Intel to make security an essential ingredient in every architecture and on every computing platform."



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

eer in computer security?

is valuable in and of itself: culturally,
rotected and respectfully shared is a
beautifully complex challenge that welcomes passion and expertise from many angles. If you

Not Now        Turn On

Watch CBS News

are fantastic at imagining how to play with really big prime numbers, draw your sword and take your seat at the security round table. We are waiting for you. The bottom line is that anyone with an interest in how we move forward as a world of information filled with almost endless possibility, in a safe and ethical fashion, can help us build the future as part of the security and privacy industry."

*Randy Yagi is a freelance writer covering all things San Francisco. In 2012, he was awarded a Media Fellowship from Stanford University. His work can be found on Examiner.com [Examiner.com](http://www.examiner.com/writer/randy-yagi/)*.

In:   [Employment](https://www.cbsnews.com/sanfrancisco/tag/employment/)

*First published on November 17, 2014 / 2:30 AM*

*© 2014 CBS Broadcasting Inc. All Rights Reserved.*

## Featured Local Savings

 **Grocery Outlet**                                   Valid Nov 16 - Nov 23
                                                                          **6 Days Left**

---



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Not Now                                        Turn On

Watch CBS News



### Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

Not Now    Turn On

Watch CBS News

### Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

Not Now          Turn On

note roles.

Watch CBS News

### Cardiologist: Too Much Belly Fat? Do This Before Bed

PAID    HEALTHBAY

### What if the US had not entered WW2? Game simulates alternative history

This strategy games makes you become a player in the crucial situations of history.

PAID    GRAND HISTORIC STRATEGY SIMULATION

### Amazon Left Scrambling As Prime Users Find Out About Secret Deals

PAID    ONLINE SHOPPING TOOLS

### Seniors Born between 1941 to 1979 Can Claim These 18 Senior Rebates Now!

PAID    THEWALLETGURU.COM

### Here Are 50 of the Coolest Gifts for This 2022

50 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

PAID    SMART LIFESTYLE TRENDS

### Diagnosed with Non-Hodgkin's Lymphoma or CLL after Spraying Roundup®?

Families affected may be entitled to compensation.

PAID    SELECT JUSTICE

### Only a True Baby Boomer Can Pass This Quiz, Can You?

PAID    WARPEDSPEED

### Columbia Women's Benton Springs Fleece Jacket

PAID    MACY'S



### Us With No Words

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

22

Out

Not Now                              Turn On

### Loss In Fierce New Photo

PAID    DAILY FINANCE STORIES

**Watch CBS News**

# Cardiologists: 1 Sip Of This Every Morning Can Burn Fat Like Never Before (Viral!)

PAID   ESSENTIAL HEALTH

# Empty Alaska Cruise Cabins Cost Almost Nothing

PAID   ALASKA CRUISE DEALS | SPONSORED SEARCHES

**CBS NEWS AND STATIONS**

©2022 CBS Broadcasting Inc. All Rights Reserved.

Contact KPIX 5

News

Sports

Weather

Program Guide

Sitemap

About Us

Advertise

Paramount+

CBS Television Jobs

Terms of Use

Privacy Policy

Do Not Sell My Personal Information

Cookies Policy

Public File for KPIX-TV / CBS5

Public File for KBCW-TV / KBCW 44 Cable 12

Public Inspection File Help

FCC Applications

EEO Report