# EXHIBIT 34

# VentureBeat

## John McAfee is seriously running for president in 2016

@jordanfmnovet

September 8, 2015 5:14 PM



...illy at the Def Con 22 conference in Las Vegas in August 2014.

Watch the full on-demand version
Register …

*Check out the on-demand sessions from the Low-Code/No-Code Summit to learn how to successfully innovate and achieve efficiency by upskilling and scaling citizen developers. Watch now.*

---

John McAfee, the provocative millionaire founder of antivirus software company McAfee Software, which Intel bought for $7.68 billion in 2010, today filed a document to officially designate himself a candidate in next year's U.S. presidential election.

**Update on Sept. 9: Watch McAfee's official campaign announcement video below:**

**MetaBeat_Comprehensive Digital Twins: The Building Blocks for the Industrial Metaverse_Trim**



Watch the full on-demand version
Register …



"I am founding a new party yet to be announced," McAfee wrote in the document (PDF) submitted to the Federal Election Commission, on behalf of the new committee McAfee for President. A spokesman later confirmed to VentureBeat that McAfee is running under the new "Cyber Party." (Hat tip to The Hill for reporting on the filing.)

McAfee's Twitter and Facebook accounts promise an "official announcement" tomorrow.

John McAfee, 69, left McAfee Software in 1994 after starting the company seven years earlier. Intel renamed it Intel Security last year. McAfee for President has a location in Alabama, far from McAfee Software's headquarters in Santa Clara, California.

ADVERTISEMENT



Other candidates in the 2016 presidential race include Creative Commons cofounder Lawrence Lessig, former HP chief executive Carly Fiorina, and real estate mogul Donald Trump.

But John McAfee is one-of-a-kind. He's picked up plenty of publicity since the Intel deal, and not necessarily of the best type, despite his historical role in the information security market.

In 2012, police in Belize were reportedly on the hunt for McAfee following the murder of his neighbor.

In 2013, he released a video showing people how to uninstall the McAfee antivirus software. The video, which is no longer available, includes violence, nudity, and drug use. Another 2013 video shows McAfee firing a .50-caliber gun.

In 2014, during a talk at the Def Con hacking conference in Las Vegas, McAfee announced a new complaint-filing website, Brownlist.

ADVERTISEMENT



om former VentureBeat writer Richard ead "have calmed down tremendously in the and mostly about the carnivorous aliens garian elves that, not infrequently, steal my

Last month, in an Ask Me Anything conversation on Reddit, he wrote that "I have a graphic novel coming out and Warner Brothers is making a movie."

He also mentioned that he uses multiple device operating systems. "The reason I do that is it makes it more difficult for the people trying to tap me, NSA, CIA, FBI," he wrote.

> @officialmcafee pic.twitter.com/AFl0s3TKtf
>
> — The Zumarek (@zumarek) September 8, 2015

**VentureBeat's mission** is to be a digital town square for technical decision-makers to gain knowledge about transformative enterprise technology and transact. Discover our Briefings.

## Find your dream job on VentureBeat Careers

**Genentech**
San Francisco
View 18 Jobs
(https://jobs.venturebeat.com/company/genentech-2)

**Blockdaemon**
United States
View 9 Jobs
(https://jobs.venturebeat.com/company/blockdaemon-2)



Watch the full on-demand version
Register …



**Amazon Web Services, Inc.**
Seattle
View 134 Jobs
(https://jobs.venturebeat.com/company/amazon-web-services-inc-1)



Press Releases

Contact Us

Advertise

Share a News Tip

Contribute to DataDecisionMakers

Careers

Privacy Policy

Terms of Service

Do Not Sell My Personal Information

© 2022 VentureBeat. All rights reserved.



Watch the full on-demand version
Register …