# EXHIBIT 35



(https://www.channelfutures.com)

**SALES & MARKETING** (https://www.channelfutures.com/strategy/sales-marketing)



# Believe it or Not: McAfee Anti-Virus Founder in U.S. Presidential Run

Written by DH Kass 1 (https://www.channelfutures.com/author/dh_kass_1) September 13, 2015

John McAfee, McAfee Anti-Virus Founder, is running for U.S. president.

John Mcfee, who founded the eponymous anti-virus software provider in the late 1980s but hasn't been affiliated with it since 1994, is running for president.

Our website uses cookies. Anti-Virus users, our website uses cookies to improve your experience and our services. By continuing to use our website, you agree to the use of such cookies. Click here for more information on our Cookie Policy (https://www.informatech.com/cookie-policy) and Privacy Policy (https://www.informa.com/privacy-policy/).

X

The eccentric, controversial and one-time person of interest in a murder investigation in Belize, filed paperwork with the Federal Election Commission to run for president as a member of an as-yet undisclosed political party, according to a report in The Hill (http://thehill.com/policy/technology/252987-software-pioneer-mcafee-files-paperwork-to-run-for-president), a website covering politics, policy and elections.

The report said Kyle Sandler, a McAfee campaign director, confirmed the filing, which lists an Alabama address.

Questions about McAfee's eccentricity have been raised at times since he disassociated himself with the company he founded, which Intel subsequently acquired in 2010 for some $7.6 billion. Last January, Intel removed McAfee's name from its security division, reportedly worried that his erratic behavior and antics could negatively impact consumers' perception of the brand.

> McAfee responded by telling the BBC that he is "now everlastingly grateful to Intel for freeing me from this terrible association with the worst software on the planet. These are not my words, but the words of millions of irate users. My elation at Intel's decision is beyond words."

Despite being born in the U.K., McAfee is eligible to run for president because at the time of his birth his father was a U.S. serviceman serving on a U.S. Army base there.

On his Twitter page, McAfee calls himself an "eccentric millionaire & still alive." He told Wired last week that his advisers were "pressing" him to run and that he'd gotten "thousands" of emails of encouragement, The Hill reported.

"It's not something I would just choose to do on my own," he reportedly said.

In the Wired interview, McAfee described the federal government as "illiterate" on key technology issues such as smartphones, military hardware and communications.

Earlier this year, McAfee told CNNMoney (http://money.cnn.com/2014/01/08/technology/john-mcafee/) that he'd lost his reported $100 million fortune, some of which he squandered in the 2008 stock market crash and some he left behind when he fled Belize in 2012 to avoid a murder investigation.

McAfee was said to be living in an apartment in Montreal, Canada and getting by on consulting work. A subsequent report said that he'd settled in Tennessee and sporadically spoke at technology conferences.

---

**SPONSORED CONTENT**

**Craig Schlagbaum Talks Industry Change and Provides a Masergy Update**

Schlagbaum, SVP and Channel Chief, sat down to provide an update on Comcast Business and Masergy, as well as recent industry changes.

Tags: Agents, Cloud Service Providers, MSPs, VARs/SIs, Sales & Marketing

## MOST RECENT



**EMC, HYCU Vet to Lead Syxsense Channel Partners Globally** (https://www.channelfutures.com/people-on-the-move/emc-hycu-vet-to-lead-syxsense-channel-partners-globally)

This website uses cookies, including third party ones, to allow for analysis of how people use our website in order to improve your experience and our services. By continuing to use our website, you agree to the use of such cookies. Click here for more information on our Cookie Policy (https://www.informatech.com/cookie-policy) and Privacy Policy (https://www.informa.com/privacy-policy).

X

**Why (and How) to Pursue Microsoft's Azure Partner** (https://www.channelfutures.com/cloud-2/why-and-how-to-



Solutions Designation (https://www.channelfutures.com/business-models/cloudjumper-to-pursue-microsofts-azure-partner-solutions-designation)



The Gately Report: Acronis CISO Says MSPs Need to Focus Defense on Supply Chain Attacks (https://www.channelfutures.com/security/the-gately-report-acronis-ciso-says-msps-need-to-focus-defense-on-supply-chain-attacks)



Acronis CyberFit Summit: More Women, Diversity Needed in Cybersecurity (https://www.channelfutures.com/security/acronis-cyberfit-summit-more-women-diversity-needed-in-cybersecurity)

## Related Content



Ex-Telarus Exec Scott Forbush Leaves Upstack for PPT Solutions After 5 Months (https://www.channelfutures.com/people-on-the-move/ex-telarus-exec-scott-forbush-leaves-upstack-for-ppt-solutions-after-5-months)



Arctic Wolf Enhances Partner Program with 2 New Tiers (https://www.channelfutures.com/new-changing-channel-programs/arctic-wolf-enhances-partner-program-with-2-new-tiers)



Telos Partners Get New CyberProtect Partner Program (https://www.channelfutures.com/new-changing-channel-programs/telos-partners-get-new-cyberprotect-partner-program)

Microsoft Now No. 2 in UCaaS, Only Chasing RingCentral (https://www.channelfutures.com/telephony-uc-collaboration/microsoft-now-no-2-in-ucaas-only-chasing-ringcentral)

DISCOVER MORE FROM INFORMA TECH

This website uses cookies, including third party ones, to allow for analysis of how people use our website in order to improve your experience and our services. By continuing to use our website, you agree to the use of such cookies. Click here for more information on our Cookie Policy (https://www.informatech.com/cookie-policy) and Privacy Policy (https://www.informa.com/privacy-policy/).

X

Channel Partners Events (https://www.channelpartnersconference.com/)

Telecoms.com (https://telecoms.com/)

MSP 501 (https://www.channelfutures.com/msp-501?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&c

Black Hat (https://www.blackhat.com/)

IoT World Today (https://www.iotworldtoday.com/?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&c

Omdia (https://omdia.tech.informa.com/)

**WORKING WITH US**

Contact (https://www.channelfutures.com/contact-us-page?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&code=Cffooterlink)

About Us (https://www.channelfutures.com/about-us?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&code=Cffooterlink)

Advertise (https://www.channelfutures.com/advertise-on-channel-futures?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&code=Cffooterlink)

Newsletter (https://www.channelfutures.com/newsletter-subscribe?code=footernav)

**FOLLOW CHANNEL FUTURES ON SOCIAL**

(https://www.linkedin.com/company/channel-futures/)   (https://twitter.com/ChannelFutures)

(https://www.facebook.com/ChannelFutures/)

(https://tech.informa.com/)

Privacy (https://informa.com/privacy-policy/?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&code=Cffooterlink)

CCPA: "Do Not Sell My Data" (https://privacyportal-eu-cdn.onetrust.com/dsarwebform/c1f53e84-9f05-4169-a854-85052b63c50b/5f26b553-52cc-4973-a761-295d5634a6b6.html)

Cookie Policy (https://www.informatech.com/cookie-policy)

Terms (https://tech.informa.com/terms-and-conditions?utm_source=channelfutures.com&utm_medium=website&utm_campaign=footer_link&code=Cffooterlink)

Copyright © 2022 Informa PLC. Informa PLC is registered in England and Wales with company number 8860726 whose registered and Head office is 5 Howick Place, London, SW1P 1WG.

This website uses cookies, including third party ones, to allow for analysis of how people use our website in order to improve your experience and our services. By continuing to use our website, you agree to the use of such cookies. Click here for more information on our Cookie Policy (https://www.informatech.com/cookie-policy) and Privacy Policy (https://www.informa.com/privacy-policy/).

X