# EXHIBIT 37



# John McAfee says his new security product is a 'f---ing game changer'

by David Goldman   @DavidGoldmanCNN

December 30, 2015: 1:32 PM ET

John McAfee on checkered past: "People experiment."

Fugitive presidential candidate John McAfee is going back to his roots with a new security product that he calls "a f---ing game changer."

McAfee, who fled Belize after police tried to question him for murder, says that he is the "chief evangelist" for a new technology that can replace your passwords, log you into websites, unlock your phone and even open your digital door locks.

It's called "Everykey," and it's raising funds from backers on Indiegogo. It's a thumbnail-sized gadget that sits in your pocket and wirelessly connects to your phone, laptop and digital door locks.

When you approach the device or door you want to unlock, Everykey automatically unlocks it. When you step away, it locks again.

"When our team first conceptualized Everykey, security was a top priority," McAfee comments. "This is a f---ing game changer."

McAfee, who is running for president in 2016 as a Cyber Party candidate, says Everykey uses military-grade encryption and features other enhanced security protocols, such as the ability to remotely freeze Everykey if you lose it.

The Indiegogo campaign has already raised $62,000 in crowdfunding, stretching way past its $20,000 goal.

In the video, McAfee spoofs the DirecTV commercials by showing a split screen of himself using Everykey and himself keeping a long list of written down passwords and a giant janitor's keyring.

**Paid Content**



'So realistic!' Kill time on your Computer with this city-building...
Forge Of Empires



What if the US had not entered in 1941? Game simulates...
History Strategy Game



Read This Before You Renew Amazon Prime Again
Capital One Shopping

Why People Are So Passionate About Ka'Chava
Ka'Chava

**CNNMoney Sponsors**

SmartAsset    Paid Partner

These are your 3 financial advisors near you

This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

NextAdvisor    Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020



Month 0% APR Is Ingenious

The Top 7 Balance Transfer Credit
Cards On The Market Today

Get $300 Back With This
Outrageous New Credit Card

McAfee, who no longer has ties to his namesake antivirus software that he founded in 1987, has
had a turbulent past few years.

In August, McAfee was arrested for DUI and possession of a handgun while he was under the
influence. He has pleaded not guilty. In January 2014, he fled police in Belize who sought to
question him for the death of his neighbor.

CNNMoney (New York)
First published December 30, 2015: 1:32 PM ET

---

PAID CONTENT                                                    |



### Add This To Your Toothpaste To
### Help Regrow Gums in a Few Days
Sponsored: Dental Hacks



### You Can Do Anything You Want In
### This Game
Sponsored: RAID: Shadow Legends



**What if the US had not entered in
1941? Game simulates alternative
history**
Sponsored: History Strategy Game



**Here Are 23 of the Coolest Gifts For
This 2022**
Sponsored: Best Tech Trend



**'So realistic!' Kill time on your
Computer with this city-building
game.**
Sponsored: Forge Of Empires





CNN

**Julie Powell, food writer behind 'Julie & Julia,' dead at 49**



CNN

**Bruce Springsteen to take over 'The Tonight Show' hosted by (his best...**



CNN

**Madonna's latest TikTok video has people talking**



CNN

**University of Kentucky student who repeatedly hurled racist slur at Black student permanently banned from...**



CNN

**The New York Post just brutally trolled Donald Trump**



**Top US Men's Surgeon: Do This Once Daily To 'Shrink' Enlarged...**
Sponsored: prostanews.com



**See Search Results For New Device for Sleep Apnea**
Sponsored: Yahoo! Search

Nike Men's Air Max Sc Casual Sneakers from Finish Line
Sponsored: Macy's

The Harbour Club
Sponsored: Apartments.com

Spacey
Sponsored: EyeBuyDirect

Paid Content

RAY-BAN STORIES TRANSITIONS® | WAYFARER OLIVE FRAME CLEAR GREEN G-15 *Ray-Ban*

Morla *EyeBuyDirect*

Archer House *Apartments.com*

More from CNN Money

GOP whip was among the small group of Republicans in the House chamber for Pelosi's speech

China's rocket booster falls from space, crash lands in the Pacific Ocean



≡

Officials have identified the partial foot discovered in one of Yellowstone's deepest hot springs

Paid Links

| | |
|---|---|
| 4% INTEREST SAVINGS ACCOUNTS | BEST MEDICARE ADVANTAGE PLANS |
| COMPUTER SECURITY COMPANY | 5 BEST STOCKS TO BUY NOW |
| BEST ANTIVIRUS PROTECTION FOR 2022 | STOCKS TO BUY TOMORROW |
| CLOUD DATA SECURITY SOLUTIONS | BANKS WITH BEST CD RATES |

Comments

Search CNN...                                                                    Search >>

## U.S
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

## World
Africa
Americas
Asia
Australia
Europe
Middle East
UK

## Politics
45
Congress
Supreme Court
2018
Key Races
Primary Results

## Business
Markets
Tech
Media
Success
Video

## Opinion
Political Op-Eds
Social Commentary

## Health
Food
Fitness
Wellness
Parenting
Vital Signs

## Entertainment
Stars
Screen
Binge
Culture
Media

## Tech
Innovate
Gadget
Mission: Ahead
Upstarts
Innovative Cities

## Style
Arts
Design
Fashion
Architecture
Luxury
Autos
Video

## Travel
Destinations
Food & Drink
Play
Stay
Videos

## Sports
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics

## Video
Live TV
Digital Studios
CNN Films
HLNTV
Schedule
TV Shows A-Z
CNNVR

## Shop
CNN Underscored
-Explore
-Wellness
-Gadgets
-Lifestyle
CNN Store

## More...
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices