# EXHIBIT 38

TECH

# Intel's CEO Can't Seem To Shake John McAfee's Name

**Steve Morgan** Former Contributor ⓘ
*I write about the business of cybersecurity.*

Apr 21, 2016, 09:19am EDT

🕒 This article is more than 6 years old.

As Intel Corp. has proven, a name change can be a daunting task.

In a presentation he delivered at the popular CES show in January 2014, Intel CEO Brian Krzanich said the chip giant would be eliminating the McAfee name from its security business and rebranding to Intel Security.



Brian Krzanich, chief executive officer of Intel Corp. Photographer: David Paul Morris/Bloomberg

John McAfee -- founder of his namesake anti-virus company which ultimately sold to Intel in 2010 for more than $7.6 billion -- responded by telling BBC News "I am now everlastingly grateful to Intel for freeing me from this terrible association with the worst software on the planet."

About six months prior to the name-change announcement, McAfee published a whimsical, profanity-laden YouTube video -- How To Uninstall McAfee Antivirus -- which has 6 million plus views since posting. McAfee claims in the video that he filmed it in response to volumes of mail from people asking him how to uninstall the anti-virus software. After Intel's McAfee name-change announcement, there were some speculation that the video may have played a role.

Fast-forward to today and the McAfee name is still splashed all over Intel security products, services, and reports. Perhaps Intel realized the McAfee name was inextricably linked to its security products products and renaming them wasn't as simple as de-installing a software program. They may have learned too that John McAfee has a reputation as a prankster -- which comes along with his legendary status in the cybersecurity field.

The mcafee.com site had 32.2 million visitors last month (March, 2016), according to web tracking tool SimilarWeb. The intelsecurity.com site on the other hand had about 180,000 visitors in the same period. If this were a popularity contest, then it would be a landslide victory for McAfee. Perhaps Intel took note of McAfee's popularity and thought twice about erasing his name.

At the top of the mcafee.com homepage, the main headline reads "McAfee Is Now A Part of Intel Security. Really? The top of the intelsecurity.com homepage features a McAfee.com link - which brings site visitors to the McAfee site. If actions speak louder than

words, then Intel seems to be doubling-down on the McAfee name -- not eliminating it.

McAfee Labs is the threat research division of Intel Security which publishes the McAfee Global Threat Intelligence (GTI) and a lineup of cloud-based reputation services.

John McAfee may get more media coverage for his personal antics and now Presidential bid as a Libertarian candidate, but he remains one of the foremost experts in cybersecurity. He is founder and CEO at Future Tense Central - a security and privacy company specializing in mobile and web applications. In an email exchange today, McAfee says he wrote to Intel's marketing in 2014 after hearing about the name change -- informing them of the value of his name. McAfee says Intel never responded, and that the name hasn't been removed is indication his premonition was correct.

Earlier this week, Intel announced its first quarter earnings and reported they were slashing 12,000 jobs -- or about 11% of its workforce. A CNBC story says Intel is attempting to restructure into more profitable sectors, including cloud. "Our first-quarter results tell the story of Intel's ongoing strategic transformation, which is progressing well and will accelerate in 2016," said Brian Krzanich, Intel CEO, in its press release. "We are evolving from a PC company to one that powers the cloud and billions of smart, connected computing devices."

Krzanich may want to follow up on the state of Intel Security and the McAfee name. Otherwise people may be left with the wrong -- or right -- idea, depending on their view of John McAfee.

*Visit SteveOnCyber.com to read all of my blogs and articles covering cybersecurity.*

*Follow me on Twitter @CybersecuritySF or connect with me on LinkedIn. Send story tips, feedback, and suggestions to me here.*

 **Steve Morgan**

Steve Morgan is the Founder and CEO at Cybersecurity Ventures and Editor-In-Chief of the Cybersecurity Market Report. The Cybersecurity Market Report is published… **Read More**

Editorial Standards                                   Reprints & Permissions

ADVERTISEMENT