# EXHIBIT 39

Technology
Cybersecurity

# McAfee Named CEO of Gaming Company in Shift to Cybersecurity

- MGT Capital to become John McAfee Global Technologies Inc.
- McAfee is a presidential candidate for Libertarian Party

By Jing Cao

May 9, 2016 at 9:12 AM EDT  *Updated on May 9, 2016 at 11:57 AM EDT*

---

### From the Apple scoop machineFrom the Apple scoop machineFrom the Apple scoop machine

Be the first to know what's next in tech from Mark Gurman's Power On newsletter.Be the first to know what's next in tech from Mark Gurman's Power On newsletter.Be the first to know what's next in tech from Mark Gurman's Power On newsletter.

Sign up to this newsletter

---

John McAfee has been named the chairman and chief executive officer of MGT Capital Investments Inc., marking a return to public markets about five years after the eponymous anti-virus company he founded was sold to Intel Corp. for $7.68 billion.

McAfee will oversee the small, mobile-gaming company's move into cybersecurity. MGT is acquiring technology and assets from spyware maker D-Vasive Inc. and will change its name to John McAfee Global Technologies Inc., according to a statement Monday.

D-Vasive provides software that protects users from invasive applications that can activate a device's camera, microphone, Bluetooth or Internet connection. McAfee said he plans to use the D-Vasive technology as a foundation to build a cybersecurity company.

"The enormous impact of cybersecurity on our lives requires the scale and resources of a public company," McAfee said in the statement. "Our ability to continue to hire the best minds in the business will be vastly enhanced with a public platform."

---

**Get Cyber BulletinGet Cyber BulletinGet Cyber Bulletin**

Exclusive coverage of cybersecurity, delivered to your inbox weekly.Exclusive coverage of cybersecurity, delivered to your inbox weekly.Exclusive coverage of cybersecurity, delivered to your inbox weekly.

Sign up to this newsletter

---

McAfee, 70, announced a run late last year as a presidential candidate for the Libertarian Party, campaigning on a privacy-focused platform that includes pushing for the government to create a cybersecurity defense strategy. He is also a founder of Future Tense Secure Systems Inc., a security and privacy company that provides apps including D-Vasive's, according to its website. MGT Capital has a consulting agreement with the company, also known as Future Tense Central, according to the statement.

McAfee has previously tried to distance himself from the anti-virus software that bore his name, and has called it one of the "worst products" on the planet.

In 2012, while living in Belize, McAfee had run-ins with local police for alleged unlicensed drug manufacturing and weapons possession but was released without charge. Later, Belize police started a search for him as a person of interest in connection with the murder of his neighbor, Gregory Viant Faull. McAfee moved to Guatemala , where he was detained and released before eventually returning to the U.S. McAfee said he was innocent.

MGT Capital, with a market value of more than $8 million, operates a number of mobile and online gaming sites and owns stakes in DraftDay.com, a daily fantasy sport-betting platform.

*(Updates with McAfee background and statement starting in third paragraph.)*

---

Terms of Service Do Not Sell My Info (California)   Trademarks Privacy Policy
©2022 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices      Help