# EXHIBIT 41

11/18/22, 9:14 PM
Case 1:18-cv-08175-ER   Document 310-41   Filed 11/21/22   Page 2 of 6
John McAfee has pushed this stock up 700%!



THANKS FOR VISITING CNNMONEY.
We're no longer maintaining this page.
For the latest business news and markets data,
PLEASE VISIT CNN BUSINESS

## The Buzz

# John McAfee has pushed this stock up 700%!

by Paul R. La Monica  @lamonicabuzz

May 19, 2016: 2:53 PM ET

Paid Content

Finally, Congress Passes Billions for Camp Lejeune...
TruLaw

Read This Before You Renew Amazon Prime Again
Capital One Shopping

What if the US had not entered in 1941? Game simulates...
History Strategy Game

1 In 2 Mac Users Are Unaware Of This Trick To Clean Their Mac
MacKeeper

McAfee on Apple: We are all at risk if the FBI gets its way

John McAfee is many things. A pioneer in the business of computer security. A Libertarian presidential candidate. A suspected murderer.

But now McAfee is once again, amazingly enough, the CEO of a publicly traded company.

MGT (MGT), a penny stock that has several online and mobile gaming units, announced earlier this month that it was acquiring some of the assets of D-Vasive, a cybersecurity firm backed by McAfee.

It's what's known as a reverse merger, when a private company acquires the shell of an already publicly traded company. MGT plans to rename itself John McAfee Global Technologies, Inc.

"The enormous impact of cybersecurity on our lives requires the scale and resources of a public company. Our ability to continue to hire the best minds in the business will be vastly enhanced with a public platform," McAfee said in a statement.

MGT also announced a partnership with Future Tense Secure Systems, a tech incubator specializing in online privacy that is also run by McAfee.

It's been a long road back to Wall Street for the 70-year old McAfee, who left his eponymous firm in 1994. It was sold to Intel (INTC) in 2010 for about $7.6 billion.



Newsletter
CNN Money
BEFORE THE BELL
Sponsored by E*TRADE
Key market news. In your inbox. Every morning.
Start your day right with the latest news driving global markets, from major stock movers and key economic headlines to important events on the calendar. Daily newsletter, Sunday through Friday.
Sign up
Privacy policy

CNNMoney Sponsors

[Related: Why John Mcafee believes he should be president](#)

In 2012, McAfee, who had subsequently moved to Belize, became part of a bizarre story that a Hollywood studio exec would probably reject for being too preposterous.

McAfee's neighbor was found shot to death and McAfee was sought for questioning. He eventually went on the lam, was jailed in Guatemala and faked a heart attack there while in police custody. McAfee has never been charged with a crime in Belize though.

Guatemala then deported to him to the United States -- where the heavily tattooed McAfee has reinvented himself as a Libertarian presidential candidate.

Whew.

Traders are having fun with MGT, batting the stock back and forth like a cat with a ball of yarn.



Shares of MGT, which were trading at just 36 cents before McAfee took it over, surged as high as $5.58 earlier this week, but have since pulled back to about $2.70. Even with this pullback, the stock is up more than 700% since McAfee became involved with it.

So why is there such intense interest in a company that has a market value of less than $50 million?

Chalk it up to some great self-promotion by McAfee.

[Related: John McAfee says his new security product is a 'f---ing game changer'](#)

MGT has put out three press releases since the deal was announced last week. Its latest, about two recent speeches by McAfee at security conferences, had the following hyperbolic (and long) headline:

*Cybersecurity Pioneer John McAfee Renews his Commitment to the Technology Space that he Practically Created 30 Years ago with the McAfee Anti-Virus Software.*

MGT was not immediately available for comment. But McAfee has been extremely active on Twitter, and is trying to reassure investors who are nervous about the stock's insane level of volatility.

**SmartAsset** — Paid Partner

These are your 3 financial advisors near you

This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

**NextAdvisor** — Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020

Transferring Your Balance to a 14-Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card

He tweeted on Tuesday that "I'm in this company for the long haul. Announcements coming in a couple of weeks." He also retweeted a comment from someone who declared that he's "more powerful than Bill Gates and Steve Jobs!"

It is going to be entertaining to see what's next from McAfee -- especially as he continues his long-shot quest to replace Barack Obama in the White House.

But long-term investors should not get duped into thinking that MGT is suddenly going to become the next Intel, Symantec (SYMC), Palo Alto Networks (PANW), FireEye (FEYE) ... or even the next McAfee.

*CNNMoney's Jose Pagliery contributed to this story.*

CNNMoney (New York)
First published May 19, 2016: 2:49 PM ET

## PAID CONTENT


**Add This To Your Toothpaste To Help Regrow Gums in a Few Days**
Sponsored: Dental Hacks


**'So realistic!' Kill time on your Computer with this city-building…**
Sponsored: Forge Of Empires


**Finally, Congress Passes Billions for Camp Lejeune Families**
Sponsored: TruLaw


**What if the US had not entered in 1941? Game simulates alternative history**
Sponsored: History Strategy Game


**Read This Before You Renew Amazon Prime Again**
Sponsored: Capital One Shopping


CNN
**What is the healthiest bread?**


CNN
**12 Republican senators voted to break a filibuster on same-sex…**


**CNN**
Madonna's latest TikTok video has people talking


**CNN**
Kim Kardashian misses Vegas birthday surprise after private jet couldn't land


**CNN**
Biden granddaughter's wedding offers youthful spin for president turning 80


**Top US Men's Surgeon: Do This Once Daily To 'Shrink' Enlarged...**
Sponsored: prostanews.com


**Wall Street Legend Warns: "Move Your Money By Late Fall"**
Sponsored: Visionary Profit

**Citizen Bayonne**
Sponsored: Apartments.com


**Predicting The Entire First Round of The NFL Draft**
Sponsored: New Arena


**Here Are 23 of the Coolest Gifts For This 2022**
Sponsored: Best Tech Trend

| Paid Content | More from CNN Money |
|---|---|
| Percussive *EyeBuyDirect* | Opinion: Even the DeSantis bubble may burst |
| Ethically Sourced Jewelry *Brilliant Earth* | Jay Leno has undergone surgery for 'significant burns,' physician says |
| Here Are 29 of the Coolest Gifts for This 2022 *Consumerbags* | CNN Exclusive: US intelligence suggests Russia put off announcing Kherson retreat until after midterm elections |
| Why People Are So Passionate About Ka'Chava *Ka'Chava* | The truth about how often you should wash your hair |

**Paid Links**

| 5 BEST DIVIDEND STOCKS | 5 STOCKS TO BUY NOW |
|---|---|
| 10 STOCKS TO BUY RIGHT NOW | TOP 10 STOCKS TO BUY NOW |
| 10 BEST STOCKS TO BUY NOW | BEST IT GROWTH STOCKS |
| FREE VIRUS PROTECTION DOWNLOADS | STOCKS THAT WILL MAKE YOU RICH |

| Search CNN... | Search >> |

### U.S
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

### World
Africa
Americas
Asia
Australia
Europe
Middle East
UK

### Politics
45
Congress
Supreme Court
2018
Key Races
Primary Results

### Business
Markets
Tech
Media
Success
Video

### Opinion
Political Op-Eds
Social Commentary

### Health
Food
Fitness
Wellness
Parenting
Vital Signs

### Entertainment
Stars
Screen
Binge
Culture
Media

### Tech
Innovate
Gadget
Mission: Ahead
Upstarts
Innovative Cities

### Style
Arts
Design
Fashion
Architecture
Luxury
Autos
Video

### Travel
Destinations
Food & Drink
Play
Stay
Videos

### Sports
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics

### Video
Live TV
Digital Studios
CNN Films
HLNTV
Schedule
TV Shows A-Z
CNNVR

### Shop
CNN Underscored
-Explore
-Wellness
-Gadgets
-Lifestyle
CNN Store

### More...
Photos
Longform
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices