# EXHIBIT 42





HOME > MARKETS

# JOHN McAFEE: Intel buying McAfee never made sense

Seth Archer   Jun 27, 2016, 8:07 PM

 

Download the app



INSIDER                                               Subscribe



← HOMEPAGE                                                                                                 Subscribe

Rumors that Intel is thinking about selling off its security division surfaced on Monday.




Citing unnamed sources, the Financial Times reported that the chipmaker is looking at spinning off McAfee, which it bought in 2010 for $7.7 billion and incorporated into its Intel Security division.

John McAfee, founder of McAfee, never understood the relationship between Intel and McAfee.



HOMEPAGE    Subscribe

"I never understood why a chip manufacturer would have purchased a suite of software products," McAfee said. "The engineering processes for hardware and software are radically different, as are the marketing and sales processes. And there is virtually no customer overlap."

McAfee sold his shares of the company in the late 1990s, separating himself from the company.

Since then, McAfee moved to Belize and then fled after being accused — but never charged — of murdering his neighbor. More recently, McAfee ran for US president as a member of the Libertarian Party and was recently named CEO of MGT Capital.

  HOMEPAGE                                                                 Subscribe



The company bought McAfee in the hopes of integrating its technology directly into chips. John McAfee doesn't think that it was a good idea in the first place.

"It is like a car manufacturer suddenly deciding to get into the skateboard business," McAfee said. "It never made sense to me."

**Read next**

**Listen to The Refresh, Insider's real-time news show**



HOMEPAGE    Subscribe

**NOW WATCH: JOHN MCAFEE: This is why the US is losing the 'cyber war' to China and Russia**

John McAfee    McAfee    Intel    More...



[< HOMEPAGE]  Subscribe



Terms of Service, Privacy Policy and Cookies Policy.

Contact Us | Sitemap | Disclaimer | Accessibility | Commerce Policy | Advertising Policies | CA Privacy Rights | Coupons

| Made in NYC | Jobs @ Insider

Stock quotes by finanzen.net | Reprints & Permissions

International Editions:

INTL | AS | AT | DE | ES | IN | JP | MX | NL | PL | ZA

CA Do Not Sell My Info