# EXHIBIT 46






# Intel spins out Intel Security with TPG to form new McAfee valued at $4.2B

John Mannes  @johnmannes  /  8:26 PM EDT • September 7, 2016



**Image Credits:** Sean Gallup / Staff / Getty Images

Intel announced today that it has plans to spin off its security unit into a new company that will be owned in-part by private equity firm TPG. Intel will retain a 49 percent ownership stake of the entity with TPG taking the majority stake. In exchange, Intel will be receiving $3.1 billion in cash.

Intel's security unit originated from its acquisition of McAfee. The $7.68 billion transaction closed in 2011 and in the years following, analysts have been keen to pressure Intel to sell the company back off. Intel wanted to create an integrated full stack security juggernaut but instead was caught in open water with shrinking PC sales and low margins.

Despite a market that isn't ideal for Intel's strategic interests, Intel Security Group has still grown revenue by 11 percent in the first half of the year. The group works with two-thirds of the world's 2,000 largest companies, according to the statement from the company.



fun twist, the ever-

**Building a startup or looking for your next deal?**  
**We have you covered.**   EXPLORE NOW   ✕   s to use his name in

new company was valued at $4.2 billion by combining a $2.2 billion equity value with $2 billion of net debt. For the time being, the debt will continue to be financed by Intel.

Private equity has been all over tech this year and security is no exception. Just this summer, Vista Equity Partners nabbed Ping Identity kicking off a fast paced season for those of us energized by PE deals.

As with most deals, TPG expects to benefit from the increased efficiencies of a company uniquely focused on security. The firm also led security investments in Tanium and Zscaler for $120 and $100 million respectively.

Chris Young, senior vice president and general manager of Intel Security Group will be taking over as CEO of the new company when the deal closes in Q2 2017.

## More TechCrunch









Miami, Florida November 17

Register Now

Building a startup or looking for your next deal? We have you covered.       EXPLORE NOW      ×



## Sign up for Newsletters

See all newsletters

Daily

Week in Review

Building a startup or looking for your next deal? We have you covered.

EXPLORE NOW

☐ TechCrunch+ Roundup

Email *                                                                                     Subscribe

http://tcrn.ch/2cDvqec                    Copy

### Tags

Intel    Intel Security Group    Private Equity    TPG    TPG Capital

---



### Elon Musk talked about laying off 75% of employees; he may have just gotten his wish

Connie Loizos

7:42 PM EST • November 18, 2022

---



### Daily Crunch: Nuro founders admit aggressive hiring 'was a mistake' in email to laid-off workers

Kyle Wiggers

6:05 PM EST • November 18, 2022

---



### Google introduces Workspaces Spaces Chats conversations summaries

Devin Coldewey

5:18 PM EST • November 18, 2022

---



### Elizabeth Holmes sentenced to 11 years in prison for Theranos fraud

Amanda Silberling

5:17 PM EST • November 18, 2022

---



### Booz Allen says former staffer downloaded employees' personal data

Zack Whittaker

 | Building a startup or looking for your next deal? We have you covered.    EXPLORE NOW    ✕



**Abigail Bassett**
3:02 PM EST • November 18, 2022

 Market Analysis

### Quantifying the global e-commerce slowdown

Alex Wilhelm, Anna Heim
2:30 PM EST • November 18, 2022



### TechCrunch+ roundup: TAM takedown, green card layoffs, when to ignore investor advice

Walter Thompson
1:17 PM EST • November 18, 2022



 Market Analysis

### The US Securing Open Source Software Act of 2022 is a step in the right direction

Javier Perez
1:10 PM EST • November 18, 2022



 Work

### TechCrunch staff on what we lose if we lose Twitter

Ron Miller, Dominic-Madori Davis, Amanda Silberling, Christine Hall, Paul Sawers, Natasha Mascarenhas, Ivan Mehta, Alex Wilhelm
12:30 PM EST • November 18, 2022



### India's securities depository CDSL says malware compromised its network

Jagmeet Singh
12:29 PM EST • November 18, 2022



### Autonomous delivery startup Nuro lays off 20% of workforce

Kirsten Korosec
11:56 AM EST • November 18, 2022



 **Building a startup or looking for your next deal? We have you covered.**   EXPLORE NOW   



### Ransomware is a global problem that needs a global solution

Carly Page
11:40 AM EST • November 18, 2022

### Pick your poison: Recruitment or retention?

Natasha Mascarenhas, Alex Wilhelm
10:00 AM EST • November 18, 2022



### Patreon competitor Fanfix launches 'SuperLink,' a link-in-bio platform aimed at Gen Z creators

Lauren Forristal
10:00 AM EST • November 18, 2022





### Jumia to cut products and overhead as new management chases profits

Tage Kene-Okafor
9:38 AM EST • November 18, 2022



**Building a startup or looking for your next deal?
We have you covered.**

EXPLORE NOW       ✕





### Hive ransomware actors have extorted over $100M from victims, says FBI
Carly Page
8:55 AM EST • November 18, 2022



### Fund of funds Sweetwood Ventures bets big on VC's smallest funds
Rebecca Szkutak
8:49 AM EST • November 18, 2022



 Work

### How much tax will you owe when you sell your company?
Peyton Carr
8:15 AM EST • November 18, 2022



#### About
TechCrunch
Staff
Contact Us
Advertise
Crunchboard Jobs
Site Map

#### Legal
Privacy Policy
Terms of Service
TechCrunch+ Terms
Privacy Dashboard
Code of Conduct
About Our Ads

#### Trending Tech Topics
Tech Industry Layoffs
Google Search On Event 2022
Amazon Fall Event 2022

Facebook    Twitter
YouTube     Instagram
LinkedIn

© 2022 Yahoo.
All rights reserved.

 **Building a startup or looking for your next deal? We have you covered.**    EXPLORE NOW    ✕