# EXHIBIT 47

 

## The Buzz

# John McAfee is back...and fighting Intel and CBS

by Paul R. La Monica   @lamonicabuzz

September 15, 2016: 10:54 AM ET

John McAfee on checkered past: "People experiment."

Forget Kramer vs. Kramer. There's a McAfee vs. McAfee battle brewing in the cybersecurity world.

In one corner, there's a tiny public company called MGT. Earlier this year, MGT (MGT), which has several online and mobile gaming units, announced that it was acquiring some of the assets of D-Vasive, a cybersecurity firm backed by John McAfee.

Yes, the same McAfee whose namesake antivrius firm was sold to Intel (INTC), then moved to Belize, and became embroiled in a bizarre murder mystery.

In 2012, McAfee's neighbor was found shot to death in the Central American country. McAfee was sought for questioning. He eventually went on the lam, was jailed in Guatemala and faked a heart attack there while in police custody.

Guatemala then deported him to the United States -- where he reinvented himself as a Libertarian presidential candidate. That didn't pan out. He lost the nomination to Gary Johnson.

Related: McAfee's new publicly traded security firm is soaring

But McAfee is now focusing on the business that made him famous in the first place.

MGT is in the process of changing its name to John McAfee Global Technologies, Inc. And shareholders who have been along for the ride have made out like bandits.

### Paid Content



It`s a dark time for prices
Bitdefender

Why People Are So Passionate About Ka'Chava
Ka'Chava

'So realistic!' Kill time on your Computer with this city-building...
Forge Of Empires

[Photos] What Happened To Tom Skerritt?
https://thechefpick.com/

### CNNMoney Sponsors

**SmartAsset**    Paid Partner


These are your 3 financial advisors near you


This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor


Answer these questions to find the right financial advisor for you


Find CFPs in your area in 5 minutes

**NextAdvisor**    Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020

The stock is up a staggering 1,350% this year. MGT also is in the process of buying a company called Demonsaw, which makes an anonymous file sharing platform.

And MGT recently announced that it's getting into the business of Bitcoin mining as well.

Even though the value of the virtual currency has been notoriously volatile, Bitcoin mining could wind up being a lucrative side business for the firm. Bitcoin prices are up more than 40% this year and nearly 170% over the past 12 months.

But things could become even more tumultuous for MGT pretty quickly.

For one, MGT will face tough competition from McAfee's old firm, which Intel is now selling to private equity giant TPG.

Intel, which had rebranded McAfee as Intel Security, announced the deal last week. Intel will retain a minority stake. But TPG, perhaps recognizing that there's no such thing as bad publicity, will re-rename the unit as...McAfee.

MGT is now suing Intel as a result. It hopes that a court will find that MGT's plan to change its name to John McAfee Global Technologies, Inc. does not infringe upon any Intel trademarks that it acquired when it bought the original McAfee.

In other words, McAfee wants the right to his own name back -- and wants Intel and TPG to stop using it.

"I find it unconscionable that after tarnishing my reputation with what I feel are inferior cybersecurity solutions to address today's threats, Intel is now trying to prevent me from earning a livelihood using my own name, and attempting to sell my name, something it doesn't own," McAfee said in a press release earlier this month.

MGT faces another potential headache as well. Showtime, the cable network owned by CBS (CBS), just released the trailer for a new documentary about McAfee called "Gringo: The Dangerous Life of John McAfee" that will air on September 24.

The fact that McAfee's controversial time in Belize is being brought back to the spotlight is not sitting well with MGT. Or its shareholders. The stock has fallen more than 16% in the past week.

MGT has slammed the film, saying in a press release that it's a "purported documentary" that is "purposefully misleading to its audience."

The company added that it is "investigating potential willful damages inflicted upon MGT" by the documentary's executive producer, Jeff Wise.

McAfee and other MGT executives will be hosting a conference call Thursday after the market closes. It will be interesting to see if he continues his attacks against Intel, Wise and other enemies -- real and imagined.

The stock could wind up spiking or tanking on Friday as a result. In the immortal words of former NFL star Terrell Owens, "Getcha popcorn ready!"

CNNMoney (New York)
First published September 15, 2016: 10:51 AM ET

**PAID CONTENT**

Transferring Your Balance to a 14-Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card


**Add This To Your Toothpaste To Help Regrow Gums in a Few Days**
Sponsored: Dental Hacks


**You Can Do Anything You Want In This Game**
Sponsored: RAID: Shadow Legends


**[Photos] Alexandria Ocasio's Mansion Where She Lives With Her Partner**
Sponsored: Retro Pages


**[Photos] Alexandria Ocasio's New Home Says It All**
Sponsored: http://sportpirate.com/


**'So realistic!' Kill time on your Computer with this city-building game.**
Sponsored: Forge Of Empires


**CNN**
**What is the healthiest bread?**


**CNN**
**Bruce Springsteen to take over 'The Tonight Show' hosted by (his best…**


**CNN**
**Chris Hemsworth receives 'strong indication' of a genetic predisposition to Alzheimer's…**


**CNN**
**Artemis I mission shares spectacular view of Earth after a historic launch**


**CNN**
**Biden granddaughter's wedding offers youthful spin for president turning 80**



### Search Best SUV To Lease For 2022
Sponsored: Yahoo! Search



### Here Are The 31 Coolest Gifts of 2022
Sponsored: TheGrommet



### Iconic Past: Corolla, NC
Sponsored: Corolla – Outer Banks, NC

### Here Are 23 of the Coolest Gifts in 2022
Sponsored: Best Tech Trend



### See Search Results For New Device for Sleep Apnea
Sponsored: Yahoo! Search

| Paid Content | More from CNN Money |
|---|---|
| Beach Shops: Corolla, NC *Corolla - Outer Banks, NC* | Jimmy Kimmel says he was going to quit his show if ABC asked him to stop making Trump jokes |
| Ethically Sourced Jewelry *Brilliant Earth* | Man kills ex-girlfriend and her family in murder-suicide in Maryland, authorities say |
| Why is Human-Grade the New Standard of Pet Food? *The Farmer's Dog* | Opinion: Even the DeSantis bubble may burst |
| Here Are 29 of the Coolest Gifts for This 2022 *Consumerbags* | China's rocket booster falls from space, crash lands in the Pacific Ocean |

#### Paid Links

| COMPANY CYBERSECURITY SERVICES | TOP STOCKS TO BUY TODAY |
| COMPUTER SECURITY COMPANY | STOCKS TO BUY TOMORROW |
| 7% INTEREST SAVINGS ACCOUNTS | 5 BEST STOCKS TO BUY NOW |
| 10 STOCKS TO BUY RIGHT NOW | 10 BEST STOCKS TO BUY |

Search CNN...                                                                 Search >>

| U.S | World | Politics | Business | Opinion | Health | Entertainment |
| Crime + Justice | Africa | 45 | Markets | Political Op-Eds | Food | Stars |

| Energy + Environment | Americas | Congress | Media | Social Commentary | Fitness | Screen |
| --- | --- | --- | --- | --- | --- | --- |
| Extreme Weather | Asia | Supreme Court | Tech | | Wellness | Binge |
| Space + Science | Australia | 2018 | Success | | Parenting | Culture |
| | Europe | Key Races | Video | | Vital Signs | Media |
| | Middle East | Primary Results | | | | |
| | UK | | | | | |

| Tech | Style | Travel | Sports | Video | Shop | More... |
| --- | --- | --- | --- | --- | --- | --- |
| Innovate | Arts | Destinations | Pro Football | Live TV | CNN Underscored | Photos |
| Gadget | Design | Food & Drink | College Football | Digital Studios | -Explore | Longform |
| Mission: Ahead | Fashion | Play | Basketball | CNN Films | -Wellness | Investigations |
| Upstarts | Architecture | Stay | Baseball | HLNTV | -Gadgets | CNN Profiles |
| Innovative Cities | Luxury | Videos | Soccer | Schedule | -Lifestyle | CNN Leadership |
| | Autos | | Olympics | TV Shows A-Z | CNN Store | CNN Newsletters |
| | Video | | | CNNVR | | Work for CNN |



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2019 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2019. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2019 and/or its affiliates.

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans™ & © 2016 Cable News Network.

Newsletters | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Accessibiliy & CC | AdChoices