# EXHIBIT 48

# Yahoo! life

Sign in     Mail

# Intel to Reportedly Offload McAfee I Takeaways

December 17, 2018

Co-owners **Intel Corporation** INTC and TPG Capital are reportedly considering the sale of McAfee, an antivirus software company.

Thoma Bravo is reportedly in early talks to buy McAfee business from TPG and Intel. Reportedly, the private equity firm has been actively looking for cyber-security firms to acquire. The firm acquired Imperva in October and has reportedly approached Symantec SYMC.

The aggressive acquisition strategy of Thoma Bravo to consolidate cyber security domain adds weight to the rumored McAfee divestiture deal. Citing a few people familiar with this development, CNBC informed that Thoma Bravo intends to offer "a significant premium" compared with McAfee's $4.2 billion valuation (as of 2016).

Further, one of the informers disclosed to CNBC that Intel considers itself a financial investor for McAfee business. In case the divestiture talks lead to fruition, Intel (which owns 49% stake in McAfee business) seems well-poised to partially recover the loss incurred due to the declining valuation of McAfee.

**TRENDING**


**Why Donna D'Errico, 54 says 'age is irrelevant'**
Yahoo Life · 5 min read


**I struggled with anorexia for years — but people encouraged my weight loss because of my…**
INSIDER · 6 min read


**Andy Cohen assures he will be drinking on New Year's Eve: 'People enjoy watching me try t…**
Yahoo Life · 3 min read


**Shaquille O'Neal, 50, shows off his abs in new gym video: 'Looking like a snack'**
Yahoo Life · 1 min read

**Voters understand the truth about pregnancy decisions. What happened in Montana proves it**
Time · 4 min read



Notably, shares of Intel have returned 6.3% year to date against the industry's decline of 6.7%.

**Intel's Chaotic Experience With McAfee**

Intel had acquired the antivirus software maker back in 2010 with a view to secure its chips and improve their threat detection power. Notably, Intel concluded the acquisition of McAfee for approximately $7.68 billion in cash (or $48 per share).

The original plan to integrate McAfee's cyber security technology in Intel's chips remained incomplete. The deal fell through as McAfee unit (rebranded as Intel Security in 2014) was unable to contribute significantly to Intel's revenues.

Around September 2016, Intel divested 51% stake in its security division to alternative asset fund manager TPG for approximately $3.1 billion.

The deal was valued at $4.2 billion with TPG infusing $1.1 billion in the standalone business, eventually renamed McAfee, following the closure of the transaction.

Reduction of 45.3% in McAfee business value post takeover is touted as a major integration failure for Intel.

However, after divesting the majority stake to TPG, McAfee's business is transforming for the better with inorganic

yahoo!life	Sign in	Mail

enables enterprises to supervise the cloud services leveraged by their employees.

Further, McAfee closed Tunnelbear buyout in March, this year. Tunnelbear offers virtual private networks to facilitate a secure data environment for shared WiFi account users.

**Will Intel Benefit if Divestiture Leads to Fruition?**

Notably, McAfee has to compete in a number of areas such as network, risk management, end point and data security. Given the intensifying competition in the consolidating cyber security space, Intel has to allocate sufficient resources to maintain and enhance its McAfee business with robust new capabilities.

Furthermore, the recent business trajectory of Intel suggests company's efforts to redirect its resources into areas with better growth prospects such as the data center, memory and Internet of Things (IoT) businesses.

The company's strategy to expand TAM beyond CPU to adjacent product lines like silicon photonics, fabric, network ASICs and 3D XPoint memory is bearing fruit.

Intel's acquisition of Israel-based Mobileye, an autonomous vehicle technology provider enabled the company to penetrate the autonomous car technology market, dominated by the likes of NVIDIA and Qualcomm. The buyout provides Intel with access to Mobileye's technologies related to cameras, in-car networking, sensor-chips, roadway mapping, cloud software, machine learning and data management.

Notably, Mobileye revenues of $191 million were up approximately 50% on a year-over-year basis, primarily driven by strength in its advanced driver assistance system (ADAS) and autonomous driving platforms-based solutions. Mobileye garnered eight new design wins from notable US

Moreover, Intel is strengthening its PSG product portfolio with eASIC buyout. The company introduced the new Programmable Acceleration Card (PAC) with Intel Stratix 10 SX FPGA in the recent past.

**To Conclude**

With the closure, we believe, Intel will be well-positioned to focus on its data center business in an effective manner.

Instead of blocking resources on the development and enhancement of the McAfee unit, the company is expected to fortify its foothold in the rapidly growing ADAS market, which per recent data from MarketsandMarkets, is expected to reach a whopping $91.83 billion, witnessing CAGR of approximately 21% between 2018 and 2025.

Additionally, a stable PC market and growth in Client Computing Group or CCG revenues bode well for the company's growth prospects.

**Zacks Rank & Other Key Picks**

Intel sports a Zacks Rank #1 (Strong Buy).

Twitter, Inc. TWTR and Upland Software UPLD are other stocks worth considering in the broader technology sector, flaunting a Zacks Rank of 1. You can see **the complete list of today's Zacks #1 Rank stocks here**.

Long-term earnings growth rate for Twitter and Upland Software are currently pegged at 22.1% and 20%, respectively.

**The Hottest Tech Mega-Trend of All**

Last year, it generated $8 billion in global revenues. By 2020, it's predicted to blast through the roof to $47 billion. Famed

regular investors who make the right trades early.

**See Zacks' 3 Best Stocks to Play This Trend >>**

Want the latest recommendations from Zacks Investment Research? Today, you can download 7 Best Stocks for the Next 30 Days. Click to get this free report

Upland Software, Inc. (UPLD) : Free Stock Analysis Report

Twitter, Inc. (TWTR) : Free Stock Analysis Report

Symantec Corporation (SYMC) : Free Stock Analysis Report

Intel Corporation (INTC) : Free Stock Analysis Report

To read this article on Zacks.com click here.

Zacks Investment Research

## Comments

Commenting on this article has ended    Log in    Sign up

Powered by OpenWeb

## LATEST STORIES

**IN THE KNOW BY YAHOO**

**After years of trauma, this 15-year-old was able to heal and discover self value and self love**

In this episode, we follow a 15-year-old man who discusses the physical trauma he experienced at an early age. As he's



Sign in   Mail

 

**YAHOO LIFE SHOPPING**

**Oprah says this Laura Geller palette 'takes the guesswork out of makeup' — and it's 70% off**

When makeup finds its way onto Oprah's Favorite Things List and it's on mega sale, it's an automatic 'add to cart'.

3d ago



Ad   BBQGuys

**Black Friday**

Don't miss the gifts, and clea...

**YAHOO LIFE SHOPPING**



**Turn back time — Cher's 4-piece perfume set is 50% off at HSN!**

This quartet is the perfect choice for any fan of her music or her timeless style. Keep one for yourself and gift the others.

11h ago

**YAHOO LIFE SHOPPING**



**The 11 best early Black Friday kitchen gadget deals — KitchenAid, Ninja and Keurig, up to 40% off**

Hurry! Target, Amazon and Walmart are slashing prices left and right on air fryers, indoor grills, coffee makers and more.

9h ago

**IN THE KNOW BY YAHOO**



**Ian Skorodin is opening doors for Native Americans in the entertainment industry**

Ian Skorodin says filmmaking is more accessible than ever and encourages more Native American representation in front of and behind the camera

3d ago

Financial Shield



**Help safeguard your finances against fraud**

Get 24/7 monitoring to help protect your finan of suspicious activity and help from our fraud when needed

**YAHOO LIFE SHOPPING**

**Heads up: These Amazon Warehouse deals — from Apple to Xbox — are about to sell out**

Some products are open-box, some are pre-owned and all are guaranteed. What a way to save!





**IN THE KNOW BY YAHOO**

**17-year-old founder Marley Dias on her #1000BlackGirlBooks campaign and representation in children's literature**

This teen started collecting children's books that feature Black girls as main characters when she was only 10 years old. Here's how she's making a difference.

9h ago



**YAHOO LIFE SHOPPING**

**Great gift! This mini speaker has 'big, clear sound' — and it's $30 off, today only**

The Bluetooth baby is waterproof, dustproof and basically life-proof.

4d ago



Financial Shield

**24/7 monitoring to help protect your finances**

From a customized dashboard to 24/7 monito
Shield can help protect your financial assets a



**YAHOO LIFE SHOPPING**

**Amazon's best 'secret' early Black Friday tech deals — including a new Echo Dot for 50% off**

Enjoy major savings on a Fire TV stick, a 50-inch smart TV, Wi-Fi mesh system and more.

15h ago



**YAHOO LIFE SHOPPING**

**Take advantage of these early Black Friday deals to get your house guest ready**

Get your home in tip top shape before guests come a knocking.

1d ago

Yahoo!life

Sign in

Mail