# EXHIBIT 51

**From:** Robert Ladd <rladd@mgtci.com>
**To:** Joan Wu <jwu@srff.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>
**Subject:** Re: We also need Forms 4 tomorrow for directors
**Sent:** Tue, 31 May 2016 22:12:09 +0000

I already filed form 144

Thanks,
Rob

(NYSE MKT: MGT)
**Robert B. Ladd  CFA**
  **President and CEO**
  **500 Mamaroneck Avenue – Suite 204**
  **Harrison, NY  10528**

  **(914) 630-7430** office
  **(914) 643-6855** cell

  AIM:     laddcap
  Skype:  laddcapvalue

  **www.mgtci.com**

On May 31, 2016, at 6:08 PM, Joan Wu <jwu@srff.com> wrote:

> Also, you may already know this but the form 144 may be filed by paper instead of on Edgar.

**Joan Wu, Esq.**

  Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  | F 212 930 9725
     JWu@srff.com www.srff.com
    On May 31, 2016, at 5:04 PM, Robert Ladd <rladd@mgtci.com> wrote:

>  Need this footnote I think:
>
>  Mr. Ladd owns 540,000 shares of common stock directly. 0 shares are owned by Laddcap Value Partners III LLC ("Laddcap Value"). Mr. Ladd serves as Managing Member of Laddcap Value. Mr. Ladd, by virtue of his status as Managing Member of Laddcap Value may be deemed to beneficially own the securities held by Laddcap Value. Mr. Ladd hereby disclaims beneficial ownership of the reported securities except to the extent of his pecuniary interest therein, and this report shall not be deemed an admission that he is the beneficial owner of the securities for purposes of Section 16 of the Securities Exchange Act of 1934, as amended, or for any other purpose.

PLAINTIFF'S EXHIBIT JK-15

Thanks,
Rob

<image002.jpg>(NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 320**
**Harrison, NY  10528**
**www.mgtci.com**

**(914) 630-7430 office**
**(914) 643-6855 cell**

**AIM:     laddcap**
**Skype:  laddcapvalue**

**From:** Joan Wu [mailto:jwu@srff.com]
**Sent:** Tuesday, May 31, 2016 4:03 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>; Evan Berger <eberger@srff.com>
**Subject:** RE: We also need Forms 4 tomorrow for directors

OK

**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  | F 212 930 9725
JWu@srff.com www.srff.com

**From:** Robert Ladd [mailto:rladd@mgtci.com]
**Sent:** Tuesday, May 31, 2016 4:02 PM
**To:** Joan Wu
**Cc:** Jay Kaplowitz; Evan Berger
**Subject:** RE: We also need Forms 4 tomorrow for directors

Also…change suite# to 320 on all

Thanks,
Rob

<image006.jpg>(NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 320**
**Harrison, NY  10528**
**www.mgtci.com**

**(914) 630-7430 office**
**(914) 643-6855 cell**

**AIM:     laddcap**
**Skype:  laddcapvalue**

**From:** Joan Wu [mailto:jwu@srff.com]
**Sent:** Tuesday, May 31, 2016 2:44 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>; Evan Berger <eberger@srff.com>
**Subject:** FW: We also need Forms 4 tomorrow for directors

Rob,

The three Form 4s attached.  Please confirm, prior to this grant, Michael had 42,545 shares according to the last Form 4 he filed.
https://www.sec.gov/Archives/edgar/data/1001601/000114420412064595/xslF345X03/v329140_4.xml

**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  | F 212 930 9725
JWu@srff.com www.srff.com

**From:** Robert Ladd [mailto:rladd@mgtci.com]
**Sent:** Monday, May 30, 2016 1:34 PM
**To:** Joan Wu; Jay Kaplowitz
**Subject:** We also need Forms 4 tomorrow for directors

Thanks,
Rob

(NYSE MKT: MGT)
**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

**(914) 630-7430** office
**(914) 643-6855** cell

AIM:     laddcap
Skype:  laddcapvalue

www.mgtci.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

<Form 4- Ladd 5.31.16 v2.docx>

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.