# **EXHIBIT 54**

This is Google's cache of https://fortune.com/2016/05/09/john-mcafee-mgt-ceo/. It is a snapshot of the page as it appeared on Oct 30, 2022 13:04:32 GMT. The current page could have changed in the meantime. Learn more.

Full version     Text-only version     View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Artificial Intelligence | Cryptocurrency | Metaverse | Cybersecurity

Tech Forward

TECH · CHANGING FACE OF SECURITY

# John McAfee Is Back in Business

BY **ROBERT HACKETT**

May 9, 2016, 5:53 PM UTC



John McAfee pauses during an interview in Miami, Florida, U.S., on Friday, Dec. 14, 2012. McAfee, who is wanted for questioning in

Getty Images

LOUIS LANZANO—BLOOMBERG VIA GETTY IMAGES



John McAfee, the antivirus software pioneer and presidential candidate, is to be named chief executive officer and executive chairman of MGT Capital, a small tech firm that invests in gaming businesses like fantasy sports.

MGT (MGT) has agreed to acquire "certain technology and assets" of McAfee's anti-spy software firm D-Vasive for $300,000 in cash and a 47% stake in the company, which amounts to 23.8 million restricted shares, the company said.



SEARCH    SIGN IN    Subscribe Now

Get Data Sheet, Fortune's technology newsletter.

"The enormous impact of cybersecurity on our lives requires the scale and resources of a public company," McAfee said in a statement. "With the acquisition of D-Vasive technology as a starting point, we expect to grow MGT into a successful and major force in the space."

McAfee's former eponymous company, McAfee, an computer antivirus software firm, sold to Intel (INTC) for $7.7 billion in 2011. Intel dropped the McAfee name and became Intel Security in 2014.

McAfee, the man, spent years in Belize until he came under investigation by the country's law enforcement authorities after a neighbor of his had been murdered. He fled to Guatemala and was shortly after deported to the United States. (Belize has since ceased its pursuit.)

*For more cybersecurity, watch:*

Last year, the international man of mystery announced he would for president in the 2016 election as a member of the self-declared "cyber party." He later decided to run as a Libertarian.

McAfee is known for garnering press attention by making outrageous statements. Last year, he offered to unlock the iPhone that the Federal Bureau of Investigation sought access to as part of the San Bernardino terrorism investigation, boasting he would eat his shoe if he failed.

MGT's stock price spiked about 85% to $0.67 per share on the news in early trading, as Reuters notes. It dropped to about 45 cents per share by the afternoon, still roughly 20% higher than the day prior.

*Correction 6/13/16: This post has been updated to make clear that John McAfee was no longer involved with McAfee, the antivirus software firm, when it sold to Intel in 2010. Further, McAfee had not assumed the role of CEO of MGT as of the writing of this post. He is currently the "proposed executive chairman and chief executive officer," according to Garth Russell, a spokesperson for the firm.*

# Most Popular

**WELL**

The COVID symptoms you get depend on how many vaccine jabs you've had, major study says

October 27, 2022

BY **CHLOE TAYLOR**

**WELL**

The U.S. may be headed for a 'tripledemic,' but one doctor has an urgent warning to parents about the flu in particular

October 28, 2022

BY **L'OREAL THOMPSON PAYTON**

**FINANCE**

Moody's: Home prices to crash 20% in Nashville—here's the revised forecast for the nation's 322 largest housing markets

October 29, 2022

BY **LANCE LAMBERT**

## Rankings

| | |
|---|---|
| 40 Under 40 | Most Powerful Women |
| 100 Best Companies | World's Greatest Leaders |
| Fortune 500 | World's Most Admired Companies |
| Global 500 | See All Rankings |

## Sections

| | | | |
|---|---|---|---|
| Finance | Asia | Health | Newsletters |
| Leadership | Europe | Well | Magazine |
| Success | Environment | Retail | Features |
| Tech | Fortune Crypto | Lifestyle | Commentary |
| | | Politics | |

## Customer Support

Frequently Asked Questions

Customer Service Portal

Privacy Policy

Terms of Use

Single Issues for Purchase

International Print

## Commercial Services

FORTUNE Knowledge Group

FORTUNE Branded Content

Fortune Data Store

Fortune Conferences

Advertising

## About Us

About Us

Work at Fortune

Behavioral Advertising Notice

Terms and Conditions



© 2022 Fortune Media IP Limited. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Use and Privacy Policy | CA Notice at Collection and Privacy Notice | Do Not Sell My Personal Information | Ad Choices
FORTUNE is a trademark of Fortune Media IP Limited, registered in the U.S. and other countries. FORTUNE may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.
S&P Index data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Terms & Conditions. Powered and implemented by Interactive Data Managed Solutions.