UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                          *Plaintiff*,

   – against –

BARRY C. HONIG, ROBERT LADD,
ELLIOT MAZA, BRIAN KELLER,
JOHN H. FORD, GRQ CONSULTANTS, INC.,
and HS CONTRARIAN INVESTMENTS, LLC,

                          *Defendants.*

18 Civ. 8175 (ER)

ECF CASE

-----------------------------------------------------------------------------x

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Robert Ladd certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

NONE

Dated: November 21, 2022

                                                                           /s/ Adam C. Ford
                                                                           Adam C. Ford