UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                        **Plaintiff,**        :
                                       :   18 Civ. 8175 (ER)
          – against –                :
                                       :   ECF CASE
BARRY C. HONIG, ROBERT LADD,           :
ELLIOT MAZA, BRIAN KELLER,             :
JOHN H. FORD, GRQ CONSULTANTS, INC.    :
and HS CONTRARIAN INVESTMENTS, LLC,    :
                                       :
                       **Defendants.**       :
-----------------------------------------------------------------------x

## NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT ROBERT LADD

     PLEASE TAKE NOTICE, that upon the Declaration of Nancy Brown, executed January 31, 2023, and the Exhibits thereto, the Declaration of Katherine S. Bromberg, executed January 31, 2023, and the Exhibits thereto, the Declaration of Ricky Tong, executed January 19, 2023, and the Exhibits thereto, the Declaration of Stephen Johnson, executed January 30, 2023, and the Exhibits thereto, the Declaration of Christopher Petranis, executed on January 18, 2023, Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, Plaintiff's Response to Defendant Ladd's Local Civil Rule 56.1(a) Statement Pursuant to Local Civil Rule 56.1(b), Plaintiff's Memorandum of Law in Support of the Motion, and the prior proceedings had herein, Plaintiff Securities and Exchange Commission ("Commission"), will move this Court, at a date and time to be determined by the Court, before the Honorable Edgardo Ramos, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 56 granting

partial summary judgment to the Commission as to Counts 5, 6, 11, 13, and 17 of the Second Amended Complaint; and such other and further relief as the Court may deem just and proper.

Dated:  January 31, 2023
      New York, NY

By:   /s/ Nancy A. Brown
      Nancy A. Brown
      Jack Kaufman
      Katherine Bromberg
      100 Pearl Street, Suite 20-100
      New York, NY 10004-2616
      (212) 336-0106 (Kaufman)

      Attorneys for Plaintiff