# EXHIBIT B



ROBERT B LADD

SEC-TDA-E-0000674

## Terms and Conditions

### STATEMENT GUIDE

TD Ameritrade provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts with assets.

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value.)

**Activity Summary:** The opening and closing cash balances are reconciled from your quick report reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies this tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current value as of December 31 of the previous year and will be furnished to the Internal Revenue Service.

**Performance Summary:** Monitor your annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method which assumes the first shares you sell are those you purchased first. The estimated investment income? and average cost per share are displayed for your reference (this oldest purchase date is shown for an indication of your holding period).

This statement represents a statement of account assets and account activity of your account only. This statement of account does not reflect the individual statement, valuation or ownership interest of any other person or entity.

**Account Activity:** All account activity is clearly defined, listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm your executed trades with a settlement date after month-end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this statement reporting period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current statement reporting period are summarized. Individual transactions are not listed.

?Due to rounding adjustments, the statement details may not equal the statement totals.
?Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

### GENERAL INFORMATION

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

For TD Ameritrade Clearing, Inc., your advisor firm is separate from and not affiliated with TD Ameritrade, Inc. or TD Ameritrade Clearing, Inc., and each firm is not responsible for the products and services of the other.

**Accuracy of Reports: If you find any errors or omissions in your account statement you should immediately call us at the number listed on page one of your statement. You should also contact our Clearing firm, TD Ameritrade Clearing, Inc. at 800-669-3900.**

Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify a Client Services representative or your local branch office, as well as TD Ameritrade Clearing, Inc. in writing within (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

Please notify us promptly of any changes in your contact information. Transactions reflected on your report will be conclusively deemed accurate unless you notify TD Ameritrade immediately.

**Account Protection:** Deposits held by TD Bank, N.A. and TD Bank USA, N.A. are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds held in your Brokerage Account are not products or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of the Securities Investor Protection Corporation (SIPC) which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of a brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund. Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. Your Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by GCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers ("Providers") do not guarantee the accuracy of the information and data provided. GCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. A summary of commissions and charges incurred will the execution of options transactions is available. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Non-Priced ("NP"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits (CDs) is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Alternative Investments (AI),** also called Non-Standard Assets (NSA), are typically investments in direct participation programs (securities (partnerships), limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange or the Nasdaq Stock Market. The values shown for these investments are estimated values derived from various methods, including, but not limited to, independent appraisals, the program's net assets, and/or third party lender offers that have been provided by the management, administrator and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Non-Priced ("NP"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI/NSA transaction fees are applicable to purchases, capital call processing, and redemptions.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS investments have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available. TD Ameritrade will price the ARS position, taking into consideration both the liquidities and underlying credit quality. The ARS market is currently experiencing a lack of liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

### REGULATORY DISCLOSURES

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed, (ii) federal laws, including the Securities Act of 1933 and the Securities Exchange Act of 1934 each as amended to date and in the future, and the rules and regulations promulgated thereunder, and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate for applicable to each day's balance.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade is available twice a year and may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions by an automated procedure.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow and Compensation:** The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. Compensation generally is in the form of a per share cash payment. We post quarterly reports disclosing the venues for order routing execution at www.tdameritrade.com. A written copy is available upon request. In addition, TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades.

It is our policy, absent client orders to the contrary, to select brokers, dealers and market makers based on the ability to provide best execution and the history of seeking price improvement on market orders. Price improvement is available under certain market conditions, and we regularly monitor executions to meet for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date.

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions of a bond using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 190 4/15

SEC-TDA-E-0000675



**TD Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Statement Reporting Period:
08/01/15 - 08/31/15

**Statement for Account #**   4748
ROBERT B LADD

**Announcements:**
EDUCATION THAT'S ON YOUR CLOCK.
FROM QUICK-HIT VIDEOS TO FULL-ON
COURSES, THE EDUCATION CENTER
MAKES IT EASY TO FIT LEARNING
INTO YOUR DAY. CHECK IT OUT NOW
AT TDAMERITRADE.COM/EDCENTER

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $6.76 | $421.60 | ($414.84) | - | $    - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 38,072.00 | 52,647.40 | (14,575.40) | (27.7)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$38,078.76** | **$53,069.00** | **($14,990.24)** | **(28.2)%** | **$ 0.00** | **0.0%** | Stocks 100.0% |
| **Margin Equity** | **100.0%** | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $421.60 | $25.16 |
| Securities Purchased | (414.84) | (47,276.90) |
| Securities Sold | - | 37,258.80 |
| Funds Deposited | - | 10,000.00 |
| Funds Disbursed | - | - |
| Income | - | 0.02 |
| Expense | - | (0.32) |
| Other | - | - |
| **Closing Balance** | $6.76 | $6.76 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $    - | $    - | $    - |
| Interest | - | - | 0.02 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | (0.32) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | $0.00 | $0.00 | ($0.30) |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 08/31/15 \*\*** | **$809.19** |
| Unrealized Gains | 1,262.81 |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed)$^{YTD}$ | 10,000.00 |
| Income/(Expense)$^{YTD}$ | (0.30) |
| Securities Received/(Delivered)$^{YTD}$ | 0.00 |

\*\*For cost-basis information, refer to www.tdameritrade.com

page 1 of 3

SEC-TDA-E-0000676

**Statement for Account #**     **4748**
08/01/15 - 08/31/15

| Online Cash Services Summary | | |
|---|---|---|
| **Description** | **Current** | **Year To Date** |
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 10,000.00 |
| *Subtotal* | 0.00 | 10,000.00 |
| **TOTAL** | **0.00** | 10,000.00 |

| Income Summary Detail* | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Interest Income Credit Balance | $ 0.00 | $ 0.02 |
| Margin Interest Charged | 0.00 | (0.32) |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| **Stocks - Margin** | | | | | | | | | | |
| LOOKSMART LTD COM | LOOK | 2,000 | $ 1.036 | $2,072.00 | 07/28/15 | $ 809.19 | $ 0.40 | $ 1,262.81 | $ - | - |
| MGT CAPITAL INVESTMENTS INC COM | MGT | 144,000 | 0.25 | 36,000.00 | - | - | - | - | - | - |
| **Total Stocks** | | | | **$38,072.00** | | **$809.19** | | **$1,262.81** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$38,072.00** | | **$809.19** | | **$1,262.81** | **$0.00** | **0.0%** |

page 2 of 3

SEC-TDA-E-0000677

**Statement for Account #     I748**

08/01/15 - 08/31/15

| | | | | | Account Activity | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | | Quantity | Price | Amount | Balance |
| **Opening Balance** | | | | | | | | | | **$421.60** |
| 08/20/15 | 08/25/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | | 1,500 | $ 0.2699 | $ (414.84) | 6.76 |

**Closing Balance**                                                                                                          **$6.76**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

| | | | | Trades Pending Settlement | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | | Amount |
| SELL | LOOKSMART LTD COM | Margin | LOOK | 1,000- | $ 1.37 | 08/27/15 | 09/01/15 | | $ 1,359.98 |
| SELL | LOOKSMART LTD COM | Margin | LOOK | 1,000- | 1.3602 | 08/27/15 | 09/01/15 | | 1,350.18 |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 2,918 | 0.24 | 08/27/15 | 09/01/15 | | (710.31) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 5,000 | 0.2399 | 08/28/15 | 09/02/15 | | (1,209.49) |

page 3 of 3

SEC-TDA-E-0000678



ROBERT B LADD

SEC-TDA-E-0000812

## Terms and Conditions

**STATEMENT GUIDE**

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month. The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value).

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS required transactions for the current and prior years. IRS Form 5498 fair market value is based on the current value as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investment at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method which assumes the first shares you sell are those you purchased first. The estimated investment income¹ and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month-end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

¹Due to rounding adjustments, the statement details may not equal the statement totals.
²Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned at current value balances as of the statement date and the most recent dividend rate or cash yield provided.

**GENERAL INFORMATION**

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** Deposits held by TD Bank, N.A. and TD Bank USA, N.A. are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London Insurers. In the event of brokerage insolvency, a client may recover amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London Insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although the funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund. Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by COH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. COH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Non-Priced ("NP"). The valuations on your statement are provided as general information and we do not guarantee the accuracy of prices. Mortgage backed positions are valued using the remaining balance and the current market price. Valuations may not represent sales proceeds. The secondary market for CDs generally is illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Alternative Investments**, also called Non-Standard Assets (AI), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI typically are illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including but not limited to, independent appraisals, the program's net assets, and/or third party broker offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as NP. For additional detail regarding AI valuation, please contact Client Services. AI are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS have been obtained, if available, from an independent source. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position as NP. ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

**REGULATORY DISCLOSURES**

All transactions are subject to: (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate for applicable to each day's balance.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions by an automated procedure.

**Free Credit Balances (Rule 15c3-2.6.3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade (US) Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to: speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to look for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

SEC-TDA-E-0000813



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Statement Reporting Period:
09/01/15 - 09/30/15

**Statement for Account #**    1748
ROBERT B LADD

**Announcements:**
Filled with fresh thinking and creative
approaches, The Ticker Tape® is your go-to
resource for investing & trading. Stay up
to date with market insights & commentary
from TD Ameritrade every market day.
Visit www.thetickertape.com

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $25,501.69 | $6.76 | $25,494.93 | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 49,504.05 | 38,072.00 | 11,432.05 | 30.0% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$75,005.74** | **$38,078.76** | **$36,926.98** | **97.0%** | **$ 0.00** | **0.0%** | |
| **Margin Equity** | **100.0%** | | | | | | |

Cash 34.0%
Stocks 66.0%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $6.76 | $25.16 |
| Securities Purchased | (17,215.29) | (64,492.19) |
| Securities Sold | 2,710.16 | 39,968.96 |
| Funds Deposited | 40,000.00 | 50,000.00 |
| Funds Disbursed | - | - |
| Income | 0.05 | 0.07 |
| Expense | - | (0.32) |
| Other | 0.01 | 0.01 |
| **Closing Balance** | **$25,501.69** | **$25,501.69** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 0.05 | - | 0.07 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | (0.32) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.05** | **$0.00** | **($0.25)** |

## Performance Summary

| Cost Basis As Of - 09/30/15 ** | $ - |
|---|---|
| Unrealized Gains | - |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed)$^{YTD}$ | 50,000.00 |
| Income/(Expense)$^{YTD}$ | (0.25) |
| Securities Received/(Delivered)$^{YTD}$ | 0.00 |

**For cost-basis information, refer to www.tdameritrade.com

page 1 of 5

SEC-TDA-E-0000814

**Statement for Account #**    4748
09/01/15 - 09/30/15

| Online Cash Services Summary | | |
|---|---|---|
| **Description** | **Current** | **Year To Date** |
| **CREDITS** | | |
| Electronic Transfer | $ 40,000.01 | $ 50,000.01 |
| *Subtotal* | 40,000.01 | 50,000.01 |
| **TOTAL** | **40,000.01** | 50,000.01 |

| Income Summary Detail* | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Interest Income Credit Balance | $ 0.05 | $ 0.07 |
| Margin Interest Charged | 0.00 | (0.32) |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| **Stocks - Margin** | | | | | | | | | | |
| MGT CAPITAL INVESTMENTS INC COM | MGT | 220,018 | $ 0.225 | $49,504.05 | - | $ - | $ - | $ - | $ - | - |
| **Total Stocks** | | | | **$49,504.05** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |
| **Total Margin Account** | | | | **$49,504.05** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |

| Online Cash Services Transaction Detail | | | |
|---|---|---|---|
| **Category** | **Transaction Date** | **Description** | **Amount** |
| **CREDITS** | | | |
| Electronic Transfer | 09/22/2015 | ACH IN | $ 20,000.00 |
| | 09/25/2015 | Courtesy Adjustment | 0.01 |

page 2 of 5

SEC-TDA-E-0000815

Statement for Account #   4748
09/01/15 - 09/30/15

| Online Cash Services Transaction Detail | | | |
|---|---|---|---|
| **Category** | **Transaction Date** | **Description** | **Amount** |
| **CREDITS** | | | |
| | 09/29/2015 | ACH IN | $  20,000.00 |
| **Subtotal** | | | 40,000.01 |
| **TOTAL** | | | 40,000.01 |

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| **Opening Balance** | | | | | | | | | **$6.76** |
| 09/25/15 | 09/25/15 | Cash | Journal - Other | Courtesy Adjustment | - | - | $ 0.00 | $ 0.01 | 6.77 |
| 09/29/15 | 09/29/15 | Cash | Journal - Other | TRANSFER 865034748-1 TO 865034748-2 | - | - | 0.00 | (0.01) | 6.76 |
| 08/27/15 | 09/01/15 | Margin | Sell - Securities Sold | LOOKSMART LTD COM Commission/Fee 9.99 Regulatory Fee 0.03 | LOOK | 1,000- | 1.37 | 1,359.98 | 1,366.74 |
| 08/27/15 | 09/01/15 | Margin | Sell - Securities Sold | LOOKSMART LTD COM Commission/Fee 9.99 Regulatory Fee 0.03 | LOOK | 1,000- | 1.3602 | 1,350.18 | 2,716.92 |
| 08/27/15 | 09/01/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 2,918 | 0.24 | (710.31) | 2,006.61 |
| 08/28/15 | 09/02/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 5,000 | 0.2399 | (1,209.49) | 797.12 |
| 09/01/15 | 09/04/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 300 | 0.2434 | (83.00) | 714.12 |
| 09/01/15 | 09/04/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 2,300 | 0.2434 | (569.81) | 144.31 |
| 09/01/15 | 09/04/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM | MGT | 500 | 0.2433 | (121.65) | 22.66 |
| 09/21/15 | 09/22/15 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 20,000.00 | 20,022.66 |

page 3 of 5

SEC-TDA-E-0000816

Statement for Account #        ‡748
09/01/15 - 09/30/15

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 09/22/15 | 09/25/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 20,000 | 0.225 | (4,509.99) | 15,512.67 |
| 09/22/15 | 09/25/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 13,000 | 0.225 | (2,934.99) | 12,577.68 |
| 09/24/15 | 09/29/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 11,476 | 0.2214 | (2,550.78) | 10,026.90 |
| 09/24/15 | 09/29/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM | MGT | 524 | 0.22 | (115.28) | 9,911.62 |
| 09/28/15 | 09/29/15 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 20,000.00 | 29,911.62 |
| 09/29/15 | 09/29/15 | Margin | Journal - Other | TRANSFER 865034748-1 TO 865034748-2 | - | - | 0.00 | 0.01 | 29,911.63 |
| 09/25/15 | 09/30/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 20,000 | 0.22 | (4,409.99) | 25,501.64 |
| 09/30/15 | 09/30/15 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 09/30/2015 | - | - | 0.00 | 0.05 | 25,501.69 |

**Closing Balance**                                                                                                     **$25,501.69**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

| | | | | | | |
|---|---|---|---|---|---|---|
| **TD Ameritrade Cash Interest Credit/Expense** | | | | | | |
| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
| 09/22/15 | $ - | $ 20,022.66 | 3 | 0.01 | $ - | $ 0.02 |
| 09/25/15 | - | 12,577.69 | 4 | 0.01 | - | 0.01 |
| 09/29/15 | - | 29,911.63 | 1 | 0.01 | - | 0.01 |
| 09/30/15 | - | 25,501.64 | 1 | 0.01 | - | 0.01 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$0.05** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Trades Pending Settlement** | | | | | | | |
| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
| BUY   MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 17,000 | $ 0.225 | 09/28/15 | 10/01/15 | $ (3,834.99) |

page 4 of 5

SEC-TDA-E-0000817

Statement for Account #      ‡748
09/01/15 - 09/30/15

| | Trades Pending Settlement | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Investment Description** | **Account Type** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Trade Date** | **Settle Date** | **Amount** |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 3,000 | 0.2222 | 09/28/15 | 10/01/15 | (666.60) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 4,000 | 0.2149 | 09/28/15 | 10/01/15 | (869.59) |
| BUY | VIGGLE INC COM | Margin | VGGL | 2,800 | 0.8101 | 09/29/15 | 10/02/15 | (2,278.27) |
| BUY | VIGGLE INC COM | Margin | VGGL | 200 | 0.81 | 09/29/15 | 10/02/15 | (162.00) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 10,000 | 0.205 | 09/29/15 | 10/02/15 | (2,059.99) |
| SELL | VIGGLE INC COM | Margin | VGGL | 900- | 0.859 | 09/30/15 | 10/05/15 | 763.09 |
| SELL | VIGGLE INC COM | Margin | VGGL | 1,100- | 0.858 | 09/30/15 | 10/05/15 | 943.78 |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 10,000 | 0.2174 | 09/30/15 | 10/05/15 | (2,183.99) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 5,000 | 0.21 | 09/30/15 | 10/05/15 | (1,059.99) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 7,437 | 0.2175 | 09/30/15 | 10/05/15 | (1,627.54) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 100 | 0.2174 | 09/30/15 | 10/05/15 | (21.74) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Margin | MGT | 12,346 | 0.22 | 09/30/15 | 10/05/15 | (2,726.11) |

SEC-TDA-E-0000818



ROBERT B LADD

SEC-TDA-E-0000804

## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with activity.

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[1] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart.  Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies this tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market values based on the current value as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades in the settlement date after month-end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** Deposits held by TD Bank, N.A. and TD Bank USA, N.A., are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

---

An investment in a money market fund is not insured or guaranteed by the FDIC, or any other government agency. Although the funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund. Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by COH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. COH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price. We mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Non-Priced (N/P). The valuations on your statement are provided as general information and we do not guarantee the accuracy of prices. Mortgage backed positions are valued using the remaining balance and the current market price. Valuations may not represent sales proceeds. The secondary market for CDs generally is illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC market and will not be significant liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Alternative Investments,** also called Non Standard Assets (NA), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. Although alternative investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as N/P. For additional detail regarding AI valuation, please contact Client Services. AI are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

**Auction Rate Securities (ARS) Pricing:** The market values for ARS have been obtained, if available, from an independent source. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will reflect the ARS position as N/P. ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

AI transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

---

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate for applicable to each money currency.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions by an automated procedure.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules  606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor execution to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com.

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209  Omaha, NE  68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

TDA  190 10/15

SEC-TDA-E-0000805


**TD Ameritrade**

Statement Reporting Period:
10/01/15 - 10/31/15

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #**      4748
ROBERT B LADD

**Announcements:**
Filled with fresh thinking and creative
approaches, The Ticker Tape® is your go-to
resource for investing & trading. Stay up
to date with market insights & commentary
from TD Ameritrade every market day.
Visit www.thetickertape.com

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $2,689.47 | $25,501.69 | ($22,812.22) | - | $     - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash 2.5% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 103,648.32 | 49,504.05 | 54,144.27 | 109.4% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks 97.5% |
| **Total** | **$106,337.79** | **$75,005.74** | **$31,332.05** | **41.8%** | **$ 0.00** | **0.0%** | |
| **Margin Equity** | **100.0%** | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $25,501.69 | $25.16 |
| Securities Purchased | (54,658.28) | (119,150.47) |
| Securities Sold | 31,846.04 | 71,815.00 |
| Funds Deposited | - | 50,000.00 |
| Funds Disbursed | - | - |
| Income | 0.02 | 0.09 |
| Expense | - | (0.32) |
| Other | - | 0.01 |
| **Closing Balance** | **$2,689.47** | **$2,689.47** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $     - | $     - | $     - |
| Interest | 0.02 | - | 0.09 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | (0.32) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.02** | **$0.00** | **($0.23)** |

## Performance Summary

| Cost Basis As Of - 10/31/15 ** | $     - |
|---|---|
| Unrealized Gains | - |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed)^YTD | 50,000.00 |
| Income/(Expense)^YTD | (0.23) |
| Securities Received/(Delivered)^YTD | 0.00 |

**For cost-basis information, refer to www.tdameritrade.com

page 1 of 6

SEC-TDA-E-0000806

**Statement for Account #**        4748
10/01/15 - 10/31/15

| Online Cash Services Summary | | |
|---|---|---|
| **Description** | **Current** | **Year To Date** |
| **CREDITS** | | |
| Electronic Transfer | $  - | $  50,000.01 |
| **Subtotal** | 0.00 | 50,000.01 |
| **TOTAL** | 0.00 | 50,000.01 |

| Income Summary Detail* | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Interest Income Credit Balance | $ 0.02 | $ 0.09 |
| Margin Interest Charged | 0.00 | (0.32) |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated** | |
| | | | | | | | | | **Income** | **Yield** |
| **Stocks - Margin** | | | | | | | | | | |
| MGT CAPITAL INVESTMENTS INC COM | MGT | 323,901 | $ 0.32 | $ 103,648.32 | - | $ - | $   - | $ - | $ - | - |
| **Total Stocks** | | | | $103,648.32 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Margin Account** | | | | $103,648.32 | | $0.00 | | $0.00 | $0.00 | 0.0% |

page 2 of 6

SEC-TDA-E-0000807

**Statement for Account #      5748**
10/01/15 - 10/31/15

| | | | | | **Account Activity** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| **Opening Balance** | | | | | | | | | $25,501.69 |
| 09/28/15 | 10/01/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 17,000 | $ 0.225 | $ (3,834.99) | 21,666.70 |
| 09/28/15 | 10/01/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM | MGT | 3,000 | 0.2222 | (666.60) | 21,000.10 |
| 09/28/15 | 10/01/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 4,000 | 0.2149 | (869.59) | 20,130.51 |
| 09/29/15 | 10/02/15 | Margin | Buy - Securities Purchased | VIGGLE INC COM Commission/Fee 9.99 | VGGL | 2,800 | 0.8101 | (2,278.27) | 17,852.24 |
| 09/29/15 | 10/02/15 | Margin | Buy - Securities Purchased | VIGGLE INC COM | VGGL | 200 | 0.81 | (162.00) | 17,690.24 |
| 09/29/15 | 10/02/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 10,000 | 0.205 | (2,059.99) | 15,630.25 |
| 09/30/15 | 10/05/15 | Margin | Sell - Securities Sold | VIGGLE INC COM Commission/Fee 9.99 Regulatory Fee 0.02 | VGGL | 900- | 0.859 | 763.09 | 16,393.34 |
| 09/30/15 | 10/05/15 | Margin | Sell - Securities Sold | VIGGLE INC COM Regulatory Fee 0.02 | VGGL | 1,100- | 0.858 | 943.78 | 17,337.12 |
| 09/30/15 | 10/05/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 10,000 | 0.2174 | (2,183.99) | 15,153.13 |
| 09/30/15 | 10/05/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 5,000 | 0.21 | (1,059.99) | 14,093.14 |
| 09/30/15 | 10/05/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 7,437 | 0.2175 | (1,627.54) | 12,465.60 |
| 09/30/15 | 10/05/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM | MGT | 100 | 0.2174 | (21.74) | 12,443.86 |
| 09/30/15 | 10/05/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 12,346 | 0.22 | (2,726.11) | 9,717.75 |

page 3 of 8

SEC-TDA-E-0000808

Statement for Account #        748
10/01/15 - 10/31/15

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 10/01/15 | 10/06/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 2,400 | 0.22 | (537.99) | 9,179.76 |
| 10/01/15 | 10/06/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM | MGT | 7,600 | 0.219 | (1,664.40) | 7,515.36 |
| 10/01/15 | 10/06/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 10,000 | 0.22 | (2,209.99) | 5,305.37 |
| 10/01/15 | 10/06/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 8,200 | 0.215 | (1,772.99) | 3,532.38 |
| 10/01/15 | 10/06/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM | MGT | 1,800 | 0.2149 | (386.82) | 3,145.56 |
| 10/02/15 | 10/07/15 | Margin | Buy - Securities Purchased | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 | MGT | 5,000 | 0.2099 | (1,059.24) | 2,086.32 |
| 10/05/15 | 10/08/15 | Margin | Sell - Securities Sold | VIGGLE INC COM Commission/Fee 9.99 Regulatory Fee 0.02 | VGGL | 1,000- | 0.9351 | 925.09 | 3,011.41 |
| 10/08/15 | 10/14/15 | Margin | Buy - Securities Purchased | GREAT BASIN SCIENTIFIC INC COM Commission/Fee 9.99 | GBSN | 20,000 | 0.0925 | (1,859.99) | 1,151.42 |
| 10/08/15 | 10/14/15 | Margin | Buy - Securities Purchased | GREAT BASIN SCIENTIFIC INC COM Commission/Fee 9.99 | GBSN | 10,000 | 0.0903 | (912.99) | 238.43 |
| 10/21/15 | 10/26/15 | Margin | Sell - Securities Sold | GREAT BASIN SCIENTIFIC INC COM Commission/Fee 9.99 Regulatory Fee 0.02 | GBSN | 10,000- | 0.075 | 739.99 | 978.42 |
| 10/21/15 | 10/26/15 | Margin | Sell - Securities Sold | GREAT BASIN SCIENTIFIC INC COM Commission/Fee 9.99 Regulatory Fee 0.03 | GBSN | 20,000- | 0.075 | 1,489.98 | 2,468.40 |
| 10/23/15 | 10/28/15 | Margin | Buy - Securities Purchased | PANDORA MEDIA INC COM Commission/Fee 9.99 | P | 500 | 12.7199 | (6,369.94) | (3,901.54) |

page 4 of 6

SEC-TDA-E-0000809

**Statement for Account #        4748**
10/01/15 - 10/31/15

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 10/23/15 | 10/28/15 | Margin | Buy - Securities Purchased | PANDORA MEDIA INC COM Commission/Fee 9.99 | P | 200 | 12.2499 | (2,459.97) | (6,361.51) |
| 10/23/15 | 10/28/15 | Margin | Sell - Securities Sold | PANDORA MEDIA INC COM Commission/Fee 9.99 Regulatory Fee 0.08 | P | 300- | 12.82 | 3,835.93 | (2,525.58) |
| 10/23/15 | 10/28/15 | Margin | Sell - Securities Sold | PANDORA MEDIA INC COM Commission/Fee 9.99 Regulatory Fee 0.05 | P | 200- | 13.06 | 2,601.96 | 76.38 |
| 10/23/15 | 10/28/15 | Margin | Sell - Securities Sold | PANDORA MEDIA INC COM Commission/Fee 9.99 Regulatory Fee 0.03 | P | 100- | 13.00 | 1,289.98 | 1,366.36 |
| 10/26/15 | 10/29/15 | Margin | Sell - Securities Sold | PANDORA MEDIA INC COM Commission/Fee 9.99 Regulatory Fee 0.03 | P | 100- | 12.70 | 1,259.98 | 2,626.34 |
| 10/29/15 | 10/29/15 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 69.83 | 2,696.17 |
| 10/30/15 | 10/30/15 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (6.72) | 2,689.45 |
| 10/30/15 | 10/30/15 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 10/30/2015 | - | - | 0.00 | 0.02 | 2,689.47 |
| 10/26/15 | 10/29/15 | Short | Sell - Securities Sold | PANDORA MEDIA INC COM Commission/Fee 9.99 Regulatory Fee 0.03 | P | 100- | 13.495 | 1,339.48 | 4,028.95 |
| 10/26/15 | 10/29/15 | Short | Sell - Securities Sold | PANDORA MEDIA INC COM Regulatory Fee 0.05 | P | 200- | 13.4901 | 2,697.97 | 6,726.92 |
| 10/26/15 | 10/29/15 | Short | Sell - Securities Sold | PANDORA MEDIA INC COM Commission/Fee 9.99 Regulatory Fee 0.06 | P | 200- | 13.66 | 2,721.95 | 9,448.87 |
| 10/26/15 | 10/29/15 | Short | Buy - Securities Purchased | PANDORA MEDIA INC COM Commission/Fee 9.99 | P | 100 | 13.55 | (1,364.99) | 8,083.88 |

page 5 of 6

SEC-TDA-E-0000810

**Statement for Account #     $748**
10/01/15 - 10/31/15

| | | | | | **Account Activity** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 10/26/15 | 10/29/15 | Short | Buy - Securities Purchased | PANDORA MEDIA INC COM Commission/Fee 9.99 | P | 300 | 13.299 | (3,999.69) | 4,084.19 |
| 10/26/15 | 10/29/15 | Short | Buy - Securities Purchased | PANDORA MEDIA INC COM Commission/Fee 9.99 | P | 100 | 13.149 | (1,324.89) | 2,759.30 |
| 10/29/15 | 10/29/15 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (69.83) | 2,689.47 |
| 10/27/15 | 10/30/15 | Short | Sell - Securities Sold | STARWOOD HOTELS & RESORTS COM Commission/Fee 9.99 Regulatory Fee 0.14 | HOT | 100- | 75.24 | 7,513.87 | 10,203.34 |
| 10/27/15 | 10/30/15 | Short | Buy - Securities Purchased | STARWOOD HOTELS & RESORTS COM Commission/Fee 9.99 | HOT | 50 | 75.54 | (3,786.99) | 6,416.35 |
| 10/27/15 | 10/30/15 | Short | Sell - Securities Sold | STARWOOD HOTELS & RESORTS COM Commission/Fee 9.99 Regulatory Fee 0.07 | HOT | 50- | 74.661 | 3,722.99 | 10,139.34 |
| 10/27/15 | 10/30/15 | Short | Buy - Securities Purchased | STARWOOD HOTELS & RESORTS COM Commission/Fee 9.99 | HOT | 100 | 74.466 | (7,456.59) | 2,682.75 |
| 10/30/15 | 10/30/15 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 6.72 | 2,689.47 |
| **Closing Balance** | | | | | | | | | **$2,689.47** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

| | | **TD Ameritrade Cash Interest Credit/Expense** | | | | |
|---|---|---|---|---|---|---|
| **Begin Date** | **Margin Balance** | **Credit Balance** | **Number of Days** | **Interest Rate** | **Interest Debited** | **Interest Credited** |
| 10/01/15 | $ - | $ 20,130.51 | 1 | 0.01 | $ - | $ 0.01 |
| 10/02/15 | - | 15,630.25 | 3 | 0.01 | - | 0.01 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$0.02** |

page 6 of 6

SEC-TDA-E-0000811