# EXHIBIT D



ROBERT B LADD IRA TD AMERITRADE
CLEARING, CUSTODIAN

SEC-TDA-E-0000234

## Terms and Conditions

### STATEMENT GUIDE

TD Ameritrade provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts with assets.

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value.)

**Activity Summary:** The opening and closing cash balances are reconciled here for your quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies this tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current value as of December 31 of the previous year and will be furnished to the Internal Revenue Service.

**Performance Summary:** Monitor your annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method which assumes the first shares you sell are those you purchased first. The estimated investment income? and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period).

This statement represents a statement of account assets and account activity of your account only. This statement of account does not reflect the individual statement, valuation or ownership interest of any other person or entity.

**Account Activity:** All account activity is clearly defined, listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm your executed trades with a settlement date after month-end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this statement reporting period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current statement reporting period are summarized. Individual transactions are not listed.

?Due to rounding adjustments, the statement details may not equal the statement totals.

?Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned at current value balance as of the statement date and the most recent dividend rate or cash yield provided.

### GENERAL INFORMATION

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

For TD Ameritrade Institutional clients, your advisor firm is separate from and not affiliated with TD Ameritrade, Inc. or TD Ameritrade Clearing, Inc., and each firm is not responsible for the products and services of the other.

**Accuracy of Reports: If you find any errors or omissions in your account statement you should immediately call us at the number listed on page one of your statement. You should also contact our Clearing firm, TD Ameritrade Clearing, Inc. at 800-669-3900.**

Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify a Client Services representative or your local branch office, as well as TD Ameritrade Clearing, Inc. in writing within (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

Please notify us promptly of any changes in your contact information. Transactions reflected on your report will be conclusively deemed accurate unless you notify TD Ameritrade immediately.

**Account Protection:** Deposits held by TD Bank, N.A. and TD Bank USA, N.A., are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not products or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of the Securities Investor Protection Corporation ("SIPC"), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of a brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined

return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund. Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. Your Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld and sales proceeds). Some payments are subject to reclassification which will be refunded on subsequent tax reports.

**Cost Basis:** Cost Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by GCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers ("Providers") do not guarantee the accuracy of the information and data provided. GCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. A summary of commissions and charges incurred in the execution of options transactions is available. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Non-Priced ("NP"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage-backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits (CDs) is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Alternative Investments (AI),** also called Non-Standard Assets (NSA), are typically investments in direct participation programs (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange or the Nasdaq Stock Market. The values shown for these investments are estimated values derived from various methods, including, but not limited to, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Non-Priced ("NP"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI/NSA transaction fees are applicable to purchases, capital call processing, and redemptions.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS investments have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS market is currently experiencing a lack of liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

### REGULATORY DISCLOSURES

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed, (ii) federal laws, including the Securities Act of 1933 and the Securities Exchange Act of 1934, each as amended to date and in the future, and the rules and regulations promulgated thereunder, and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate for applicable to each day's balance.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade is available twice a year and may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions by an automated procedure.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow and Compensation:** The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. Compensation generally is in the form of a per share cash payment. We post quarterly reports disclosing the venues for order routing execution at www.tdameritrade.com. A written copy is available upon request. In addition, TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades.

It is our policy, absent client orders to the contrary, to select brokers, dealers and market makers based on the ability to provide best execution and the history of seeking price improvement on market orders. Price improvement is available under certain market conditions, and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date.

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com.

**Callable Securities:** The allocation of partial redemptions of callable bonds is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement will be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



**Statement Reporting Period:**
08/01/15 - 08/31/15

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc.. Member SIPC*

**Statement for Account #**    2587
ROBERT B LADD IRA TD AMERITRADE
CLEARING, CUSTODIAN

**Announcements:**
EDUCATION THAT'S ON YOUR CLOCK.
FROM QUICK-HIT VIDEOS TO FULL-ON
COURSES, THE EDUCATION CENTER
MAKES IT EASY TO FIT LEARNING
INTO YOUR DAY. CHECK IT OUT NOW
AT TDAMERITRADE.COM/EDCENTER

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $    - | $    - | $    - | - | $    - | - | |
| Insrd Dep Acct (IDA) | 22.61 | 22.61 | - | - | - | 0.01% | |
| Money Market | - | - | - | - | - | - | IDA 0.2% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 9,381.55 | 11,987.45 | (2,605.90) | (21.7)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks 99.8% |
| **Total** | **$9,404.16** | **$12,010.06** | **($2,605.90)** | **(21.7)%** | **$ 0.00** | **0.0%** | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $    - |
| Securities Purchased | - | (13,568.43) |
| Securities Sold | - | 10,880.18 |
| Contributions | - | - |
| Distributions | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | 2,688.25 |
| **Closing Balance** | $ 0.00 | $0.00 |

## Retirement Account Summary

| | 2015 PTD | 2015 YTD | 2014 YTD |
|---|---|---|---|
| Contributions | $    - | $    - | $    - |
| Plan Contribution | - | - | - |
| Rollover | - | - | - |
| Direct Transfer | - | - | - |
| Tax Withheld | - | - | - |
| Recharact | - | - | - |
| Roth Conv. | - | - | - |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 08/31/15 ** | $134,435.16 |
| Unrealized Gains | - |
| Unrealized Losses | (125,053.61) |
| Funds Deposited/(Disbursed)$^{YTD}$ | - |
| Income/(Expense)$^{YTD}$ | - |
| Securities Received/(Delivered)$^{YTD}$ | 0.00 |

**For cost-basis information, refer to www.tdameritrade.com

page 1 of 3

SEC-TDA-E-0000236

Statement for Account #   2587
08/01/15 - 08/31/15

| Income Summary Detail* | | |
|---|---|---|
| Description | Current | Year to Date |
| IDA Interest | $ 0.00 | $ 0.08 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

| | Symbol/ | | Current | Market | Purchase | Cost | Average | Unrealized | Estimated | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investment Description | CUSIP | Quantity | Price | Value | Date | Basis | Cost | Gain(Loss) | Income | Yield |
| **Stocks - Cash** | | | | | | | | | | |
| LOOKSMART LTD COM | LOOK | 1,550 | $ 1.036 | $1,605.80 | 04/28/15 | $ 1,782.74 | $ 1.15 | $ (176.94) | $ - | - |
| MGT CAPITAL INVESTMENTS INC COM | MGT | 31,103 | 0.25 | 7,775.75 | 03/19/10 | 132,652.42 | 4.26 | (124,876.67) | - | - |
| **Total Stocks** | | | | **$9,381.55** | | **$134,435.16** | | **$(125,053.61)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$9,381.55** | | **$134,435.16** | | **$(125,053.61)** | **$0.00** | **0.0%** |

*Account Positions*

| Insured Deposit Account Interest Credited | | | | | | |
|---|---|---|---|---|---|---|
| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
| 08/01/15 | $ 22.61 | 31 | 0.0100 | $ - | $ - | $ - |
| **Total Interest Income** | | | | | | **$0.00** |

| Trades Pending Settlement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Investment Description | | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
| SELL | LOOKSMART LTD COM | Cash | LOOK | 1,550- | $ 1.491 | 08/27/15 | 09/01/15 | $ 2,302.00 |

page 2 of 3

SEC-TDA-E-0000237

Statement for Account #    2587
08/01/15 - 08/31/15

### Trades Pending Settlement

| | Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|---|
| BUY | MGT CAPITAL INVESTMENTS INC COM | Cash | MGT | 9,000 | 0.2324 | 08/27/15 | 09/01/15 | (2,100.38) |
| BUY | MGT CAPITAL INVESTMENTS INC COM | Cash | MGT | 897 | 0.2301 | 08/28/15 | 09/02/15 | (215.40) |

### Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | $22.61 |
| Closing Balance | | | | | | | | $22.61 |
| TD Bank NA | | | | | | | $22.61 | |

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by TD Bank, N.A., or TD Bank USA, N.A., or both.  The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

page 3 of 3

SEC-TDA-E-0000238