# EXHIBIT E

**E\*TRADE Pro Elite Investment Account**

November 1, 2015 - November 30, 2015

| | |
|---|---|
| Account Number: | XXXX-8290 |
| Account Type: | INDIVIDUAL |
| Account Status: | Pro Elite |

**E\*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

## Customer Update:

**Year-End Tips for 2015 Tax Planning**
We've put together a list of 10 tax moves to consider making
before December 31st. Read the checklist today at
etrade.com/yearendchecklist.

### IMPORTANT INFORMATION

We've revamped your E\*TRADE Complete View accounts
page, making it easier to read and navigate. It now
provides faster access to the key information you need,
including the day's gain/loss, data on your individual
investments and Watch Lists. Log in to your account
and check it out today.

ROBERT B LADD



### Account At A Glance

$189,841.42



As of 10/31/15     As of 11/30/15

Net Change:                        $189,841.42

---



**E\*TRADE FINANCIAL** · Banking · Investing · Trading

▲ DETACH HERE                                                                    DETACH HERE ▲

ROBERT B LADD

**Use This Deposit Slip**          **Acct: XXXX-8290**

**Please do not send cash**

Make checks payable to E\*TRADE Clearing LLC.

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E\*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

113020150001 111364482906

SEC-ETRADE-E-0000092





E*TRADE Pro Elite
Investment Account

E*TRADE
FINANCIAL
Trading · Investing · Banking

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"). E*TRADE Clearing LLC ("ETC"), Member FINRA/SIPC, which maintains your funds and securities deposited with ETC directly by you, through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-6247. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-6247. You should re- confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA)

[The remainder of this page consists of dense fine-print legal text in multiple columns covering topics including: Applicable Rules and Regulations, Interest/Dividends, SIPC and other Insurance Coverage, Trading in non-U.S. Markets, Payment for Order Flow, Margin Accounts, Free Credit Balances, Sweep Programs, Options Trading, Random Allocation of Options Exercise Notices, Financial Statement, and Valuation of Certain Alternative Investments. The text is too small to transcribe reliably.]

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

### Definitions

**Activity/Trade** Date Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security

**DIV/CPN% Yield.** Annual dividend or bond% yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled

**Symbol/CUSIP.** The symbol or identification number for each security

51RB240 rev 06-15

SEC-ETRADE-E-0000093





**E*TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290

**Statement Period :** November 1, 2015 - November 30, 2015

**Account Type:** INDIVIDUAL

Direct your service and investment questions to:
Elite Client Service
1-888-388-2900

**Customer Update:**

Make a Difference with Your Small Shareholdings Donate your small and fractional shares via ShareGift USA. Learn more at etrade.com/charitabledonations

## ACCOUNT OVERVIEW

| Last Statement Date: | | October 31, 2015 |
|---|---|---|
| Beginning Account Value (On 10/31/15): | $ | 0.00 |
| Ending Account Value (On 11/30/15): | $ | 189,841.42 |
| Net Change: | $ | 189,841.42 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 11/30/15)



100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 11/30/15 | AS OF 10/31/15 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ 500.00 | $ 0.00 | - - |
| Total Cash/Margin Debt | $ 500.00 | $ 0.00 | - - |
| Stocks, Options & ETF (Long) | $ 189,341.42 | $ 0.00 | - - |
| Total Value of Securities | $ 189,341.42 | $ 0.00 | - - |
| **Net Account Value** | **$ 189,841.42** | **$ 0.00** | **- -** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC     PAGE 3 OF 6

SEC-ETRADE-E-0000094





**E✱TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290    **Statement Period :** November 1, 2015 - November 30, 2015    **Account Type:** INDIVIDUAL

**NET ACCOUNT VALUE BY MONTH END**



**ACCOUNT TRANSACTION SUMMARY**

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|

**TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/15)**



100.00%  - MGT

E✱TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC    PAGE 4 OF 5

SEC-ETRADE-E-0000095





**E*TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290                    Statement Period : November 1, 2015 - November 30, 2015                    Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | 733,313 | 0.2582 | 189,341.42 | 100.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | 189,341.42 | 100.00% | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/15)** | | | | | 189,841.42 | | | |

## TRANSACTION HISTORY

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/30/15 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 200 | 0.2504 | | 39.08 |
| 11/30/15 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 800 | 0.2501 | | 186.08 |
| 11/30/15 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 10,000 | 0.2500 | | 2,439.96 |
| 11/30/15 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 20,500 | 0.2500 | | 5,022.40 |
| 11/30/15 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 25,000 | 0.2500 | | 6,114.89 |
| 11/30/15 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 41,290 | 0.2500 | | 10,105.87 |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 11/25/15 | Wire | INWIRE-20151125B6B7HU2R008802 REFID:20151125B6B7HU2R008802; | | 500.00 |
| 11/27/15 | Other | TRANSFER BAL FROM CASH | 500.00 | |
| 11/27/15 | Other | TRANSFER BAL TO MARGIN | | 500.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$500.00** |

SEC-ETRADE-E-0000096





**Account Number:** XXXX-8290                    **Statement Period** : November 1, 2015 - November 30, 2015                    **Account Type:** INDIVIDUAL

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|--------------|------------------|----------|-------|----------------|-----------------|
| 11/27/15 | MGT CAPITAL INVESTMENTS INC 0443 | MGT | Receive | 433,313 | | | |
| 11/27/15 | MGT CAPITAL INVESTMENTS INC 0188 | MGT | Receive | 300,000 | | | |

SEC-ETRADE-E-0000097

E*TRADE Pro Elite
Investment Account

December 1, 2015 - December 31, 2015

| | |
|---|---|
| Account Number: | XXXX-8290 |
| Account Type: | INDIVIDUAL |
| Account Status: | Pro Elite |

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Due to the Federal Reserve's interest rate increase, E*TRADE margin rates have changed. View the new margin rates online at etrade.com/pricing.

**IMPORTANT INFORMATION**

We've revamped your E*TRADE Complete View accounts page, making it easier to read and navigate. It now provides faster access to the key information you need, including the day's gain/loss, data on your individual investments and Watch Lists. Log in to your account and check it out today.

ROBERT B LADD



**Account At A Glance**

$189,841.42



$139,513.93



As of 11/30/15     As of 12/31/15

Net Change:          $-50,327.49

---



E*TRADE FINANCIAL
Banking · Investing · Trading

DETACH HERE ▲

ROBERT B LADD

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**          **Acct: XXXX-8290**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

123120150001 111364482906

E*TRADE Pro Elite
Investment Account

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF- SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"), E*TRADE Clearing LLC ("ETC"), Member FINRA/SIPC, which maintains your funds and securities deposited with ETC directly by you, through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-6247. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-6247. You should re- confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the/provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 1-800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to- date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of their prior to the end of the calendar year.

**SIPC and other Insurance Coverage.** Each of ETC and ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC and ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call (202) 371- 8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETC has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non
U.S. markets, you first must either (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade, or
(2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Orders executed on a non-U.S. exchange will be effected by one or more executing brokers and may be subject to additional fees.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses or the amount required by ETC in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360 day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETC payable to you upon demand ("free credit balances"), 1) can be maintained in the securities account and will earn a rate through the "Cash Balance Program" as more fully described at https://us.etrade.com/e/t/estation/pricing?id=1907000200&state=5), and 2) are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.

**Sweep Programs.** You may have the option to have free credit balances in your securities account automatically transferred to either 1) a money market mutual fund product insured by SIPC as described above, or 2) an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC (collectively with the money market mutual fund products, "Sweep Program") but which are not obligations of ETC. For detailed information of the general terms and conditions of the products available through the Sweep Program go to www.etrade.com/sweepoptions. The products available under the Sweep Program may change at any time. Additionally, you may at any time change your selection among the products available in the Sweep Program, or you may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect any such free credit balance in your securities account that you opt to have automatically transferred to an account at a bank, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including OPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETC by the issuer of the investment, or a valuation provided by an independent third party, which ETC will obtain as part of its services, on an annual or more frequent basis. ETC does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETC assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements.

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

E*TRADE
FINANCIAL
Trading • Investing • Banking

**Definitions**

**Activity/Trade** Date. Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond% yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 06/15



**E✱TRADE**
**FINANCIAL**
Trading  ·  Investing  ·  Banking



**E✱TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290

Statement Period : December 1, 2015 - December 31, 2015

Account Type: INDIVIDUAL

Direct your service and investment questions to:
Elite Client Service
1-888-388-2900

**Customer Update:**

When to Expect Your 2015 Tax Documents
Visit etrade.com/taxschedule for a calendar of dates when you can expect to receive 1099s, 5498s, and other important tax documents

## ACCOUNT OVERVIEW

Last Statement Date:      November 30, 2015

| | | |
|---|---|---|
| Beginning Account Value(On 11/30/15): | $ | 189,841.42 |
| Ending Account Value (On 12/31/15): | $ | 139,513.93 |
| Net Change: | $ | -50,327.49 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 12/31/15)



100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 12/31/15 | AS OF 11/30/15 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ 8,098.37 | $ 500.00 | 1,519.67% |
| **Total Cash/Margin Debt** | **$ 8,098.37** | **$ 500.00** | **1,519.67%** |
| Stocks, Options & ETF (Long) | $ 131,415.56 | $ 189,341.42 | -30.59% |
| **Total Value of Securities** | **$ 131,415.56** | **$ 189,341.42** | **-30.59%** |
| **Net Account Value** | **$ 139,513.93** | **$ 189,841.42** | **-26.51%** |

Securities products and services are offered by E²TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E²TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E²TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E²TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SEC-ETRADE-E-0000100





**E✳TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290      **Statement Period :** December 1, 2015 - December 31, 2015      **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Sold | S | 47,502.58 | S | 47,502.58 |
| Interest Received | | | | |
| Taxable | S | 0.02 | S | 0.02 |
| Margin Interest | S | -4.60 | S | -4.60 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/15)



100.00% - MGT

E✳TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC      PAGE 4 OF 8

SEC-ETRADE-E-0000101





**E✱TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290          **Statement Period :** December 1, 2015 - December 31, 2015          **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

**CASH & CASH EQUIVALENTS (0.00% of Holdings)**

| DESCRIPTION | | | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|---|---|

**TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (CREDIT INTEREST ONLY)**          $0.02

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)**

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | 547,471 | 0.2300 | 125,918.33 | 95.82 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Margin | 23,901 | 0.2300 | 5,497.23 | 4.18 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | $131,415.56 | 100.00% | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/15)**          $139,513.93

## TRANSACTION HISTORY

**SECURITIES PURCHASED OR SOLD**

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/30/15 11:10 | 12/03/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -200 | 0.2504 | | 39.08 |
| 11/30/15 11:07 | 12/03/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -800 | 0.2501 | | 186.08 |
| 11/30/15 10:56 | 12/03/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.2500 | | 2,439.96 |
| 11/30/15 11:10 | 12/03/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -20,500 | 0.2500 | | 5,022.40 |
| 11/30/15 11:06 | 12/03/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -25,000 | 0.2500 | | 6,114.89 |
| 11/30/15 10:56 | 12/03/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -41,290 | 0.2500 | | 10,105.87 |
| 12/02/15 15:50 | 12/07/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -11,052 | 0.2600 | | 2,863.47 |
| 12/03/15 15:31 | 12/08/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -2,000 | 0.2596 | | 509.20 |
| 12/07/15 12:25 | 12/10/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -25,000 | 0.2500 | | 6,114.89 |
| 12/07/15 12:27 | 12/10/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -25,000 | 0.2500 | | 6,114.89 |

SEC-ETRADE-E-0000102





**E✳TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290                    Statement Period : December 1, 2015 - December 31, 2015                    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/23/15 09:49 | 12/29/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -200 | 0.3300 | | 56.00 |
| 12/23/15 09:49 | 12/29/15 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -24,800 | 0.3200 | | 7,935.85 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$47,502.58** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | | SYMBOL/ CUSIP | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|
| 12/28/15 | Interest | INTEREST ON CASH BALANCE AT 0.009% 11/26 THRU 12/25 APY 0.0099% | | 00099A109 | | | | 0.02 |
| 12/28/15 | Interest | FROM 11/26 THRU 12/15 @ 8.440% BAL    101- AVBAL  19,450 | | | | | 3.04 | |
| 12/28/15 | Interest | FROM 12/16 THRU 12/25 @ 8.690% BAL    101- AVBAL  19,450 | | | | | 1.56 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | | **$4.60** | **$0.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | | **$4.58** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/02/15 | Wire | WIRE OUT | 20,000.00 | |
| 12/02/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449032915234; | | 9.99 |
| 12/02/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449032915315; | | 9.99 |
| 12/02/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449032915420; | | 9.99 |
| 12/02/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449032915496; | | 9.99 |
| 12/02/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449032915562; | | 9.99 |
| 12/03/15 | Other | TRANSFER BAL FROM CASH | | 19,950.05 |
| 12/03/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449119385771; | | 9.99 |
| 12/03/15 | Other | TRANSFER BAL TO MARGIN | 19,950.05 | |

SEC-ETRADE-E-0000103





**E✱TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290     Statement Period : December 1, 2015 - December 31, 2015     Account Type: INDIVIDUAL

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 12/04/15 | Other | TRANSFER BAL FROM CASH | 23,918.27 | |
| 12/04/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449205754749; | | 9.99 |
| 12/04/15 | Other | TRANSFER BAL TO MARGIN | | 23,918.27 |
| 12/07/15 | Other | TRANSFER BAL FROM CASH | 9.99 | |
| 12/07/15 | Other | TRANSFER BAL TO MARGIN | | 9.99 |
| 12/08/15 | Other | TRANSFER BAL FROM CASH | 2,863.47 | |
| 12/08/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449551434259; | | 9.99 |
| 12/08/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1449551434336; | | 9.99 |
| 12/08/15 | Other | TRANSFER BAL TO MARGIN | | 2,863.47 |
| 12/09/15 | Other | TRANSFER BAL FROM CASH | 529.18 | |
| 12/09/15 | Other | TRANSFER BAL TO MARGIN | | 529.18 |
| 12/10/15 | R&D | TRANSFER FROM TD AMERITRADE ACAT20153380017124 BOS 0188 | | 0.47 |
| 12/11/15 | Transfer | ACH WITHDRAWL REFID:20647723749; | 20,000.00 | |
| 12/11/15 | Other | TRANSFER BAL FROM CASH | 12,230.25 | |
| 12/11/15 | Other | TRANSFER BAL TO MARGIN | | 12,230.25 |
| 12/14/15 | Other | TRANSFER BAL FROM CASH | | 20,000.00 |
| 12/14/15 | Other | TRANSFER BAL TO MARGIN | 20,000.00 | |
| 12/24/15 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1450933812508; | | 9.99 |
| 12/28/15 | Other | TRANSFER BAL FROM CASH | 9.99 | |
| 12/28/15 | Other | TRANSFER BAL TO MARGIN | | 9.99 |
| 12/29/15 | Other | TRANSFER BAL FROM CASH | 0.02 | |
| 12/29/16 | Other | TRANSFER BAL TO MARGIN | | 0.02 |

SEC-ETRADE-E-0000104





E✳TRADE Pro Elite
Investment Account

Account Number: XXXX-8290                Statement Period : December 1, 2015 - December 31, 2015                Account Type: INDIVIDUAL

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 12/30/15 | Other | TRANSFER BAL FROM CASH | 7,991.85 | |
| 12/30/15 | Other | TRANSFER BAL TO MARGIN | | 7,991.85 |
| NET WITHDRAWALS & DEPOSITS | | | $39,899.63 | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 12/10/15 | MGT CAPITAL INVESTMENTS INC TRANSFER FROM TD AMERITRADE ACAT20153380017124 BOS 0188 | MGT | R&D | 23,901 | | | |

SEC-ETRADE-E-0000105

**E\*TRADE Pro Elite**
**Investment Account**

January 1, 2016 - January 31, 2016
**Account Number:**   XXXX-8290
**Account Type:**   INDIVIDUAL
**Account Status:**   Pro Elite

**Customer Update:**
2015 Tax Documents will be available by February 18, 2016.

**E\*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION**

New on etrade.com: TipRanks
Get access to:
· Consensus buy/sell recommendations from over 3,700 analysts.
· Market sentiment from over 4,500 financial bloggers.
· Stock recommendations & price targets from high-performing analysts.
Try TipRanks today. Log on and request a stock quote to get started.

ROBERT B LADD



**Account At A Glance**

$187,382.59

$139,513.93



As of 12/31/15          As of 01/31/16

**Net Change:**          $47,868.66

---

▲ DETACH HERE

ROBERT B LADD

**E\*TRADE**
**FINANCIAL**
Trading · Investing · Banking

Make checks payable to E\*TRADE Clearing LLC.

Mail deposits to:

E\*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0404

DETACH HERE ▲

**Use This Deposit Slip**     **Acct: XXXX-8290**

**Please do not send cash**

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |

**TOTAL DEPOSIT**

013120160001 111364482906

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF- SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1, OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"), E*TRADE Clearing LLC ("ETC"), Member FINRA/SIPC, which maintains your funds and securities deposited with ETC directly by you through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-6247. All other inquiries regarding your account or the activity thereof should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-6247. You should re- confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 1-800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on U.S. month-end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of that prior to the end of the calendar year.

**SIPC** and other Insurance Coverage. Each of ETS and ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC and ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call (202) 371- 8300 for more information including a brochure on SIPC protection. Please note that money market mutual fund balances are not considered cash, they are considered to be securities. Additional protection for ETC has been secured through an independent insurer. more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non U.S. markets, you first must either (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Orders executed on a non-U.S. exchange will be effected by one or more executing brokers and may be subject to additional fees.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities, execution at prices superior to the then prevailing, node market, automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses or the amount required by ETC in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360 day basis using settlement date

balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETC payable to you upon demand ("free credit balances"), 1) can be maintained in the securities account and will earn a rate through the "Cash Balance Program" as more fully described at http://us.etrade.com/whknet.org/long?id=1007002004state=C); and 2) are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.

**Sweep Programs.** You may have the option to have free credit balances in your securities account automatically transferred to either 1) a money market mutual fund product insured by SIPC as described above, or 2) an account at a bank (or banks, collectively "Program Banks") whose deposits are insured by the FDIC (collectively with the money market mutual fund products, "Sweep Program") but which are not obligations of ETC. For detailed information of the general terms and conditions of the products available through the Sweep Program go to www.etrade.com/sweepoptions. The products available under the Sweep Program may change at any time. Additionally, you may at any time change your selection among the products available in the Sweep Program, or you may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned. If shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect any such free credit balance in your securities account that you opt to have automatically transferred to an account at a bank, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including OPP and REIT securities).** Account statements for individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETC by the issuer of the investment, or a valuation provided by an independent third party, which ETC will obtain as part of its services on an annual or more frequent basis. ETC does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETC assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. the investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for a tentative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

## Definitions

**Activity/Trade** Date: Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security

**DIV/CPN% Yield.** Annual dividend or bond% yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled

**Symbol/CUSIP.** The symbol or identification number for each security.

51RB240 rev 06/15

SEC-ETRADE-E-0000107

E*TRADE Pro Elite
Investment Account

E*TRADE FINANCIAL
Trading · Investing · Banking





Account Number: XXXX-8290

Statement Period : January 1, 2016 - January 31, 2016

Account Type: INDIVIDUAL

Direct your service and investment questions to:
Elite Client Service
1-888-388-2900

**Customer Update:**

Looking forward to tax time? We didn't think so. But at least the E*TRADE Tax Center makes it a little easier. Get helpful tips, tools, and key dates at etrade.com/tax.

## ACCOUNT OVERVIEW

Last Statement Date: December 31, 2015

| | | |
|---|---|---|
| Beginning Account Value (On 12/31/15): | $ | 139,513.93 |
| Ending Account Value (On 01/31/16): | $ | 187,382.59 |
| Net Change: | $ | 47,868.66 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 01/31/16)

3.01% - Cash & Equivalents



99.99% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 01/31/16 | | AS OF 12/31/15 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 9.99 | $ | 0.00 | - - |
| Margin Balance | $ | 18.45 | $ | 8,098.37 | -99.77% |
| **Total Cash/Margin Debt** | $ | 28.44 | $ | 8,098.37 | -99.65% |
| Stocks, Options & ETF (Long) | $ | 187,354.15 | $ | 131,415.56 | 42.57% |
| **Total Value of Securities** | $ | 187,354.15 | $ | 131,415.56 | 42.57% |
| **Net Account Value** | $ | 187,382.59 | $ | 139,513.93 | 34.31% |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SEC-ETRADE-E-0000108





**E✳TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290        **Statement Period** : January 1, 2016 - January 31, 2016        **Account Type:** INDIVIDUAL

### NET ACCOUNT VALUE BY MONTH END



### ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -11,483.14 | $ | -11,483.14 |
| Securities Sold | $ | 8,333.31 | $ | 8,333.31 |
| Interest Received | | | | |
| Taxable | $ | 0.03 | $ | 0.03 |
| Margin Interest | $ | -0.05 | $ | -0.05 |

### TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/16)



1.16% - OTHER

98.84% - MGT

E✝TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC        PAGE 4 OF 7

SEC-ETRADE-E-0000109





**Account Number:** XXXX-8290     **Statement Period :** January 1, 2016 - January 31, 2016     **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.01% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | 0.00 |
| Closing Balance | | 9.99 |
| TOTAL CASH & CASH EQUIVALENTS | 0.01 | $9.99 |
| | 0.01% | |
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (CREDIT INTEREST ONLY) | | $0.03 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.99% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FATE THERAPEUTICS INC | FATE | Margin | 1,000 | 2.1550 | 2,155.00 | 1.15 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | 539,471 | 0.3230 | 174,249.13 | 93.00 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Margin | 33,901 | 0.3230 | 10,950.02 | 5.84 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | 187,354.15 | 99.99% | | |

TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/16)     187,382.59

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/04/16 14:24 | 01/07/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 1,700 | 0.2081 | 363.76 | |
| 01/04/16 14:25 | 01/07/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 8,300 | 0.2100 | 1,743.00 | |
| 01/07/16 10:04 | 01/12/16 | IDI INC | IDI | Bought | 1,000 | 6.4500 | 6,459.99 | |
| 01/08/16 10:39 | 01/13/16 | FATE THERAPEUTICS INC | FATE | Bought | 1,000 | 2.9064 | 2,916.39 | |
| 01/08/16 10:38 | 01/13/16 | IDI INC | IDI | Sold | -500 | 6.0001 | | 2,990.00 |
| 01/12/16 09:55 | 01/15/16 | IDI INC | IDI | Sold | -500 | 5.7372 | | 2,858.55 |
| 01/25/16 15:47 | 01/28/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,000 | 0.3162 | | 1,254.78 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC    PAGE 5 OF 7





**Account Number:** XXXX-8290      **Statement Period :** January 1, 2016 - January 31, 2016      **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/25/16 15:49 | 01/28/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,000 | 0.3100 | | 1,229.98 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | $11,483.14 | $8,333.31 |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/28/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 100 | 0.3500 | | 24.50 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 01/26/16 | Interest | INTEREST ON CASH BALANCE AT 0.009% 12/26 THRU 01/25 APY 0.0099% | 00099A109 | | | | 0.03 |
| 01/26/16 | Interest | FROM 12/26 THRU 01/25 @ 8.690% BAL 513- AVBAL 72 | | | | 0.05 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | $0.05 | $0.03 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | $0.02 | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 01/05/16 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1451970675229; | | | 9.99 |
| 01/06/16 | Other | TRANSFER BAL FROM CASH | | 9.99 | |
| 01/06/16 | Other | TRANSFER BAL TO MARGIN | | | 9.99 |
| 01/08/16 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1452229794620; | | | 9.99 |
| 01/08/16 | Credit | CUSTOMER PROMOTION REFID:P7-CSR-1452269629668; | | | 300.00 |
| 01/11/16 | Other | TRANSFER BAL FROM CASH | | 309.99 | |
| 01/11/16 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1452316217123; | | | 9.99 |
| 01/11/16 | Credit | CUSTOMER PROMOTION REFID:P5-CSR-1452316217194; | | | 9.99 |

SEC-ETRADE-E-0000111





**E*TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290          Statement Period : January 1, 2016 - January 31, 2016          Account Type: INDIVIDUAL

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 01/11/16 | Other | TRANSFER BAL TO MARGIN | | 309.99 |
| 01/12/16 | Other | TRANSFER BAL FROM CASH | 19.98 | |
| 01/12/16 | Other | TRANSFER BAL TO MARGIN | | 19.98 |
| 01/13/16 | Credit | CUSTOMER PROMOTION<br>REFID:P5-CSR-1452662587771; | | 9.99 |
| 01/14/16 | Other | TRANSFER BAL FROM CASH | 9.99 | |
| 01/14/16 | Other | TRANSFER BAL TO MARGIN | | 9.99 |
| 01/19/16 | Transfer | ACH WITHDRAWL<br>REFID:21705320749; | 2,300.00 | |
| 01/20/16 | Other | TRANSFER BAL FROM CASH | | 2,300.00 |
| 01/20/16 | Other | TRANSFER BAL TO MARGIN | 2,300.00 | |
| 01/26/16 | Credit | CUSTOMER PROMOTION<br>REFID:P5-CSR-1453785529287; | | 9.99 |
| 01/26/16 | Credit | CUSTOMER PROMOTION<br>REFID:P5-CSR-1453785529358; | | 9.99 |
| 01/27/16 | Transfer | ACH WITHDRAWL<br>REFID:21953975749; | 3,000.00 | |
| 01/27/16 | Other | TRANSFER BAL FROM CASH | 20.01 | |
| 01/27/16 | Other | TRANSFER BAL TO MARGIN | | 20.01 |
| 01/28/16 | Other | TRANSFER BAL FROM CASH | | 3,000.00 |
| 01/28/16 | Other | TRANSFER BAL TO MARGIN | 3,000.00 | |
| 01/29/16 | Other | TRANSFER BAL FROM CASH | 2,484.76 | |
| 01/29/16 | Credit | CUSTOMER PROMOTION<br>REFID:P5-CSR-1454044715311; | | 9.99 |
| 01/29/16 | Other | TRANSFER BAL TO MARGIN | | 2,484.76 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$4,920.08** | |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC          PAGE 7 OF 7

SEC-ETRADE-E-0000112



February 1, 2016 - February 29, 2016
Account Number: XXXX-8290
Account Type: INDIVIDUAL
Account Status: Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**E*TRADE** Pro Elite
Investment Account

**IMPORTANT INFORMATION**
New on etrade.com: TipRanks
Get access to:
· Consensus buy/sell recommendations from over 3,700 analysts.
· Market sentiment from over 4,500 financial bloggers.
· Stock recommendations & price targets from high-performing analysts.
Try TipRanks today. Log on and request a stock quote to get started.

**Customer Update:**

Rollover an old 401(k) today!
Make the most of all you've achieved. We're here to help you implement your plan with practical information and outstanding products that can help you define and reach your goals. For more information etrade.com/rollover

ROBERT B LADD

**Account At A Glance**

$187,382.59



$124,062.36



As of 01/31/16      As of 02/29/16

Net Change:          $-63,320.23

---



**E*TRADE FINANCIAL**
Banking · Investing · Trading

▲ DETACH HERE

ROBERT B LADD

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct: XXXX-8290**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

022920160001 111364482906

SEC-ETRADE-E-0000113

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E. SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"). E*TRADE Clearing LLC ("ETC"), Member FINRA/SIPC, which maintains your funds and securities deposited with ETC directly by you, through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-6247. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 1-800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on U.S. month-end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction shown to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of their prior to the end of the calendar year.

**SIPC** and other **Insurance Coverage.** Each of ETC and ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC and ETS up to $500,000 including $250,000 for claims for cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETC has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-

U.S. markets, you first must either (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Orders executed on a non-U.S. exchange will be effected by one or more executing brokers and may be subject to additional fees.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement (opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses or the amount required by ETC in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360 day basis using settlement date

balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETC payable to you upon demand ("free credit balances"), 1) can be maintained in the securities account and will earn a rate through the "Cash Balance Program" as more fully described at

https://us.etrade.com/e/t/estation/pricing?id=1007000200&state=0), and 2) are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.

**Sweep Programs.** You may have the option to have free credit balances in your securities account automatically transferred to either 1) a money market mutual fund product insured by SIPC as described above, or 2) an account at a bank (or banks collectively, "Program Banks") whose deposits are insured by the FDIC (collectively with the money market mutual fund products, "Sweep Program") that which are not obligations of ETC. For detailed information of the general terms and conditions of the products available through the Sweep Program go to www.etrade.com/sweepoptions. The products available under the Sweep Program may change at any time. Additionally, you may at any time change your selection among the products available in the Sweep Program, or you may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect any such free credit balance in your securities account that you opt to have automatically transferred to an account at a bank, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETC by the issuer of the investment, or a valuation provided by an independent third party, which ETC will obtain as part of its services, on an annual or more frequent basis. ETC does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETC assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements.

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation

**Definitions**

**Activity/Trade Date** Trade date or transaction date of other entries

**Total Portfolio Percent.** Percentage of your holding by issue of security

**DIV/CPN% Yield.** Annual dividend or bond% yield

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled

**Symbol/CUSIP.** The symbol or identification number for each security

S1RB240 rev 03/16





**E✳TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290

**Statement Period :** February 1, 2016 - February 29, 2016

**Account Type:** INDIVIDUAL

Direct your service and investment questions to:
Elite Client Service
1-888-388-2900

**Customer Update:**

Tax questions? No problem. Get helpful tips, tools, and key dates in the E✳TRADE Tax Center. Visit
etrade.com/tax today.

## ACCOUNT OVERVIEW

Last Statement Date: January 31, 2016

| | | |
|---|---|---|
| Beginning Account Value (On 01/31/16): | $ | 187,382.59 |
| Ending Account Value (On 02/29/16): | $ | 124,062.36 |
| Net Change: | $ | -63,320.23 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 02/29/16)



100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 02/29/16 | AS OF 01/31/16 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 0.00 | $ 9.99 | -100.00% |
| Margin Balance | $ 75.80 | $ 18.45 | 310.84% |
| **Total Cash/Margin Debt** | $ 75.80 | $ 28.44 | 166.53% |
| Stocks, Options & ETF (Long) | $ 123,986.56 | $ 187,354.15 | -33.82% |
| **Total Value of Securities** | $ 123,986.56 | $ 187,354.15 | -33.82% |
| **Net Account Value** | $ 124,062.36 | $ 187,382.59 | -33.79% |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC     PAGE 3 OF 7

SEC-ETRADE-E-0000115





**E✲TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290

**Statement Period :** February 1, 2016 - February 29, 2016

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -13,660.02 | $ | 25,143.16 |
| Securities Sold | $ | 36,625.36 | $ | 44,958.67 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.03 |
| Margin Interest | $ | -17.98 | $ | -18.03 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 02/29/16)



100.00% - MGT

E✲TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC      PAGE 4 OF 7

SEC-ETRADE-E-0000116





**E✱TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290

**Statement Period :** February 1, 2016 - February 29, 2016

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | 9.99 |
| Closing Balance | | 0.00 |
| **TOTAL CASH & CASH EQUIVALENTS** | 0.00 | $0.00 |
| | 0.00% | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (CREDIT INTEREST ONLY)** | | $0.03 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FATE THERAPEUTICS INC | FATE | Margin | | 1.7600 | 0.00 | 0.00 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | 477,171 | 0.2300 | 109,749.33 | 88.52 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Margin | 61,901 | 0.2300 | 14,237.23 | 11.48 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | $123,986.56 | 100.00% | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 02/29/16)**      $124,062.36

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/28/16 15:48 | 02/02/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 0.3500 | | 24.50 |
| 02/01/16 15:43 | 02/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -386 | 0.3300 | | 127.37 |
| 02/01/16 15:43 | 02/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,814 | 0.3201 | | 1,530.94 |
| 02/02/16 12:29 | 02/05/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -600 | 0.3330 | | 189.80 |
| 02/02/16 12:29 | 02/05/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,400 | 0.3300 | | 1,781.96 |
| 02/02/16 15:27 | 02/05/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -6,000 | 0.3400 | | 2,029.97 |
| 02/03/16 09:38 | 02/08/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -400 | 0.5010 | | 200.39 |

SEC-ETRADE-E-0000117





**E*TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290          Statement Period : February 1, 2016 - February 29, 2016          Account Type: INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/03/16 09:38 | 02/08/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -500 | 0.5001 | | 250.04 |
| 02/03/16 09:38 | 02/08/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,034 | 0.5100 | | 527.33 |
| 02/03/16 09:38 | 02/08/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,950 | 0.5166 | | 997.36 |
| 02/03/16 09:38 | 02/08/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -16,116 | 0.5000 | | 8,057.85 |
| 02/03/16 09:36 | 02/08/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -20,000 | 0.5500 | | 10,989.80 |
| 02/03/16 15:25 | 02/08/16 | FATE THERAPEUTICS INC | FATE | Bought | 3,000 | 1.7500 | 5,259.99 | |
| 02/04/16 11:57 | 02/09/16 | FATE THERAPEUTICS INC | FATE | Sold | 1,000 | 1.9114 | | 1,901.37 |
| 02/04/16 13:48 | 02/09/16 | FATE THERAPEUTICS INC | FATE | Sold | -1,000 | 1.9414 | | 1,931.37 |
| 02/04/16 14:43 | 02/09/16 | FATE THERAPEUTICS INC | FATE | Sold | -1,000 | 1.9314 | | 1,921.37 |
| 02/04/16 13:30 | 02/09/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 2,000 | 0.2550 | 519.99 | |
| 02/04/16 14:42 | 02/09/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 3,000 | 0.2549 | 774.69 | |
| 02/04/16 14:58 | 02/09/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 5,000 | 0.2550 | 1,284.99 | |
| 02/04/16 13:26 | 02/09/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 10,000 | 0.2700 | 2,709.99 | |
| 02/05/16 11:51 | 02/10/16 | MGT CAPITAL INVESTMENTS INC | MGT | Bought | 8,000 | 0.2010 | 1,617.99 | |
| 02/16/16 11:56 | 02/19/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 0.2627 | | 1,303.48 |
| 02/16/16 12:26 | 02/19/16 | FATE THERAPEUTICS INC | FATE | Bought | 900 | 1.6471 | 1,492.38 | |
| 02/17/16 10:06 | 02/22/16 | FATE THERAPEUTICS INC | FATE | Sold | -1,900 | 1.5108 | | 2,860.46 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$13,660.02** | **$36,625.36** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 5,000 | 0.2300 | | 1,139.98 |

SEC-ETRADE-E-0000118





**E✻TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290                  Statement Period : February 1, 2016 - February 29, 2016                  Account Type: INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 02/26/16 | Interest | FROM 01/26 THRU 02/25 @ 8.690%<br>BAL    93- AVBAL   8,277 | | 17.98 | |
| TOTAL DIVIDENDS & INTEREST ACTIVITY | | | | $17.98 | |
| NET DIVIDENDS & INTEREST ACTIVITY | | | | $17.98 | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 02/01/16 | Other | TRANSFER BAL FROM CASH | 9.99 | |
| 02/01/16 | Other | TRANSFER BAL TO MARGIN | | 9.99 |
| 02/03/16 | Other | TRANSFER BAL FROM CASH | 24.50 | |
| 02/03/16 | Other | TRANSFER BAL TO MARGIN | | 24.50 |
| 02/04/16 | Transfer | ACH WITHDRAWL<br>REFID:22200084749; | 20,000.00 | |
| 02/05/16 | Other | TRANSFER BAL FROM CASH | | 18,341.69 |
| 02/05/16 | Other | TRANSFER BAL TO MARGIN | 18,341.69 | |
| 02/08/16 | Other | TRANSFER BAL FROM CASH | 4,001.73 | |
| 02/08/16 | Other | TRANSFER BAL TO MARGIN | | 4,001.73 |
| 02/09/16 | Other | TRANSFER BAL FROM CASH | 21,022.77 | |
| 02/09/16 | Other | TRANSFER BAL TO MARGIN | | 21,022.77 |
| 02/18/16 | Transfer | ACH WITHDRAWL<br>REFID:22590147749; | 2,900.00 | |
| 02/19/16 | Other | TRANSFER BAL FROM CASH | | 2,900.00 |
| 02/19/16 | Other | TRANSFER BAL TO MARGIN | 2,900.00 | |
| 02/22/16 | Other | TRANSFER BAL FROM CASH | 1,303.48 | |
| 02/22/16 | Other | TRANSFER BAL TO MARGIN | | 1,303.48 |
| NET WITHDRAWALS & DEPOSITS | | | $22,900.00 | |

SEC-ETRADE-E-0000119

March 1, 2016 - March 31, 2016

**Account Number:** XXXX-8290
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Don't Miss the April 18th IRA Deadline!
Even if you participate in a 401(k), you can still contribute up to $5,500 to an
IRA ($6,500 if age 50 and over) each year. Make your 2015 contribution by the
April 18th deadline. Visit etrade.com/countdown to get started

E*TRADE Pro Elite
Investment Account

**IMPORTANT INFORMATION**

Are you saving enough? Sign-up for recurring deposit
and ensure that you are consistently saving Sign up
today for recurring deposit through the Transfer
Money page or call 1-800-ETRADE-1 (1-800-387-2331)
for assistance.

ROBERT B LADD



**Account At A Glance**

$124,062.36



$117,633.49



As of 02/29/16          As of 03/31/16

**Net Change:**          $-6,428.87



▲ DETACH HERE
ROBERT B LADD

DETACH HERE ▲

E*TRADE
FINANCIAL · Trading · Investing · Banking

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**          **Acct: XXXX-8290**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

033120160001 111364482906

E*TRADE Pro Elite
Investment Account

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF- SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"), E*TRADE Clearing LLC ("ETC"), Member FINRA/SIPC, which maintains your funds and securities deposited with ETC directly by you, through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-6247. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-6247. You should re- confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the/provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 1-800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to- date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and other Insurance Coverage.** Each of ETC and ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC and ETS up to $500,000 including $250,000 for claims for cash). Visit www.sipc.org or call (202) 371- 8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETC has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non
U. S. markets, you first must either (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade, or
(2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission or any of the securities or commodities self-regulatory organizations. Orders executed on a non-U.S. exchange will be effected by one or more executing brokers and may be subject to additional fees.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses or the amount required by ETC in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETC payable to you upon demand ("free credit balances"), 1) can be maintained in the securities account and will earn a rate through the "Cash Balance Program" as more fully described at
https://us.etrade.com/e/t/estation/pricing?id=1007000200&state=5), and 2) are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.

**Sweep Programs.** You may have the option to have free credit balances in your securities account automatically transferred to either 1) a money market mutual fund product insured by SIPC as described above, or 2) an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC (collectively with the money market mutual fund products, "Sweep Program") but which are not obligations of ETC. For detailed information of the general terms and conditions of the products available through the Sweep Program go to www.etrade.com/sweepoptions. The products available under the Sweep Program may change at any time. Additionally, you may at any time change your selection among the products available in the Sweep Program, or you may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect any such free credit balance in your securities account that you opt to have automatically transferred to an account at a bank, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETC by the issuer of the investment, or a valuation provided by an independent third party, which ETC will obtain as part of its services, on an annual or more frequent basis. ETC does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETC assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements.

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**Definitions**

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond% yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

E*TRADE FINANCIAL
Trading • Investing • Banking

S1RB240 rev 03/16





Account Number: XXXX-8290

Statement Period : March 1, 2016 - March 31, 2016

Account Type: INDIVIDUAL

Direct your service and investment questions to:
Elite Client Service
1-888-388-2900

**Customer Update:**

Go Paperless with Electronic Delivery! It is a convenient, secure way to receive your E*TRADE statements and tax documents. Learn more at etrade.com/paperless.

## ACCOUNT OVERVIEW

| Last Statement Date: | February 29, 2016 |
| --- | --- |

| Beginning Account Value (On 02/29/16): | $ | 124,062.36 |
| --- | --- | --- |
| Ending Account Value (On 03/31/16): | $ | 117,633.49 |
| Net Change: | $ | -6,428.87 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 03/31/16)



100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 03/31/16 | | AS OF 02/29/16 | | % CHANGE |
| --- | --- | --- | --- | --- | --- |
| Margin Balance | $ | 96.44 | $ | 75.80 | 27.23% |
| **Total Cash/Margin Debt** | **$** | **96.44** | **$** | **75.80** | **27.23%** |
| Stocks, Options & ETF (Long) | $ | 117,537.05 | $ | 123,986.56 | -5.20% |
| **Total Value of Securities** | **$** | **117,537.05** | **$** | **123,986.56** | **-5.20%** |
| **Net Account Value** | **$** | **117,633.49** | **$** | **124,062.36** | **-5.18%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SEC-ETRADE-E-0000122





E✳TRADE Pro Elite
Investment Account

**Account Number:** XXXX-8290                  **Statement Period :** March 1, 2016 - March 31, 2016                  **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -25,143.16 |
| Securities Sold | $ | 3,020.64 | $ | 47,979.31 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.03 |
| Margin Interest | $ | 0.00 | $ | -18.03 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/16)



100.00% - MGT

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC          PAGE 4 OF 5





**E*TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290

**Statement Period :** March 1, 2016 - March 31, 2016

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | | | | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (CREDIT INTEREST ONLY) | | | | | | | | | $0.03 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | 465,171 | 0.2230 | 103,733.13 | 88.26 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Margin | 61,901 | 0.2230 | 13,803.92 | 11.74 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | $117,537.05 | 100.00% | | |

| | | |
|---|---|---|
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/16) | | $117,633.49 |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/16 15:23 | 03/02/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 0.2300 | | 1,139.98 |
| 03/09/16 14:28 | 03/14/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 0.2701 | | 1,880.66 |
| TOTAL SECURITIES ACTIVITY | | | | | | | | $3,020.64 |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/30/16 | | NOTIS GLOBAL INC COM | NGBL | Bought | 7,000 | 0.0109 | 86.29 | |

SEC-ETRADE-E-0000124





**E✻TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290                    Statement Period : March 1, 2016  March 31, 2016                    Account Type: INDIVIDUAL

**WITHDRAWALS & DEPOSITS**

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 03/03/16 | Other | TRANSFER BAL FROM CASH | 1,139.98 | |
| 03/03/16 | Other | TRANSFER BAL TO MARGIN | | 1,139.98 |
| 03/07/16 | Transfer | ACH WITHDRAWL REFID:23083353749; | 1,200.00 | |
| 03/08/16 | Other | TRANSFER BAL FROM CASH | | 1,200.00 |
| 03/08/16 | Other | TRANSFER BAL TO MARGIN | 1,200.00 | |
| 03/14/16 | Transfer | ACH WITHDRAWL REFID:23262740749; | 1,800.00 | |
| 03/15/16 | Other | TRANSFER BAL FROM CASH | 80.66 | |
| 03/15/16 | Other | TRANSFER BAL TO MARGIN | | 80.66 |

**NET WITHDRAWALS & DEPOSITS**                                                                $3,000.00

SEC-ETRADE-E-0000125

**E\*TRADE** Pro Elite
Investment Account

April 1, 2016 - April 30, 2016
**Account Number:** XXXX-8290
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

**E\*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION**
Now for E\*TRADE Mobile: Personalized Retirement
Center content creates a more engaging mobile
experience. With relevant content based on your life
and retirement planning stage, saving for your future is
more customized than ever before.
Visit etrade.com/mobile for more info.

**Customer Update:**

Looking for Bond Ideas? E\*TRADE Can Help.
Our Fixed Income Specialists can help you
achieve your bond investing goals.
Call 1-866-420-0007 for complimentary guidance
today.

ROBERT B LADD



**Account At A Glance**

$166,081.94

$117,633.49

As of 03/31/16    As of 04/30/16

**Net Change:**    $48,448.45

▲ DETACH HERE                                                    DETACH HERE ▲

**E\*TRADE**
**FINANCIAL**
Trading · Investing · Banking

ROBERT B LADD

**Use This Deposit Slip**    **Acct: XXXX-8290**

Please do not send cash

Make checks payable to E\*TRADE Clearing LLC.

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E\*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

043020160001 111364482906

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"), E*TRADE Clearing LLC ("ETC"), Member FINRA/SIPC, which maintains your funds and securities deposited with ETC directly by you through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-9247. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-9247. You should re- confirm any oral communication on in writing to further protect your rights including rights under the Securities Investor Protection Act (SIPA)

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 1-800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over the counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC** and other Insurance Coverage. Each of ETC and ETD is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC and ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call (202) 371- 8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETC has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any losses involving therefrom are not covered by SIPC or the additional protection.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade, or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis and may include a mark-up or mark- down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Orders executed on a non-U.S. exchange will be effected by one or more executing brokers and may be subject to additional fees.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker- dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution price improvement opportunities, reduction of prices superior to the then prevailing market price, market center, automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses or the amount required by ETC in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using

settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest please see the E*TRADE Securities Brokerage Customer Agreement. If you have a margin account this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETC payable to you upon demand ("free credit balances"), (1) can be maintained in the securities account and will earn a rate through the "Cash Balance Program" as more fully described at:
https://us.etrade.com/cff/relationpricing?id=10070002000&sluts=8i, and (2) are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.

**Sweep Programs.** You may have the option to have free credit balances in your securities account automatically transferred to either (1) a money market mutual fund product insured by SIPC as described above, or (2) an account at a bank or banks, collectively "Program Banks") whose deposits are insured by the FDIC (collectively with the money market mutual fund products "Sweep Program") but which are not obligations of ETC. For detailed information of the general terms and conditions of the products available through the Sweep Program go to www.etrade.com/sweepoptions. The products available under the Sweep Program may change at any time. Additionally you may at any time change your selection among the products available in the Sweep Program, or you may elect, subject to any limitation set forth in any Sweep Program agreement or with respect to an account at a bank, unless federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such accounts that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect any such free credit balance in your securities account that you opt to have automatically transferred to an account at a bank, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETC by the issuer of the investment, or a valuation provided by an independent third party, which ETC will obtain as part of its services on an annual or more frequent basis. ETC does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETC assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. This investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account. If at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided to the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital in whole or in part is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1 as applicable.

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation

## Definition

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security

**DIV/CPN% Yield.** Annual dividend or bond% yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev. 03/16

E*TRADE Pro Elite
Investment Account

E*TRADE FINANCIAL
Trading · Investing · Banking

SEC-ETRADE-E-0000127





**E✳TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290

Statement Period : April 1, 2016 - April 30, 2016

Account Type: INDIVIDUAL

Direct your service and investment questions to:
Elite Client Service
1-888-388-2900

**Customer Update:**

**Go Paperless with Electronic Delivery!** It is a convenient, secure way to receive your E*TRADE statements and tax documents. Learn more at **etrade.com/paperless.**

## ACCOUNT OVERVIEW

Last Statement Date:                    March 31, 2016

| | | |
|---|---|---|
| Beginning Account Value(On 03/31/16): | $ | 117,633.49 |
| Ending Account Value (On 04/30/16): | $ | 166,081.94 |
| Net Change: | $ | 48,448.45 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 04/30/16)



100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 04/30/16 | AS OF 03/31/16 | % CHANGE |
|---|---|---|---|
| Margin Balance | $       10.15 | $       96.44 | -89.48% |
| **Total Cash/Margin Debt** | $       **10.15** | $       **96.44** | **-89.48%** |
| Stocks, Options & ETF (Long) | $  166,071.79 | $  117,537.05 | 41.29% |
| **Total Value of Securities** | $  **166,071.79** | $  **117,537.05** | **41.29%** |
| **Net Account Value** | $  **166,081.94** | $  **117,633.49** | **41.19%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank.
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SEC-ETRADE-E-0000128





**E*TRADE Pro Elite**
Investment Account

**Account Number:** XXXX-8290      **Statement Period :** April 1, 2016 - April 30, 2016      **Account Type:** INDIVIDUAL

### NET ACCOUNT VALUE BY MONTH END



### ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -86.29 | $ | 25,229.45 |
| Securities Sold | $ | 0.00 | $ | 47,979.31 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.03 |
| Margin Interest | $ | 0.00 | $ | -18.03 |

### TOP 10 ACCOUNT HOLDINGS  (AS OF 04/30/16)



0.03% - OTHER

99.97% - MGT

E*TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC     PAGE 4 OF 6

SEC-ETRADE-E-0000129





**Account Number:** XXXX-8290

**Statement Period :** April 1, 2016 - April 30, 2016

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | | | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (CREDIT INTEREST ONLY) | | | | | | | | $0.03 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | 465,171 | 0.3150 | 146,528.87 | 88.23 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Margin | 61,901 | 0.3150 | 19,498.82 | 11.74 | | |
| NOTIS GLOBAL INC COM | NGBL | Margin | 7,000 | 0.0063 | 44.10 | 0.03 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | $166,071.79 | 100.00% | | |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 04/30/16) | | | | | $166,081.94 | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/30/16 15:05 | 04/04/16 | NOTIS GLOBAL INC COM | NGBL | Bought | 7,000 | 0.0109 | 86.29 | |
| TOTAL SECURITIES ACTIVITY | | | | | | | $86.29 | |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/27/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 12,072 | 0.2800 | | 3,370.09 |
| 04/27/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 15,000 | 0.2800 | | 4,189.91 |
| 04/28/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 1,300 | 0.3200 | | 406.00 |
| 04/28/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 10,000 | 0.3000 | | 2,989.94 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 300 | 0.3299 | | 98.96 |

SEC-ETRADE-E-0000130





**E✻TRADE Pro Elite**
Investment Account

Account Number: XXXX-8290          Statement Period : April 1, 2016 - April 30, 2016          Account Type: INDIVIDUAL

**UNSETTLED TRADES (Continued)**

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 900 | 0.3300 | | 287.00 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 1,000 | 0.3250 | | 315.00 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 1,380 | 0.3297 | | 444.99 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 3,500 | 0.3292 | | 1,142.18 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 4,700 | 0.3297 | | 1,539.56 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 4,700 | 0.3297 | | 1,539.56 |
| 04/29/16 | | MGT CAPITAL INVESTMENTS INC | MGT | Sold | 5,620 | 0.3201 | | 1,798.92 |
| 04/29/16 | | VENAXIS INC COM NEW | APPY | Bought | 500 | 2.9944 | 1,507.19 | |
| 04/29/16 | | VENAXIS INC COM NEW | APPY | Bought | 2,500 | 2.9940 | 7,485.00 | |

SEC-ETRADE-E-0000131