# EXHIBIT G



**Brokerage Account**

745 Seventh Avenue
New York, NY 10019

+1 800 392 5000

Account Number: '810
Statement Period: 11/01/2015 - 11/30/2015

LADDCAP VALUE PARTNERS III
ATTN ATTN ROBERT LADD
MEDICSIGHT INC

Your Investment Representative:
McBRIEN / ZELNICK / ALPER
(212) 526-2039

### Portfolio at a Glance

|  | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $139,860.71 | $265,521.43 |
| Net Securities In/Out of Account | -112,661.38 | -112,661.38 |
| Adjusted Previous Account Value | 27,199.33 | 152,860.05 |
| Dividends, Interest and Other Income | 0.01 | 0.06 |
| Net Change in Portfolio | -25,998.78 | -151,659.55 |
| **Ending Account Value** | **$1,200.56** | **$1,200.56** |
| Accrued Interest | $0.00 | |
| Account Value with Accrued Interest | $1,200.56 | |
| Estimated Annual Income | $0.06 | |

### Table of Contents

Portfolio at a Glance...........................................................................1
Client Service Information....................................................................2
Your Account Information.....................................................................2
Messages............................................................................................2
Income and Expense Summary.............................................................3
Portfolio Holdings.................................................................................4
Portfolio Holdings Disclosures..............................................................4
Activity Summary.................................................................................5
Transactions by Type of Activity...........................................................5
FDIC Insured Bank Deposits................................................................6
Important Information and Disclosures.................................................6

**The Bank Deposits in your account are FDIC Insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

"Barclays" refers to any company in the Barclays PLC group of companies. Barclays offers wealth management products and services to its clients through Barclays Bank PLC ("BBPLC") and functions in the United States through Barclays Capital Inc. ("BCI"), an affiliate of BBPLC. BCI is a registered broker dealer and investment adviser, regulated by the U.S. Securities and Exchange Commission, with offices at 745 Seventh Avenue, New York, New York 10019. Member FINRA and SIPC. Barclays Bank PLC is registered in England and authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered No.1026167. Registered Office: 1 Churchill Place, London E14 5HP. For more information, visit us at http://barclays.com.

References to "your financial institution," "your financial organization," "your introducing firm" and "broker-dealer" shall mean Barclays.

Barclays Capital Inc. ("BCI") is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable BCI to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

For purposes of clarification, references to "Investment Representative" and "your investment professional" shall be used interchangeably in this statement.

## Client Service Information

| Your Investment Representative: 07T | Contact Information |
|---|---|
| McBRIEN / ZELNICK / ALPER<br>200 PARK AVENUE<br>NEW YORK     NY 10166-2199 | Telephone Number: (212) 526-2039 |

All forms of ownership designation, if available based on the laws of the state of legal address for the account holder, have been provided solely at your request. Please consult your tax and legal advisors regarding the effectiveness and important consequences of your designation.

## Your Account Information

**Investment Objective**
Investment Objective: GROWTH
Risk Exposure: MODERATE RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Representative.

**Tax Lot Default Disposition Method**
Default Method for Mutual Funds: FIRST IN FIRST OUT
Default Method for Stocks in a Dividend Reinvestment Plan: FIRST IN FIRST OUT
Default Method for all Other Securities: FIRST IN FIRST OUT

**Bond Amortization Elections:**
Amortize premium on taxable bonds based on Constant Yield Method: Yes
Accrual market discount method for all other bond types: Constant Yield Method
Include market discount in income annually: No

**Electronic Delivery**
You have not selected any account communications for electronic delivery. To register and turn off paper communications, log in to your account or contact your Investment Representative for more information.

## Messages

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)-INSURED BANK DEPOSITS ARE NOT PROTECTED BY SECURITIES INVESTOR PROTECTION CORPORATION (SIPC). YOU MAY VIEW

Page 2 of 7

A0057269CSE30021

Account Number: 7810
LADDCAP VALUE PARTNERS III

Go paperless



FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000367

SEC-LIT-EPROD-004594557



745 Seventh Avenue
New York, NY 10019

+1 800 392 5000

**Brokerage Account**

Statement Period: 11/01/2015 - 11/30/2015

## Messages (continued)

CURRENT MONEY MARKET FUND RATES BY VISITING WWW.PERSHING.COM AND SELECTING THE LINK AT THE BOTTOM OF THE PAGE TITLED "MONEY MARKET MUTUAL FUND & FDIC-INSURED DEPOSITS PROGRAM RATES & BANK LISTS". PLEASE NOTE THAT WE MAY NOT OFFER ALL OF THE MONEY MARKET FUNDS LISTED ON THE PERSHING WEBSITE.

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information.

Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed or made available separately to you. Barclays will also send you this information upon request.

Late charges. If you purchase securities in your cash account and do not make payment by the settlement day, you may have to pay a late charge.

Select Advisors Program, Accommodation Manager Program, and the ETF Tactical Allocation Strategies (also known as the BETA Strategies) in the Portfolio Management Program
If you invest in the Select Advisors Program, the ETF Tactical Allocation Strategies in the Portfolio Management Program, or the Accommodation Manager Program, Barclays Capital Inc. acts as agent in equity transactions, but may act as principal for certain fixed income transactions for non-IRA/ERISA accounts. In such instances, Barclays Capital Inc. will earn a mark-up, mark-down or spread in the net price at which the transaction is executed.

In the event of a significant business disruption at Barclays Wealth & Investment Management in the Americas, please refer to http://www.barclays.com/wealth/americas or call our customer information line +1 866 663 2360 to hear updates on a recorded message. For more information on Barclays approach to business continuity management please go to http://www.barclays.com/wealth/americas, Important Information, or contact Joanne Klein at +1 212 412 6722 or joanne.klein@barclays.com.

Additional information about your Investment Representative or your Representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.finra.org/brokercheck or call 1-800-289-9999 for more information.

All forms of ownership designation, if available based on the laws of the state of legal address for the Account holder, have been provided solely at your request. Please consult your tax and legal advisors regarding the effectiveness and important consequences of your designation.

## Income and Expense Summary

|  | Current Period | | Year-to-Date | |
|---|---|---|---|---|
|  | Taxable | Non Taxable | Taxable | Non Taxable |
| **Interest Income** | | | | |
| FDIC Insured Bank Deposits | 0.01 | 0.00 | 0.06 | 0.00 |
| Total Dividends, Interest, Income and Expenses | $0.01 | $0.00 | $0.06 | $0.00 |

Page 3 of 7

BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS
A0057269CSF30021
Account Number:   '810
LADDCAP VALUE PARTNERS III
Go paperless

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000368

SEC-LIT-EPROD-004594558

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| Cash, Money Funds, and Bank Deposits 100.00% of Portfolio | | | | | | |
| FDIC Insured Bank Deposits | | | | | | |
| INSURED NETWORK DEPS BUSINESS | 1,200.560 | 1,200.55 | 1,200.56 | 0.00 | 0.06 | N/A |
| Total FDIC Insured Bank Deposits | | $1,200.55 | $1,200.56 | $0.00 | $0.06 | |
| Total Cash, Money Funds, and Bank Deposits | | $1,200.55 | $1,200.56 | $0.00 | $0.06 | |

| | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | $1,200.56 | $0.00 | $0.06 |

## Portfolio Holdings Disclosures

**Pricing**
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

**Estimated Annual Figures**
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable: however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/business_continuity.html for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

**Foreign Currency Transactions**
Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote**
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

A0057269CSF30021

Account Number: '810
LADDCAP VALUE PARTNERS III

 Go paperless

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000369

SEC-LIT-EPROD-004594559



745 Seventh Avenue
New York, NY 10019

+1 800 392 5000

**Brokerage Account**

Statement Period: 11/01/2015 - 11/30/2015

### Activity Summary *(All amounts shown are in base currency)*

|  | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** |  |  |  |  |  |  |
| Securities Withdrawn | 0.00 | -112,661.38 | -112,661.38 | 0.00 | -112,661.38 | -112,661.38 |
| **Total Securities** | **$0.00** | **-$112,661.38** | **-$112,661.38** | **$0.00** | **-$112,661.38** | **-$112,661.38** |
| Dividends and Interest | $0.01 | $0.00 | $0.01 | $0.06 | $0.00 | $0.06 |
| FDIC Insured Bank Deposits | $0.00 | -$0.01 | -$0.01 | $0.00 | -$0.06 | -$0.06 |
| **Totals** | **$0.01** | **-$112,661.39** | **-$112,661.38** | **$0.06** | **-$112,661.44** | **-$112,661.38** |

### Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| **Securities Withdrawals and Deposits** | | | | | | | | |
| 11/27/15 | | SECURITY DELIVERED MGT | MGT CAP INVTS INC COM NEW 0385 E*TRADE CLEARING LLC A/C 36448290 | -433,313.000 | | | -112,661.38 | USD |
| **Total Securities Withdrawals and Deposits** | | | | | | $0.00 | -$112,661.38 | USD |
| **Dividends and Interest** | | | | | | | | |
| 11/16/15 | 11/13/15 | FDIC INSURED BANK DEPOSITS INTEREST RECEIVED PER458137 | INSURED NETWORK INTEREST CREDITED | | | | 0.01 | USD |
| **Total Dividends and Interest** | | | | | | $0.00 | $0.01 | USD |
| **FDIC Insured Bank Deposits** | | | | | | | | |
| 11/16/15 | 11/13/15 | FDIC INSURED BANK DEPOSITS INTEREST REINVESTED PER458137 | INSURED NETWORK INTEREST REINVESTED | | | | -0.01 | USD |
| **Total FDIC Insured Bank Deposits** | | | | | | $0.00 | -$0.01 | USD |
| **Total Value of Transactions** | | | | | | $0.00 | -$112,661.38 | USD |

The price and quantity displayed may have been rounded.

BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS · BARCLAYS
Account Number: '810
LADDCAP VALUE PARTNERS III
Go paperless
Page 5 of 7
A0057269CSF30021

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000370

SEC-LIT-EPROD-004594560

## FDIC Insured Bank Deposits

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep FDIC Insured Bank Deposits** | | | | |
| INSURED NETWORK DEPS BUSINESS | | | | |
| Account Number: 7810  Activity Ending: 11/30/15 | | | | |
| 10/31/15 | Opening Balance | | 1,200.55 | 1,200.55 |
| 11/13/15 | Deposit | INTEREST CREDITED BarclaysBank Delaware a/o 11/15 $1,200.56 YIELD 0.01% | 0.01 | 1,200.56 |
| 11/30/15 | Closing Balance | | | $1,200.56 |
| **Total FDIC Insured Bank Deposits** | | | | **$1,200.56** |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank.

## Important Information and Disclosures

### The Role of Pershing

- Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**   Errors and Omissions excepted.

### Important Arbitration Disclosures

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.

Page 6 of 7

A0057269CSF30021    Account Number:  7810    
LADDCAP VALUE PARTNERS III

FOIA CONFIDENTIAL TREATMENT REQUESTED    BARC_000371

SEC-LIT-EPROD-004594561



745 Seventh Avenue
New York, NY 10019

+1 800 392 5000

**Brokerage Account**

Statement Period: 11/01/2015 - 11/30/2015

## Important Information and Disclosures (continued)

**Important Arbitration Disclosures** (continued)

- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Account Number: '810
LADDCAP VALUE PARTNERS III

Page 7 of 7

A0057269CSF30021

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000372

SEC-LIT-EPROD-004594562