# EXHIBIT H



SEYMOUR LADD & SHIRLEY LADD JT TEN

SEC-FBI-E-0151593

## Terms and Conditions



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Statement Reporting Period:
05/01/16 - 05/31/16

**Statement for Account #** ⎯470
SEYMOUR LADD & SHIRLEY LADD JT TEN

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | ($434.34) | ($46,374.53) | $45,940.19 | - | $ - | - | |
| Insrd Dep Acct (IDA) | 189,378.01 | - | 189,378.01 | - | - | 0.01% | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 198,343.33 | 202,454.97 | (4,111.64) | (2.0)% | 3,861.72 | 1.9% | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$387,287.00** | **$156,080.44** | **$231,206.56** | **148.1%** | **$3,861.72** | **1.0%** | |
| **Margin Equity** | **100.0%** | | | | | | |

Cash 0.1%
IDA 48.8%
Stocks 51.1%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | ($46,374.53) | ($52,287.40) |
| Securities Purchased | (108,171.64) | (110,561.53) |
| Securities Sold | 668,524.11 | 677,727.04 |
| Funds Deposited | - | - |
| Funds Disbursed | (325,000.00) | (325,000.00) |
| Income | 399.33 | 855.51 |
| Expense | (434.34) | (1,790.69) |
| Other | (189,377.27) | (189,377.27) |
| **Closing Balance** | **($434.34)** | **($434.34)** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $399.33 | $ - | $855.51 |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | (434.34) | - | (1,790.69) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **($35.01)** | **$0.00** | **($935.18)** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 05/31/16 ** | $8,813.70 |
| Unrealized Gains | 2,932.90 |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed)[YTD] | (325,000.00) |
| Income/(Expense)[YTD] | (935.18) |
| Securities Received/(Delivered)[YTD] | 0.00 |
| **For cost-basis information, refer to www.tdameritrade.com | |

page 1 of 8

SEC-FBI-E-0151595

Statement for Account #        )470
05/01/16 - 05/31/16

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **DEBITS** | | |
| Checks Paid | $ (325,000.00) | $ (325,000.00) |
| **Subtotal** | (325,000.00) | (325,000.00) |
| **TOTAL** | **(325,000.00)** | (325,000.00) |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Margin Interest Charged | $ (434.34) | $ (1,790.69) |
| Qualified Dividends | 399.33 | 855.51 |
| IDA Interest | 0.74 | 0.74 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| AVNET INC COM | AVT | 220 | $ 41.03 | $9,026.60 | 05/13/16 | $ 8,572.39 | $ 38.97 | $ 454.21 | $ 149.60 | 1.7% |
| BANK OF AMERICA CORP COM | BAC | 4,454 | 14.79 | 65,874.66 | - | - | - | - | 890.80 | 1.4% |
| HASBRO INC COM | HAS | 1,383 | 87.29 | 120,722.07 | - | - | - | - | 2,821.32 | 2.3% |
| MGT CAPITAL INVESTMENTS INC COM | MGT | 1,000 | 2.72 | 2,720.00 | 11/24/15 | 241.31 | 0.24 | 2,478.69 | - | - |
| **Total Stocks** | | | | **$198,343.33** | | **$8,813.70** | | **$2,932.90** | **$3,861.72** | **1.9%** |
| **Total Margin Account** | | | | **$198,343.33** | | **$8,813.70** | | **$2,932.90** | **$3,861.72** | **1.9%** |

page 2 of 8

SEC-FBI-E-0151596

Statement for Account #        9470
05/01/16 - 05/31/16

| Online Cash Services Transaction Detail | | | |
|---|---|---|---|
| Category | Transaction Date | Description | Amount |
| **DEBITS** | | | |
| Checks Paid | 05/13/2016 | CASH DISBURSEMENT | $ (325,000.00) |
| **Subtotal** | | | (325,000.00) |
| **TOTAL** | | | **(325,000.00)** |

| Account Activity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| **Opening Balance** | | | | | | | | | **($46,374.53)** |
| 05/13/16 | 05/13/16 | Margin | Ck# 12293850 - Funds Disbursed | CASH DISBURSEMENT | - | - | $ 0.00 | $ (325,000.00) | (371,374.53) |
| 05/16/16 | 05/16/16 | Margin | Div/Int - Income | HASBRO INC COM Payable: 05/16/2016 QUALFIED DIVIDENDS   399.33 | HAS | - | 0.00 | 399.33 | (370,975.20) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.36 | MGT | 10,974- | 1.49 | 16,340.91 | (354,634.29) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.06 | MGT | 1,600- | 1.4801 | 2,368.10 | (352,266.19) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.24 | MGT | 7,426- | 1.48 | 10,990.24 | (341,275.95) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.38 | MGT | 11,370- | 1.50 | 17,044.63 | (324,231.32) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.28 | MGT | 8,630- | 1.48 | 12,772.12 | (311,459.20) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 1.05 | MGT | 30,000- | 1.60 | 47,988.96 | (263,470.24) |

page 3 of 8

SEC-FBI-E-0151597

Statement for Account #        9470
05/01/16 - 05/31/16

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.28 | MGT | 8,389- | 1.53 | 12,824.90 | (250,645.34) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.39 | MGT | 11,611- | 1.52 | 17,648.33 | (232,997.01) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.29 | MGT | 9,123- | 1.42 | 12,944.38 | (220,052.63) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.34 | MGT | 10,877- | 1.41 | 15,336.23 | (204,716.40) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.14 | MGT | 4,200- | 1.42 | 5,953.87 | (198,762.53) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.21 | MGT | 6,642- | 1.41 | 9,365.01 | (189,397.52) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.28 | MGT | 9,158- | 1.40 | 12,820.92 | (176,576.60) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.23 | MGT | 7,200- | 1.42 | 10,213.78 | (166,362.82) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Regulatory Fee 0.09 | MGT | 2,800- | 1.41 | 3,947.91 | (162,414.91) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.64 | MGT | 20,000- | 1.45 | 28,989.37 | (133,425.54) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.68 | MGT | 20,000- | 1.55 | 30,989.33 | (102,436.21) |

page 4 of 8

SEC-FBI-E-0151598

Statement for Account #          9470
05/01/16 - 05/31/16

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade<br>Date | Settle<br>Date | Acct<br>Type | Transaction/<br>Cash Activity* | Description | Symbol/<br>CUSIP | Quantity | Price | Amount | Balance |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Commission/Fee 9.99<br>Regulatory Fee 1.12 | MGT | 30,000- | 1.70 | 50,988.89 | (51,447.32) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Commission/Fee 44.99<br>Regulatory Fee 0.16 | MGT | 4,100- | 1.76 | 7,170.85 | (44,276.47) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Regulatory Fee 0.61 | MGT | 15,900- | 1.75 | 27,824.39 | (16,452.08) |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Commission/Fee 9.99<br>Regulatory Fee 1.18 | MGT | 30,000- | 1.80 | 53,988.83 | 37,536.75 |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Commission/Fee 44.99<br>Regulatory Fee 0.08 | MGT | 1,900- | 1.82 | 3,412.93 | 40,949.68 |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Regulatory Fee 0.01 | MGT | 100- | 1.815 | 181.49 | 41,131.17 |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Regulatory Fee 0.26 | MGT | 6,410- | 1.81 | 11,601.84 | 52,733.01 |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Regulatory Fee 0.46 | MGT | 11,590- | 1.80 | 20,861.54 | 73,594.55 |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Commission/Fee 44.99<br>Regulatory Fee 0.79 | MGT | 20,000- | 1.80 | 35,954.22 | 109,548.77 |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC<br>COM<br>Commission/Fee 44.99<br>Regulatory Fee 0.77 | MGT | 20,000- | 1.76 | 35,154.24 | 144,703.01 |

page 5 of 8

SEC-FBI-E-0151599

Statement for Account #        I70
05/01/16 - 05/31/16

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | **Account Activity** |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 05/12/16 | 05/17/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 44.99 Regulatory Fee 0.79 | MGT | 20,000- | 1.80 | 35,954.22 | 180,657.23 |
| 05/17/16 | 05/17/16 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (180,657.23) | 0.00 |
| 05/13/16 | 05/18/16 | Margin | Buy - Securities Purchased | HASBRO INC COM Commission/Fee 9.99 | HAS | 600 | 85.20 | (51,129.99) | (51,129.99) |
| 05/13/16 | 05/18/16 | Margin | Sell - Securities Sold | LONG ISLAND ICED TEA CORP COM Commission/Fee 9.99 Regulatory Fee 0.03 | LTEA | 100- | 9.50 | 939.98 | (50,190.01) |
| 05/13/16 | 05/18/16 | Margin | Buy - Securities Purchased | BANK OF AMERICA CORP COM Commission/Fee 9.99 | BAC | 3,454 | 14.0299 | (48,469.26) | (98,659.27) |
| 05/13/16 | 05/18/16 | Margin | Buy - Securities Purchased | AVNET INC COM Commission/Fee 9.99 | AVT | 220 | 38.92 | (8,572.39) | (107,231.66) |
| 05/18/16 | 05/18/16 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 107,231.66 | 0.00 |
| 05/16/16 | 05/19/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.15 | MGT | 2,863- | 2.3001 | 6,575.05 | 6,575.05 |
| 05/16/16 | 05/19/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.26 | MGT | 5,000- | 2.34 | 11,689.75 | 18,264.80 |
| 05/16/16 | 05/19/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.55 | MGT | 10,000- | 2.49 | 24,889.46 | 43,154.26 |
| 05/16/16 | 05/19/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 9.99 Regulatory Fee 0.62 | MGT | 10,000- | 2.81 | 28,089.39 | 71,243.65 |

page 6 of 8

SEC-FBI-E-0151600

Statement for Account #    9470
05/01/16 - 05/31/16

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/16/16 | 05/19/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 44.99 Regulatory Fee 0.33 | MGT | 5,000- | 3.0248 | 15,078.68 | 88,322.33 |
| 05/16/16 | 05/19/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 44.99 Regulatory Fee 0.35 | MGT | 5,000- | 3.20 | 15,954.66 | 102,276.99 |
| 05/19/16 | 05/19/16 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (102,276.99) | 0.00 |
| 05/17/16 | 05/20/16 | Margin | Sell - Securities Sold | MGT CAPITAL INVESTMENTS INC COM Commission/Fee 44.99 Regulatory Fee 0.30 | MGT | 4,000- | 3.43 | 13,674.71 | 13,674.71 |
| 05/20/16 | 05/20/16 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (13,674.71) | 0.00 |
| 05/31/16 | 05/31/16 | Margin | Div/Int - Expense | MARGIN INTEREST CHARGE Payable: 05/31/2016 | - | - | 0.00 | (434.34) | (434.34) |

**Closing Balance**                                           **($434.34)**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 05/01/16 | $ (46,374.53) | $ - | 12 | 8.75 | $ 135.26 | $ - |
| 05/13/16 | (371,374.53) | - | 3 | 7.25 | 224.37 | - |
| 05/16/16 | (370,975.20) | - | 1 | 7.25 | 74.71 | - |

**Total Interest Income/(Expense)**                                       **$434.34**      **$ 0.00**

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 05/17/16 | $ 180,657.23 | 1 | 0.0100 | $ 0.05 | $ 0.05 | $ - |
| 05/18/16 | 73,425.57 | 1 | 0.0100 | 0.02 | 0.07 | - |
| 05/19/16 | 175,702.56 | 1 | 0.0100 | 0.05 | 0.12 | - |
| 05/20/16 | 189,377.27 | 12 | 0.0100 | 0.62 | 0.74 | 0.74 |

**Total Interest Income**                                             **$0.74**

SEC-FBI-E-0151601

**Statement for Account #** 9470
05/01/16 - 05/31/16

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Insured Deposit Account Activity** | | | | | | | | | |
| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | | Amount | Balance |
| Opening Balance | | | | | | | | | $ 0.00 |
| 05/17/16 | - | 05/17/16 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | | $ 180,657.23 | 180,657.23 |
| 05/18/16 | - | 05/18/16 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | | (107,231.66) | 73,425.57 |
| 05/19/16 | - | 05/19/16 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | | 102,276.99 | 175,702.56 |
| 05/20/16 | - | 05/20/16 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | | 13,674.71 | 189,377.27 |
| 05/31/16 | - | 05/31/16 | Received | Interest: Insured Deposit Account | - | - | | 0.74 | 189,378.01 |

**Closing Balance**                                                                                                                   **$189,378.01**

**TD Bank NA**                                                                                                          $189,378.01

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by TD Bank, N.A., or TD Bank USA, N.A., or both. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

**Important Information**

**STATEMENT OF FINANCIAL CONDITION**

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html, or by contacting TD Ameritrade Clearing, Inc. at 1-800-237-8692. As of March 31, 2016, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $1,612 million and $274 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the Securities and Exchange Commission in Washington DC and the Denver, CO office of the Commission.

SEC-FBI-E-0151602