# EXHIBIT L

OTC Markets MGTI Relevant 2016 Price and Volume Data

|    | A         | B      | C      | D      | E      | F         |
|----|-----------|--------|--------|--------|--------|-----------|
| 1  | Date      | Open   | High   | Low    | Close  | Volume    |
| 2  | 1/4/2016  | 0.2276 | 0.2294 | 0.201  | 0.201  | 117,169   |
| 3  | 1/5/2016  | 0.21   | 0.231  | 0.21   | 0.2201 | 32,400    |
| 4  | 1/6/2016  | 0.2201 | 0.235  | 0.22   | 0.2234 | 17,968    |
| 5  | 1/7/2016  | 0.2    | 0.235  | 0.2    | 0.2302 | 109,041   |
| 6  | 1/8/2016  | 0.2303 | 0.36   | 0.2303 | 0.32   | 72,996    |
| 7  | 1/11/2016 | 0.3    | 0.3    | 0.2401 | 0.25   | 16,675    |
| 8  | 1/12/2016 | 0.2348 | 0.2716 | 0.22   | 0.26   | 19,532    |
| 9  | 1/13/2016 | 0.2769 | 0.31   | 0.2401 | 0.2516 | 15,541    |
| 10 | 1/14/2016 | 0.2301 | 0.24   | 0.2    | 0.23   | 79,890    |
| 11 | 1/15/2016 | 0.24   | 0.28   | 0.2301 | 0.28   | 361,274   |
| 12 | 1/19/2016 | 0.294  | 0.295  | 0.28   | 0.28   | 9,289     |
| 13 | 1/20/2016 | 0.28   | 0.28   | 0.1501 | 0.25   | 54,404    |
| 14 | 1/21/2016 | 0.235  | 0.29   | 0.22   | 0.29   | 36,688    |
| 15 | 1/22/2016 | 0.2851 | 0.3648 | 0.28   | 0.32   | 576,839   |
| 16 | 1/25/2016 | 0.32   | 0.3267 | 0.2844 | 0.31   | 30,472    |
| 17 | 1/26/2016 | 0.3001 | 0.3001 | 0.276  | 0.3    | 7,693     |
| 18 | 1/27/2016 | 0.3    | 0.33   | 0.2801 | 0.2981 | 35,521    |
| 19 | 1/28/2016 | 0.2987 | 0.35   | 0.2987 | 0.33   | 100,717   |
| 20 | 1/29/2016 | 0.32   | 0.33   | 0.311  | 0.323  | 33,700    |
| 21 | 2/1/2016  | 0.3    | 0.34   | 0.291  | 0.33   | 46,136    |
| 22 | 2/2/2016  | 0.35   | 0.35   | 0.3    | 0.35   | 45,754    |
| 23 | 2/3/2016  | 0.43   | 0.58   | 0.312  | 0.3151 | 3,250,272 |
| 24 | 2/4/2016  | 0.32   | 0.32   | 0.24   | 0.2401 | 343,421   |
| 25 | 2/5/2016  | 0.245  | 0.255  | 0.19   | 0.254  | 440,590   |
| 26 | 2/8/2016  | 0.27   | 0.27   | 0.25   | 0.259  | 26,971    |
| 27 | 2/9/2016  | 0.2697 | 0.2697 | 0.1905 | 0.24   | 254,832   |
| 28 | 2/10/2016 | 0.2152 | 0.25   | 0.2023 | 0.23   | 335,920   |
| 29 | 2/11/2016 | 0.21   | 0.245  | 0.21   | 0.235  | 173,027   |
| 30 | 2/12/2016 | 0.24   | 0.31   | 0.2055 | 0.31   | 213,514   |
| 31 | 2/16/2016 | 0.27   | 0.3    | 0.2127 | 0.2698 | 114,829   |
| 32 | 2/17/2016 | 0.28   | 0.28   | 0.2301 | 0.24   | 42,055    |
| 33 | 2/18/2016 | 0.23   | 0.2659 | 0.22   | 0.24   | 41,297    |
| 34 | 2/19/2016 | 0.25   | 0.2586 | 0.24   | 0.24   | 52,680    |
| 35 | 2/22/2016 | 0.25   | 0.2654 | 0.2405 | 0.2405 | 52,708    |
| 36 | 2/23/2016 | 0.24   | 0.25   | 0.226  | 0.23   | 41,329    |
| 37 | 2/24/2016 | 0.226  | 0.25   | 0.21   | 0.24   | 36,560    |
| 38 | 2/25/2016 | 0.22   | 0.2415 | 0.22   | 0.235  | 27,847    |
| 39 | 2/26/2016 | 0.24   | 0.24   | 0.22   | 0.221  | 58,434    |
| 40 | 2/29/2016 | 0.22   | 0.249  | 0.2052 | 0.23   | 141,870   |
| 41 | 3/1/2016  | 0.2399 | 0.24   | 0.2301 | 0.2321 | 44,096    |
| 42 | 3/2/2016  | 0.24   | 0.2562 | 0.24   | 0.253  | 35,803    |
| 43 | 3/3/2016  | 0.2402 | 0.28   | 0.2402 | 0.27   | 57,840    |
| 44 | 3/4/2016  | 0.2655 | 0.2998 | 0.26   | 0.2612 | 180,767   |
| 45 | 3/7/2016  | 0.2997 | 0.3001 | 0.23   | 0.3    | 199,245   |
| 46 | 3/8/2016  | 0.2604 | 0.2799 | 0.25   | 0.254  | 76,001    |

**OTC Markets MGTI Relevant 2016 Price and Volume Data**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 47 | 3/9/2016 | 0.2698 | 0.28 | 0.246 | 0.2532 | 56,292 |
| 48 | 3/10/2016 | 0.26 | 0.265 | 0.25 | 0.25 | 68,070 |
| 49 | 3/11/2016 | 0.25 | 0.2699 | 0.24 | 0.26 | 27,748 |
| 50 | 3/14/2016 | 0.2562 | 0.2699 | 0.25 | 0.26 | 44,270 |
| 51 | 3/15/2016 | 0.2523 | 0.2697 | 0.25 | 0.25 | 44,890 |
| 52 | 3/16/2016 | 0.26 | 0.26 | 0.2375 | 0.24 | 66,442 |
| 53 | 3/17/2016 | 0.24 | 0.25 | 0.234 | 0.24 | 94,052 |
| 54 | 3/18/2016 | 0.24 | 0.26 | 0.24 | 0.248 | 24,603 |
| 55 | 3/21/2016 | 0.23 | 0.2433 | 0.23 | 0.235 | 12,420 |
| 56 | 3/22/2016 | 0.235 | 0.2549 | 0.235 | 0.235 | 26,852 |
| 57 | 3/23/2016 | 0.24 | 0.2599 | 0.2349 | 0.239 | 5,454 |
| 58 | 3/24/2016 | 0.2509 | 0.2518 | 0.233 | 0.235 | 20,271 |
| 59 | 3/28/2016 | 0.275 | 0.275 | 0.2401 | 0.2402 | 27,533 |
| 60 | 3/29/2016 | 0.2469 | 0.2469 | 0.233 | 0.233 | 2,736 |
| 61 | 3/30/2016 | 0.233 | 0.24 | 0.233 | 0.233 | 16,991 |
| 62 | 3/31/2016 | 0.2341 | 0.2478 | 0.223 | 0.223 | 43,605 |
| 63 | 4/1/2016 | 0.23 | 0.24 | 0.22 | 0.223 | 17,371 |
| 64 | 4/4/2016 | 0.234 | 0.24 | 0.215 | 0.215 | 19,050 |
| 65 | 4/5/2016 | 0.223 | 0.25 | 0.223 | 0.236 | 17,560 |
| 66 | 4/6/2016 | 0.2478 | 0.275 | 0.2361 | 0.2516 | 79,802 |
| 67 | 4/7/2016 | 0.23 | 0.26 | 0.23 | 0.25 | 13,884 |
| 68 | 4/8/2016 | 0.25 | 0.25 | 0.25 | 0.25 | 1,763 |
| 69 | 4/11/2016 | 0.2366 | 0.2441 | 0.235 | 0.237 | 25,329 |
| 70 | 4/12/2016 | 0.223 | 0.26 | 0.223 | 0.255 | 27,007 |
| 71 | 4/13/2016 | 0.24 | 0.2487 | 0.24 | 0.2487 | 1,223 |
| 72 | 4/14/2016 | 0.26 | 0.26 | 0.2501 | 0.2501 | 28,648 |
| 73 | 4/15/2016 | 0.245 | 0.2637 | 0.245 | 0.25 | 43,642 |
| 74 | 4/18/2016 | 0.223 | 0.26 | 0.223 | 0.251 | 70,696 |
| 75 | 4/19/2016 | 0.26 | 0.27 | 0.252 | 0.2658 | 50,983 |
| 76 | 4/20/2016 | 0.2612 | 0.2687 | 0.252 | 0.26 | 56,597 |
| 77 | 4/21/2016 | 0.2699 | 0.27 | 0.2552 | 0.265 | 17,807 |
| 78 | 4/22/2016 | 0.267 | 0.27 | 0.252 | 0.255 | 67,143 |
| 79 | 4/25/2016 | 0.252 | 0.27 | 0.252 | 0.261 | 90,158 |
| 80 | 4/26/2016 | 0.27 | 0.2749 | 0.252 | 0.26 | 83,694 |
| 81 | 4/27/2016 | 0.261 | 0.3001 | 0.261 | 0.2999 | 202,371 |
| 82 | 4/28/2016 | 0.2949 | 0.32 | 0.2949 | 0.3101 | 93,160 |
| 83 | 4/29/2016 | 0.3249 | 0.33 | 0.3078 | 0.315 | 106,003 |
| 84 | 5/2/2016 | 0.33 | 0.35 | 0.3201 | 0.3265 | 61,553 |
| 85 | 5/3/2016 | 0.34 | 0.3797 | 0.325 | 0.35 | 166,747 |
| 86 | 5/4/2016 | 0.4 | 0.4 | 0.35 | 0.38 | 124,407 |
| 87 | 5/5/2016 | 0.3701 | 0.409 | 0.3563 | 0.3869 | 180,264 |
| 88 | 5/6/2016 | 0.39 | 0.39 | 0.287 | 0.3647 | 71,005 |
| 89 | 5/9/2016 | 0.64 | 0.68 | 0.423 | 0.49 | 10,095,190 |
| 90 | 5/10/2016 | 0.538 | 0.847 | 0.49 | 0.73 | 18,055,500 |
| 91 | 5/11/2016 | 0.7602 | 1.27 | 0.7301 | 1.27 | 29,105,090 |
| 92 | 5/12/2016 | 1.44 | 1.87 | 1.31 | 1.52 | 63,863,000 |

**OTC Markets MGTI Relevant 2016 Price and Volume Data**

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 93 | 5/13/2016 | 1.42 | 1.82 | 1.17 | 1.72 | 34,310,480 |
| 94 | 5/16/2016 | 1.99 | 3.28 | 1.88 | 2.96 | 79,586,260 |
| 95 | 5/17/2016 | 3.41 | 4.98 | 3.25 | 4.15 | 108,759,000 |
| 96 | 5/18/2016 | 5.23 | 5.58 | 2.27 | 2.62 | 96,526,650 |
| 97 | 5/19/2016 | 2.73 | 3.21 | 2.42 | 2.92 | 29,809,020 |
| 98 | 5/20/2016 | 3 | 3.19 | 2.67 | 2.9 | 15,357,560 |
| 99 | 5/23/2016 | 3.31 | 3.32 | 2.8738 | 3.11 | 19,215,990 |
| 100 | 5/24/2016 | 3.19 | 3.2 | 2.73 | 2.85 | 9,798,422 |
| 101 | 5/25/2016 | 2.58 | 2.65 | 2.23 | 2.24 | 11,500,990 |
| 102 | 5/26/2016 | 2.77 | 2.77 | 2.31 | 2.31 | 14,805,250 |
| 103 | 5/27/2016 | 2.29 | 2.55 | 2.23 | 2.35 | 5,368,097 |
| 104 | 5/31/2016 | 2.36 | 2.75 | 2.36 | 2.72 | 7,868,264 |