# EXHIBIT Q

**OTC Markets MGTI 2013 Price and Volume Data**

|    | A         | B      | C      | D      | E      | F       |
|----|-----------|--------|--------|--------|--------|---------|
| 1  | Date      | Open   | High   | Low    | Close  | Volume  |
| 2  | 1/2/2013  | 4.03   | 4.03   | 3.41   | 3.9    | 165,496 |
| 3  | 1/3/2013  | 3.88   | 4.1087 | 3.85   | 3.88   | 26,118  |
| 4  | 1/4/2013  | 3.95   | 3.9804 | 3.76   | 3.87   | 6,800   |
| 5  | 1/7/2013  | 3.85   | 4.17   | 3.7629 | 3.79   | 6,509   |
| 6  | 1/8/2013  | 3.93   | 3.93   | 3.45   | 3.45   | 21,398  |
| 7  | 1/9/2013  | 3.55   | 3.72   | 3.5    | 3.5    | 2,600   |
| 8  | 1/10/2013 | 3.66   | 3.79   | 3.415  | 3.5    | 15,757  |
| 9  | 1/11/2013 | 3.54   | 3.64   | 3.42   | 3.64   | 15,616  |
| 10 | 1/14/2013 | 3.65   | 3.65   | 3.4692 | 3.56   | 7,957   |
| 11 | 1/15/2013 | 3.5038 | 3.51   | 3.4097 | 3.4097 | 3,220   |
| 12 | 1/16/2013 | 3.46   | 3.689  | 3.3801 | 3.3801 | 11,985  |
| 13 | 1/17/2013 | 3.45   | 3.45   | 3.35   | 3.39   | 9,631   |
| 14 | 1/18/2013 | 3.4118 | 3.45   | 3.3202 | 3.43   | 6,200   |
| 15 | 1/22/2013 | 3.4    | 3.66   | 3.26   | 3.27   | 18,798  |
| 16 | 1/23/2013 | 3.4    | 3.4    | 3.27   | 3.27   | 7,000   |
| 17 | 1/24/2013 | 3.27   | 3.28   | 3.21   | 3.22   | 6,700   |
| 18 | 1/25/2013 | 3.45   | 3.45   | 3.16   | 3.2    | 13,430  |
| 19 | 1/28/2013 | 3.29   | 3.3    | 3.15   | 3.16   | 4,583   |
| 20 | 1/29/2013 | 3.15   | 3.25   | 2.95   | 2.96   | 26,642  |
| 21 | 1/30/2013 | 3      | 3.16   | 2.79   | 2.85   | 17,348  |
| 22 | 1/31/2013 | 2.73   | 3.27   | 2.72   | 3.19   | 16,482  |
| 23 | 2/1/2013  | 2.99   | 3.01   | 2.97   | 3.01   | 1,666   |
| 24 | 2/4/2013  | 3.01   | 3.12   | 2.91   | 3      | 26,502  |
| 25 | 2/5/2013  | 3.1    | 3.185  | 2.97   | 3.18   | 103,475 |
| 26 | 2/6/2013  | 3.35   | 3.35   | 3.15   | 3.21   | 27,170  |
| 27 | 2/7/2013  | 3.16   | 3.16   | 3.031  | 3.132  | 21,970  |
| 28 | 2/8/2013  | 3.29   | 3.55   | 3.0505 | 3.06   | 16,497  |
| 29 | 2/11/2013 | 3.05   | 3.11   | 3      | 3      | 20,483  |
| 30 | 2/12/2013 | 3.089  | 3.1    | 2.89   | 2.99   | 197,797 |
| 31 | 2/13/2013 | 3      | 3.05   | 2.94   | 2.95   | 25,100  |
| 32 | 2/14/2013 | 2.92   | 3      | 2.9    | 2.98   | 8,308   |
| 33 | 2/15/2013 | 2.93   | 3.03   | 2.73   | 2.9    | 16,260  |
| 34 | 2/19/2013 | 2.96   | 3.01   | 2.75   | 2.76   | 40,151  |
| 35 | 2/20/2013 | 2.8    | 2.9    | 2.79   | 2.8934 | 36,015  |
| 36 | 2/21/2013 | 3.1199 | 3.1199 | 2.978  | 3.0398 | 36,970  |
| 37 | 2/22/2013 | 3.12   | 3.25   | 2.9616 | 3.15   | 58,849  |
| 38 | 2/25/2013 | 3.12   | 3.12   | 2.9    | 3      | 21,371  |
| 39 | 2/26/2013 | 2.97   | 3.0999 | 2.97   | 3.04   | 19,238  |
| 40 | 2/27/2013 | 2.99   | 3.09   | 2.95   | 3      | 20,631  |
| 41 | 2/28/2013 | 3.04   | 3.2    | 2.96   | 3.02   | 16,514  |
| 42 | 3/1/2013  | 3.18   | 3.33   | 2.95   | 3.08   | 224,467 |
| 43 | 3/4/2013  | 3      | 3.08   | 2.93   | 3.08   | 23,988  |
| 44 | 3/5/2013  | 3.15   | 3.15   | 2.83   | 2.942  | 51,290  |
| 45 | 3/6/2013  | 3      | 3.1    | 2.9    | 3.04   | 52,364  |
| 46 | 3/7/2013  | 3.15   | 3.15   | 2.951  | 2.98   | 25,590  |

OTC Markets MGTI 2013 Price and Volume Data

|    | A         | B     | C      | D      | E      | F         |
|----|-----------|-------|--------|--------|--------|-----------|
| 47 | 3/8/2013  | 3.05  | 3.069  | 2.96   | 3.01   | 18,190    |
| 48 | 3/11/2013 | 3.03  | 3.1    | 2.99   | 3.086  | 35,095    |
| 49 | 3/12/2013 | 3.09  | 3.09   | 2.89   | 3.06   | 18,200    |
| 50 | 3/13/2013 | 3.06  | 3.09   | 3.02   | 3.06   | 18,417    |
| 51 | 3/14/2013 | 3.07  | 3.0793 | 3.06   | 3.07   | 11,319    |
| 52 | 3/15/2013 | 3.004 | 3.08   | 2.93   | 3      | 24,304    |
| 53 | 3/18/2013 | 2.92  | 2.98   | 2.8899 | 2.97   | 17,234    |
| 54 | 3/19/2013 | 2.75  | 3.0159 | 2.75   | 3.0159 | 17,010    |
| 55 | 3/20/2013 | 3.07  | 3.07   | 2.91   | 3.06   | 34,950    |
| 56 | 3/21/2013 | 2.9   | 3.03   | 2.9    | 2.97   | 15,150    |
| 57 | 3/22/2013 | 2.935 | 3.01   | 2.93   | 2.99   | 12,308    |
| 58 | 3/25/2013 | 3.03  | 3.03   | 2.91   | 2.91   | 9,150     |
| 59 | 3/26/2013 | 2.98  | 3.03   | 2.96   | 3.02   | 9,513     |
| 60 | 3/27/2013 | 3.05  | 3.05   | 3      | 3.03   | 8,279     |
| 61 | 3/28/2013 | 3.03  | 3.0431 | 2.967  | 3.04   | 5,676     |
| 62 | 4/1/2013  | 3.3   | 3.3    | 3.05   | 3.05   | 82,265    |
| 63 | 4/2/2013  | 3.1   | 3.2    | 3.03   | 3.1    | 30,420    |
| 64 | 4/3/2013  | 3.23  | 3.3    | 3.01   | 3.1601 | 59,398    |
| 65 | 4/4/2013  | 3.15  | 3.15   | 3.03   | 3.08   | 92,100    |
| 66 | 4/5/2013  | 3.11  | 3.2    | 3.08   | 3.2    | 78,215    |
| 67 | 4/8/2013  | 3.2   | 3.85   | 3.19   | 3.85   | 674,644   |
| 68 | 4/9/2013  | 3.8   | 3.8    | 3.26   | 3.4    | 273,779   |
| 69 | 4/10/2013 | 3.4   | 3.48   | 3.31   | 3.48   | 43,398    |
| 70 | 4/11/2013 | 3.8   | 4.05   | 3.65   | 3.9    | 1,041,149 |
| 71 | 4/12/2013 | 4     | 4.07   | 3.6898 | 3.84   | 454,635   |
| 72 | 4/15/2013 | 4.1   | 4.55   | 3.9    | 4.25   | 842,313   |
| 73 | 4/16/2013 | 4.39  | 4.5    | 4.2    | 4.37   | 392,101   |
| 74 | 4/17/2013 | 4.37  | 4.37   | 4.05   | 4.25   | 191,889   |
| 75 | 4/18/2013 | 4.3   | 4.3    | 3.84   | 4.03   | 193,390   |
| 76 | 4/19/2013 | 4.05  | 4.05   | 3.66   | 3.74   | 247,030   |
| 77 | 4/22/2013 | 3.8   | 4.25   | 3.55   | 3.88   | 626,442   |
| 78 | 4/23/2013 | 3.89  | 3.89   | 3.7    | 3.8    | 174,586   |
| 79 | 4/24/2013 | 3.85  | 4.12   | 3.7899 | 4      | 243,077   |
| 80 | 4/25/2013 | 4.17  | 4.17   | 3.96   | 4.06   | 87,610    |
| 81 | 4/26/2013 | 4.14  | 4.38   | 3.85   | 3.9    | 900,694   |
| 82 | 4/29/2013 | 4.06  | 4.06   | 3.8    | 3.86   | 199,320   |
| 83 | 4/30/2013 | 3.9   | 3.9    | 3.69   | 3.75   | 203,408   |
| 84 | 5/1/2013  | 3.81  | 4.04   | 3.81   | 3.96   | 335,336   |
| 85 | 5/2/2013  | 3.96  | 4.1    | 3.8922 | 4.05   | 262,806   |
| 86 | 5/3/2013  | 4.08  | 4.08   | 3.85   | 3.97   | 152,207   |
| 87 | 5/6/2013  | 4.03  | 4.03   | 3.95   | 4      | 70,127    |
| 88 | 5/7/2013  | 4     | 4.14   | 3.87   | 4.1    | 223,220   |
| 89 | 5/8/2013  | 4.11  | 4.3    | 4.1    | 4.24   | 274,609   |
| 90 | 5/9/2013  | 4.29  | 4.33   | 4.15   | 4.27   | 239,872   |
| 91 | 5/10/2013 | 4.26  | 4.26   | 4.12   | 4.24   | 89,032    |
| 92 | 5/13/2013 | 4.23  | 4.25   | 4.021  | 4.16   | 66,515    |

OTC Markets MGTI 2013 Price and Volume Data

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 93 | 5/14/2013 | 4.1 | 4.25 | 3.86 | 4.2 | 137,278 |
| 94 | 5/15/2013 | 4.12 | 4.15 | 4.05 | 4.13 | 57,871 |
| 95 | 5/16/2013 | 4.18 | 4.18 | 3.91 | 4.12 | 118,512 |
| 96 | 5/17/2013 | 4.13 | 4.7 | 3.95 | 4.48 | 617,903 |
| 97 | 5/20/2013 | 4.45 | 5.22 | 4.32 | 5.03 | 1,057,905 |
| 98 | 5/21/2013 | 5.2 | 5.35 | 5.02 | 5.29 | 563,106 |
| 99 | 5/22/2013 | 5.3 | 5.3 | 5 | 5.09 | 196,736 |
| 100 | 5/23/2013 | 5.01 | 5.05 | 4.8 | 5.04 | 389,908 |
| 101 | 5/24/2013 | 4.97 | 5.2 | 4.93 | 5.07 | 152,912 |
| 102 | 5/28/2013 | 5.23 | 5.23 | 4.81 | 4.99 | 155,598 |
| 103 | 5/29/2013 | 4.93 | 4.93 | 4.5 | 4.9 | 288,971 |
| 104 | 5/30/2013 | 4.83 | 4.8766 | 4.7009 | 4.84 | 138,745 |
| 105 | 5/31/2013 | 4.82 | 4.85 | 4.52 | 4.53 | 244,200 |
| 106 | 6/3/2013 | 4.65 | 4.7 | 4.43 | 4.58 | 152,509 |
| 107 | 6/4/2013 | 4.68 | 4.68 | 4.26 | 4.34 | 160,400 |
| 108 | 6/5/2013 | 4.26 | 4.38 | 4.161 | 4.32 | 115,673 |
| 109 | 6/6/2013 | 4.35 | 4.4299 | 4.27 | 4.34 | 41,610 |
| 110 | 6/7/2013 | 4.38 | 4.42 | 4.2801 | 4.42 | 78,071 |
| 111 | 6/10/2013 | 4.43 | 4.49 | 4.31 | 4.44 | 52,800 |
| 112 | 6/11/2013 | 4.44 | 4.75 | 4.3601 | 4.68 | 155,525 |
| 113 | 6/12/2013 | 4.75 | 4.82 | 4.57 | 4.68 | 172,801 |
| 114 | 6/13/2013 | 4.7 | 4.7 | 4.5401 | 4.67 | 84,354 |
| 115 | 6/14/2013 | 4.59 | 4.66 | 4.5 | 4.66 | 79,623 |
| 116 | 6/17/2013 | 4.62 | 4.8 | 4.6 | 4.8 | 91,312 |
| 117 | 6/18/2013 | 4.73 | 4.8 | 4.5602 | 4.67 | 61,893 |
| 118 | 6/19/2013 | 4.66 | 4.78 | 4.61 | 4.74 | 44,467 |
| 119 | 6/20/2013 | 4.65 | 4.71 | 4.44 | 4.45 | 79,764 |
| 120 | 6/21/2013 | 4.68 | 4.97 | 4.45 | 4.95 | 329,412 |
| 121 | 6/24/2013 | 5.12 | 5.39 | 4.7 | 4.9 | 427,664 |
| 122 | 6/25/2013 | 5 | 5 | 4.46 | 4.85 | 245,791 |
| 123 | 6/26/2013 | 4.86 | 4.95 | 4.786 | 4.92 | 144,443 |
| 124 | 6/27/2013 | 4.97 | 4.9799 | 4.76 | 4.78 | 76,133 |
| 125 | 6/28/2013 | 4.85 | 5.15 | 4.65 | 5.15 | 105,265 |
| 126 | 7/1/2013 | 5.19 | 5.4 | 4.981 | 5.02 | 107,469 |
| 127 | 7/2/2013 | 5.02 | 5.15 | 4.8 | 4.8 | 79,074 |
| 128 | 7/3/2013 | 5.01 | 5.01 | 4.8 | 4.95 | 10,662 |
| 129 | 7/5/2013 | 5.18 | 5.18 | 4.85 | 4.9 | 43,558 |
| 130 | 7/8/2013 | 5.14 | 5.14 | 4.7515 | 4.78 | 28,383 |
| 131 | 7/9/2013 | 4.86 | 4.86 | 4.71 | 4.8 | 37,964 |
| 132 | 7/10/2013 | 4.74 | 4.74 | 4.55 | 4.66 | 55,268 |
| 133 | 7/11/2013 | 4.65 | 4.7199 | 4.5101 | 4.6 | 50,978 |
| 134 | 7/12/2013 | 4.67 | 4.67 | 4.43 | 4.53 | 75,691 |
| 135 | 7/15/2013 | 4.59 | 4.64 | 4.4 | 4.63 | 65,120 |
| 136 | 7/16/2013 | 4.65 | 4.65 | 4.44 | 4.45 | 17,380 |
| 137 | 7/17/2013 | 4.52 | 4.52 | 4.3 | 4.34 | 56,643 |
| 138 | 7/18/2013 | 4.41 | 4.45 | 4.19 | 4.3 | 121,943 |

OTC Markets MGTI 2013 Price and Volume Data

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 139 | 7/19/2013 | 4.4 | 4.4 | 4.26 | 4.39 | 50,264 |
| 140 | 7/22/2013 | 4.44 | 4.55 | 4.31 | 4.4 | 57,507 |
| 141 | 7/23/2013 | 4.35 | 4.48 | 4.22 | 4.26 | 66,970 |
| 142 | 7/24/2013 | 4.4 | 4.4 | 4.01 | 4.12 | 113,265 |
| 143 | 7/25/2013 | 4.12 | 4.12 | 4.04 | 4.08 | 45,293 |
| 144 | 7/26/2013 | 4.09 | 4.09 | 3.81 | 4 | 104,479 |
| 145 | 7/29/2013 | 4.11 | 4.36 | 4 | 4.29 | 92,379 |
| 146 | 7/30/2013 | 4.24 | 4.39 | 4.22 | 4.2659 | 73,345 |
| 147 | 7/31/2013 | 4.31 | 4.32 | 4.12 | 4.32 | 42,305 |
| 148 | 8/1/2013 | 4.28 | 4.296 | 4.06 | 4.07 | 47,872 |
| 149 | 8/2/2013 | 4.12 | 4.26 | 4.0101 | 4.05 | 28,568 |
| 150 | 8/5/2013 | 4.1 | 4.38 | 4.1 | 4.151 | 50,382 |
| 151 | 8/6/2013 | 4.16 | 4.6 | 4.04 | 4.18 | 209,931 |
| 152 | 8/7/2013 | 4.06 | 4.3 | 4.06 | 4.16 | 33,750 |
| 153 | 8/8/2013 | 4.08 | 4.29 | 4.04 | 4.1 | 42,569 |
| 154 | 8/9/2013 | 4.14 | 4.15 | 4.08 | 4.15 | 12,020 |
| 155 | 8/12/2013 | 4.2 | 4.45 | 4.2 | 4.29 | 57,881 |
| 156 | 8/13/2013 | 4.3 | 4.31 | 4.061 | 4.1299 | 34,466 |
| 157 | 8/14/2013 | 4.16 | 4.24 | 4.0677 | 4.1201 | 36,670 |
| 158 | 8/15/2013 | 4.11 | 4.139 | 4.03 | 4.03 | 43,656 |
| 159 | 8/16/2013 | 4 | 4.13 | 4 | 4.12 | 24,751 |
| 160 | 8/19/2013 | 4.05 | 4.19 | 4.05 | 4.1 | 22,432 |
| 161 | 8/20/2013 | 4.15 | 4.15 | 3.91 | 4.05 | 73,880 |
| 162 | 8/21/2013 | 4.0001 | 4.0001 | 3.801 | 3.9 | 77,294 |
| 163 | 8/22/2013 | 3.95 | 4.243 | 3.84 | 4.12 | 98,857 |
| 164 | 8/23/2013 | 4.17 | 4.3 | 4.08 | 4.23 | 34,724 |
| 165 | 8/26/2013 | 4.23 | 4.23 | 4.111 | 4.219 | 8,325 |
| 166 | 8/27/2013 | 4.16 | 4.25 | 4.13 | 4.18 | 24,741 |
| 167 | 8/28/2013 | 4.158 | 4.2 | 4.11 | 4.2 | 18,753 |
| 168 | 8/29/2013 | 4.15 | 4.21 | 4.11 | 4.13 | 29,086 |
| 169 | 8/30/2013 | 4.18 | 4.18 | 4.02 | 4.07 | 19,604 |
| 170 | 9/3/2013 | 4.09 | 4.09 | 3.98 | 4.01 | 15,388 |
| 171 | 9/4/2013 | 4.13 | 4.38 | 4.07 | 4.2 | 149,257 |
| 172 | 9/5/2013 | 4.19 | 4.38 | 4.07 | 4.3499 | 165,335 |
| 173 | 9/6/2013 | 4.38 | 4.38 | 4.22 | 4.3 | 78,902 |
| 174 | 9/9/2013 | 4.26 | 4.27 | 4.2 | 4.24 | 44,582 |
| 175 | 9/10/2013 | 4.24 | 4.24 | 4.1 | 4.12 | 48,268 |
| 176 | 9/11/2013 | 4.1 | 4.15 | 4.1 | 4.12 | 23,092 |
| 177 | 9/12/2013 | 4.12 | 4.14 | 4.07 | 4.09 | 25,454 |
| 178 | 9/13/2013 | 4.1 | 4.104 | 4 | 4.02 | 73,749 |
| 179 | 9/16/2013 | 4 | 4.0199 | 3.87 | 3.91 | 70,992 |
| 180 | 9/17/2013 | 3.94 | 3.9401 | 3.88 | 3.9 | 19,211 |
| 181 | 9/18/2013 | 3.91 | 4.0599 | 3.82 | 3.95 | 35,004 |
| 182 | 9/19/2013 | 3.91 | 3.91 | 3.85 | 3.85 | 18,200 |
| 183 | 9/20/2013 | 3.88 | 3.94 | 3.67 | 3.77 | 37,668 |
| 184 | 9/23/2013 | 3.73 | 3.79 | 3.52 | 3.59 | 92,399 |

OTC Markets MGTI 2013 Price and Volume Data

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 185 | 9/24/2013 | 3.54 | 3.5599 | 3.37 | 3.45 | 124,139 |
| 186 | 9/25/2013 | 3.5 | 3.73 | 3.17 | 3.64 | 141,062 |
| 187 | 9/26/2013 | 3.65 | 3.78 | 3.6101 | 3.67 | 17,075 |
| 188 | 9/27/2013 | 3.69 | 3.69 | 3.6 | 3.61 | 5,310 |
| 189 | 9/30/2013 | 3.511 | 3.69 | 3.49 | 3.69 | 24,046 |
| 190 | 10/1/2013 | 3.68 | 3.731 | 3.5481 | 3.7 | 41,082 |
| 191 | 10/2/2013 | 3.7 | 3.7 | 3.6 | 3.66 | 25,103 |
| 192 | 10/3/2013 | 3.67 | 3.67 | 3.3205 | 3.5 | 73,268 |
| 193 | 10/4/2013 | 3.57 | 3.67 | 3.42 | 3.6 | 37,546 |
| 194 | 10/7/2013 | 3.58 | 3.6401 | 3.5236 | 3.56 | 27,662 |
| 195 | 10/8/2013 | 3.43 | 3.66 | 3.43 | 3.53 | 40,486 |
| 196 | 10/9/2013 | 3.57 | 3.65 | 3.36 | 3.5 | 62,605 |
| 197 | 10/10/2013 | 3.64 | 3.64 | 3.23 | 3.51 | 74,071 |
| 198 | 10/11/2013 | 3.55 | 3.6145 | 3.41 | 3.49 | 47,180 |
| 199 | 10/14/2013 | 3.5 | 3.56 | 3.36 | 3.4799 | 21,946 |
| 200 | 10/15/2013 | 3.42 | 3.59 | 3.17 | 3.34 | 67,329 |
| 201 | 10/16/2013 | 3.37 | 3.39 | 3.1801 | 3.21 | 65,772 |
| 202 | 10/17/2013 | 3.24 | 3.3617 | 3.19 | 3.27 | 112,025 |
| 203 | 10/18/2013 | 3.279 | 3.4 | 3.21 | 3.21 | 45,058 |
| 204 | 10/21/2013 | 3.24 | 3.3456 | 3.17 | 3.23 | 26,531 |
| 205 | 10/22/2013 | 3.36 | 3.36 | 3.2 | 3.2901 | 40,314 |
| 206 | 10/23/2013 | 3.28 | 3.39 | 3.25 | 3.37 | 22,506 |
| 207 | 10/24/2013 | 3.39 | 3.8 | 3.26 | 3.77 | 219,971 |
| 208 | 10/25/2013 | 3.79 | 3.79 | 3.24 | 3.356 | 129,586 |
| 209 | 10/28/2013 | 3.4 | 3.44 | 3.13 | 3.2 | 237,992 |
| 210 | 10/29/2013 | 3.2 | 3.23 | 2.85 | 3.04 | 153,066 |
| 211 | 10/30/2013 | 3.02 | 3.0699 | 2.86 | 2.93 | 123,069 |
| 212 | 10/31/2013 | 2.96 | 3 | 2.49 | 2.96 | 168,284 |
| 213 | 11/1/2013 | 3.1 | 3.1 | 2.92 | 3.1 | 62,781 |
| 214 | 11/4/2013 | 3.06 | 3.06 | 2.86 | 2.95 | 147,991 |
| 215 | 11/5/2013 | 2.96 | 2.96 | 2.78 | 2.9 | 100,468 |
| 216 | 11/6/2013 | 2.88 | 2.89 | 2.69 | 2.8399 | 95,354 |
| 217 | 11/7/2013 | 2.7649 | 2.86 | 2.73 | 2.85 | 101,017 |
| 218 | 11/8/2013 | 2.8 | 2.83 | 2.7301 | 2.83 | 69,656 |
| 219 | 11/11/2013 | 2.75 | 2.8 | 2.71 | 2.78 | 58,958 |
| 220 | 11/12/2013 | 2.75 | 2.888 | 2.75 | 2.84 | 33,680 |
| 221 | 11/13/2013 | 2.93 | 3.1 | 2.89 | 3.02 | 219,140 |
| 222 | 11/14/2013 | 3 | 3.1952 | 2.92 | 3.07 | 234,768 |
| 223 | 11/15/2013 | 3.11 | 3.149 | 3 | 3.08 | 86,087 |
| 224 | 11/18/2013 | 3.05 | 3.09 | 2.8602 | 2.9201 | 138,004 |
| 225 | 11/19/2013 | 2.92 | 2.9499 | 2.78 | 2.82 | 129,519 |
| 226 | 11/20/2013 | 2.89 | 2.96 | 2.75 | 2.88 | 46,972 |
| 227 | 11/21/2013 | 2.92 | 2.92 | 2.85 | 2.8699 | 53,550 |
| 228 | 11/22/2013 | 2.86 | 2.9 | 2.8301 | 2.87 | 15,300 |
| 229 | 11/25/2013 | 2.91 | 2.91 | 2.8001 | 2.87 | 17,490 |
| 230 | 11/26/2013 | 2.85 | 3.1901 | 2.85 | 3.14 | 227,600 |

**OTC Markets MGTI 2013 Price and Volume Data**

|     | A          | B     | C      | D      | E      | F       |
|-----|------------|-------|--------|--------|--------|---------|
| 231 | 11/27/2013 | 3.06  | 3.18   | 2.92   | 3.08   | 97,013  |
| 232 | 11/29/2013 | 3.12  | 3.14   | 3.01   | 3.069  | 11,226  |
| 233 | 12/2/2013  | 3.02  | 3.13   | 2.98   | 3.01   | 41,699  |
| 234 | 12/3/2013  | 3.04  | 3.11   | 2.9    | 3.08   | 18,589  |
| 235 | 12/4/2013  | 3.03  | 3.12   | 3      | 3.03   | 38,267  |
| 236 | 12/5/2013  | 3.05  | 3.23   | 3.03   | 3.06   | 84,521  |
| 237 | 12/6/2013  | 3.12  | 3.2099 | 3      | 3.15   | 96,561  |
| 238 | 12/9/2013  | 3.18  | 3.19   | 3.02   | 3.07   | 47,028  |
| 239 | 12/10/2013 | 3.04  | 3.19   | 2.87   | 3.011  | 145,841 |
| 240 | 12/11/2013 | 2.95  | 2.95   | 2.75   | 2.84   | 92,541  |
| 241 | 12/12/2013 | 2.82  | 2.82   | 2.66   | 2.73   | 49,386  |
| 242 | 12/13/2013 | 2.719 | 2.78   | 2.6501 | 2.75   | 47,546  |
| 243 | 12/16/2013 | 2.73  | 2.92   | 2.73   | 2.84   | 35,080  |
| 244 | 12/17/2013 | 2.85  | 2.92   | 2.85   | 2.91   | 22,216  |
| 245 | 12/18/2013 | 2.9   | 2.9    | 2.7    | 2.76   | 72,125  |
| 246 | 12/19/2013 | 2.7   | 2.73   | 2.63   | 2.7    | 34,548  |
| 247 | 12/20/2013 | 2.66  | 2.78   | 2.6485 | 2.75   | 66,713  |
| 248 | 12/23/2013 | 2.7   | 2.75   | 2.7    | 2.73   | 14,527  |
| 249 | 12/24/2013 | 2.74  | 2.85   | 2.7    | 2.76   | 62,907  |
| 250 | 12/26/2013 | 2.75  | 2.8899 | 2.75   | 2.77   | 74,013  |
| 251 | 12/27/2013 | 2.75  | 2.8    | 2.75   | 2.76   | 42,367  |
| 252 | 12/30/2013 | 2.8   | 2.83   | 2.74   | 2.75   | 21,856  |
| 253 | 12/31/2013 | 2.7   | 2.84   | 2.45   | 2.8099 | 256,657 |