# EXHIBIT R

**OTC Markets MGTI 2018 Price and Volume Data**

|    | A         | B     | C      | D     | E      | F         |
|----|-----------|-------|--------|-------|--------|-----------|
| 1  | Date      | Open  | High   | Low   | Close  | Volume    |
| 2  | 1/2/2018  | 4.89  | 5.39   | 4.48  | 4.85   | 2,820,365 |
| 3  | 1/3/2018  | 5.05  | 5.18   | 4.6   | 4.75   | 1,276,627 |
| 4  | 1/4/2018  | 4.7   | 4.75   | 4.25  | 4.42   | 1,713,674 |
| 5  | 1/5/2018  | 4.66  | 4.81   | 4.52  | 4.75   | 1,451,661 |
| 6  | 1/8/2018  | 4.6   | 4.74   | 4.27  | 4.5    | 1,357,586 |
| 7  | 1/9/2018  | 4.425 | 4.64   | 4.31  | 4.34   | 834,911   |
| 8  | 1/10/2018 | 4.295 | 4.325  | 3.9   | 3.9777 | 1,842,790 |
| 9  | 1/11/2018 | 3.815 | 4.1546 | 3.65  | 3.8623 | 1,607,828 |
| 10 | 1/12/2018 | 3.9   | 4.24   | 3.8   | 4.175  | 816,878   |
| 11 | 1/16/2018 | 3.68  | 3.98   | 3.62  | 3.64   | 2,037,908 |
| 12 | 1/17/2018 | 3.44  | 4      | 3.15  | 3.961  | 3,125,379 |
| 13 | 1/18/2018 | 4.05  | 4.19   | 3.99  | 4.0823 | 1,298,393 |
| 14 | 1/19/2018 | 4.075 | 4.1    | 3.75  | 3.93   | 1,465,340 |
| 15 | 1/22/2018 | 3.8   | 3.89   | 3.57  | 3.59   | 933,409   |
| 16 | 1/23/2018 | 3.6   | 3.8    | 3.5   | 3.73   | 763,504   |
| 17 | 1/24/2018 | 3.83  | 3.85   | 3.6   | 3.61   | 599,147   |
| 18 | 1/25/2018 | 3.685 | 3.8    | 3.64  | 3.68   | 542,037   |
| 19 | 1/26/2018 | 3.41  | 3.53   | 3.01  | 3.25   | 2,802,602 |
| 20 | 1/29/2018 | 3.17  | 3.25   | 3.03  | 3.07   | 1,446,300 |
| 21 | 1/30/2018 | 3.03  | 3.03   | 2.6   | 2.71   | 2,283,259 |
| 22 | 1/31/2018 | 2.7   | 2.78   | 2.39  | 2.56   | 2,074,690 |
| 23 | 2/1/2018  | 2.46  | 2.48   | 2.11  | 2.24   | 2,037,496 |
| 24 | 2/2/2018  | 2.16  | 2.69   | 2.025 | 2.61   | 2,302,114 |
| 25 | 2/5/2018  | 2.42  | 2.47   | 2.05  | 2.32   | 1,787,509 |
| 26 | 2/6/2018  | 2.25  | 2.81   | 2.22  | 2.78   | 1,563,425 |
| 27 | 2/7/2018  | 2.975 | 3.1    | 2.91  | 3      | 1,604,865 |
| 28 | 2/8/2018  | 3.09  | 3.21   | 2.9   | 2.9    | 1,068,336 |
| 29 | 2/9/2018  | 2.92  | 2.97   | 2.42  | 2.65   | 1,644,988 |
| 30 | 2/12/2018 | 2.65  | 2.72   | 2.45  | 2.51   | 913,799   |
| 31 | 2/13/2018 | 2.51  | 2.51   | 2.29  | 2.38   | 701,130   |
| 32 | 2/14/2018 | 2.5   | 2.63   | 2.42  | 2.59   | 1,468,367 |
| 33 | 2/15/2018 | 2.675 | 2.75   | 2.52  | 2.54   | 1,049,719 |
| 34 | 2/16/2018 | 2.55  | 2.55   | 2.32  | 2.38   | 907,915   |
| 35 | 2/20/2018 | 2.56  | 2.56   | 2.33  | 2.37   | 1,093,209 |
| 36 | 2/21/2018 | 2.325 | 2.37   | 2.25  | 2.28   | 624,469   |
| 37 | 2/22/2018 | 2.28  | 2.34   | 2.19  | 2.24   | 497,557   |
| 38 | 2/23/2018 | 2.23  | 2.33   | 2.18  | 2.24   | 417,600   |
| 39 | 2/26/2018 | 2.28  | 2.33   | 2.24  | 2.26   | 521,190   |
| 40 | 2/27/2018 | 2.26  | 2.26   | 1.93  | 1.96   | 1,538,809 |
| 41 | 2/28/2018 | 2.05  | 2.1    | 1.98  | 2      | 1,092,447 |
| 42 | 3/1/2018  | 1.995 | 2      | 1.9   | 1.97   | 642,746   |
| 43 | 3/2/2018  | 1.96  | 1.96   | 1.85  | 1.93   | 711,633   |
| 44 | 3/5/2018  | 1.91  | 2.18   | 1.9   | 2.15   | 939,692   |
| 45 | 3/6/2018  | 2.16  | 2.17   | 2.03  | 2.05   | 487,310   |
| 46 | 3/7/2018  | 2.03  | 2.03   | 1.88  | 1.95   | 499,177   |

**OTC Markets MGTI 2018 Price and Volume Data**

|    | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 47 | 3/8/2018 | 1.945 | 2.05 | 1.91 | 1.95 | 587,319 |
| 48 | 3/9/2018 | 1.88 | 1.92 | 1.7 | 1.77 | 1,299,662 |
| 49 | 3/12/2018 | 1.775 | 1.95 | 1.76 | 1.89 | 610,702 |
| 50 | 3/13/2018 | 1.89 | 1.92 | 1.83 | 1.86 | 298,012 |
| 51 | 3/14/2018 | 1.78 | 1.85 | 1.73 | 1.76 | 535,757 |
| 52 | 3/15/2018 | 1.74 | 1.77 | 1.72 | 1.76 | 217,926 |
| 53 | 3/16/2018 | 1.76 | 1.815 | 1.73 | 1.79 | 229,561 |
| 54 | 3/19/2018 | 1.79 | 1.8 | 1.6 | 1.66 | 696,679 |
| 55 | 3/20/2018 | 1.685 | 1.79 | 1.66 | 1.78 | 470,472 |
| 56 | 3/21/2018 | 1.815 | 1.99 | 1.75 | 1.84 | 790,920 |
| 57 | 3/22/2018 | 1.92 | 1.92 | 1.66 | 1.72 | 520,353 |
| 58 | 3/23/2018 | 1.7 | 1.76 | 1.66 | 1.74 | 228,781 |
| 59 | 3/26/2018 | 1.73 | 1.75 | 1.52 | 1.58 | 675,392 |
| 60 | 3/27/2018 | 1.57 | 1.63 | 1.54 | 1.54 | 474,903 |
| 61 | 3/28/2018 | 1.61 | 1.61 | 1.45 | 1.46 | 391,950 |
| 62 | 3/29/2018 | 1.46 | 1.47 | 1.21 | 1.285 | 1,203,944 |
| 63 | 4/2/2018 | 1.28 | 1.35 | 1.26 | 1.28 | 536,639 |
| 64 | 4/3/2018 | 1.31 | 1.44 | 1.26 | 1.4 | 830,720 |
| 65 | 4/4/2018 | 1.38 | 1.39 | 1.2975 | 1.32 | 474,145 |
| 66 | 4/5/2018 | 1.31 | 1.39 | 1.31 | 1.31 | 242,006 |
| 67 | 4/6/2018 | 1.28 | 1.34 | 1.22 | 1.24 | 460,776 |
| 68 | 4/9/2018 | 1.3 | 1.34 | 1.24 | 1.24 | 197,842 |
| 69 | 4/10/2018 | 1.11 | 1.2201 | 1.07 | 1.08 | 883,836 |
| 70 | 4/11/2018 | 1.095 | 1.12 | 1.01 | 1.05 | 731,528 |
| 71 | 4/12/2018 | 1.12 | 1.34 | 1.12 | 1.33 | 1,956,286 |
| 72 | 4/13/2018 | 1.38 | 1.46 | 1.26 | 1.35 | 1,038,465 |
| 73 | 4/16/2018 | 1.35 | 1.42 | 1.26 | 1.35 | 601,605 |
| 74 | 4/17/2018 | 1.355 | 1.4 | 1.31 | 1.35 | 508,948 |
| 75 | 4/18/2018 | 1.335 | 1.4 | 1.33 | 1.375 | 466,534 |
| 76 | 4/19/2018 | 1.4 | 1.59 | 1.4 | 1.59 | 1,360,723 |
| 77 | 4/20/2018 | 1.62 | 1.69 | 1.6 | 1.66 | 1,035,544 |
| 78 | 4/23/2018 | 1.71 | 1.82 | 1.68 | 1.74 | 858,737 |
| 79 | 4/24/2018 | 1.82 | 2.18 | 1.81 | 2.16 | 1,929,450 |
| 80 | 4/25/2018 | 1.92 | 2.02 | 1.72 | 1.92 | 1,776,955 |
| 81 | 4/26/2018 | 1.83 | 1.94 | 1.79 | 1.84 | 871,059 |
| 82 | 4/27/2018 | 1.89 | 1.97 | 1.85 | 1.87 | 914,612 |
| 83 | 4/30/2018 | 1.88 | 1.93 | 1.725 | 1.79 | 726,044 |
| 84 | 5/1/2018 | 1.71 | 1.74 | 1.6 | 1.64 | 430,069 |
| 85 | 5/2/2018 | 1.61 | 1.68 | 1.57 | 1.64 | 289,670 |
| 86 | 5/3/2018 | 1.635 | 1.83 | 1.635 | 1.76 | 1,034,414 |
| 87 | 5/4/2018 | 1.775 | 1.79 | 1.66 | 1.7 | 455,304 |
| 88 | 5/7/2018 | 1.685 | 1.7 | 1.55 | 1.63 | 489,640 |
| 89 | 5/8/2018 | 1.605 | 1.61 | 1.38 | 1.53 | 1,209,310 |
| 90 | 5/9/2018 | 1.48 | 1.5 | 1.41 | 1.43 | 784,826 |
| 91 | 5/10/2018 | 1.385 | 1.39 | 1.18 | 1.23 | 2,783,909 |
| 92 | 5/11/2018 | 1.11 | 1.3 | 1.11 | 1.3 | 846,908 |

**OTC Markets MGTI 2018 Price and Volume Data**

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 93 | 5/14/2018 | 1.32 | 1.39 | 1.3 | 1.35 | 685,159 |
| 94 | 5/15/2018 | 1.36 | 1.41 | 1.31 | 1.33 | 379,385 |
| 95 | 5/16/2018 | 1.3 | 1.31 | 1.27 | 1.3 | 431,591 |
| 96 | 5/17/2018 | 1.3 | 1.35 | 1.24 | 1.29 | 481,284 |
| 97 | 5/18/2018 | 1.29 | 1.29 | 1.16 | 1.26 | 905,074 |
| 98 | 5/21/2018 | 1.23 | 1.3 | 1.23 | 1.28 | 272,416 |
| 99 | 5/22/2018 | 1.22 | 1.31 | 1.22 | 1.24 | 399,391 |
| 100 | 5/23/2018 | 1.21 | 1.2301 | 1.13 | 1.2 | 613,038 |
| 101 | 5/24/2018 | 1.18 | 1.26 | 1.17 | 1.25 | 319,552 |
| 102 | 5/25/2018 | 1.24 | 1.24 | 1.17 | 1.1999 | 184,706 |
| 103 | 5/29/2018 | 1.2 | 1.24 | 1.15 | 1.17 | 360,123 |
| 104 | 5/30/2018 | 1.18 | 1.23 | 1.14 | 1.18 | 305,168 |
| 105 | 5/31/2018 | 1.16 | 1.2 | 1.05 | 1.1 | 889,497 |
| 106 | 6/1/2018 | 1.1 | 1.155 | 1.08 | 1.1199 | 362,882 |
| 107 | 6/4/2018 | 1.12 | 1.15 | 1.07 | 1.1 | 369,380 |
| 108 | 6/5/2018 | 1.06 | 1.16 | 1.06 | 1.15 | 418,381 |
| 109 | 6/6/2018 | 1.15 | 1.22 | 1.14 | 1.15 | 247,767 |
| 110 | 6/7/2018 | 1.16 | 1.181 | 1.13 | 1.16 | 308,935 |
| 111 | 6/8/2018 | 1.165 | 1.26 | 1.155 | 1.2 | 559,552 |
| 112 | 6/11/2018 | 1.15 | 1.19 | 1.1 | 1.13 | 594,017 |
| 113 | 6/12/2018 | 1.14 | 1.16 | 1.11 | 1.135 | 333,234 |
| 114 | 6/13/2018 | 1.12 | 1.15 | 0.98 | 1.0299 | 1,805,846 |
| 115 | 6/14/2018 | 1.03 | 1.13 | 1.02 | 1.11 | 931,306 |
| 116 | 6/15/2018 | 1.13 | 1.13 | 1 | 1.03 | 903,579 |
| 117 | 6/18/2018 | 1.03 | 1.03 | 0.95 | 1.0001 | 1,143,785 |
| 118 | 6/19/2018 | 1 | 1.05 | 0.9901 | 1.01 | 585,468 |
| 119 | 6/20/2018 | 1 | 1.02 | 0.82 | 0.85 | 1,968,514 |
| 120 | 6/21/2018 | 0.86 | 0.86 | 0.68 | 0.8 | 2,683,833 |
| 121 | 6/22/2018 | 0.755 | 0.8 | 0.69 | 0.76 | 1,046,430 |
| 122 | 6/25/2018 | 0.745 | 0.82 | 0.73 | 0.79 | 523,998 |
| 123 | 6/26/2018 | 0.7975 | 0.81 | 0.77 | 0.7849 | 333,434 |
| 124 | 6/27/2018 | 0.76 | 0.8 | 0.72 | 0.735 | 376,177 |
| 125 | 6/28/2018 | 0.731 | 0.788 | 0.731 | 0.78 | 245,095 |
| 126 | 6/29/2018 | 0.76 | 0.78 | 0.71 | 0.7495 | 249,082 |
| 127 | 7/2/2018 | 0.7455 | 0.8495 | 0.73 | 0.8149 | 485,530 |
| 128 | 7/3/2018 | 0.817 | 0.83 | 0.79 | 0.8 | 123,250 |
| 129 | 7/5/2018 | 0.8 | 0.8299 | 0.77 | 0.78 | 125,043 |
| 130 | 7/6/2018 | 0.77 | 0.85 | 0.76 | 0.82 | 315,268 |
| 131 | 7/9/2018 | 0.79 | 0.84 | 0.78 | 0.78 | 394,720 |
| 132 | 7/10/2018 | 0.766 | 0.79 | 0.732 | 0.733 | 328,812 |
| 133 | 7/11/2018 | 0.73 | 0.748 | 0.7 | 0.7198 | 410,660 |
| 134 | 7/12/2018 | 0.706 | 0.72 | 0.695 | 0.713 | 373,770 |
| 135 | 7/13/2018 | 0.7035 | 0.7476 | 0.697 | 0.7299 | 289,659 |
| 136 | 7/16/2018 | 0.74 | 0.8 | 0.74 | 0.75 | 366,028 |
| 137 | 7/17/2018 | 0.741 | 1 | 0.741 | 0.939 | 2,276,608 |
| 138 | 7/18/2018 | 0.9525 | 0.975 | 0.855 | 0.915 | 1,188,722 |

**OTC Markets MGTI 2018 Price and Volume Data**

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 139 | 7/19/2018 | 0.921 | 0.96 | 0.881 | 0.895 | 410,683 |
| 140 | 7/20/2018 | 0.9 | 0.91 | 0.83 | 0.861 | 602,619 |
| 141 | 7/23/2018 | 0.92 | 0.93 | 0.89 | 0.9099 | 515,536 |
| 142 | 7/24/2018 | 0.97 | 1.08 | 0.942 | 1 | 2,075,803 |
| 143 | 7/25/2018 | 1 | 1.01 | 0.9 | 0.93 | 1,267,303 |
| 144 | 7/26/2018 | 0.89 | 0.93 | 0.84 | 0.88 | 617,781 |
| 145 | 7/27/2018 | 0.865 | 0.95 | 0.77 | 0.88 | 728,176 |
| 146 | 7/30/2018 | 0.8821 | 0.8821 | 0.78 | 0.81 | 322,925 |
| 147 | 7/31/2018 | 0.81 | 0.81 | 0.751 | 0.79 | 498,655 |
| 148 | 8/1/2018 | 0.79 | 0.8 | 0.752 | 0.753 | 232,705 |
| 149 | 8/2/2018 | 0.7525 | 0.7999 | 0.75 | 0.755 | 388,463 |
| 150 | 8/3/2018 | 0.759 | 0.804 | 0.759 | 0.7708 | 616,975 |
| 151 | 8/6/2018 | 0.769 | 0.769 | 0.73 | 0.746 | 452,272 |
| 152 | 8/7/2018 | 0.74 | 0.78 | 0.74 | 0.78 | 291,908 |
| 153 | 8/8/2018 | 0.741 | 0.778 | 0.731 | 0.7699 | 740,823 |
| 154 | 8/9/2018 | 0.745 | 0.775 | 0.742 | 0.7648 | 401,510 |
| 155 | 8/10/2018 | 0.755 | 0.78 | 0.741 | 0.76 | 244,321 |
| 156 | 8/13/2018 | 0.75 | 0.76 | 0.735 | 0.74 | 299,872 |
| 157 | 8/14/2018 | 0.72 | 0.74 | 0.7 | 0.7 | 925,391 |
| 158 | 8/15/2018 | 0.7 | 0.72 | 0.56 | 0.64 | 1,810,476 |
| 159 | 8/16/2018 | 0.63 | 0.7 | 0.63 | 0.6645 | 422,423 |
| 160 | 8/17/2018 | 0.6623 | 0.695 | 0.64 | 0.6522 | 287,367 |
| 161 | 8/20/2018 | 0.661 | 0.71 | 0.64 | 0.64 | 302,882 |
| 162 | 8/21/2018 | 0.625 | 0.65 | 0.575 | 0.6015 | 765,951 |
| 163 | 8/22/2018 | 0.61 | 0.65 | 0.58 | 0.62 | 543,972 |
| 164 | 8/23/2018 | 0.62 | 0.64 | 0.59 | 0.59 | 203,945 |
| 165 | 8/24/2018 | 0.6 | 0.6361 | 0.571 | 0.6 | 329,103 |
| 166 | 8/27/2018 | 0.6 | 0.6 | 0.571 | 0.5804 | 381,961 |
| 167 | 8/28/2018 | 0.588 | 0.68 | 0.561 | 0.68 | 683,782 |
| 168 | 8/29/2018 | 0.67 | 0.7 | 0.6295 | 0.661 | 339,087 |
| 169 | 8/30/2018 | 0.61 | 0.66 | 0.581 | 0.602 | 382,202 |
| 170 | 8/31/2018 | 0.6 | 0.648 | 0.6 | 0.63 | 216,240 |
| 171 | 9/4/2018 | 0.7 | 0.7 | 0.62 | 0.685 | 602,948 |
| 172 | 9/5/2018 | 0.615 | 0.67 | 0.596 | 0.61 | 497,888 |
| 173 | 9/6/2018 | 0.52 | 0.62 | 0.52 | 0.59 | 479,538 |
| 174 | 9/7/2018 | 0.5999 | 0.6 | 0.4001 | 0.44 | 808,140 |
| 175 | 9/10/2018 | 0.399 | 0.415 | 0.361 | 0.395 | 2,074,880 |
| 176 | 9/11/2018 | 0.378 | 0.395 | 0.27 | 0.317 | 1,944,244 |
| 177 | 9/12/2018 | 0.32 | 0.33 | 0.291 | 0.3046 | 1,021,685 |
| 178 | 9/13/2018 | 0.305 | 0.35 | 0.3 | 0.31 | 1,665,501 |
| 179 | 9/14/2018 | 0.313 | 0.325 | 0.3 | 0.3 | 475,293 |
| 180 | 9/17/2018 | 0.3019 | 0.3134 | 0.26 | 0.2651 | 995,846 |
| 181 | 9/18/2018 | 0.2675 | 0.275 | 0.26 | 0.2702 | 688,848 |
| 182 | 9/19/2018 | 0.26 | 0.272 | 0.2033 | 0.2202 | 2,664,985 |
| 183 | 9/20/2018 | 0.23 | 0.239 | 0.1721 | 0.2035 | 2,699,887 |
| 184 | 9/21/2018 | 0.205 | 0.238 | 0.205 | 0.22 | 1,908,904 |

**OTC Markets MGTI 2018 Price and Volume Data**

|     | A          | B      | C      | D      | E      | F          |
|-----|------------|--------|--------|--------|--------|------------|
| 185 | 9/24/2018  | 0.219  | 0.219  | 0.193  | 0.2013 | 1,604,131  |
| 186 | 9/25/2018  | 0.2013 | 0.2199 | 0.2    | 0.2098 | 597,371    |
| 187 | 9/26/2018  | 0.195  | 0.21   | 0.185  | 0.189  | 1,782,917  |
| 188 | 9/27/2018  | 0.189  | 0.1999 | 0.18   | 0.1822 | 892,379    |
| 189 | 9/28/2018  | 0.165  | 0.18   | 0.1    | 0.1101 | 6,551,292  |
| 190 | 10/1/2018  | 0.11   | 0.1109 | 0.09   | 0.1099 | 3,089,566  |
| 191 | 10/2/2018  | 0.12   | 0.1495 | 0.12   | 0.125  | 2,252,666  |
| 192 | 10/3/2018  | 0.13   | 0.14   | 0.12   | 0.1325 | 789,533    |
| 193 | 10/4/2018  | 0.134  | 0.14   | 0.09   | 0.11   | 3,321,048  |
| 194 | 10/5/2018  | 0.1135 | 0.12   | 0.095  | 0.0975 | 1,987,726  |
| 195 | 10/8/2018  | 0.0925 | 0.1    | 0.072  | 0.085  | 3,158,980  |
| 196 | 10/9/2018  | 0.087  | 0.087  | 0.07   | 0.075  | 2,635,845  |
| 197 | 10/10/2018 | 0.073  | 0.076  | 0.067  | 0.069  | 1,318,819  |
| 198 | 10/11/2018 | 0.07   | 0.08   | 0.06   | 0.08   | 1,607,884  |
| 199 | 10/12/2018 | 0.075  | 0.09   | 0.062  | 0.069  | 3,601,382  |
| 200 | 10/15/2018 | 0.074  | 0.074  | 0.064  | 0.065  | 1,288,830  |
| 201 | 10/16/2018 | 0.065  | 0.0684 | 0.061  | 0.064  | 1,488,112  |
| 202 | 10/17/2018 | 0.063  | 0.069  | 0.061  | 0.068  | 587,005    |
| 203 | 10/18/2018 | 0.07   | 0.07   | 0.061  | 0.063  | 1,157,883  |
| 204 | 10/19/2018 | 0.063  | 0.063  | 0.0521 | 0.0549 | 1,750,264  |
| 205 | 10/22/2018 | 0.0589 | 0.0589 | 0.052  | 0.0527 | 1,177,741  |
| 206 | 10/23/2018 | 0.055  | 0.0765 | 0.052  | 0.0755 | 8,991,488  |
| 207 | 10/24/2018 | 0.09   | 0.1879 | 0.082  | 0.15   | 17,542,950 |
| 208 | 10/25/2018 | 0.156  | 0.16   | 0.102  | 0.115  | 4,405,961  |
| 209 | 10/26/2018 | 0.1101 | 0.118  | 0.0912 | 0.1    | 2,787,572  |
| 210 | 10/29/2018 | 0.1    | 0.109  | 0.085  | 0.088  | 1,543,116  |
| 211 | 10/30/2018 | 0.0858 | 0.0903 | 0.066  | 0.071  | 3,052,714  |
| 212 | 10/31/2018 | 0.0727 | 0.1    | 0.071  | 0.0899 | 3,036,516  |
| 213 | 11/1/2018  | 0.081  | 0.139  | 0.081  | 0.1235 | 4,497,717  |
| 214 | 11/2/2018  | 0.125  | 0.125  | 0.1    | 0.115  | 1,887,142  |
| 215 | 11/5/2018  | 0.1055 | 0.1452 | 0.1055 | 0.1212 | 2,043,919  |
| 216 | 11/6/2018  | 0.125  | 0.163  | 0.121  | 0.1345 | 6,431,487  |
| 217 | 11/7/2018  | 0.1412 | 0.159  | 0.1312 | 0.1455 | 3,562,232  |
| 218 | 11/8/2018  | 0.1425 | 0.147  | 0.112  | 0.1277 | 1,818,918  |
| 219 | 11/9/2018  | 0.1135 | 0.1291 | 0.112  | 0.12   | 1,613,738  |
| 220 | 11/12/2018 | 0.116  | 0.1291 | 0.101  | 0.105  | 941,605    |
| 221 | 11/13/2018 | 0.105  | 0.105  | 0.086  | 0.093  | 2,845,379  |
| 222 | 11/14/2018 | 0.091  | 0.105  | 0.0861 | 0.09   | 5,574,024  |
| 223 | 11/15/2018 | 0.088  | 0.12   | 0.086  | 0.1045 | 911,120    |
| 224 | 11/16/2018 | 0.1025 | 0.1189 | 0.1    | 0.11   | 296,968    |
| 225 | 11/19/2018 | 0.105  | 0.107  | 0.09   | 0.092  | 1,614,072  |
| 226 | 11/20/2018 | 0.093  | 0.0949 | 0.085  | 0.089  | 1,456,420  |
| 227 | 11/21/2018 | 0.089  | 0.1    | 0.086  | 0.089  | 1,185,472  |
| 228 | 11/23/2018 | 0.0891 | 0.0891 | 0.082  | 0.083  | 738,527    |
| 229 | 11/26/2018 | 0.0825 | 0.0999 | 0.081  | 0.086  | 874,125    |
| 230 | 11/27/2018 | 0.081  | 0.1    | 0.081  | 0.0849 | 807,482    |

**OTC Markets MGTI 2018 Price and Volume Data**

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 231 | 11/28/2018 | 0.085 | 0.1062 | 0.082 | 0.095 | 1,318,080 |
| 232 | 11/29/2018 | 0.095 | 0.095 | 0.0832 | 0.086 | 697,551 |
| 233 | 11/30/2018 | 0.08 | 0.089 | 0.0775 | 0.084 | 1,285,076 |
| 234 | 12/3/2018 | 0.0825 | 0.0899 | 0.08 | 0.085 | 625,875 |
| 235 | 12/4/2018 | 0.0799 | 0.0799 | 0.075 | 0.0761 | 1,023,569 |
| 236 | 12/6/2018 | 0.079 | 0.08 | 0.075 | 0.08 | 1,276,394 |
| 237 | 12/7/2018 | 0.08 | 0.08 | 0.072 | 0.077 | 717,615 |
| 238 | 12/10/2018 | 0.072 | 0.078 | 0.0665 | 0.072 | 955,145 |
| 239 | 12/11/2018 | 0.073 | 0.078 | 0.0651 | 0.0651 | 380,896 |
| 240 | 12/12/2018 | 0.067 | 0.075 | 0.063 | 0.065 | 1,237,380 |
| 241 | 12/13/2018 | 0.062 | 0.074 | 0.06 | 0.06 | 1,452,945 |
| 242 | 12/14/2018 | 0.0595 | 0.0639 | 0.055 | 0.0579 | 2,283,209 |
| 243 | 12/17/2018 | 0.0565 | 0.0637 | 0.053 | 0.056 | 1,925,457 |
| 244 | 12/18/2018 | 0.0599 | 0.0625 | 0.052 | 0.0569 | 1,091,634 |
| 245 | 12/19/2018 | 0.059 | 0.074 | 0.055 | 0.062 | 2,205,614 |
| 246 | 12/20/2018 | 0.066 | 0.08 | 0.064 | 0.065 | 1,766,376 |
| 247 | 12/21/2018 | 0.07 | 0.0706 | 0.0522 | 0.0583 | 1,938,084 |
| 248 | 12/24/2018 | 0.0583 | 0.066 | 0.0541 | 0.0589 | 1,061,559 |
| 249 | 12/26/2018 | 0.059 | 0.059 | 0.0521 | 0.053 | 1,120,825 |
| 250 | 12/27/2018 | 0.0525 | 0.054 | 0.0521 | 0.0529 | 1,264,846 |
| 251 | 12/28/2018 | 0.0521 | 0.055 | 0.052 | 0.0521 | 2,560,790 |
| 252 | 12/31/2018 | 0.0523 | 0.055 | 0.0521 | 0.0534 | 898,922 |