# EXHIBIT B

| | |
|---|---|
| **From**: | John Stetson [stetson.john@gmail.com] |
| **Sent**: | 12/7/2011 4:30:33 PM |
| **To**: | BRHonig@aol.com [brhonig@aol.com] |
| **Subject**: | HS Contrarian Investments |
| **Attachments**: | 12072011_00002.pdf |

Barry,

Attached is the Balance Sheet and P&L year to date for HS Contrarian.

The securities are marked at:

Cash - $864,500

IZEA - $0.33 (PIPE price)
CDXC - $0.65
PBIO - $0.65 (Price of PIPE, $0 value to Warrant)
WM Mining Note - Par

Honig Investment - $725,000
Stetson Investment - $30,000

Let's discuss steps on moving forward with Michael Lapat, auditing, and raising additional funds (wait for year end numbers).

John

4:16 PM
12/07/11
Accrual Basis

# HS Contrarian Investments LLC
## Balance Sheet
### As of December 7, 2011

|  | Dec 7, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America | 16,687.51 |
| Investacorp | 6,075.86 |
| Tradestation Securities | 841,791.53 |
| **Total Checking/Savings** | 864,554.90 |
| **Total Current Assets** | 864,554.90 |
| **Other Assets** | |
| Chromadex 144,520 | 93,938.00 |
| IZEA Holdings (Rapid) 1,400,000 | 462,000.00 |
| Pressure Biosciences - 76,923 | 50,000.00 |
| Pressure Biosciences Wts 30,769 | 1.00 |
| WM Mining - Note 15% | 25,000.00 |
| **Total Other Assets** | 630,939.00 |
| **TOTAL ASSETS** | **1,495,493.90** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Barry Honig - Draws | -2,025,000.00 |
| Barry Honig - Equity | 2,750,000.00 |
| FMV Adjustments | 353,076.60 |
| Stetson Capital - Equity | 30,000.00 |
| Net Income | 387,417.30 |
| **Total Equity** | 1,495,493.90 |
| **TOTAL LIABILITIES & EQUITY** | **1,495,493.90** |

Confidential Treatment Requested by JS/SCI/HSCI     SD-SEC-(18Civ8175)-124669

4:17 PM
12/07/11
Accrual Basis

# HS Contrarian Investments LLC
## Profit & Loss
### All Transactions

|  | Dec 7, 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Chromadex | 24,011.58 |
| E Trade | 2,272.36 |
| Interest Income | 46.13 |
| Mines Mgmt | 8,018.81 |
| Molycorp | 209.05 |
| Northern Oil & Gas | 100,497.74 |
| OPKO | 259,374.30 |
| Star Scientific | 50,785.90 |
| TMVs | 28,686.07 |
| Towerstream | 39,251.38 |
| **Total Income** | **513,153.32** |
| **Expense** | |
| Bank Service Charges | 1,175.00 |
| Interest Expense | 2,349.95 |
| Management Fees | 10,730.18 |
| **Professional Fees** | |
| Consulting | 95,000.00 |
| Legal Fees | 16,480.89 |
| **Total Professional Fees** | **111,480.89** |
| **Total Expense** | **125,736.02** |
| **Net Ordinary Income** | **387,417.30** |
| **Net Income** | **387,417.30** |

Confidential Treatment Requested by JS/SCI/HSCI                    SD-SEC-(18Civ8175)-124670