# EXHIBIT C

**From:** Joe Reda <JReda@chardancm.com>
**To:** "'brhonig@aol.com'" <brhonig@aol.com>
**Received(Date):** Thu, 21 Jun 2012 16:24:13 -0400
**Subject:** Re: Intro
ACA5C1D7-4406-4D44-94D7-84E3BF8EB06D[17].png
ACA5C1D7-4406-4D44-94D7-84E3BF8EB06D[4].png

U never like our companies. Epic!!!! Xoxooxox. :)

---

**From:** brhonig@aol.com <brhonig@aol.com>
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** Robert Traversa <RTraversa@mgtci.com>; Joe Reda
**Sent:** Thu Jun 21 16:22:17 2012
**Subject:** Re: Intro

Hello Joe Reda!
Sent from my Verizon Wireless BlackBerry

---

**From:** Robert Ladd <rladd@mgtci.com>
**Date:** Thu, 21 Jun 2012 20:16:16 +0000
**To:** BRHonig@aol.com<BRHonig@aol.com>
**Cc:** Robert Traversa<RTraversa@mgtci.com>; Joe Reda<JReda@chardancm.com>
**Subject:** Re: Intro

Hi Barry,

It's amazing what one green stock will do!  Seriously, though, we have had quite a bit of interest from investors recently, and Chardan has a "non-deal" roadshow scheduled for us next week.

Believe me when I say I am not used to getting money thrown at me, but I have also been on Wall Street long enough to know to take money when available.  A friend of mine wants to do some straight equity (with generous, but toothless, warrant coverage) and the timing of your trip to NY is perfect.

Can you please set up a meeting time for us with Joe Reda from Chardan; Yoav is on Safari I believe!  Look forward to seeing you.

Thanks
Rob



**MGT Capital Investments, Inc.**  (NYSE-Amex: MGT)


**Robert B. Ladd  CFA**

**President and CEO**

500 Mamaroneck Avenue – Suite 204

Harrison, NY  10528


(914) 630-7430 office

(914) 643-6855 cell


AIM:  laddcap

**From:** "BRHonig@aol.com" <BRHonig@aol.com>
**Date:** Wednesday, June 20, 2012 12:13 AM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Re: Intro

Yes we could- but I would like to get a position in the Company as well.  I can create a lot of value for us

Dr Frost would invest as well alongside me and he would be a good person to help bring in some potential cash flow opportunities in the medical space.

I will be in NY next week lets meet.  Before then I would like you to think about how much money my group can come in with.  I think $1,500,000 would be cool.  It would be 3-4 investors including myself.

Barry Honig

In a message dated 6/19/2012 11:01:11 P.M. Eastern Daylight Time, rladd@mgtci.com writes:

> I am also intrigued by the idea of the royalty stream from the medical imaging contrast agents; can we take a deeper look?
>
> Rob
>
> 
>
> <u>MGT Capital Investments, Inc.</u>  (NYSE-Amex: MGT)
>
>
> Robert B. Ladd  CFA
>
> President and CEO
>
> 500 Mamaroneck Avenue – Suite 204
>
> Harrison, NY  10528

(914) 630-7430 office

(914) 643-6855 cell

**AIM:** laddcap

**From:** "BRHonig@aol.com" <BRHonig@aol.com>
**Date:** Monday, June 18, 2012 9:42 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Re: Intro

Robb

Have you thought about how much additional money you want at same terms as Hudson Bay

Regards

Barry

In a message dated 6/15/2012 7:47:03 A.M. Eastern Daylight Time, rladd@mgtci.com writes:

> I am in Palo Alto. Going back to sleep right now, but available to speak anytime today after 9:00am PDT.
>
> Please call my cell number below.
>
> Rob
>
> Robert Ladd
> President and CEO
> MGT Capital Investments, Inc.
> 500 Mamaroneck Avenue - suite 204
> Harrison, NY  10528
> (914) 630-7430
> (914) 643-6855 cell
>
> On Jun 14, 2012, at 11:17 PM, "brhonig@aol.com" <brhonig@aol.com> wrote:
>
>> Rob, are you around tomorrow, what number can I reaxch you at
>> Sent from my Verizon Wireless BlackBerry
>
>> **From:** Robert Ladd <rladd@mgtci.com>
>> **Date:** Thu, 14 Jun 2012 04:48:04 +0000
>> **To:** BRHonig@aol.com<BRHonig@aol.com>
>> **Cc:** yroth@hudsonbaycapital.com<yroth@hudsonbaycapital.com>
>> **Subject:** Re: Intro
>>
>> Understood!!  Exactly.  Ha

Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On Jun 14, 2012, at 12:47 AM, "BRHonig@aol.com" <BRHonig@aol.com> wrote:

> Correct - I got rid of Garrity.  He was a good for a couple of mentions on CNBC (LOL)
>
> In a message dated 6/14/2012 12:45:56 A.M. Eastern Daylight Time, rladd@mgtci.com writes:
>
>> Was that with McMahon? Son of WWF family?
>>
>> Actually that's not it!  ICLK had David Garrity as CFO as one point?
>>
>> Speak to you soon.
>>
>> Rob
>>
>> Robert Ladd
>> President and CEO
>> MGT Capital Investments, Inc.
>> 500 Mamaroneck Avenue - suite 204
>> Harrison, NY  10528
>> (914) 630-7430
>> (914) 643-6855 cell
>>
>> On Jun 14, 2012, at 12:36 AM, "brhonig@aol.com" <brhonig@aol.com> wrote:
>>
>>> Rob, I actually met you 3 years ago- Robb knie introduced us. I pitched you on a company called Interclick which I was the Chairman and founder. We ended up selling it to you yahoo last year year. Let's chat on Wednesday. Send me an email next week when you get settled in. Barry Sent from my Verizon Wireless BlackBerry

---

> **From:** Robert Ladd <rladd@mgtci.com>
> **Date:** Thu, 14 Jun 2012 03:51:01 +0000
> **To:** Yoav Roth<yroth@hudsonbaycapital.com>
> **Cc:** BRHonig@aol.com<brhonig@aol.com>
> **Subject:** Re: Intro
>
> Absolutely. Thanks Yoav.
>
> Barry, I am traveling to Palo Alto most of the afternoon Thursday, then away until Wednesday. It's my son's graduation on Sunday, but other than that, as always I am (at least) semi-working. If you prefer, we can meet in person in New York any day beginning Wednesday. Let me know.

SEC-FBI-E-0045336

Rob

Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On Jun 13, 2012, at 7:15 PM, "Yoav Roth"
<yroth@hudsonbaycapital.com> wrote:

> Rob,
>
> Meet Barry Honig.   Barry is a very successful investor and a friend.
>
> He expressed interest in learning more about MGT.   Can you find
> a time to get him up to speed on your story?
>
>
>
> *Yoav Roth*
>
> *Partner*
>
> *Hudson Bay Capital Management LP*
>
> *777 Third Ave., 30th Floor*
>
> *New York, NY 10017*
>
> *o: (646) 825-2162*
>
> *f: (212) 571-1325*

Confidentiality note: This e-mail contains information from Hudson Bay
Capital Management LP and/or its affiliates that is confidential and/or
legally privileged. This information is intended only for the use of the
individual or entity named on this e-mail. This e-mail and its content may
not be reproduced or retransmitted without the express written
permission of Hudson Bay Capital Management LP.

SEC-FBI-E-0045337

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. For additional disclaimer information:

http://www.chardancm.com/disclaimer

SEC-FBI-E-0045339