# EXHIBIT F

| | |
|---|---|
| From: | Robert Ladd |
| Sent: | Thursday, October 11, 2012 11:19 PM EDT |
| To: | BRHonig@aol.com |
| Subject: | Re: (no subject) |

1. Check
2. Check
3. Check and check....you have two 3's!! ha
4. Check
5. Thank god!
6. Your call
7. Done
8. Check   agnostic about the investors...really.  I have always wanted to have a dinner with Dr. Frost though.

9......closing party South Beach
10....priceless



**MGT Capital Investments, Inc.**  (NYSE-Amex: MGT)

Robert B. Ladd  CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:  laddcap

---

**From:** "BRHonig@aol.com" <BRHonig@aol.com>
**Date:** Thursday, October 11, 2012 11:05 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Re: (no subject)

I just spoke to Yoav believe it or not he actually likes you and called you honest as well.  I guess he lost the war

1) Ok on the $2.0 million in convenants

2) Cashless good

3) Board is yours

3) Investor relation firm gets signed up, it is important somebody helps you there

4) PR Firm as well  it is $100,000 for 6 months;  it is the PR that creates all the value

Confidential                                                                                                                                                                                    LADD-MGT-00002330

5) SRFF can paper, Greenberg can review

6) We can wait on the shelf does not make a difference if we do it all at once

7) My recommendation is you have John Orourke come up for an interview with you
he can be a good right hand man.  He is a young kid, single, smart, dad is a lawyer, hungry- you pay him $12,000 a month and some options and will pay for himself and company -10 fold...you should atleast meet him

8) $1.3 million off shelf and $4.5 million preferred

$5.8 million in total

Yoav is down to $1.0 million

Iriquois I will know tommorow probably $1.5million

I will do $2.0 million

John Lemak  (Sandor Capita)  $250,0000

John Ford will be small

Dr Frost will probably be in for $500,000-$1.0 million

If not three small investors

In a message dated 10/11/2012 10:52:29 P.M. Eastern Daylight Time, rladd@mgtci.com writes:

I really am not vindictive...I really don't care how much he makes...and his self interest is great for the company with respect to the warrants.  He lost 1.1 million shares at $3 from the convertible Note, and only a month away from 144!!, but he pushed me too far.

I hope you understand -- this thing is teed up for everyone.

I will send you the marked term sheet of mine with the $2.0 million cash covenant, and the cashless exercise feature.

I will include your term for the IR, but in the interest of expediency and "safety," please let's both waive conflicts and let Sichenzia paper it over the weekend.

It is a simple SPA with Warrants.

In good faith for all of us and Amex, MGT will sell you 100 off the shelf tomorrow at $3 (50 for you plus 2 x 25)

You will like working with me, I swear.  You will not have to work so hard!

Deal?

Rob

Confidential                                                                                                                                                  LADD-MGT-00002331



**MGT Capital Investments, Inc.** (NYSE-Amex: MGT)

Robert B. Ladd CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY 10528

(914) 630-7430 office
(914) 643-6855 cell

AIM: laddcap

**From:** "BRHonig@aol.com" <BRHonig@aol.com>
**Date:** Thursday, October 11, 2012 10:41 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** (no subject)

Robb

I have Yoav down to $1.0 million dollars

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

Confidential

LADD-MGT-00002332