# EXHIBIT G

| | |
|---|---|
| From: | Robert Ladd |
| Sent: | Thursday, October 11, 2012 10:56 AM EDT |
| To: | BRHonig@aol.com |
| CC: | aselkin@chardancm.com |
| Subject: | Re: (no subject) |
| Attachments: | October2012 BH term sheet2.docx, October2012 BH term sheet.docx |

Here you go.

thanks



**MGT Capital Investments, Inc.** (NYSE-Amex: MGT)

Robert B. Ladd  CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:  laddcap

**From:** "BRHonig@aol.com" <BRHonig@aol.com>
**Date:** Thursday, October 11, 2012 10:52 AM
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** Adam Selkin <aselkin@chardancm.com>
**Subject:** (no subject)

**Rob**

**Send me word version of term sheets ASAP**

**You will have comments back right afterwards**

**We will be able to get it signed today and go to AMEX**

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Confidential

LADD-MGT-00002274

For more information please visit http://www.giotech.co.uk

**Confidential**                                                                                                                                                      **LADD-MGT-00002275**