# EXHIBIT H

| | |
|---|---|
| From: | Robert Ladd |
| Sent: | Monday, October 15, 2012 8:57 AM EDT |
| To: | Harvey Kesner |
| CC: | Jay Kaplowitz; Arthur Marcus |
| Subject: | Re: MGT docs |

Just had breakfast with BH.

He agrees: ROFR on any financing, including dilutive. But no ratchets.

Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On Oct 15, 2012, at 8:52 AM, "Harvey Kesner" <hkesner@SRFF.COM> wrote:

> I haven't.
>
> Sent from my iPhone
>
> On Oct 14, 2012, at 11:32 PM, "Robert Ladd" <rladd@mgtci.com> wrote:
>
>> This provision is basically a full price ratchet and cannot be included.
>> It will blow the equity component.
>>
>> The investors' ability to consume any future financing is their partial
>> protection. Again, this is an equity deal, with risk of loss. It is not
>> a structured financing.
>>
>> I am meeting Barry in the morning and will tell him what's going on.
>> Given the limited investor list outside of Barry and his brother, it isn't
>> difficult to figure out where this provision came from.
>>
>> Harvey, have you told Barry about this?
>>
>> Rob
>>
>>
>> MGT Capital Investments, Inc.  (NYSE-Amex: MGT)
>>
>> Robert B. Ladd  CFA
>> President and CEO
>> 500 Mamaroneck Avenue  Suite 204
>> Harrison, NY  10528
>>
>> (914) 630-7430 office
>> (914) 643-6855 cell
>>
>> AIM:  laddcap
>>

Confidential

LADD-MGT-00077699

```
>>
>>
>>
>>
>> On 10/14/12 9:00 PM, "Harvey Kesner" <hkesner@SRFF.COM> wrote:
>>
>>> If the company values itself less than is indicated by the $3 per unit in
>>> this raise and accepts lower money, the investors "arguably" overpaid and
>>> are being penalized for coming in early and helping the co.  I find that
>>> most of the funding that we see today for small cap cos has this feature
>>> to encourage early investors not be dissuaded or have a complex and
>>> lengthy valuation negotiation at this stage, given they know they are
>>> protected.  The co does not ever have to take cheaper money that lowers
>>> the valuation, but if it does .... they get the benefit of the lower
>>> valuation.
>>>
>>> Harvey
>>>
>>> -----Original Message-----
>>> From: Arthur Marcus
>>> Sent: Sunday, October 14, 2012 8:58 PM
>>> To: Harvey Kesner
>>> Cc: Robert Ladd; Tara Guarneri-Ferrara; Jay Kaplowitz; Robert Traversa
>>> Subject: Re: MGT docs
>>>
>>> It kind of has the effect of a full ratchet though
>>>
>>> Sent from my iPhone
>>>
>>> On Oct 14, 2012, at 8:56 PM, "Harvey Kesner" <hkesner@SRFF.COM> wrote:
>>>
>>>> Hi Robb, I understand some of the early money has sought the MFN right
>>>> be added, that is if there is a raise in next x months below the
>>>> conversion price, they get adjusted .... what they have stated would
>>>> apply ONLY if you raise money lower than the value of these
>>>> units/conversion price of these warrants (ie, not a toxic).  I realize
>>>> this is not in the term sheet.  I think you will want to discuss this
>>>> with Barry directly, but we all acknowledge its not dirctly in the term
>>>> sheet.
>>>>
>>>> -----Original Message-----
>>>> From: Robert Ladd [mailto:rladd@mgtci.com]
>>>> Sent: Sunday, October 14, 2012 7:31 PM
>>>> To: Tara Guarneri-Ferrara
>>>> Cc: Jay Kaplowitz; Arthur Marcus; Robert Traversa; Harvey Kesner
>>>> Subject: MGT docs
>>>>
>>>> Hi Tara,
>>>>
>>>> My Sichenzia guys are traveling or having computer problems!
>>>>
>>>> I have seen two documents:  the Subscription Agreement for the
>>>> preferred and the Reg. Rights Agreement.
>>>>
>>>> Both look in order and it is very refreshing to have such
>>>> straightforward and short docs.
```

Confidential

LADD-MGT-00077700

```
>>>>
>>>> Were there any other documents ready to review that I may have missed
>>>> today?
>>>>
>>>> Thanks.
>>>>
>>>> Rob
>>>>
>>>>
>>>>
>>>> MGT Capital Investments, Inc.  (NYSE-Amex: MGT)
>>>>
>>>> Robert B. Ladd  CFA
>>>> President and CEO
>>>> 500 Mamaroneck Avenue  Suite 204
>>>> Harrison, NY  10528
>>>>
>>>> (914) 630-7430 office
>>>> (914) 643-6855 cell
>>>>
>>>> AIM:  laddcap
>>>>
>>>>
>>>>
>>>>
>>>> On 10/14/12 4:54 PM, "Arthur Marcus" <amarcus@srff.com> wrote:
>>>>
>>>>> I reviewed the sin aft and only had the following comments:
>>>>> As per the term sheet, the only anti- dilution should be for stock
>>>>> splits recaps etc take out most favored nation provision The fees for
>>>>> the ir are not being segregated out of the closing proceeds We don't
>>>>> want the penalty for non- effectiveness of reg st filing penalty is ok.
>>>>> Need to realize potential 415 issue
>>>>>
>>>>> I am traveling today so I have limited access.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Oct 14, 2012, at 4:08 PM, "Tara Guarneri-Ferrara"
>>>>> <tguarneri-ferrara@SRFF.COM> wrote:
>>>>>
>>>>>> No there was no password
>>>>>>
>>>>>> Sent from my iPad
>>>>>>
>>>>>> On Oct 14, 2012, at 4:06 PM, "Jay Kaplowitz" <jKaplowitz@srff.com>
>>>>>> wrote:
>>>>>>
>>>>>>> I made notes on your sub doc. When I went to save and send they all
>>>>>>> got erased (there were not that many ). My wife said your document
>>>>>>> may be pass word protected. Is that the case.
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>> Jay M, Kaplowitz
>>>>>
```

Confidential

LADD-MGT-00077701

```
>>>>> _____
>>>>> _ This email has been scanned by the Symantec Email Security.cloud
>>>>> service.
>>>>> For more information please visit http://www.symanteccloud.com
>>>>>
>>>>> For more information please visit http://www.giotech.co.uk
>>>>> _____
>>>>> _
>>>>
>>>> This message is for the designated recipient only and may contain
>>>> privileged, proprietary, or otherwise private information. If you have
>>>> received it in error, please notify the sender immediately and delete
>>>> the original. Any other use of the email by you is prohibited.
>>>
>>> _____
>>> This email has been scanned by the Symantec Email Security.cloud service.
>>> For more information please visit http://www.symanteccloud.com
>>>
>>> For more information please visit http://www.giotech.co.uk
>>> _____
>>
>> This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.
>
> _____
> This email has been scanned by the Symantec Email Security.cloud service.
> For more information please visit http://www.symanteccloud.com
>
> For more information please visit http://www.giotech.co.uk
> _____
```

Confidential          LADD-MGT-00077702