# EXHIBIT J

| | |
|---|---|
| **From:** | Robert Ladd |
| **Sent:** | Friday, October 19, 2012 8:29 AM EDT |
| **To:** | Robert Traversa |
| **Subject:** | Silent treatment |

It worked last time. Barry just said to me to stay out of it. The animals are just baiting me. He will "take care of it."

Who knows?  Maybe we pick up another $650k.  How ironic.

Plus we can use it with all the new mouths to feed!

Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

**Confidential**