# EXHIBIT K

**Subject:** (no subject)
**From:** BRHonig@aol.com
**Date:** 10/21/2012 3:08 PM
**To:** rladd@mgtci.com
**CC:** rabbe@icfund.com, yroth@hudsonbaycapital.com, HKesner@olshanlaw.com, brhonig@aol.com, stetson.john@gmail.com, baycapitalag@gmail.com

Robb

Below is the investor list for the preferred and the RD

Iriquois         $1,000,000   - you have email  Rich Abbe
                                            Cell 917 359 7649

Hudson Bay    $1,000,000   -you have email  Yoav Roth 646 825 2162
                                            cell  917 770 8368

                                            George Antonopoulos
                                            cell  917 239 8439

HS Contrarian  $600,000     stetson.john@gmail.com
                            Cell 561 351 3777 John Stetson

Barry Honig    $520,000     brhonig@aol.com
                            Cell 561 302 2287 Barry Honig

Bay Capital    $1,000,000   baycapitalag@gmail.com
                            Cell 604 600 5361 Tom

Ron Lowe       $60,000      jonathanhonig@aol.com
                            Cell 561 445 3665 Jonathan Honig contact

Suzanne Adams  $90,000      h4properties@aol.com Hunter Adams contact
                            Cell 561 695 3044

Jill Strauss   20,000       h4properties@aol.com Hunter Adams contact
                            Cell 561 695 3044

White Trout    30,000       aberger@innovativeprotect.com Alex Berger
                            Cell 813 732 6151

Sandor Capital 120,000      john@lemak.net John Lemak
                            Cell 214 207 6300

Melech David   60,000       mgman@bullhunterllc.com Mark Groussman
                            Cell 212 628 1591

RD

PLAINTIFF'S EXHIBIT
Ladd 91

SDS            200,000 shares   Rich Abbes email he will forward

Jonathan Honig    153,000 shares   jonathan Honig jonathanhonig@aol.com

Miramar investors   100,000 shares   (harvey has email)

FBI_STETSON0129