# EXHIBIT O

1

1     UNITED STATES DISTRICT COURT

2     SOUTHERN DISTRICT OF NEW YORK

3

4  SECURITIES AND EXCHANGE COMMISSION, )

5              Plaintiff,           )

6  v.                               ) Case No.

7  BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)

8  MAZA, BRIAN KELLER, JOHN H. FORD,  )

9  GRQ CONSULTANTS, INC., AND HS      )

10 CONTRARIAN INVESTMENTS, LLC,       )

11              Defendants.          )

12 _____)

13

14              VOLUME 1

15  VIDEOTAPED DEPOSITION OF TARA GUARNERI-FERRARA

16           VIA VIDEOCONFERENCE

17           Tuesday, July 12, 2022

18

19

20

21

22

23

24     Diversified Reporting Services, Inc.

25              (202)467-9200

[7/12/2022 10:01 AM] Guarneri-Ferrara, Tara - Vol. I.Amended....

                                                                    2

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE COMMISSION, )

5                   Plaintiff,            )

6    v.                                   ) Case No.

7    BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)

8    MAZA, BRIAN KELLER, JOHN H. FORD,    )

9    GRQ CONSULTANTS, INC., AND HS        )

10   CONTRARIAN INVESTMENTS, LLC,         )

11                  Defendants.           )

12   _____)

13

14

15         Videotaped deposition of Tara Guarneri-Ferrara,

16   taken on behalf of the Plaintiff, all parties appearing

17   remotely via Webex, beginning at 10:01 a.m. EST and

18   ending at 11:40 a.m. EST, on Tuesday, July 12, 2022.

19

20

21

22

23

24         Diversified Reporting Services, Inc.

25                  (202)467-9200

[7/12/2022 10:01 AM] Guarneri-Ferrara, Tara - Vol. I.Amended....

3

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4         NANCY A. BROWN, ESQ.
5         JACK KAUFMAN, ESQ.
6         Securities and Exchange Commission
7         Division of Enforcement
8         100 Pearl Street, Suite 20-100
9         New York, New York 10004
10
11 On behalf of the Witness:
12        SAMEER RASTOGI, ESQ.
13        Sichenzia Ross Ference LLP
14        1185 Avenue of the Americas, 31st Floor
15        New York, New York 10036
16
17 On behalf of Mr. Ladd:
18        ADAM FORD, ESQ.
19        ANJULA PRASAD, ESQ.
20        Ford O'Brien Landy LLP
21        275 Madison Avenue, Floor 24
22        New York, New York 10016
23
24 Also Present:
25    Robert Ladd

[7/12/2022 10:01 AM] Guarneri-Ferrara, Tara - Vol. I.Amended....

14

1      Q    I believe so.
2      A    I -- I don't know what that's the -- that's the
3   symbol for, so I don't know what company it's referring
4   to.
5      Q    Okay.  Thank you.  So there were a couple of them
6   where you said you worked on portions.  Was there a
7   specific portion that you would typically work on in
8   transactions, or you're just saying you know you had
9   something to do with that transaction, you just don't
10  remember what it was?
11     A    Correct.  It wasn't like I was asked to
12  specialize in a specific area.  I just at some point
13  remember helping out on it, but I didn't work on it with
14  any regularity.
15     Q    All right.  Thank you.  In the course of your
16  work for Mr. Honig, can you tell us how many of those
17  particular transactions also involved investments by
18  Mr. Stetson?
19     A    I wouldn't know that offhand.
20     Q    Who did you understand Mr. Stetson to be?
21     A    When we -- early on, my understanding was that
22  Mr. Stetson worked for Mr. Honig as almost like an
23  assistant or something to that effect.
24     Q    Did it change?  Did your understanding change?
25     A    I don't think it changed.  My understanding is

                                                                15

1    he's always been in that role, but at some point started

2    investing alongside him for whatever reason.  I don't

3    know what those reasons were.

4         Q    Do you recall any of the matters that you worked

5    on for Mr. Honig involving a company called Stetson

6    Capital?

7         A    As an investor, you mean?

8         Q    Yes.

9         A    I don't recall specifically that -- that

10   investor.

11        Q    How about HS Contrarian?

12        A    I recall that being an investor, although I don't

13   recall specific deals.

14        Q    And did you have an understanding whether HS

15   Contrarian was related to Mr. Stetson?

16        A    My understanding was it was.

17        Q    And in any of those transactions you worked on

18   for Mr. Honig, was Mr. O'Rourke involved in any way?

19        A    Much later on I believe he was an investor.

20        Q    Did you have an understanding of what his

21   connection was with Mr. Honig?

22        A    I -- I really didn't, no, other than that he

23   invested alongside of him.

24        Q    Have you ever heard of a company called ATG

25   Capital?

[7/12/2022 10:01 AM] Guarneri-Ferrara, Tara - Vol. I.Amended....

```
1        Q    Did 13(d) ever come up in any of those
2   transactions that you worked on for Mr. Barry Honig?
3        A    Well, they certainly made 13(g) and (d) filings
4   where appropriate.
5        Q    Did any issues arise in connection with those
6   filings?
7             MR. RASTOGI:  So I just -- I understand that
8   this is a general question, and therefore, Tara can
9   answer it.  I just want to caution the witness that if
10  you are going to raise a specific issuer that's not MGT,
11  those issuers or that client potentially has privilege
12  issues.  So try to keep your answers general to the
13  extent you can, if you remember, and just try to be
14  mindful of that.
15       A    Can you repeat the question?  I'm sorry.
16       Q    Sure.  In connection with working on transactions
17  that involved Mr. Barry Honig, do you recall there being
18  issues in connection with filing 13(d)s or 13(g)s on his
19  behalf?
20       A    I don't recall any issues.
21       Q    Did you ever have a situation where you had a
22  discussion with anyone at Sichenzia about the group
23  status of Mr. Honig?
24       A    I don't recall having a discussion, no.
25       Q    So when was your first introduction to MGT or
```

1   you know.  If you -- if you're guessing, then --
2              THE WITNESS:  I'm guessing.  Yeah, I don't
3   recall.  I don't recall specifically.
4       Q    Okay.  And I think I asked a version of this
5   question before, so I apologize if it sounds repetitive.
6   But have you ever considered the group status of any
7   client, without telling me who that client was, in your
8   work at Sichenzia?
9       A    No.
10      Q    If you were asked to consider a particular
11  investor's group status and to provide counsel, how
12  would you go about making that determination?
13      A    Hypothetically, I would probably go back to the
14  rule and do a full analysis.
15      Q    Are there any particular questions you would ask
16  of the investor?
17      A    Probably, but, I mean, off the top of my head I
18  can't list them right now.
19      Q    Can you list any?
20      A    Again, I don't know what I would hypothetically
21  ask a client in a hypothetical situation.
22      Q    Okay.  All right.  So let's look at number 8.  So
23  8 has been marked previously as AM Exhibit 2, and it's
24  an e-mail from Mr. Kesner to Mr. Marcus, CCing you and
25  Mr. Ladd.