# EXHIBIT P

| | |
|---|---|
| From: | Robert Ladd |
| Sent: | Tuesday, October 23, 2012 8:11 AM EDT |
| To: | Harvey Kesner; Tara Guarneri-Ferrara; Susanna Aronbayev |
| CC: | Arthur Marcus; Jay Kaplowitz |
| Subject: | Re: MGT |
| Importance: | High |

Here is the easy breakdown:

S-3 shelf deal has only 3 investors:

$602,000   Ellis International LP  --  200,000 shares
$460,530   Jonathan Honig -- 153,000 shares
$301,000   VP Bank Ltd. -- 100,000 shares

The balance is the PIPE



MGT Capital Investments, Inc.  (NYSE-Amex: MGT)

Robert B. Ladd  CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:  laddcap

---

**From:** Harvey Kesner <hkesner@SRFF.COM>
**Date:** Tuesday, October 23, 2012 7:52 AM
**To:** Tara Guarneri-Ferrara <tguarneri-ferrara@SRFF.COM>, Susanna Aronbayev <SAronbayev@SRFF.COM>
**Cc:** Arthur Marcus <amarcus@srff.com>, Jay Kaplowitz <jKaplowitz@srff.com>, Robert Ladd <rladd@mgtci.com>
**Subject:** RE: MGT

Yes, Barry's office will be able to work on the split with you.
Rob, we should separate our the escrow for bookkeeping and closing purposes.
Ask John to identify which is which.
Arthur's secretary Jackie may have this detail by now as well.

---

**From:** Tara Guarneri-Ferrara
**Sent:** Tuesday, October 23, 2012 7:50 AM
**To:** Harvey Kesner; Susanna Aronbayev

PLAINTIFF'S EXHIBIT
Ladd 92

Confidential

LADD-MGT-00078270

**Cc:** Arthur Marcus
**Subject:** RE: MGT

I would have no idea who is in for what- is this something Stetson is keeping track of, I can get info from him

---

**From:** Harvey Kesner
**Sent:** Tuesday, October 23, 2012 7:50 AM
**To:** Tara Guarneri-Ferrara; Susanna Aronbayev
**Cc:** Arthur Marcus
**Subject:** RE: MGT

Tara, you should separate the monies into a sub excrow accounting for the funds dedicated to the units offering versus the funds for the shelf takedown. Its impossible to track this way.
H

---

**From:** Tara Guarneri-Ferrara
**Sent:** Tuesday, October 23, 2012 7:41 AM
**To:** Susanna Aronbayev
**Cc:** Harvey Kesner; Arthur Marcus
**Subject:** MGT

Can you please send updated escrow account statement

Thanks,

Tara Guarneri-Ferrara, Esq.
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, New York 10006
Main:   212-930-9700
Direct: 646-810-0611
Fax:    212-930-9725
www.srff.com



NOTICE
The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Thank you.

_____

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk
_____

Confidential
LADD-MGT-00078272