# EXHIBIT Q

**From:** Robert Traversa [RTraversa@mgtci.com]
**Sent:** 10/23/2012 6:10:38 PM
**To:** 'John Stetson' [stetson.john@gmail.com]
**CC:** Robert Ladd [rladd@mgtci.com]
**Subject:** RE: FW: MGT deal -- Suzanne Adams

John,
Thank you very much for tracking this down.

We are missing 1 wire on the Shelf from Ellis Int'l and 4 wires on the PIPE: (a) Hudson Bay; (b) Iroquois; (c) Suzanne Adams and (d) White Trout LLC. In all fairness, this was as of this a.m. and we have not received an update from Tara on the Escrow account as of this afternoon. So, some of these funds are hopefully in transit.

Regards,
Robert
MGT Capital Investments, Inc.

> **From:** John Stetson [mailto:stetson.john@gmail.com]
> **Sent:** Tuesday, October 23, 2012 6:06 PM
> **To:** Robert Traversa
> **Cc:** Robert Ladd
> **Subject:** Re: FW: MGT deal -- Suzanne Adams
>
> See attached.
>
> Also, let me know if there are any other outstanding wires or docs needed to close.
>
> Thanks,
>
> Joh
>
> On Tue, Oct 23, 2012 at 5:41 PM, Robert Traversa <RTraversa@mgtci.com> wrote:
> Hi John,
> Do you know if she sent this back. I don't see it being returned.
>
> Regards,
> Robert
> MGT Capital Investments, Inc.
>
> > **From:** Robert Ladd
> > **Sent:** Monday, October 22, 2012 5:57 PM
> > **To:** Susan Ghazaryan; John Stetson
> > **Cc:** Robert Traversa
> > **Subject:** Re: MGT deal -- Suzanne Adams
> >
> > Can you please fill in the number of units (27,607) on the top of page 16? And also the aggregate purchase price of $89,998.82.
> >
> > We also need the completion of the Investor Questionnaire on Pages 19-20.
> >
> > And then please re-send back.
> >
> > Thanks.
> > Rob

Confidential Treatment Requested by JS/SCI/HSCI                                                                                      SD-SEC-(18Civ8175)-090239



**MGT Capital Investments, Inc.** **(NYSE-Amex: MGT)**

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

**(914) 630-7430** office
**(914) 643-6855** cell

**AIM:  laddcap**

---

**From:** Susan Ghazaryan <susan@5stardiscounthomes.com>
**Date:** Monday, October 22, 2012 12:30 PM
**To:** Robert Ladd <rladd@mgtci.com>, John Stetson <stetson.john@gmail.com>
**Subject:** Fwd: MGT deal -- Suzanne Adams

Hello

Attached please find executed Subscription Agreement and RRA for Suzanne Adams. Shall we send the wire today?

---------- Forwarded message ----------
From: **H4properties@aol.com**<h4properties@aol.com>
Date: Mon, Oct 22, 2012 at 9:16 AM
Subject: Fwd: MGT deal -- Suzanne Adams
To: susan@5stardiscounthomes.com



h4properties@aol.com


-----Original Message-----
From: Robert Ladd <rladd@mgtci.com>
To: h4properties <h4properties@aol.com>
Cc: Harvey Kesner <hkesner@SRFF.COM>; Arthur Marcus <amarcus@srff.com>; Robert Traversa <RTraversa@mgtci.com>
Sent: Sun, Oct 21, 2012 7:38 pm
Subject: MGT deal -- Suzanne Adams

Hi Suzanne,

We are pleased that you have agreed to invest $90,000 in MGT's private offering of Convertible Preferred Stock with Warrants.  The price is set at $3.26 per unit, which consists of one share of Preferred (convertible into Common Stock at $3.26), plus two 5-year Warrants to purchase MGT Common Stock at $3.85.

Based on your allocation, you can subscribe for 27,607 units.

Attached please find the four deal documents:

1.) Subscription Agreement, requiring your signature and completion of Pages 16-18; and also the completion and signature to the Investor Questionnaire on Pages 19-20.

2.) RRA — Registration Rights Agreement, Exhibit E to the Subscription Agreement. This document requires completion and signature of Page 14; and also the completion and signature to the Selling Securityholder Notice and Questionnaire on Pages 18 –20 ("Annex B").

3.) CoD — the description of the Preferred Stock, Exhibit A to the Subscription Agreement. No signature required.

4.) Warrant -- the description of the Warrant, Exhibit B to the Subscription Agreement. No signature required.

Please "reply all" with the signed documents as soon as possible; in no case later than 8:00AM EDT on Monday, October 22, 2012.

Thanks very much,
Rob


**MGT Capital Investments, Inc.**  (NYSE-Amex: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

**(914) 630-7430** office
**(914) 643-6855** cell

**AIM:  laddcap**
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk
---
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk
---
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.