# EXHIBIT R

| | |
|---|---|
| **From**: | Dana Gerhard [dgerhard@sandorcap.com] |
| **Sent**: | 10/22/2012 11:07:13 AM |
| **To**: | John Lemak [john@lemak.net]; Dana Gerhard [dgerhard@sandorcap.com] |
| **CC**: | John Stetson [stetson.john@gmail.com] |
| **Subject**: | MGT subscription docs for sandor capital master fund |
| **Attachments**: | 2012_10_22_10_22_22.pdf |

_____

\*\*Securities offered through WFG Investments, Inc., Member FINRA/SIPC\*\*

Reminder: E-mail sent through the Internet is not secure. Do not use e-mail to send us confidential information such as credit card numbers, change of address, PIN numbers, passwords, or other important information. It is important that you do not use e-mail to request, authorize or effect the purchase or sale of any security, to send fund transfer instructions, or to effect any other transactions. We will not accept such orders or instructions. The information contained herein is based on sources believed to be reliable but its accuracy has not been verified. This e-mail is not an official trade confirmation for transactions executed for your account. Your e-mail message is not private in that it is subject to review by the Firm, its officers, agents and employees. Past performance is not an indicator of future results.

Confidential Treatment Requested by JS/SCI/HSCI                                                        SD-SEC-(18Civ8175)-194520