# EXHIBIT S

| | |
|---|---|
| **From**: | John Stetson [stetson.john@gmail.com] |
| **Sent**: | 10/24/2012 7:15:33 PM |
| **To**: | Jill Strauss [jillys12@aol.com]; Susan ghazaryan [susan@5stardiscounthomes.com]; h4properties@aol.com |
| **Subject**: | Fwd: MGT Capital - Missing Items |
| **Attachments**: | Escrow Agreement 10 12 12 docx.pdf |

Susan,

The Company did not include this in the subscription package. Please have Jill and Suzanne sign ASAP.

Thanks,

John

Confidential Treatment Requested by JS/SCI/HSCI                SD-SEC-(18Civ8175)-090208