# EXHIBIT T

| | |
|---|---|
| **From:** | Robert Ladd |
| **Sent:** | Friday, November 2, 2012 10:01 AM EDT |
| **To:** | Achermann Bruno; John Stetson; Urs Meier |
| **CC:** | Robert Traversa; Arthur Marcus |
| **Subject:** | Re: AW: still waiting for V Bank |

Ha...no bonus shares. Sorry.



**MGT Capital Investments, Inc.**  (NYSE-Amex: MGT)

Robert B. Ladd  CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:  laddcap

**From:** Achermann Bruno <Bruno.Achermann@vpbank.com>
**Date:** Friday, November 2, 2012 9:25 AM
**To:** John Stetson <stetson.john@gmail.com>, Robert Ladd <rladd@mgtci.com>, Urs Meier <UMeier@gutenbergm.ch>
**Cc:** Robert Traversa <rtraversa@mgtci.com>, Arthur Marcus <amarcus@srff.com>
**Subject:** AW: still waiting for V Bank

...I just got the information, that we already got these 100'000 shares onto our account at BBH NY.
Do we get any additional shares?


Kind Regards
Bruno


**Von:** Achermann Bruno
**Gesendet:** Freitag, 2. November 2012 14:23
**An:** 'John Stetson'; 'Robert Ladd'; 'Urs Meier'
**Cc:** 'Robert Traversa'; 'Arthur Marcus'
**Betreff:** AW: still waiting for V Bank

Dear John

Either our backoffice or custodian BBH NY will get in contact with you.

Confidential

Kind Regards
Bruno

---

**Von:** John Stetson [mailto:stetson.john@gmail.com]
**Gesendet:** Freitag, 2. November 2012 13:48
**An:** Robert Ladd; Achermann Bruno; Urs Meier
**Cc:** Robert Traversa; Arthur Marcus
**Betreff:** Re: still waiting for V Bank

Bruno,

Thanks for the Escrow Agreement. In addition, please provide the Company with your DWAC instructions in order to deliver the shares electronically. The will need:

1. DTC# of Clearing Firm
2. Account # at Firm
3. Account Name

Please let me know if I can be of any assistance.

John
305-571-1000

Bitte denken Sie an die Umwelt, bevor Sie diese E-Mail ausdrucken.

Ist diese E-Mail nicht an Sie adressiert, bitten wir Sie, uns zu informieren und die E-Mail zu loeschen. Da der E-Mail-Verkehr weder sicher noch vor Einblicken und Veraenderungen durch Dritte geschuetzt ist, lehnen wir jegliche Haftung für Schaeden ab, die daraus entstehen koennen.

Ausfuehrlicher Disclaimer http://www.vpbank.com/Disclaimer-de.pdf

Please consider the environment before printing this e-mail

If this e-mail is not addressed to you, please inform us and delete the e-mail. As e-mail traffic is not securely protected against being seen or changed by third parties, we do not assume any liability for damages that may arise from the use of e-mail.

Detailed information http://www.vpbank.com/Disclaimer-en.pdf

Veuillez penser a l'environnement avant d'imprimer cet e-mail.

Si vous n'etes pas le destinataire de cet e-mail, nous vous prions de nous en informer et de l'effacer. La circulation des e-mails n'etant ni sure ni a l'abri de la prise de connaissance ou de la modification par des tiers, nous declinons toute responsabilite pour les dommages qui pourraient en resulter.

Informations detaillees http://www.vpbank.com/Disclaimer-fr.pdf

_____
This email has been scanned by the Symantec Email Security.cloud service.

For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk
_____

**Confidential**                                                                                                                                       **LADD-MGT-00005259**