# EXHIBIT U

From:       Robert Ladd <rladd@mgtci.com>
To:         John Stetson <stetson.john@gmail.com>
Subject:    FW: MGT Units
Received(Date):      Thu, 15 Nov 2012 14:57:42 +0000

Can you help sort this out please?

Thanks
Rob



MGT Capital Investments, Inc.  (NYSE-Amex: MGT)

Robert B. Ladd  CFA
President and CEO
500 Mamaroneck Avenue - Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:  laddcap




On 11/15/12 9:37 AM, "Joshua Fishof" <jfishof@SRFF.COM> wrote:

>Hello Arthur,
>
>I am not familiar with Bay Capital AG.  The address we have for Bank
>Gutenberg AG is below:
>
>Gutenbergstrasse 10
>CH-8002
>Zurich, Switzerland>
>Please let me know if you need any additional information.  Thank you.
>
>Best,
>Josh
>
>-----Original Message-----
>From: Arthur Marcus
>Sent: Wednesday, November 14, 2012 7:19 PM
>To: Robert Ladd
>Cc: Tom Hunter; Joshua Fishof
>Subject: Re: MGT Units
>
>Not sure who Tom is but Josh can advise.
>
>Sent from my iPhone
>
>On Nov 14, 2012, at 7:11 PM, "Robert Ladd" <rladd@mgtci.com> wrote:
>

```
>> I have copied our attorneys, who can respond.
>>
>> Thanks
>> Rob
>>
>> Robert Ladd
>> President and CEO
>> MGT Capital Investments, Inc.
>> 500 Mamaroneck Avenue - suite 204
>> Harrison, NY  10528
>> (914) 630-7430
>> (914) 643-6855 cell
>>
>> On Nov 14, 2012, at 7:07 PM, "Tom Hunter" <tom@baycapitalag.com> wrote:
>>
>>> Hi Robert,
>>>
>>> Just following up to see what address you have on record for Bay
>>> Capital AG/ Gutenberg Management for the preferred stock certificates
>>>and warrants to be sent to.
>>>
>>> Best,
>>> Tom
>>>
>>> _____
>>> _ This email has been scanned by the Symantec Email Security.cloud
>>> service.
>>> For more information please visit http://www.symanteccloud.com
>>>
>>> For more information please visit http://www.giotech.co.uk
>>> _____
>>> _
>> This message is for the designated recipient only and may contain
>>privileged, proprietary, or otherwise private information. If you have
>>received it in error, please notify the sender immediately and delete
>>the original. Any other use of the email by you is prohibited.
>
>_____
>This email has been scanned by the Symantec Email Security.cloud service.
>For more information please visit http://www.symanteccloud.com
>
>For more information please visit http://www.giotech.co.uk
>_____
```

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.