# EXHIBIT V

**EXHIBIT A**

NOTICE OF CONVERSION

SERIES A CONVERTIBLE PREFERRED STOCK

The undersigned hereby elects to convert the number of shares of Series A Convertible Preferred Stock indicated below into shares of common stock, $.001 par value per share (the "**Common Stock**"), of MGT Capital Investments, Inc., a Delaware corporation (the "**Corporation**"), according to the conditions hereof, as of the date written below. If shares of Common Stock are to be issued in the name of a Person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates and opinions as may be required by the Corporation in accordance with the Purchase Agreement. No fee will be charged to the Holders for any conversion, except for any such transfer taxes.

Conversion calculations:

Date to Effect Conversion: _4/2/13_

Number of shares of Series A Preferred Stock owned prior to Conversion: _105,505_

Number of shares of Series A Preferred Stock to be Converted: _12,873_

Stated Value of shares of Series A Preferred Stock to be Converted: _$41,966_
Stated Value of accrued but unpaid dividend _$6,52_

Number of shares of Common Stock to be issued upon Conversion: _12,873_
Shares of Common stock to be issued for accrued but unpaid dividend _2_

Total number of shares to be issued _12,875_

Number of shares of Series A Preferred Stock subsequent to Conversion: _92,632_

HOLDER HS Contrarian Investments, LLC

Name: John Stetson
Title: Managing Member

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.          **MGT_SEC_00017532**

**EXHIBIT A**

NOTICE OF CONVERSION

SERIES A CONVERTIBLE PREFERRED STOCK

The undersigned hereby elects to convert the number of shares of Series A Convertible Preferred Stock indicated below into shares of common stock, $.001 par value per share (the "Common Stock"), of MGT Capital Investments, Inc., a Delaware corporation (the "Corporation"), according to the conditions hereof, as of the date written below. If shares of Common Stock are to be issued in the name of a Person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates and opinions as may be required by the Corporation in accordance with the Purchase Agreement. No fee will be charged to the Holders for any conversion, except for any such transfer taxes.

Conversion calculations:

Date to Effect Conversion: _4/4/13_

Number of shares of Series A Preferred Stock owned prior to
Conversion: _191,624_

Number of shares of Series A Preferred Stock to be
Converted: _25,000_

Stated Value of shares of Series A Preferred Stock to be
Converted: _$81,500_
Stated Value of accrued but unpaid dividend _$39.12_

Number of shares of
Common Stock to be
issued upon Conversion: _25,000_
Shares of Common stock to
be issued for accrued but
unpaid dividend _12_

Total number of shares to be issued _25,012_

Number of shares of Series A Preferred Stock subsequent
to Conversion: _166,612_

HOLDER   Barry Hong

_BH_

Name: Barry Hong
Title: Individual

**FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.**        **MGT_SEC_00017419**



77 Spruce Street, Suite 201 ◇ Cedarhurst, NY 11516 ◇ (212) 828-8436 Main ◇ (646) 536-3179 Fax

# __DWAC ISSUANCE INSTRUCTION FORM – NEW STOCK__

\_\_\_\_MGT Capital Investments\_\_\_\_\_
Company Name

\_\_\_\_\_Common_____
Class of Stock

VStock Transfer, LLC, stock transfer agent for the above class of stock for the above Company, is authorized by the Company, to issue the shares described below and increase the outstanding shares on the books of the Company.

Issuance Instructions

Please issue new shares to:

Name: Melechdavid Inc.

Address:

SS Number: _____ Phone Number: _____ Email: mgman@bullhunterllc.om

Number of Shares: 18,404\_\_\_\_ Issuance Date: 4/8/13_____

\*Reason for Issuance: O_____ Cost Per Share: $3.26_____

Name of Brokerage Firm: _____

DTC Participant Number: _____

Account Name: \_\_ Account Number: _____

*(For additional recipients, or information, use the next page and follow the same format. Omitting some of the required information may result in a delay of the issuance.)*

Inclusive of the recipients listed above and on attached sheets, the number of outstanding shares on the control book of the Company is increased by _____ shares.

I, the undersigned, qualified officer of the above named company, do hereby certify that the above referenced issuance(s) is/are authorized by the Board of Directors of the Company. I also certify that the said authorization has not been in any way rescinded, annulled, or revoked, but the same is still in full force and effect.

Signature

Robert P. Traversa_____
Name (Printed)

Chief Financial Officer\_\_\_\_
Title

\_4/8/2013_____
Date

\*new stock purchase (NSP), services rendered (SR), employee plan (EP), security conversion (SC), other (O)

LADD-MGT-00067536



77 Spruce Street, Suite 201 ◇ Cedarhurst, NY 11516 ◇ (212) 828-8436 Main ◇ (646) 536-3179 Fax

## <u>ISSUANCE INSTRUCTION FORM – NEW STOCK</u>

____MGT Capital Investments_____
Company Name

_____Common_____
Class of Stock

VStock Transfer, LLC, stock transfer agent for the above class of stock for the above Company, is authorized by the Company, to issue the shares described below and increase the outstanding shares on the books of the Company.

Issuance Instructions

Please issue new shares to:

Name: Melechdavid Inc.

Address:

SS Number: _____ Phone Number: _____ Email: mgman@bullhunterllc.com

Number of Shares: 493_____ Issuance Date: 4/8/13_____

*Reason for Issuance: SC ✗Restricted     Cost Per Share: $3.26_____

*(For additional recipients, or information, use the next page and follow the same format. Omitting some of the required information may result in a delay of the issuance.)*

Inclusive of the recipients listed above and on attached sheets, the number of outstanding shares on the control book of the Company is increased by _____ shares.

I, the undersigned, qualified officer of the above named company, do hereby certify that the above referenced issuance(s) is/are authorized by the Board of Directors of the Company. I also certify that the said authorization has not been in any way rescinded, annulled, or revoked, but the same is still in full force and effect.

_____          Robert Traversa
Signature                                 Name (Printed)

CFO                                       4/8/13
_____          _____
Title                                     Date

*new stock purchase (NSP), services rendered ( SR), employee plan (EP), security conversion (SC), other (O)
**All new stock is assumed to be issued under Rule 144 unless otherwise designated. Free-trading shares must be accompanied by a legal opinion or registration statement and effective date.

**Certificate Delivery Instructions:** Method of Sending (check one)   FEDEX _ DHL _ UPS
                                                                       Account Number: _____

Contact Name: Mark E. Groussman _____   ____ Phone: _____
Address:                                                 _____

**Confidential**                                    LADD-MGT-00067537

**EXHIBIT A**

NOTICE OF CONVERSION

SERIES A CONVERTIBLE PREFERRED STOCK

The undersigned hereby elects to convert the number of shares of Series A Convertible Preferred Stock indicated below into shares of common stock, $.001 par value per share (the "**Common Stock**"), of MGT Capital Investments, Inc., a Delaware corporation (the "**Corporation**"), according to the conditions hereof, as of the date written below.  If shares of Common Stock are to be issued in the name of a Person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates and opinions as may be required by the Corporation in accordance with the Purchase Agreement.  No fee will be charged to the Holders for any conversion, except for any such transfer taxes.

Conversion calculations:

Date to Effect Conversion: _____ 4-8-13 _____

Number of shares of Series A Preferred Stock owned prior to Conversion: _____ 18,897 _____

Number of shares of Series A Preferred Stock to be Converted: _____ 18,897 _____

Stated Value of shares of Series A Preferred Stock to be Converted: _____ 61,604.22 _____
Stated Value of accrued but unpaid dividend _____ 71.72 _____

Number of shares of Common Stock to be issued upon Conversion: _____ 18,897 _____
Shares of Common stock to be issued for accrued but unpaid dividend _____ 22 _____

Total number of shares to be issued _____ 18,897 _____

Number of shares of Series A Preferred Stock subsequent to Conversion: _____ 0 _____

HOLDER

*Melechdino Inc*

Name: MARK Grossman
Title: President

**Confidential**