# EXHIBIT W

| | |
|---|---|
| **From:** | jonathanhonig@aol.com |
| **Sent:** | Monday, April 8, 2013 11:52 AM EDT |
| **To:** | Reginald Averilla |
| **Subject:** | Re: MGT Conversion |
| **Attachments:** | image001.jpg, mgtrlowconversion.pdf |

Reginald,

Attached is the update conversion paperwork and a copy of the 2 certificates that I am sending out via fedex for Ronald Low. I am just confirming that I should send out to your attention at the address listed below? Is there anything else you need besides the 2 certificates? the original conersion documents or pdf is good?

Thanks,

Jonathan Honig


-----Original Message-----
From: Reginald Averilla <raverilla@mgtci.com>
To: jonathanhonig <jonathanhonig@aol.com>
Sent: Tue, Apr 2, 2013 10:07 am
Subject: RE: MGT Conversion

Hi Jonathan,

As a follow up to my call, here is the breakdown of the 18,878 preferred shares for Mr. Ronald Low:
- 18,404   Initial share investment – certificate was sent to his mailing address within our files
- 192      Q4-2012 accrued interest paid in the form of dividends  – certificate was sent to his mailing address within our
           files, delivered 3/27/13 via fedex.
- 279      Q1-2013 accrued interest paid in the form of dividends – certificate is in the process of being sent out.
- 3        Q2-2013 accrued interest earned as of the day of conversion (4/2).

Since Mr. Low is converting all shares, we will **need the original certificates** prior to initiating the conversion process. Please mail to my attention at the address below.  He should still fill out a new conversion form if he is only converting 18,404 shares as to properly includes the dividend shares that would be outstanding.

If Mr. Low elects to convert all of the dividend shares, please fill out a new conversion form as to include the 192 and 279 shares in the ownership bucket. The 3 shares should be stated as shares issued for accrued interest-q2.   Please mail the original preferred certificate of 192 shares; we will hold on to the preferred certificate of 279 shares.

**Mailing address within file**

Confidential

LADD-MGT-00025078

35 Huyler Landing R
Cresskill, NJ 07626

Let me know of any further questions
Reggie

Reginald Averilla, CPA
Controller
MGT Capital Investments, Inc
500 Mamaroneck Avenue, Suite 204
Harrison, NY 10528
W: 914-630-7428
C: 347-392-2102
E: raverilla@mgtci.com
Web:   www.mgtci.com



NYSE Ticker: MGT


**From:** jonathanhonig@aol.com [mailto:jonathanhonig@aol.com]
**Sent:** Tuesday, April 02, 2013 9:15 AM
**To:** Reginald Averilla
**Subject:** MGT Conversion

Reginald,

Attached are the conversion documents for Ronald Low's preferred shares into common. In addition, Ron has enclosed DWAC instructions for his shares in his account. If you have any questions, I can be reached at 561-445-3665.

Thanks,

Jonathan Honig

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Confidential

LADD-MGT-00025079