# EXHIBIT X

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.

From: brhonig@aol.com
Sent: Mon 4/08/2013 4:06 PM (GMT-05:00)
To: Robert Ladd
Cc: Robert Traversa
Bcc:
Subject: Re: (no subject)

Rob give me a call it would be very good to get rid of the warrants now for shares. The warrants suck and need to get fundamental investors in the stock. There are too many warrants outstanding- it is probably worth offering. X amount of shares for x warrants. Let's discuss- I know Hudson Bay will be cooperative and so will Iriquoid. It would be a win win for all
Sent from my Verizon Wireless BlackBerry

---

**From:** Robert Ladd <rladd@mgtci.com>
**Date:** Thu, 21 Mar 2013 19:27:34 +0000
**To:** BRHonig@aol.com<BRHonig@aol.com>
**Cc:** Robert Traversa<RTraversa@mgtci.com>
**Subject:** Re: (no subject)

Ummmmm.. No

Our cap structure IS clean.

The first part is fine...take you guys out of the million preferred at $3.

But not gonna issue 1.5 million new shares for zero in order to "get rid" of the warrants.  (BS is about $1.75 per warrant).

Overhang will take care of itself.  We got some smart guys here.

Why didn't you help us on DemeRx?

Rob


**MGT**
**MGT Capital Investments, Inc.**  (NYSE-MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
500 Mamaroneck Avenue – Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

MGT_SEC_00007463

AIM: laddcap

From: "BRHonig@aol.com" <BRHonig@aol.com>
Date: Thursday, March 21, 2013 3:04 PM
To: Robert Ladd <rladd@mgtci.com>
Subject: (no subject)

Robb

I have an idea how to clean up cap structure and investor base and overhang or perceived over hang

My recommendation is you find a buyer or group of buyers to buy 1 million shares at a negotiated price (free trade say $3.00)

and then exchange the warrants for shares for their value via black scholes

this willl make stock trade better and clean up derivative liability on balance sheet

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk
---