# EXHIBIT Z

| | |
|---|---|
| From: | John Stetson |
| Sent: | Fri 4/26/2013 10:39 AM (GMT-05:00) |
| To: | Reginald Averilla; Robert Ladd |
| Cc: | |
| Bcc: | |
| Subject: | Exchange Agreements |
| Attachments: | MGT - HSCI Warrant Exercise 95,641.pdf; MGT - HSCI Exchange Agmt.pdf; MGT - Exchange Agmt BH.pdf; MGT - BH Warrant Exercise 124,744.pdf |

Reggie/Robert,

Attached are the full executed for HS Contrarian and Barry.

Funds have been wired.

Thanks,

John

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.

MGT_SEC_00007528