# EXHIBIT BB

From: Robert Ladd
Sent: Mon 5/20/2013 9:01 AM (GMT-05:00)
To: seth@vstocktransfer.com; yoel@vstocktransfer.com
Cc: Reginald Averilla; Robert Traversa; Arthur Marcus
Bcc:
Subject: shares outstanding -- WE NEED AN ANSWER 2nd REQUEST

Vstock once again has been slow in updating our share count. The correct number should be what Vstock reflected of 5,216,999 plus the addition of shares DWAC'd over a week ago for Warrant exercises:

Bank Gutenberg – 204,499
MelechDavid  -  12,269
White Trout  -   6,134

Total – 222,902 additional

**Grand total – 5,439,901**

**MGT**

<u>MGT Capital Investments, Inc.</u>  (NYSE-MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

**(914) 630-7430 office**
**(914) 643-6855 cell**

**AIM: laddcap**