# EXHIBIT CC

**From:** Robert Ladd <rladd@mgtci.com>
**To:** "BRHonig@aol.com" <BRHonig@aol.com>
**Cc:** Robert Ladd <rladd@mgtci.com>, "stetson.john@gmail.com"<stetson.john@gmail.com>, Robert Traversa <RTraversa@mgtci.com>
**Subject:** Re: (no subject)
**Received(Date):** Thu, 30 May 2013 02:11:48 +0000

Just to put you at ease, the ONLY reason is we have been up to our eyeballs with the friggin restatement of our financials statement.

I also didn't know you "needed" the agreement with the same urgency as we needed those waivers.

That being said, you gotta believe that we will honor the commitment. I'm not that bad!!!! Please relax.

Rob


Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On May 29, 2013, at 9:56 PM, "BRHonig@aol.com" <BRHonig@aol.com> wrote:

> Rob
>
> I am waiting for the signature on the consultant agreement per the 50,000 shares
>
> Is there reason why you have not sent it
>
> When you needed the sign offs multiple times I got them
>
> When you needed Yoav to work with you I got it
>
> When you needs $5m 6 months ago I got it
>
> When you needed the warrants exercised I got it
>
> When you wanted the share exchange done I got it
>
> I saved your ass from being on pink sheets
>
> your stock trades good now

not like before when you had yoav and rich as investors

I got the prag agrement cancelled

you never paid me a banker fee.. i raised all the money not chardan

I never asked for a warrant solicitation fee

Dont be a scumbag and honor your verbal agreement you made me on the phone

I never asked you for anything, you offered the consultant agreement, have some integrity and give me what we agreed to

Please send back signature and get the certificate issued

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.