# EXHIBIT FF

**From:**   Robert Ladd <rladd@mgtci.com>
**To:**   Barry Honig <brhonig@aol.com>
**Cc:**   Mark Groussman <mgman@bullhunterllc.com>, Avital Even-Shoshan<aeven-shoshan@srff.com>, Jay Kaplowitz <jKaplowitz@srff.com>, Arthur Marcus<amarcus@srff.com>, John Stetson <stetson.john@gmail.com>
**Subject:**   Re: registration rights
**Received(Date):**   Wed, 7 Oct 2015 01:08:00 +0000

Ok fine. I am a new man. Very calm.

I want to do a deal with you. But I really (really) prefer to get off on the right foot by sticking with our in person deal.

Speak to you in the am.


**Thanks,**
**Rob**

(NYSE MKT: MGT)
Robert B. Ladd CFA
President and CEO
500 Mamaroneck Avenue - Suite 204
Harrison, NY 10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:   laddcap
Skype: laddcapvalue

www.mgtci.com

On Oct 6, 2015, at 8:23 PM, Bany Honig <brhonig@aol.com> wrote:

> Robb lets talk in am and get sorted out I am tired
>
> Sent from my iPbone
>
> On Oct 6, 2015, at 6:46 PM, Robe1t Ladd <rladd@mgtci.com> wrote:
>
>> I agreed with Barry on this deal….it is now being renegotiated.
>>
>> So I will leave it up to Bany whether we go with our original tenns, or go back to the drawing board.



PLAINTIFF'S EXHIBIT
Ladd 98

SEC-FBI-E-0088697

Thanks,
Rob

<013BABDF-AFCA-419C-A4BD-E63CF477052E[112].png>(NYSE MKT: MGT)
**Robert 8. Ladd CFA**
**President and CEO**
**500 Mamaroneck Avenue - Suite 204**
**Harrison, NY 10528**

www.mgtci.com

(914) 630-7430 office
(914) 643-6855 cell

**AIM:** laddcap
**Skype:** laddcapvalue

**From:** Mark Groussman
**Date:** Tuesday, October 6, 2015 at 6:42 PM
**To:** Avital Even-Shoshan
**Cc:** Robert Ladd, Jay Kaplowitz, Arthur Marcus, John Stetson
**Subject:** Re: registration rights

The "Initial Exercise Date" shall be the earlier of (i) the twelve month anniversary of the Initial Issuance Date or (ii) a private or public financing, subject to approval of the Lead Investor, in which the Company receives gross proceeds of at least $7,500,000 in one or more transactions; a spinoff

We want the warrant to have a cashless feature in 90 days if the registration statement is not effective.

Above is the warrant language which does not work. A year hold does not work!

Mark E. Groussman
Tel: 212.628.1591
mgman@bullhunterllc.com


On Oct 6, 2015, at 6:10 PM, Avital Even-Shoshan <aeven-shoshan@srff.com> wrote:

> Hi Mark,
>
> The company will agree to file the registration statement covering the shares and waffant shares within 30 days. It will use its besteffons to have the registration statement declared effective 60 days from filing. As you know the wammts have a built-in remedy via cashless exercise if there is no registration statement, and the common can be sold via 144 in 6 months.

SEC-FBI-E-0088698

This is a departure from the tem1sheet that specified "piggy-back" registration rights only.

-Avital

**Avital Even-Shoshan, Esq.**

Sichenzia Ross Friedman Ference LLP
61 Broadway ⌐ 32nd Floor | New York, NY 10006
T 212 930 9700 ext. 610  ID 646 810 0610 | F 212 930 9725

aeven-shoshan@s1ff.com  www.srlf.com

<image001.jpg>

NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.