# EXHIBIT GG

From: John Stetson
Sent: Mon 10/05/2015 4:03 PM (GMT-05:00)
To: Robert Ladd
Cc:
Bcc:
Subject: Entities
Attachments: MGT Allocations.xlsx

Attached.



Produced in Native Format

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.                    MGT_SEC_00006795

**MGT Capital Investments,** Inc.
Entities

| | Amount | Shares |
|---|---|---|
| Iroquois | $ 75,000.00 | 300,000 |
| Melechdavid, Inc. | $ 150,000.00 | 600,000 |
| GRQ Consultants, Inc. Roth 401KFBO Barry Honig | $ 200,000.00 | 800,000 |
| Grander Holdings, Inc. | $ 150,000.00 | 600,000 |
| Oban Investments, LLC | $ 125,000.00 | 500,000 |
| **Total** | $ 700,000.00 | 2,800,000 |