# EXHIBIT HH

| | |
|---|---|
| **From**: | John Stetson [stetson.john@gmail.com] |
| **Sent**: | 10/6/2015 2:49:24 PM |
| **To**: | mgman@bullhunterllc.com |
| **Subject**: | Fwd: Entities |
| **Attachments**: | MGT Allocations.xlsx |

---------- Forwarded message ----------
From: **John Stetson** <stetson.john@gmail.com>
Date: Mon, Oct 5, 2015 at 5:03 PM
Subject: Entities
To: Robert Ladd <rladd@mgtci.com>

Attached.

Confidential Treatment Requested by JS/SCI/HSCI                                    SD-SEC-(18Civ8175)-085151