# EXHIBIT JJ

| | |
|---|---|
| From: | John Stetson |
| Sent: | Thu 10/08/2015 12:44 PM (GMT-05:00) |
| To: | Avital Even-Shoshan; Robert Ladd; mgman@bullhunterllc.com |
| Cc: | |
| Bcc: | |
| Subject: | Fwd: Final versions MGT |
| Attachments: | 2015-10-08 SPA MGT-EXECUTED- GRANDER 401K.pdf |

See revised.

---------- Forwarded message ----------
From: **Diana** <diana@marlincapital.com>
Date: Thu, Oct 8, 2015 at 1:43 PM
Subject: RE: Final versions MGT
To: Ben Brauser <ben@marlincapital.com>
Cc: "John Stetson (stetson.john@gmail.com)" <stetson.john@gmail.com>


I have attached the fully executed SPA for MGT- Grander 401K


Payment was sent WT#151008-083064


Diana Garcia

Executive Assistant

office:   305 576 9219

Fax:     305 576 9298

Email: Diana@marlincapital.com



THE INFORMATION CONTAINED IN THIS COMMUNICATION AND ANY
ATTACHMENTS HERETO IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT
PRIVILEGED, AND IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL

USE OF THE ADDRESSEE(S). IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, OR AN AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT HERETO IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Diana
**Sent:** Wednesday, October 7, 2015 2:35 PM
**To:** Ben Brauser <ben@marlincapital.com>
**Cc:** John Stetson (stetson.john@gmail.com) <stetson.john@gmail.com>
**Subject:** RE: Final versions MGT

See attached executed signature packet for Grander 401K

Diana Garcia

Executive Assistant

office:   305 576 9219

Fax:     305 576 9298

Email: Diana@marlincapital.com



THE INFORMATION CONTAINED IN THIS COMMUNICATION AND ANY ATTACHMENTS HERETO IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, AND IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE ADDRESSEE(S). IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, OR AN AGENT THEREOF, YOU ARE HEREBY NOTIFIED

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.                    MGT_SEC_00006538

THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT HERETO IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Ben Brauser
**Sent:** Wednesday, October 7, 2015 2:15 PM
**To:** Diana <diana@marlincapital.com>
**Subject:** FW: Final versions

Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL 33137

Office - (305) 576-9260

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com

**From:** John Stetson [mailto:stetson.john@gmail.com]
**Sent:** Wednesday, October 07, 2015 1:03 PM
**To:** Ben Brauser <ben@marlincapital.com>
**Subject:** Fwd: Final versions

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.                    MGT_SEC_00006539

grander is doing $150K, need docs today.

---------- Forwarded message ----------
From: **Avital Even-Shoshan** <aeven-shoshan@srff.com>
Date: Wednesday, October 7, 2015
Subject: Final versions
To: "stetson.john@gmail.com" <stetson.john@gmail.com>, "mgman@bullhunterllc.com" <mgman@bullhunterllc.com>
Cc: "rladd@mgtci.com" <rladd@mgtci.com>, Jay Kaplowitz <jKaplowitz@srff.com>, Arthur Marcus <amarcus@srff.com>

Please see attached.

-Avital



**Avital Even-Shoshan, Esq.**

Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700 ext. 610 | D 646 810 0610 | F 212 930 9725

aeven-shoshan@srff.com   www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.**   MGT_SEC_00006541