# EXHIBIT LL

From:        Robert Ladd
Sent:        Wed 10/07/2015 4:29 PM (GMT-05:00)
To:          Mark Groussman; Avital Even-Shoshan
Cc:          stetson.john@gmail.com
Bcc:
Subject:     Re: Ladd signature
Attachments: ATG signed SA.pdf


ATG (O'Rourke) attached

Can't find Groussman agreement...Melechdavid

Thanks,
Rob




(NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

**www.mgtci.com**

**(914) 630-7430 office**
**(914) 643-6855 cell**

**AIM:      laddcap**
**Skype:  laddcapvalue**


**From:** Mark Groussman
**Date:** Wednesday, October 7, 2015 at 4:47 PM
**To:** Avital Even-Shoshan
**Cc:** "stetson.john@gmail.com", Robert Ladd
**Subject:** Re: Ladd signature

Other board members?

Mark E. Groussman
Tel: 212.628.1591
mgman@bullhunterllc.com


On Oct 7, 2015, at 4:42 PM, Avital Even-Shoshan <aeven-shoshan@srff.com> wrote:

**FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.**                    **MGT_SEC_00009810**

The signature page to Rob's voting agreement is attached.  Josh said he would sign the documents.  I'll call him.

-Avital

**Avital Even-Shoshan, Esq.**

Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700 ext. 610  | D 646 810 0610 |  F 212 930 9725

aeven-shoshan@srff.com   www.srff.com

<image001.jpg>

NOTICE:  The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail  and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

<image001.jpg>

<voting final.pdf>

**FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.**                      **MGT_SEC_00009811**