# EXHIBIT MM

**From**: Robert Ladd [rladd@mgtci.com]
**Sent**: 10/15/2015 3:45:28 PM
**To**: John Stetson [stetson.john@gmail.com]
**Subject**: Re: MGT shares
**Attachments**: 013BABDF-AFCA-419C-A4BD-E63CF477052E[13].png; 013BABDF-AFCA-419C-A4BD-E63CF477052E[17].png

Any word from Brauser?

Also..how about the other account…FLR <??>

Thanks,
Rob

   (NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

 www.mgtci.com

**(914) 630-7430 office**
**(914) 643-6855 cell**

**AIM:     laddcap**
**Skype:  laddcapvalue**

**From:** John Stetson <stetson.john@gmail.com>
**Date:** Thursday, October 15, 2015 at 7:45 AM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Re: MGT shares

Barry will go in book. I will ask Brauser this AM.

On Wed, Oct 14, 2015 at 10:12 PM, Robert Ladd <rladd@mgtci.com> wrote:
vStock….

Do you mind asking Barry his preference…,and also Brauser.?

Thanks,
Rob

   (NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**

Harrison, NY  10528

www.mgtci.com

(914) 630-7430 office
(914) 643-6855 cell

AIM:     laddcap
Skype:  laddcapvalue

---

**From:** John Stetson
**Date:** Wednesday, October 14, 2015 at 4:20 PM
**To:** Robert Ladd
**Cc:** Mark Groussman
**Subject:** Re: MGT shares

I am fine with book entry. Who is your TA?

On Wed, Oct 14, 2015 at 3:35 PM, Robert Ladd <rladd@mgtci.com> wrote:
How would you guys like the MGT shares?   Book Entry or Certificates?

Thanks,
Rob

   (NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 204**
**Harrison, NY  10528**

www.mgtci.com

(914) 630-7430 office
(914) 643-6855 cell

AIM:     laddcap
Skype:  laddcapvalue

Confidential Treatment Requested by JS/SCI/HSCI                                                                              SD-SEC-(18Civ8175)-041979