# EXHIBIT PP

**To:** Deoclides Machado (Deoclides.Machado@theice.com)[Deoclides.Machado@theice.com]
**Cc:** rladd@mgtci.com[rladd@mgtci.com]; Jay Kaplowitz[jKaplowitz@srff.com]
**From:** Avital Even-Shoshan
**Sent:** 2015-12-17T18:16:45-05:00
**Importance:** Normal
**Subject:** MGT additional shares listing application
**Received:** 2015-12-17T18:16:49-05:00
NYSE MKT addt listing app 17Dec2015.pdf
MGT Investor List.xlsx
MGT Board Consent.pdf
MGT S-3 (filed Sept. 25, 2012).pdf
MGT 8-K (draft).pdf
MGT SPA FINAL.docx

Hello Deo,
Please see attached listing application and appendixes for the company's registered direct. The company is issuing 688,556 shares to two investors pursuant to a shelf takedown. We signed today and will close within the next three days, so we would appreciate if you could review the application early tomorrow if possible.
Thanks,
Avital


Avital Even-Shoshan, Esq.
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700 ext. 610 | D 646 810 0610 | F 212 930 9725
aeven-shoshan@srff.com   www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

Document Produced in Native

Slipsheet generated by Recommind Axcelerate

SEC-SICHENZIA-E-0001200

**MGT Capital 12/17/15 Registered Direct Investor List**

| Investor | $ Invested | Shares |
|---|---|---|
| Four Kids Investment Fund, LLC | $ 86,069.50 | 344,278 |
| Grander Holdings Inc. 401K | $ 86,069.50 | 344,278 |
| **Total** | **$ 172,139.00** | **688,556** |

Worksheet: Sheet1