# EXHIBIT QQ

**Received(Date):** Tue, 8 Dec 2015 10:39:45 -0500
**From:** Jonathan Honig <jonathanhonig@aol.com>
**To:** brhonig@aol.com
**Subject:** Fwd: four kids
Copy of 4kids assets.xlsx


-----Original Message-----
From: Jonathan Honig <jonathanhonig@aol.com>
To: jonathanhonig <jonathanhonig@aol.com>
Sent: Tue, Dec 8, 2015 9:12 am
Subject: four kids

Document Produced in Native

Slipsheet generated by Recommind Axcelerate

SEC-FBI-E-0037098

**4 Kids Summary of Assets**

| Account/Asset | | Price Per Share | Value |
|---|---|---|---|
| Delaney Cash | | | $35,800 |
| Wells 4Kids | | | $44,463 |
| IDI $1,000,000 Preferred Guaranteed | | | $1,000,000 |
| Rant $500,000 | Debt | | $500,000 |
| DRAM 150,000 | | | $150,000 |
| VBIV 100,000 | | $2.50 | $250,000 |
| VBI Vaccines 125,000 Cert Delaney | | $2.50 | $312,500 |
| Delaney Cash | | | |
| Cameron | | | $3,800 |
| Harrison | | | $3,700 |
| Jacob | | | $1,900 |
| Ryan | | | $3,700 |
| PGLC Wells | 41,666 | $4.00 | $66,444 |
| Wells Checking | | | $126,609 |
| Wells Cash | | | |
| Cameron | | | $195,337 |
| Harrisson | | | $168,653 |
| Jacob | | | $157,097 |
| TMSF Fund | Bridge | | $500,000 |
| Ryan | | | $148,835 |
| Jacob TD AMTD | | | $140,000 |
| ASH due from | | | $253,500 |
| JH due from | | | $2,450,000 |
| PGLC 4,793,000 | | 0.35 cents | $1,677,550 |
| CDXC Certs 479,200 | | $1.50 | $718,800 |
| Ryan 200k | | | |
| Cameron 82,500 | | | |
| Harrisson 31,700 | | | |
| Jacob 165,000 | | | |
| Rant 53410 | | Series B | $500,000 |
| Best One | | Series A | $150,000 |
| Best One | | Series B | $1,000,000 |
| Relmada 26,672 Shares | | $3.00 | $80,016 |
| 5000 RLMD WDCO | | $3.00 | $15,000 |
| WDCO Cash | | | $88,861 |
| WDCO MBVX | 290,000 shares $1.00 | | $290,000 |
| Mabvax preferred 688,527 shares | | $1.00 | $688,527 |
| Sevion 278,333 | | 0.6 | $166,999 |
| Sevion 221,684 | Delaney | $0.60 | $133,010 |
| MDVX 376,875 | | $2 | $753,750 |
| MDVX 250,000 Gift | | $2 | $500,000 |
| Pulmatrix FS 299,079 | | $5 | $1,495,390 |
| **Total Est.** | | | **$14,770,241** |

Worksheet: Sheet1