# EXHIBIT TT

From: Robert Ladd
Sent: Tue 4/05/2016 5:35 PM (GMT-05:00)
To: John O'Rourke
Cc:
Bcc:
Subject: RE: Re:

18.1 million common shares outstanding. 75 million authorized. Shareholder approved reverse split of 1 for 8, to 1 for 40.

No preferred or debt.

5.6 million warrants ($0.25), under Effective S-1.

About 1 million other warrants (between $3.00 and $4.00) No ratchets.

The end!

Thanks,

Rob

**MGT** (NYSE MKT: MGT)

Robert B. Ladd  CFA

President and CEO

500 Mamaroneck Avenue – Suite 320

Harrison, NY  10528

www.mgtci.com



FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.    MGT_SEC_00009373

(914) 630-7430 office

(914) 643-6855 cell

AIM: laddcap

Skype: laddcapvalue

**From:** John O'Rourke [mailto:tagjohn@gmail.com]
**Sent:** Tuesday, April 5, 2016 6:03 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Re:

Please send current cap table.

On Tue, Apr 5, 2016 at 6:01 PM, Robert Ladd <rladd@mgtci.com> wrote:

Barry called.  Game on.

Let's talk.

Thanks,

Rob

MGT (NYSE MKT: MGT)

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.                    MGT_SEC_00009374

Robert B. Ladd  CFA

President and CEO

500 Mamaroneck Avenue – Suite 320

Harrison, NY  10528

www.mgtci.com

(914) 630-7430 office

(914) 643-6855 cell

AIM:   laddcap

Skype:  laddcapvalue

**From:** John O'Rourke [mailto:tagjohn@gmail.com]
**Sent:** Tuesday, April 5, 2016 12:57 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:**

18,000,000 Common
3,500,000 shares from exchange of 5,300,000 Warrants
2,000,000 RL
1,000,000 Board of Directors

500,000 IR Consultant

10,000,000 for $2m raise at $0.20/share

**35,000,000**

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.      MGT_SEC_00009375

--

John O'Rourke
(561) 961-4343 Office
(610) 247-3917 Cell

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.

MGT_SEC_00009376