# EXHIBIT WW

From: Robert Ladd
Sent: Tue 5/10/2016 9:14 AM (GMT-05:00)
To: mike@marlincapital.com; BRHonig (BRHonig@aol.com); John Stetson; John O'Rourke; Mark Groussman
Cc: Jay Kaplowitz
Bcc:
Subject: MGT warrants

Gentlemen,

FYI...according to the terms, the $0.25 Warrants issued in the October private placement are not exercisable until the earlier of one year or specified "qualifying transaction."

Neither has occurred yet so the Company cannot accept any exercise notices.

Also, the cashless option is not available because an Effective Registration Statement has been issued.

Thanks,

Rob

(NYSE MKT: MGT)

**Robert B. Ladd  CFA**

**President and CEO**

**500 Mamaroneck Avenue – Suite 320**

**Harrison, NY  10528**

www.mgtci.com

(914) 630-7430 office

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.            MGT_SEC_00009524

(914) 643-6855 cell

AIM:    laddcap

Skype:  laddcapvalue

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.    MGT_SEC_00009525