# EXHIBIT XX

From: Robert Ladd
Sent: Tue 5/10/2016 1:52 PM (GMT-05:00)
To: BRHonig (BRHonig@aol.com)
Cc: Jay Kaplowitz
Bcc:
Subject: Warrant exercise

As agreed, you may exercise 1.0 million Warrants today, but at $0.35 per share, a premium of $0.10.

The board has agreed it is in the best interest of the Company to accept this Exercise Notice.

Thanks,

Rob

 (NYSE MKT: MGT)

**Robert B. Ladd  CFA**

**President and CEO**

**500 Mamaroneck Avenue – Suite 320**

**Harrison, NY  10528**

www.mgtci.com

(914) 630-7430 office

(914) 643-6855 cell

**AIM:** **laddcap**

**Skype: laddcapvalue**

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.    MGT_SEC_00009523