# EXHIBIT YY

| | |
|---|---|
| From: | Mark Groussman |
| Sent: | Tue 5/10/2016 2:27 PM (GMT-05:00) |
| To: | Robert Ladd |
| Cc: | Andrew Wallin; Mark Groussman; Ariel Luna |
| Bcc: | |
| Subject: | MGT WARRANT CONVERSION ATTACHED |
| Attachments: | CCE05102016.pdf |

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.			MGT_SEC_00006157

## NOTICE OF EXERCISE

TO:     MGT CAPITAL INVESTMENTS, INC.

(1) The undersigned hereby elects to purchase _600,000_ Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

☒ in lawful money of the United States; or

☐ [if permitted] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

(4) After giving effect to this Notice of Exercise, the undersigned will not have exceeded the Beneficial Ownership Limitation.

The Warrant Shares shall be delivered to the following DWAC Account Number or by physical delivery of a certificate to:

_DTC 158_
_Account: Melechdavio Inc._
_Account        5499_

[SIGNATURE OF HOLDER]

Name of Investing Entity: _Melechdavio Inc_
Signature of Authorized Signatory of Investing Entity: _____
Name of Authorized Signatory: _Mark Grossman_
Title of Authorized Signatory: _President_
Date: _5/10/16_

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.          MGT_SEC_00006158

From: John Stetson
Sent: Tue 5/10/2016 7:21 PM (GMT-05:00)
To: Robert Ladd
Cc:
Bcc:
Subject: NOTICE OF EXERCISE - GRQ Roth
Attachments: NOTICE OF EXERCISE.pdf; ATT00001.txt

Please see revised from GRQ Roth. The 1,000,000 was previously sent in error.

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.                    MGT_SEC_00006121

## NOTICE OF EXERCISE

TO:   MGT CAPITAL INVESTMENTS, INC.

(1) The undersigned hereby elects to purchase 960,000 Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

X in lawful money of the United States; or

[ ] [if permitted] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

(4) After giving effect to this Notice of Exercise, the undersigned will not have exceeded the Beneficial Ownership Limitation.

The Warrant Shares shall be delivered to the following DWAC Account Number or by physical delivery of a certificate to:

DTC: 0052

Account: GRQ Consultants, Inc. Roth 401K FBO Barry Honig

Account #:        -9309

Name of Investing Entity: GRQ Consultants, Inc. Roth 401K FBO Barry Honig
Signature: _____*BH*_____
Name of Authorized Signatory: Barry Honig
Title of Authorized Signatory: Trustee
Date: 5/10/16

From:	John Stetson
Sent:	Tue 5/10/2016 3:09 PM (GMT-05:00)
To:	Robert Ladd
Cc:	
Bcc:	
Subject:	MGT Warrant Exercise
Attachments: MGT - Warrant Exercise 250,000.pdf

Please process attached.

John

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.            MGT_SEC_00006141

## NOTICE OF EXERCISE

TO: MGT CAPITAL INVESTMENTS, INC.

(1) The undersigned hereby elects to purchase 250,000 Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

[X] in lawful money of the United States; or

[ ] [if permitted] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

(4) After giving effect to this Notice of Exercise, the undersigned will not have exceeded the Beneficial Ownership Limitation.

The Warrant Shares shall be delivered to the following DWAC Account Number or by physical delivery of a certificate to:

DTC: 0052
Account: Stetson Capital Investments, Inc.
Acct #: .9535
Delaney Equity

[SIGNATURE OF HOLDER]

Name of Investing Entity: Stetson Capital Investments, Inc.
Signature of Authorized Signatory of Investing Entity: John S.
Name of Authorized Signatory: John Stetson
Title of Authorized Signatory: President
Date: 5/10/16

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.

MGT_SEC_00006142

From: John O'Rourke
Sent: Thu 5/12/2016 7:37 AM (GMT-05:00)
To: Robert Ladd
Cc:
Bcc:
Subject: Warrant Exercise for ATG Capital
Attachments: Scan_2016_05_12_08_43_09_220.pdf

Rob,

Please process the attached exercise of 200,000 warrants for ATG Capital LLC and send payment instructions.

Thanks,

--
John O'Rourke
(610) 247-3917

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc. MGT_SEC_00006075

## NOTICE OF EXERCISE

TO: MGT CAPITAL INVESTMENTS, INC.

(1) The undersigned hereby elects to purchase 250,000 Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

[X] in lawful money of the United States; or

[ ] [if permitted] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

(4) After giving effect to this Notice of Exercise, the undersigned will not have exceeded the Beneficial Ownership Limitation.

The Warrant Shares shall be delivered to the following DWAC Account Number or by physical delivery of a certificate to:

Broker No: 0052
Account No: 3233

_____

[SIGNATURE OF HOLDER]

Name of Investing Entity: ATG Capital LLC
Signature of Authorized Signatory of Investing Entity: /s/
Name of Authorized Signatory: John O'Rourke
Title of Authorized Signatory: Managing Member
Date: 5/13/2016

Message

| | |
|---|---|
| **From**: | Christian Paez |
| **Sent**: | 5/12/2016 6:18:43 PM |
| **To**: | rladd@mgtci.com <rladd@mgtci.com> |
| **CC**: | Mike Brauser <mike@marlincapital.com>; Ben Brauser <ben@marlincapital.com> |
| **Subject**: | MGT Exercise of 800K Warrants - Grander401K |
| **Attachments**: | 2016-05-12 MGT Notice of Exercise 800K - Grander401K.pdf |

Good Afternoon Mr. Ladd,

On behalf of Michael Brauser and Grander Holdings, Inc. 401k, please see the attached Notice of Exercise for the 800K shares.

Per your conversation with Benjamin Brauser, the DWAC instructions are included in the attached Notice of Exercise.

Lastly, the wire payment is on its way, please confirm with us when it hits and let us know if there is anything else you need from us.

Thank you

Christian Paez
Analyst
(305) 576-9219

## NOTICE OF EXERCISE

TO: MGT CAPITAL INVESTMENTS, INC.

(1) The undersigned hereby elects to purchase 800,000 Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

[X] in lawful money of the United States; or

[ ] [if permitted] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

(4) After giving effect to this Notice of Exercise, the undersigned will not have exceeded the Beneficial Ownership Limitation.

The Warrant Shares shall be delivered to the following DWAC Account Number or by physical delivery of a certificate to: DWAC Instructions:

Grander Holdings Inc. 401k

Acct #: -9184

MGT
Wedbush 0103

[SIGNATURE OF HOLDER]

Name of Investing Entity: Grander Holdings, Inc. 401k
Signature of Authorized Signatory of Investing Entity: /s/
Name of Authorized Signatory: Michael Brauser
Title of Authorized Signatory: Trustee
Date: May 12, 2016