# EXHIBIT AAA

**From:** Robert Ladd [rladd@mgtci.com]
**Sent:** Monday, January 11, 2016 11:06 PM
**To:** Joshua Silverman
**CC:** aeven-shoshan@srff.com
**Subject:** IC holdings

Josh,

Can you please confirm Iroquois ownership of MGT securities. Company records show the following:

300,000 shares (Certificate #11572) and 600,000 warrants ($0.25 exercise price, 10/7/20 expiration, no ratchets, 4.99% blocker) from the PIPE in October 2015. The Registration Statement should go Effective this week on these securities.

1,039,096 common shares: Certificate #11326 for 50,000 shares, Certificate #11555 for 48,738, with the balance in street name.

226,971 Warrants ($3.00 strike price, 5/31/17 expiration, callable at $7.50, no ratchets, 9.99% blocker) covered by Effective S-3 of 9/26/12.

210,529 Warrants with same terms as above, but not covered by a Registration Statement and therefore have cashless exercise privileges, or 144 sale if cash settled. No Reg. Rights were offered on that deal.

10,451 Series A Preferred, convertible into 10,451 common, with a liquidation preference of $34,070 ($3.26 per share). Another 157 will be issued as interest for the 4th quarter 2015. (4.99% blocker).

This information will go into the S-1, with your beneficial ownership equal to 9.9%, as the $3.00 warrants must be included.

For housekeeping purposes, Sichenzia suggests (and can assist with) an updated Iroquois Section 16 filing. I believe your latest filings (13D/a and Form 3) were in October 2014. There should have been a Form 4 filed in early October 2015 following the PIPE deal. I'm not sure if you are eligible to file a 13G before February 14, but that might be the easiest way.

Thanks,
Rob

 cid:BFB764BD-BC78-4FAF-8607-22E831458AF1

(NYSE MKT: MGT)

**Robert B. Ladd  CFA**
**President and CEO**
**500 Mamaroneck Avenue – Suite 320**
**Harrison, NY  10528**

www.mgtci.com

**(914) 630-7430 office**
**(914) 643-6855 cell**



PLAINTIFF'S EXHIBIT
AP Ex. 31

**AIM:** Iaddcap  
**Skype:** Iaddcapvalue

FOIA Confidential Treatment Requested

ICM___SEC___000008048