# EXHIBIT CCC

| | |
|---|---|
| **From:** | Robert Ladd |
| **Sent:** | Monday, October 15, 2012 6:50 PM EDT |
| **To:** | Tara Guarneri-Ferrara |
| **CC:** | Arthur Marcus; Jay Kaplowitz; Harvey Kesner; Robert Traversa |
| **Subject:** | Re: MGT Transaction Documents |
| **Attachments:** | Form of Lockup Agreement 10.14.12 LADD EDIT.docx, Marked Cert of Designation LADD EDIT.docx, MGT Capital Warrant 10.15.12 LADD EDIT.docx. MGT Subscription Agreement 10.15.12 LADD EDIT.docx |
| **Importance:** | High |

MGT edits attached:

Lockup -- nothing except a typo; plus we need a second one for our CFO, Robert Traversa.
And two more for the independent Directors: Michael Onghai and H. Robert Holmes.

Warrant -- business terms look correct to us.

Reg Rights -  no comments

Cert of Designation -- Section 10 "certain adjustments" still include ratchet. Per term sheet, only stock splits to be events.

Also, Section 9 -  is it the intention to allow Preferred holders to vote?  Or maybe I am reading this incorrectly. My guess is that none of the investors want to have a vote to taint their Section 13 or Section 16 obligations.

Also Section 6(e)(i)(y) might cause a problem according to our Auditors. No matter how remote, ANY cash redemption option that is outside the Company's control (e.g., act of law) turns it into debt. Sounds crazy...looking like it is true.

Subscription agreement --  please see our comments on S(f) and (g), and whether we need that information made public.



**MGT Capital Investments, Inc.**  (NYSE-Amex: MGT)

**Robert B. Ladd CFA**
**President and CEO**
500 Mamaroneck Avenue -  Suite 204
Harrison, NY 10528



Confidential

LADD-MGT-00060828

(914) 630-7430 office
(914) 643-6855 cell

AIM: laddcap

**From:** Tara Guarneri-Ferrara <tguarneri-ferrara@SRFF.COM>
**Date:** Monday, October 15, 2012 4:28 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** Arthur Marcus <amarcus@srff.com>, Jay Kaplowitz <jKaplowitz@srff.com>, Harvey Kesner <hkesner@SRFF.COM>
**Subject:** MGT Transaction Documents

Hi Rob

I'm attaching the latest redlines of the transaction documents for your review, which remain subject to further internal review and revision by Arthur, Jay and Harvey

Thanks,

Tara Guarneri-Ferrara, Esq.
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, New York 10006
Main:   212-930-9700
Direct:  646-810-0611
Fax:     212-930-9725

www.srff.com



NOTICE
The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Thank you.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

Confidential                                                                                                                                LADD-MGT-00060829