# EXHIBIT GGG

| | |
|---|---|
| **From:** | Robert Ladd |
| **Sent:** | Wednesday, November 21, 2012 8:44 PM EST |
| **To:** | Reginald Averilla |
| **Subject:** | FW: Pref/ Warrant Assignment |
| **Attachments:** | ACASC1D7-4406-4D44-94D7-84E3BF8EB06D[450].png, MGT • Pref Assignment.pdf, Warrant Assignment· MGT.pdf |

For that FedEx package

**MGT Capital Investments, Inc.** (NYSE-Amex: MGT)

**Robert B. Ladd  CFA**
**President** and **CEO**
**500 Mamaroneck Avenue -  Suite 204**
Harrison, **NY   10528**

**(914) 630-7430 office**
**(914) 643-6855 cell**

**AIM:  laddcap**
**From:**  John  Stetson  <stetson.john@gmail.com>
**Date:** Monday, November 19, 2012 6:25 PM
**To:** Robert Ladd <rladd@mgtci.com>, Robert Traversa <rtraversa@mgtci.com>
**Subject:** Pref/ Warrant Assignment

Rob and Rob,

I am assigning a portion of my preferred and warrant to John Ford and Alpha Capital. Attached are the assignment notices for the preferred and warrant.

I will be sending the originals to your office via FedEx. Please initiate the transfers.

Thanks,

John

---

This email has been scanned by  the  Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

This message is for the  designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of  the email by you is prohibited.



Confidential

LADD-MGT-00024181