# EXHIBIT LLL

**From:**      BRHonig@aol.com
**Received(Date):**      Tue, 16 Oct 2012 07:28:11 -0400 (EDT)
**Subject:**    Re: (no subject)
**To:**         stetson.john@gmail.com

Can you follow up with Rich MGT and Yoav in regards to comments re MGT

1) Chardan lock up $10 or better with warrants on stock

2) Warrants tell Harvey need  to be immediate cashless  (please ask him to show you where)

3) $2.0 m needs to be kept in account until preferred 50% converted

4) cant do financing with out our permission for time period we said

I will send additional comments

I will get you list who to send  docs to when finished

In a message dated 10/16/2012 7:25:23 A.M. Eastern Daylight Time, stetson.john@gmail.com writes:

   Shares still have not arrived.

   Sent from my iPhone

   On Oct 16, 2012, at 7:22 AM, BRHonig@aol.com wrote:


   CRGC - anything from Guy Phllipe shares

SEC-FBI-E-0053933