# EXHIBIT MMM

**From:** BRHonig@aol.com
**Received(Date):** Fri, 9 Oct 2015 14:35:55 -0400
**Subject:** (no subject)
**To:** stetson.john@gmail.com
**Cc:** tagjohn@gmail.com, hkesner@SRFF.COM

Need MGT and DRAM holding filed

thanks

SEC-FBI-E-0020660