# EXHIBIT PPP

| | |
|---|---|
| **From:** | Robert Ladd |
| **Sent:** | Sunday, October 14, 2012 5:21 AM EDT |
| **To:** | Jay Kaplowitz |
| **CC:** | Arthur Marcus |
| **Subject:** | Re: 10.13.2012 |

If he tries to force this second deal down our throat at the 11th hour, then we delist.
And a binding LOI?  With last month's date on it?
He makes Harvey stay up till 1pm on sat nite to do this crap??
If he won't close our financing under the term sheet, bill all your time to him!
By the way, who is Tara?

Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On Oct 14, 2012, at 5:12 AM, "Jay Kaplowitz" <jKaplowitz@srff.com> wrote:

> Me too and annoyed he has not kept me or Arthur in this loop
>
> Sent from my iPhone
> Jay M, Kaplowitz
>
> On Oct 14, 2012, at 1:44 AM, "Robert Ladd" <rladd@mgtci.com> wrote:
>
>> Little confused by this level of effort prior to closing this week's financing.
>> Something weird going on?
>> <ACA5C1D7-4406-4D44-94D7-84E3BF8EB06D[244].png>
>> MGT Capital Investments, Inc. (NYSE-Amex: MGT)
>>
>> Robert B. Ladd  CFA
>> President and CEO
>> 500 Mamaroneck Avenue – Suite 204
>> Harrison, NY  10528
>>
>> (914) 630-7430 office
>> (914) 643-6855 cell
>>
>> AIM: laddcap
>>
>> **From:** Harvey Kesner <Pdox74@hotmail.com>
>> **Date:** Sunday, October 14, 2012 1:12 AM

**To:** Barry Honig <brhonig@aol.com>, Robert Ladd <rladd@mgtci.com>
**Subject:** 10.13.2012

Robb, I'm waiting to drop in the post and pre cap table, I have sent my version to BH for a pre review before dropping the cap table in.

Please lets speak in the AM to go over.

Harvey

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

<10.13.2012.docx>

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

MGT-SEC-2022-005865