# EXHIBIT QQQ

| | |
|---|---|
| From: | Robert Ladd |
| Sent: | Sunday, October 14, 2012 7:32 AM EDT |
| To: | Arthur Marcus |
| CC: | Jay Kaplowitz |
| Subject: | Re: 10.13.2012 |

This isn't supposed to change.  Nor will it.


Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On Oct 14, 2012, at 7:17 AM, "Arthur Marcus" <amarcus@srff.com> wrote:

> Yes Tara is the associate who was supposed to be working on deal docs. Wasn't aware of the deal changing
>
> Sent from my iPhone
>
> On Oct 14, 2012, at 7:03 AM, "Jay Kaplowitz" <jKaplowitz@srff.com> wrote:
>
>> I believe is tha associate working with h
>>
>> Sent from my iPhone
>> Jay M, Kaplowitz
>>
>> On Oct 14, 2012, at 6:10 AM, "Robert Ladd" <rladd@mgtci.com> wrote:
>>
>>> I guess intentionally.  I have attempted to reinsert you in the email chain, then you get removed.
>>>
>>> Robert Ladd
>>> President and CEO
>>> MGT Capital Investments, Inc.
>>> 500 Mamaroneck Avenue - suite 204
>>> Harrison, NY  10528
>>> (914) 630-7430
>>> (914) 643-6855 cell

On Oct 14, 2012, at 5:12 AM, "Jay Kaplowitz" <jKaplowitz@srff.com> wrote:

Me too and annoyed he has not kept me or Arthur in this loop

Sent from my iPhone
Jay M, Kaplowitz

On Oct 14, 2012, at 1:44 AM, "Robert Ladd" <rladd@mgtci.com> wrote:

Little confused by this level of effort prior to closing this week's financing. Something weird going on?
<ACA5C1D7-4406-4D44-94D7-84E3BF8EB06D[244].png>
MGT Capital Investments, Inc. (NYSE-Amex: MGT)

Robert B. Ladd CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY 10528

(914) 630-7430 office
(914) 643-6855 cell

AIM: laddcap

**From:** Harvey Kesner <Pdox74@hotmail.com>
**Date:** Sunday, October 14, 2012 1:12 AM
**To:** Barry Honig <brhonig@aol.com>, Robert Ladd <rladd@mgtci.com>
**Subject:** 10.13.2012
Robb, I'm waiting to drop in the post and pre cap table, I have sent my version to BH for a pre review before dropping the cap table in.
Please lets speak in the AM to go over.
Harvey

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

MGT-SEC-2022-005869

&lt;10.13.2012.docx&gt;

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

---

MGT-SEC-2022-005870