# EXHIBIT RRR

1

```
 1        UNITED STATES DISTRICT COURT

 2        SOUTHERN DISTRICT OF NEW YORK

 3

 4   SECURITIES AND EXCHANGE COMMISSION, )

 5                  Plaintiff,           )

 6   v.                                  ) Case No.

 7   BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)

 8   MAZA, BRIAN KELLER, JOHN H. FORD,   )

 9   GRQ CONSULTANTS, INC., AND HS       )

10   CONTRARIAN INVESTMENTS, LLC,        )

11                  Defendants.          )

12   _____)

13

14                    VOLUME 1

15      VIDEOTAPED DEPOSITION OF JOAN WU

16             VIA VIDEOCONFERENCE

17            Wednesday, June 22, 2022

18

19

20

21

22

23

24      Diversified Reporting Services, Inc.

25                (202)467-9200
```

[6/22/2022 10:02 AM] Wu, Joan - Vol. I.Amended.20220622.38...

                                                                    2

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE COMMISSION, )

5                   Plaintiff,            )

6    v.                                   ) Case No.

7    BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)

8    MAZA, BRIAN KELLER, JOHN H. FORD,   )

9    GRQ CONSULTANTS, INC., AND HS       )

10   CONTRARIAN INVESTMENTS, LLC,         )

11                  Defendants.           )

12   _____)

13

14

15          Videotaped deposition of Joan Wu,

16   taken on behalf of the Plaintiff, all parties appearing

17   remotely via Webex, beginning at 10:02 a.m. EST and

18   ending at 12:14 p.m. EST, on Wednesday, June 22, 2022.

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                  (202)467-9200

```
                                                                  3
 1    APPEARANCES:
 2
 3    On behalf of the Securities and Exchange Commission:
 4         NANCY A. BROWN, ESQ.
 5         JACK KAUFMAN, ESQ.
 6         Securities and Exchange Commission
 7         Division of Enforcement
 8         100 Pearl Street, Suite 20-100
 9         New York, New York 10004
10
11    On behalf of the Witness:
12         MARK DAVID HUNTER, ESQ.
13         Hunter Taubman Fischer & Li LLC
14         48 Wall Street, Suite 1100
15         New York, New York 10005
16
17    On behalf of Mr. Ladd:
18         ADAM FORD, ESQ.
19         ANJULA PRASAD, ESQ.
20         Ford O'Brien Landy LLP
21         275 Madison Avenue, Floor 24
22         New York, New York 10016
23
24    Also Present:
25         Robert Ladd
```

1    Q    Was it Mr. Kesner?
2    A    Might be.
3    Q    How about --
4    A    I --
5    Q    Oh, sorry.  Were you finished?
6    A    Yes.
7    Q    How about Avital Perlman?
8    A    Avital -- I remember, I was working on Avital,
9  a transaction.  I don't -- I don't remember which partner
10 was supervising that project.
11   Q    Did she work for one partner more than others
12 as far as you knew?
13   A    I -- I don't -- I don't remember.
14   Q    All right.  And so, in connection with being
15 assigned to the MGT transaction, did Mr. Kaplowitz
16 introduce you to Mr. Ladd?
17   A    Yes.
18   Q    What was Mr. Kesner's role in the transaction?
19   A    I recall he represented the investor in -- in
20 MGT.
21   Q    And who was that?
22   A    Barry Honig and some other people.
23   Q    Was one of the other people John O'Rourke?
24   A    I don't remember.
25   Q    And did you have an understanding when you

34

1  first started working on MGT that Mr. Kesner had
2  represented Mr. Honig in other transactions?
3      A    I don't remember exactly.
4      Q    Well, what do you remember generally?
5      A    Generally, I knew -- I think Mr. Kaplowitz told
6  me, or someone told me Mr. Kesner has represented Mr.
7  Honig for a while.
8      Q    And prior to the D-Vasive transaction, had you
9  ever worked on any transactions with Mr. Kesner?
10     A    I don't remember.
11     Q    Did you subsequently?  Did you ever work with
12 Mr. Kesner?
13     A    Yes, I did.  There was -- I think I helped one
14 of his clients in -- in the shelf takedown transaction,
15 but I don't remember which client is that.
16     Q    Was that the only transaction you worked on
17 with Mr. Kesner while you were at Sichenzia?
18     A    I don't remember.  But overall, very few.
19     Q    What, if anything, did you know about Barry
20 Honig besides the fact that he may have been a client of
21 Mr. Kesner's?
22     A    I -- I heard from some other attorneys that he
23 is a pretty active investor in the microcap space.
24     Q    Anything else?
25     A    No.