# EXHIBIT SSS

**From:** Robert Ladd
**Sent:** Friday, October 19, 2012 7:11 AM EDT
**To:** Arthur Marcus
**Subject:** Re: (no subject)

Unless we have the documentation, The only face saving way with Deo is to tell him the company was able to "delay" and get the higher price.

Robert Ladd
President and CEO
MGT Capital Investments, Inc.
500 Mamaroneck Avenue - suite 204
Harrison, NY  10528
(914) 630-7430
(914) 643-6855 cell

On Oct 19, 2012, at 6:56 AM, "Arthur Marcus" <amarcus@srff.com> wrote:

> I don't know who bay capital is. I have the same deo concerns
>
> Sent from my iPhone
>
> On Oct 19, 2012, at 6:35 AM, "Robert Ladd" <rladd@mgtci.com> wrote:
>
>> Yes…are we sure this is correct?  Hudson Bay is in or out?
>> Also, we know Deo; he will want addresses, etc. this morning.
>> Possibly even fully signed subscription agreements.  And we definitely need the rich abbe friend name.
>> Also, who is Bay Capital?
>> <ACA5C1D7-4406-4D44-94D7-84E3BF8EB06D[37].png>
>> **MGT Capital Investments, Inc.**  (NYSE-Amex: MGT)
>>
>> **Robert B. Ladd  CFA**
>> **President and CEO**
>> **500 Mamaroneck Avenue – Suite 204**
>> **Harrison, NY  10528**
>>
>> **(914) 630-7430 office**
>> **(914) 643-6855 cell**
>>
>> **AIM:  laddcap**
>>
>> **From:** Arthur Marcus <amarcus@srff.com>
>> **Date:** Friday, October 19, 2012 6:24 AM
>> **To:** Robert Ladd <rladd@mgtci.com>
>> **Cc:** Harvey Kesner <hkesner@SRFF.COM>
>> **Subject:** Fwd: (no subject)



PLAINTIFF'S EXHIBIT
AM-1

MGT-SEC-2022-000085

Are you seeing the list in email stream below?

Sent from my iPhone

Begin forwarded message:

> **From:** Arthur Marcus <amarcus@srff.com>
> **Date:** October 19, 2012, 6:11:59 AM EDT
> **To:** Robert Ladd <rladd@mgtci.com>
> **Subject: Fwd: (no subject)**
>
> The list all but r Abbe's guy is in email chain below
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Arthur Marcus <amarcus@srff.com>
>> **Date:** October 18, 2012, 11:36:07 PM EDT
>> **To:** Harvey Kesner <hkesner@SRFF.COM>
>> **Subject: Re: (no subject)**
>>
>> I found it so need.
>>
>> Sent from my iPhone
>>
>> On Oct 18, 2012, at 7:24 PM, "Harvey Kesner" <hkesner@SRFF.COM> wrote:
>>
>>> No!
>>>
>>> Sent from my iPhone
>>>
>>> On Oct 18, 2012, at 7:24 PM, "Arthur Marcus" <amarcus@srff.com> wrote:
>>>
>>>> Are they acting as a group
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Oct 18, 2012, at 7:22 PM, "Harvey Kesner" <hkesner@SRFF.COM> wrote:

Sent from my iPhone

Begin forwarded message:

**From:** "BRHonig@aol.com" <BRHonig@aol.com>
**Date:** October 18, 2012, 6:32:09 PM EDT
**To:** Harvey Kesner <hkesner@SRFF.COM>
**Cc:** "Pdox74@hotmail.com" <Pdox74@hotmail.com>, "rabbe@icfund.com" <rabbe@icfund.com>, "yroth@hudsonbaycapital.com" <yroth@hudsonbaycapital.com>, "gantonopoulos@hudsonbaycapital.com" <gantonopoulos@hudsonbaycapital.com>, "tom@baycapitalag.com" <tom@baycapitalag.com>, "stetson.john@gmail.com" <stetson.john@gmail.com>
**Subject: (no subject)**

Harvey

Below is the allocation for MGT, Rich Abbe will give you his friends name for the shelf

| **Preferred Allocation** | **$4,500,000** | |
|---|---|---|
| Iriquois | $1,000.000 | Rich Abbe |
| Hudson Bay | 1,000,000 | Yoav Roth |
| HS Contrarian | 1,000,000 | John Stetson |
| Bay Capital | 1,000,000 | |
| Ronald Lowe | 70,000 | |
| Suzanne Adams | 100,000 | |
| Jill Strauss | 20,000 | |
| White Trout Lake LLC | 30,000 | Alex Berger |
| Melech David | 60,000 | Mark Groussman |
| Sandor Capital | 100,000 | John Lemak |
| LH Financial | 100,000 | |
| Nachum Stein | 30,000 | |

| | |
|---|---|
| John Orourke | 10,000 |
| **Shelf** | **$1,300,000** |
| Miramar Investors inc | 100,000 shares |
| Jonathan Honig | 230,000 shares |
| Rich Abbe friend | 100,000 shares |

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk