# EXHIBIT TTT

Annex B

# MGT CAPITAL INVESTMENTS INC.

## Selling Securityholder Notice and Questionnaire

The undersigned beneficial owner of common stock (the "Registrable Securities") of MGT Capital Investments, Inc., a Delaware corporation (the "Company"), understands that the Company has filed or intends to file with the Securities and Exchange Commission (the "Commission") a registration statement (the "Registration Statement") for the registration and resale under Rule 415 of the Securities Act of 1933, as amended (the "Securities Act"), of the Registrable Securities, in accordance with the terms of the Registration Rights Agreement (the "Registration Rights Agreement") to which this document is annexed. A copy of the Registration Rights Agreement is available from the Company upon request at the address set forth below. All capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the Registration Rights Agreement.

Certain legal consequences arise from being named as a selling securityholder in the Registration Statement and the related prospectus. Accordingly, holders and beneficial owners of Registrable Securities are advised to consult their own securities law counsel regarding the consequences of being named or not being named as a selling securityholder in the Registration Statement and the related prospectus.

## NOTICE

The undersigned beneficial owner (the "Selling Securityholder") of Registrable Securities hereby elects to include the Registrable Securities owned by it in the Registration Statement.

The undersigned hereby provides the following information to the Company and represents and warrants that such information is accurate:

## QUESTIONNAIRE

1. **Name.**

(a) Full Legal Name of Selling Securityholder

    HUDSON BAY MASTER FUND LTD.

(b) Full Legal Name of Registered Holder (if not the same as (a) above) through which Registrable Securities are held:

    SAME AS 1(a)

(c) Full Legal Name of Natural Control Person (which means a natural person who directly or indirectly alone or with others has power to vote or dispose of the securities covered by this Questionnaire): SEE ATTACHMENT A.

DOC ID - 19177893.4

Confidential
LADD-MGT-00004689

2. **Address for Notices to Selling Securityholder:**

_____                    _____
_____                    _____

Telephone:
Fax:
Contact Person:   YOAV ROTH.

3. **Broker-Dealer Status:**

(a)   Are you a broker-dealer?

      Yes      No ✓

(b)   If "yes" to Section 3(a), did you receive your Registrable Securities as compensation for investment banking services to the Company?

      Yes      No

Note:   If "no" to Section 3(b), the Commission's staff has indicated that you should be identified as an underwriter in the Registration Statement.

(c)   Are you an affiliate of a broker-dealer?

      Yes      No ✓

(d)   If you are an affiliate of a broker-dealer, do you certify that you purchased the Registrable Securities in the ordinary course of business, and at the time of the purchase of the Registrable Securities to be resold, you had no agreements or understandings, directly or indirectly, with any person to distribute the Registrable Securities?

      Yes      No

Note:   If "no" to Section 3(d), the Commission's staff has indicated that you should be identified as an underwriter in the Registration Statement.

4. **Beneficial Ownership of Securities of the Company Owned by the Selling Securityholder.**

*Except as set forth below in this Item 4, the undersigned is not the beneficial or registered owner of any securities of the Company other than the securities issuable pursuant to the Purchase Agreement.*

DOC ID - 19177893.4

(a)   Type and Amount of other securities beneficially owned by the Selling Securityholder:

_50,000 RESTRICTED SHARES_
_437,500 SHARES UNDERLYING WARRANTS._

**5. Relationships with the Company:**

*Except as set forth below, neither the undersigned nor any of its affiliates, officers, directors or principal equity holders (owners of 5% of more of the equity securities of the undersigned) has held any position or office or has had any other material relationship with the Company (or its predecessors or affiliates) during the past three years.*

State any exceptions here:

_NONE._

The undersigned agrees to promptly notify the Company of any inaccuracies or changes in the information provided herein that may occur subsequent to the date hereof at any time until the date such Registration Statement is declared effective by the Commission to the extent the failure to correct any such inaccuracy or make any such change in the information provided would cause the Registration Statement to contain any untrue statement of a material fact or omit to state a material fact required to be stated therein or necessary in order to make the statements therein, in the light of the circumstances under which they were made, not misleading.

By signing below, the undersigned consents to the disclosure of the information contained herein in its answers to Items 1 through 5 and the inclusion of such information in the Registration Statement and the related prospectus and any amendments or supplements thereto. The undersigned understands that such information will be relied upon by the Company in connection with the preparation or amendment of the Registration Statement and the related prospectus.

IN WITNESS WHEREOF the undersigned, by authority duly given, has caused this Notice and Questionnaire to be executed and delivered either in person or by its duly authorized agent.

Date: OCTOBER 22, 2012

Beneficial Owner: HUDSON BAY MASTER FUND LTD
By: _[signature]_
Name: SCOTT BLACK
Title: CCO & GENERAL COUNSEL.

[SIGNATURE PAGE FOR SELLING SECURITYHOLDER NOTICE AND QUESTIONNAIRE]

**General Counsel
and Chief Compliance Officer**
Hudson Bay Capital Management LP,
not individually but solely as Investment
Advisor for Hudson Bay Master Fund LTD,
Hudson Bay Fund LP and
Hudson Bay Distressed Master Fund LLC

DOC ID - 19177893.4

**HUDSON BAY MASTER FUND, LTD.**
c/o Hudson Bay Capital Management LP
777 Third Avenue, 30th Floor
New York, NY 10017

**Attachment A**

Hudson Bay Capital Management LP, the investment manager of Hudson Bay Master Fund Ltd., has voting and investment power over these securities. Sander Gerber is the managing member of Hudson Bay Capital GP LLC, which is the general partner of Hudson Bay Capital Management LP. Sander Gerber disclaims beneficial ownership over these securities.

Confidential

LADD-MGT-00004692