# EXHIBIT UUU

| | |
|---|---|
| From: | Robert Ladd |
| Sent: | Tuesday, October 23, 2012 10:17 AM EDT |
| To: | Deoclides Machado |
| CC: | 'Arthur Marcus'; Robert Traversa |
| Subject: | Re: Additional Listing Application |
| Attachments: | MGT Additional Listing Application (S-3 Oct 2012).pdf |
| Importance: | High |

Hi Deo,

Please find attached the Additional Listing Application. Our attorneys will send the UWC of the board resolutions.

Below are the answers to your questions:

1.) Not to the company's knowledge.
2.) No
3.) Yes Hudson Bay and Iroquois Capital (to be answered more fully on your next email).
4.) General corporate purposes. (operating expenses for patent lawsuit, overhead, etc.)
5.) Getting the exact answer from the lawyers...something to do with section 13 and 16 reporting by the investors, I guess
6.) No

Thanks Deo..we understand your time constraints.

Rob



**MGT Capital Investments, Inc.** (NYSE-Amex: MGT)

Robert B. Ladd  CFA
President and CEO
500 Mamaroneck Avenue – Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:  laddcap

---

**From:** Deoclides Machado <DMachado@nyx.com>
**Date:** Tuesday, October 23, 2012 9:59 AM
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** Arthur Marcus <amarcus@srff.com>, Robert Traversa <rtraversa@mgtci.com>
**Subject:** RE: Additional Listing Application

PLAINTIFF'S EXHIBIT
Ladd 87

Confidential

LADD-MGT-00004736

Rob,

There are also some open questions that I sent last week:

1) Please indicate if any of the investors are acting in concert.
2) Are there any related parties participating in these transactions?
3) Are there any current investors participating in these transactions?
4) What is the use of proceeds?
5) In the Certificate of Designation and Form of Warrants there are 4.99% and 9.99% ownership limitations. What is the difference between the two?
6) Will these investors receive any board seats?

Best,
Deo

**From:** Deoclides Machado
**Sent:** Tuesday, October 23, 2012 9:40 AM
**To:** 'Robert Ladd'
**Cc:** Arthur Marcus; Robert Traversa
**Subject:** Additional Listing Application

Rob,

Please provide a new listing application for the Common and Unit deals. The application that was previously provided was only for 453,953 shares. Also, I require the board resolutions for these transactions.

Best,
Deo

Please consider the environment before printing this email.

Visit our website at http://www.nyse.com
************************************************************************
Note: The information contained in this message and any attachment to it is privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message, and please delete it from your system. Thank you. NYSE Euronext.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk

_____

Confidential