# EXHIBIT VVV

| | |
|---|---|
| From: | Avital Even-Shoshan |
| Sent: | Friday, January 8, 2016 4:12 PM EST |
| To: | Jain, Sunil (Sunil.Jain@marcumllp.com); Mehra, Amit (Amit.Mehra@marcumllp.com) |
| CC: | Robert Ladd; Dmitry Molotkov; Jay Kaplowitz |
| Subject: | FW: MGT Capital Investments - S1 Amendment |
| Attachments: | MGT Amendment No. 2 - 1.8.16.rtf, MGT_4 Kids SPA - Copy.pdf, MGT_Grander SPA - Copy.pdf, MGT - UWC (Registered Direct).pdf |

Hi Sunil and Amit,

MGT would like to file an amendment to its S-1 next week. Attached is a redline showing the changes from the last filed version and the printer will circulate an edgar draft. Also attached are the most recent board consents and agreements that you do not have. Please let us know what else you will need for your review.

Thanks,
Avital


**Avital Even-Shoshan, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700 ext. 610 | D 646 810 0610 | F 212 930 9725
aeven-shoshan@srff.com  www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

---

**From:** Avital Even-Shoshan
**Sent:** Friday, January 08, 2016 4:08 PM
**To:** production@thevintagegroup.com
**Cc:** Jain, Sunil; rladd@mgtci.com; Dmitry Molotkov (dmolotkov@mgtci.com); 'Mehra, Amit'; Jay Kaplowitz
**Subject:** MGT Capital Investments - S1 Amendment

Please edgarize the attached amendment No.2.
Thanks,
Avital

PLAINTIFF'S EXHIBIT
AP Ex. 30

**Avital Even-Shoshan, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700 ext. 610 | D 646 810 0610 | F 212 930 9725
aeven-shoshan@srff.com  www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**To:** MACohen@friedmanllp.com[MACohen@friedmanllp.com]; PMotsch@friedmanllp.com[PMotsch@friedmanllp.com]; TCantwell@friedmanllp.com[TCantwell@friedmanllp.com]; Robert Ladd[rladd@mgtci.com]; David Briones[dbriones@briofinancial.com]; Avital Even-Shoshan[aeven-shoshan@srff.com]; Jay Kaplowitz[jKaplowitz@srff.com]
**From:** Dmitry Molotkov
**Sent:** 2016-04-14T12:05:20-04:00
**Importance:** Normal
**Subject:** MGT 10K 2015 - Draft 10
**Received:** 2016-04-14T12:05:37-04:00
MGT 10K 2015 - Draft 10.pdf

Everyone,

Attached is the latest draft of our 10K. Please do another look through and let me know any comments. Potentially more changes to come from Marcum's QC, but hopefully nothing fundamental.

Avital/Jay, we still need to know what S3 we are referencing to in the auditors' consent, please advise.

**Dmitry Molotkov**
VP Finance

MGT Capital Investments, Inc.
500 Mamaroneck Avenue -- Suite 320
Harrison, NY 10528

Email: dmolotkov@mgtci.com
Cell: +44 7917 726 310
Office: +1 914 630 7430



NYSE MKT: MGT