# EXHIBIT AAAA

**From**: John Stetson [stetson.john@gmail.com]
**Sent**: 6/27/2013 10:26:21 AM
**To**: jonathanhonig@aol.com
**Subject**: Re: mgt

I signed an exchange agreement for shares. The warrants are registered at $3.85.

On Thu, Jun 27, 2013 at 9:41 AM, <jonathanhonig@aol.com> wrote:
Are you exercising any of the warrants to sell? are they registered? can I do it now for ron and sell? do you know the exercise prices?