# EXHIBIT A

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 1  | Trade Date | Order Exec | Ticker Sym | Buy/Sell Co | SEC Calc Quantit | Price | SEC Calc Gross | Account Number | Name And Address Lin |
| 2  | 04/11/13 | 25314 | MGTI | Sale | (1,000) | 3.55 | 3,550.00 | 1722XXXX | BARRY C HONIG |
| 3  | 04/11/13 | 25339 | MGTI | Sale | (2,000) | 3.62 | 7,240.00 | 1722XXXX | BARRY C HONIG |
| 4  | 04/11/13 | 25500 | MGTI | Sale | (5,000) | 3.62 | 18,100.00 | 1722XXXX | BARRY C HONIG |
| 5  | 04/11/13 | 25633 | MGTI | Sale | (3,000) | 3.67 | 11,010.00 | 1722XXXX | BARRY C HONIG |
| 6  | 04/11/13 | 25655 | MGTI | Sale | (5,000) | 3.70 | 18,500.00 | 1722XXXX | BARRY C HONIG |
| 7  | 04/11/13 | 25952 | MGTI | Sale | (200) | 3.75 | 750.00 | 1722XXXX | BARRY C HONIG |
| 8  | 04/11/13 | 80045 | MGTI | Sale | (50) | 3.64 | 182.00 | 1722XXXX | BARRY C HONIG |
| 9  | 04/11/13 | 80045 | MGTI | Sale | (2,300) | 3.64 | 8,372.00 | 1722XXXX | BARRY C HONIG |
| 10 | 04/11/13 | 81417 | MGTI | Sale | (200) | 3.72 | 744.00 | 1722XXXX | BARRY C HONIG |
| 11 | 04/11/13 | 81417 | MGTI | Sale | (500) | 3.72 | 1,860.00 | 1722XXXX | BARRY C HONIG |
| 12 | 04/11/13 | 81417 | MGTI | Sale | (500) | 3.72 | 1,860.00 | 1722XXXX | BARRY C HONIG |
| 13 | 04/11/13 | 81417 | MGTI | Sale | (1,800) | 3.72 | 6,696.00 | 1722XXXX | BARRY C HONIG |
| 14 | 04/11/13 | 81417 | MGTI | Sale | (500) | 3.72 | 1,860.00 | 1722XXXX | BARRY C HONIG |
| 15 | 04/11/13 | 81417 | MGTI | Sale | (200) | 3.72 | 744.00 | 1722XXXX | BARRY C HONIG |
| 16 | 04/11/13 | 81417 | MGTI | Sale | (1,000) | 3.72 | 3,720.00 | 1722XXXX | BARRY C HONIG |
| 17 | 04/11/13 | 81417 | MGTI | Sale | (100) | 3.72 | 372.00 | 1722XXXX | BARRY C HONIG |
| 18 | 04/11/13 | 81417 | MGTI | Sale | (1,100) | 3.72 | 4,092.00 | 1722XXXX | BARRY C HONIG |
| 19 | 04/11/13 | 81417 | MGTI | Sale | (1,200) | 3.72 | 4,464.00 | 1722XXXX | BARRY C HONIG |
| 20 | 04/11/13 | 81417 | MGTI | Sale | (400) | 3.72 | 1,488.00 | 1722XXXX | BARRY C HONIG |
| 21 | 04/11/13 | 81511 | MGTI | Buy | 200 | 3.77 | (754.00) | 1722XXXX | BARRY C HONIG |
| 22 | 04/11/13 | 81908 | MGTI | Sale | (1,900) | 3.74 | 7,106.00 | 1722XXXX | BARRY C HONIG |
| 23 | 04/11/13 | 81953 | MGTI | Sale | (200) | 3.80 | 760.00 | 1722XXXX | BARRY C HONIG |
| 24 | 04/11/13 | 82521 | MGTI | Sale | (500) | 3.90 | 1,950.00 | 1722XXXX | BARRY C HONIG |
| 25 | 04/11/13 | 82521 | MGTI | Sale | (85) | 3.90 | 331.50 | 1722XXXX | BARRY C HONIG |
| 26 | 04/11/13 | 82521 | MGTI | Sale | (500) | 3.90 | 1,950.00 | 1722XXXX | BARRY C HONIG |
| 27 | 04/11/13 | 82521 | MGTI | Sale | (600) | 3.90 | 2,340.00 | 1722XXXX | BARRY C HONIG |
| 28 | 04/11/13 | 82821 | MGTI | Buy | 50 | 3.70 | (185.00) | 1722XXXX | BARRY C HONIG |
| 29 | 04/11/13 | 83606 | MGTI | Sale | (400) | 3.90 | 1,560.00 | 1722XXXX | BARRY C HONIG |
| 30 | 04/11/13 | 83606 | MGTI | Sale | (100) | 3.90 | 390.00 | 1722XXXX | BARRY C HONIG |
| 31 | 04/11/13 | 92420 | MGTI | Sale | (365) | 3.70 | 1,350.50 | 1722XXXX | BARRY C HONIG |
| 32 | 04/11/13 | 92420 | MGTI | Sale | (200) | 3.66 | 732.00 | 1722XXXX | BARRY C HONIG |
| 33 | 04/11/13 | 92420 | MGTI | Sale | (14,300) | 3.65 | 52,195.00 | 1722XXXX | BARRY C HONIG |

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 34 | 04/11/13 | 92420 | MGTI | Sale | (135) | 3.71 | 500.85 | 1722XXXX | BARRY C HONIG |
| 35 | 04/11/13 | 93145 | MGTI | Sale | (1,700) | 3.75 | 6,375.00 | 1722XXXX | BARRY C HONIG |
| 36 | 04/11/13 | 93145 | MGTI | Sale | (100) | 3.75 | 375.00 | 1722XXXX | BARRY C HONIG |
| 37 | 04/11/13 | 93145 | MGTI | Sale | (1,500) | 3.75 | 5,625.00 | 1722XXXX | BARRY C HONIG |
| 38 | 04/11/13 | 93145 | MGTI | Sale | (500) | 3.75 | 1,875.00 | 1722XXXX | BARRY C HONIG |
| 39 | 04/11/13 | 93145 | MGTI | Sale | (135) | 3.75 | 506.25 | 1722XXXX | BARRY C HONIG |
| 40 | 04/11/13 | 93201 | MGTI | Sale | (2,300) | 3.70 | 8,510.00 | 1722XXXX | BARRY C HONIG |
| 41 | 04/11/13 | 93201 | MGTI | Sale | (700) | 3.70 | 2,590.00 | 1722XXXX | BARRY C HONIG |
| 42 | 04/11/13 | 93441 | MGTI | Sale | (1,050) | 3.75 | 3,937.50 | 1722XXXX | BARRY C HONIG |
| 43 | 04/11/13 | 93441 | MGTI | Sale | (1,950) | 3.75 | 7,312.50 | 1722XXXX | BARRY C HONIG |
| 44 | 04/11/13 | 94008 | MGTI | Sale | (100) | 3.92 | 392.00 | 1722XXXX | BARRY C HONIG |
| 45 | 04/11/13 | 94008 | MGTI | Sale | (2,000) | 3.91 | 7,820.00 | 1722XXXX | BARRY C HONIG |
| 46 | 04/11/13 | 94008 | MGTI | Sale | (194) | 3.91 | 758.54 | 1722XXXX | BARRY C HONIG |
| 47 | 04/11/13 | 94008 | MGTI | Sale | (706) | 3.90 | 2,753.40 | 1722XXXX | BARRY C HONIG |
| 48 | 04/11/13 | 94024 | MGTI | Sale | (100) | 3.90 | 390.00 | 1722XXXX | BARRY C HONIG |
| 49 | 04/11/13 | 94024 | MGTI | Sale | (2,000) | 3.90 | 7,800.00 | 1722XXXX | BARRY C HONIG |
| 50 | 04/11/13 | 94024 | MGTI | Sale | (294) | 3.90 | 1,146.60 | 1722XXXX | BARRY C HONIG |
| 51 | 04/11/13 | 94024 | MGTI | Sale | (100) | 3.81 | 381.00 | 1722XXXX | BARRY C HONIG |
| 52 | 04/11/13 | 94024 | MGTI | Sale | (101) | 3.81 | 384.81 | 1722XXXX | BARRY C HONIG |
| 53 | 04/11/13 | 94024 | MGTI | Sale | (305) | 3.93 | 1,198.65 | 1722XXXX | BARRY C HONIG |
| 54 | 04/11/13 | 94024 | MGTI | Sale | (100) | 3.91 | 391.00 | 1722XXXX | BARRY C HONIG |
| 55 | 04/11/13 | 94034 | MGTI | Sale | (1,000) | 3.81 | 3,810.00 | 1722XXXX | BARRY C HONIG |
| 56 | 04/11/13 | 94034 | MGTI | Sale | (1,700) | 3.81 | 6,477.00 | 1722XXXX | BARRY C HONIG |
| 57 | 04/11/13 | 94034 | MGTI | Sale | (100) | 3.84 | 384.00 | 1722XXXX | BARRY C HONIG |
| 58 | 04/11/13 | 94034 | MGTI | Sale | (100) | 3.82 | 382.00 | 1722XXXX | BARRY C HONIG |
| 59 | 04/11/13 | 94034 | MGTI | Sale | (100) | 3.91 | 391.00 | 1722XXXX | BARRY C HONIG |
| 60 | 04/11/13 | 101141 | MGTI | Sale | (100) | 3.85 | 385.00 | 1722XXXX | BARRY C HONIG |
| 61 | 04/11/13 | 101141 | MGTI | Sale | (100) | 3.86 | 386.00 | 1722XXXX | BARRY C HONIG |
| 62 | 04/11/13 | 101141 | MGTI | Sale | (300) | 3.85 | 1,155.00 | 1722XXXX | BARRY C HONIG |
| 63 | 04/11/13 | 135102 | MGT | Sale | (25,013) | 3.87 | 96,800.31 | BMABHXXX | Barry Honig |
| 64 | 04/11/13 | 162353 | MGT | Sell Cancel | 57,515 | 3.85 | (221,662.81) | 144-2258XXXX-C | BARRY HONIG |
| 65 | 04/11/13 | 162353 | MGT | Sale | (57,515) | 3.85 | 221,662.81 | 144-2258XXXX-C | BARRY HONIG |
| 66 | 04/11/13 | 162353 | MGT | Sale | (57,515) | 3.85 | 221,662.81 | 144-2258XXXX-C | BARRY HONIG |

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | A        | B      | C    | D           | E        | F    | G           | H              | I             |
|----|----------|--------|------|-------------|----------|------|-------------|----------------|---------------|
| 67 | 04/12/13 | 93919  | MGTI | Sale        | (54)     | 4.02 | 217.08      | 1722XXXX       | BARRY C HONIG |
| 68 | 04/12/13 | 115113 | MGT  | Sale        | (75,099) | 3.87 | 290,633.13  | BMABHXXX       | Barry Honig   |
| 69 | 04/12/13 | 163655 | MGT  | Sale        | (29,489) | 3.98 | 117,248.26  | 144-2258XXXX-C | BARRY HONIG   |
| 70 | 04/12/13 | 163655 | MGT  | Sale        | (29,489) | 3.98 | 117,248.26  | 144-2258XXXX-C | BARRY HONIG   |
| 71 | 04/12/13 | 163655 | MGT  | Sell Cancel | 29,489   | 3.98 | (117,248.26)| 144-2258XXXX-C | BARRY HONIG   |
| 72 | 04/16/13 | 170533 | MGT  | Sale        | (6,700)  | 4.43 | 29,658.89   | 144-2258XXXX-C | BARRY HONIG   |
| 73 | 04/16/13 | 170533 | MGT  | Sell Cancel | 6,700    | 4.43 | (29,658.89) | 144-2258XXXX-C | BARRY HONIG   |

April 11-16, 2013 Trading in MGTI by Barry Honig and Entities

|  | J | N | O | P | Q |
|---|---|---|---|---|---|
| 1 | **Name And Address Line 2** | **Name And Address Line 6** | **TIN 1** | **Employer Name** | **State Code** |
| 2 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 3 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 4 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 5 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 6 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 7 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 8 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 9 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 10 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 11 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 12 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 13 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 14 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 15 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 16 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 17 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 18 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 19 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 20 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 21 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 22 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 23 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 24 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 25 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 26 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 27 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 28 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 29 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 30 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 31 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 32 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |
| 33 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 |  | FL |

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | J | N | O | P | Q |
|----|---|---|---|---|---|
| 34 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 35 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 36 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 37 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 38 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 39 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 40 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 41 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 42 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 43 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 44 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 45 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 46 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 47 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 48 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 49 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 50 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 51 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 52 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 53 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 54 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 55 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 56 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 57 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 58 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 59 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 60 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 61 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 62 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 63 | 555 South Federal Highway \| Suite 450 \| | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 64 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |
| 65 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |
| 66 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | J | N | O | P | Q |
|----|---|---|---|---|---|
| 67 | 555 SOUTH FEDERAL HIGHWAY SUITE 450 | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 68 | 555 South Federal Highway \| Suite 450 \| | BOCA RATON FL 33432 | XXX-XX-6789 | | FL |
| 69 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |
| 70 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |
| 71 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |
| 72 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |
| 73 | 555 SOUTH FEDERAL HIGHWAY | BOCA RATON,FL 33432-5505 | XXX-XX-6789 | GRQ CONSULTANT INC | FL |

April 11-16, 2013 Trading in MGTI by Barry Honig and Entities

|    | R | S |
|---|---|---|
| 1 | Zip Code | Submitting Broker Name |
| 2 | 33432 | TRADESTATION SECURITIES, INC. |
| 3 | 33432 | TRADESTATION SECURITIES, INC. |
| 4 | 33432 | TRADESTATION SECURITIES, INC. |
| 5 | 33432 | TRADESTATION SECURITIES, INC. |
| 6 | 33432 | TRADESTATION SECURITIES, INC. |
| 7 | 33432 | TRADESTATION SECURITIES, INC. |
| 8 | 33432 | TRADESTATION SECURITIES, INC. |
| 9 | 33432 | TRADESTATION SECURITIES, INC. |
| 10 | 33432 | TRADESTATION SECURITIES, INC. |
| 11 | 33432 | TRADESTATION SECURITIES, INC. |
| 12 | 33432 | TRADESTATION SECURITIES, INC. |
| 13 | 33432 | TRADESTATION SECURITIES, INC. |
| 14 | 33432 | TRADESTATION SECURITIES, INC. |
| 15 | 33432 | TRADESTATION SECURITIES, INC. |
| 16 | 33432 | TRADESTATION SECURITIES, INC. |
| 17 | 33432 | TRADESTATION SECURITIES, INC. |
| 18 | 33432 | TRADESTATION SECURITIES, INC. |
| 19 | 33432 | TRADESTATION SECURITIES, INC. |
| 20 | 33432 | TRADESTATION SECURITIES, INC. |
| 21 | 33432 | TRADESTATION SECURITIES, INC. |
| 22 | 33432 | TRADESTATION SECURITIES, INC. |
| 23 | 33432 | TRADESTATION SECURITIES, INC. |
| 24 | 33432 | TRADESTATION SECURITIES, INC. |
| 25 | 33432 | TRADESTATION SECURITIES, INC. |
| 26 | 33432 | TRADESTATION SECURITIES, INC. |
| 27 | 33432 | TRADESTATION SECURITIES, INC. |
| 28 | 33432 | TRADESTATION SECURITIES, INC. |
| 29 | 33432 | TRADESTATION SECURITIES, INC. |
| 30 | 33432 | TRADESTATION SECURITIES, INC. |
| 31 | 33432 | TRADESTATION SECURITIES, INC. |
| 32 | 33432 | TRADESTATION SECURITIES, INC. |
| 33 | 33432 | TRADESTATION SECURITIES, INC. |

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | R          | S                            |
|----|------------|------------------------------|
| 34 | 33432      | TRADESTATION SECURITIES, INC.|
| 35 | 33432      | TRADESTATION SECURITIES, INC.|
| 36 | 33432      | TRADESTATION SECURITIES, INC.|
| 37 | 33432      | TRADESTATION SECURITIES, INC.|
| 38 | 33432      | TRADESTATION SECURITIES, INC.|
| 39 | 33432      | TRADESTATION SECURITIES, INC.|
| 40 | 33432      | TRADESTATION SECURITIES, INC.|
| 41 | 33432      | TRADESTATION SECURITIES, INC.|
| 42 | 33432      | TRADESTATION SECURITIES, INC.|
| 43 | 33432      | TRADESTATION SECURITIES, INC.|
| 44 | 33432      | TRADESTATION SECURITIES, INC.|
| 45 | 33432      | TRADESTATION SECURITIES, INC.|
| 46 | 33432      | TRADESTATION SECURITIES, INC.|
| 47 | 33432      | TRADESTATION SECURITIES, INC.|
| 48 | 33432      | TRADESTATION SECURITIES, INC.|
| 49 | 33432      | TRADESTATION SECURITIES, INC.|
| 50 | 33432      | TRADESTATION SECURITIES, INC.|
| 51 | 33432      | TRADESTATION SECURITIES, INC.|
| 52 | 33432      | TRADESTATION SECURITIES, INC.|
| 53 | 33432      | TRADESTATION SECURITIES, INC.|
| 54 | 33432      | TRADESTATION SECURITIES, INC.|
| 55 | 33432      | TRADESTATION SECURITIES, INC.|
| 56 | 33432      | TRADESTATION SECURITIES, INC.|
| 57 | 33432      | TRADESTATION SECURITIES, INC.|
| 58 | 33432      | TRADESTATION SECURITIES, INC.|
| 59 | 33432      | TRADESTATION SECURITIES, INC.|
| 60 | 33432      | TRADESTATION SECURITIES, INC.|
| 61 | 33432      | TRADESTATION SECURITIES, INC.|
| 62 | 33432      | TRADESTATION SECURITIES, INC.|
| 63 | 33432 Unit | LEK SECURITIES CORPORATION   |
| 64 | 33432-5505 | COR CLEARING, LLC            |
| 65 | 33432-5505 | COR CLEARING, LLC            |
| 66 | 33432-5505 | COR CLEARING, LLC            |

**April 11-16, 2013 Trading in MGTI by Barry Honig and Entities**

|    | R          | S                          |
|----|------------|----------------------------|
| 67 |      33432 | TRADESTATION SECURITIES, INC. |
| 68 | 33432 Unit | LEK SECURITIES CORPORATION |
| 69 | 33432-5505 | COR CLEARING, LLC          |
| 70 | 33432-5505 | COR CLEARING, LLC          |
| 71 | 33432-5505 | COR CLEARING, LLC          |
| 72 | 33432-5505 | COR CLEARING, LLC          |
| 73 | 33432-5505 | COR CLEARING, LLC          |

April 11-16, 2013 Trading in MGTI by HSCI

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Trade Date** | **Order Exec** | **Ticker Sym** | **Buy/Sell Code** | **SEC Calc Quantit** | **Price** | **SEC Calc Gross** | **Account Number** |
| 2 | 04/12/13 | 164154 | MGT | Sale | (73,314) | 3.91 | 286,511.11 | 144-3039XXXX-C |
| 3 | 04/15/13 | 153237 | MGT | Sale | (16,684) | 4.01 | 66,919.52 | 144-3039XXXX-C |

April 11-16, 2013 Trading in MGTI by HSCI

|   | I | J | K | O |
|---|---|---|---|---|
| 1 | **Name And Address Line 1** | **Name And Address Line 2** | **Name And Address Line 3** | **TIN 1** |
| 2 | HS CONTRARIAN INVESTMENTS LLC | C/O JOHN STETSON | FT LAUDERDALE,FL 33301-1415 | XXX-XX-9967 |
| 3 | HS CONTRARIAN INVESTMENTS LLC | C/O JOHN STETSON | FT LAUDERDALE,FL 33301-1415 | XXX-XX-9967 |

April 11-16, 2013 Trading in MGTI by HSCI

|   | P | Q | R | S |
|---|---|---|---|---|
| 1 | **Employer Name** | **State Code** | **Zip Code** | **Submitting Broker Name** |
| 2 | SETSON CAPITAL INVESTMENTS INC | FL | 33301-141 | COR CLEARING, LLC |
| 3 | SETSON CAPITAL INVESTMENTS INC | FL | 33301-141 | COR CLEARING, LLC |

**April 11-16, 2013 Trading in MGTI by Melechdavid**

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Trade Date | Order Exec | Ticker Sym | Buy/Sell Code | SEC Calc Quantit | Price | SEC Calc Gross | Account Number | Name And Address Lin |
| 634 | 04/12/13 | 125238 | MGT | Sale | (9,600) | 3.80 | 36,480.18 | 2GJ2xxxx | MELECHDAVID INC. |
| 635 | 04/12/13 | 125301 | MGT | Sale | (304) | 3.80 | 1,155.23 | 2GJ2xxxx | MELECHDAVID INC. |
| 636 | 04/12/13 | 140536 | MGT | Sale | (8,500) | 3.83 | 32,555.88 | 2GJ2xxxx | MELECHDAVID INC. |

**April 11-16, 2013 Trading in MGTI by Melechdavid**

|     | K | O | AV | BI | BP |
|-----|---|---|----|----|----|
| 1   | **Name And Address Line 3** | **TIN 1** | **State Code** | **Zip Code** | **Submitting Broker Name** |
| 634 | MIAMI BEACH FL 33140 | 56261xxxx | FL | 33140 | RIDGE CLEARING & OUTSOURCING SOL |
| 635 | MIAMI BEACH FL 33140 | 56261xxxx | FL | 33140 | RIDGE CLEARING & OUTSOURCING SOL |
| 636 | MIAMI BEACH FL 33140 | 56261xxxx | FL | 33140 | RIDGE CLEARING & OUTSOURCING SOL |