# EXHIBIT D

| Honig Investments | Stetson | Brauser | O'Rourke | Groussman | Jonathan Honig |
|---|---|---|---|---|---|
| ACHN | | | | | Yes |
| ALQA | Yes | Yes | | Yes | Yes |
| APPY | Yes | | Yes | | |
| ASTI | | Yes | | Yes | |
| ATNM | | | Yes | | |
| BFGC | Yes | Yes | Yes | Yes | Yes |
| BIOP | Yes | Yes | Yes | | Yes |
| BKDCD | | | Yes | Yes | |
| BTCS | Yes | Yes | Yes | | Yes |
| BVSN | | Yes | Yes | | Yes |
| BZNE | Yes | Yes | Yes | Yes | Yes |
| CDRB | Yes | | | | |
| CDXC | Yes | Yes | Yes | Yes | Yes |
| CLGL | Yes | Yes | Yes | Yes | Yes |
| CNDO | | | | | Yes |
| COCP | Yes | | Yes | Yes | Yes |
| COGT | Yes | Yes | Yes | | |
| COOL | Yes | Yes | Yes | Yes | Yes |
| CSKH | | Yes | | | |
| CUR | Yes | | | | |
| DARA | Yes | Yes | Yes | | |
| DDAY | | | Yes | | |
| DGLY | | | Yes | | Yes |
| DNAI | Yes | | Yes | | Yes |
| DRAM | Yes | | Yes | Yes | Yes |
| DROP | Yes | Yes | Yes | Yes | |
| DRYS | Yes | | Yes | | Yes |
| DUMA | | Yes | | | |
| DUST | Yes | | Yes | | Yes |
| ENDP | | | Yes | | Yes |
| FNCX | | | Yes | | |
| FREE | Yes | | | | |
| FXCM | | | | | Yes |
| GNUS | Yes | | Yes | Yes | |
| HMNY | | | | | Yes |
| HOTR | | | Yes | | |
| HPLF | | Yes | | | |
| ICPT | | | Yes | | Yes |
| IDI | Yes | Yes | Yes | Yes | Yes |
| IFON | | | Yes | | |
| IZEA | Yes | Yes | Yes | Yes | Yes |
| JALA | Yes | Yes | Yes | Yes | Yes |
| JUNO | | | Yes | | |
| KCG | Yes | | Yes | | |
| LLTP | | Yes | | | |
| MARA | Yes | Yes | Yes | Yes | Yes |
| MBVX | Yes | Yes | Yes | Yes | Yes |
| MCTC | | Yes | | | |
| MDVX | Yes | | Yes | Yes | Yes |
| MDXG | | | Yes | | Yes |

| Honig Investments | Stetson | Brauser | O'Rourke | Groussman | Jonathan Honig |
|---|---|---|---|---|---|
| MEDL | | Yes | | | |
| MGT | Yes | Yes | Yes | Yes | Yes |
| MGTI | Yes | | Yes | | |
| MNKD | | | | | Yes |
| MSLP | Yes | Yes | Yes | Yes | Yes |
| MSRT | Yes | | Yes | | Yes |
| MVPI | Yes | Yes | Yes | Yes | |
| MWW | Yes | | | | |
| NEWA | Yes | | Yes | | |
| NHPI | | | | | Yes |
| NPHC | Yes | | | | |
| OPK | Yes | Yes | Yes | | Yes |
| OPMG | | Yes | | Yes | |
| OSTK | Yes | | Yes | | Yes |
| PCRX | | Yes | | | |
| PGLC | Yes | Yes | Yes | Yes | Yes |
| PLCSF | Yes | | Yes | | |
| PTBI | | | Yes | | |
| PTLA | | | Yes | | |
| PTX | | | | | Yes |
| PULM | | Yes | Yes | Yes | Yes |
| PURE | | Yes | | | |
| PZRX | Yes | | Yes | Yes | |
| RCMH | Yes | Yes | | Yes | Yes |
| RIOT | Yes | Yes | Yes | Yes | Yes |
| RLMD | Yes | | Yes | Yes | Yes |
| SGMO | Yes | | Yes | | |
| SPEX | Yes | | Yes | Yes | Yes |
| SYY | | | | | Yes |
| TEVA | | | Yes | | Yes |
| TNGO | Yes | | | | |
| TPIV | Yes | Yes | | | |
| TRKK | Yes | Yes | Yes | | Yes |
| TRKP | | Yes | | | |
| TRPX | Yes | | Yes | | Yes |
| TRXC | Yes | | Yes | | |
| TTPH | | | Yes | | |
| TUCND | Yes | | | | |
| TWER | Yes | | Yes | Yes | Yes |
| TXMD | | | Yes | | |
| UA | Yes | | Yes | Yes | Yes |
| UEC | | Yes | Yes | | |
| UPST | Yes | Yes | | Yes | Yes |
| USEL | Yes | Yes | Yes | Yes | |
| VAPO | Yes | Yes | Yes | Yes | Yes |
| VBIV | Yes | | Yes | Yes | Yes |
| VGLD | Yes | | Yes | Yes | Yes |
| VHC | Yes | | Yes | | |
| VPCO | Yes | Yes | Yes | Yes | Yes |
| VRNG | | Yes | Yes | | |

| Honig Investments | Stetson | Brauser | O'Rourke | Groussman | Jonathan Honig |
|---|---|---|---|---|---|
| VRX | Yes | | Yes | | Yes |
| VTEQ | Yes | | Yes | | |
| VTUS | Yes | | | | |
| WPCS | Yes | | Yes | | |
| WSTI | Yes | | Yes | | |
| WWE | | | | | Yes |
| XXII | Yes | | Yes | | |
| YESD | Yes | Yes | | | |
| YPPN | Yes | | Yes | Yes | Yes |
| ZYNE | | | Yes | | Yes |