# EXHIBIT B

BEGIN FORM - Terms and Conditions Effective Fri Feb 03 09:29:12 CST 2017

 **Ameritrade**

### ForInternal Use Only

| | |
|---|---|
| Account Number: | H48 |
| Type: | Individual |
| Registration: | Cash |
| Date Promoted: | 01/14/2013 13:44:01 |
| Principal Approving: | JUDY RICKETTS |
| Branch ID: | NYC 92409 |
| Input Method: | Prefill |
| Promoted By: | AUTOPROMOTE |

### Mailing Address

Mailing Address:

Overnight Address:

Fax:

### New Account Information

| | |
|---|---|
| Type: | Individual |
| Registration: | Cash |
| Receive Corp. Communications: | Y |
| Email Address: | RLADD@LADDCAPVALUE.COM |
| Account Statement: | Email |
| Trade Confirmation: | Email |
| Sweep Vehicle: | MMDA, MMDA (FDIC) Product |

### Account Owner

| | |
|---|---|
| Name: | ROBERT B LADD |
| Street Address: | |
| Marital Status: | Married |
| Home Phone: | |
| Home Phone Foreign: | no |
| Social Security Number: | |

http://prdcllvnawapp01.clientsys.local:8080/naw/reprintAppicalion?accouitNumber=865034748&snapsholId=20160211&selectedScreen=reprint     1/4

C-TDA- -000'0239

| | |
|---|---|
| Date of Birth: | 07/01/1958 |
| Mother's Maiden Name: | GOFFIN |
| Citizenship: | US Citizen |
| Citizenship Country: | USA |
| Visa: | NONE |
| Senior Foreign Political Figure: | N |
| Employment Status: | Employed |
| Occupation: | PRESIDENT |
| Employer: | MGT CAPITAL MANAGEMENT |
| Employer Address: | 500 MAMARONECK AVENUE HARRISON, NY 10528 USA |
| Corporate Affiliation: | YES |
| Company: | MGT |
| Address: | 500 MAMARONECK AVENUE HARRISON NY 10528 |
| NASO Affiliation: | NO |

## Financial Questionnaire

| | |
|---|---|
| Income: | $250,000+ |
| Networth: | $2,000,000+ |
| Liquid Networth: | $1,000,000 - 1,999,999 |
| Number of Dependents: | 1 |

## Investment Experience

## Option Agreement

## Account Suitability

## ACH Information

| | |
|---|---|
| Deposit Amount: | 2000 |
| Bank Account Name: | Robert Ladd |
| Bank Name: | Bank of America |
| Bank City: | Mount Kisco |
| Bank State: | NY |
| ABA Routing Number: | 021000322 |
| Bank Account Number: | :)9748 |
| Bank Account Type: | C |

EFT Transaction Date:    01/14/2013 14:02:00

### CASH AGREEMENT

I have received and read the Client Agreement. which is incorporated by this reference, that will govern my account.

I agree to be bound by this Client Agreement, as amended from time to time, and request an account to be opened in the name(s) set forth below. **The Client Agreement applicable to his brokerage account agreement contains predispute arbitration clauses. By signing his agreement, the parties agree to be bound by the tenns of the agreement, including he arbitration agreement located in Section 12 of the Client Agreement, on pages 7 and 8.** All securities, dividends and proceeds will be held at TD Ameritrade Clearing, Inc., unless otherwise instructed. I understand that TD Ameritrade may obtain a current consumer credit report to determine my eligibility, or continuing eligibility, for credit or for other legitimate business purposes. Any decision by TD Ameritrade to extend credit may be based on information contained in a consumer or credit report, as well as the policies of TD Ameritrade and TD Ameritrade Clearing, Inc. I understand that TD Ameritrade may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit reporting agencies. Upon my request, TD Ameritrade shall inform me of each consumer or credit reporting agency from which they have obtained and/or reported my consumer or credit report. TD Ameritrade agrees to notify the consumer or credit reporting agencies if I dispute the completeness or accuracy of the information furnished by TD Ameritrade. By my signature below, I authorize TD Ameritrade to obtain consumer or credit reports for the name(s) set forth below.

I understand that non-deposit investments purchased through TD Ameritrade are not insured by the FDIC, are not obligations of or guaranteed by any financial institution, and are subject to investment risk and loss that may exceed the principal invested.

Important Information about procedures for opening a new account:

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record infonnation that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

If this is a Joint account, all Account Owners must sign.

> **Under penalties of perjury,** I certify that: (1) the number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS

has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person, and (4) The FATCA code(s) entered on this fonn (if any) indicating that I am exempt from FATCA reporting is correct.

If I have been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding because I have failed to report all interest and dividends on my .ax return, I must cross out (2) in this certification.

The IRS does not require your consent to any provision of this document other han the certifications required to avoid backup withholding.

x _____

Date          ROBERT B LADD
              Account Number:      4748

cor Introducing Broker use only

R.R. - Gen. Prin.                                    Date

cor internal use only
New Accounts Opened By (initial & date):

Account Number:      4748

END FORM - Terms and Conditions Effective Fri Feb 03 09:29:12 CST 2017