# EXHIBIT C

EXHIBIT 34
Witness: Ladd
Date: 10-15-2020
Stenographer: Victoria L. Valine, CSR No. 3036

**To:** tdameritrade.com+Kana_Secure@mailarchivespool1.globalrelay.com[tdameritrade.com+Kana_Secure@mailarchivespool1.globalrelay.com]
**From:** archive@cns.tdameritrade.com
**Sent:** Mon 5/9/2016 12:02:27 PM
**Importance:** Normal
**Subject:** sale restriction

Form Message

FULL_NAME: Robert Ladd
ACCOUNT_TITLE: SEYMOUR LADD SHIRLEY LADD JT TEN
USERID: laddcap1
ACCOUNT_NUMBER:       9470
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/50.0.2661.94 Safari/537.36
ENVIRONMENT: invest.ameritrade.com

------------------------------------------------

The account holding of MGT is coded for no sales without approval because of Affiliate status. What documentation do you require to allow sale? The actual account owner is not subject to Section 16 reporting, nor Form 144 reporting. I am the Affiliate and have power of attorney on this account, but no ownership interest.

please advise.

PLAINTIFF'S EXHIBIT
Ladd 34

SEC-TDA-E-0000355