# EXHIBIT D

EXHIBIT 35
Witness: Ladd
Date: 10-15-2020
Stenographer: Victoria L. Valine, CSR No. 3036

**To:** tdameritrade.com+Kana_Secure@mailarchivespool1.globalrelay.com[tdameritrade.com+Kana_Secure@mailarchivespool1.globalrelay.com]
**From:** archive@cns.tdameritrade.com
**Sent:** Mon 5/9/2016 5:10:40 PM
**Importance:** Normal
**Subject:** sale restriction
SEC FORM 144.pdf
TDA - RULE 144 AFFILIATE - 4147 0215.pdf

Dear Robert Ladd,

Thank you for contacting TD Ameritrade. The account is restricted due to you having full trading authorization. To be able to to trade the shares, you would need to fill out the Rule 144 Affiliate paperwork. I have attached the forms to this email.

Original paperwork is required. The completed forms can be mailed or sent via overnight delivery to:

TD Ameritrade, Inc.
Attn: Securities Cage
200 S. 108th Ave.
Omaha, NE 68154

If you have any questions, please reply to this email or call a Restricted Stock Specialist at 888-723-8504, option 7. We are available Monday through Friday from 9 a.m. to 5:30 p.m. ET, excluding market holidays.

Sincerely,

Jeremy Engelhart
Restricted Stock & Safekeeping Department
TD Ameritrade, Inc.


(KMM89854542V24912L0KM)

PLAINTIFF'S EXHIBIT
Ladd 35

SEC-TDA-E-0000117



PO Box 2226 ■ Omaha, NE 68103-2226

# Restricted-Stock Handling Guidelines, Rule 144 – Affiliate

Please do not fax this form; an original is required.

Please keep in mind that there are many different exemptions from registration available. The information below outlines the most common exemption of SEC Rule 144. Questions? Call a Safekeeping representative at 888-723-8504, Option 7.

**General Guidelines:**

- If the Issuing Company is a fully Reporting Company under the Securities Exchange Act of 1934, and has been for the previous 90 days, you must hold your restricted certificate for six months from the time that it is fully paid.
- If the Issuing Company is not a fully Reporting Company under the Securities Exchange Act of 1934, or if the Issuing Company does not have adequate public information available, you must hold your restricted certificate for 12 months from the time that it is fully paid.
- You are required to deposit restricted stock into an account with margin privileges. Please complete a Margin/Options Upgrade Form if you do not currently hold a margin account.
- You must have at least $2,000 in equity in your account, in addition to your restricted stock.
- For listed and NASDAQ securities, you may only sell a limited number of shares during the preceding 90 days. Whichever following calculation results in a higher amount will be the formula used:
    - 1% of the outstanding shares as shown by the most recent report or statement published by the Issuer.
    - The average weekly volume based on the preceding four calendar weeks.[1]
- For a Pink Sheet or Bulletin Board security, you may only sell a limited number of shares during the preceding 90 days. This is calculated as 1% of the outstanding shares as shown by the most recent report or statement published by the Issuer, less any reported sales of the security disclosed on SEC Form 144.
- TD Ameritrade must receive your stock certificate, 144 Affiliate Client Pledge, and completed SEC Form 144 before we can begin processing to open a selling window on your behalf.
- Total processing time normally ranges from four to six weeks.
- TD Ameritrade will file SEC Form 144 on your behalf.
- Sell transactions of restricted securities must be placed by one of our licensed brokers who specialize in restricted stock. A licensed restricted-stock broker may be reached Monday through Friday, 8 a.m.–4:30 p.m. CT at 888-723-8504, Option 7.
- If you are selling less than 5,000 shares or $50,000 in market value of the securities, no SEC Form 144 is required.
- If filing an SEC Form 144, you will have approximately 90 days from the date stated on the SEC Form 144 to liquidate your shares. By settlement of the first trade placed, the certificate will be subject to delivery of any shares sold, which can include a breakdown of your certificate. New sales of the restricted security may be prohibited during the process of clearing, breaking down, and delivering of shares. Additional restricted-security processing fees may be assessed at this time. If you wish to extend your trading time frame for an additional 90 days, a new SEC Form 144 and a Stock Power is required prior to the expiration of the initial 90-day window.
- Proceeds from sale transactions are not available for withdrawal or trading purposes until processing has been completed, funds are cleared, and shares are delivered.
- 130% of the value of any sales of restricted securities will be withheld until this process is complete.
- Your account may be subject to repurchase of shares at any stage of this process, until the shares have been successfully delivered to the buying party.

**Fees:**

- For Affiliate restricted-stock processing, TD Ameritrade charges a $250 processing fee.
- Depending on your restricted-stock position, it is possible that our $250 fee may be charged more than once during processing.
- When placing orders to sell the security, you will be charged the normal broker-assisted commission of $44.99 per trade.
- FINRA trade extension fees of $25 per executed order may apply if only a portion of your restricted shares are sold. These charges can occur every 10 business days until the shares are cleared and delivered to the buying party.
- Fees charged to TD Ameritrade may also be assessed to your account. These could be charged by the Transfer Agent of the Issuing Company, or by the attorney who has issued your legal opinion.

**Step-by-Step Process:**

1. Submit originals of your:
    a. Stock certificate, properly endorsed
    b. Restricted-Stock Questionnaire
    c. Affiliate 144 packet, including SEC Form 144 (if required)
2. We will review the documentation provided to verify if you are currently eligible for an exemption from registration under Rule 144 and will contact you via email if we require any additional documentation.
3. We will issue a "Rule 144 Broker Pledge" document when provided with the appropriate documents from Step 1 above.
4. We will send a copy of the restricted certificate, 144 Client Pledge, 144 Broker Pledge, SEC Form 144 (if required), and any other pertinent documentation to the Issuing Company's Corporate Counsel, requesting that they issue a Legal Opinion.
5. Once we have received the Legal Opinion from the Corporate Counsel of the Issuer, we will send the original certificate, Rule 144 Client Pledge, 144 Broker Pledge, Legal Opinion, and any other pertinent documentation to the Issuing Company's Transfer Agent, with a request that they issue a free trading certificate pursuant to Rule 144.
6. Once we receive the certificate back from the Transfer Agent, you will be able to access the proceeds from sales of the security. If additional, unsold shares remain, you may resume selling your shares with a restricted stock broker after completing a new Rule 144 Client Pledge and Irrevocable Stock or Bond Power. If required to use SEC Form 144, keep in mind that the SEC Form 144 is only good for 90 days, so by the time we reach this step, you may only have one to two months left to sell.
7. If required to use SEC Form 144, you may extend your time frame by an additional 90 days by providing an updated SEC Form 144, indicating a new approximate date of sale. When completing a new SEC Form 144, you must disclose all sales on the indicated security within the past 90 days, along with any other changes in the SEC Form 144 information.

---

1. Volume calculated as the average weekly volume of trading in such securities on all national securities exchanges and/or reported through the automated quotation system of a registered securities association during the four calendar weeks preceding the SEC Form 144 filing.





# Rule 144 Client Pledge, Affiliate

Please do not fax this form; an original is required.

PO Box 2226 ■ Omaha, NE  68103-2226

---

Account Number:

---

The undersigned hereby affirms the following: **(Please check all that apply.)**

In connection with my order placed with TD Ameritrade to sell for my account:

| Number of Shares: | Shares of the:<br>☐ Common   ☐ Preferred   ☐ Other, please specify: _____ |
|---|---|

Full Name of Security:

---

In the manner permitted by Rule 144 of the Securities Act of 1933, I hereby affirm that: *(Must Select One)*

1a. ☐ I am selling no more than 5,000 shares and $50,000 in market value, taking into consideration any sales that may have been made outside of TD Ameritrade within the prior 90 days of dating this form, and therefore no Form 144 filing is required. I understand that if the market value increases above $50,000 while I am selling, I will be required to complete Form 144 and deliver it to TD Ameritrade promptly.

1b. ☐ I am selling more than 5,000 shares or $50,000 in market value, and therefore **have provided TD Ameritrade with a complete SEC 144 Form to be filed on my behalf**. The 144 Form states that I do not have any materially adverse information about the issuer or the stock that was not publicly disclosed. If, prior to the execution of this order, I obtain any such information, I will notify TD Ameritrade immediately, so that any open orders may be terminated until after the information has been publicly disclosed. Except as indicated on SEC Form 144, no sales of such security have been made in the last three months by the persons enumerated in Paragraph 5.

2. I have held the securities for at least ☐ 6 months, fully paid ☐ 12 months, fully paid. *(Must Select One)*

3. ☐ The Issuing Company is a fully reporting company under the Securities Exchange Act of 1934, as amended, and has been current in all required filings for the previous 90 days. I agree to notify TD Ameritrade if the Issuing Company becomes delinquent in filings.

4. ☐ I am an Affiliate of the Issuing Company, as such term is defined under Rule 144(a)(1) and (2).

5. ☐ I have not made, and will not make, any payment in connection with the sale of the above securities to any person other than TD Ameritrade, Inc., who will receive no more than the usual and customary broker's commission for executing this transaction.

6. ☐ I have not solicited or arranged for the solicitation of orders to buy in anticipation of or in connection with this transaction. I will place no orders to purchase this security with TD Ameritrade, or any other broker, pending execution or cancellation of this transaction; and further affirm that I am not coordinating with any other party to place trades on this security, including:

   a. any person related to me, or by any person, firm, corporation, trust, or estate acting in my behalf, jointly or in concert with me, or over which I have control;

   b. any pledgor, donor, or trust from which I may have acquired shares of such security; or

   c. any pledge, donee, or trust from which I may have acquired shares of such security.

7. ☐ I am not aware of any facts or circumstances indicating that I am or might be deemed an underwriter within the meaning of the Securities Act of 1933 with respect to such securities. I am not individually, or together with others, engaged in making a distribution of these securities.

8. ☐ I confirm that the Issuing company is not, and has not been at any time in the preceding 12 months, a shell or blank-check company as defined in Rule 144(i)(1).

I further understand that you will not pay me the proceeds of any sales made pursuant to this order, nor will I receive credit on such proceeds, until the certificates have been transferred to the purchasers, or to you for delivery to the purchaser, and you have been fully paid by the buying brokers.

I also understand that if for any reason the shares being sold cannot be delivered in good order, you will be required to purchase shares in the open market to cover my sale.

I am familiar with Rule 144 of the Securities Act of 1933, and with the Securities Exchange Act of 1934, and agree that you may rely upon the above statements in executing the order that I have given you. Additionally, the Issuing Company may rely on these statements when considering providing approval for these transactions.

I hereby certify that every statement I have made above is true, understanding that you will rely on said information.

---

Printed name exactly as on certificate:

| ✗ Signature exactly as on certificate: | Date: |
|---|---|

Printed name exactly as on certificate:

| ✗ Signature exactly as on certificate: | Date: |
|---|---|



SEC-TDA-E-0000120



# Restricted-Stock Questionnaire
# Rule 144, Affiliate

PO Box 2226 ■ Omaha, NE 68103-2226

Please note that your stock certificate indicates that it is a "restricted" security. Please answer the following questionnaire to help us determine how to process your security in accordance to SEC regulations. Your assistance will help us to efficiently process your securities.

**Account Number:**

**Name/Registration on Certificate:**

**Daytime Phone:** ___ ___ ___-___ ___ ___-___ ___ ___ ___

**Fax Number:** ___ ___ ___-___ ___ ___-___ ___ ___ ___

**Issuing Company Name:**

**Symbol:**

**Are you a current employee of the above-listed company?** ☐ Yes ☐ No

**If yes, are you subject to company blackouts in regard to trading this stock?** ☐ Yes ☐ No

**Are you considered an affiliate of the issuer?** ☐ Yes ☐ No

**How did you acquire the share?**
☐ Private Placement  ☐ Stock Options Exercise  ☐ Merger or Acquisition  ☐ Gift  ☐ Other: _____

**When did you acquire the securities?** *(MM-DD-YYYY)* ___ ___-___ ___-___ ___ ___ ___

**When were the securities fully paid?** *(MM-DD-YYYY)* ___ ___-___ ___-___ ___ ___ ___

**Original Purchase or Acquisition Price:**

In order to most efficiently process your request, please provide the following contact information regarding the Issuing Company and their Corporate Counsel.

**Issuing Company Contact Name:**

**Title:**

**Phone Number:** ___ ___ ___-___ ___ ___-___ ___ ___ ___

**Issuing Company Corporate Counsel Name:**

**Phone Number:** ___ ___ ___-___ ___ ___-___ ___ ___ ___

**Fax Number:** ___ ___ ___-___ ___ ___-___ ___ ___ ___

**Comments/Other Pertinent Information:**
_____
_____
_____
_____

**I understand that this form is only a questionnaire, and other documents may be required before processing occurs.**

**I certify that every statement made above is true to the best of my knowledge.**

**✗ Signature:**

**Date:** ___ ___-___ ___-___ ___ ___ ___

*Original signature required; electronic signatures and/or signature fonts are not authorized.*

Investment Products: Not FDIC Insured * No Bank Guarantee * May Lose Value

TD Ameritrade, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2015 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.

SEC-TDA-E-0000121

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0101 |
| Expires: | May 31, 2017 |
| Estimated average burden hours per response ........... 1.00 | |

**FORM 144
NOTICE OF PROPOSED SALE OF SECURITIES
PURSUANT TO RULE 144 UNDER THE SECURITIES ACT OF 1933**

| SEC USE ONLY |
|---|
| DOCUMENT SEQUENCE NO. |
| CUSIP NUMBER |
| WORK LOCATION |

**ATTENTION:** *Transmit for filing 3 copies of this form concurrently with either placing an order with a broker to execute sale or executing a sale directly with a market maker.*

| 1 (a) NAME OF ISSUER *(Please type or print)* | | | (b) IRS IDENT. NO. | (c) S.E.C. FILE NO. |
|---|---|---|---|---|

| 1 (d) ADDRESS OF ISSUER | STREET | CITY | STATE | ZIP CODE | (e) TELEPHONE NO. | |
|---|---|---|---|---|---|---|
| | | | | | AREA CODE | NUMBER |

| 2 (a) NAME OF PERSON FOR WHOSE ACCOUNT THE SECURITIES ARE TO BE SOLD | (b) | RELATIONSHIP TO ISSUER | (c) ADDRESS STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|

*INSTRUCTION: The person filing this notice should contact the issuer to obtain the I.R.S. Identification Number and the S.E.C. File Number.*

| 3 (a) Title of the Class of Securities To Be Sold | (b) Name and Address of Each Broker Through Whom the Securities are to be Offered or Each Market Maker who is Acquiring the Securities | SEC USE ONLY Broker-Dealer File Number | (c) Number of Shares or Other Units To Be Sold *(See instr. 3(c))* | (d) Aggregate Market Value *(See instr. 3(d))* | (e) Number of Shares or Other Units Outstanding *(See instr. 3(e))* | (f) Approximate Date of Sale *(See instr. 3(f))* (MO. DAY YR.) | (g) Name of Each Securities Exchange *(See instr. 3(g))* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**INSTRUCTIONS:**

1. (a) Name of issuer
   (b) Issuer's I.R.S. Identification Number
   (c) Issuer's S.E.C. file number, if any
   (d) Issuer's address, including zip code
   (e) Issuer's telephone number, including area code

2. (a) Name of person for whose account the securities are to be sold
   (b) Such person's relationship to the issuer (e.g., officer, director, 10% stockholder, or member of immediate family of any of the foregoing)
   (c) Such person's address, including zip code

3. (a) Title of the class of securities to be sold
   (b) Name and address of each broker through whom the securities are intended to be sold
   (c) Number of shares or other units to be sold (if debt securities, give the aggregate face amount)
   (d) Aggregate market value of the securities to be sold as of a specified date within 10 days prior to the filing of this notice
   (e) Number of shares or other units of the class outstanding, or if debt securities the face amount thereof outstanding, as shown by the most recent report or statement published by the issuer
   (f) Approximate date on which the securities are to be sold
   (g) Name of each securities exchange, if any, on which the securities are intended to be sold

**Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1147 (08-07)

SEC-TDA-E-0000122

## TABLE I — SECURITIES TO BE SOLD

*Furnish the following information with respect to the acquisition of the securities to be sold and with respect to the payment of all or any part of the purchase price or other consideration therefor:*

| Title of the Class | Date you Acquired | Nature of Acquisition Transaction | Name of Person from Whom Acquired (If gift, also give date donor acquired) | Amount of Securities Acquired | Date of Payment | Nature of Payment |
|---|---|---|---|---|---|---|
| | | | | | | |

**INSTRUCTIONS:** If the securities were purchased and full payment therefor was not made in cash at the time of purchase, explain in the table or in a note thereto the nature of the consideration given. If the consideration consisted of any note or other obligation, or if payment was made in installments describe the arrangement and state when the note or other obligation was discharged in full or the last installment paid.

## TABLE II — SECURITIES SOLD DURING THE PAST 3 MONTHS

*Furnish the following information as to all securities of the issuer sold during the past 3 months by the person for whose account the securities are to be sold.*

| Name and Address of Seller | Title of Securities Sold | Date of Sale | Amount of Securities Sold | Gross Proceeds |
|---|---|---|---|---|
| | | | | |

**REMARKS:**

**INSTRUCTIONS:**
See the definition of "person" in paragraph (a) of Rule 144. Information is to be given not only as to the person for whose account the securities are to be sold but also as to all other persons included in that definition. In addition, information shall be given as to sales by all persons whose sales are required by paragraph (e) of Rule 144 to be aggregated with sales for the account of the person filing this notice.

**ATTENTION:** *The person for whose account the securities to which this notice relates are to be sold hereby represents by signing this notice that he does not know any material adverse information in regard to the current and prospective operations of the Issuer of the securities to be sold which has not been publicly disclosed. If such person has adopted a written trading plan or given trading instructions to satisfy Rule 10b5-1 under the Exchange Act, by signing the form and indicating the date that the plan was adopted or the instruction given, that person makes such representation as of the plan adoption or instruction date.*

DATE OF NOTICE

DATE OF PLAN ADOPTION OR GIVING OF INSTRUCTION, IF RELYING ON RULE 10B5-1

(SIGNATURE)

*The notice shall be signed by the person for whose account the securities are to be sold. At least one copy of the notice shall be manually signed. Any copies not manually signed shall bear typed or printed signatures.*

**ATTENTION: Intentional misstatements or omission of facts constitute Federal Criminal Violations (See 18 U.S.C. 1001)**

SEC 1147 (02-08)