# EXHIBIT E



Online Account Application

Status: Account Opened

# This section is for E*TRADE Securities use only

**Type of account:**
Individual

**Account features:**
Cash/Margin/Option-3

**Between-investment fund:**
Cash Balance

**Investment Objective:**

**Annual Income:**
$100,000 - $199,999

**Liquid Net Worth:**
$1,000,000+

**Total Net Worth:**
$1,000,000+

**Where will the assets to fund this account primarily come from?**

**Investment Experience:**
Excellent

**How often do you trade?**
10+ trades per month

**What is the purpose and expected use of the account?**
Investment account with transfers for expenses

**Does anyone other than the account holder(s) have trading authorization over the account?**
No

**Prefix:**

**Name:**
Robert B Ladd

**Suffix:**

**Mailing Address:**

**Citizenship:**
United States

**Country of legal residence:**
United States

**Social Security:**

**Date of Birth:**

**Employer:**

**Occupation:**
Retired

**Employer a broker/dealer?**
No

**Director, or policy-making office of publicly-owned company?**
No

**10% shareholder of publicly-owned company?**
No

**User Name:** LADDCAP1

This tax information will be used for IRS reporting.

**Application ID:** 2153839251

**Account** 8290

**Source:** S117701

**Trusted Contact Person:**

**Name:**

**Phone Number:** -

**Email address:**

**Relationship:**

**PLAINTIFF'S EXHIBIT**
**Ladd 8**

Account Agreement.

I am of legal age to contract. I acknowledge that I have received, read, and agree to be bound by the terms and conditions as currently set forth in the E*TRADE Securities Customer Agreement as amended from time to time. I acknowledge that I have had the opportunity to read the Privacy Statement/Business Continuity. I ACKNOWLEDGE THAT E*TRADE SECURITIES LLC DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE OR RECOMMENDATIONS.

Under penalty of perjury, I certify that (1) My Social Security (or taxpayer ID) number shown on this form is my correct number and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return), and (3) I am a U.S. person (including a U.S. resident alien).

I understand that my name will be supplied to issuers of any securities held in my account so that I might receive any important information from them, unless I notify you in writing not to do so.

I acknowledge that securities held in my Margin account may be pledged, re-pledged, hypothecated, or rehypothecated for any amount due E*TRADE SECURITIES LLC in my account(s) or for a greater amount. I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY A PRE-DISPUTE ARBITRATION CLAUSE CONTAINED IN SECTION 7 OF THE E*TRADE SECURITIES CUSTOMER AGREEMENT.

Account Agreement: AGREED   Nov 22 2015 07:43 PM

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.