# EXHIBIT G

Message

| | |
|---|---|
| **From**: | Robert Ladd [rladd@mgtci.com] |
| **Sent**: | 11/19/2012 10:46:42 PM |
| **To**: | Cordtz, Katherine : Wealth and Investment Management [/O=BZW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CORDTZKA] |
| **CC**: | Wilson, Amanda : Wealth and Investment Management [/O=BZW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WILSOAMA]; Danowsky, Joseph : Wealth and Investment Management [/O=BZW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANOWSKJ]; Zelnick, Scott : Wealth and Investment Management [/O=BZW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ZELNICKS] |
| **Subject**: | Re: 10B5-1 Plan |
| **Attachments**: | ACA5C1D7-4406-4D44-94D7-84E3BF8EB06D[394].png; MGT volume .pdf |

Should we / can we file Form 144 to take advantage of prior 4 week volume?

I have attached a spreadsheet showing the average weekly volume for the past 4 weeks is 273,900 shares.   (source: Yahoo Finance).

Thanks
Rob



MGT Capital Investments, Inc.  (NYSE-Amex: MGT)

Robert B. Ladd  CFA

President and CEO

500 Mamaroneck Avenue – Suite 204

Harrison, NY  10528

(914) 630-7430 office

(914) 643-6855 cell

AIM:  laddcap

---

**From:** "katherine.cordtz@barclays.com" <katherine.cordtz@barclays.com>
**Date:** Friday, November 16, 2012 12:19 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Cc:** "amanda.c.wilson@barclays.com" <amanda.c.wilson@barclays.com>, "joseph.danowsky@barclays.com" <joseph.danowsky@barclays.com>, "szelnick@barclays.com" <szelnick@barclays.com>
**Subject:** 10B5-1 Plan

Rob,

Please review, complete & sign the attached 10b5-1 plan & form 144.  Feel free to call should you have any questions.

Thank you,

Katie

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000437

Katie Cordtz | Assistant Vice President | Wealth and Investment Management
Tel +1 212 526 2770 | katherine.cordtz@barclays.com
Barclays, 200 Park Ave, 4th fl, New York, NY10166
barclays.com

This message is intended for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Barclays Capital Inc., its subsidiaries or affiliates. Barclays offers wealth management products and services to its clients through Barclays Bank PLC that functions in the United States through Barclays Capital Inc., an affiliate of Barclays Bank PLC. Barclays Capital Inc. is a U.S. registered broker-dealer and is regulated by the U.S. Securities & Exchange Commission. Member SIPC. For more information, visit us at: www.barclays.com.

IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

For more information please visit http://www.giotech.co.uk
_____
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

| Date | Open | High | Low | Close | Volume | Adj Close | weekly | |
|---|---|---|---|---|---|---|---|---|
| 11/16/12 | 4.63 | 4.63 | 4.45 | 4.5 | 18400 | 4.5 | | |
| 11/15/12 | 5.05 | 5.05 | 4.46 | 4.63 | 20800 | 4.63 | | |
| 11/14/12 | 5.5 | 5.5 | 4.5 | 4.82 | 126400 | 4.82 | | |
| 11/13/12 | 5.87 | 6.15 | 5.15 | 5.5 | 58100 | 5.5 | | |
| 11/12/12 | 6.14 | 6.15 | 5.75 | 6 | 27100 | 6 | | |
| | | | | | | | 250,800 | |
| 11/9/12 | 5.83 | 6.18 | 5.83 | 6 | 15300 | 6 | | |
| 11/8/12 | 6.18 | 6.5 | 5.9 | 6.14 | 53400 | 6.14 | | |
| 11/7/12 | 6.7 | 6.75 | 6.04 | 6.74 | 75200 | 6.74 | | |
| 11/6/12 | 7 | 7 | 6.22 | 6.72 | 48600 | 6.72 | | |
| 11/5/12 | 7.45 | 7.46 | 6.12 | 6.78 | 96500 | 6.78 | | |
| | | | | | | | 289,000 | |
| 11/2/12 | 6.16 | 7.17 | 5.9 | 6.99 | 71200 | 6.99 | | |
| 11/1/12 | 5.95 | 6.49 | 5.95 | 6.26 | 36300 | 6.26 | | |
| 10/31/12 | 6.54 | 6.54 | 5.45 | 5.92 | 85800 | 5.92 | | |
| | | | | | | | 193,300 | |
| 10/26/12 | 5.7 | 6.65 | 5.46 | 6.65 | 91500 | 6.65 | | |
| 10/25/12 | 5.2 | 5.89 | 5.14 | 5.6 | 69900 | 5.6 | | |
| 10/24/12 | 4.75 | 5.3 | 4.75 | 5.1 | 23500 | 5.1 | | |
| 10/23/12 | 4.76 | 5.66 | 4.28 | 4.96 | 95500 | 4.96 | | |
| 10/22/12 | 3.02 | 5 | 3 | 4.8 | 82100 | 4.8 | | |
| | | | | | | | 362,500 | TOTAL 4 weeks |
| | | | | | | | | 1,095,600 |
| | | | | | | | | Average of 4 weeks |
| | | | | | | | | 273,900.0 |

Source: Yahoo Finance  11/19/12

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000439