# EXHIBIT H

**EXHIBIT 13**
Witness: Ladd
Date: 10-15-2020
Stenographer: Victoria L. Valine, CSR No. 3036

Message

| | |
|---|---|
| **From**: | robert ladd [rladd@laddcapvalue.com] |
| **Sent**: | 11/19/2015 3:52:59 PM |
| **To**: | Cordtz, Katherine : WIM [/O=BZW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Cordtzka] |
| **Subject**: | Re: Laddcap |
| **Attachments**: | MGT volume.pdf; ATT00001.htm; Laddcap logo.jpg; ATT00002.htm |

update…can you please re-confirm with Jay at Sichenzia that our window is open.

also..attached is the volume analysis.   average weekly volume in past 4 weeks is about 430,000;  1% of outstanding is 172,000.

thanks,
Rob



PLAINTIFF'S EXHIBIT
Ladd 13

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000972

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18-Nov-15 | 0.24 | 0.24 | 0.22 | 0.22 | 4,800 | | |
| 17-Nov-15 | 0.2 | 0.25 | 0.19 | 0.25 | 42,500 | | |
| 16-Nov-15 | 0.25 | 0.26 | 0.25 | 0.26 | 18,900 | | |
| 13-Nov-15 | 0.26 | 0.27 | 0.26 | 0.26 | 14,500 | | |
| 12-Nov-15 | 0.25 | 0.26 | 0.24 | 0.26 | 76,800 | | |
| 11-Nov-15 | 0.26 | 0.26 | 0.23 | 0.23 | 74,100 | | |
| 10-Nov-15 | 0.26 | 0.29 | 0.25 | 0.29 | 395,200 | | |
| 9-Nov-15 | 0.27 | 0.28 | 0.25 | 0.26 | 79,800 | 640,400 | |
| 6-Nov-15 | 0.28 | 0.3 | 0.28 | 0.3 | 14,400 | | |
| 5-Nov-15 | 0.27 | 0.3 | 0.27 | 0.29 | 54,300 | | |
| 4-Nov-15 | 0.29 | 0.29 | 0.27 | 0.28 | 85,000 | | |
| 3-Nov-15 | 0.31 | 0.31 | 0.25 | 0.3 | 299,500 | | |
| 2-Nov-15 | 0.32 | 0.32 | 0.31 | 0.32 | 3,700 | 456,900 | |
| 30-Oct-15 | 0.31 | 0.33 | 0.31 | 0.32 | 61,000 | | |
| 29-Oct-15 | 0.33 | 0.34 | 0.33 | 0.33 | 32,700 | | |
| 28-Oct-15 | 0.33 | 0.34 | 0.33 | 0.33 | 124,600 | | |
| 27-Oct-15 | 0.33 | 0.36 | 0.33 | 0.36 | 13,600 | | |
| 26-Oct-15 | 0.35 | 0.37 | 0.32 | 0.33 | 21,000 | 252,900 | |
| 23-Oct-15 | 0.4 | 0.4 | 0.35 | 0.35 | 32,000 | | |
| 22-Oct-15 | 0.4 | 0.4 | 0.33 | 0.37 | 71,800 | | |
| 21-Oct-15 | 0.38 | 0.38 | 0.35 | 0.38 | 117,300 | | |
| 20-Oct-15 | 0.4 | 0.4 | 0.37 | 0.38 | 126,600 | | |
| 19-Oct-15 | 0.42 | 0.42 | 0.39 | 0.39 | 82,200 | 429,900 | 445,025 aver weekly |

FOIA CONFIDENTIAL TREATMENT REQUESTED

BARC_000973