# EXHIBIT I

EXHIBIT 15
Witness: Ladd
Date: 10-15-2020
Stenographer: Victoria L. Valine, CSR No. 3036

| | |
|---|---|
| Subject | Call 12/02/2015 11:23:07 AM[9146307430] |
| Call Result | General Account Inquiry |
| Due Date | 12/2/2015 |
| Assigned To | Michael Gardiner |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | Fully authenticated by: gar397 |
| Create Date | 12/2/2015 |
| Comments | Fully authenticated by: gar397 |

| | |
|---|---|
| Subject | Call 11/27/2015 11:26:51 AM[9146436855] |
| Call Result | Client Profile |
| Due Date | 11/27/2015 |
| Assigned To | Jason Murdock |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | Partially authenticated by: mur118 |
| Create Date | 11/27/2015 |
| Comments | Partially authenticated by: mur118 |

| | |
|---|---|
| Subject | Call 11/25/2015 10:54:30 AM[9146307430] |
| Call Result | Transfers- DTC |
| Due Date | 11/25/2015 |
| Assigned To | Sherryl Gelecki |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | SWC *Robert B Ladd * Verbal Request for like title DTC out for today<br><br>Contra Firm: E*TRADE<br>DTC # 0385<br>E*TRADE Account #       -8290<br>Account Title: Robert B Ladd<br>Ticker Symbol: MGT<br>Number of Shares: 300,000 Fully authenticated by: bishsk |
| Create Date | 11/25/2015 |
| Comments | SWC *Robert B Ladd * Verbal Request for like title DTC out for today<br><br>Contra Firm: E*TRADE<br>DTC # 0385<br>E*TRADE Account #       -8290<br>Account Title: Robert B Ladd<br>Ticker Symbol: MGT<br>Number of Shares: 300,000 Fully authenticated by: bishsk |

| | |
|---|---|
| Subject | Call 11/25/2015 10:51:21 AM[9146307430] |
| Call Result | Transfers- Other |
| Due Date | 11/25/2015 |
| Assigned To | Sherryl Gelecki |

PLAINTIFF'S
EXHIBIT
Ladd 15

| | |
|---|---|
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | no answer |
| Create Date | 11/25/2015 |
| Comments | no answer |

| | |
|---|---|
| Subject | Call 11/25/2015 09:27:39 AM[9146307430] |
| Call Result | Account Management |
| Due Date | 11/25/2015 |
| Assigned To | Jack BurrJr |
| Call Duration | 434 |
| Call Type | Inbound |
| Notes Snapshot | swc - advised did not like SEC 144 form handling - escalated to ATM. |
| Create Date | 11/25/2015 |
| Comments | swc - advised did not like SEC 144 form handling - escalated to ATM. |

| | |
|---|---|
| Subject | Call 11/25/2015 09:34:41 AM[210134] |
| Call Result | Account Management |
| Due Date | 11/25/2015 |
| Assigned To | Mark Cowan |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | Spoke with client - un able to date the SEC Form 144 on his behalf. Client stated he will DWAC out the shares. He will call back with information for the request |
| Create Date | 11/25/2015 |
| Comments | Spoke with client - un able to date the SEC Form 144 on his behalf. Client stated he will DWAC out the shares. He will call back with information for the request |

| | |
|---|---|
| Subject | Call 11/24/2015 01:28:58 PM[9146307430] |
| Call Result | Account Management |
| Due Date | 11/24/2015 |
| Assigned To | Johnathan Ashworth |
| Call Duration | 139 |
| Call Type | Inbound |
| Notes Snapshot | client checking to see if we received his r144 form; we have, it is under review |
| Create Date | 11/24/2015 |
| Comments | client checking to see if we received his r144 form; we have, it is under review |

| | |
|---|---|
| Subject | Call 11/24/2015 10:45:53 AM[9146307430] |
| Call Result | General Account Inquiry |
| Due Date | 11/24/2015 |
| Assigned To | Erica Arias |
| Call Duration | 0 |

SEC-TDA-E-0000213

| | |
|---|---|
| Call Type | Inbound |
| Notes Snapshot | SWC and informed him we haven't rec'd SEC form 144 yet. Mail doesn't show up for a few hrs though. |
| Create Date | 11/24/2015 |
| Comments | SWC and informed him we haven't rec'd SEC form 144 yet. Mail doesn't show up for a few hrs though. |

| | |
|---|---|
| Subject | Call 11/23/2015 09:10:24 AM[9146307430] |
| Call Result | Positions |
| Due Date | 11/23/2015 |
| Assigned To | Wade Kumke |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | swc - answered questions about SEC Form 144 |
| Create Date | 11/23/2015 |
| Comments | swc - answered questions about SEC Form 144 |

| | |
|---|---|
| Subject | Call 11/18/2015 12:43:05 PM[9146307430] |
| Call Result | Positions |
| Due Date | 11/18/2015 |
| Assigned To | Wade Kumke |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | swc - answered questions about SEC Form 144 in order to sell control shares |
| Create Date | 11/18/2015 |
| Comments | swc - answered questions about SEC Form 144 in order to sell control shares |

| | |
|---|---|
| Subject | Call 11/04/2015 02:07:24 PM[] |
| Call Result | Spoke with Rep |
| Due Date | 11/4/2015 |
| Assigned To | Catherine Bell |
| Call Duration | 0 |
| Call Type | Inbound |
| Notes Snapshot | |
| Create Date | 11/4/2015 |
| Comments | |

SEC-TDA-E-0000214