# EXHIBIT K

Reprint Application

BEGIN FORM - Terms and Conditions Effective Fri Feb 03 09:29:31 CST 2017

 **Ameritrade**

### ForInternal Use Only

| | |
|---|---|
| Account Number: | 3470 |
| Type: | Joint Tenants with Rights of Survivorship |
| Registration: | Cash |
| Date Promoted: | 01/02/2015 13:48:42 |
| Principal Approving: | Margaret Hoops |
| Branch ID: | PVD 92427 |
| Input Method: | Express Application |
| Promoted By: | AUTOPROMOTE |

### Mailing Address

Mailing Address:

Overnight Address:

Fax: 866-468-6268

### New Account Information

| | |
|---|---|
| Type: | Joint Tenants with Rights of Survivorship |
| Registration: | Cash |
| Receive Corp. Communications: | Y |
| Account Statement: | Email |
| Trade Confirmaton: | Email |
| Sweep Vehicle: | **MMDA,** MMDA (FDIC) Product |

### Account Owner

| | |
|---|---|
| Name: | SEYMOUR LADD |
| Street Address: | |
| Social Security Number: | |
| Date of Birth: | |
| Mother's Maiden Name: | Sharpstein |
| Citizenship: | US Citizen |
| Citizenship Country: | UNITED STATES OF AMERICA |

| | |
|---|---|
| Senior Foreign Political Figure: | N |
| Employment Status: | Retired |
| Source of Income: | SOCIAL SECURITY, INVESTMENTS |
| Corporate Affiliation: | NO |
| NASO Affiliation: | NO |

## Financial Questionnaire

| | |
|---|---|
| Income: | $50,000 - 99,999 |
| Networth: | $1,000,000 - 1,999,999 |
| Liquid Networth: | $500,000 - 999,999 |
| Number of Dependents: | 0 |

## Investment Experience

## Option Agreement

## Account Suitability

## Account Co-Owner

| | |
|---|---|
| Name: | SHIRLEY LADD |
| Street Address: | |
| Marital Status: | Married |
| Spouse of Account Owner: | Yes |
| Home Phone: | |
| Home Phone Foreign: | no |
| Social Security Number: | |
| Date of Birth: | |
| Mother's Maiden Name: | Goffin |
| Citizenship: | US Citizen |
| Country of Citizenship: | UNITED STATES OF AMERICA |
| Senior Foreign Political Figure: | N |
| Employment Status: | Retired |
| Source of Income: | SOCIAL SECURITY |
| Corporate | NO |

Affiliation:
NASO Affiliation: NO

**Financial Questionaire**

Income: $50,000 - 99,999
Networth: $1,000,000 - 1,999,999
Liquid Networth: $500,000 - 999,999

**Investment Experience**

**Option Agreement**

**Account Suitability**

**ACH Information**

| CASH AGREEMENT |
|---|
| I have received and read the Client Agreement, which is incorporated by this reference, that will govern my account. |
| I agree to be bound by this Client Agreement, as amended from time to time, and request an account to be opened in the name(s) set forth below. **The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement, the parties agree to be bound by the terms of the agreement, including the arbitration agreement located in Section 12 of the Client Agreement, on pages 7 and 8.** All securities, dividends and proceeds will be held at TD Ameritrade Clearing, Inc., unless otherwise instructed. I understand that TD Ameritrade may obtain a current consumer or credit report to determine my eligibility, or continuing eligibility, for credit or for other legitimate business purposes. Any decision by TD Ameritrade to extend credit may be based on information contained in a consumer or credit report, as well as the policies of TD Ameritrade and TD Ameritrade Clearing, Inc. I understand that TD Ameritrade may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit reporting agencies. Upon my request, TD Ameritrade shall inform me of each consumer or credit reporting agency from which they have obtained and/or reported my consumer or credit report. TD Ameritrade agrees to notify the consumer or credit reporting agencies if I dispute the completeness or accuracy of the information furnished by TD Ameritrade. By my signature below, I authorize TD Ameritrade to obtain consumer or credit reports for the name(s) set forth below. |
| I understand that non-deposit investments purchased through TD Ameritrade are not insured by the FDIC, are not obligations of or guaranteed by any financial institution, and are subject to investment risk and loss that may exceed the principal invested. |
| **Important information about procedures for opening a new account:** |

To help the government fight the funding of terrorism and money laundering activities, rederal law requires all financial institutions to obtain, verify, and record information hat identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

f this is a Joint account, all Account Owners must sign.

Under penalties of perjury, I certify that: (1) the number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person, and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

If I have been notified by the Internal Revenue Service **(IRS)** that I am subject to backup withholding because I have failed to report all interest and dividends on m tax return, I must cross out (2) in this certification.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Date | X_____ |
|------|-------------------------|
|      | SEYMOUR LADD |
|      | Account Number:  3470 |
| Date | X...................................... |
|      | SHIRLEY LADD |
|      | Account Number:  3470 |

or Introducing Broker use only

_____        _____
R.R. - Gen. Prin.                           Date

cor internal use only
New Accounts Opened By (initial & date):

Account Number:     9470

END FORM - Terms and Conditions Effective Fri Feb 03 09:29:31 CST 2017