# EXHIBIT L

EXHIBIT 27
Witness: Ladd
Date: 10-15-2020
\'lclt:IMLV..,_,CSR  3036



# Ameritrade — Trading Authorization Agreement

PO Box 2760 • Omaha, NE 68103-2760
fiiX: 666-466-6266

| Account Number. | Account Name/Title: |
|---|---|
| 9470 | Seymour Ladd and Shirley Ladd, as jt tennants |

The Account Owner(s) listed below hereby authorizes and appoints the Authorized Agent(s) below as the Account Owners or Owners· agents and attorneys·in·fact for the purchase and sale of securities and other financial instruments in cash and/or on margin in the Account Owner's or Owno,c'nomo or numbor on tho TD Amomr.,do Clo:aring, Inc. (the "Cloo.ring Firm j bookc (the "Acoount"). The Authori:a:od l\gcnt(e) may oct on behalf of and without notice to the Account Owner(s) to buy, sell, sell short. and to otherwise trade stocks, bonds, mutual funds, options, and/or any other securities, financial contracts, or financial instruments. Trading Authorization does not allow your Authorized Agent to instruct U,e Brokerage Firm to make any changes to the Account Owner(s) Account, such as address of record, suitability information, or to upgrade the Account to trade on margin or to trade options. The actons of the Authorized Agent(s) have the same force and effect as those of the Account owner(s) with respect to such transacuons, and TD Ameritrade, DMsion c:J TD Ameritrade, Inc. (the "BrokeraQe Firm") is authonzed to follow such actions as if directly instructed by the Account Owner(s). The Authorized Agent(s) reoresents they are familiar with the Account Owner(s) investment objectives, financial situation, and needs, and will invest in a manner consistent with these objectives. The Client Agreement set forth in the Account Agreement (including erbit-ation of disputes), and this Client Agreement..otll,#rwise ⟶ ■ by t . Clearing Firm, shall epplfeepally to the Authorized Agent(s).

If Full Trading Authorization is chosen. this authcrity includes the rioht to request delivery of seCtJrities °'monies from the account in the Acc:ounl Owner's°' Owners' name(s).

11 tnlsls a flCllctary account, tile ACCOUnt OW'ler1S) amrms ttlat ws grantor uac11ng authOr!ty has t>een conferrea consistent witllhis/her fiduaary duties and powers.

The Account Owner(s) understands all such trarsactions conducted by the Authorized Agent(s) are at the Account owner's or OWners·own nslC. 1ne Account uwnel{s) hereoy ratJhes and onhrmsany and all transacoons mooe at any time t>y the AuthonzeaAgent(s) tor the Account. Accordingly, the J\coount Owner(s) agrees to ind:mnify and hold harmless the Brokerage Firm and Clearing Firm from eny end ell losses arising from and to promptly pay on demand any debit balance due on the Account The Brokerage Finn and aeanng Firm assume no responsibility for trade monitoring or reviewing any im.estment actvity or decision of the Authorized Agent in the Account Owner(s) account Further. the Brokerage Firm or Cle:anngdo<>S not off,,..r leg;,lor t:ur:advie>-

This authorization and indemnity is in addition to and in no way Umits or restricts. any rights which the Brokerage Firm or aearing Firm may have under any other agreement v.,ith the Account Owier(s) or AlihorizedAgent(s). This authorization and indemnification shall benefit the Brokerage Firm and Clearing Firm, 11nd any uoce=r firl"N i=pe(;tive of any chang 11t11ny time in die per.ionnel thereor. and U1eir assigns.

This TradingAuthorization reement supen;edes any prior TradingAulhonzal!on Agreements that the Account Dwner(s) may have executed wlh regard to the Acouunt This Agreement shall rerrain in IUI force and effect until re\Oked by the Accoont Owner(s), wrtten notice addressed to the Brokerage Frm and delivered to its offices. The Account Owner(s) shall be liable for transactions initiated prior to the Brokerai:ie Finn's receipt of such written revocation.

The Authorized Aoent(s) aorees to immediately notif/ the Brokeraoe Firm in writino if any Authorized Aoent(s). or members of his/her household. are either a) airrently employed or licensed by a member of a stock exchange or the Financial Industry Regulatory Authority (FINRA). or registered as an ill\'eStment advisor and using the license in a professional sales, tradirg, or customer service capacity, or b) a director, 10% sharet-older, or r,nlir.y..m:>kingnffiN>rnf :, IY>mf'::v,y whimtr.:rlF><:r11hlir.lynn :, Jc ""r.h:ano,:,.

*To help the government tight the funding of ierrorism and money laundering activities, financial institutions obtain and record information in order to ensure the identity of each person authorized to trade on an account*

What this means for you: When you are authorized to trade on an account, we will as.k for your name, address, date of birttl, and other Information that will allow us to identify you. We may also utilize a thin:1-t)arty information provider for verification purposes and/or ask tor a copy of your drrver's hcense or other identifying documents.

### ArrlLIATIONG

☐ Octieck here If any Authorized Agent, any menber or !heir Immediate family, or any business associate or theirs Is a senior polltlcal figure (SPF).
 -s i:vify U1tl 11c1111,: ur 1110;0 Aullooli.<ed Age111, u,e ,ia11,e or u,eSPF, r,dilical liUe, 1elalio11sloip 10 U,e AuUouri.<w Aytl11l, c11KJ wu110y vr urnw,

☒ Check here if any Al.(horizeo Agent is a director, 10% shareholder, or policy-making officer of a publicly traded oompany. Specify the name of the Authorized Agent, the ocmpany ticker:symbol, name, ado-=, city, and :stetelprovince:
 Robert Ladd: MGT Capital Investment;, Inc. (NYSE MKT: MGT) 500 Mamaroneck Avenue, Harrison, NV 10528

☐ Checl: hP.re if ;:my Aldhori7P.d Aoant is licen oremnloyed hy .:i reoi!:tered hmker/rle.:ilP.r. sec-J1ritiP. exc-.h:anoe, or mP.mbflr of ;:i AAcuritiP. exchange. We must receive a compliance 1e1er along with this application. Specify the name of the Authorized Agent

☐ check here it any Au!hOnzeCJ Agent(s) is a, or emptoyeo by, a federal or state registered Investment Advisor. Are you using your license In a orofessional sale or tradino capacity and teino oomoensated for orovidino investment advice on this account?  ☐ Yes  ☐ No

Account Number: 9470

**AUTHORIZED AGENT***

Level of Authorization: (check only one). If neither Full or Limited is marked, the authorization level will default to Limited.
☐ Full Trading Authorization with Privileges to Withdraw Money and/or Securities (Not applicable on IRA, UTMA, UGMA, Estate, or Trust Accounts; authorization level will default to Limited.)
☐ Limited Trading Authorization for Purchase and Sale of Securities Only

Name Prefix (optional): ☐Mr. ☐Mrs. ☒Ms. ☐Dr. ☐Rev.

Full Legal Name: Robert B. Ladd
Relationship to Account Owner: son

Date of Birth: (MM-DD-YYYY)
Social Security Number: (SSN)

Home Address: (no PO box or mail drop)
Primary Phone:

City:  State:  ZIP Code:

Please Specify If You Are: ☐Employed ☐Retired ☐Homemaker ☐Student ☐Self-Employed
Source of Income (if retired or unemployed):

Employer Name: MGT Capital Investments, Inc.
Occupation/Type of Business: President / online gaming

Employer Street Address: 500 Mamaroneck Avenue

City: Harrison   State:  ZIP Code: 10528

• Signature required below.
• If you do not have a Social Security Number, please submit a photocopy of your passport and a copy of a bank or brokerage statement.

**AUTHORIZED AGENT***

Level of Authorization: (check only one). If neither Full or Limited is marked, the authorization level will default to Limited.
☐ Full Trading Authorization with Privileges to Withdraw Money and/or Securities (Not applicable on IRA, UTMA, UGMA, Estate, or Trust Accounts; authorization level will default to Limited.)
☐ Limited Trading Authorization for Purchase and Sale of Securities Only

Name Prefix (optional): ☐Mr. ☐Mrs. ☐Ms. ☐Dr. ☐Rev.

Full Legal Name:
Relationship to Account Owner:

Date of Birth: (MM-DD-YYYY)
Social Security Number: (SSN)

Home Address: (no PO box or mail drop)
Primary Phone:

City:  State:  ZIP Code:

Please Specify If You Are: ☐Unemployed ☐Retired ☐Homemaker ☐Student ☐Self-Employed
Source of Income (if retired or unemployed):

Employer Name:
Occupation/Type of Business:

Employer Street Address:

City:  State:  ZIP Code:

• Signature required below.
• If you do not have a Social Security Number, please submit a photocopy of your passport and a copy of a bank or brokerage statement.

SEC-TDA-E-0000976

Account Number:
94/0

**TRADING AUTHORIZATION**

By our signatures below, the Account Owner(s) and Authorized Agent(s) agree to the provisions within this document in its entirety, and attest that this authorization supersedes any prior trading authorization the Account Owner(s) may have executed with regard to the Account. Furthermore, Account Owner(s) and Authorized Agent(s) acknowledge that the Brokerage Firm or Clearing may refuse to approve, or remove, the Authorized Agent(s) from acting as the Account Owner(s) agent on this, or any other account.

**All Account Owners/Authorized Agents must sign.**

| | | |
|---|---|---|
| X Account Owner's Signature: _[signature]_ | Date: | 0 6 _ 1 9 _ 2 0 1 5 |
| X Account Co-Owner's Signature: _[signature]_ | Date: | 0 6 _ 1 9 _ 2 0 1 5 |
| X Authorized Agent's Signature: _[signature]_ | Date: | 0 6 _ 1 9 _ 2 0 1 5 |
| X Authorized Agent's Signature: | Date: | _ _ _ |

Original signature required; electronic signatures and/or signature fonts are not authorized.

Investment Products: Not FDIC Insured • No Bank Guarantee • May Lose Value

TD Ameritrade, Inc. and TD Ameritrade Clearing, Inc., members FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2015 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.

SEC-TDA-E-0O0O977