# EXHIBIT N

```
SHIRLEY LADD                                      57-12/115         6650
76 RANGELEY RD.
CRANSTON, RI 02920                          DATE  5-13-16

PAY TO         Robert Ladd                              $325,000.00
THE ORDER OF
       Three-hundred twenty-five thousand xx/100  DOLLARS

✖ Citizens Bank®
                                              Shirley Ladd
MEMO _____
```

**PLAINTIFF'S EXHIBIT**
**Ladd 30**

SEC-BOA-E-0009449



Seq: 10
-Batch: 759917
-Date: 05/18/16

BAT:        CC:
WT:01 LTPS:Jacksonville
BC:Mamaroneck Avenue  BC  NYS-31&

SEC-BOA-E-0009450