# EXHIBIT P

EXHIBIT 33
Witness: Ladd
Date: 10-15-2020
Stenographer: Victoria L. Valine, CSR No. 3036

This check covers all excess taxes from 2015 and 2016.

Also, when I bought back the BAC, I over-bought by 770 shares, so that is worth about $18,000, and remains in the TD Ameritrade brokerage account.

Lastly, according to Steve's calculations, you will owe another $7,070 for 2018 Medicare premiums over what you + mom normally pay. I will send a check for that at yearend -- noted on my calendar.

PLAINTIFF'S
EXHIBIT
Ladd 33

Confidential

LADD-MGT-00066837

# Robert Ladd

**From:** Steve <stevenladd@comcast.net>
**Sent:** Tuesday, April 4, 2017 8:30 AM
**To:** Robert Ladd; Dan Waxler
**Subject:** Re: Mom & Dad taxes

You're right - I used the price of BAC on 5/31/16 when I did my calculation for the 770 shares, and its gone up appreciably. So $18042 is the amount that is needed to make up the difference for 2015/2016. I really encourage you to pay the $7070 for the increase in 2018 medicare premiums now, so that we can "put this all behind us" (those are Dads words) and dont have to deal with it again. (Another transposition error - the medicare increase will be $7070, not $7707). So, would you send them a check for

$18042 + $7070 = **$25,112**

I think that would really help.

On 4/3/2017 7:54 PM, Robert Ladd wrote:
> Finally had a chance to review. First of all.....thanks Steve for catching that error that I over-bought the BAC shares.
>
> And that error actually benefits me by $18,095, or 770 shares x $23.50.
>
> So here is my math:
>
> Excess 2016 taxes owed (Federal and RI):   $219,044
>
> Plus excess 205 taxes                         3,787
>
> Plus make-up for lost dividends               3,100
>
> Minus cash set aside                       $188,944
>
> Minus excess stocks (MGT + BAC)              18,945
>
> TOTAL OWED BY ROB now:        **$18,042**
>
> Also: Rob owes an additional $7,707 [handwritten: 7,070] in January 2018 to cover Medicare premiums.
>
> If we agree, I will mail Dad a check for $18,042 tomorrow; that way it will have plenty of time to clear before he needs to draw on it.
>
>
> Thanks,
> Rob

Confidential                                                                                    LADD-MGT-00066838

**LADDCAP VALUE PARTNERS LP**
335 MADISON AVE – SUITE 1100
NEW YORK, NY 10017

1330

1-32/210 NY
94101

DATE April 7, 2017

PAY TO THE ORDER OF Seymour Ladd    $ 18,042.00

Eighteen-Thousand forty-Two and XX/100 DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____

/s/ Robert Ladd

Confidential                                                      LADD-MGT-00066839



Confidential

LADD-MGT-00066840