# EXHIBIT Q

From: Robert Ladd
Sent: Mon 7/04/2016 9:28 PM (GMT-05:00)
To: Johnny Bgood
Cc:
Bcc:
Subject: RE: Suretrader Webwork

I appreciate that you were impressed, but I did nothing more than hedge fund 101.

Investment partnerships are set up with money and trade/hold stocks. For me, these are Laddcap Value Partners LP (the first, set up in 2003), Laddcap Value Partners II LLC (never used), and Laddcap Value Partners III (set up in 2011 as a special purpose vehicle to get control of MGT).

Laddcap Associates (AKA, me) is the General Partner of Laddcap Value Partners LP.

I (personally) am the Managing Member of Laddcap Value Partners III LLC.

In both funds, I also invest my own money alongside limited partners.

Laddcap Value Advisors (also..surprise..me!) is the "operating" company providing investment advice, renting office space, etc. It gets paid by the investment partnerships.

Believe it or not, hedge funds are set up this way to provide transparency to investors.

Anyhow, between the DE filing fees, tax and accounting expenses, I would prefer to be rich enough to not need other people's money. "Private Investor" is the term.

Thanks,

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.   MGT_SEC_00009052

Rob

 (NYSE MKT: MGT)

**Robert B. Ladd  CFA**

**President and CEO**

**500 Mamaroneck Avenue – Suite 320**

**Harrison, NY  10528**

**www.mgtci.com**

(914) 630-7430 office

(914) 643-6855 cell

**AIM:     laddcap**

**Skype: laddcapvalue**

**From:** Johnny Bgood [mailto:mcafeenomad@gmail.com]
**Sent:** Monday, July 4, 2016 9:45 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Suretrader Webwork

I was impressed by the complex network of ownerships, etc. that you wove with Laddcap Associates, Advisors, Partners, Partners III, etc.  But you look like a grade schooler compared to Centerpoint and Suretrader. No wonder folks like Nathan Michaud skate by. No one within the SEC could possibly unravel his Shit. I may have to write a recursive program to make sense of it.

John McAfee

FOIA Confidential Treatment Requested by MGT Capital Investments, Inc.            MGT_SEC_00009053