# EXHIBIT V

Home
Explore
Notifications
Messages
Bookmarks
Twitter Blue
Profile
More
Tweet

Tweet

**Michael Goode**
@goodetrades

$MGT It is slightly bullish that Ladd only sold 190,903 shares of the 465k he had registered with Form 144. sec.gov/Archives/edgar...

12:05 AM · Jun 1, 2016

**1** Retweet **11** Likes

Tweet your reply
Reply

Search Twitter

## Relevant people

**Michael Goode**
@goodetrades
Spaghetti's my only option. Follow me c
mstdn.social/@goo
use: goodetrades.c

## What's happening

NCAA Men's Basketball · Last nig
**Bisons at Cardinals**

Politics · Trending
**Sotomayor**
Trending with Kagan

Trending
**#CamillaParkerBowlesIsAB**
4,139 Tweets

Trending
**Supreme Court Justices**
50.1K Tweets

Trending in United States
**Blizzard Warning**
2,523 Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**nancyabrown**
@nab_uws

**Messages**

