# EXHIBIT W

Case 1:18-cv-08175-ER Document 322-23 Filed 01/31/23 Page 2 of 2

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Twitter Blue

Profile

More

Tweet

# Tweet

**DC**
@Mr_guns6

$MGT as of May 26, 2015 1million shares were picked up between the directors. insider buying and restricted, sweet baby jesus. Here we go!!

10:09 PM · May 31, 2016

**1** Retweet **3** Likes

Tweet your reply Reply

**DC** @Mr_guns6 · May 31, 2016
Replying to @Mr_guns6
I meant 2016

1

## Relevant people

**DC**
@Mr_guns6

## What's happening

NCAA Men's Basketball · Last nig
**Blue Devils at Demon Deac**

Business and finance · Trending
**#stockmarketcrash**
1,918 Tweets

Trending
**#CamillaParkerBowlesIsAB**
4,182 Tweets

Politics · Trending
**Sotomayor**
Trending with Kagan

Trending
**Cat Stevens**

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**nancyabrown**
@nab_uws

**Messages**


