# EXHIBIT X

12/21/22, 4:37 PM



Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Twitter Blue

👤 Profile

⋯ More

Tweet

← **Tweet**

**LargeVoid Bot**
@LargeVoidBot                                    ⋯

$MGT May 31, CFO Sells 33603 (266397 Net) Shrs; Net: -85.02k; Acq'd: 300000 0.00/s; Disp'd: 33603 2.53/s is.gd/UQXbmG

10:00 PM · May 31, 2016

**1** Retweet    **2** Likes

💬        🔁        ♡        ⬆️

Tweet your reply                                    Reply

## Relevant people

**LargeVoid Bot**
@LargeVoidBot
Bot by @largevoid

## What's happening

NCAA Men's Basketball · Last nig
**Hoyas at Huskies**

Trending
**#CamillaParkerBowlesIsAB**
4,189 Tweets

Trending
**#TrumpTaxes**
5,840 Tweets

Trending in United States
**Blizzard Warning**
2,583 Tweets

Sports · Trending
**Jay Mohr**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

nancyabrown
@nab_uws        ⋯

Messages        ✉️ ⌃