# EXHIBIT Y

EXHIBIT   25
Witness:   Ladd
Date:  10-15-2020
Stenographer:  Victoria L. Valine, CSR No. 3036

**To:**      Grace Livingston[gmlivingston428@gmail.com]
**From:**    Robert Ladd
**Sent:**    Fri 6/9/2017 6:55:36 PM
**Subject:** FW: Investor concerns.

**Thanks,**

**Rob**

100px (OTC: MGTI)

**Robert B. Ladd  CFA**

**President**

**512 S. Mangum Street – Suite 408**

**Durham, NC  27701**

**www.mgtci.com**

**(914) 630-7430 office**

**(914) 643-6855 cell**

**AIM:      laddcap**

**Skype:  laddcapvalue**

PLAINTIFF'S
EXHIBIT
Ladd 25

SEC-SSLIVINGSTON-E-0080667

**From:** freddyigi25 [mailto:freddyigi25@gmail.com]
**Sent:** Friday, June 9, 2017 5:54 PM
**To:** Robert Ladd <rladd@mgtci.com>
**Subject:** Investor concerns.

What kind of confidence can investors have when the president of mgti is dumping his shares?

This really concerns a lot of us who still are invested in your company. This is ridiculous for you to do that at these levels. Why cash out now if you believe in what can be accomplished in the near future. Unless this company is about to crash. Thats what comes to our minds as investors here.

This is very dissapointed from the president.

Sent from my Samsung Galaxy smartphone.

SEC-SSLIVINGSTON-E-0080668