# EXHIBIT AA

EXHIBIT 37
Witness: Ladd
Date: 10-15-2020
Stenographer: Victoria L. Valine, CSR No. 3036

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM 144**
NOTICE OF PROPOSED SALE OF SECURITIES
PURSUANT TO RULE 144 UNDER THE SECURITIES ACT OF 1933

OMB APPROVAL
OMB Number: 3235-0101
Expires: May 31, 2017
Estimated average burden hours per response .... 1.00

SEC USE ONLY
DOCUMENT SEQUENCE NO

ATTENTION: Transmit for filing 3 copies of this form concurrently with either placing an order with a broker to execute sale or executing a sale directly with a market maker.

CUSIP NUMBER

| 1 (a) NAME OF ISSUER (Please type or print) | (b) IRS IDENT NO | (c) SEC FILE NO | WORK LOCATION |
|---|---|---|---|
| MGT Capital Investments, Inc. | 13-4148725 | 001-32698 | |

| 1 (d) ADDRESS OF ISSUER STREET | CITY | STATE | ZIP CODE | (e) TELEPHONE NO AREA CODE NUMBER |
|---|---|---|---|---|
| 500 Mamaroneck Avenue | Harrison | NY | 10528 | 914 630-7430 |

| 2 (a) NAME OF PERSON FOR WHOSE ACCOUNT THE SECURITIES ARE TO BE SOLD | | RELATIONSHIP TO ISSUER | (b) ADDRESS STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| Robert Ladd | | officer/director | 500 Mamaroneck Ave. | Harrison | NY | 10528 |

INSTRUCTION: The person filing this notice should contact the issuer to obtain the I.R.S. Identification Number and the S.E.C. File Number.

| Title of the Class of Securities To Be Sold | Name and Address of Each Broker Through Whom the Securities are to be Offered or Each Market Maker who is Acquiring the Securities | SEC USE ONLY Broker-Dealer File Number | Number of Shares or Other Units To Be Sold | Aggregate Market Value | Number of Shares or Other Units Outstanding | Approximate Date of Sale (MO DAY YR) | Name of Each Securities Exchange |
|---|---|---|---|---|---|---|---|
| common | TD Ameritrade PO Box 2209 Omaha, NE 68103 | | 41,000 | $123,000 | ~~23,800,000~~ 28,793,517 | May 25, 2016 | NYSE - MKT |
| common | E*Trade PO Box 484 ~~Jersey City, NY 07303~~ | | 485,171 | $1,395,500 | 28,793,517 ~~22,800,000~~ | May 25, 2016 | NYSE - MKT |

INSTRUCTIONS:
1 (a) Name of issuer
  (b) Issuer's I.R.S. Identification Number
  (c) Issuer's S.E.C. file number, if any
  (d) Issuer's address, including zip code
  (e) Issuer's telephone number, including area code

2 (a) Name of person for whose account the securities are to be sold
  (b) Such person's relationship to the issuer (e.g., officer, director, 10% stockholder, or member of immediate family of any of the foregoing)
  (c) Such person's address, including zip code

3 (a) Title of the class of securities to be sold
  (b) Name and address of each broker through whom the securities are intended to be sold
  (c) Number of shares or other units to be sold (if debt securities, give the aggregate face amount)
  (d) Aggregate market value of the securities to be sold as of a specified date within 10 days prior to the filing of this notice
  (e) Number of shares or other units of the class outstanding, or if debt securities the face amount thereof outstanding, as shown by the most recent report or statement published by the issuer
  (f) Approximate date on which the securities are to be sold
  (g) Name of each securities exchange, if any, on which the securities are intended to be sold

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1147 (08-07)

PLAINTIFF'S EXHIBIT
Ladd 37

SEC-TDA-E-0000338

## TABLE I — SECURITIES TO BE SOLD

*Furnish the following information with respect to the acquisition of the securities to be sold and with respect to the payment of all or any part of the purchase price or other consideration therefor:*

| Title of the Class | Date you Acquired | Nature of Acquisition Transaction | Name of Person from Whom Acquired (if gift, also give date donor acquired) | Amount of Securities Acquired | Date of Payment | Nature of Payment |
|---|---|---|---|---|---|---|
| common | various dates from Nov 2010 through August 2015 | open market purchases | ---- | 506,171 | same as dates acquired | cash |

**INSTRUCTIONS:** If the securities were purchased and full payment therefor was not made in cash at the time of purchase, explain in the table or in a note thereto the nature of the consideration given. If the consideration consisted of any note or other obligation, or if payment was made in installments describe the arrangement and state when the note or other obligation was discharged in full or the last installment paid.

## TABLE II — SECURITIES SOLD DURING THE PAST 3 MONTHS

*Furnish the following information as to all securities of the issuer sold during the past 3 months by the person for whose account the securities are to be sold.*

| Name and Address of Seller | Title of Securities Sold | Date of Sale | Amount of Securities Sold | Gross Proceeds |
|---|---|---|---|---|
| Seymour and Shirley Ladd<br>76 Rangeley Road<br>Cranston, RI 02920 | MGT Capital common stock | May 12 to May 17, 2016 | 361,863 | $667,584 |

**REMARKS:**

**INSTRUCTIONS:**
See the definition of "person" in paragraph (a) of Rule 144. Information is to be given not only as to the person for whose account the securities are to be sold but also as to all other persons included in that definition. In addition, information shall be given as to sales by all persons whose sales are required by paragraph (e) of Rule 144 to be aggregated with sales for the account of the person filing this notice.

**ATTENTION:** The person for whose account the securities is to which this notice relates are to be sold hereby represents by signing this notice that he does not know any material adverse information in regard to the current and prospective operations of the issuer of the securities to be sold which has not been publicly disclosed. If such person has adopted a written trading plan or given trading instructions to satisfy Rule 10b5-1 under the Exchange Act, by signing the form and indicating the date that the plan was adopted or the instruction given, that person makes such representation as of the plan adoption or instruction date.

May 25, 2016
DATE OF NOTICE

DATE OF PLAN ADOPTION OR GIVING OF INSTRUCTION, IF RELYING ON RULE 10b5-1

(SIGNATURE)

The notice shall be signed by the person for whose account the securities are to be sold. At least one copy of the notice shall be manually signed. Any copies not manually signed shall bear typed or printed signatures.

**ATTENTION:** Intentional misstatements or omission of facts constitute Federal Criminal Violations (See 18 U.S.C. 1001)

SEC 1147 (02-08)

 **Shipment Receipt**

Transaction Date: 25 May 2016　　　　　Tracking Number:　　1Z68X0X20193082303

### 1. Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| SEC HEADQUARTERS | TD Ameritrade | TD Ameritrade |
| 100 F STREET, NE | CAGE TJB | CAGE TJB |
| WASHINGTON DC 205492000 | 200 South 108th Avenue | 200 South 108th Avenue |
| | Omaha NE 68154 | Omaha NE 68154 |
| | Telephone 888-723-8504 | Telephone 888-723-8504 |
| | x7 | x7 |

### 2. Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1 Letter (Letter billable) | UPS Letter | | Reference # 1 - 201-245-27017 |

### 3. UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Thursday, May 26, 2016 |
| Shipping Fees Subtotal: | 35.09 USD |
| Transportation | 34.15 USD |
| Fuel Surcharge | 0.94 USD |

### 4. Payment Information

| | |
|---|---|
| Bill Shipping Charges to: | Shipper's Account 68X0X2 |
| Charges: | 35.09 USD |

A discount has been applied to the Daily rates for this shipment

| | |
|---|---|
| Negotiated Charges: | 6.60 USD |
| Total Charges: | 6.60 USD |

Note: Your invoice may vary from the displayed reference rates

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

SEC-TDA-E-0000340