# EXHIBIT CC

**To:**       'Robert Ladd'[rladd@mgtci.com); Jay KaplowitzOKaplowitz@srff.com]
**Cc:**       Joe LaxagueOoe@laxaguelaw.com]; Harvey Kesner[hkesner@SRFF.COM]
**From:**     Joan Wu
**Sent:**     2016-05-08T23:05:31-04:00
**Importance:**    Normal
**Subject**   RE: D-Vasive
**Received:**      2016-05-08T23:05:33-04:00

D-Vasive APA Execution Version.docx
8-K D-Vasive item 1.01 v4.docx

Thanks. Attached are the clean 8K and  APA with conformed signatures for  you to get  to  the  printer.
Will send you  other clean docs for  you to send to  the printer shortly.

**Joan Wu, Esq.**
Sichenzia  Ross Friedman  Ference  LLP
61 Broadway  i  32nd  Floor | New York, NY  10006
T 212 930 9700  IF 212 930 9725
JWu@srff.comwww.srff.com

**From:** Robert Ladd [mailto:rladd@mgtci.com]
**Sent:** Sunday, May 08, 2016 11:00 PM
**To:** Joan Wu; Jay Kaplowitz
**Cc:** Joe Laxague; Harvey Kesner
**Subject:** RE: D-Vasive

Will do...I will take care of SEC Compliance with the PR and any edits to the8-K and Exhibits,  if you
would like to go to bed.

Thanks,
Rob

    (NYSE MKT: MGT)

**Robert B. Ladd CFA**
**President and CEO**
**500  Mamaroneck Avenue - Suite 320**
**Harrison, NY  10528**
**www.mgtci.com**

**{914) 630-7430 office**
**{914) 643-6855 cell**

**AIM:      laddcap**
**Skype: laddcapvalue**

**From:** Joan Wu [mailto::wu   srff.com
**Sent:** Sunday, May 8, 2016 10:56 PM
**To:** Robert Ladd <rladd@mgtci.com>; Jay Kaplowitz <il<aplowitz@srff.com>
**Cc:** Joe Laxague <joe@laxaguelaw.com>; Harvey  Kesner <hkesner@SRFF.COM>
**Subject:** RE: D-Vasive

recieved. WHI send the  8!<, APA, Future Consulting and Form of McAfee Employment to  the  printer
now. Please send over the final release.

PLAINTIFF'S EXHIBIT
Ladd 74

SEC-SICHENZIA-E-0002500

**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  IF  212 930 9725
JWu@srff.com  www.srff.com

**From:** Robert Ladd [mailto:rladd@mgtci.com]
**Sent:** Sunday, May 08, 2016 10:54 PM
**To:** Joan Wu; Jay Kaplowitz
**Cc:** Joe Laxague; Harvey Kesner
**Subject:** RE: D-Vasive

I just sent my 4 signatures:

APA
3 consultants (Clore, Franco and Future Tense)

Please let me know if you need anything else while I have laptop access.

Otherwise I will be in car for next 90 minutes or so.

Thanks,
Rob

 (NYSE MKT: MGT)

**Robert B. Ladd CFA**
**President and CEO**
**500 Mamaroneck Avenue - Suite 320**
**Harrison, NY 10528**
**www.mgtci.com**

**(914) 630-7430 office**
**{914) 643-6855 cell**

AIM:      laddcap
Skype: laddcapvalue

**From:** Joan Wu [mailto:jwu@srff.com]
**Sent:** Sunday, May 8, 2016 10:50 PM
**To:** Jay Kaplowitz <jKaplowitz@srff.com>
**Cc:** Joe Laxague <joe@laxaguelaw.com>; Robert Ladd <rladd@mgtci.com>; Harvey Kesner <hkesner@SRFF.COM>
**Subject:** RE: D-Vasive

No. I am expecting the scanned signature pages to the word doc.

**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  IF  212 930 9725

JWu@srff.comwww.srff.com

**From:** Jay Kaplowitz
**Sent:** Sunday, May 08, 2016 10:49 PM
**To:** Joan Wu
**Cc:** Joe Laxague; Robert Ladd; Harvey Kesner
**Subject:** Re: D-Vasive

So do we need a PDF or not?

**Jay M. Kaplowitz, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
Mobile: 646-236-8771
T 212 930 9700 | F 212 930 9725
Jkaplowitz@srff.com  www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.
On May 8, 2016, at 10:46 PM, Joan Wu <jwu@srff.com> wrote:

It's OK. Please send *over* your client's sig pages asap. thx

**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway |i2nd Floor | New York, NY 10006
T 212 930 9700 |F 212 930 9725
JWu@srff.comwww.srff.com

**From:** Joe Laxague [mailto:joe@laxaguelaw.com]
**Sent:** Sunday, May 08, 2016 10:46 PM
**To:** Joan Wu; Jay Kaplowitz; Robert Ladd
**Cc:** Harvey Kesner
**Subject:** RE: D-Vasive

I can .pdf from the office but am not there. Headed down there

Sent from my Windows 10 phone

**From:** Joan Wu
**Sent:** Sunday, May 8, 2016 7:39 PM
**To:** Jay Kaplowitz; Robert Ladd
**Cc:** Joe Laxague; Harvey Kesner
**Subject:** RE: D-Vasive

I cannot do PDF signature pages here. Please send over sig pages of the APA, Future Consulting and the two programmers' consulting agmt.

Joan Wu, Esq.
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  IF 212 930 9725
JWu@srff.com www.srff.com

**From:** Jay Kaplowitz
**Sent:** Sunday, May 08, 2016 10:35 PM
**To:** Robert Ladd
**Cc:** Joe Laxague; Joan Wu; Harvey Kesner
**Subject:** Re: D-Vasive

We're done. Joan sent final. We will send you signature pages now.

**Jay M. Kaplowitz, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
Mobile: 646-236-8771
T 212 930 9700 | F 212 930 9725
JKaplowitz@srff.com www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.
On May 8, 2016, at 10:34 PM, Robert Ladd <rladd@mgtci.com> wrote:

This is amusing to a point. But please let's not over-engineer

SEC-SICHENZIA-E-0002503

Thanks,
Rob

N Y S E MKT, MGT)
Robert 8. Ladd CFA
**President** and CEO
500 Mamaroneck Avenue - Suite 204
Harrison, NY 10528

(914) 630-7430 office
(914) 643-6855 cell

AIM:      laddcap
Skype: laddcapvalue

www.mgtci.com

On May 8, 2016, at 10:28 **PM,** Joe Laxague <joe@laxaguelaw.com> wrote:

> I think cause was just earned but unpaid. No severance. That
> and everything thing else is the same in consulting and the
> employment agreement
>
> Sent from my Windows 10 phone

**From:** Joan Wu
**Sent:** Sunday, May 8, 2016 7:25 PM
**To:** 'Robert Ladd'
**Cc:** Joe Laxague; Jay Kaplowitz; Harvey Kesner
**Subject:** RE: D-Vasive

> So no compensation in the event of termination for cause?
> How about termination due to disability/death?
>
> **Joan Wu, Esq.**
> Sichenzia Ross Friedman Ference LLP
> 61 Broadway J 32nd Floor | New York, NY 10006
> T 212 930 9700  IF 212 930 9725
>       JWu@srff.comwww.srff.com

**From:** Robert Ladd [mailto:rladd@mgtci.com]
**Sent:** Sunday, May 08, 2016 10:14 PM
**To:** Joan Wu
**Cc:** Joe Laxague; Jay Kaplowitz; Harvey Kesner
**Subject:** Re: D-Vasive

SEC-SICHENZIA-E-0002504

Yes.  Without cause.  The mcafee benefit goes to  future tense.


Thanks,
Rob


NYSE MKT.  MGTI
Robert 8. Ladd  CFA
President and CEO
500 Mamaroneck Avenue -  Suite 204
Harrison, NY  10528

(914) 630-7430 office
(914) 643-6855 cell

**AIM:**     laddcap
**Skype:  laddcapvalue**

**www.mgtci.com**
On May 8, 2016, at 10:12 PM, Joan Wu <jwu(@srff.com>
wrote:

> The termination provision you had are all
> related to the McAfee employment agreement,
> i.e if McAfee is terminated Future Tense will
> receive double compensation.  Is that the deal?


**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway i 32nd Floor | New York, NY 10006
T 212 930 9700 I F 212 930 9725
JWu@srff.com  www.srff.com

**From:** Joe Laxague
[mailto:joe@laxaguelaw.com]
**Sent:** Sunday, May 08, 2016 9:21PM
**To:** Jay Kaplowitz; Joan Wu; Harvey Kesner
**Cc:** Robert Ladd (rladd@mgtci.com)
**Subject:** RE: D-Vasive

I just said APA changes are fine. Please send in
final. President of D Vasive is signing.

On the consulting agreement, the 120 day
provision is fine, but you guys deleted all of the

other termination provisions, which sort of leaves a big hole

Sent from my Windows 10 phone

**From:** Jay Kaplowitz
**Sent:** Sunday, May 8, 2016 6:15 PM
**To:** Joe Laxague; Joan Wu; Harvey Kesner
**Cc:** Robert Ladd (rladd@mgtci.com)
**Subject:** RE: D-Vasive

WHERE ARE WE ON THE NAME? WHO IS SIGNING THE APA ON YOUR END;, WHAT ELSE IS YOUR SIDE WAITING ON?

**From:** Joe Laxague [mailto:joe@laxaguelaw.com]
**Sent:** Sunday, May 08, 2016 8:58 PM
**To:** Joan Wu; Jay Kaplowitz; Harvey Kesner
**Subject:** RE: D-Vasive

Changes to the APA are fine.

On the consulting agreement, why did you remove all the termination provisions?

Sent from my Windows 10 phone

**From:** Joan Wu
**Sent:** Sunday, May 8, 2016 5:45 PM
**To:** Jay Kaplowitz; Joe Laxague; Harvey Kesner
**Subject:** RE: D-Vasive

Joe,

Attached is the revised Future Tense Consulting agreement reflecting such termination right. Please revert your comments to the APA and this agreement asap. Thanks.

**Joan Wu, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32ⁿᵈ Floor | New York, NY 10006
T 212 930 9700 | F 212 930 9725
JWu@srff.com www.srff.com

**From:** Jay Kaplowitz
**Sent:** Sunday, May 08, 2016 7:22 PM
**To:** 'Joe Laxague'; Harvey Kesner

SEC-SICHENZIA-E-0002506

**Cc:** Joan Wu
**Subject:** RE: D-Vasive

The terms of this deal are still changing,  It
seems McAfee will not go forward without the
Consulting Agreement payments commencing
immediately. Since as Harvey points out, there
is no assurance that the deal will close and since
we can't have a two year Consulting Agreement
with nothing for the Consultant to  do, Joe will
you please insert a provision that provides if the
APA has not closed in 120 days, the Company
may terminate it  without penalty.

Further, and this is my fault, I didn't  focus on
the recent understanding that the name of the
Company will now use "McAfee", it seems to
me we need an affirmative agreement on JM's
part that we can us the  name and a rep that he
has the right to allow the use. Obviously, we all
know that some derivation thereof is already in
use.

Rob is out of pocket on the way to Brooklyn to
meet with a man named Grady who now
somehow seems part of the deal. I am not sure
when he will be back but : can try  him on his
cell if we need him.

**From:** Joe Laxague
[mailto:joe@laxaguelaw.com]
**Sent:** Sunday, May 08, 2016 3:43 PM
**To:** Jay Kaplowitz; Harvey Kesner
**Cc:** Joan Wu
**Subject:** RE: D-Vasive

Here's the APA in final Word and .pdf. I added
D-Vasive notice address and completed the
share allocation table.

I'm told the clients are talking on the other
issues.  The programmers do need some funds
to keep working on the product.

However that works out, what is the best
estimate on time to get NYSE MKT approval and
close?

**From:** Jay Kaplowitz
(mailto:jKaplowitz@srff.com)

**Sent:** Sunday, May 08, 2016 12:25 PM
**To:** Harvey Kesner <hkesner@SRFF.COM>
**Cc:** Joe Laxague <joe@laxaguelaw.com>; Joan Wu <jwu@srff.com>
**Subject:** Re: D-Vasive

Yup

**Jay M. Kaplowitz, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
Mobile: 646-236-8771
T 212 930 9700 | F 212 930 9725
Jkaplowitz@srff.com  www.srff.com



NOTICE:  The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail  and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.
On May 8, 2016, at 3:14 PM, Harvey Kesner <hkesner@SRFF.COM>  wrote:

I haven't heard anything about a release.

**Harvey Kesner**
Partner
Sichenzia Ross Friedman Ference **LLP**
61 Broadway | 32nd Floor | New York, NY 10006

T 212 930 9700 ext. 766 | D 212 9816766 | M 646 678 2543 | F 212 930 9725

hkesner@srff.com   www.srff.com

Sent from my iPhone
On May 8, 2016, at 2:43 PM, Jay Kaplowitz <jKaplowitz@srff.com> wrote:

> I think the answer is no to both unless the money to do so is coming from the bridge.

**Jay M. Kaplowitz, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NY 10006
Mobile: 646-236-8771
T 212 930 9700 | F 212 930 9725

Jkaplowitz@srff.com
www.srff.com



NOTICE: The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient

(or the agent or employee **responsible** to deliver it to the **intended** (recipient), you **are hereby** notified that any dissemination, distribution, or **reproduction** of this communication **is** strictly prohibited. If you have **received** this communication by error, please **immediate**ly notify the sender by e-mail and delete this email **from** your system. Nothing **in** this email should be construed as a **legal** opinion or tax advice.

On May 8, 2016, at 2:26 PM, Joe Laxague <joe@laxaguelaw.com> wrote:

> Waiting on D-Vasive notice address and then will return final.
>
> Two questions / requests from my guys:

SEC-SICHENZIA-E-0002510

?

The cash port on of the purchase pr ce was ncreased b

SEC-SICHENZIA-E-0002511

y
$
5
0

0
0
0

M
y
c

e
n
t
s
w
e
r
e
u
n
d
e
r
t
h
e

m
p
r
e
s
s

o
n
t
h
a
t
t
h

SEC-SICHENZIA-E-0002512

s
$
5
0

0
0
0
p
o
r
t

o
n
c
o
u

d
b
e
r
e
l
e
a
s
e
d
r

g
h
t
a
w
a
y
a
n
d

n
a
d
v
a

SEC-SICHENZIA-E-0002513

nce of the forma Closng

Can you guys confrm?

?

Can w

SEC-SICHENZIA-E-0002514

e
c
o
m
p
l
e
t
e
t
h
e
e
m
p
l
o
y
m
e
n
t
a
n
d
c
o
n
s
u

t

n
g
a
g
r
e
e
m
e
n
t
s
w

t

SEC-SICHENZIA-E-0002516

a
s
m
m
e
d
a
t
e
y
t
h
e
r
e
a
f
t
e
r
?
T
h
s
s
p
a
r
t
C
u
a
r
y
m
p
o

SEC-SICHENZIA-E-0002517

r
t
a
n
t
f
o
r
C
l
o
r
e
a
n
d
F
r
a
n
c
o

**From:**
Joan
Wu
[mailto:
iwu@sr
ff.com]

**Sent:** Sunday, May 08, 2016 10:33 AM
**To:** Joe  Laxague  <joe@laxaguelaw.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>; 'Robert Ladd'
<rladd
@mgtci
.:fQ.!!1>;
Harvey
Kesner
<hkesn
er@SRF
F.COM>

**Subject:** RE: D-Vasive

Joe,

Attache
dis the
revised
APA in

clean and track reflecting a few cleanup changes. Please complete the share allocation table in Annex A and provide **D-**Vasive's contact info in the notice secton. Then it should be the execution version.

**a** seems the draft consulting agreement did not go through please resend.

**Joan Wu, Esq.**

Sichenzia Ross Friedman Ference LLP

61 Broadway 132nd Floor | New York, NY 10006
T 212 930 9700 |F 212 930 9725

JWu@srff.com
wvww.srff.com

**From:** Joe Laxague [mailto:joe@laxaguelaw.corn]
**Sent:** Sunday, May 08, 2016 11:56 AM
**To:** Joan Wu
**Cc:** Jay Kaplowitz; 'Robert Ladd'; Harvey Kesner
**Subject:** RE: D-Vasive

Joan- your additional changes are fine. Attached is the final McAfee employment in Word and .pdf. It's out for signature today.

Attached is the draft

SEC-SICHENZIA-E-0002520

consulting agreement which deals with the cash compensation. It adopts the termination and compensation upon termination terms of the employment agreement, so the two contracts will work as a system. Let me know on changes to this one as well.

Also attached are the Clore and

SEC-SICHENZIA-E-0002521

Franco employment agreements. The form sent was fine; no substantive changes; I just added their salary per term sheet and a title of Senior Programmer. I'm waiting on notice addresses for them, but confirm these are fine and I will get them signed.

Finally - have not heard back on our red lines

SEC-SICHENZIA-E-0002522

to the
APA.
Extra
copy
attache
d.

**Joe
Laxagu
e**l
Attorney
**LAXAGU
E LAW,
INC.**
1East
Liberty,
Suite 600
| Reno,
NV
89501
Emall-
**joe@laxa
guelaw.c
om**
Office:
(775) 234-
5221
Mobile:
(702) 525-
6012
Fax:
(775) 996-
3283

**From:**
Joan
Wu
[mailto:
jwu@sr
ff.com)
**Sent:** Saturday, May 07, 2016 9:06 PM
**To:** Joe Laxague <joe@laxaguelaw.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>; 'Robert Ladd'
<rladd

SEC-SICHENZIA-E-0002523

@mgtci
£Qil>;
Harvey
Kesner
<hkesn
er@SRF
F.COM>

**Subject:** RE: D-Vasive

Joe,

Attache
dare
our few
change
sin
track.
Also
attache
dis the
executi
on
version
assumi
ngyou
areOK
with
our
change
s.
Please
put in
your
client's
contact
info
before
executi
on.

**Joan
Wu,
Esq.**
Sichenz
ia Ross
Friedm
an
Ferenc
e LLP

SEC-SICHENZIA-E-0002524

61 Broadway | 32nd Floor | New York, NY 10006
T 212 930 9700  IF  212 930 9725

JWu@srff.com
www.srff.com

**From:** Joe Laxague [mailto: joe@laxaguelaw.com]

**Sent:** Saturday, May 07, 2016 6:50 PM
**To:** Joan Wu
**Subject:** RE: D-Vasive

See attached. Working on consulting agreement with Future Tense with similar terms but which *covers* the cash compensation.

Are we trying to execute these this weekend along

with
the
main
APA?

**From:**
Joan
Wu
[mailto:
jwu@sr
ff.com]

**Sent:** Saturday, May 07, 2016 7:54 AM
**To:** Joe Laxague <joe@laxaguelaw.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>; Harvey Kesner
<hkesn
er@SRF
F.COM>

**Subject:** Re: D-Vasive

Joe,

When
do you
expect
to turn
around
your
cornme
nts to
the JM
employ
ment
andthe
form of
employ
ment
agreem
ent and
the
draft
consulti
ng
agreern
ent.
On May
6, 2016,
at 7:37

SEC-SICHENZIA-E-0002526

PM, Joe
Laxagu
e
<l,Qg_@_[
axaguel
aw.com
>
wrote:

Attache
dare
our
redlines
to the
APA

**From:**
Jay
Kaplowi
tz
[mailto:
jKaplow
itz@srff
£Q..!!!)

**Sent:** Friday, May  06, 2016 2:55 PM
**To:** Harvey Kesner <hkesner@SRFF.COM>
**Cc:** Joe Laxague <joe@laxagueiaw.com>; Joan Wu

<iwu@s
rff.com
>

**Subject:** Re: D-Vasive

Thanks
for your
prompt
help. I
will be
back to
you.

**JayM.**
**Kaplow**
**itz, Esq.**
Sichenz
ia Ross
Friedm
an

Ference **LLP**

61 Broadway ⌐ 32ⁿᵈ Floor ┆ New York, NY 10006

Mobile: 646-236-8771

**T** 2129309700 ┃ F 212_930_9725

Jkaplowitz@srff
£.Q.!!lyY
ww.srff.com



NOTICE: The information contained in this communication is **legally** privileged and/or confidential information, which is **intended** only for use of recipient. If the reader of this commu

SEC-SICHENZIA-E-0002528

nication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient),you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited.If you have received this communication by error, please immediately

SEC-SICHENZIA-E-0002529

notify
the
sender
bye-
mail
and
delete
this
email
from
your
system.
Nothing
in this
email
should
be
constru
ed as a
legal
opinion
or tax
advice.
On May
6, 2016,
at 5:50
PM,
Harvey
Kesner
<hkesn
er@SRF
F.COM>
wrote:

1 jay can address
2 at closing - Jay confirm.
3 at closing - Jay confirm
4jay
Sjay

**Harvey Kesner**
Partner
Sichenzia Ross Friedman Ference LLP
61 Broadway | 32nd Floor | New York, NV 10006
T 212 930 9700 ext. 766 | D 212 981 6766 |
M 646 678 2543 j F 212 930 9725
hkcsner@)srff.com  www.srff.com

SEC-SICHENZIA-E-0002530

Sent from my iPhone
On May 6, 2016, at 5:48 PM, Joe Laxague
<joe@laxaguelaw.com> wrote:

Company is checking over reps and
warranties right now and we should have
shortly.

Questions:

?      I assume that the **APA** is only
document being executed before Monday,
and that the employment and consulting
agreements, escrow, lock-up, etc. will be
worked on prior to the close.  Is that right?

?      Is execution of the APA or the actual
closing of the APA the  condition that
releases bridge note funds from escrow?

?      Grady was under the impression that
the cash portion of the purchase price
would be released shortly; the agreement
as written has all consideration released at
closing (which is **of** course dependent on
approval from the exchange). Can you
guys clarify?

?      Franco and Clore would like to
become employees as soon as possible
and continue their work on the product
for company salary.  Is there a way to
make that happen before the closing?

?      Grady was also under the impression
that some modest amount of  "liquid"
stock would be made available at the
close.  I explained the  one-year lock-up
and the fact that their stock would be fully
restricted for 6 months from issue
regardless, but apparently someone (John,
I think) indicated some small amount of
unrestricted stock would be available to
the sellers.  Does that ring a bell?  Stock
grant under a registered  MGT stock plan
or something?

**From:** Harvey Kesner

[mailto:hkesner@SRFF.COM]
**Sent:** Friday, May  06, 2016 1:49 PM
**To:** Joe Laxague <joe@laxaguelaw.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>;
Joan Wu <jwu@srff.com>
**Subject:** RE: D-Vasive

Joe how  things going?
Im getting some pressure to get your
comments back.

**From:** Joe Laxague
[mailto:joe@laxaguelaw.com)
**Sent:** Friday, May 06, 2016 1:50 PM
**To:**  Harvey Kesner
**Cc:** Jay Kaplowitz; Joan Wu
**Subject:** RE: D-Vasive

Correct.  I'm in constant contact with
Grady Kittrell and will push to  finish this
weekend.

Can you guys send employment drafts for
Franco and Clore.  Also, confirmed that
these will be full time agreements.  D-
Vasive is their full time job andthey
expect to  continue working full time after
the acquisition.

**From:** Harvey Kesner
[rnailto:hkesner@SRFF.COM]
**Sent:** Friday, May  06, 2016 10:47 AM
**To:** Joe Laxague <joe@laxaguelaw.com>
**Cc:** Jay Kaplowitz <jKaplowitz@srff.com>;
Joan Wu <jwu@srff.com>
**Subject:** D-Vasive

Joe, its our current understanding that we
should get your APA and  Employment
Agreement comments as soon as possible
(today/this weekend) including consulting
agreement draft in order to allow for
announcement pre open on Manday.  Can
you discuss with your client and make sure
that you aregetting the support and
comments you need to get us?  We will
work all weekend to  coordinate with you
andmeet this timeline.

Harvey

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the n dpient, you are hereby notified that any disclowre, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This emai1 has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from th<? sender is confidential. It is intended solely for use by the recipient and others autl1orized to receive iL If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking i:lction in relation of tt1e contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and ma!ware, and may have been automatically arcnived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS} for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance  To find 01.'t more Click Here.

## Disclaimer

The information conta•ned in this communication from the

SEC-SICHENZIA-E-0002533

sender is conficien **tial.** It is intenced solely for use by thi, recipient and others authoriz ed to receive it. **If** you are not the recipient , you are **hereby** notified that any disciosur c, copying, distributi on or taking action in relation of **the** contents of this informat ion is strictly prollibite d and may be unlawful

This email has been scanned for vhises and malware, and may have been automati Cally archived by **Mimeca st Ltd,** an mnovato **r** in Software as a Service (SaaS) for business

Providin g a **safer**

and **more useful** place for your human generated dat,i Specializing in; Security, archiving and compi1anee. To flnd out more [Click Here](#).

**<D-Vasive APA v2 (003) {JL redlines}.docx>**

**Disclaimer**

The information contained in U>is communication from the sender is confidential. It is intended solely **for use** by the recipient and others authoriz0d to receive it. If you arc not the recipient, you

SEC-SICHENZIA-E-0002535

are
hereby
notified
that any
disclosur
e,
copying,
distributi
on or
taking
action in
relation
of the
contents
of this
informat
ion is
strictly
prohib1te
d and
**rnay be**
unlawful

This email has been scanned for viruses and malware, and
may
have
been
automati
cally
archived
by
**Mimeca
st Ltd,**
an
innovate
r in
So ware
as a
Service
(Saas)
for
business

Providin
g a
**safer**
and
**more
useful**
place for
jOUr
human
generate
d data.
Specializ
ing in;
Security,
archivin
g and
complia
nee. To
find out
more
Click
Here.

SEC-SICHENZIA-E-0002536

**Disclaimer**

The information contaıned in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking actıon in relation of the contents of this information is strictly prohıbıted and may be unlawful

This email has been scanned for viruses and malware, and may have been 2n.1tomatically archived by **Mimeca**

SEC-SICHENZIA-E-0002537

st Ltd, an innovato rin Softwilre **as a** Service (SaaS) for business

Providin g a **safer** and **more useful** place for your human genernte d data Specializ ing in; Security, archiv,n g and comp!ia **nee, To** find out more Click Here.

## Discla imer

The informat ion conta,ne din this commun ication from the sPnder is confiden tial. It is intended solely for use by the recipient and others authoriz ed to receive it. If you are not the

SEC-SICHENZIA-E-0002538

recipient, you are hereby notified that any disclosure, copying, distribution or taking actio, in relation of the contents of this information is strictly prohibited and may be unlawful

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service {Saas} for business

Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compiiance. To find out more

SEC-SICHENZIA-E-0002539

## Disclaimer

The information contained in this communication from the sender is confidential. It 1s intended solely for use by the recipient and others authorized to receive 1t. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This ernaii has been scann,id for vh1ses and rnalware, and niay have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (Saas) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, Mchiv1r1g and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking ac.tion in relation of the contents of this information is strictly prohibited and may be unlawfui.

This email has been scanned for viruses and malware, and may have been autornatii;ally ,u-chivcd by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. ff you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this mformation is stnctly prohibited and may be unlawful.

This emaii has been scanned for viruses and malware, and ,nay have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place

SEC-SICHENZIA-E-0002540

for your human generated data. Specializing in;
Security, archiving and compliance. To find out more
Click Here.

## Disclaimer

The information contained in this communication
from the sender Is confidential. It is intended solely
for use by the recipient and others authorized to
receive it. If you are not the recipient, you are
hereby notified that any disclosure, copying,
distribution or taking action in relation of the
contents of this information is strictly prohibited and
may be unlawful.

This email has been scanned for viruses and malware, and may have been
automatically archived by **Mimecast Ltd,** an
innovator in Softwar·e as a Service (Saas) for
business. Providing a **safer** and **more useful** place
for your human generated data. Specializing in;
Security, archiving and compliance. To find out more
Click Here.

## Disclaimer

The information contained in this communication from the sender is
confidential. It is intended solely *for* use *by* the ,·ecipient and others
authorized to receive it. If you are not the recipient, you are hereby
notified that any disclosure, copying, distribution or taking action in
relation of tne contents of this information Is strictly prohibited and
may be unlawful.

This emaii has been scanned for viruses and malware, and may have been automatically
archived by **Mimecast Ltd,** an innovator In Software as a Service
(Sa<JS) for business. Providing a **safer** and **more useful** pl,ic:c for
your human generated data. Spedalizing in; Security, archiving and
compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended
solely for use by the recipient i:'nd others authorized to receive it. If you are not t'1e recipient, you
are hereby notified that any disclosure, copying, distribution or taking action in relation of the
contents of this information is strictly prohibited and may be unlawful,

This email has been scanned for viruses and malware, and may have been automatically archived by
**Mimecast Ltd,** an innovator in Software as a Serv,ce (Saas) for business. Providing a **safer** and
**more useful** place for your human generated data. Specializing in; Security, arcl11ving and
compliance. To find out more Cl.i.ck He.re.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by

SEC-SICHENZIA-E-0002541

the recipient and others authorized to receive it. If you are not the rec1p1ent, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and rnt1lware, and may hilve been t1utomatically archived by **Mimecast Ltd,** an innovator in Software as a Service {SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more <u>Click Her</u> .

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to **receive it.** If you are not the recipient, you are hereby notified that any disclosure, copying, distrib,1tion or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mlmecast ltd,** aninnovator in Software as a Service (Saas) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more <u>Click Here</u>.

SEC-SICHENZIA-E-0002542

**UNITED  STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM  8-K**

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported): **May 9, 2016**

**MGT Capital Investments, Inc.**
(Exact name of registrant as specified in its charter)

| Delaware | 001-32698 | 13-4148725 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**500 Mamaroneck Avenue, Suite 320, Harrison, NY 10528**
(Address of principal executive offices, including zip code)

**(914) 630-7430**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Fonn 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
D  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
D  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

SEC-SICHENZIA-E-0002583

**Fonvard Looking Statements**

The SEC encourages registrants to disclose forward-looking information so that investors can better understand the future prospects of a registrant and make informed investment decisions. This Current Report on Form 8-K and exhibits may contain these types of statements, which are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, and which involve risks, uncertainties and reflect the Registrant's judgment as of the date of this Current Report on Form 8-K. Forward-looking statements may relate to, among other things, operating results and are indicated by words or phrases such as "expects," "should," "will," and similar words or phrases. These statements are subject to inherent uncertainties and risks that could cause actual results to differ materially from those anticipated at the date of this Current Report on Form 8-K. Investors are cautioned not to rely unduly on forward-looking statements when evaluating the information presented within.

### Item 1.01     Entry into a Material Definitive Agreement

On May 9, 2016, MGT Capital Investment Inc., a Delaware corporation (the "Company"), entered into an asset purchase agreement (the "APA") for the purchase of certain technology and assets of D-Vasive Inc., a Wyoming corporation ("D-Vasive"). The APA was entered into by and among the Company, D-Vasive, the shareholders of D-Vasive, and MGT Cybersecurity, Inc., a Delaware corporation wholly owned by the Company which is formed for the purpose of effectuating the asset purchase.

D-Vasive is in the business of development and marketing of certain privacy and anti-spy applications (the "Business"). Pursuant to the terms of the APA, the Companyhas agreed to purchaseassets ("Purchased Assets") integral to D-Vasive's Business, including but not limited to applications for use on mobile devices, intellectual property, customer lists, databases, sales pipelines, proposals and project files, licenses and permits Among the Purchased Assets is the D-Vasive app which is designed for protection from invasive apps that seek access to personal contacts, cameras and other information on smart phones, tablets and other mobile devices.

Upon the closing of the transaction contemplated in the APA, the Company will acquire the Purchased Assets in consideration of (i) $250,000 (the "Closing Cash"), (ii) 4,760,000 unregistered shares of Common Stock of the Company (the "Escrow Shares") to be held in escrow for six months pending satisfaction of the representation and warranties in the APA] and (iii) 19,040,000) unregistered shares of Common Stock of the Company (the "Closing Shares") together with Escrow Shares as "Purchase Price Shares") The Closing Cash, the Escrow Cash and Closing Shares are collectively referred to as the "Purchase Price".

The APA includes customary representation and warranties of the parties as well as termination and closing conditions. The closing of the transaction contemplated in the APA is contingent on satisfaction or waiver of the closing conditions set therein including the approval of the Company's shareholders. The Company also agreed as part of the closing conditions to enter into certain consulting agreement with Future Tense Secure Systems, Inc, certain employment agreement with key management of D-Vasive and an employment agreement with John McAfee pursuant to which Mr. McAfee will join the Company as Executive Chairman of the Board of

Directors and Chief Executive Officer of the Company at the closing of the transaction contemplated in the APA. There can be no assurance that the conditions to closing the transactions described herein can be obtained nor that the transaction will be approved by shareholders of the Company.

The foregoing descriptions of the Exchange Agreement does not purpo11 to be complete and is qualified in its entirety by reference to the full text of the Exchange Agreement, which are filed as Exhibit 10.l to this Current Report on Form 8-K and is incorporated herein by reference.

**Item 7.01       Regulation FD Disclosure**

On May 9, 2016, the Company issued a Press Release.  A copy of tbe Press Release is attached as Exhibit 99.1 hereto.

The information in this Current Report on Form 8-K furnished pursuant to Item 7.0l shall not be deemed "filed" for the purposes of Section 18 of the Exchange Act, or otherwise subject to the liabilities of that Section. This information shall not be incorporated by reference into any registration statement pursuant to the Securities Act. The furnishing of the information in this Current Report on Form 8-K is not intended to, and does not, constitute a representation that such furnishing is required by Regulation FD or that the information contained in this Current Repo11 on Form 8-K constitutes material investor information that is not otherwise publicly available.

**Item 9.01 Financial Statements and Exhibits.**

(d)        Exhibits.

| Exhibit | Description |
| --- | --- |
| 10.1 | Asset Purchase Agreement  dated May 9, 2016 |
| 10.2 | Fonn of Employment Agreement |
| 10.3 | Fo1m of Consulting Agreement with Future Tense Secure System, Inc. |
| 99.1 | Press Release dated May 9, 2016 |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**MGT CAPITAL INVESTMENTS, INC.**

Date: May 9, 2016

By:   /s/ Robert **B.** Ladd

Name:  Robert B. Ladd

Title:    President and Chief Executive Officer

SEC-SICHENZIA-E-0002586