# EXHIBIT GG

| | |
|---|---|
| From: | Jay Kaplowitz |
| Sent: | Mon 5/09/2016 7:00 AM(GMT-05:00) |
| To: | Robert Ladd |
| Cc: | NYX ALERT; Erin Manahan; Parasnand Madho; Deoclides Machado; Dmitry Molotkov |
| Bcc: | |
| Subject: | Re: MGT press release Monday May 9, 2016 - Premarket |
| Attachments: | image002.jpg |

Pretty exciting.

**Jay M. Kaplowitz, Esq.**
Sichenzia Ross Friedman Ference LLP
61 Broadway 132nd Floor | New York, NY 10006
Mobile: 646-236-8771
T 212 930 9700  IF 212 930 9725
Jkaplowitz@srff.com www.srff.com

NOTICE: The information contained in this communication is legally privileged and/or confidential infonnation, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.

On May 9, 2016, at 7:01 AM, Robert Ladd <rladd@mgtci.com> wrote:

> We plan to issue the attached press release at about 8:30 AM today, Monday May 9, 2016. We are also filing the 8-K premarket.
>
> Thanks,
>
> Rob

<image002.jpg>(NYSEMKT: MGT)



CONFIDENTIAL   MGT_SEC_00021398

**Robert B. Ladd CFA**

**President and CEO**

500 Mamaroneck Avenue - Suite 204

Harrison, NY  10528

<u>www.mgtci.com</u>

(914) 630-7430 office

(914) 643-6855 cell

AIM:	laddcap

Skype: laddcapvalue

<PR 9May2016 FINAL.pd£>

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and maiware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in;  Security, archiving and compliance. To find out more <u>Click Here</u>.

CONFIDENTIAL                                                                                                                                       MGT_SEC_00021399