# EXHIBIT HH

                                                                    1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3


4    SECURITIES AND EXCHANGE COMMISSION, )

5                    Plaintiff,          )

6    v.                                  ) Case No.

7    BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)

8    MAZA, BRIAN KELLER, JOHN H. FORD,   )

9    GRQ CONSULTANTS, INC., AND HS       )

10   CONTRARIAN INVESTMENTS, LLC,        )

11                   Defendants.         )

12   _____)

13

14                 VOLUME 1

15    VIDEOTAPED DEPOSITION OF JAY KAPLOWITZ

16              VIA VIDEOCONFERENCE

17             Tuesday, June 14, 2022

18

19

20

21

22

23

24       Diversified Reporting Services, Inc.

25             (202)467-9200

2

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE COMMISSION, )

5                    Plaintiff,          )

6    v.                                  ) Case No.

7    BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)

8    MAZA, BRIAN KELLER, JOHN H. FORD,   )

9    GRQ CONSULTANTS, INC., AND HS       )

10   CONTRARIAN INVESTMENTS, LLC,        )

11                    Defendants.        )

12   _____)

13

14

15          Videotaped deposition of Jay Kaplowitz,

16   taken on behalf of the Plaintiff, all parties appearing

17   remotely via Webex, beginning at 10:12 a.m. EST and

18   ending at 2:49 p.m. EST, on Tuesday, June 14, 2022.

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                  (202)467-9200

3

```
 1    APPEARANCES:

 2

 3    On behalf of the Securities and Exchange Commission:

 4         JACK KAUFMAN, ESQ.

 5         NANCY BROWN, ESQ.

 6         Securities and Exchange Commission

 7         100 Pearl Street, Suite 20-100

 8         New York, NY 10004

 9

10    On behalf of the Witness:

11         SAMEER RASTOGI, ESQ.

12         Sichenzia Ross Ference

13         1185 Avenue of the Americas, 31st Floor

14         New York, NY 10036

15         (212) 930-9700

16

17         ADAM FORD, ESQ.

18         ANJULA PRASAD, ESQ.

19         Ford O'Brien Landy LLP

20         275 Madison, Floor 24

21         New York, NY 10016

22         (212) 858-0040

23

24    Also Present:

25         Robert Ladd
```

117

1    respect to drafting or filing or in any way with this

2    Form 10-Q, Holmes Exhibit 27?

3        A    I don't recall.

4        Q    Let me direct your attention to page 9 of 29

5    of this document.

6        A    29 of this --

7        Q    Let me know when you're there.

8        A    I am.

9        Q    If you look at the second to last paragraph

10   on that page that starts, the company also agreed --

11            Do you see that?

12       A    Yes.

13       Q    And if you look a few lines down, it's

14   talking about Mr. McAfee.  Do you see that?

15       A    Yes.

16       Q    And then the last sentence, it says, he,

17   meaning Mr. McAfee, founded McAfee Associates in 1987,

18   which was acquired by Intel Corporation for $7.6

19   billion in 2010.

20            Do you see that?

21       A    Yes.

22       Q    Did Sichenzia have any involvement with that

23   language in the 10-Q?

24       A    I don't recall.

25       Q    Did you personally?

[6/14/2022 10:12 AM] Kaplowitz, Jay - Vol. I.Amended.2022061...

118

1      A    Well, I was part of Sichenzia, so, if I did,

2   I would've said yes.  The answer is I don't recall.

3      Q    Do you recall any discussion about that

4   language with Mr. Ladd or anyone at MGT?

5      A    No.

6      Q    As you sit here today, is that sentence

7   accurate?

8      A    I have no idea --

9      Q    Okay.

10      A    -- as it requests -- are you asking me if

11   the company was acquired by Intel for $7.6 billion?

12   Is that the --

13           (Simultaneous conversation.)

14      Q    -- that question, Mr. Kaplowitz.

15      A    What?

16      Q    I'm sorry.  I interrupted you.

17      A    I said, are you asking me if Intel acquired

18   the company for $7.6 billion?

19      Q    Yes.  As you sit here today, do you know

20   whether that's accurate or not?

21      A    I do not.

22      Q    Fine.  Did you find out -- you said you

23   found out that the press release was inaccurate at

24   some point.  Is that right?

25      A    Right.

119

1      Q    Was that -- did you find that out after the

2    issuance of this Form 10-Q?

3      A    I believe so.  I --

4      Q    Did you do anything about that when you

5    found out that the press release was inaccurate?  Did

6    you take any action?  Did you have any discussions

7    about it?

8      A    I don't recall.

9      Q    Let me ask you to turn, Mr. Kaplowitz, to

10   Tab 26.

11     A    Okay.

12     Q    Tab 26 is a series of Forms 4 -- I'm

13   sorry -- was previously marked as Ladd Exhibit 16.

14   And I want to ask you to look at the third one.  Let

15   me know when you have that in front of me [sic].

16     A    I have it in front of me.

17     Q    First of all, do you know what this form is,

18   a Form 4?  Are you familiar with that?

19     A    I think it has to do with acquisition or

20   disposition of securities.

21     Q    Is this a type of document that Sichenzia

22   helped clients with prepare or file with the SEC?

23     A    Sometimes.

24     Q    And looking specifically at this Form 4 for

25   Mr. Ladd, was Sichenzia involved in any way with the

[6/14/2022 10:12 AM] Kaplowitz, Jay - Vol. I.Amended.2022061...