**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against –<br><br>BARRY HONIG, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, GRQ CONSULTANTS, INC., and HS CONTRARIAN INVESTMENTS, LLC,<br><br>Defendant. | Case No.: 1:18-cv-08175-ER<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that ARTHUR KUTOROFF appears as counsel for Defendant ROBERT LADD in this action and demands that all parties serve copy of all notices and other papers in this action upon the counsel at the address indicated below:

Ford O'Brien Landy LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
akutoroff@fordobrien.com

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 17, 2023

FORD O'BRIEN
*/s/ Arthur Kutoroff*
Arthur Kutoroff
FORD O'BRIEN LANDY LLP
*Attorney for Defendant*
275 Madison Avenue, FL 24
New York, New York 10016
Tel.: (212) 858-0040
akutoroff@fordobrien.com