UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION

                            Plaintiff,                        18 Civ. 08175 (ER)

    – against –                                           ECF CASE

BARRY C. HONIG,
*et al.*

                            Defendants.
-------------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF ADAM C. FORD IN SUPPORT OF DEFENDANT ROBERT LADD'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Adam C. Ford of Ford O'Brien Landy LLP, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York. I am a partner with the law firm, Ford O'Brien Landy LLP, counsel for Defendant Robert Ladd in the above-captioned matter.

2. I respectfully submit this declaration in support of Defendant Robert Ladd's Motion for Summary Judgment. I have personal knowledge of the facts below and, if called as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibit 55** is a true and correct copy of an excerpt of the deposition transcript of Jay Kaplowitz, dated June 14, 2022.

4. Attached hereto as **Exhibit 56** is a true and correct copy of an excerpt of the deposition transcript of Arthur Marcus, dated June 21, 2022.

5. Attached hereto as **Exhibit 57** is a true and correct copy of an excerpt of the deposition transcript of Harvey Kesner, dated August 8, 2022.

6. Attached hereto as **Exhibit 58** is a true and correct copy of an excerpt of the deposition transcript of Robert Ladd, dated October 16, 2020, November 10, 2020, and August 5, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Adam Ford
Adam Ford
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com

*Attorney for Defendant Robert Ladd*
