# EXHIBIT 55

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, )
            Plaintiff,             )
v.                                  ) Case No.
BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)
MAZA, BRIAN KELLER, JOHN H. FORD,   )
GRQ CONSULTANTS, INC., AND HS       )
CONTRARIAN INVESTMENTS, LLC,        )
            Defendants.            )
_____)


VOLUME 1

VIDEOTAPED DEPOSITION OF JAY KAPLOWITZ

VIA VIDEOCONFERENCE

Tuesday, June 14, 2022




Diversified Reporting Services, Inc.

(202)467-9200

```
                                                              Page 2
 1         UNITED STATES DISTRICT COURT
 2         SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE COMMISSION, )
 5                 Plaintiff,             )
 6   v.                                   ) Case No.
 7   BARRY C. HONIG, ROBERT LADD, ELLIOT ) 18 Civ. 8175(ER)
 8   MAZA, BRIAN KELLER, JOHN H. FORD,    )
 9   GRQ CONSULTANTS, INC., AND HS        )
10   CONTRARIAN INVESTMENTS, LLC,         )
11                 Defendants.            )
12   _____)
13
14
15         Videotaped deposition of Jay Kaplowitz,
16   taken on behalf of the Plaintiff, all parties appearing
17   remotely via Webex, beginning at 10:12 a.m. EST and
18   ending at 2:49 p.m. EST, on Tuesday, June 14, 2022.
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25                  (202)467-9200
```

```
                                                              Page 3
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4        JACK KAUFMAN, ESQ.
 5        NANCY BROWN, ESQ.
 6        Securities and Exchange Commission
 7        100 Pearl Street, Suite 20-100
 8        New York, NY 10004
 9
10   On behalf of the Witness:
11        SAMEER RASTOGI, ESQ.
12        Sichenzia Ross Ference
13        1185 Avenue of the Americas, 31st Floor
14        New York, NY 10036
15        (212) 930-9700
16
17        ADAM FORD, ESQ.
18        ANJULA PRASAD, ESQ.
19        Ford O'Brien Landy LLP
20        275 Madison, Floor 24
21        New York, NY 10016
22        (212) 858-0040
23
24   Also Present:
25        Robert Ladd
```

```
                                                         Page 85
 1   this e-mail from David Einhorn.
 2        Q    I think you said you were aware that a lot
 3   of people didn't like Mr. Honig.
 4        A    Yes.
 5        Q    And how did you come to that knowledge?
 6        A    In the business, you do deals, you talk to
 7   people, you can hear -- you know, you can imagine, I
 8   don't know, I can't say chapter and verse, but I can
 9   imagine someone saying to someone, me, or Rob Ladd, or
10   someone else well if Honig is in the deal, we --
11   things like that.
12        Q    If Honig was in the deal, what?  I just
13   didn't hear the rest of it.
14        A    They weren't going to participate.
15        Q    And so I guess I'm just -- and what was your
16   understanding of why they wouldn't want to
17   participate?
18             Did you have an understanding?
19        A    You know, I think I had an understanding,
20   what I thought was an understanding.  But it's just my
21   visceral reaction.  It's not necessarily based on any
22   specific event that took place.  So I'm not sure how
23   much my understanding is worth.
24        Q    And why did you have that visceral reaction?
25        A    Because you just didn't hear Barry Honig's
```

```
                                                          Page 86
 1   name voiced at the same time as Mother Teresa.
 2        Q    Okay.
 3        A    You know, he was considered to be a bad guy.
 4        Q    And did you discuss this idea that Mr. Honig
 5   was a bad guy or not Mother Teresa with anyone else at
 6   Sichenzia?
 7        A    Well, certainly Harvey knew it.  I knew it.
 8   I think some of the other partners knew it.
 9        Q    When you say Harvey knew it, what is that
10   based on?  Did you discuss it with him?
11        A    That people didn't like him.
12        Q    I understand that.  But you're saying he
13   knew it.  Did you understand that because you had
14   discussions with Mr. Kesner about it?
15        A    Harvey and I were in the same office in the
16   same firm.
17             MR. RASTOGI:  Jay, the answer is -- the
18   question is a yes or no.  Did you discuss Mr. Honig
19   with Harvey?  The answer is yes or no.
20        A    It's not -- yes.
21        Q    And --
22             MR. RASTOGI:  Let Jack do follow-up
23   questions, please.  Answer the question that's before
24   you.
25        Q    And I take it from what you said before in
```

Page 100

```
 1       Q    Okay.  So let me rephrase that because I
 2  said 2013.  I actually meant 2015 or 2016.  I actually
 3  meant later.  So can you answer that question again,
 4  Mr. Kaplowitz.  I know you answered it before but.
 5       A    Why don't you repeat it?  I'm confused.
 6       Q    Let me -- let me try wording this in a way
 7  that will get us back.  Were you aware -- were you
 8  ever aware of Mr. Honig -- were you ever aware of MGT
 9  paying a promoter to promote MGT?
10       A    And I think my answer was I was aware that
11  MGT had an IR firm that they paid a fee to.
12       Q    And I think you said something about
13  $150,000.  Is that right?
14       A    If I recall, that was the number, yes.
15       Q    And I'm just going to ask you these
16  questions again because I'm not sure what we got on
17  the record, but and what can you tell us about that?
18  Do you know how that came about?
19       A    No idea.
20       Q    And did you ever come to any understanding?
21  Did anyone ever tell you that Mr. Honig had any
22  involvement in that promotion in any way?
23       A    Not that I recall.
24       Q    Do you recall Mr. Ladd, or Mr. Honig, or any
25  of the other of the group of investors who were
```

```
                                                          Page 134
 1                   PROOFREADER'S CERTIFICATE
 2
 3    In The Matter of:    18 Civ. 8175(ER)
 4    Witness:             Jay Kaplowitz
 5
 6    Date:                Tuesday, June 14, 2022
 7    Location:            New York, NY
 8
 9            This is to certify that I, Maria E. Paulsen,
10    (the undersigned), do hereby certify that the
11    foregoing transcript is a complete, true and accurate
12    transcription of all matters contained on the recorded
13    proceedings of the investigative testimony.
14
15    _____      _____
16    (Proofreader's Name)          (Date)
17
18
19
20
21
22
23
24
25
```

```
                                                         Page 135
 1   State of New York
 2   NASSAU COUNTY, to wit:
 3            I, Eric Leichter, a Notary Public of the
 4   State of NEW YORK, do hereby certify that the
 5   within-named witness personally appeared before me at
 6   the time and place herein set out, and after having
 7   been duly sworn by me, according to law, was examined
 8   by counsel.
 9            I further certify that the examination was
10   recorded stenographically by me and this transcript is
11   a true record of the proceedings.
12            I further certify that I am not of counsel
13   to any of the parties, nor in any way interested in
14   the outcome of this action.
15            As witness my hand this 14th day of June,
16   2022.
17            _____
18            Eric Leichter
19            Notary Public
20            My Commission Expires:  October 5, 2024
21
22
23
24
25
```