UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                       Plaintiff,  :
                                                  :      18 Civ. 8175 (ER)
             – against –  :
                                                   :      ECF CASE
BARRY C. HONIG, ROBERT LADD,  :
ELLIOT MAZA, BRIAN KELLER,  :
JOHN H. FORD, GRQ CONSULTANTS, INC.  :
and HS CONTRARIAN INVESTMENTS, LLC,  :
                                       Defendants.  :
------------------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF NANCY A. BROWN IN
FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT AGAINST DEFENDANT ROBERT LADD**

I, Nancy A. Brown, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am a member of the bar of this Court. I am employed as a Senior Trial Counsel in the New York Regional Office of the Plaintiff, Securities and Exchange Commission ("Commission"). In that role I assisted in the investigation leading up to the filing of this action against Defendant Ladd, and have been participating in its litigation. I am familiar with the facts and circumstances herein.

2. I submit this declaration in further support of the Commission's Motion for Partial Summary Judgment against Defendant Robert Ladd.

3. Appended hereto as <u>Exhibit A</u> is a true and correct copy of a Schedule 13D/A that Ladd signed on January 10, 2012 respecting his and Laddcap Value Partners III LLC's investment in MGT Capital Investments Inc.

4.       Appended hereto as <u>Exhibit B</u> is a true and correct copy of a Form S-3 filed by MGT on September 24, 2015.  At page 6, it recites that MGT had 15,241,857 shares of common stock outstanding as of September 22, 2015.

5.       I have reviewed MGT's filings on Edgar for the period September 24, 2015 through October 9, 2015, the day Ladd filed his Form 4 noting that he had been granted 200,000 shares by MGT.  (Declaration of Ricky Tong, executed January 19, 2023 (DE 317), Ex. A, at 1.) No other MGT filings disclose additional issuances of shares by the company between September 24, 2015 and October 9, 2015.

6.       Appended hereto as <u>Exhibit C</u> is a true and correct copy of a log produced by E*Trade to the Commission which reflects the logins to the E*Trade account of Robert Ladd, from November 22, 2015 through February 6, 2017, using the "username" of "Laddcap1." "Laddcap1" is the user name that Ladd chose when he opened the account.  *See* Declaration of Katherine S. Bromberg, executed January 31, 2023 (DE 322), Ex. E (Ladd E*Trade November 22, 2015 new account application).  (The IP address information reflected on the original of this Exhibit D has been redacted in compliance with Fed. R. Civ. P. 5.2.)

7.       Appended hereto as <u>Exhibit D</u> is a true and correct copy of a call log produced by TD Ameritrade to the Commission, which reflects notes of a call with Robert Ladd on May 26, 2016.

8.       Appended hereto as <u>Exhibit E</u> is a true and correct copy of relevant excerpts from Ladd's Responses to the Commission's Interrogatories, dated November 23, 2020.

9.       Appended hereto as <u>Exhibit F</u> is a true and correct copy of relevant excerpts from Ladd's Responses to the Commission's Requests to Admit, dated November 23, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   April 6, 2023
            New York, New York

                                              /s/ *Nancy A. Brown*
                                              Nancy A. Brown