# EXHIBIT D

| | |
|---|---|
| Subject | Call |
| Type | Contact - Outbound Call |
| Topics Discussed | |
| Related To | |
| Due Date | 5/26/2016 |
| Assigned To | Robert Giuffrida |
| Last Modified Date/Time | 5/26/2016 10:26 AM |
| Notes Snapshot | client made aware that he can sell off MGT till aug<br>CAGE APPROVES client to sell 41,000 shares of MGT via Rule 144.<br>Client has sold 381,863 in the past 3 months.<br>Per 10Q, 23,798,517 shares of common stock outstanding as of 5/23/2016.<br>RESOLUTION: T |
| Comments | client made aware that he can sell off MGT till aug<br>CAGE APPROVES client to sell 41,000 shares of MGT via Rule 144.<br>Client has sold 381,863 in the past 3 months.<br>Per 10Q, 23,798,517 shares of common stock outstanding as of 5/23/2016.<br>RESOLUTION: THE CLIENT CAN SELL UNTIL SEC FORM 144 EXPIRES 8/23/2016. CAGE RECEIVED SEC FORM 144 AND FILED IT WITH THE SEC.<br>ACTION: Outbound call, spoke with client, pending until 2 weeks prior to ppwk expiration<br>CONTACT: SAFEKEEPING & RESTRICTED STOCK - 209093<br>If you have further questions, or would like clarification, please contact the Custody Services DRS Transfers Team for DRS transfer questions, at extension 209178, or the Restricted/Safekeeping Team for deposit questions, at extension 209093. This email address is for transfer or deposit status notification purposes only. Attemp |

| | |
|---|---|
| Subject | Call |
| Type | Other/Misc |
| Topics Discussed | |
| Related To | |
| Due Date | 11/4/2015 |
| Assigned To | Robert Giuffrida |
| Last Modified Date/Time | 11/4/2015 3:25 PM |
| Notes Snapshot | client will send me transfer form again. |
| Comments | client will send me transfer form again. |

| | |
|---|---|
| Subject | Call |
| Type | Contact - Outbound Call |
| Topics Discussed | |
| Related To | |
| Due Date | 11/4/2015 |
| Assigned To | Robert Giuffrida |
| Last Modified Date/Time | 11/4/2015 3:15 PM |
| Notes Snapshot | client looking for Putnam transfer that was initiated in summer. unable to find transfer. |
| Comments | client looking for Putnam transfer that was initiated in summer. unable to find transfer. |

| | |
|---|---|
| Subject | Call |
| Type | Other/Misc |
| Topics Discussed | |
| Related To | |

SEC-TDA-E-0000356

| | |
|---|---|
| Due Date | 11/4/2015 |
| Assigned To | Robert Giuffrida |
| Last Modified Date/Time | 11/4/2015 2:54 PM |
| Notes Snapshot | 868-609470 Seymour acct |
| Comments | 868-609470 Seymour acct |

| | |
|---|---|
| Subject | Call |
| Type | Contact - Outbound Call |
| Topics Discussed | |
| Related To | Ladd |
| Due Date | 9/29/2015 |
| Assigned To | Robert Giuffrida |
| Last Modified Date/Time | 9/29/2015 12:12 PM |
| Notes Snapshot | clients still at MGT, looking to be more active with options. confirmed that he has full authority and TOS still working on trust for parents , looking to be more active with managing their account. forwarded trading auth branch support, active trading, c |
| Comments | clients still at MGT, looking to be more active with options. confirmed that he has full authority and TOS still working on trust for parents , looking to be more active with managing their account. forwarded trading auth branch support, active trading, consolidation, EDU, Promos short term taxable account long term IRA |

SEC-TDA-E-0000357