

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 30, 2023

**Via ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   SEC v. Honig, et al., No. 18 Civ. 8175 (ER) (S.D.N.Y.)

Dear Judge Ramos:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests a continuance of the upcoming November 3, 2023 telephone conference concerning Defendant Robert Ladd ("Ladd") to the week of December 18, 2023. On September 29, 2023, the Court granted in part and denied in part the SEC's and Ladd's cross-motions for summary judgment. In light of those rulings, the SEC needs additional time to confer internally regarding how it intends to proceed on its claims that remain to be tried against Ladd, as well as certain outstanding claims for relief against other Defendants in this case.[1] For these reasons, the SEC respectfully requests that the Court continue the November 3 telephone conference until the week of December 18, 2023.

On October 28 and 30, the SEC conferred by email with counsel for Ladd, who consents to the SEC's requested continuance.

Respectfully submitted,

/s/  *Jack Kaufman*
Jack Kaufman
Senior Trial Counsel

---

[1] Those other Defendants—Barry Honig, GRQ Consultants, Inc., HS Contrarian Investments, LLC, Brian Keller, Elliot Maza, and John Ford—each previously consented to partial judgments imposing certain injunctive relief against them but leaving open for later resolution the determination of monetary relief (and additional injunctive relief as to Defendant Maza) (DE 28, 110, 113, 151, 152, and 230).