UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,    :
    :
        Plaintiff,    :
    :    **18 Civ. 8175 (ER)**
    – against –    :
    :    **ECF CASE**
BARRY C. HONIG, ROBERT LADD,    :
ELLIOT MAZA, BRIAN KELLER,    :
JOHN H. FORD, GRQ CONSULTANTS, INC., and    :
HS CONTRARIAN INVESTMENTS, LLC,    :
    :
        Defendants.    :

------------------------------------------------------------------------x

## DECLARATION OF JACK KAUFMAN

I, Jack Kaufman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Senior Trial Attorney with the Division of Enforcement of the United States Security and Exchange Commission, New York Regional Office (the "SEC"), and I represent the SEC in this action. I make this declaration in support of the SEC's Motion for Relief against Defendant Robert Ladd, filed February 23, 2024.

2.    Attached to this declaration as Exhibit A is a true and correct copy of the December 13, 2023 "Form 10-Q," for the "Quarterly Period Ended September 30, 2023," for MGT Capital Investments, Inc. ("Form 10-Q"). I located the Form 10-Q on, and downloaded it from, the SEC's public EDGAR database, available online at SEC.gov | EDGAR | Company Filings.

3.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 23, 2024

/s/ *Jack Kaufman*
Jack Kaufman