UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                  Plaintiff,   :
:    18 Civ. 8175 (ER)
      – against –   :
:    ECF CASE
BARRY C. HONIG, ROBERT LADD,   :
ELLIOT MAZA, BRIAN KELLER,   :
JOHN H. FORD, GRQ CONSULTANTS, INC., and   :
HS CONTRARIAN INVESTMENTS, LLC,   :
:
                  Defendants.   :
------------------------------------------------------------------------x

**DECLARATION OF RICKY TONG IN SUPPORT OF PLAINTIFF'S
MOTION FOR REMEDIES AS TO DEFENDANT LADD**

I, Ricky Tong, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Fraud Analyst with the United States Securities and Exchange Commission ("Commission"), working in the Division of Enforcement, New York Regional Office. I make this Declaration in support of the Commission's Motion for Remedies as to Defendant Ladd. I have personal knowledge of each of the matters set forth below based on the files and records the Commission has obtained, and if called as a witness, I can and will competently testify to the facts as stated herein.

2.    In the course of my duties with the Commission, I assist in investigations into possible violations of the federal securities laws. My responsibilities include analyzing financial records from banks, brokerages, and money service businesses; securities trading records; phone records; books and records of companies; information drawn from publicly available sources, and other information and documents that have been obtained by the Commission's staff during the course of investigations. I have worked with the Commission since November 2015 and have a

Master of Science Degree in Information Systems from Brooklyn College, a Bachelor of Science Degree in Economics from John Jay College of Criminal Justice, and I am a Certified Fraud Examiner (Association of Certified Fraud Examiners).

**Relevant Individuals and Accounts**

3.  As part of my work on this matter, I analyzed Ladd's trading records in MGT Capital Investments, Inc. ("MGT") for the time period December 28, 2011 through June 18, 2018, with a special emphasis on certain time periods relevant to the allegations in the Second Amended Complaint filed in this action, including the time period May 9 – May 31, 2016. In performing my analysis of this period I reviewed the records of the brokerage accounts (produced by the broker/dealers pursuant to Commission subpoena) below in order to calculate the amount of gross proceeds that Ladd obtained from MGT sales from May 9, 2016 through May 31, 2016:

| Account Holder Name | Brokerage | Account Number |
|---|---|---|
| Robert B. Ladd ("Ladd E*Trade") | E*Trade | ****8290 |
| Robert B. Ladd (IRA) ("Ladd TDA IRA") | TD Ameritrade | *****2587 |
| Seymour and Shirley Ladd ("Ladd Parents' TDA") | TD Ameritrade | *****9470 |

**Gross Proceeds Ladd Obtained from MGT Sales from May 9, 2016 through May 31, 2016**

4.  Appended hereto are true and correct copies of various account statements for the Ladd-associated accounts for the period from May 1, 2016 - May 31, 2016:

| Exhibit | Account | Time Period |
|---|---|---|
| Exhibit A | Ladd E*Trade | May 1, 2016-May 31, 2016 |
| Exhibit B | Ladd IRA TDA | May 1, 2016-May 31, 2016 |
| Exhibit C | Ladd Parents' TDA | May 1, 2016-May 31, 2016 |

**(a) Ladd's Trading of MGT Shares in His Own Accounts in May 2016**

5.  With respect to Ladd's sales of MGT stock out of the Ladd E*Trade account, between May 9 and May 17, 2016, Ladd sold a total of 460,000 MGT shares for gross proceeds of $488,766.62. (*See* Ex. A.)

6. With respect to Ladd's sales of MGT stock out of the Ladd IRA TDA account, Ladd sold a total of 11,000 shares of MGT stock on May 31, 2016, for gross proceeds of $27,787.44. (Ex. B.)

7. The gross proceeds from Ladd's sales of MGT stock out of the Ladd E*Trade account and the Ladd IRA TDA account from May 9 to May 31, 2016, totaled $516,554.06.

**(b) Ladd's Trading of MGT Shares in His Parents' Account in May 2016**

8. Appended hereto as Exhibit C is a true and correct copy of the account statements for the Ladd Parents' TDA account for the period May 1, 2016 – May 31, 2016. Between May 12 and May 17, 2016, 381,863 MGT shares were sold in the Ladd Parents' TDA account for gross proceeds of $668,108.63. (Ex. C.)

**(c) Ladd's total Gross Proceeds from Selling MGT Shares in May 2016**

9. The gross proceeds from sales of MGT stock out of the Ladd E*Trade account, the Ladd IRA TDA account, and the Ladd Parents' TDA account from May 9 to May 31, 2016 totaled $1,184,662.69.

10. Below is a table showing the daily MGT stock trading in the Ladd IRA TDA account, the Ladd E*Trade account, and the Ladd Parents' TDA account from May 9 to May 31, 2016, totaling $1,184,662.69 in gross sale proceeds:

| Summary of Ladd's Total Gross Proceeds From Selling MGT Shares in May 2016 | | | | |
|---|---|---|---|---|
| Date/Totals | MGT Shares Sold | Account Name | Account No. | Proceeds |
| May 9, 2016 | 40,000 | Robert B. Ladd | E*TRADE Account | $24,766.47 |
| May 10, 2016 | 120,000 | Robert B. Ladd | E*TRADE Account | $86,003.15 |
| May 11, 2016 | 230,000 | Robert B. Ladd | E*TRADE Account | $233,248.97 |
| May 12, 2016 | 340,000 | Ladd's Parents | Ladd's Parents' TDA Account | $551,979.44 |
| May 12, 2016 | 45,000 | Robert B. Ladd | E*TRADE Account | $70,429.80 |
| May 16, 2016 | 17,000 | Robert B. Ladd | E*TRADE Account | $46,213.20 |
| May 16, 2016 | 37,683 | Ladd's Parents | Ladd's Parents' TDA Account | $102,409.19 |
| May 17, 2016 | 8,000 | Robert B. Ladd | E*TRADE Account | $28,105.03 |
| May 17, 2016 | 4,000 | Ladd's Parents | Ladd's Parents' TDA Account | $13,720.00 |
| May 31, 2016 | 11,000 | Robert B. Ladd | Ladd IRA TDA Account | $27,787.44 |
| **Total Shares Sold** | **852,683** | | | |
| **Total Proceeds** | | | | **$1,184,662.69** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2024
New York, New York

_Ricky Tong_ (signature)

_____
Ricky Tong

4