

March 12, 2024

**Via ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>SEC v. Honig, et al.,</u> No. 18 Civ. 8175 (ER) (S.D.N.Y.)

Dear Judge Ramos:

      Defendant Robert Ladd respectfully requests a two-week extension of the parties' deadlines to submit response briefs related to the SEC's Motion for Judgment for Relief (Dkt. 338-341). This is Mr. Ladd's first request for an extension and Plaintiff's counsel does not oppose Ladd's requested extension.

      The parties have conferred and propose that Defendant Robert Ladd's Opposition to the SEC's motion shall be due by April 5, 2024, and plaintiff's Reply shall be due by April 19, 2024. We thank Your Honor for attention to this matter.

                                                          Respectfully submitted,

                                                          _____

cc: all counsel of record (via ecf)