

# MEMO ENDORSED

March 12, 2024

> Defendant's request for an extension of time to file his opposition, until April 5, 2024, and an extension of time for plaintiff to file the reply, until April 19, 2024, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/13/24
> New York, New York

**Via ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *SEC v. Honig, et al.*, No. 18 Civ. 8175 (ER) (S.D.N.Y.)

Dear Judge Ramos:

Defendant Robert Ladd respectfully requests a two-week extension of the parties' deadlines to submit response briefs related to the SEC's Motion for Judgment for Relief (Dkt. 338-341). This is Mr. Ladd's first request for an extension and Plaintiff's counsel does not oppose Ladd's requested extension.

The parties have conferred and propose that Defendant Robert Ladd's Opposition to the SEC's motion shall be due by April 5, 2024, and plaintiff's Reply shall be due by April 19, 2024. We thank Your Honor for attention to this matter.

Respectfully submitted,

_____

cc: all counsel of record (via ecf)

ADAM C. FORD   |   275 Madison Avenue, Fl. 24 NY, NY 10016   |   P: 212.858.0040   |   fordobrien.com