

**MEMO ENDORSED**

April 5, 2024

**Via ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Defendant's request for an extension of time to file the opposition, until April 12, 2024, and for a corresponding extension of time for Plaintiff to file the reply, until May 3, 2024, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 4/8/24
> New York, New York

Re: *SEC v. Honig, et al.*, No. 18 Civ. 8175 (ER) (S.D.N.Y.)

Dear Judge Ramos:

Defendant Robert Ladd respectfully requests a one-week extension of the parties' deadlines to submit response briefs related to the SEC's Motion for Judgment for Relief (Dkt. 338-341). This is Mr. Ladd's second request for an extension and Plaintiff's counsel does not oppose Ladd's requested extension. I personally apologize to the court for this last minute request, but it stems from a combination of health issues and a calendaring mistake made at our firm which make it impossible to file Mr. Ladd's brief today.

The parties have conferred and propose that Defendant Robert Ladd's Opposition to the SEC's motion shall be due by April 12, 2024, and plaintiff's Reply shall be due by May 3, 2024. We thank Your Honor for attention to this matter.

Respectfully submitted,

cc: all counsel of record (via ecf)