UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
:
                     **Plaintiff,**    :
:   **18 Civ. 8175 (ER)**
        – against –    :
:   **ECF CASE**
**BARRY C. HONIG, ROBERT LADD,**    :
**ELLIOT MAZA, BRIAN KELLER,**    :
**JOHN H. FORD, GRQ CONSULTANTS, INC., and**  :
**HS CONTRARIAN INVESTMENTS, LLC,**    :
:
                     **Defendants.**    :
---------------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF JACK KAUFMAN

I, Jack Kaufman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Supervisory Trial Attorney with the Division of Enforcement of the United States Security and Exchange Commission, New York Regional Office (the "SEC"), and I represent the SEC in this action. I make this declaration in support of the SEC's Motion for Relief against Defendant Robert Ladd, filed February 23, 2024.

2.      Attached to this declaration as Exhibit A is a true and correct copy of a February 29, 2024 "Form 8-K for MGT Capital Investments, Inc. ("Form 8-K"). I located the Form 8-K on, and downloaded it from, the SEC's public EDGAR database, available online at SEC.gov | EDGAR | Company Filings. The EDGAR system indicates that the Form 8-K was filed February 29, 2024, and the Form 8-K signature page likewise indicates that Robert Ladd signed the Form 8-K on February 29, 2024.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York

May 3, 2024

/s/ *Jack Kaufman*
Jack Kaufman