# EXHIBIT A

PAGE 1 OF 18

May 1, 2016 - May 31, 2016
Account Number: **XXXX-8290**
Account Type: **INDIVIDUAL**
Account Status: **Pro Elite**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Looking for Bond Ideas? E*TRADE Can Help.
Our Fixed Income Specialists can help you
achieve your bond investing goals.
Call 1-866-420-0007 for complimentary guidance
today.

**IMPORTANT INFORMATION**
**Go Paperless with Electronic Delivery!** It is a
convenient, secure way to receive your E*TRADE
statements and tax documents. Learn more at
**etrade.com/paperless.**

ROBERT B LADD



## Account At A Glance



$166,081.94 — As of 04/30/16

$437,363.77 — As of 05/31/16

| Net Change: | $271,281.83 |
|---|---|

---



DETACH HERE

ROBERT B LADD

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct: XXXX-8290** |
|---|---|

**Please do not send cash**

|  | **Dollars** | **Cents** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

053120160001 111364482906

E*TRADE Pro Elite
Investment Account

E*TRADE
FINANCIAL

Trading • Investing • Banking

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484. Securities products and services are offered by E*TRADE Securities LLC. Member FINRA/SIPC. Your account is carried by an affiliate of E*TRADE Securities LLC ("ETS"). E*TRADE Clearing LLC ("ETC"), which maintains your funds and securities deposited with ETC directly by you, through ETS or as a result of transactions ETC processes for your account. Inquiries concerning the positions and balances in your account may be directed to ETC at 201-499-0247. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to both ETS at 1-800-503-9260 and ETC at 201-499-0247. You should re- confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934 as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 1-800-289-9999 or www .finra.org.
**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.
**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to- date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.
**SIPC and other Insurance Coverage.** Each of ETC and ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC and ETS for up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call (202) 371- 8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETC has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.
**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non U. S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark- down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission. or any of the securities or commodities self-regulatory organizations. Orders executed on a non-U.S. exchange will be effected by one or more executing brokers and may be subject to additional fees.
**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.
**Margin Accounts.** The amount of margin required will be the greater of the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses or the amount required by ETC in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using

settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.
**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETC payable to you upon demand ("free credit balances"). 1) can be maintained in the securities account and will earn a rate through the "Cash Balance Program" as more fully described at:
https://us.etrade.com/e/t/estation/pricing?id=1907000200&state=5), and 2) are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.
**Sweep Programs.** You have the option to have free credit balances in your securities account automatically transferred to either 1) a money market mutual fund product insured by SIPC as described above, or 2) an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC (collectively with the money market mutual fund products, "Sweep Program") but which are not obligations of ETC. For detailed information of the general terms and conditions of the products available through the Sweep Program go to www.etrade.com/sweepoptions. The products available under the Sweep Program may change at any time. Additionally, you may at any time change your selection among the products available in the Sweep Program, or you may elect , subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect any such free credit balance in your securities account that you opt to have automatically transferred to an account at a bank, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess ofthe $250,000 FDIC deposit insurance limit.
**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.
**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.
**Financial Statement.** A financial statement of ETC is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.
**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETC by the issuer of the investment, or a valuation provided by an independent third party, which ETC will obtain as part of its services, on an annual or more frequent basis. ETC does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETC assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may not reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account. If at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETC and ETS are indirect subsidiaries of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definition**

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond% yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 03/16

SEC-ETRADE-E-0000133





**Account Number:** XXXX-8290                **Statement Period :** May 1, 2016 - May 31, 2016                **Account Type:** INDIVIDUAL

**Direct your service and investment questions to:**
Elite Client Service
1-888-388-2900

**Customer Update:**

**Go Paperless with Electronic Delivery!** It is a convenient, secure way to receive your E*TRADE statements and tax documents. Learn more at **etrade.com/paperless.**

## ACCOUNT OVERVIEW

Last Statement Date:                         April 30, 2016

| | | |
|---|---|---|
| Beginning Account Value (On 04/30/16): | $ | 166,081.94 |
| Ending Account Value (On 05/31/16): | $ | 437,363.77 |
| Net Change: | $ | 271,281.83 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/16)



100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/16 | AS OF 04/30/16 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   82,044.55 | $   10.15 | - - |
| **Total Cash/Margin Debt** | $   82,044.55 | $   10.15 | - - |
| Stocks, Options & ETF (Long) | $  355,319.22 | $  166,071.79 | 113.96% |
| **Total Value of Securities** | $  355,319.22 | $  166,071.79 | 113.96% |
| **Net Account Value** | $  437,363.77 | $  166,081.94 | 163.34% |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC          PAGE 3 OF  18





**Account Number:** XXXX-8290        **Statement Period :** May 1, 2016 - May 31, 2016        **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -554,713.17 | $ -579,942.62 |
| Securities Sold | $ 695,746.78 | $ 743,726.09 |
| Interest Received | | |
| Taxable | $ 0.79 | $ 0.82 |
| Margin Interest | $ 0.00 | $ -18.03 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/16)



100.00%  - APPY

E✳TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC        PAGE 4 0F 18

SEC-ETRADE-E-0000135





| | | |
|---|---|---|
| **Account Number:** XXXX-8290 | **Statement Period :** May 1, 2016 - May 31, 2016 | **Account Type:** INDIVIDUAL |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (CREDIT INTEREST ONLY)** | | **$0.82** |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MGT CAPITAL INVESTMENTS INC | MGT | Cash | | 2.7200 | 0.00 | 0.00 | | |
| MGT CAPITAL INVESTMENTS INC | MGT | Margin | | 2.7200 | 0.00 | 0.00 | | |
| NOTIS GLOBAL INC COM | NGBL | Margin | | 0.0038 | 0.00 | 0.00 | | |
| VENAXIS INC COM NEW | APPY | Margin | 106,383 | 3.3400 | 355,319.22 | 100.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$355,319.22** | **100.00%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/16)** | | | | | **$437,363.77** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/27/16 11:15 | 05/02/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -12,072 | 0.2800 | | 3,370.09 |
| 04/27/16 11:16 | 05/02/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -15,000 | 0.2800 | | 4,189.91 |
| 04/28/16 14:57 | 05/03/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,300 | 0.3200 | | 406.00 |
| 04/28/16 10:37 | 05/03/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.3000 | | 2,989.94 |
| 04/29/16 10:22 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -300 | 0.3299 | | 98.96 |
| 04/29/16 10:22 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -900 | 0.3300 | | 287.00 |
| 04/29/16 14:46 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 0.3250 | | 315.00 |
| 04/29/16 10:36 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,380 | 0.3297 | | 444.99 |

SEC-ETRADE-E-0000136





**Account Number:** XXXX-8290          **Statement Period :** May 1, 2016 - May 31, 2016          **Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/29/16 10:43 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,500 | 0.3292 | | 1,142.18 |
| 04/29/16 10:24 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,700 | 0.3297 | | 1,539.56 |
| 04/29/16 10:25 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,700 | 0.3297 | | 1,539.56 |
| 04/29/16 14:46 | 05/04/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,620 | 0.3201 | | 1,798.92 |
| 04/29/16 11:40 | 05/04/16 | VENAXIS INC COM NEW | APPY | Bought | 500 | 2.9944 | 1,507.19 | |
| 04/29/16 11:40 | 05/04/16 | VENAXIS INC COM NEW | APPY | Bought | 2,500 | 2.9940 | 7,485.00 | |
| 05/03/16 14:48 | 05/06/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -6,600 | 0.3700 | | 2,431.95 |
| 05/09/16 08:48 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -300 | 0.7101 | | 201.53 |
| 05/09/16 09:33 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 0.6500 | | 639.99 |
| 05/09/16 15:39 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,800 | 0.4841 | | 1,829.54 |
| 05/09/16 08:48 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -8,700 | 0.7100 | | 6,133.36 |
| 05/09/16 08:50 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -9,000 | 0.6700 | | 5,974.87 |
| 05/09/16 10:06 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -84 | 0.5300 | | 34.10 |
| 05/09/16 09:32 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -200 | 0.6600 | | 121.00 |
| 05/09/16 09:32 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -6,800 | 0.6500 | | 4,385.90 |
| 05/09/16 10:06 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -6,916 | 0.5200 | | 3,561.66 |
| 05/09/16 10:06 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -200 | 0.5201 | | 93.02 |
| 05/09/16 10:06 | 05/12/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,000 | 0.5200 | | 1,544.96 |
| 05/10/16 12:28 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.7200 | | 7,189.85 |
| 05/10/16 14:14 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.7250 | | 7,239.85 |
| 05/10/16 14:39 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.8150 | | 8,139.83 |

SEC-ETRADE-E-0000137





**Account Number:** XXXX-8290                     **Statement Period :**  May 1, 2016 - May 31, 2016                          **Account Type:**  INDIVIDUAL

#### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/10/16 14:39 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -300 | 0.8165 | | 234.95 |
| 05/10/16 14:43 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 0.8150 | | 814.98 |
| 05/10/16 14:39 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,487 | 0.8150 | | 1,211.88 |
| 05/10/16 11:35 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,800 | 0.5840 | | 1,041.18 |
| 05/10/16 14:43 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -2,400 | 0.8190 | | 1,955.56 |
| 05/10/16 14:43 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -6,600 | 0.8115 | | 5,355.78 |
| 05/10/16 11:35 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -8,200 | 0.5831 | | 4,781.31 |
| 05/10/16 14:39 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -8,213 | 0.8102 | | 6,654.02 |
| 05/10/16 12:10 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.6424 | | 6,413.86 |
| 05/10/16 12:19 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.6600 | | 6,589.86 |
| 05/10/16 12:22 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.6799 | | 6,788.86 |
| 05/10/16 14:21 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.7650 | | 7,639.84 |
| 05/10/16 14:36 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.7650 | | 7,639.84 |
| 05/10/16 11:43 | 05/13/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.6200 | | 6,189.87 |
| 05/10/16 09:53 | 05/13/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 2.7699 | 8,319.69 | |
| 05/11/16 12:10 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 0.8158 | | 4,068.92 |
| 05/11/16 14:07 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 0.9800 | | 6,849.86 |
| 05/11/16 15:55 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 1.2300 | | 8,599.82 |
| 05/11/16 13:19 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.8900 | | 8,889.81 |
| 05/11/16 14:20 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 1.0300 | | 10,289.78 |
| 05/11/16 15:27 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -17,000 | 1.0900 | | 18,519.60 |

SEC-ETRADE-E-0000138





**Account Number:** XXXX-8290 **Statement Period :** May 1, 2016 - May 31, 2016 **Account Type:** INDIVIDUAL

**SECURITIES PURCHASED OR SOLD (Continued)**

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -43 | 0.8701 | | 37.40 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -50 | 0.8800 | | 43.99 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -50 | 0.8801 | | 34.01 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -57 | 0.8749 | | 49.86 |
| 05/11/16 09:52 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 0.8922 | | 79.22 |
| 05/11/16 09:52 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 0.8913 | | 89.12 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 0.8702 | | 87.01 |
| 05/11/16 17:05 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 1.4200 | | 141.49 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -131 | 0.8749 | | 104.62 |
| 05/11/16 17:05 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -200 | 1.4100 | | 280.99 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -300 | 0.8705 | | 261.14 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -500 | 0.8706 | | 435.29 |
| 05/11/16 15:59 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -700 | 1.2401 | | 858.06 |
| 05/11/16 10:47 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -800 | 0.7966 | | 627.27 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -809 | 0.8750 | | 707.90 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 0.8707 | | 870.68 |
| 05/11/16 15:02 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,100 | 1.0300 | | 1,122.98 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,200 | 0.8728 | | 1,047.33 |
| 05/11/16 14:01 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,300 | 0.9101 | | 1,173.11 |
| 05/11/16 12:17 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,500 | 0.8300 | | 1,234.98 |
| 05/11/16 12:17 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,500 | 0.8258 | | 2,890.23 |

SEC-ETRADE-E-0000139





**Account Number:** XXXX-8290          **Statement Period :** May 1, 2016 - May 31, 2016          **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,900 | 0.8701 | | 3,393.31 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,150 | 0.8708 | | 3,613.74 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,200 | 0.8700 | | 3,653.92 |
| 05/11/16 10:47 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,200 | 0.7950 | | 3,338.92 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,500 | 0.8800 | | 3,949.92 |
| 05/11/16 17:05 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,700 | 1.4000 | | 6,546.36 |
| 05/11/16 16:00 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.2500 | | 6,214.87 |
| 05/11/16 16:49 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.3400 | | 6,664.86 |
| 05/11/16 15:59 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,300 | 1.2459 | | 6,603.12 |
| 05/11/16 14:01 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,700 | 0.9100 | | 5,186.88 |
| 05/11/16 12:37 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 0.8600 | | 6,009.87 |
| 05/11/16 15:47 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 1.1500 | | 8,039.83 |
| 05/11/16 15:02 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -8,900 | 1.0200 | | 9,077.80 |
| 05/11/16 09:53 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -9,010 | 0.8707 | | 7,844.83 |
| 05/11/16 09:52 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -9,800 | 0.8900 | | 8,721.80 |
| 05/11/16 14:20 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 1.0300 | | 10,289.78 |
| 05/11/16 15:04 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 1.0400 | | 10,389.78 |
| 05/11/16 15:10 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 1.0600 | | 10,589.77 |
| 05/11/16 15:17 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 1.0400 | | 10,389.78 |
| 05/11/16 17:06 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 1.4100 | | 130.50 |
| 05/11/16 17:07 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -100 | 1.3700 | | 126.50 |

SEC-ETRADE-E-0000140





**Account Number:** XXXX-8290                 **Statement Period :** May 1, 2016 - May 31, 2016                 **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/11/16 17:08 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -4,800 | 1.3600 | | 6,503.85 |
| 05/11/16 15:32 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 1.1300 | | 7,899.83 |
| 05/11/16 09:55 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.8700 | | 8,689.82 |
| 05/11/16 14:04 | 05/16/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -10,000 | 0.9600 | | 9,589.80 |
| 05/11/16 14:59 | 05/16/16 | VENAXIS INC COM NEW | APPY | Bought | 6 | 3.1100 | 28.65 | |
| 05/11/16 14:59 | 05/16/16 | VENAXIS INC COM NEW | APPY | Bought | 400 | 3.1001 | 1,240.04 | |
| 05/11/16 15:39 | 05/16/16 | VENAXIS INC COM NEW | APPY | Bought | 594 | 3.1200 | 1,853.28 | |
| 05/11/16 14:59 | 05/16/16 | VENAXIS INC COM NEW | APPY | Bought | 5,000 | 3.1199 | 15,599.50 | |
| 05/11/16 14:59 | 05/16/16 | VENAXIS INC COM NEW | APPY | Bought | 5,700 | 3.1000 | 17,679.99 | |
| 05/12/16 10:15 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,299 | 1.3100 | | 1,691.66 |
| 05/12/16 10:13 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,700 | 1.3213 | | 2,246.16 |
| 05/12/16 10:13 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,300 | 1.3223 | | 4,353.50 |
| 05/12/16 09:39 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.7100 | | 8,514.82 |
| 05/12/16 11:08 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.6300 | | 8,139.83 |
| 05/12/16 11:10 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.6500 | | 8,239.83 |
| 05/12/16 12:12 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.8300 | | 9,139.81 |
| 05/12/16 10:15 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,701 | 1.3100 | | 4,848.20 |
| 05/12/16 10:31 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.4400 | | 7,189.85 |
| 05/12/16 14:58 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.4740 | | 7,359.84 |
| 05/12/16 11:32 | 05/17/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -5,000 | 1.7200 | | 8,589.82 |
| 05/16/16 11:43 | 05/19/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,000 | 2.6100 | | 7,819.83 |

E*TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC          PAGE 10 OF 18





**Account Number:** XXXX-8290 **Statement Period :** May 1, 2016 - May 31, 2016 **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/16/16 11:55 | 05/19/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,000 | 2.8000 | | 8,389.82 |
| 05/16/16 09:38 | 05/19/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 2.1632 | | 2,153.16 |
| 05/16/16 11:00 | 05/19/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -3,000 | 2.2500 | | 6,739.86 |
| 05/16/16 14:03 | 05/19/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -7,000 | 3.0100 | | 21,059.55 |
| 05/16/16 13:50 | 05/19/16 | NOTIS GLOBAL INC COM | NGBL | Sold | -7,000 | 0.0075 | | 42.50 |
| 05/16/16 15:32 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Bought | 1,000 | 26.9700 | 26,979.99 | |
| 05/16/16 15:33 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Bought | 1,000 | 26.8800 | 26,889.99 | |
| 05/16/16 15:33 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Bought | 1,000 | 26.9588 | 26,968.79 | |
| 05/16/16 15:46 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Bought | 1,000 | 26.7999 | 26,809.89 | |
| 05/16/16 15:51 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Sold | -1,000 | 26.9800 | | 26,969.42 |
| 05/16/16 15:57 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Sold | -1,000 | 27.0100 | | 26,999.42 |
| 05/16/16 15:45 | 05/19/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Sold | -2,000 | 26.9400 | | 53,868.83 |
| 05/16/16 12:39 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 2,563 | 3.3400 | 8,570.41 | |
| 05/16/16 10:08 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 1 | 3.2700 | 13.26 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 25 | 3.5400 | 98.49 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 100 | 3.5800 | 358.00 | |
| 05/16/16 12:43 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 103 | 3.3400 | 354.01 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 117 | 3.5072 | 410.34 | |

SEC-ETRADE-E-0000142





**Account Number:** XXXX-8290                **Statement Period :** May 1, 2016 - May 31, 2016                **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/16/16 12:41 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 200 | 3.3400 | 677.99 | |
| 05/16/16 11:13 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 247 | 3.3200 | 820.04 | |
| 05/16/16 12:41 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 300 | 3.3433 | 1,002.99 | |
| 05/16/16 13:13 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 300 | 3.5299 | 1,068.96 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 300 | 3.5900 | 1,077.00 | |
| 05/16/16 13:16 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 300 | 3.5698 | 1,070.94 | |
| 05/16/16 13:17 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 300 | 3.6000 | 1,080.00 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 483 | 3.5000 | 1,700.49 | |
| 05/16/16 13:16 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 1,517 | 3.5800 | 5,440.85 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 2,100 | 3.5999 | 7,559.79 | |
| 05/16/16 12:41 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 2,500 | 3.3800 | 8,450.00 | |
| 05/16/16 13:14 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 2,700 | 3.5300 | 9,531.00 | |
| 05/16/16 13:15 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 2,875 | 3.5899 | 10,320.96 | |
| 05/16/16 12:37 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 2,900 | 3.3130 | 9,617.69 | |
| 05/16/16 12:39 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 3.3399 | 10,029.69 | |
| 05/16/16 12:43 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 3.3999 | 10,209.69 | |
| 05/16/16 13:14 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 3.5480 | 10,653.99 | |
| 05/16/16 10:08 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 4,752 | 3.3199 | 15,776.16 | |
| 05/16/16 10:08 | 05/19/16 | VENAXIS INC COM NEW | APPY | Bought | 5,000 | 3.3599 | 16,809.49 | |
| 05/17/16 09:04 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -99 | 3.3300 | | 329.17 |
| 05/17/16 09:04 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -300 | 3.3400 | | 1,000.47 |

SEC-ETRADE-E-0000143





**Account Number:** XXXX-8290          **Statement Period :** May 1, 2016 - May 31, 2016          **Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/17/16 09:04 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -600 | 3.3500 | | 2,006.95 |
| 05/17/16 09:06 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 3.3800 | | 3,364.93 |
| 05/17/16 09:13 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 3.4700 | | 3,454.93 |
| 05/17/16 09:48 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 3.6800 | | 3,664.92 |
| 05/17/16 10:31 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,000 | 4.3700 | | 4,359.91 |
| 05/17/16 09:04 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -1,001 | 3.3600 | | 3,348.29 |
| 05/17/16 09:01 | 05/20/16 | MGT CAPITAL INVESTMENTS INC | MGT | Sold | -2,000 | 3.2500 | | 6,479.86 |
| 05/17/16 10:05 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 3.9900 | 11,979.99 | |
| 05/17/16 11:35 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 175 | 4.0400 | 716.99 | |
| 05/17/16 09:41 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 300 | 3.9550 | 1,188.00 | |
| 05/17/16 09:38 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 1,000 | 4.0800 | 4,094.99 | |
| 05/17/16 11:35 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 1,000 | 4.0452 | 4,055.19 | |
| 05/17/16 09:41 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 2,700 | 4.0000 | 10,823.49 | |
| 05/17/16 09:42 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 4.0900 | 12,294.99 | |
| 05/17/16 11:35 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 9,825 | 4.0500 | 39,791.25 | |
| 05/17/16 09:43 | 05/20/16 | VENAXIS INC COM NEW | APPY | Bought | 5,000 | 3.8800 | 19,409.99 | |
| 05/20/16 13:07 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 100 | 3.1001 | 320.00 | |
| 05/20/16 12:34 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 500 | 3.0501 | 1,535.04 | |
| 05/20/16 11:21 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 800 | 2.1800 | 1,744.00 | |

SEC-ETRADE-E-0000144





**Account Number:** XXXX-8290          **Statement Period :** May 1, 2016 - May 31, 2016          **Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/20/16 12:42 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 1,000 | 3.4999 | 3,509.89 | |
| 05/20/16 12:42 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 1,000 | 3.4810 | 3,490.99 | |
| 05/20/16 11:16 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 1,051 | 2.0600 | 2,165.06 | |
| 05/20/16 11:16 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 1,766 | 2.0500 | 3,630.29 | |
| 05/20/16 11:21 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 2,100 | 2.1700 | 4,557.00 | |
| 05/20/16 11:21 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 2,700 | 2.1600 | 5,841.99 | |
| 05/20/16 11:21 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Bought | 4,400 | 2.1900 | 9,636.00 | |
| 05/20/16 12:45 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -100 | 3.8500 | | 375.00 |
| 05/20/16 11:22 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -817 | 2.2200 | | 1,803.71 |
| 05/20/16 11:24 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -2,000 | 2.2600 | | 4,509.91 |
| 05/20/16 11:25 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -2,000 | 2.3100 | | 4,609.90 |
| 05/20/16 12:45 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -100 | 3.8401 | | 374.01 |
| 05/20/16 12:46 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -100 | 3.5100 | | 341.00 |
| 05/20/16 13:15 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -100 | 3.4900 | | 339.00 |

SEC-ETRADE-E-0000145





**Account Number:** XXXX-8290                **Statement Period :** May 1, 2016 - May 31, 2016                **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/20/16 12:44 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -200 | 3.6320 | | 716.39 |
| 05/20/16 12:44 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -200 | 3.6201 | | 714.01 |
| 05/20/16 12:36 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -250 | 3.2701 | | 807.52 |
| 05/20/16 12:37 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -250 | 3.1680 | | 781.99 |
| 05/20/16 12:43 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -400 | 3.4980 | | 1,389.17 |
| 05/20/16 12:43 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -400 | 3.5140 | | 1,395.57 |
| 05/20/16 11:45 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -500 | 2.3300 | | 1,154.98 |
| 05/20/16 11:56 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -500 | 2.5400 | | 1,259.98 |
| 05/20/16 11:20 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -1,000 | 2.1400 | | 2,129.96 |
| 05/20/16 11:23 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -2,000 | 2.2001 | | 4,390.11 |
| 05/20/16 11:25 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -2,000 | 2.2630 | | 4,515.91 |
| 05/20/16 12:43 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -200 | 3.6300 | | 715.99 |
| 05/20/16 12:44 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -200 | 3.7300 | | 735.99 |
| 05/20/16 11:25 | 05/25/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -2,000 | 2.3100 | | 4,609.90 |

SEC-ETRADE-E-0000146





**Account Number:** XXXX-8290      **Statement Period :** May 1, 2016 - May 31, 2016      **Account Type:** INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/20/16 10:11 | 05/25/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Bought | 1,000 | 26.9700 | 26,979.99 | |
| 05/20/16 10:16 | 05/25/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Bought | 500 | 27.1199 | 13,569.94 | |
| 05/20/16 10:12 | 05/25/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Sold | -500 | 27.0900 | | 13,534.71 |
| 05/20/16 10:14 | 05/25/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Sold | -500 | 27.0861 | | 13,532.76 |
| 05/20/16 10:19 | 05/25/16 | ***VALEANT PHARMACEUTICALS INTERNATIONAL INC | VRX | Sold | -500 | 27.2900 | | 13,634.71 |
| 05/23/16 09:30 | 05/26/16 | AMERICAN BREWING CO INC COM | ABRW | Bought | 1,000 | 0.6949 | 704.94 | |
| 05/23/16 09:39 | 05/26/16 | AMERICAN BREWING CO INC COM | ABRW | Sold | -500 | 0.8225 | | 401.25 |
| 05/23/16 14:21 | 05/26/16 | AMERICAN BREWING CO INC COM | ABRW | Sold | -500 | 0.9220 | | 450.99 |
| 05/23/16 09:38 | 05/26/16 | CELLECTAR BIOSCIENCES INC COM PAR $0.00001 | CLRB | Sold | -100 | 3.5800 | | 348.00 |
| 05/25/16 10:31 | 05/31/16 | VENAXIS INC COM NEW | APPY | Bought | 1,104 | 3.2800 | 3,631.11 | |
| 05/25/16 10:38 | 05/31/16 | VENAXIS INC COM NEW | APPY | Bought | 3,000 | 3.2183 | 9,662.89 | |
| 05/25/16 10:31 | 05/31/16 | VENAXIS INC COM NEW | APPY | Bought | 5,896 | 3.2899 | 19,397.25 | |
| 05/25/16 10:31 | 05/31/16 | VENAXIS INC COM NEW | APPY | Bought | 7,000 | 3.2750 | 22,934.99 | |
| 05/25/16 10:31 | 05/31/16 | VENAXIS INC COM NEW | APPY | Bought | 7,000 | 3.2821 | 22,982.69 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$554,713.17** | **$695,746.78** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/31/16 | | GERON CORP | GERN | Bought | 10,000 | 2.9000 | 29,007.99 | |
| 05/31/16 | | GERON CORP | GERN | Bought | 10,000 | 2.9000 | 29,007.99 | |
| 05/31/16 | | GERON CORP | GERN | Sold | 5,000 | 2.9300 | | 14,641.69 |
| 05/31/16 | | GERON CORP | GERN | Sold | 5,000 | 2.9600 | | 14,791.68 |

SEC-ETRADE-E-0000147





**Account Number:** XXXX-8290          **Statement Period :**  May 1, 2016 - May 31, 2016          **Account Type:**  INDIVIDUAL

### UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/31/16 | | GERON CORP | GERN | Sold | 100 | 2.9403 | | 294.02 |
| 05/31/16 | | GERON CORP | GERN | Sold | 500 | 2.9500 | | 1,466.97 |
| 05/31/16 | | GERON CORP | GERN | Sold | 4,500 | 2.9401 | | 13,230.16 |
| 05/31/16 | | GERON CORP | GERN | Sold | 4,900 | 2.9400 | | 14,397.69 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 05/26/16 | Interest | INTEREST ON CASH BALANCE AT  0.009% 04/26 THRU 05/25 APY  0.0099% | 00099A109 | | 0.79 |

| TOTAL DIVIDENDS & INTEREST ACTIVITY | | | | | $0.79 |
|---|---|---|---|---|---|
| NET DIVIDENDS & INTEREST ACTIVITY | | | | | $0.79 |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 05/03/16 | Transfer | ACH WITHDRAWL REFID:24755394749; | 9,000.00 | |
| 05/03/16 | Other | TRANSFER BAL FROM CASH | 7,560.00 | |
| 05/03/16 | Other | TRANSFER BAL TO MARGIN | | 7,560.00 |
| 05/04/16 | Other | TRANSFER BAL FROM CASH | | 5,604.06 |
| 05/04/16 | Other | TRANSFER BAL TO MARGIN | 5,604.06 | |
| 05/05/16 | Other | TRANSFER BAL FROM CASH | 7,166.17 | |
| 05/05/16 | Other | TRANSFER BAL TO MARGIN | | 7,166.17 |
| 05/09/16 | Other | TRANSFER BAL FROM CASH | 2,431.95 | |
| 05/09/16 | Other | TRANSFER BAL TO MARGIN | | 2,431.95 |
| 05/13/16 | Other | TRANSFER BAL FROM CASH | 22,881.95 | |
| 05/13/16 | Other | TRANSFER BAL TO MARGIN | | 22,881.95 |
| 05/16/16 | Other | TRANSFER BAL FROM CASH | 85,881.32 | |
| 05/16/16 | Other | TRANSFER BAL TO MARGIN | | 85,881.32 |
| 05/17/16 | Other | TRANSFER BAL FROM CASH | 232,853.91 | |

SEC-ETRADE-E-0000148





**Account Number:** XXXX-8290          **Statement Period :** May 1, 2016 - May 31, 2016          **Account Type:** INDIVIDUAL

### WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 05/17/16 | Other | TRANSFER BAL TO MARGIN | | 232,853.91 |
| 05/18/16 | Other | TRANSFER BAL FROM CASH | 16,806.14 | |
| 05/18/16 | Other | TRANSFER BAL TO MARGIN | | 16,806.14 |
| 05/24/16 | Transfer | ACH WITHDRAWL REFID:25334359749; | 50,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$59,000.00** | |

SEC-ETRADE-E-0000149