# EXHIBIT F

| | |
|---|---|
| SHIRLEY LADD<br>76 RANGELEY RD.<br>CRANSTON, RI 02920 | 57-12/115    6650<br>DATE 5-13-16 |

PAY TO THE ORDER OF _Robert Ladd_    $325,000.00

_Three-hundred twenty five thousand xx/100_ DOLLARS

**Citizens Bank**

MEMO _____    _Shirley Ladd_

PLAINTIFF'S EXHIBIT
Ladd 30

SEC-BOA-E-0009449



SEC-BOA-E-0009450