**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Case No. 18-cv-8175 |
| **Plaintiff,** | ~~[PROPOSED]~~ **ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT 28 U.S.C. § 3205** |
| **vs.** | **and** |
| **BARRY C. HONIG, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, GRQ CONSULTANTS, INC., and HS CONTRARIAN INVESTMENTS, LLC,** | **ORDER TO ISSUE CLEK'S NOTICE OF CONTINUING GARNISHMENT TO DEBTOR 28 U.S.C. § 3202(b)** |
| **Defendants.** | |

The Court, having considered the application of Plaintiff Securities and Exchange Commission ("Commission or SEC") for an order directing the Clerk of the Court to issue a writ of continuing garnishment and a clerk's notice of continuing garnishment against judgment debtor Robert Ladd ("Defendant"), for nonexempt funds, assets, and/or property in the possession, custody or control of Bank of America, N.A., Modern Bank, Fifth Third Bank, National Association, Tasty Trade, Apex Clearing Corporation, Robinhood Financial LLC, Airline Transport Services, Inc., Gryphon Air LLC, Shirley Ladd Revocable Trust, Laddcap Value Partners LP, Laddcap Value Advisors LLC, and Ladcapp Value Partners III, LLC ("Garnishees"), and it appearing that the issuance of an order is proper under the circumstances of this case, IT IS ORDERED that:

(1) The Clerk shall issue a writ of continuing garnishment with respect to the Garnishees; and

(2) The Clerk shall issue a clerk's notice of continuing garnishment to Defendant by signing the forms filed by the U.S. Securities and Exchange Commission.

Dated: March 3, 2025
New York, New York

_____

EDGARDO RAMOS, U.S.D.J.