UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         -*against*-<br><br>BARRY C. HONIG, MICHAEL BRAUSER, JOHN STETSON, JOHN R. O'ROURKE III, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ATG CAPITAL LLC, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., and STETSON CAPITAL INVESTMENTS INC.,<br><br>                    Defendants. | **ORDER**<br><br>18-cv-8175 (ER) |

RAMOS, D.J.

Defendant Robert Ladd requested on March 5, 2025 that the case be transferred from the Southern District of New York to the Southern District of Ohio, where he resides. Doc. 355. On March 13, 2025, the SEC objected to the request as Ladd "only has a statutory right to seek transfer of the garnishment proceeding initiated against him under Subchapter C of 28 U.S. Code § 3202." Doc. 356. Accordingly, the Court denies Ladd's request to the transfer the entire case, but grants the request to transfer the garnishment proceeding to the Southern District of Ohio.

SO ORDERED.

Dated:  March 14, 2025
        New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.