

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

April 24, 2025

**Via ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Honig, et al.*, No. 18 Civ. 8175 (ER) (S.D.N.Y.)

Dear Judge Ramos:

    Plaintiff, Securities and Exchange Commission (the "Commission") respectfully submits this letter to seek approval of the parties' proposed Final Judgments on consent ("Final Judgments") against Defendants (1) Elliot Maza ("Maza"); and (2) John H. Ford ("Ford"). We have also filed each of the proposed Final Judgments today on ECF as Docket Nos. 359 and 360, respectively. The proposed Final Judgments would resolve all of the Commission's remaining claims against Maza and Ford in this case.

    The proposed Final Judgments are fair and reasonable and do not disserve the public interest, under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Final Judgments would: (1) permanently enjoin Maza and Ford from committing violations of the federal securities laws that the Commission has charged them with, including injunctions against committing fraud in connection with the offer, purchase, and sale of securities; (2) impose an officer-and-director bar on Maza, pursuant to 15 U.S.C. §§ 77t(e) and 78u(d)(2); (3) impose penny-stock bars on both Maza and Ford, pursuant to 15 U.S.C. § 78u(d)(6); and (4) require Maza to pay a $578,095 civil money penalty, and Ford to pay a $100,000 civil money penalty, pursuant to 15 U.S.C. § 77t(dx2) and 15 U.S.C. § 78u(d)(3).

      If the proposed Final Judgments are satisfactory to the Court, we respectfully request that the Court docket each Final Judgment together with its respective Consent.

                                      Respectfully submitted,

                                      Katherine S. Bromberg

Cc (via Email):      Howard Schiffman, Esq.
                           Ross Pearson, Esq.
                           Melissa Wernick, Esq.