UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                **Plaintiff,**   :
:   **18 Civ. 8175 (ER)**
      – against –   :
:   **ECF CASE**
BARRY C. HONIG, ROBERT LADD,   :
ELLIOT MAZA, BRIAN KELLER,   :   **NOTICE OF MOTION**
JOHN H. FORD, GRQ CONSULTANTS, INC., and   :
HS CONTRARIAN INVESTMENTS, LLC,   :
:
                **Defendants.**   :
-----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the Court's prior partial judgment against Defendant Brian Keller ("Keller") (DE 113)—which leaves open for later determination by the Court the imposition of additional relief against Keller, upon motion of Plaintiff Securities and Exchange Commission ("SEC"); and Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Judgment Against Defendant Keller, the SEC will move this Court, at a date and time to be determined by the Court, before the Honorable Edgardo Ramos, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New

York, New York 10007, for a final judgment against Keller granting the SEC both the relief the Court previously granted against Keller in his partial judgment (DE 113), plus a $125,000 civil money penalty.

Dated:  June 18, 2025
        New York, New York

Respectfully submitted,

*/s/ Katherine Bromberg*
Katherine Bromberg
33 Arch Street
24th Floor
Boston, MA 02110
(617) 573-8914

Jack Kaufman
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-0106

Attorneys for Plaintiff Securities and Exchange Commission