Brian C. Keller
5058 Nortonville Way
Antioch, CA 94531
925-783-1386
bkeller@bglen.us

27 June 2025

**Honorable Edgardo Ramos**
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
>
> Defendant Brian Keller's request is granted. Defendant Brian Keller is directed to respond to the motion for judgment by July 16, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: June 30, 2025
> New York, New York

**Re: Request for Extension of Time to Respond to SEC's Motion**
**Case: 1:18-cv-08175-ER**

Dear Judge Ramos,

I am writing to respectfully request a 14-day extension of time to file a response to the Motion filed by the Securities and Exchange Commission (SEC) on June 18, 2025, in the above-captioned matter. The current deadline for the response is July 2, 2025. I request that this deadline be extended to July 16, 2025.

This request is made due to the need for additional time to review documents. Counsel for the SEC has been informed of this request and agree with the requested extension.

I appreciate the Court's consideration of this request and apologize for any inconvenience this may cause. Should the Court require any additional information, please do not hesitate to contact me.

Thank you for your attention to this matter.

Sincerely,

Brian C. Keller