UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    -*against*-<br><br>BARRY C. HONIG, MICHAEL BRAUSER, JOHN STETSON, JOHN R. O'ROURKE III, ROBERT LADD, ELLIOT MAZA, BRIAN KELLER, JOHN H. FORD, ATG CAPITAL LLC, GRQ CONSULTANTS, INC., HS CONTRARIAN INVESTMENTS, LLC, GRANDER HOLDINGS, INC., and STETSON CAPITAL INVESTMENTS INC.,<br><br>       Defendants. | **ORDER**<br><br>18-cv-8175 (ER) |

RAMOS, D.J.

  The Securities and Exchange Commission ("SEC") filed a motion for final judgment against Brian Keller on June 18, 2025, and Keller filed a response on July 15, 2025. Docs. 364, 369. The SEC is directed to file a reply, if any, by July 25, 2025.

  SO ORDERED.

Dated: July 17, 2025
    New York, New York

                         EDGARDO RAMOS, U.S.D.J.